**Fill in this information to identify the case:**

Debtor name __CAPSTONE PEDIATRICS, PLLC__

United States Bankruptcy Court for the: __Middle__ District of __Tennessee__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dr. Eddie D. Hamilton<br>4822 Post Road<br>Nashville, TN 37205 | | Purchase of pediatric medical practice | | | | $2,000,000.00 |
| 2 | McKesson Medical Surgical<br>PO Box 634404<br>Cincinnati, OH 45263-4404 | | medical supplies | | | | $ 447,067.77 |
| 3 | AthenaHealth Inc.<br>311 Arsenal Street<br>Watertown, MA 02472 | | electronic health record system, claims billing and collections service | | | | $ 341,904.50 |
| 4 | Nextgen Healthcare Information Sys.<br>c/o Quality Systems, Inc.<br>PO Box 809390<br>Chicago, IL 60680 | | electronic health record system | | | | $ 298,608.15 |
| 5 | VIII FS-Nashville, PLLC<br>c/o CTCRES as Agent<br>4678 World Parkway Circle<br>St. Louis, MO 63134 | | unpaid rent<br>330 Wallace Rd<br>Nashville, TN | | | | $ 298,547.62 |
| 6 | Merck Sharp & Dohme, Corp.<br>PO Box 5254<br>Carol Stream, IL 60197-5254 | | Vaccines | | | | $ 234,398.34 |
| 7 | Sanofi Pasteur, Inc.<br>12458 Collections Center Dr.<br>Chicago, IL 60693 | | Vaccines | | | | $ 204,926.93 |
| 8 | CAM Realty, LLC<br>c/o Realty Group North<br>109 Montgomery Ave. Ste. 102<br>Scarsdale, NY 10583 | | Unpaid rent<br>5003 Crossing Cir<br>Mt Juliet TN | | | | $ 183,624.49 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NovaGen<br>10245 West Little York Rd. Ste. 400<br>Houston, TX 77040 | | contract services for Allergy program | | | | $ 158,107.67 |
| 10 | McCurry Construction, LLC<br>2207 Saint Joseph's Court<br>Brentwood, TN 37027 | | Buildout for Smyrna location 537 Stonecrest Pky Ste. 201 | | | | $ 137,047.91 |
| 11 | United States Trustee<br>Payment Ctr PO Bx 530202<br>Atlanta, GA 30353-0202 | | Bankruptcy fees for previous bankruptcy | | | | $ 110,026.00 |
| 12 | Pfizer, Inc.<br>PO Box 100539<br>Atlanta, GA 30384-0539 | | Vaccines | | | | $ 105,565.31 |
| 13 | Cigna Healthcare<br>PO Box 644546<br>Pittsburgh, PA 15264-4546 | | Group health plan medical, dental and vision | | | | $ 96,144.65 |
| 14 | Hollady Properties - Skyline<br>c/o Holladay Properties LLC<br>PO Box 404485<br>Atlanta, GA 30384 | | rent for old Skyline location 3443 Dickerson Pk #720 | | | | $ 80,347.78 |
| 15 | Hartmann Central, LLC<br>1418 Palmer Road<br>Lebanon, TN 37090 | | Rent for Lebanon location 365 S. Hartmann Dr #106 | | | | $ 77,789.41 |
| 16 | Tennessee Dept. of Revenue<br>500 Deadrick St.<br>Nashville, TN 37242 | | Franchise and Excise taxes | | | | $ 65,397.00 |
| 17 | Butler Snow LLP<br>150 3rd Ave. South, Ste. 1600<br>Nashville, TN 37201 | | legal fees | | | | $ 64,612.59 |
| 18 | SL Management Group TN LLC<br>788 Morris Turnpike<br>Short Hills, NJ 07078 | | Rent for 5247 Harding Place | | | | $ 56,740.98 |
| 19 | United Healthcare Insurance Co.<br>CH 10151<br>Palatine, IL 60055-0151 | | Group Health Plan Medical, dental and vision insurance | | | | $54,380.00 |
| 20 | Ted R. Sanders Moving & Whse, Inc.<br>PO Bx 90202<br>Nashville, TN 37209-1020 | | moving and storage for furniture and equipment | | | | $54,348.43 |