# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Chapter 11 |
| | ) | Judge _____ |
| Debtor. | ) | |

## ORDER AUTHORIZING DEBTOR TO PAY
## PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS

On _____, 2019, a hearing was conducted on the Debtor's *Expedited Motion for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits* (Docket No. __) (the "Motion"). The Court, having reviewed the Motion and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, in is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Notice of the Motion was served in accordance with all applicable rules. No objections were filed in opposition to the Motion.

3. The Debtor is authorized to pay wages that are contained in Exhibit A to the Motion.

4. The Debtor is authorized to pay the amounts for the employee benefits described in Paragraph 19 of the motion.

5. The Debtor is authorized to continue its administrative payment practices, programs, and policies with respect to wages and benefits as such administrative practices, programs, and policies were in effect as of the petition date, provided, however, that nothing in this Order shall be construed to (i) constitute the Debtor's post-petition assumption or adoption of any policy, plan, program, or employment agreement pursuant to Bankruptcy Code § 365, or the

Court's approval of any policy, plan, program, or employment agreement pursuant to Bankruptcy Code § 503.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*