_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/29/2019



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )   Case No. 3:19-bk-1971
  CAPSTONE PEDIATRICS, PLLC,    )
    Debtor.                       )   Chapter 11
                                          )   Judge Randal S. Mashburn
                                          )

**EXPEDITED ORDER SETTING HEARINGS
ON EXPEDITED "FIRST DAY MOTIONS"**

The Debtor has filed five motions where the Debtor seeks a hearing within less than three full business days after the filing of its Chapter 11 petition. These motions ("First Day Motions") are as follows:

- Docket Entry No. 3 – Expedited motion seeking approval of post-petition financing, use of cash collateral, adequate protection and other related relief;

- Docket Entry No. 4 – Expedited motion for approval of adequate assurance for utilities, prohibiting certain actions by utility companies, and other related relief involving utilities;

- Docket Entry No. 5 – Expedited motion for authority to retain existing bank accounts and cash management system and related relief;

- Docket Entry No. 6 – Expedited motion for authority to pay prepetition wages, benefits and taxes; and

- Docket Entry No. 7 – Expedited motion to appoint Jim Davis as chief restructuring officer and Chiron Advisory Services LL as turnaround advisory firm.

With regard to these First Day Motions, the Court will conduct a hearing at **10:00 a.m. on April 2, 2019**, in Courtroom One, Customs House, 701 Broadway, Nashville, TN. In light of the short notice for the hearing:

1. Any creditor or party in interest opposing the relief sought is encouraged to file an objection by 4:00 p.m. on April 1, 2019, to apprise the Court of the grounds for opposition, but the Court will consider any objections raised to the relief sought up to the time of the hearing, including oral objections made at that time.

2. As an initial matter at the hearing on April 2, 2019, Debtor's counsel shall be prepared to address whether it is essential that each of the motions be heard at that time or whether any of the motions – or any portion of the relief sought in any motion – can be deferred until a later date after more notice is given.

3. Debtor's counsel shall promptly file and serve the missing Exhibit A to the motion relating to employee wages at Docket Entry No. 6. Likewise, a signed declaration of Winnie Toler shall be promptly filed in light of the unsigned version currently filed at Docket Entry No. 8.

4. Debtor's counsel shall serve a copy of this order on all parties receiving service of the motions in the most expeditious manner to assure maximum notice under the circumstances and shall file a certificate of service reflecting the parties served and the manner of service.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 15    Filed 03/29/19    Entered 03/29/19 07:31:44    Desc Main
Document      Page 2 of 2