# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 3:19-BK-1971 |
| | ) | |
| CAPSTONE PEDIATRICS, PLLC | ) | CHAPTER 11 |
| | ) | BANKRUPTCY JUDGE |
| Debtor. | ) | RANDAL S. MASHUBRN |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears for and on behalf of Debtor Capstone Pediatrics, PLLC ("Debtor"), for all purposes in connection with this case. Pursuant to Bankruptcy Rules 2002, 3017 and 9010(b) the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices in this case. Service may be made and directed as follows:

>Emily C. Taube (019323)
>BURR & FORMAN LLP
>222 2nd Ave S, Suite 2000
>Nashville, TN 37201
>Tel: (615) 724-3237
>Fax: (615) 724-3337
>Email: etaube@burr.com

>Respectfully submitted,
>
>/s/ Emily C. Taube
>Emily C. Taube (019323)
>**BURR & FORMAN LLP**
>222 2nd Ave S., Suite 2000
>Nashville, TN 37201
>Telephone: (615) 724-3237
>Telephone: (615) 724-4373
>etaube@burr.com
>
>*Counsel for Capstone Pediatrics, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      /s/ Emily C. Taube