IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 3:19-BK-1971 |
| | ) | |
| CAPSTONE PEDIATRICS, PLLC | ) | CHAPTER 11 |
| | ) | BANKRUPTCY JUDGE |
| Debtor. | ) | RANDAL S. MASHUBRN |

## NOTICE OF FILING – CORRECTED EXHIBIT TO EXPEDITED MOTION TO PAY PREPETITION WAGES, BENEFITS AND TAXES

Please take notice that Debtor Capstone Pediatrics, PLLC has submitted the attached Exhibit A [DE 19] to correct Debtor's inadvertent failure to attach Exhibit A to its Expedited Motion to Pay Prepetition Wages, Benefits and Taxes already filed with this Court in this matter. [DE 6]

Respectfully submitted,

/s/ Emily C. Taube
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 2nd Ave S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3237
Telephone: (615) 724-4373
etaube@burr.com

*Counsel for Capstone Pediatrics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Emily C. Taube