| Check # | Pay Date | First Name | Last Name | Amount Owed | Job Title Description | Amount to be Paid |
|---|---|---|---|---|---|---|
| 00028719 | 03/22/2019 | Ana V | Martinez Rosales | 871.95 | Front Office Associate | |
| | | **Ana V Total** | | **871.95** | | **871.95** |
| 00028723 | 03/22/2019 | Arlen | Moya Aznar | 655.99 | Certified Medical Assistant | |
| | | **Arlen Total** | | **655.99** | | **655.99** |
| 00028597 | 02/22/2019 | Christine | Fochler | 401.72 | Finance | |
| 00028657 | 03/08/2019 | Christine | Fochler | 280.51 | Finance | |
| 00028711 | 03/22/2019 | Christine | Fochler | 315.15 | Accounting Coordinator | |
| | | **Christine Total** | | **997.38** | | **997.38** |
| 00028720 | 03/22/2019 | Denis | Reyes | 1,311.03 | Certified Medical Assistant | |
| | | **Denis Total** | | **1,311.03** | | **1,311.03** |
| 00028706 | 03/22/2019 | Dennie L | Christopher | 1,644.66 | Claims Analyst | |
| | | **Dennie L Total** | | **1,644.66** | | **1,644.66** |
| 00028708 | 03/22/2019 | Diana Y | Fernandez | 1,396.63 | Billing Analyst | |
| | | **Diana Y Total** | | **1,396.63** | | **1,396.63** |
| 00028729 | 03/22/2019 | Dianis L. | Rives Medina | 1,048.47 | Certified Medical Assistant | |
| | | **Dianis L. Total** | | **1,048.47** | | **1,048.47** |
| 00028605 | 02/22/2019 | Elisabeth Beale | Radish | 3,376.94 | Nurse Practitioner | |
| 00028664 | 03/08/2019 | Elisabeth Beale | Radish | 1,972.60 | Nurse Practitioner | |
| manual ck | 03/08/2019 | Elisabeth Beale | Radish | 710.25 | Nurse Practitioner | |
| 00028717 | 03/22/2019 | Elisabeth Beale | Radish | 2,543.29 | Nurse Practitioner | |
| | | **Elisabeth Beale Total** | | **8,603.08** | | **8,603.08** |
| 00028631 | 03/08/2019 | Erica | Omondi | 2,850.73 | Nurse Practitioner | |
| 00028687 | 03/22/2019 | Erica | Omondi | 2,850.74 | Nurse Practitioner | |
| | | **Erica Total** | | **5,701.47** | | **5,701.47** |
| 00028524 | 02/08/2019 | Gary G | Griffieth | 5,888.47 | Executive | |
| 00028591 | 02/22/2019 | Gary G | Griffieth | 7,712.45 | Executive | |
| 00028651 | 03/08/2019 | Gary G | Griffieth | 6,344.47 | Executive | |
| 00028705 | 03/22/2019 | Gary G | Griffieth | 6,344.46 | Chief Executive Officer | |
| | | **Gary G Total** | | **26,289.85** | | **12,850.00** |
| 00028707 | 03/22/2019 | Iris L | Dottin | 1,765.92 | Claims Analyst | |
| | | **Iris L Total** | | **1,765.92** | | **1,765.92** |
| 00028694 | 03/22/2019 | Itaty | Flores | 1,803.25 | Scheduler | |
| | | **Itaty Total** | | **1,803.25** | | **1,803.25** |
| 00028678 | 03/08/2019 | Jojy | Job | 2,406.55 | Physician Assistant | |

| Check # | Date | First Name | Last Name | Amount | Title | Total |
|---|---|---|---|---|---|---|
| 00028730 | 03/22/2019 | Jojy | Job | 2,406.55 | Physician Assistant | |
| | | **Jojy Total** | | 4,813.10 | | 4,813.10 |
| 00028569 | 02/22/2019 | Jonathan | Spanier | 5,276.46 | Pediatrician | |
| 00028632 | 03/08/2019 | Jonathan | Spanier | 5,276.47 | Pediatrician | |
| 00028688 | 03/22/2019 | Jonathan | Spanier | 5,276.46 | Pediatrician | |
| | | **Jonathan Total** | | 15,829.39 | | 12,850.00 |
| 00028641 | 03/08/2019 | Jonathon | Garcia | 2,852.54 | Practice Administrator | |
| 00028696 | 03/22/2019 | Jonathon | Garcia | 3,218.26 | Practice Administrator | |
| | | **Jonathon Total** | | 6,070.80 | | 6,070.80 |
| 00028714 | 03/22/2019 | Jose L | Torres | 1,540.08 | Certified Medical Assistant | |
| | | **Jose L Total** | | 1,540.08 | | 1,540.08 |
| 00028701 | 03/22/2019 | Katherin G | Ramirez | 980.27 | Scheduler | |
| | | **Katherin G Total** | | 980.27 | | 980.27 |
| 00028078 | 11/10/2018 | Kathy S | Griffieth | 2,534.85 | Executive | |
| 00028152 | 11/24/2018 | Kathy S | Griffieth | 2,900.55 | Executive | |
