# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 3:19-BK-1971 |
| | ) | |
| CAPSTONE PEDIATRICS, PLLC | ) | CHAPTER 11 |
| | ) | BANKRUPTCY JUDGE |
| Debtor. | ) | RANDAL S. MASHUBRN |

## NOTICE OF FILING – CORRECTED EXPEDITED MOTION FOR ORDER APPROVING DEBTOR IN POSSESSION FINANCING AND CORRECTED PROPOSED ORDER GRANTING SAME

Please take notice that Debtor Capstone Pediatrics, PLLC has submitted the attached corrected Expedited Motion for Order Approving Debtor in Possession Financing (DE # 20-1) and Corrected Proposed Order granting the same (DE # 20-2) as attachments A and B to this Notice. Debtor has filed these corrected documents to correct the record because Debtor inadvertently filed what were not the final versions of the Expedited Motion for Order Approving Debtor in Possession Financing (DE # 3) and Proposed Order (DE # 3-3).

Respectfully submitted,

/s/ Emily C. Taube
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 2nd Ave S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3237
Telephone: (615) 724-4373
etaube@burr.com

*Counsel for Capstone Pediatrics, LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 29, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Emily C. Taube