IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| CAPSTONE PEDIATRICS, PLLC | ) | |
| | ) | Case No. 3:19-bk-01971 |
| Debtor. | ) | |
| | ) | Judge Randal S. Mashburn |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby enters his appearance on behalf of landlord/creditors, SL Airpark, LLC and SL Airpark II, LLC.

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in the case, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

Michael G. Abelow
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
Fax: (615) 742-4539
mabelow@srvhlaw.com

Respectfully submitted,

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
mabelow@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539

*Attorney for SL Airpark, LLC and SL Airpark II, LLC*

CERTIFICATE OF SERVICE

I certify that true and exact copies of the foregoing have been served via the Court's electronic filing system on April 1, 2019 on all filing users accepting electronic service.

*/s/ Michael G. Abelow*