IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
(NASHVILLE)

| | | |
|---|---|---|
| In re: | ) | Case No. 19-bk-01971 |
| | ) | Chapter 11 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Judge Randal S. Mashburn |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## EXPEDITED ORDER

Upon good cause shown, it is hereby

ORDERED that counsel for the United States of America is permitted to appear telephonically at the hearing in this case currently scheduled for April 2, 2019.

        Approved for entry:

        */s/ Ward W. Benson*
        WARD W. BENSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        *Counsel for the United States of America*

Dated: _____

        _____
        Hon. Randal S. Mashburn, U.S.B.J.