Dated: 4/1/2019



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
(NASHVILLE)

| | | |
|---|---|---|
| In re: | ) | Case No. 19-bk-01971 |
| | ) | Chapter 11 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Judge Randal S. Mashburn |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**EXPEDITED ORDER**

Upon good cause shown, it is hereby

ORDERED that counsel for the United States of America is permitted to appear telephonically at the hearing in this case currently scheduled for April 2, 2019.

                                              Approved for entry:

                                              */s/ Ward W. Benson*
                                              WARD W. BENSON
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              *Counsel for the United States of America*

Dated: _____

                                              _____
                                              Hon. Randal S. Mashburn, U.S.B.J.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.