# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, hereby certifies to the Court that true and correct copies of the filings listed below were served upon (1) the Top 20 Unsecured Creditors via U.S.P.S. Priority Mail and Federal Express as indicated on the attached Exhibit A; (2) the United States Trustee via email to natalie.cox@usdoj.gov and (3) via email to the attorneys known to counsel representing creditor and parties of interest listed on the attached Exhibit B.

Doc. No. 1   Chapter 11 Voluntary Petition

Doc. No. 3   Expedited Motion for Order Approving Debtor-in-Possession Financing

Doc. No. 4   Expedited Motion to Provide Adequate Assurance to Utilities

Doc. No. 5   Expedited Motion for Order Authorizing Debtor to Retain Existing Bank Accounts, Cash Management System and Business Forms

Doc. No. 6   Motion to Pay Prepetition Wages, Benefits and Taxes

Doc. No. 7   Motion for Appointment of Chief Restructuring Officer

Doc. No. 15   Order Setting Expedited Hearing on the Debtor's First Day Motions

Doc. No. 18   Notice of Filing – Corrected Declaration of Winnie Toler

Doc. No 19   Amended Document Notice of Filing Exhibit A to Expedited Motion to Pay Prepetition Wages (Doc. No. 6)

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On April 1, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                  /s/ David W. Houston, IV
                                                                   David W. Houston, IV (020802)