RICOH
Service Excellence

EXHIBIT A

OUTBOUND ACCOUNTABLE PACKAGE LOG
BURR / FORMAN LLP
MONTH / YEAR    March    2019

| DATE | CARRIER (FedEx, Airborne, UPS, USPS, etc.) | TRACKING # (if applicable) | Sending To: CO. NAME | RECEIPIENT NAME | From (Internal) | Package Description (i.e. Priority Overnight, Express Mail, Delivery Confirmation, etc.) | Notes |
|---|---|---|---|---|---|---|---|
| 3/29/2019 | USPS | 9488 8178 9820 3185 7985 59 | NextGen Healthcare Information Services, Inc. | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7985 42 | c/o Quality Systems, Inc. United Healthcare Insurance Co. CH 10151 | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7985 11 | Ted R. Sanders Moving | Ted R. Sanders | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7985 35 | Cigna Healthcare | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7985 28 | United States Trustee Payment Center | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7985 04 | Holladay Properties - Skyline c/o Holladay Properties, LLC | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7984 98 | Pfizer, Inc | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7984 81 | Merck Sharp & Dohme Corporation | | Nolan, Chrissy | Priority Mail | Envelope |
| 3/29/2019 | USPS | 9488 8178 9820 3185 7984 74 | McKesson Medical Surgical | | Nolan, Chrissy | Priority Mail | Envelope |
| | | | | | | Express Mail | |
| 3/29/2019 | FedEx | 7748 3536 9741 | | Dr. Eddie Hamilton | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3539 6594 | AthenaHealth Inc. | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3543 0115 | c/o CTCRES as Agent VIII FS-Nashville, PLLC | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3544 6088 | Sanofi Pasteur, Inc. | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3546 9870 | c/o Realty Group North Cam Realty, LLC | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3549 5936 | Novagen | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3551 1524 | McCurry Construction, LLC | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3556 8865 | Hartmann Central, LLC | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3557 8580 | TN Dept of Revenue | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3559 3741 | Butler Snow LLP | | Taube, Emily | Express Mail | Envelope |
| 3/29/2019 | FedEx | 7748 3562 2064 | SL Management Group TN LLC | | Taube, Emily | Express Mail | Envelope |

Case 3:19-bk-01971    Doc 27-1    Filed 04/01/19    Entered 04/01/19 16:24:23    Desc
Exhibit A- Top 20 unsecured creditors    Page 1 of 1

RICOH
imagine. change.