# EXHIBIT B

## Served Via Email on Friday, March 29, 2019

Dr. Eddie D. Hamilton: Phillip Young  phillip@thompsonburton.com

CDS Business Services: Dan Puryear dpuryear@puryearlawgroup.com

Internal Revenue Service: Ward W. Benson Ward.W.Benson@usdoj.gov

McKesson Medical Surgical: Jeffrey Garfinkle and James Haltom jgarfinkle@buchalter.com james.haltom@nelsonmullins.com

AthenaHealth Inc.: Bill Norton bnorton@babc.com

VIII FS-Nashville, PLLC: Michael Abelow mabelow@srvhlaw.com

Cigna Healthcare: Tony Saunders Tsaunders@wyattfirm.com

Butler Snow LLP: Bill O'Brien Bill.obryan@butlersnow.com

Silverman Group: Steven Oran and Gary Rubenstein stevenoran@silvermangroup.net grubenstein@slblawfirm.com


## Served Via Email on Monday, April 1, 2019

SL Management Group TN, LLC: Joshua L. Burgener JBurgener@dickinson-wright.com

Hartmann Central, LLC: Byron Gill Bgill@rma-law.com

M&H Holdings: Will Long Wlong@brentwoodlaw.com

Paddock TN Equities, LLC: Seth McEnteer Seth@mcolawfirm.com