# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>CAPSTONE PEDIATRICS, PLLC,<br><br>    Debtor. | Chapter 11<br>Case No. 19-01971<br>Judge Randal S Mashburn |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the undersigned appears as counsel for Four Plus Corporation ("**Four Plus**"), and request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

> Ryan K. Cochran, Esq.
> WALLER LANSDEN DORTCH & DAVIS, LLP
> 511 Union Street, Suite 2700
> Nashville, Tennessee 37219
> Telephone: (615) 244-6380
> Facsimile: (615) 244-6804
> ryan.cochran@wallerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Papers is without prejudice to Four Plus's rights, remedies, and claims against other entities or any objection that may be had to the

subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Four Plus to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including, without limitation, Four Plus's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court, (ii) right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (iii) right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which Four Plus is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments.

Dated: April 1, 2019

Respectfully submitted,

*/s/ Ryan K. Cochran*
Ryan K. Cochran (TN BPR No. 025851)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
ryan.cochran@wallerlaw.com

*Attorney for The Four Plus Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served via the Court's CM/ECF filing and noticing system this 1st day of April 2019, to all parties registered to receive electronic notices in this case.

*/s/ Ryan K. Cochran*
Ryan K. Cochran