# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING PROPOSED ORDER IN SUPPORT OF MOTION

Please take notice that Capstone Pediatrics, PLLC (the "Debtor") has submitted its proposed order in support of its *Expedited Motion for Entry of an Order (I) Deeming Utility Companies Adequately Assured of Payment Under § 366 of the Bankruptcy Code; (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; and (III) Establishing Procedures for Resolving Requests for Additional Assurance* (Docket No. 4) which was inadvertently omitted in the original filing.

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On April 1, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)