**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

In re:                                                       )
                                                             )          Case No: 3:19-bk-1971
CAPSTONE PEDIATRICS, PLLC,          )          Chapter 11
                                                             )          Judge _____
        Debtor.                                          )


**ORDER (I) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF PAYMENT**
**UNDER § 366 OF THE BANKRUPTCY CODE; (II) PROHIBITING UTILITY COMPANIES**
**FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES; AND (III)**
**ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS**
**FOR ADDITIONAL ASSURANCE**

On _____, 2019, the interim hearing was conducted on the Debtor's *Expedited Motion*

*for an Order (I) Deeming Utility Companies Adequately Assured of Payment Under § 366; (II)*

*Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; and (III)*

*Establishing Procedures for Resolving Requests for Additional Assurance* (Docket No. __) (the

"Motion"). The Court, having reviewed the Motion and having determined that the relief requested

in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in

interest, finds that preserving utility services on an uninterrupted basis is essential to the Debtor's

ongoing operations and the success of its reorganization, and it is hereby ORDERED as follows:

        1.        The Motion is GRANTED on an interim basis.

        2.        The Utility Companies identified on Exhibit A to the Motion have been adequately

assured of payment by the Debtor in accordance with 11 U.S.C. § 366 based upon the proceeds

from the Debtor's operations and/or its DIP Financing.

        3.        Notice of the Motion was served in accordance with all applicable rules. No

objections were filed in opposition to the Motion.

4.      The Motion shall be set for final hearing at _____.m., on _____, in Courtroom __, 701 Broadway, Nashville, Tennessee.

5.      Prior to a final hearing on the Motion, the Utility Companies (as defined in the Motion) are prohibited from altering, refusing, or discontinuing services to the Debtor on account of prepetition amounts owed, including without limitation services electricity, water, telephone, gas, internet, or other services of this character.

6.      If a Utility Company requests additional assurance, the Utility Company shall submit and deliver a request in writing to counsel for the Debtor within thirty (30) days of entry of this Order.  The Debtor shall file a motion with the Court within thirty (30) days of receiving a request for the Court to make a determination regarding additional assurance requests.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*