# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING ADDITIONAL EXHIBIT IN SUPPORT OF MOTION

Please take notice that Capstone Pediatrics, PLLC (the "Debtor") has submitted the Declaration of Winnie Toler in support of its *Expedited Motion for Interim and Final Orders: (I) Authorizing the Debtor to Obtain Postpetition Financing on a Senior Secured Superpriority Basis Pursuant to 11 U.S.C. § 364; (II) Authorizing Use of Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363; (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001; and (iv) Granting Related Relief* (Docket Nos. 3 and 20).

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On April 1, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)

33181906 v1
Case 3:19-bk-01971   Doc 31   Filed 04/01/19   Entered 04/01/19 17:46:55   Desc Main
Document   Page 1 of 1