# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned, Daniel H. Puryear, hereby enters his appearance as counsel for Newtek Small Business Finance, LLC ("Newtek"), and pursuant to Fed. R. Bankr. P. 2002 and LBR 9010, on behalf of Newtek, hereby requests that all matters which must be noticed in this case, whether sent by the Court, the Debtor(s), or any other party-in-interest in this case, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

    Daniel H. Puryear
    104 Woodmont Boulevard
    The Woodmont Centre, Suite 201
    Nashville, TN 37205
    615-630-6601 (phone)
    615-615-630-6602 (fax)
    dpuryear@puryearlawgroup.com

Respectfully submitted,

*/s/ Daniel H. Puryear*
Daniel H. Puryear; TN No. 18190
Puryear Law Group
104 Woodmont Boulevard
The Woodmont Centre, Suite 201
Nashville, TN 37205
615-630-6601 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com

*Attorney for Newtek Small Business Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on April 2, 2019. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Daniel H. Puryear*