# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

<u>Capstone Pediatrics, PLLC</u>                           <u>CASE NO: 3:19-bk-01971</u>

    vs.     Movant

<u>FIRST DAY MOTIONS</u>                          ADV NO:

<u>CDS Business Services, Inc. d/b/a Newtek Business Credit and Newtek Small Business Finance, LLC; U.S. Trustee; SL Airpark, LLC and SL Airpark II, LLC; and United States of America on behalf of the Internal Revenue Service.</u>

        Respondent

| **Presiding Judge** | **Plaintiff's/Movant's Attorney** | **Defendant's/Respondent's Attorney** |
|---|---|---|
| Randal S Mashburn | David W. Houston, IV; Emily Campbell Taube | Daniel Hays Puryear; Natalie M. Cox; Michael G. Abelow; and Ward W. Benson (appeared telephonically) |
| **Trial/Hearing Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 4/2/2019 - 4/2/2019 | Auna Richardson | Lolitha Scruggs |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Stipulated | Admitted | **DESCRIPTION OF EXHIBITS * and WITNESSES** |
|---|---|---|---|---|---|---|
| x | | 4/2/2019 | | | | Winnie Griffieth Toler - Chief Operating Officer - Witness |
| x | | 4/2/2019 | | | | Jim Davis; Chief Restructing Officer and Chiron Advisory Services LLC - Witness |