IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randall S. Mashburn |
| Debtor. ) | |

**NOTICE OF APPEARANCE;
REQUEST TO BE ADDED TO MATRIX; AND
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002 REQUEST**

PLEASE TAKE NOTICE that ARHC GMCLKTN01, LLC, shall appear through its counsel, Dickinson Wright PLLC, and requests that all notices given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address:

Joshua L. Burgener, Esq.
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 620-1757
Facsimile: (844) 670-6009
jburgener@dickinsonwright.com

PLEASE TAKE FURTHER NOTICE that ARHC GMCLKTN01, LLC requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive ARHC GMCLKTN01, LLC's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the District Court in any

matter subject to mandatory or discretionary withdrawal; (iv) any applicable requirements for personal service or in personam jurisdiction in this or any other proceedings in the courts of the United States; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which ARHC GMCLKTN01, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments ARHC GMCLKTN01, LLC expressly reserves.

Dated: April 3, 2019

>DICKINSON WRIGHT PLLC
>
>By: /s/Joshua L. Burgener
> Joshua L. Burgener (No. 29077)
> 424 Church Street, Suite 800
> Nashville, Tennessee 37219
> Telephone: (615) 620-1757
> Facsimile: (844) 670-6009
> jburgener@dickinsonwright.com
>
>Counsel for ARHC GMCLKTN01, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2019, a true and correct copy of the foregoing was sent via ECF noticing to all parties receiving ECF notices in this chapter 11 case.

> /s/ Joshua L. Burgener
> Joshua L. Burgener (No. 29077)
> 424 Church Street, Suite 800
> Nashville, Tennessee 37219
> Telephone: (615) 620-1757
> Facsimile: (844) 670-6009
> jburgener@dickinsonwright.com