In re:                                                                    Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: taa0611              Page 1 of 6            Date Rcvd: Apr 01, 2019
                              Form ID: 309F              Total Noticed: 286

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db         +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015
aty        +EMILY CAMPBELL TAUBE,    BURR & FORMAN, LLP,    222 Second Avenue South,   Suite 2000,
             NASHVILLE, TN 37201-2385
6875813    +123 GETLINK,    1476 LEXINGTON AVE, SUITE 1B,    NEW YORK, NY 10128-2546
6875621     ABBOTT LABORATORIES INC.,    P.O. BOX 100997,    ATLANTA, GA 30384-0997
6875657     ACCENT,   P. O. BOX 952366,    ST. LOUIS, MO 63195-2366
6875596     ACCESS,   P.O. BOX 101048,    ATLANTA, GA 30392-1048
6875659    +ADVANCE SIGNS & GRAPHICS,    1005 WEST MAIN STREET,    LEBANON, TN 37087-3301
6875853     AETNA,   P. O. BOX 14079,    LEXINGTON, KY 40512-4079
6875819     AETNA INSURANCE COMPANY,    P. O. BOX 784836,    PHILADELPHIA, PA 19178-4836
6875742     AFTERMATH CLAIM SERVICE,    1212 S NAPER BOULEVARD,    NAPERVILLE, IL 60540-8360
6875795    +AKHENIA CONERLY,    296 RALEIGH DR, APT. B,    CLARKSVILLE, TN 37043-1971
6875856    +AMANDA GREENE,    3617 HUNTINGBORO TRAIL,    ANTIOCH, TN 37013-4947
6875854     AMBER SAUNDERS,    4121 SHACKLETT RD,    MURFREESBORO, TN 37129
6875710     AMERICAN ACADEMY OF PEDIATRICS,    72103 EAGLE WAY,    CHICAGO, IL 60678-7251
6875685     AMERICAN MESSAGING,    P. O. BOX 5749,    CAROL STREAM, IL 60197-5749
6875855    +ANA CORDERO,    100 VERNON TRAYLOR DR,    SMYRNA TN 37167-5940
6875814     ANDREA BROZEWSKI,    303 EARHEART RD,    HERMITAGE, TN 37076
6875801    +ANDREA HULAN,    812 QUEEN ANNES COURT,    NOLENSVILLE, TN 37135-4100
6875782    #+ANGELICA P. GUZMAN,    1933 FAWNS CREEK CROSSING,    MT. JULIET TN 37122-1229
6875681    +ASE TECHNOLOGY,    7113 PEACH COURT, SUITE 200,    BRENTWOOD, TN 37027-3240
6875558    +ATHENAHEALTH, INC.,    311 ARSENAL STREET,    WATERTOWN, MA 02472-2785
6875761     ATMOS ENERGY,    P. O. BOX 790311,    ST. LOUIS, MO 63179-0311
6875852    +AUDIOLOGY SYSTEMS, ATTN: SCOTT BREWER,    50 COMMERCE DRIVE, SUITE 180,
             SCHAUMBURG, IL 60173-5312
6875758     AUDIOLOGY SYSTEMS, INC,    DEPT CH 16948,    PALATINE, IL 60055-6948
6875653     BARTON & ASSOCIATES,    P.O. BOX 417844,    BOSTON, MA 02241-7844
6875700    +BASS, BERRY & SIMS PLC,    150 THIRD AVENUE SOUTH, SUITE 2800,    NASHVILLE, TN 37201-2017
6875770    +BCBS OF TN, ATTN: CLAIM REFUND DEPT,    1 CAMERON HILL CIRCLE, BLDG 13,
             CHATTANOOGA, TN 37402-0013
6875715    +BCBST,   1 CAMERON HILL CIRCLE,    CHATTANOOGA, TN 37402-0031
6875704    +BENTLEY'S AIR CONDITIONING,    109 HARTMANN DRIVE,    LEBANON, TN 37087-2515
6875642     BESSE MEDICAL SUPPLY,    1576 SOLUTIONS CTR,    CHICAGO, IL 60677-1005
6875647    +BETTER BUSINESS SOLUTIONS,    P.O.BOX 3549,    BRENTWOOD TN 37024-3549
6875668    +BRAVO CONSTRUCTION,    936 CARTHAGE HIGHWAY,    LEBANON, TN 37087-4613
6875763    +BRIDGES,    935 EDGEHILL AVENUE,    NASHVILLE, TN 37203-4990
6875690    +BUS. TAX COLLECTIONS-C/O KY STATE TREAS.,    PO BOX 491,    FRANKFORT, KY 40602-0491
6875573    +BUTLER SNOW LLP,    150 3RD AVENUE SOUTH SUITE 1600,    NASHVILLE, TN 37201-2046
6875809    +CADS, ATTN: PATRICIAN HANNA,    1317 SUN VALLEY ROAD,    CLARKSVILLE, TN 37040-4372
6875639    +CAINE & WEINER C/O PITNEY BOWES PURCHASE,    21210 ERWIN STREET,    WOODLAND HILLS, CA 91367-3714
6875563    +CAM REALTY, LLC C/O REALTY GROUP NORTH,    109 MONTGOMERY AVENUE SUITE 102,
             SCARSDALE, NY 10583-5531
6875626     CAMPBELL, HIGHTOWER, & ADAMS C/O NOVARTIS,    4645 SOUTH LAKESHORE DRIVE #11,
             TEMPE, AZ 85282-7152
6875552    +CAPSTONE PEDIATRICS, PLLC,    1420 DONELSON PIKE, SUITE B-17,    NASHVILLE, TN 37217-3015
6875656    +CAROL JOLLY,    P. O. BOX 680662,    FRANKLIN, TN 37068-0662
6875788    +CASATINA MILLER,    395 BOSCA COURT,    CLARKSVILLE TN 37040-6590
6875713    +CDE LIGHTBAND,    2021 WILMA RUDOLPH BLVD., P.O.BOX 31509,    CLARKSVILLE, TN 37040-0026
