# Capstone Pediatrics - 13 Week Cash Flow Fcst (in 000's)

| Weeks | Pre-Petition | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | w/e 3/29 forecast | w/e 4/5 forecast | w/e 4/12 forecast | w/e 4/19 forecast | w/e 4/26 forecast | w/e 5/3 forecast | w/e 5/10 forecast | w/e 5/17 forecast | w/e 5/24 forecast | w/e 5/31 forecast | w/e 6/7 forecast | w/e 6/14 forecast | w/e 6/21 forecast |
| **Beginning Cash Balance** | $ - | $ 90 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Receipts:** | | | | | | | | | | | | | |
| AMG | | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| BC | | 28 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| UHC | | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Other Claims | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Collection on Denials | | - | - | - | - | - | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| PCMH | | 30 | - | - | - | 55 | 29 | - | - | 55 | 29 | - | - | 55 |
| **TOTAL COLLECTIONS** | | 90 | 54 | 54 | 54 | 109 | 83 | 64 | 64 | 119 | 93 | 64 | 64 | 119 |
| **Disbursements:** | | | | | | | | | | | | | |
| Medical Supplies & Vaccines | | - | (15) | (8) | (7) | (8) | (7) | (8) | (7) | (8) | (7) | (8) | (7) | (8) |
| Payroll | | - | (369) | (37) | (97) | (37) | (97) | (37) | (97) | (37) | (97) | (37) | (97) | (37) |
| Occupancy | | - | (42) | (4) | (4) | (4) | (38) | (4) | (4) | (4) | (4) | (38) | (4) | (4) |
| Equipment & Repairs | | - | (3) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| Insurance | | - | (5) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| General Expenses | | - | (22) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) |
| Legal / Professional fees | | - | (25) | (54) | - | (54) | - | (48) | - | (48) | - | (48) | - | (48) |
| DIP Costs | | - | (20) | - | - | - | (9) | - | - | - | - | (13) | - | - |
| US Trustee fees | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection | | - | (10) | - | - | - | (10) | - | - | - | - | (10) | - | - |
| Other | | - | - | - | (1) | (8) | (0) | (0) | (0) | (0) | (8) | (0) | (0) | (0) |
| **Total Disbursements** | | - | (511) | (118) | (124) | (126) | (176) | (113) | (123) | (113) | (131) | (170) | (123) | (113) |
| **Change in Cash** | | 90 | (457) | (64) | (70) | (16) | (93) | (49) | (59) | 7 | (38) | (106) | (59) | 7 |