# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC ) | Chapter 11 |
| ) | Judge Mashburn |
| Debtor. ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

The undersigned, Sean C. Kirk, of Bone McAllester Norton PLLC, hereby enters Appearance as counsel for Creditor, Fairway-Galt, LLC.

The undersigned hereby requests the undersigned by added to the mailing matrix and/or any list of creditors requesting notices and that copies of all notices and orders in this case be sent either electronically or by U.S. Mail to the following address:

Sean C. Kirk
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6307 phone
(615) 238-6301 facsimile
skirk@bonelaw.com

**DATED** this 4th day of April 2019.

Respectfully submitted,

BONE MCALLESTER NORTON PLLC

/s/ Sean C. Kirk
Sean C. Kirk (BPR No. 22878)
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6307 Phone
Email: skirk@bonelaw.com

*Counsel for Fairway-Galt, LLC*