*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/4/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## ORDER AUTHORIZING DEBTOR TO PAY
## PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS

On April 2, 2019, a hearing was conducted on the Debtor's *Expedited Motion for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits* (Docket Nos. 6 and 19) (the "Motion"). The Court, having reviewed the Motion and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, in is hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. Notice of the Motion was served in accordance with all applicable rules. No objections were filed in opposition to the Motion.

3. The Debtor is authorized to pay wages and benefits to the employees that are contained in Exhibits A (wages) and B (401K contributions) attached hereto. The amount to be paid in wages is $151,432.51 and the amount in 401K contributions is $15,537.53 for a total amount of $166,970.04. No employee, irrespective of the amount owed, shall be paid in excess of $12,850.00 which represents the maximum amount any such employee would be entitled to receive as a priority claimant pursuant to 11 U.S.C. § 507(a)(4).

4. Nothing in this Order shall authorize the Debtor to make payment of any amounts, including interest or penalties on accounts of late or past-due taxes.

5. The Debtor is authorized to continue its administrative payment practices, programs, and policies with respect to wages and benefits as such administrative practices, programs, and policies were in effect as of the petition date, provided, however, that nothing in this Order shall be construed to (i) constitute the Debtor's post-petition assumption or adoption of any policy, plan, program, or employment agreement pursuant to Bankruptcy Code § 365, or the Court's approval of any policy, plan, program, or employment agreement pursuant to Bankruptcy Code § 503.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

| Check # | Pay Date | First Name | Last Name | Amount Owed | Job Title Description |
|---|---|---|---|---|---|
| 00028719 | 03/22/2019 | Ana V | Martinez Rosales | 871.95 | Front Office Associate |
| | | **Ana V Total** | | 871.95 | |
| 00028723 | 03/22/2019 | Arlen | Moya Aznar | 655.99 | Certified Medical Assistant |
| | | **Arlen Total** | | 655.99 | |
| 00028597 | 02/22/2019 | Christine | Fochler | 401.72 | Finance |
| 00028657 | 03/08/2019 | Christine | Fochler | 280.51 | Finance |
| 00028711 | 03/22/2019 | Christine | Fochler | 315.15 | Accounting Coordinator |
| | | **Christine Total** | | 997.38 | |
| 00028720 | 03/22/2019 | Denis | Reyes | 1,311.03 | Certified Medical Assistant |
| | | **Denis Total** | | 1,311.03 | |
| 00028706 | 03/22/2019 | Dennie L | Christopher | 1,644.66 | Claims Analyst |
| | | **Dennie L Total** | | 1,644.66 | |
| 00028708 | 03/22/2019 | Diana Y | Fernandez | 1,396.63 | Billing Analyst |
| | | **Diana Y Total** | | 1,396.63 | |
| 00028729 | 03/22/2019 | Dianis L. | Rives Medina | 1,048.47 | Certified Medical Assistant |
| | | **Dianis L. Total** | | 1,048.47 | |
| 00028605 | 02/22/2019 | Elisabeth Beale | Radish | 3,376.94 | Nurse Practitioner |
| 00028664 | 03/08/2019 | Elisabeth Beale | Radish | 1,972.60 | Nurse Practitioner |
| manual ck | 03/08/2019 | Elisabeth Beale | Radish | 710.25 | Nurse Practitioner |
| 00028717 | 03/22/2019 | Elisabeth Beale | Radish | 2,543.29 | Nurse Practitioner |
| | | **Elisabeth Beale Total** | | 8,603.08 | |
| 00028631 | 03/08/2019 | Erica | Omondi | 2,850.73 | Nurse Practitioner |
| 00028687 | 03/22/2019 | Erica | Omondi | 2,850.74 | Nurse Practitioner |
| | | **Erica Total** | | 5,701.47 | |
| 00028524 | 02/08/2019 | Gary G | Griffieth | 5,888.47 | Executive |
| 00028591 | 02/22/2019 | Gary G | Griffieth | 7,712.45 | Executive |
| 00028651 | 03/08/2019 | Gary G | Griffieth | 6,344.47 | Executive |
| 00028705 | 03/22/2019 | Gary G | Griffieth | 6,344.46 | Chief Executive Officer |
| | | **Gary G Total** | | 26,289.85 | |
| 00028707 | 03/22/2019 | Iris L | Dottin | 1,765.92 | Claims Analyst |
| | | **Iris L Total** | | 1,765.92 | |
| 00028694 | 03/22/2019 | Itaty | Flores | 1,803.25 | Scheduler |
| | | **Itaty Total** | | 1,803.25 | |
| 00028678 | 03/08/2019 | Jojy | Job | 2,406.55 | Physician Assistant |

