**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: Thursday, April 25, 2019
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: Tuesday, April 30, 2019, at 10:00 a.m., in Courtroom One, 2nd Floor, Customs House, 701 Broadway, Nashville, Tennessee.**

**NOTICE OF FINAL HEARING ON MOTION FOR DEBTOR IN POSSESSION FINANCING
AND USE OF COLLATERAL AND RELATED RELIEF**

Capstone Pediatrics, PLLC (the "Debtor") has asked the court for the following relief: *entry of final orders: (1) authorizing it to obtain post-petition financing and other extensions of credit from CDS Business Services, Inc. d/b/a Newtek Business Credit and grant senior security interests and liens and accord super-priority claim status in favor of CDS pursuant to Sections 364(c) and 364(d)(1) of Title 11 of the United States Code (the "**Bankruptcy Code**"); (2) authorizing it to use collateral of CDS, Newtek Small Business Finance, LLC and the United States of America, in this case acting through its agency the Internal Revenue service, and provide adequate protection for said use pursuant to Sections 361 and 363 of the Bankruptcy Code; and (3) for related relief.*

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

April 5, 2019.                                     Respectfully submitted,

/s/ David W. Houston, IV
David W. Houston, IV, No. 20802
Emily C. Taube, No. 19323
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
615-724-3215 (phone); 615-724-3315 (fax)
dhouston@burr.com; etaube@burr.com
*Counsel for Capstone Pediatrics, PLLC*