# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) Chapter 11 |
| | ) Judge Mashburn |
| Debtor. | ) |

## ORDER GRANTING ADDITIONAL TIME
## TO FILE STATEMENTS AND SCHEDULES

Upon consideration of the Debtor's Expedited Motion for an Order Authorizing an Extension of Time to File Schedules and Statements (the "Motion"), and for good cause shown,

IT IS HEREBY ORDERED, that:

1. The Motion is GRANTED as set forth herein.

2. The deadline for the Debtor to file its Schedules and Statements is extended to April 29, 2019, unless further extended by order of the Court.

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## **CERTIFICATE OF SERVICE**

On April 5, 2019, the foregoing was served via CM/ECF on all parties consenting to electronic service in this case, and by regular mail, fax, or email (as applicable) to (i) the Debtor's twenty largest unsecured creditors, (ii) the Office of the United States Trustee, and (iii) all secured creditors.

/s David W. Houston, IV
David W. Houston, IV (020802)
