```
                        United States Bankruptcy Court
                         Middle District of Tennessee
```

In re:                                                           Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                        Chapter 11
     Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3        User: slw0703              Page 1 of 1       Date Rcvd: Apr 04, 2019
                            Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Debtor    Capstone Pediatrics, PLLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;cnolan@burr.com
              JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
               scamp@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, scamp@srvhlaw.com
              NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
              RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                               TOTAL: 13

*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 4/4/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## ORDER AUTHORIZING MAINTENANCE AND USE OF EXISTING BANK ACCOUNTS, AND CASH MANAGEMENT SYSTEM

On April 2, 2019, a hearing was conducted on the Debtor's *Expedited Motion for Entry of Order Authorizing Maintenance and Use of Existing Bank Accounts, and Cash Management System* (Docket No. 5) (the "Motion"). The Court, having reviewed the Motion and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, in is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Notice of the Motion was served in accordance with all applicable rules. No objections were filed in opposition to the Motion.

3. The Debtor is specifically authorized to continue to use as its debtor-in-possession account the primary operating account at Bank of America, Account No. 444014676837 and its payroll account at Bank of America, Account No. 003789367579. All other accounts shall be closed on an expedited bases.

5. Bank of America is authorized to continue service and administer the Debtor's existing bank accounts without interruption and in the ordinary course, and to receive, process,

33130319 v1

honor and pay any and all checks, drafts, wires and automated clearing house transfers issued and drawn on the Debtor's bank accounts after the Petition Date by the holders or makers thereof, as the case may be.

6. The Debtor is authorized to establish an additional account with Bank of America for the purpose of holding funds earmarked for professionals within the Debtor's bankruptcy who are representing or acting on behalf of the Debtor, and included in the DIP Financing budget and carveout.

7. The Debtor is authorized, without seeking further order of the Court, to implement ordinary course changes to its cash management system in the event the Debtor concludes that changes in the cash management system are beneficial to its business and in order to comply with the terms of its DIP Financing Agreement, including, but not limited to, acceptance and processing of bank fees and charges associated with the Debtor's maintenance of its cash management system, provided that such fees and charges were specifically set forth in the terms and conditions of an agreement executed by both the Debtor and respective banking institution, and/or establishing any protocols required by Newtek under the DIP Financing Agreement.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

```
This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.
```

33130319 v1