```
                              United States Bankruptcy Court
                               Middle District of Tennessee
In re:                                                              Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                           Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0650-3          User: slw0703              Page 1 of 1        Date Rcvd: Apr 04, 2019
                              Form ID: pdf001            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Debtor    Capstone Pediatrics, PLLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;cnolan@burr.com
              JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
               scamp@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, scamp@srvhlaw.com
              NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
              RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                             TOTAL: 13

*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 4/4/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## ORDER AUTHORIZING DEBTOR TO PAY
## PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS

On April 2, 2019, a hearing was conducted on the Debtor's *Expedited Motion for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits* (Docket Nos. 6 and 19) (the "Motion"). The Court, having reviewed the Motion and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, in is hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. Notice of the Motion was served in accordance with all applicable rules. No objections were filed in opposition to the Motion.

3. The Debtor is authorized to pay wages and benefits to the employees that are contained in Exhibits A (wages) and B (401K contributions) attached hereto. The amount to be paid in wages is $151,432.51 and the amount in 401K contributions is $15,537.53 for a total amount of $166,970.04. No employee, irrespective of the amount owed, shall be paid in excess of $12,850.00 which represents the maximum amount any such employee would be entitled to receive as a priority claimant pursuant to 11 U.S.C. § 507(a)(4).

33130664 v2

4. Nothing in this Order shall authorize the Debtor to make payment of any amounts, including interest or penalties on accounts of late or past-due taxes.

5. The Debtor is authorized to continue its administrative payment practices, programs, and policies with respect to wages and benefits as such administrative practices, programs, and policies were in effect as of the petition date, provided, however, that nothing in this Order shall be construed to (i) constitute the Debtor's post-petition assumption or adoption of any policy, plan, program, or employment agreement pursuant to Bankruptcy Code § 365, or the Court's approval of any policy, plan, program, or employment agreement pursuant to Bankruptcy Code § 503.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

33130664 v2

| Check # | Pay Date | First Name | Last Name | Amount Owed | Job Title Description |
|---|---|---|---|---|---|
| 00028719 | 03/22/2019 | Ana V | Martinez Rosales | 871.95 | Front Office Associate |
| | | **Ana V Total** | | 871.95 | |
| 00028723 | 03/22/2019 | Arlen | Moya Aznar | 655.99 | Certified Medical Assistant |
| | | **Arlen Total** | | 655.99 | |
| 00028597 | 02/22/2019 | Christine | Fochler | 401.72 | Finance |
