# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH PRACTICESUITE, INC.**

On April \_\_\_\_, 2019, a hearing was conducted on the Debtor's *Expedited Motion for Entry of Order Authorizing Assumption of Executory Contract with Practicesuite, Inc.* (Docket No. \_\_\_\_\_) ("Motion"). The Court, having reviewed the Motion and the arguments at the hearing, and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, in is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Notice of the Motion was served in accordance with all applicable rules. No objections were filed in opposition to the Motion.

3. The Debtor is specifically authorized to assume the Contract with Practicesuite, Inc. ("Vendor").

4. The Vendor shall not terminate the Contract or any services under the Contract without further Order of the Court.

5. The Debtor is further specifically authorized to pay Practicesuite, Inc. the Arrearage in the amount of $20,195.63 to cure the current defaults, and to provide Practicesuite, Inc. with adequate assurance of future performance by paying a security deposit of $20,000.00 provided Practicesuite, Inc. continues to provide all services to the Debtor.

IT IS SO ORDERED

33210935 v1
Case 3:19-bk-01971    Doc 62-2    Filed 04/08/19    Entered 04/08/19 14:44:02    Desc
Proposed Order    Page 1 of 2

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*