# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, and hereby certifies to the Court that on Friday, April 5, 2019, true and correct copies of the filings listed below were served upon attached Exhibit A via first-class, United States mail, postage prepaid:

Doc. No. 47  Interim Agreed Order Granting Debtors' Motion Authorizing the Employment and Retention of Jim Davis as Chief Restructuring Officer and Chiron Advisory Services, LLC as Turnaround Advisory Firm;

Doc. No. 48  Order Granting Debtors' Motion for Order Authorizing Debtor to Retain Existing Bank Accounts, Cash Management System and Business Forms;

Doc. No. 49  Order Granting Debtors' Motion to Pay Pre-petition Wages, Compensation and Employee Benefits;

Doc. No. 50  Interim Agreed Order Granting Debtor's Motion to Provide Adequate Assurance to Utilities (1) Authorizing the Debtor to Obtain Post-Petition Financing on a Senior Secured Superpriority Basis, (2) Authorizing Use of Cash Collateral and Granting Adequate Protection, (3) Setting and Prescribing Form and Manner of Notice for Final Hearing and (4) Granting Related Relief;

Doc. No. 51   Notice of Final Hearing on Motion Authorizing the Employment and Retention of Jim Davis as Chief Restructuring Officer and Chiron Advisory Services, LLC as Turnaround Advisory Firm;

Doc. No. 52   Notice of Final Hearing on Motion for Debtor in Possession Financing and Use of Collateral and Related Relief;

Doc. No. 53   Expedited Motion to Motion to Extend Time to File Statements and Schedules to 04/29/2019; and

Doc. No. 54   Expedited Submitted Order Granting Additional Time to File Statements and Schedules.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On April 8, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)

# EXHIBIT A

Dr. Eddie D. Hamilton
4822 Post Road
Nashville, TN 37205

McKesson Medical Surgical
P.O. Box 634404
Cincinnati, OH 45263-4404

AthenaHealth Inc.
311 Arsenal Street
Watertown, MA 02472

Nextgen Healthcare Information Sys.
c/o Quality Systems, Inc.
P.O. Box 809390
Chicago, IL 60680

VIII FS-Nashville, PLLC
c/o CTCRES as Agent
4678 World Parkway Circle
St. Louis, MO 63134

Merck Sharp & Dohme, Corp.
P.O. Box 5254
Carol Stream, IL 60197-5254

Sanofi Pasteur, Inc.
12458 Collections Center Drive
Chicago, IL 60693

CAM Realty, LLC
c/o Realty Group North
109 Montgomery Ave. Ste. 102
Scarsdale, NY 10583

NovaGen
10245 West Little York Road.
Ste. 400
Houston, TX 77040

McCurry Construction, LLC
2207 Saint Joseph's Court
Brentwood, TN 37027

United States Trustee
Payment Ctr.
P.O. Box 530202
Atlanta, GA 30353-0202

Pfizer, Inc.
P.O. Box 100539
Atlanta, GA 30384-0539

Cigna Healthcare
P.O. Box 644546
Pittsburgh, PA 15264-4546

Holladay Properties – Skyline
c/o Holladay Properties LLC
P.O. Box 404485
Atlanta, GA 30384

Hartmann Central, LLC
1418 Palmer Road
Lebanon, TN 37090

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

Butler Snow LLP
150 3rd Ave. South, Ste. 1600
Nashville, TN 37201

SL Management Group TN LLC
788 Morris Turnpike
Short Hills, NJ 07078

United Healthcare Insurance Co.
CH 10151
Palatine, IL 60055-0151

Ted R. Sanders Moving & Whse, Inc.
P.O. Box 90202
Nashville, TN 37209-1020

MICHAEL G ABELOW
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South
Suite 1100
NASHVILLE, TN 37201

| WARD W BENSON<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227<br>WASHINGTON, DC 20044 | JOSHUA L BURGENER<br>DICKINSON WRIGHT PLLC<br>424 CHURCH ST #800<br>NASHVILLE, TN 37219 | RYAN K COCHRAN<br>WALLER LANSDEN DORTCH<br>& DAVIS LLP<br>511 UNION STREET<br>SUITE 2700<br>NASHVILLE, TN 37219 |
|---|---|---|
| NATALIE M. COX<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>701 BROADWAY, STE 318<br>NASHVILLE, TN 37203 | DANIEL HAYS PURYEAR<br>PURYEAR LAW GROUP<br>104 Woodmont Boulevard<br>The Woodmont Centre, Suite 201<br>NASHVILLE, TN 37205 | United States Attorney's Office<br>110 9th Avenue South<br>Suite A-961<br>Nashville, Tennessee 37203 |