| 00028227 | 12/14/2018 | Kathy S | Griffieth | 2,534.84 | Executive | |
| 00028301 | 12/28/2018 | Kathy S | Griffieth | 2,900.56 | Executive | |
| 00028372 | 01/11/2019 | Kathy S | Griffieth | 2,536.25 | Executive | |
| 00028441 | 01/25/2019 | Kathy S | Griffieth | 2,901.97 | Executive | |
| 00028514 | 02/08/2019 | Kathy S | Griffieth | 2,536.25 | Executive | |
| 00028582 | 02/22/2019 | Kathy S | Griffieth | 2,901.96 | Executive | |
| 00028642 | 03/08/2019 | Kathy S | Griffieth | 2,536.25 | Executive | |
| 00028697 | 03/22/2019 | Kathy S | Griffieth | 2,901.97 | Director of Clinical Services | |
| | | **Kathy S Total** | | 27,185.45 | | 12,850.00 |
| 00028728 | 03/22/2019 | Lauren R. | Bristol | 2,541.68 | Nurse Practitioner | |
| | | **Lauren R. Total** | | 2,541.68 | | 2,541.68 |
| 00028630 | 03/08/2019 | Lucy | Martin | 2,391.57 | Nurse Practitioner | |
| 00028686 | 03/22/2019 | Lucy | Martin | 2,391.59 | Nurse Practitioner | |
| | | **Lucy Total** | | 4,783.16 | | 4,783.16 |
| 00028459 | 01/25/2019 | Lynda | Sanders | 2,345.63 | Finance | |
| 00028531 | 02/08/2019 | Lynda | Sanders | 2,504.82 | Finance | |
| 00028599 | 02/22/2019 | Lynda | Sanders | 2,504.83 | Finance | |
| 00028658 | 03/08/2019 | Lynda | Sanders | 2,504.81 | Finance | |
| 00028712 | 03/22/2019 | Lynda | Sanders | 2,504.82 | Finance | |
| | | **Lynda Total** | | 12,364.91 | | 12,364.91 |

| Check # | Date | First Name | Last Name | Amount | Title | | Capped |
|---|---|---|---|---|---|---|---|
| 00028626 | 02/22/2019 | Margaret | Neyman | 2,271.42 | Audiologist | | |
| 00028682 | 03/08/2019 | Margaret | Neyman | 1,622.44 | Audiologist | | |
| 00028734 | 03/22/2019 | Margaret | Neyman | 2,271.42 | Audiologist | | |
| | | **Margaret Total** | | 6,165.28 | | | 6,165.28 |
| 00028680 | 03/08/2019 | Marina | Samaan | 2,522.10 | Physician Assistant | | |
| 00028732 | 03/22/2019 | Marina | Samaan | 2,883.87 | Physician Assistant | | |
| | | **Marina Total** | | 5,405.97 | | | 5,405.97 |
| 00028727 | 03/22/2019 | Michelle A | Melo Beltran | 1,226.73 | Clinical Team Lead | | |
| | | **Michelle A Total** | | 1,226.73 | | | 1,226.73 |
| 00028726 | 03/22/2019 | Nora S | Henien | 901.82 | Certified Medical Assistant | | |
| | | **Nora S Total** | | 901.82 | | | 901.82 |
| 00028733 | 03/22/2019 | Padmajavani | Veeramachaneni | 5,175.55 | Pediatrician | | |
| | | **Padmajavani Total** | | 5,175.55 | | | 5,175.55 |
| 00028538 | 02/08/2019 | Perry A | Carlson | 1,397.35 | Nurse Practitioner | | |
| 00028603 | 02/22/2019 | Perry A | Carlson | 1,388.94 | Nurse Practitioner | | |
| 00028715 | 03/22/2019 | Perry A | Carlson | 443.49 | Nurse Practitioner | | |
| | | **Perry A Total** | | 3,229.78 | | | 3,229.78 |
| 00028619 | 02/22/2019 | Roderick | Bahner | 4,683.36 | Pediatrician | | |
| manual ck | 03/08/2019 | Roderick | Bahner | 1,900.85 | Pediatrician | | |
| 00028725 | 03/22/2019 | Roderick | Bahner | 4,452.49 | Pediatrician | | |
| | | **Roderick Total** | | 11,036.70 | | | 11,036.70 |
| 00028731 | 03/22/2019 | Sandra N | Rivera | 2,913.47 | Nurse Practitioner | | |
| | | **Sandra N Total** | | 2,913.47 | | | 2,913.47 |
| 00028663 | 03/08/2019 | Sarah | Holliday | 2,541.68 | Nurse Practitioner | | |
| 00028716 | 03/22/2019 | Sarah | Holliday | 2,541.70 | Nurse Practitioner | | |
| | | **Sarah Total** | | 5,083.38 | | | 5,083.38 |
| 00028590 | 02/22/2019 | Winnie R | Toler | 5,906.70 | Executive | | |
| 00028650 | 03/08/2019 | Winnie R | Toler | 5,540.99 | Executive | | |
| 00028704 | 03/22/2019 | Winnie R | Toler | 5,906.71 | Chief Operating Officer | | |
| | | **Winnie R Total** | | 17,354.40 | | | 12,850.00 |
| | | **Grand Total** | | 186,691.60 | | | 151,432.51 |