6875556    +CDS BUSINESS SERVICES,    60 HEMPSTEAD AVE,    WEST HEMPSTEAD NY 11552-2148
6875634    +CENTENNIAL MEDICAL STAFF ASSOC.,    P. O. BOX 150804,    NASHVILLE, TN 37215-0804
6875632    +CHAD S. BOOMERSHINE, MD,    1219 OLYMPIA PLACE,    FRANKLIN, TN 37067-5695
6875709    +CHAPTER 13 TRUSTEE,    P. O. BOX 340019,    NASHVILLE, TN 37203-0019
6875628    +CHIRON FINANCIAL, LLC,    1301 MCKINNEY SUITE 2800,    HOUSTON, TX 77010-3079
6875767    +CHRISTIAN CARE MINISTRY,    PO BOX 120099,    WEST MELBOURNE, FL 32912-0099
6875749    +CHRISTINA PAASCHE,    3119 HOLLY POINT,    CLARKSVILLE TN 37043-8440
6875570     CIGNA HEALTHCARE,    P. O. BOX 644546,    PITTSBURGH, PA 15264-4546
6875858     CIGNA HEALTHCARE & LIFE INSURANCE CO.,    P. O. BOX 182223,    CHATTANOOGA, TN 37422-7223
6875794     CITY OF CLARKSVILLE,    P. O. BOX 928,    CLARKSVILLE, TN 37041-0928
6875780    +CITY OF LEBANON,    401 PARK DR.,    LEBANON, TN 37087
6875862     CLARKSVILLE DEPT OF ELECTRICITY,    PO BOX 31449,    CLARKSVILLE, TN 37040-0025
6875683    +CLIA LABORATORY PROGRAM,    P.O. BOX 530882,    ATLANTA, GA 30353-0882
6875627     COMCAST,   P. O. BOX 37601,    PHILADELPHIA, PA 19101-0601
6875661    +COMMERCIAL LAMINATION,    2801 MURFREESBORO ROAD,    ANTIOCH, TN 37013-2011
6875863    +COMMISSIONER OF FINANCE R. SPRINGER,    200 CASTLE HEIGHTS AVENUE N,    LEBANON, TN 37087-2740
6875631     COMPANION LIFE INS CO,    ATTN: JESSICA FOURNIER, P.O. BOX 100102,    COLUMBIA, SC 29202-3102
6875775    +COOK'S PEST CONTROL,    P.O. BOX 280390,    NASHVILLE, TN 37228-0390
6875587    +CORPORATE CLEANING SYSTEMS,    P. O. BOX 40565,    NASHVILLE, TN 37204-0565
6875867    +CRYSTAL VANN,    1444 PRIMM ROAD,    ASHLAND CITY, TN 37015-6254
6875701    +CUBESMART,    1202 ANTIOCH PIKE,    NASHVILLE, TN 37211-3104
6875762     CURTIS BAY ENERGY - TN,    P. O. BOX 65047,    BALTIMORE, TN 21264-5047
6875714     D & L DISTRIBUTORS, INC.,    P.O. BOX 993,    BRENTWOOD, TN 37024-0993
6875753    +DAY COMMUNICATIONS, INC.,    3212 WEST END AVENUE, SUITE 201,    NASHVILLE, TN 37203-5835
6875778    +DCA PHARMACY,    233 BEDFORD WAY,    FRANKLIN, TN 37064-5527
6875720    +DEA HEADQUARTERS,    ATTN: REG. SECTION, P. O. BOX 2639,    SPRINGFIELD, VA 22152-0639
```

```
6875827       +DEIDRA MCCULLOUGH,    106 ARCHWOOD DRIVE,    MADISON, TN 37115-3062
6875664        DELTACOM C/O EARTHLINK,    1058 PO BOX 2252,    BIRMINGHAM, AL 35246-1058
6875849       +DIANNE WALDRON TREASURER,    C/O TOWN OF SMYRNA, 315 S. LOWRY STREET,    SMYRNA, TN 37167-3416
6875815       +DONEQUA LYONS,    3424 ELIZABETH JORDAN ST,    NASHVILLE, TN 37209-3842
6875719       +DONNA HAMACHER,    7409 SOMERSET PL,    NASHVILLE, TN 37221-4612
6875555       +DR. EDDIE D. HAMILTON,    4822 POST ROAD,    NASHVILLE, TN 37205-2712
6875797       +EATHERLY SERVICES,    1670 CAIRO BEND ROAD,    LEBANON, TN 37087-7429
6875649       +ECHO, INC.,    101 WESTPARK DRIVE SUITE 140,    BRENTWOOD, TN 37027-5031
6875652       +ECHO, INC. C/O SY.MED DEVELOPMENT, INC.,    101 WESTPARK DRIVE SUITE 140,
                 BRENTWOOD, TN 37027-5031
6875820       +EMELINA QUINONES,    3042 ACE WINTER MEYER DRIVE,    LAVERGNE, TN 37086-3472
6875784        EMMA, INC.,    75 REMITTANCE DRIVE, SUITE 6222,    CHICAGO, IL 60675-6222
6875721        ERICA OMONDI,    8741 BARREN FORK,    BON AQUA, TN  37025
6875837       +ERIKA MONTEZ,    6675 HICKORY SPRINGS DR,    SAN ANTONIO TX 78249
6875773      #+ESTALEE DUNCAN,    216 LUCKY DR,    NASHVILLE, TN 37211-4905
6875577       +FAIRWAY - GALT, LLC,    728 SHADES CREEK PKY, SUITE 200,    BIRMINGHAM, AL 35209-4453
6875741        FAMILIES MAGAZINE,    P. O. BOX 729,    HOPKINSVILLE, KY 42241-0729
6875835       +FIRE SAFETY EQUIPMENT & SERVICE,    4099 BERNARD RD.,    JOELTON, TN 37080-8932
6875672        FLEXENTIAL F/K/A PEAK 10,    P.O. BOX 536933,    ATLANTA, GA 30353-6933
6875792        FOUR PLUS CORPORATION C/O 511 GROUP,    1850 NASHVILLE CITY CENTER,
                 511 UNION ST NASHVILLE, TN 37219
6875806        FRANKLIN COLLECTION SERVICE, INC.,    P. O. BOX 3910,    TUPELO, MS 38803-3910
6875575       +GARY GRIFFIETH, M.D.,    9045 KEATS STREET,    FRANKLIN, TN 37064-3162
6875581       +GATEWAY MOB - CLARKSVILLE, TN C/O ARHC,    PO BOX 714423,    CINCINNATI, OH 45271-4423