| Check # | Date | First Name | Last Name | Amount | Title |
|---|---|---|---|---:|---|
| 00028730 | 03/22/2019 | Jojy | Job | 2,406.55 | Physician Assistant |
| | | **Jojy Total** | | 4,813.10 | |
| 00028569 | 02/22/2019 | Jonathan | Spanier | 5,276.46 | Pediatrician |
| 00028632 | 03/08/2019 | Jonathan | Spanier | 5,276.47 | Pediatrician |
| 00028688 | 03/22/2019 | Jonathan | Spanier | 5,276.46 | Pediatrician |
| | | **Jonathan Total** | | 15,829.39 | |
| 00028641 | 03/08/2019 | Jonathon | Garcia | 2,852.54 | Practice Administrator |
| 00028696 | 03/22/2019 | Jonathon | Garcia | 3,218.26 | Practice Administrator |
| | | **Jonathon Total** | | 6,070.80 | |
| 00028714 | 03/22/2019 | Jose L | Torres | 1,540.08 | Certified Medical Assistant |
| | | **Jose L Total** | | 1,540.08 | |
| 00028701 | 03/22/2019 | Katherin G | Ramirez | 980.27 | Scheduler |
| | | **Katherin G Total** | | 980.27 | |
| 00028078 | 11/10/2018 | Kathy S | Griffieth | 2,534.85 | Executive |
| 00028152 | 11/24/2018 | Kathy S | Griffieth | 2,900.55 | Executive |
| 00028227 | 12/14/2018 | Kathy S | Griffieth | 2,534.84 | Executive |
| 00028301 | 12/28/2018 | Kathy S | Griffieth | 2,900.56 | Executive |
| 00028372 | 01/11/2019 | Kathy S | Griffieth | 2,536.25 | Executive |
| 00028441 | 01/25/2019 | Kathy S | Griffieth | 2,901.97 | Executive |
| 00028514 | 02/08/2019 | Kathy S | Griffieth | 2,536.25 | Executive |
| 00028582 | 02/22/2019 | Kathy S | Griffieth | 2,901.96 | Executive |
| 00028642 | 03/08/2019 | Kathy S | Griffieth | 2,536.25 | Executive |
| 00028697 | 03/22/2019 | Kathy S | Griffieth | 2,901.97 | Director of Clinical Services |
| | | **Kathy S Total** | | 27,185.45 | |
| 00028728 | 03/22/2019 | Lauren R. | Bristol | 2,541.68 | Nurse Practitioner |
| | | **Lauren R. Total** | | 2,541.68 | |
| 00028630 | 03/08/2019 | Lucy | Martin | 2,391.57 | Nurse Practitioner |
| 00028686 | 03/22/2019 | Lucy | Martin | 2,391.59 | Nurse Practitioner |
| | | **Lucy Total** | | 4,783.16 | |
| 00028459 | 01/25/2019 | Lynda | Sanders | 2,345.63 | Finance |
| 00028531 | 02/08/2019 | Lynda | Sanders | 2,504.82 | Finance |
| 00028599 | 02/22/2019 | Lynda | Sanders | 2,504.83 | Finance |
| 00028658 | 03/08/2019 | Lynda | Sanders | 2,504.81 | Finance |
| 00028712 | 03/22/2019 | Lynda | Sanders | 2,504.82 | Finance |
| | | **Lynda Total** | | 12,364.91 | |

Case 3:19-bk-01971 Doc 49 Filed 04/04/19 Entered 04/04/19 15:33:52 Desc Main
Document Page 4 of 7