| 00028657 | 03/08/2019 | Christine | Fochler | 280.51 | Finance |
| 00028711 | 03/22/2019 | Christine | Fochler | 315.15 | Accounting Coordinator |
| | | **Christine Total** | | 997.38 | |
| 00028720 | 03/22/2019 | Denis | Reyes | 1,311.03 | Certified Medical Assistant |
| | | **Denis Total** | | 1,311.03 | |
| 00028706 | 03/22/2019 | Dennie L | Christopher | 1,644.66 | Claims Analyst |
| | | **Dennie L Total** | | 1,644.66 | |
| 00028708 | 03/22/2019 | Diana Y | Fernandez | 1,396.63 | Billing Analyst |
| | | **Diana Y Total** | | 1,396.63 | |
| 00028729 | 03/22/2019 | Dianis L. | Rives Medina | 1,048.47 | Certified Medical Assistant |
| | | **Dianis L. Total** | | 1,048.47 | |
| 00028605 | 02/22/2019 | Elisabeth Beale | Radish | 3,376.94 | Nurse Practitioner |
| 00028664 | 03/08/2019 | Elisabeth Beale | Radish | 1,972.60 | Nurse Practitioner |
| manual ck | 03/08/2019 | Elisabeth Beale | Radish | 710.25 | Nurse Practitioner |
| 00028717 | 03/22/2019 | Elisabeth Beale | Radish | 2,543.29 | Nurse Practitioner |
| | | **Elisabeth Beale Total** | | 8,603.08 | |
| 00028631 | 03/08/2019 | Erica | Omondi | 2,850.73 | Nurse Practitioner |
| 00028687 | 03/22/2019 | Erica | Omondi | 2,850.74 | Nurse Practitioner |
| | | **Erica Total** | | 5,701.47 | |
| 00028524 | 02/08/2019 | Gary G | Griffieth | 5,888.47 | Executive |
| 00028591 | 02/22/2019 | Gary G | Griffieth | 7,712.45 | Executive |
| 00028651 | 03/08/2019 | Gary G | Griffieth | 6,344.47 | Executive |
| 00028705 | 03/22/2019 | Gary G | Griffieth | 6,344.46 | Chief Executive Officer |
| | | **Gary G Total** | | 26,289.85 | |
| 00028707 | 03/22/2019 | Iris L | Dottin | 1,765.92 | Claims Analyst |
| | | **Iris L Total** | | 1,765.92 | |
| 00028694 | 03/22/2019 | Itaty | Flores | 1,803.25 | Scheduler |
| | | **Itaty Total** | | 1,803.25 | |
| 00028678 | 03/08/2019 | Jojy | Job | 2,406.55 | Physician Assistant |

Case 3:19-bk-01971    Doc 19-1    Filed 03/29/19    Entered 03/29/19 13:09:56    Des
Exhibit A to Expedited Motion to Pay Prepetition Wages    Page 1 of 3
Case 3:19-bk-01971    Doc 58    Filed 04/06/19    Entered 04/07/19 00:08:17    Desc
Imaged Certificate of Notice    Page 4 of 8

| | | | | | |
|---|---|---|---|---|---|
| 00028730 | 03/22/2019 | Jojy | Job | 2,406.55 | Physician Assistant |
| | | **Jojy Total** | | 4,813.10 | |
| 00028569 | 02/22/2019 | Jonathan | Spanier | 5,276.46 | Pediatrician |
| 00028632 | 03/08/2019 | Jonathan | Spanier | 5,276.47 | Pediatrician |
| 00028688 | 03/22/2019 | Jonathan | Spanier | 5,276.46 | Pediatrician |
| | | **Jonathan Total** | | 15,829.39 | |
| 00028641 | 03/08/2019 | Jonathon | Garcia | 2,852.54 | Practice Administrator |
| 00028696 | 03/22/2019 | Jonathon | Garcia | 3,218.26 | Practice Administrator |
| | | **Jonathon Total** | | 6,070.80 | |
| 00028714 | 03/22/2019 | Jose L | Torres | 1,540.08 | Certified Medical Assistant |
| | | **Jose L Total** | | 1,540.08 | |
| 00028701 | 03/22/2019 | Katherin G | Ramirez | 980.27 | Scheduler |
| | | **Katherin G Total** | | 980.27 | |
| 00028078 | 11/10/2018 | Kathy S | Griffieth | 2,534.85 | Executive |
| 00028152 | 11/24/2018 | Kathy S | Griffieth | 2,900.55 | Executive |
| 00028227 | 12/14/2018 | Kathy S | Griffieth | 2,534.84 | Executive |
| 00028301 | 12/28/2018 | Kathy S | Griffieth | 2,900.56 | Executive |
| 00028372 | 01/11/2019 | Kathy S | Griffieth | 2,536.25 | Executive |
| 00028441 | 01/25/2019 | Kathy S | Griffieth | 2,901.97 | Executive |