6875842       +GERRI WHITE,    2212 DEARBORN DR,    NASHVILLE, TN 37214-1911
6875594        GLAXOSMITHKLINE PHARMACEUTICALS,    P. O. BOX 740415,    ATLANTA, GA 30374-0415
6875805       +GLOVER'S LOCK SERVICE,    514 KRAFT STREET,    CLARKSVILLE, TN 37040-3055
6875698        GN OTOMETRICS NORTH AMERICA,    PO BOX 200980,    PITTSBURGH, PA 15251-0980
6875860        GREENSBORO SERVICE CENTER,    P. O. BOX 740800,    ATLANTA, GA 30374-0800
6875747       +H & H HEATING, AIR, & REFRIGERATION,    2547 MADISON STREET,    CLARKSVILLE, TN 37043-5499
6875768       +H & J REALTY,    8138 MOORES LANE,    BRENTWOOD, TN 37027-8026
6875644       +HAMILTON PAINTING,    1204 MURFREESBORO ROAD,    LEBANON, TN 37090-5301
6875665       +HARPETH ANSWERING & COMMUNICATIONS,    506 HILLSBORO BOULEVARD SUITE 106,
                 MANCHESTER, TN 37355-1975
6875622       +HARRIS BRAND RECRUITING,    3100 ROSENDALE ROAD,    NISKAYUNA, NY 12309-1510
6875851       +HARRIS, KLEIN ASSOCIATES, INC.,    P. O. BOX 2087,    WOODSTOCK, GA 30188-1398
6875757       +HARRISON'S LOCK SERVICE,    307 WEST MAIN STREET, SUITE H,    LEBANON, TN 37087-3596
6875571       +HARTMANN CENTRAL, LLC,    1418 PALMER ROAD,    LEBANON, TN 37090-8202
6875764       +HEALTH MEGA MALL,    336 36TH ST,    BELLINGHAM WA 98225-6580
6875818        HEALTHAMERICA PA - REFUNDS,    P. O. BOX 8500-784182,    PHILADELPHIA, PA 19178-4182
6875873       +HEALTHSCOPE BENEFITS,    27 CORPORATE HILL DRIVE,    LITTLE ROCK, AR 72205-4537
6875588       +HEARTHSTONE PROPERTIES, LLC,    4925 VETERANS PARKWAY,    MURFREESBORO, TN 37128-3961
6875611        HENRY SCHEIN,    DEPT CH 10241,    PALATINE, IL 60055-0241
6875798       +HICKS HVAC,    991 BRILEY PARKWAY,    NASHVILLE, TN 37217-1901
6875825       +HOLLY MILLER,    317 50TH AVENUE NORTH,    NASHVILLE, TN 37209-3457
6875734        HUMANA,    P. O. BOX 931655,    ATLANTA, GA 31193-1655
6875861       +ICG LINK, INC.,    7003 CHADWICK DRIVE, SUITE 111,    BRENTWOOD, TN 37027-5288
6875617       +INETCO, LLC,    190B SAUNDERSVILLE ROAD,    HENDERSONVILLE, TN 37075-8901
6875677       +INFINISOURCE, ATTN: STACEY BOYD,    15 E WASHINGTON STREET,    COLDWATER, MI 49036-1981
6875759        JENNIFER MOJICA,    400 TOLL HOUSE CIRCLE,    FRANKLIN TN 37064
6875859       +JENNIFER WATSON,    143 HENDON MEMORIAL RD,    SHELBYVILLE, TN 37160-3150
6875831       +JERRY GILTZ,    1000 WORTHINGTON LANE, APT 10-207,    SPRING HILL, TN 37174-4100
6875737       +JEWELL MECHANICAL,    1000 ELM HILL PIKE,    NASHVILLE, TN 37210-3504
6875802        JIHAN SHUKRI,    360 BELL ROAD, APT 303,    ANTIOCH, TN 37013
6875722       +JONATHAN SPANIER, MD,    1032 GRACELAWN DR,    BRENTWOOD, TN 37027-5504
6875816       +JUNE D. BRYANT,    4004 SOUTHRIDGE BLVD,    MURFREESBORO TN 37128-6854
6875727       +KACIE WILKES,    2521 ARBOR MIST TRAIL,    HIXON, TN 37343-4538
6875774      #+KAREN BLOUNT,    5582 B ZAPATA DRIVE,    PEGRAM, TN 37143-2300
6875723       +KAREN CHAFFIN,    5909 SEDBERRY ROAD,    NASHVILLE, TN 37205-3221
6875846       +KATHLEEN WEAKLEY,    1928 STREAMFIELD COURT,    ANTIOCH, TN 37013-5753
6875580       +KATHY S. GRIFFIETH,    9045 KEATS STREET,    FRANKLIN, TN 37064-3162
6875800       +KHALID ABDULKHALIG,    114 GARDENIA STREET,    MT. PLEASANT, TN 38474-1803
6875675        LABCORP,    PO BOX 12140,    BURLINGTON, NC 27216-2140
6875823       +LABPLUS,    PO BOX 504975,    ST.LOUIS MO 63150-4975
6875744       +LAMONT, HANLEY, & ASSOCIATES, INC.,    P. O. BOX 179,    MANCHESTER, NH 03105-0179
6875730        LBMC, PC,    P. O. BOX 1869,    BRENTWOOD, TN 37024-1869
6875857       +LEIGHANN BRINKLEY,    901 NORTHERN DANCE LANE,    ELGIN, SC 29045-7127
6875836       +LESLIE KOMULAINEN,    229 CEDAR BEND CIRCLE,    CLARKSVILLE TN 37043-1881
6875724       +LINDSEY HERNANDEZ,    1108 PROUD EAGLE,    EAGLEVILLE, TN 37060-4261
6875725        LUCY MARTIN,    710 CLEO MARTIN DR, APT 340,    NASHVILLE TN 37206
6875585       +M AND S HOLDINGS LLC,    1511 SUNSET RD,    BRENTWOOD, TN 37027-3511
6875702        MAILFINANCE, INC,    DEPT 3682, PO BOX 123682,    DALLAS, TX 75312-3682