Case 9:19-bk-01971 Doc 19-1 Filed 03/29/19 Entered 03/29/19 13:09:56 Desc
Exhibit A to Expedited Motion to Pay Prepetition Wages Page 2 of 3

| Check # | Date | First Name | Last Name | Amount | Title |
|---|---|---|---|---|---|
| 00028626 | 02/22/2019 | Margaret | Neyman | 2,271.42 | Audiologist |
| 00028682 | 03/08/2019 | Margaret | Neyman | 1,622.44 | Audiologist |
| 00028734 | 03/22/2019 | Margaret | Neyman | 2,271.42 | Audiologist |
| | | **Margaret Total** | | 6,165.28 | |
| 00028680 | 03/08/2019 | Marina | Samaan | 2,522.10 | Physician Assistant |
| 00028732 | 03/22/2019 | Marina | Samaan | 2,883.87 | Physician Assistant |
| | | **Marina Total** | | 5,405.97 | |
| 00028727 | 03/22/2019 | Michelle A | Melo Beltran | 1,226.73 | Clinical Team Lead |
| | | **Michelle A Total** | | 1,226.73 | |
| 00028726 | 03/22/2019 | Nora S | Henien | 901.82 | Certified Medical Assistant |
| | | **Nora S Total** | | 901.82 | |
| 00028733 | 03/22/2019 | Padmajavani | Veeramachaneni | 5,175.55 | Pediatrician |
| | | **Padmajavani Total** | | 5,175.55 | |
| 00028538 | 02/08/2019 | Perry A | Carlson | 1,397.35 | Nurse Practitioner |
| 00028603 | 02/22/2019 | Perry A | Carlson | 1,388.94 | Nurse Practitioner |
| 00028715 | 03/22/2019 | Perry A | Carlson | 443.49 | Nurse Practitioner |
| | | **Perry A Total** | | 3,229.78 | |
| 00028619 | 02/22/2019 | Roderick | Bahner | 4,683.36 | Pediatrician |
| manual ck | 03/08/2019 | Roderick | Bahner | 1,900.85 | Pediatrician |
| 00028725 | 03/22/2019 | Roderick | Bahner | 4,452.49 | Pediatrician |
| | | **Roderick Total** | | 11,036.70 | |
| 00028731 | 03/22/2019 | Sandra N | Rivera | 2,913.47 | Nurse Practitioner |
| | | **Sandra N Total** | | 2,913.47 | |
| 00028663 | 03/08/2019 | Sarah | Holliday | 2,541.68 | Nurse Practitioner |
| 00028716 | 03/22/2019 | Sarah | Holliday | 2,541.70 | Nurse Practitioner |
| | | **Sarah Total** | | 5,083.38 | |
| 00028590 | 02/22/2019 | Winnie R | Toler | 5,906.70 | Executive |
| 00028650 | 03/08/2019 | Winnie R | Toler | 5,540.99 | Executive |
| 00028704 | 03/22/2019 | Winnie R | Toler | 5,906.71 | Chief Operating Officer |
| | | **Winnie R Total** | | 17,354.40 | |
| | | **Grand Total** | | 186,691.60 | |

Case 3:19-bk-01971   Doc 49   Filed 04/04/19   Entered 04/04/19 15:33:52   Desc Main
Document    Page 5 of 7

Case 3:19-bk-01971   Doc 19-1   Filed 03/29/19   Entered 03/29/19 13:09:56   De
Exhibit A to Expedited Motion to Pay Prepetition Wages    Page 3 of 3