| 00028514 | 02/08/2019 | Kathy S | Griffieth | 2,536.25 | Executive |
| 00028582 | 02/22/2019 | Kathy S | Griffieth | 2,901.96 | Executive |
| 00028642 | 03/08/2019 | Kathy S | Griffieth | 2,536.25 | Executive |
| 00028697 | 03/22/2019 | Kathy S | Griffieth | 2,901.97 | Director of Clinical Services |
| | | **Kathy S Total** | | 27,185.45 | |
| 00028728 | 03/22/2019 | Lauren R. | Bristol | 2,541.68 | Nurse Practitioner |
| | | **Lauren R. Total** | | 2,541.68 | |
| 00028630 | 03/08/2019 | Lucy | Martin | 2,391.57 | Nurse Practitioner |
| 00028686 | 03/22/2019 | Lucy | Martin | 2,391.59 | Nurse Practitioner |
| | | **Lucy Total** | | 4,783.16 | |
| 00028459 | 01/25/2019 | Lynda | Sanders | 2,345.63 | Finance |
| 00028531 | 02/08/2019 | Lynda | Sanders | 2,504.82 | Finance |
| 00028599 | 02/22/2019 | Lynda | Sanders | 2,504.83 | Finance |
| 00028658 | 03/08/2019 | Lynda | Sanders | 2,504.81 | Finance |
| 00028712 | 03/22/2019 | Lynda | Sanders | 2,504.82 | Finance |
| | | **Lynda Total** | | 12,364.91 | |

Case 3:19-bk-01971    Doc 19-1    Filed 03/29/19    Entered 03/29/19 13:09:56    Desc
Exhibit A to Expedited Motion to Pay Prepetition Wages    Page 2 of 3
Case 3:19-bk-01971    Doc 58    Filed 04/06/19    Entered 04/07/19 00:08:17    Desc
Imaged Certificate of Notice    Page 5 of 8

| Check # | Date | First Name | Last Name | Amount | Title |
|---|---|---|---|---|---|
| 00028626 | 02/22/2019 | Margaret | Neyman | 2,271.42 | Audiologist |
| 00028682 | 03/08/2019 | Margaret | Neyman | 1,622.44 | Audiologist |
| 00028734 | 03/22/2019 | Margaret | Neyman | 2,271.42 | Audiologist |
| | | **Margaret Total** | | 6,165.28 | |
| 00028680 | 03/08/2019 | Marina | Samaan | 2,522.10 | Physician Assistant |
| 00028732 | 03/22/2019 | Marina | Samaan | 2,883.87 | Physician Assistant |
| | | **Marina Total** | | 5,405.97 | |
| 00028727 | 03/22/2019 | Michelle A | Melo Beltran | 1,226.73 | Clinical Team Lead |
| | | **Michelle A Total** | | 1,226.73 | |
| 00028726 | 03/22/2019 | Nora S | Henien | 901.82 | Certified Medical Assistant |
| | | **Nora S Total** | | 901.82 | |
| 00028733 | 03/22/2019 | Padmajavani | Veeramachaneni | 5,175.55 | Pediatrician |
| | | **Padmajavani Total** | | 5,175.55 | |
| 00028538 | 02/08/2019 | Perry A | Carlson | 1,397.35 | Nurse Practitioner |
| 00028603 | 02/22/2019 | Perry A | Carlson | 1,388.94 | Nurse Practitioner |
| 00028715 | 03/22/2019 | Perry A | Carlson | 443.49 | Nurse Practitioner |
| | | **Perry A Total** | | 3,229.78 | |
| 00028619 | 02/22/2019 | Roderick | Bahner | 4,683.36 | Pediatrician |
| manual ck | 03/08/2019 | Roderick | Bahner | 1,900.85 | Pediatrician |
| 00028725 | 03/22/2019 | Roderick | Bahner | 4,452.49 | Pediatrician |
| | | **Roderick Total** | | 11,036.70 | |
| 00028731 | 03/22/2019 | Sandra N | Rivera | 2,913.47 | Nurse Practitioner |
| | | **Sandra N Total** | | 2,913.47 | |
| 00028663 | 03/08/2019 | Sarah | Holliday | 2,541.68 | Nurse Practitioner |
| 00028716 | 03/22/2019 | Sarah | Holliday | 2,541.70 | Nurse Practitioner |
| | | **Sarah Total** | | 5,083.38 | |
| 00028590 | 02/22/2019 | Winnie R | Toler | 5,906.70 | Executive |
| 00028650 | 03/08/2019 | Winnie R | Toler | 5,540.99 | Executive |
| 00028704 | 03/22/2019 | Winnie R | Toler | 5,906.71 | Chief Operating Officer |
| | | **Winnie R Total** | | 17,354.40 | |
| | | **Grand Total** | | 186,691.60 | |