6875697        MAIN STREET MEDIA OF TN,    GOULD ENTERPRISES INC., P. O. BOX 8156,    GALLATIN, TN 37066-8156
6875748       +MAINE STANDARDS CO., LLC,    221 US ROUTE 1,    CUMBERLAND FORESIDE, ME 04110-1345
6875772       +MAISAM ALKHAFAJI,    109 SHATKLATT LANE COURT,    ANTIOCH, TN 37013-3628
6875708        MARY RUTH SCOBEY, MD,    504 ENGLISH VILLAGE DR,    NASHVILLE TN 37211
6875625       +MBLAB CONSULTING,    1106 GETTYSVUE WAY,    KNOXVILLE, TN 37922-5982
6875566       +MCCURRY CONSTRUCTION, LLC,    2207 SAINT JOSEPH'S COURT,    BRENTWOOD, TN 37027-1806
6875557        MCKESSON CORPORATION,    P. O. BOX 634404,    CINCINNATI, OH 45263-4404
6875567        MCKESSON MEDICAL SURGICAL,    P. O. BOX 634404,    CINCINNATI, OH 45263-4404
```

```
6875620      ++MEDLINE INDUSTRIES INC,   ATTN ANNE KISHA,   ONE MEDLINE PL,   MUNDELEIN IL 60060-4486
               (address filed with court: MEDLINE INDUSTRIES, INC.,    DEPT CH 14400,    PALATINE, IL 60055)
6875807       +MEGAN THOMAS,   1606 SAMUEL DR,   CLARKSVILLE TN 37043-1738
6875560        MERCK SHARP & DOHME, CORP.,    P. O. BOX 5254,    CAROL STREAM, IL 60197-5254
6875593       +MERIDIAN LAW, PLLC,   2900 VANDERBILT PLACE, SUITE 100,   NASHVILLE, TN 37212-2518
6875616        METRO TRUSTEE PERSONALTY TAX DEPT,    P. O. BOX 305012,    NASHVILLE, TN 37230-5012
6875872       +MHBP FEDERAL EMPLOYEES HEALTH BENEFITS,    P. O. BOX 8402,    LONDON, KY 40742-8402
6875847       +MICRO AUDIOMETRICS CORP.,   655 KELLER ROAD,   MURPHY, NC 28906-5890
6875752       +MID-STATE COMMUNICATIONS,   504 HILLSBORO BLVD,   MANCHESTER, TN 37355-1767
6875679        MIDDLE TN ELECTRIC MEMBERSHIP CORP,    PO BOX 220,    LEBANON, TN 37088-0220
6875592       +MOB 147 OF TN C/O HOLLADAY - SKYLINE,    P. O. BOX 404485,    ATLANTA, GA 30384-4485
6875579       +MOB 147 OF TN C/O HOLLADAY PROPERTIES,    P. O. BOX 404485,    ATLANTA, GA 30384-4485
6875706       +MODERN BABIES AND CHILDREN NASHVILLE,   1050 GLENBROOK WAY SUITE 480-145,
                HENDERSONVILLE, TN 37075-1241
6875739       +NASHVILLE AREA HISPANIC CHAMBER OF COM.,    P. O. BOX 40541,    NASHVILLE, TN 37204-0541
6875640        NASHVILLE ELECTRIC SERVICE,   1214 CHURCH STREET,   NASHVILLE, TN  37246-0003
6875674       +NATUS MEDICAL, INC.,   DEPT. 33768, P. O. BOX 39000,    SAN FRANCISCO, CA 94139-0001
6875671       +NAVICURE, INC.,   2055 SUGARLOAF CIRCLE SUITE 600,   DULUTH, GA 30097-4131
6875781        NEOFUNDS BY NEOPOST,    P. O. BOX 30193,    TAMPA, FL 33630-3193
6875554       +NEWTEK SMALL BUSINESS FINANCE LLC,    P. O. BOX 297,    LAUREL, NY 11948-0297
6875623       +NEWTEK TECHNOLOGY SERVICES,   2550 W UNION HILLS DRIVE SUITE 390,    PHOENIX, AZ 85027-5197
6875559       +NEXTGEN HEALTHCARE C/O QUALITY SYSTEMS,    P. O. BOX 809390,    CHICAGO, IL 60680-9390
6875793        NIC USA, INC. TN DIVISION C/O TN ANYTIME,    P. O. BOX 504212,    ST. LOUIS, MO 63150-4212
6875597       +NOVACOPY, INC.,    P. O. BOX 372, DEPT 200,    MEMPHIS, TN 38101-0372
6875565       +NOVAGEN,   10245 WEST LITTLE YORK RD. SUITE 400,   HOUSTON TX 77040-2937
6875599       +NTL CONTACT CTR MGMT,   ATTN:  C. BENNETT,   2501 PARK PLAZA BLDG 1-4W,
                NASHVILLE, TN 37203-1512
6875750        OAKTREE PRODUCTS, INC.,   610 SPIRIT VALLEY,   EAST CHESTERFIELD, MO 63005
6875745        OCCUPATIONAL HEALTH CTRS OF THE SW, P.A.,    CO. C/O CONCENTRA, P. O. BOX 82432,
                ATLANTA, GA 30354-0432
6875766        OFFICE DEPOT, INC.,    P. O. BOX 633301,    CINCINNATI, OH 45263-3301
6875838       +PAULETTE POE,   402 FABIAN PLACE,   CLARKSVILLE, TN 37043-5941
6875696        PAYMENT RESOLUTION SERVICES,    ATTN: MSC 410836, P. O. BOX 415000,    NASHVILLE, TN 37241-0836
6875682       +PEDSTEST.COM,   1013 AUSTIN COURT,   NOLENSVILLE, TN 37135-9737
6875771       +PERFORMANCE BUSINESS FORMS,   200 BLANTON AVENUE,   NASHVILLE, TN 37210-4704
6875569        PFIZER INC,   P.O. BOX 100539,   ATLANTA, GA 30384-0539
6875743        PGBA, LLC - TRICARE REFUNDS,    P. O. BOX 100279,    COLUMBIA, SC 29202-3279
6875669       #PIEDMONT NATURAL GAS,    P. O. BOX 660920,    DALLAS, TX 75266-0920
6875610       +PINNACLE SERVICES, INC.,   2817 WEST END AVENUE, SUITE 126-384,    NASHVILLE, TN 37203-1453