| Payroll Company Code | Payroll Name | Pay Date | Check/Voucher Number | 401k |
|---|---|---|---|---|
| B9G | Bahner, Roderick | 11/16/2018 | 00028117 | |
| B9G | Bahner, Roderick | 11/30/2018 | 00028194 | |
| B9G | Bahner, Roderick | 12/14/2018 | 00028269 | |
| B9G | Bahner, Roderick | 12/28/2018 | 00028344 | |
| B9G | Bahner, Roderick | 01/11/2019 | 00028412 | |
| B9G | Bahner, Roderick | 01/25/2019 | 00028485 | |
| B9G | Griffieth, Gary G | 11/16/2018 | 00028089 | 500.00 |
| B9G | Griffieth, Gary G | 11/30/2018 | 00028165 | 500.00 |
| B9G | Griffieth, Gary G | 12/14/2018 | 00028240 | 500.00 |
| B9G | Griffieth, Gary G | 12/28/2018 | 00028313 | 500.00 |
| B9G | Griffieth, Gary G | 01/11/2019 | 00028381 | 500.00 |
| B9G | Griffieth, Gary G | 01/25/2019 | 00028451 | 500.00 |
| B9G | Griffieth, Gary G | 02/08/2019 | 00028524 | 500.00 |
| B9G | Hamacher, Donna | 01/11/2019 | 00028399 | 266.27 |
| B9G | Hamacher, Donna | 01/25/2019 | 00028469 | 266.27 |
| B9G | Hamacher, Donna | 02/08/2019 | 00028541 | 266.27 |
| B9G | Jolly, Carol A | 11/16/2018 | 00028079 | 130.77 |
| B9G | Jolly, Carol A | 11/30/2018 | 00028153 | 130.77 |
| B9G | Jolly, Carol A | 12/14/2018 | 00028228 | 130.77 |
| B9G | Jolly, Carol A | 12/28/2018 | 00028302 | 130.77 |
| B9G | Katchmar, Rachel | 11/16/2018 | 00028109 | 12.31 |
| B9G | Katchmar, Rachel | 11/30/2018 | 00028186 | 11.68 |
| B9G | Katchmar, Rachel | 12/14/2018 | 00028261 | 11.83 |
| B9G | Katchmar, Rachel | 12/28/2018 | 00028337 | 13.23 |
| B9G | Katchmar, Rachel | 01/11/2019 | 00028405 | 12.89 |
| B9G | Katchmar, Rachel | 01/25/2019 | 00028476 | 13.05 |
| B9G | Katchmar, Rachel | 02/08/2019 | 00028547 | 13.23 |
| B9G | Katchmar, Rachel | 02/22/2019 | 00028612 | 13.53 |
| B9G | Katchmar, Rachel | 03/08/2019 | 00028669 | 13.45 |
| B9G | Radish, Elisabeth Beale | 11/16/2018 | 00028103 | 135.05 |
| B9G | Radish, Elisabeth Beale | 11/30/2018 | 00028179 | 135.05 |
| B9G | Radish, Elisabeth Beale | 12/14/2018 | 00028254 | 247.75 |
| B9G | Radish, Elisabeth Beale | 12/28/2018 | 00028329 | 247.75 |
| B9G | Radish, Elisabeth Beale | 01/11/2019 | 00028398 | 247.75 |
| B9G | Radish, Elisabeth Beale | 01/25/2019 | 00028468 | 236.59 |
| B9G | Radish, Elisabeth Beale | 02/08/2019 | 00028540 | 175.76 |
| B9G | Spanier, Jonathan | 11/16/2018 | 00028068 | 207.73 |

| | | | | |
|---|---|---|---|---|
| B9G | Spanier, Jonathan | 11/30/2018 | 00028141 | 207.73 |
| B9G | Spanier, Jonathan | 12/14/2018 | 00028217 | 207.73 |
| B9G | Spanier, Jonathan | 12/28/2018 | 00028291 | 207.73 |
| B9G | Spanier, Jonathan | 01/11/2019 | 00028361 | 207.73 |
| B9G | White, Gerri S. | 11/16/2018 | 00028115 | 29.48 |
| B9G | White, Gerri S. | 11/30/2018 | 00028192 | 29.57 |
| B9G | White, Gerri S. | 12/14/2018 | 00028267 | 28.67 |
| B9G | White, Gerri S. | 12/28/2018 | 00028343 | 33.03 |
| B9G | White, Gerri S. | 01/11/2019 | 00028411 | 26.96 |
| B9G | White, Gerri S. | 01/25/2019 | 00028483 | 35.88 |
| | | | | 7,585.03 |

EXHIBIT B - 401 K CONTRIBUTIONS

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the United States Bankruptcy Court.