Case 3:19-bk-01971   Doc 19-1   Filed 03/29/19   Entered 03/29/19 13:09:56   Desc
Exhibit A to Expedited Motion to Pay Prepetition Wages   Page 3 of 3
Case 3:19-bk-01971   Doc 58   Filed 04/06/19   Entered 04/07/19 00:08:17   Desc
Imaged Certificate of Notice   Page 6 of 8

| Payroll Company Code | Payroll Name | Pay Date | Check/Voucher Number | 401k |
|---|---|---|---|---|
| B9G | Bahner, Roderick | 11/16/2018 | 00028117 | |
| B9G | Bahner, Roderick | 11/30/2018 | 00028194 | |
| B9G | Bahner, Roderick | 12/14/2018 | 00028269 | |
| B9G | Bahner, Roderick | 12/28/2018 | 00028344 | |
| B9G | Bahner, Roderick | 01/11/2019 | 00028412 | |
| B9G | Bahner, Roderick | 01/25/2019 | 00028485 | |
| B9G | Griffieth, Gary G | 11/16/2018 | 00028089 | 500.00 |
| B9G | Griffieth, Gary G | 11/30/2018 | 00028165 | 500.00 |
| B9G | Griffieth, Gary G | 12/14/2018 | 00028240 | 500.00 |
| B9G | Griffieth, Gary G | 12/28/2018 | 00028313 | 500.00 |
| B9G | Griffieth, Gary G | 01/11/2019 | 00028381 | 500.00 |
| B9G | Griffieth, Gary G | 01/25/2019 | 00028451 | 500.00 |
| B9G | Griffieth, Gary G | 02/08/2019 | 00028524 | 500.00 |
| B9G | Hamacher, Donna | 01/11/2019 | 00028399 | 266.27 |
| B9G | Hamacher, Donna | 01/25/2019 | 00028469 | 266.27 |
| B9G | Hamacher, Donna | 02/08/2019 | 00028541 | 266.27 |
| B9G | Jolly, Carol A | 11/16/2018 | 00028079 | 130.77 |
| B9G | Jolly, Carol A | 11/30/2018 | 00028153 | 130.77 |
| B9G | Jolly, Carol A | 12/14/2018 | 00028228 | 130.77 |
| B9G | Jolly, Carol A | 12/28/2018 | 00028302 | 130.77 |
| B9G | Katchmar, Rachel | 11/16/2018 | 00028109 | 12.31 |
| B9G | Katchmar, Rachel | 11/30/2018 | 00028186 | 11.68 |
| B9G | Katchmar, Rachel | 12/14/2018 | 00028261 | 11.83 |
| B9G | Katchmar, Rachel | 12/28/2018 | 00028337 | 13.23 |
| B9G | Katchmar, Rachel | 01/11/2019 | 00028405 | 12.89 |
| B9G | Katchmar, Rachel | 01/25/2019 | 00028476 | 13.05 |
| B9G | Katchmar, Rachel | 02/08/2019 | 00028547 | 13.23 |
| B9G | Katchmar, Rachel | 02/22/2019 | 00028612 | 13.53 |
| B9G | Katchmar, Rachel | 03/08/2019 | 00028669 | 13.45 |
| B9G | Radish, Elisabeth Beale | 11/16/2018 | 00028103 | 135.05 |
| B9G | Radish, Elisabeth Beale | 11/30/2018 | 00028179 | 135.05 |
| B9G | Radish, Elisabeth Beale | 12/14/2018 | 00028254 | 247.75 |
| B9G | Radish, Elisabeth Beale | 12/28/2018 | 00028329 | 247.75 |
| B9G | Radish, Elisabeth Beale | 01/11/2019 | 00028398 | 247.75 |
| B9G | Radish, Elisabeth Beale | 01/25/2019 | 00028468 | 236.59 |
| B9G | Radish, Elisabeth Beale | 02/08/2019 | 00028540 | 175.76 |
| B9G | Spanier, Jonathan | 11/16/2018 | 00028068 | 207.73 |

EXHIBIT B - 401 K CONTRIBUTIONS

EXHIBIT B - 401 K CONTRIBUTIONS

| | | | | |
|---|---|---|---|---|
| B9G | Spanier, Jonathan | 11/30/2018 | 00028141 | 207.73 |
| B9G | Spanier, Jonathan | 12/14/2018 | 00028217 | 207.73 |
| B9G | Spanier, Jonathan | 12/28/2018 | 00028291 | 207.73 |
| B9G | Spanier, Jonathan | 01/11/2019 | 00028361 | 207.73 |
| B9G | White, Gerri S. | 11/16/2018 | 00028115 | 29.48 |
| B9G | White, Gerri S. | 11/30/2018 | 00028192 | 29.57 |
| B9G | White, Gerri S. | 12/14/2018 | 00028267 | 28.67 |
| B9G | White, Gerri S. | 12/28/2018 | 00028343 | 33.03 |
| B9G | White, Gerri S. | 01/11/2019 | 00028411 | 26.96 |
| B9G | White, Gerri S. | 01/25/2019 | 00028483 | 35.88 |
| | | | | 7,585.03 |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the form. United States Bankruptcy Court.