6875629       +PITNEY BOWES,   PO BOX 371874,   PITTSBURGH, PA 15250-7874
6875589       +PRACTICE SUITE, INC.,    P.O. BOX 15124,    FREMONT, CA 94539-2224
6875663       +PRACTIECLINK LIMITED,    PO BOX 100,    HINTON, WV 25951-0100
6875844       +PRECISION ROLLER,   2102 W QUAIL AE, SUITE 1,   PHOENIX AZ 85027-2656
6875728      #+PREMIER PARKING,   421 CHURCH STREET,   NASHVILLE, TN 37219-2501
6875645       +PRIORITY NASHVILLE CONTRACTING, LLC,    P. O. BOX 41830,    NASHVILLE, TN 37204-1830
6875731        PROASSURANCE CO RISK RESOURCE DEPT,    P. O. BOX 809196,    CHICAGO, IL 60680-9196
6875600        PROASSURANCE INDEMNITY COMPANY, INC.,    P. O. BOX 952315,    DALLAS, TX 75395-2315
6875826      #+PROIMAGE FACILITY SERVICES, LLC,   15115 OLD HICKORY BOULEVARD, SUITE B,
                NASHVILLE, TN 37211-6585
6875606       +PROP. MGMT ASSOC. OF WNY, ATTN: L. STANG,   90 EARHART DR SUITE 6,
                WILLIAMSVILLE, NY 14221-7802
6875769        PROSAD KONA,   22 AVENTURA DRIVE,   MOUNT JULIET, TN 37122
6875678       +RAY & CHRISTINE FOCHLER,   1765 HIGHWAY 25 WEST,   GALLATIN, TN 37066-6112
6875662       +REAL TIME TRANSLATION, INC,   716 COUNTY RD 10 NE #174,   BLAINE MN 55434-2331
6875618       +REC. MGMT SERVICES, C/O STAPLES ADVANTAGE,    7525 WEST CAMPUS RD,    NEW ALBANY, OH 43054-1121
6875830       +REGINALD KING,    P. O. BOX 150214,    NASHVILLE, TN 37215-0214
6875670       +REVIVE HEALTH,   209 10TH AVENUE SOUTH SUITE 214,   NASHVILLE, TN 37203-0711
6875776       +ROBBIE RODGERS,   406 2ND AVE,   MURFREESBORO TN 37130-4800
6875726       +RODERICK BAHNER,   P.O. BOX 2191,   BRENTWOOD, TN 37024-2191
6875756       +RUTHERFORD COUNTY TRUSTEE,    P.O. BOX 1316,    MURFREESBORO, TN 37133-1316
6875601       +SAFE CLEAN,   164 MCCALL ST,   NASHVILLE TN 37211-3089
6875839       +SAFEPOINT, LLC,   1214 HUNTERS POINT PIKE, SUITE A,   LEBANON, TN 37087-1100
6875561       +SANOFI PASTEUR, INC.,   12458 COLLECTIONS CENTER DR.,   CHICAGO, IL. 60693-0001
6875869       +SCHATONEA NEWBY,   255 CATHY JO DR,   NASHVILLE, TN 37211-3814
6875598       #SCOTTY W. HARRIS,   281 HICKORY HOLLOW TERRACE,   ANTIOCH, TN 37013-2127
6875789      #+SHAMEKIA CLINTON,   1052 E MONICA DR,   CLARKSVILLE TN 37042-6712
6875832        SHANTANIK GREEN,   932 OAK MEADOW,   FRANKLIN TN 37064
6875811       +SHONTA STEWART,   606 FAIRGROUNDS CT,   LEBANON, TN 37087-2274
6875635        SHORETEL INC. A/K/A MITEL,    4921 SOLUTION CENTER,    CHICAGO, IL 60677-4009
6875812       +SHRED ON THE RUN,   5904 ROBERTSON AVENUE,   NASHVILLE, TN 37209-1853
6875638        SHRED-IT USA,    P. O. BOX 13574,    NEW YORK, NY 10087-3574
6875624       +SITEX CORPORATION,    P. O. BOX 38,    HENDERSON, KY 42419-0038
6875574      #+SL MANAGEMENT GROUP TN LLC,   788 MORRIS TURNPIKE,   SHORT HILLS, NJ 07078-2634
6875829       +SLADJA MILEDIC,   845 WINDSOR GREEN BLVD,   GOODLETTSVILLE, TN 37072-2124
6875691       +SMILEMAKERS,    P. O. BOX 2543,    SPARTANBURG, SC 29304-2543
6875608       +SMYRNA MOB, LLC C/O THE STANTON GROUP,    P. O. BOX 993,    BRENTWOOD, TN 37024-0993
6875605        SNH MED. OFFICE PROPS. TRUST C/O REIT,    DEPT 1600 P. O. BOX 538601,    ATLANTA, GA 30353-8601
6875864       +SPRING HILL CITY HALL,    P. O. BOX 789,    SPRING HILL, TN 37174-0789
6875754       +ST. THOMAS HEALTH MEDIAL AFFAIRS,    P. O. BOX 380,    NASHVILLE, TN 37202-0380
```

```
6875630       +ST. THOMAS RUTHERFORD, ATTN: STR FINANCE,    501 GREAT CIRCLE ROAD SUITE 300,
               NASHVILLE, TN 37228-1332
6875641       +STEPHEN A. TISDELL C/O TISDELL ASSOC.,   1600 ROSEWOOD COURT,    BRENTWOOD, TN 37027-7954
6875590       +STERICYCLE, INC., ATTN: SUE HARDER,    4010 COMMERCIAL AVE,    NORTHBROOK, IL 60062-1829
6875718       +STORPLACE OF MEDICAL CENTER NASHVILLE,   1615 CHARLOTTE AVE,    NASHVILLE, TN 37203-2906
6875751        TAMER EL-MAHDY,   309 NW 18TH STREET, APT 907,    ANKENY, IA 50023-4267
6875810       +TEN TIMES BETTER CORPORATION,   923 OLDHAM DRIVE #851,    NOLENSVILLE, TN 37135-7517
6875572       +TENNESSEE DEPT OF REVENUE,   500 DEADRICK ST,    NASVHILLE, TN 37242-0002
6875705       +TENNESSEE FOREIGN LANGUAGE INST.,    220 FRENCH LANDING DRIVE SUITE 1-B,
               NASHVILLE, TN 37243-1002
6875746       +TENNESSEE FOREIGN LANGUAGE INSTITUTE,    220 FRENCH LANDING DRIVE SUITE 1-B,
               NASHVILLE, TN 37243-1002
6875633        THE CSI COMPANIES, INC.,   P. O. BOX 890841,    CHARLOTTE, NC 28289-0841
6875667        THE MATHEWS COMPANY,   P. O. BOX 22149,    NASHVILLE, TN 37202-2149
6875707       +THE STANTON GROUP,   P. O. BOX 993,   BRENTWOOD, TN 37024-0993
6875735       +THE TONER DOCTOR,   PO BOX 94,   MADAWASKA, ME 04756-0094
6875591        THERACOM, LLC,   P. O. BOX 640105,   CINCINNATI, OH 45264-0105
6875779        TIM JURISIN PLUMBING, INC.,   P. O. BOX 3564,    CLARKSVILLE, TN 37043-3564
6875817       +TMC,   101 GENERAL FORREST COURT,   SMYRNA, TN 37167-4273
6875602       +TN DEPT OF LABOR & WORKFORCE,   220 FRENCH LANDING DR,    NASHVILLE, TN 37243-1002
6875808       +TONIKA MILAN,   110 E ST,   CLARKSVILLE TN 37042-4360
6875604       +TOTAL COMPLIANCE SOLUTIONS, INC. C/O MEDSAFE,    27 MICA LANE SUITE 208,
               WELLESLEY, MA 02481-1741
6875703       +TRACY CARTER,   2503 ANGELYN DR,   MURFREESBORO, TN 37129-4045
6875711       +TRAVIS CROOK, MD,   1204 JEWELL AVE,    FRANKLIN, TN 37064-5067
6875680        TRIAGE LOGIC, LLC,   P. O. BOX 79426,    BALTIMORE, MD 21279-0426
6875736        TW TELECOM,   P. O. BOX 172567,   DENVER, CO 80217-2567
6875655       +TWO MEN AND A TRUCK,   4801 ALABAMA AVENUE,    NASHVILLE, TN 37209-3448
6875684        UNITED HEALTHCARE,   ATTN: RECOVERY SERVICES, P.O. BOX 740804,    ATLANTA, GA 30374-0804
6875576        UNITED HEALTHCARE INSURANCE CO DEPT. CH,    10151 PALATINE, IL 60055-0151
6875791        UNITED HEALTHCARE, ATTN: CLAIM REFUND,    P. O. 209011,   DALLAS, TX 75320-9011
6875568        UNITED STATES TRUSTEE,   P.O. BOX 530202,    ATLANTA, GA 30353-0202
6875614       +UP TO DATE,   230 THIRD AVE,   WALTHAM, MA 02451-7560
6875833       +US HEALTHWORKS,   P. O. BOX 741827,    ATLANTA, GA 30374-1827
6875654        VANDERBILT UNIVERSITY MED CTR,   DEPT OF FINANCE, DEPT AT 40303,    ATLANTA, GA 31192-0303
6875643       +VANI VEERA, MD,   1801 MORGAN FARMS WAY,    BRENTWOOD TN 37027-1422
6875799        VANKAT K REDDY, MD,   P. O. BOX 331034,    NASHVILLE, TN 37203-7508
6875651        VAXSERVE, INC.,   54 GLENMAURA NATIONAL BLVD. STE 301,    MOOSIC, PA 18507-2101
6875564       +VIII FS-NASHVILLE, LLC C/O CTCRES,    4678 WORLD PARKWAY CIRCLE,   ST. LOUIS, MO 63134-3114
6875850       +VIRGINIA O'CONNELL,   705 VANVIEW DR, APT. A,    LEBANON TN 37087-4588
6875615       +VOLUNTEER WELDING SUPPLY, INC.,   815 5TH AVENUE SOUTH,    NASHVILLE, TN 37203-4609
6875712        WASTE MANAGEMENT OF NASHVILLE HAULING,    PO BOX 9001054,   LOUISVILLE, KY 40290-1054
6875687       +WEIGHT LOSS & WELLNESS SERVICES, LLC,    2801 S MACDILL AVE,   TAMPA, FL 33629-7223
6875785       +WELCH ALLYN, INC. CREDIT DEPARTMENT,    4341 STATE STREET ROAD,
               SKANEATELES FALLS, NY 13153-5300
6875650        WESTGUARD INSURANCE COMPANY,   P. O. BOX 785570,    PHILADELPHIA, PA 19178-5570
6875586       +WHITE & REASOR,   3100 WEST END AVE SUITE 1100,    NASHVILLE, TN 37203-1348
6875738       +WILLIAMSON MED CTR MED. STAFF SERVICES,    4321 CAROTHERS PARKWAY,   FRANKLIN, TN 37067-8542
6875786       +WILSON COUNTY TRUSTEE, JIM MAJOR,    P. O. BOX 865,   LEBANON, TN 37088-0865
6875578        WINDROSE 310 C/O HEALTHCARE PROP. MGRS,    DEPT 730034 , P. O. BOX 660919,
               DALLAS, TX 75266-0919
6875865        WINDSTREAM COMMUNICATIONS,   P.O. BOX 9001950,    LOUISVILLE, KY 40290-1950
6875562       +WINNIE TOLER,   1221 KILRUSH DR,   FRANKLIN TN 37069-4198
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: dhouston@burr.com Apr 02 2019 02:06:43      DAVID W HOUSTON, IV,
               BURR & FORMAN LLP,   222 Second Avenue South,   Suite 2000,   NASHVILLE, TN  37201
6875676        E-mail/Text: AccountsReceivable@api-pt.com Apr 02 2019 02:07:54
               AMERICAN PROFICIENCY INSTITUTE,    DEPARTMENT 9526, P. O. BOX 30516,   LANSING, MI 48909-8016
6875612        E-mail/Text: dl-csgbankruptcy@charter.com Apr 02 2019 02:08:17      CHARTER COMMUNICATIONS,
               P. O. BOX 9001934,   LOUISVILLE, KY 40290-1934
6875613        E-mail/Text: citjaxbankruptcy@cit.com Apr 02 2019 02:06:51      CIT,    21146 NETWORK PLACE,
               CHICAGO, IL 60673-1211
6875874       +E-mail/Text: gframe@cityofmtjuliet.org Apr 02 2019 02:07:41      CITY OF MOUNT JULIET,
               2425 NORTH MT. JULIET ROAD,   MOUNT JULIET, TN 37122-3038
6875803        E-mail/Text: bankruptcycases@murfreesborotn.gov Apr 02 2019 02:07:40      CITY OF MURFREESBORO,
               P.O. BOX 1139,   MURFREESBORO, TN 37133-1139
6875636        EDI: COMCASTCBLCENT Apr 02 2019 05:58:00      COMCAST BUSINESS,    PO BOX 530098,
               ATLANTA, GA  30353-0098
6875699        E-mail/Text: accountsreceivable@happyhiller.com Apr 02 2019 02:06:47      HILLER, LLC,
               915 MURFREESBORO PIKE,   NASHVILLE TN 37225
6875658       +E-mail/Text: hhoskins@hoskinscpas.com Apr 02 2019 02:08:06      HOSKINS & COMPANY,
               1900 CHURCH STREET, SUITE 200,   NASHVILLE, TN 37203-2288
6875553        EDI: IRS.COM Apr 02 2019 05:58:00      INTERNAL REVENUE SERVICE,    P.O. BOX 7346,
               PHILADELPHIA, PA 19101-7346
6875732       +E-mail/Text: ipfscollectionsreferrals@ipfs.com Apr 02 2019 02:07:44      IPFS CORPORATION,
               900 ASHWOOD PARKWAY, SUITE 370,   ATLANTA, GA  30338
6875673       +E-mail/Text: mmiller@mintconditionmail.com Apr 02 2019 02:07:54      MINT CONDITION,
               101 SE PARKWAY CT SUITE 230,   FRANKLIN, TN 37064-4022
```

```
District/off: 0650-3           User: taa0611           Page 5 of 6            Date Rcvd: Apr 01, 2019
                               Form ID: 309F           Total Noticed: 286
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
6875755         E-mail/Text: arburkhart@mcgtn.net Apr 02 2019 02:07:37      MONTGOMERY COUNTY TRUSTEE,
                 P. O. BOX 1005,    CLARKSVILLE, TN 37041-1005
6875692         E-mail/Text: jcaskey@medtn.com Apr 02 2019 02:07:14      MURFREESBORO ELECTRIC DEPARTMENT,
                 P.O. BOX 9,    MURFREESBORO, TN 37133-0009
6875648         E-mail/Text: bankruptcy.notice@mutualofomaha.com Apr 02 2019 02:07:39      MUTUAL OF OMAHA,
                 P. O. BOX 2147,    OMAHA, NE 68103-2147
6875595        +E-mail/Text: creditdept@orthoclinicaldiagnostics.com Apr 02 2019 02:08:11
                 ORTHO CLINICAL DIAGNOSTICS,    100 INDIGO CREEK DRIVE,    ROCHESTER, NY 14626-5101
6875844        +E-mail/Text: accounting@precisionroller.com Apr 02 2019 02:06:47      PRECISION ROLLER,
                 2102 W QUAIL AE, SUITE 1,    PHOENIX AZ 85027-2656
6875583        +E-mail/Text: ted.sanders@tedrsandersmoving.com Apr 02 2019 02:08:06
                 TED R. SANDERS MOVING & WAREHOUSE, INC.,    P. O. BOX 90202,    NASHVILLE, TN 37209-0202
6875619         E-mail/Text: ogclitmail@hanover.com Apr 02 2019 02:08:10      THE HANOVER INSURANCE GROUP,
                 P. O. BOX 580045,    CHARLOTTE, NC 28258-0045
6875609         EDI: VERIZONCOMB.COM Apr 02 2019 05:58:00      VERIZON WIRELESS,   P. O. BOX 660108,
                 DALLAS, TX 75266-0108
6875733         E-mail/Text: claims@yosrob.com Apr 02 2019 02:06:46      WILLIAMSON COUNTY TRUSTEE,
                 P. O. BOX 1365,    FRANKLIN, TN 37065-1365
                                                                                             TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6875777*        AMERICAN PROFICIENCY INSTITUTE DEPT 9526,    P. O. BOX 30516,    LANSING, MI 48909-8016
6875845*       +BETHANY WENGER,    821 WOODCRAFT DR.,    NASHVILLE, TN 37214-4355
6875783*       +BETTER BUSINESS SOLUTIONS,    P.O.BOX 3549,    BRENTWOOD TN 37024-3549
6875804*       +BRIDGES,   935 EDGEHILL AVENUE,    NASHVILLE, TN 37203-4990
6875660*        CHARTER COMMUNICATIONS,    P. O. BOX 9001934,    LOUISVILLE, KY 40290-1934
6875729*       +CORPORATE CLEANING SYSTEMS,    P. O. BOX 40565,    NASHVILLE, TN 37204-0565
6875646*       +HARTMANN CENTRAL, LLC,    1418 PALMER ROAD,    LEBANON, TN 37090-8202
6875740*        MIDDLE TN ELECTRIC MEMBERSHIP CORP,    PO BOX 220,    LEBANON, TN 37088-0220
6875694*       +NATUS MEDICAL, INC.,    DEPT. 33768, P. O. BOX 39000,    SAN FRANCISCO, CA 94139-0001
6875840*        OFFICE DEPOT, INC.,    P. O. BOX 633301,    CINCINNATI, OH 45263-3301
6875821*        PGBA, LLC TRICARE REFUNDS,    P. O. BOX 100279,    COLUMBIA, SC 29202-3279
6875693*        SHRED-IT USA,    P. O. BOX 13574,    NEW YORK, NY 10087-3574
6875584*       +SL MANAGEMENT GROUP TN LLC,    788 MORRIS TURNPIKE,    SHORT HILLS, NJ 07078-2634
6875666*       +VOLUNTEER WELDING SUPPLY, INC.,    815 5TH AVENUE SOUTH,    NASHVILLE, TN 37203-4609
6875790       ##+ALEXANDRIA MILLER,    748 SHELTON CIRCLE,    CLARKSVILLE TN 37042-7108
6875834       ##+ALISON HOPKINS,    1346 SWEETWATER DRIVE,    BRENTWOOD, TN 37027-7871
6875866       ##+AMANDA BURLISON,    407 ROLLINGWOOD CROSSING,    LEBANON TN 37087-3183
6875689       ##+AMERICAN PLUMBING PROFESSIONALS,    P. O. BOX 111542,    NASHVILLE, TN 37222-1542
6875688       ##+AQUARIUM MAINTENANCE SERVICE,    P. O. BOX 1856,    COLUMBIA, TN 38402-1856
6875686       ##+BETHANY WENGER,    821 WOODCRAFT DR.,    NASHVILLE, TN 37214-4355
6875603       ##+BMW PROPERTIES, LLC, ATTN: TONYIA WATSON,    2420 WEST CLAY DRIVE,    LEBANON, TN 37087-3168
6875695       ##+CENTERSTONE HEALTH,    1101 SIXTH AVE N,    NASHVILLE, TN 37208-2650
6875765       ##+CORY B. COLLIER,    1505 DEMONBREUN STREET #623,    NASHVILLE, TN 37203-3564
6875760       ##+DAY COMMUNICATIONS,    2200 ROSA L PARKS BLVD,    NASHVILLE, TN 37228-1306
6875824       ##+DENISE MACLEOD,    1154 OLD JEFFERSON PIKE,    SMYRNA TN 37167-5301
6875716       ##+DONNA HAMACHER, MD,    135 WESTFIELD COURT APT 303,    CLARKSVILLE, TN 37040-5076
6875717       ##+ELISABETH BEALE RADISH,    610 S. 12TH ST.,    NASHVILLE, TN 37206-3010
6875582       ##+ELLKAY, LLC,    259 CEDAR LANE,    TEANECK, NJ 07666-3443
6875796       ##+GORDON N. STOWE AND ASSOCIATES, INC.,    586 PALWAUKEE DRIVE,    WHEELING, IL 60090-6047
6875822       ##+HERBERT BARRON,    121 SANDI'S LN,    PALMYRA, TN 37142-1200
6875843       ##+JACLYN PEREZ,    107 RUDOLPH DR,    CLARKSVILLE TN 37040-3849
6875868       ##+JASMINE GIBSON,    1622 BENTRIDGE CIRCLE,    ANTIOCH TN 37013-3740
6875828       ##+KELLY EIGNER,    310 GROSS LANE,    HARTSVILLE, TN 37074-3637
6875787       ##+LISA LEWIS,    1004 PEMBROOK POINT,    MT. JULIET, TN 37122-8585
6875841       ##+LORIE MARSH,    1984 SUGAR FLAT ROAD,    LEBANON TN 37087-7263
6875607       ##+MERIDIAN LAW, PLLC,    2002 RICHARD JONES ROAD, SUITE B-200,    NASHVILLE, TN 37215-2892
6875848       ##+RICHELLE DEHARDE,    3443 BINKLEY ROAD,    JOELTON, TN 37080-8745
6875637       ##+SCARLETT LEADERSHIP INSTITUTE,    840 CRESCENT CENTRE DRIVE SUITE 120,    FRANKLIN, TN 37067-4632
6875870       ##+TE'AIRRA GUINN,    499 SWISS AVE, APT 116A,    NASHVILLE TN 37211-8356
6875871       ##+ZARAH KNIGHT,    1519 HWY 49 E,    ASHLAND CITY, TN 37015-2853
                                                                                TOTALS: 0, * 14, ## 26
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              DAVID W HOUSTON, IV   on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com,
                mmayes@burr.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                         TOTAL: 2
```

| | | | |
|---|---|---|---|
| Debtor | **Capstone Pediatrics, PLLC**<br>Name | EIN | 46–3431552 |
| United States Bankruptcy Court | MIDDLE DISTRICT OF TENNESSEE | Date case filed for chapter | 11  3/28/19 |
| Case number: | 3:19–bk–01971 | | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Capstone Pediatrics, PLLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1420 Donelson Pike Suite B17<br>Nashville, TN 37217 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID W HOUSTON IV<br>BURR & FORMAN LLP<br>222 Second Avenue South<br>Suite 2000<br>NASHVILLE, TN 37201 | Contact phone: 615–724–3215<br><br>Email: dhouston@burr.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 Broadway Room 170<br>Nashville, TN 37203 | Hours open: 8:00AM–4:00PM<br>Monday–Friday<br><br>Contact phone:  615–736–5584<br><br>Date: 4/1/19 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | May 1, 2019 at 10:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location: |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:  7/1/19** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |