**Houston IV, David W.**

| | |
|---|---|
| **From:** | twilson@practicesuite.com |
| **Sent:** | Monday, April 08, 2019 7:08 AM |
| **To:** | Houston IV, David W. |
| **Cc:** | 'Jim Davis'; 'Winnie Toler'; 'Gary Griffieth'; Taube, Emily |
| **Subject:** | RE: Capstone Pediatrics Bankruptcy Case No. 19-1971 |
| **Attachments:** | PracticeSuite_Creditcard (002).pdf; PracticeSuite_ACH.pdf |
| **Importance:** | High |

David,

    While I am respectful of the bankruptcy procedure; as such we are not required to provide services on an ongoing basis without payment. The amount due to us include past unpaid balance plus subscription fees for the month of April. Capstone needs to become current in order for PracticeSuite to cover our out-of-pocket expenses keeping they system operational.

My executive team will offer you until end of business today, 5PM EDT, to provide a security deposit covering the total amount due and assurance (in writing) of timely ongoing monthly payment until your proceedings are complete.

Further, calls to me using threating language will only discourage us to co-operate with you. I understand you are a lawyer. If my CEO was the receiving end, he would file complaint with TN State Bar for violating professional code of conduct and will ceased all further communications. He also is aware you are a lawyer.

Any competent court wouldn't entertain your request for injunction expecting us to provide services until your proceedings are complete. In the unlikely event of such action, we will file a motion to vacate this unreasonable injunction. This type of legal drama suits your trade but does not serve your client's purpose.

*Trey Wilson*

**SVP Corporate Development | Sales**
twilson@practicesuite.com
Voice: (813) 820-1021|Mobile: (813) 335-4334

---

**From:** Houston IV, David W. <dhouston@burr.com>
**Sent:** Friday, April 5, 2019 7:25 PM
**To:** twilson@practicesuite.com
**Subject:** Fwd: Capstone Pediatrics Bankruptcy Case No. 19-1971


Sent from my iPhone

Begin forwarded message:

> **From:** "Houston IV, David W." <dhouston@burr.com>
> **Date:** April 5, 2019 at 5:05:45 PM CDT
> **To:** "twilson@practicesuites.com" <twilson@practicesuites.com>
> **Cc:** Jim Davis <JDavis@chironfinance.com>, Winnie Toler <wtoler@capstonepediatrics.com>, Gary

Griffieth <GGriffieth@capstonepediatrics.com>, "Taube, Emily" <etaube@burr.com>
**Subject: Capstone Pediatrics Bankruptcy Case No. 19-1971**

Mr. Wilson- As we previously advised, CapStone filed for bankruptcy on March 28, 2019 in the United States Bankruptcy Court for the Middle District of Tennessee. I have been advised that Practice Suite intends to terminate its service to CapStone effective today. Such termination is prohibited by the bankruptcy stay due to the fact that Practice Suite is a party to an executory contract with the Debtor. We will be filing an emergency motion to require continued service. More importantly, as proposed by the Court Appointed CRO, Jim Davis, we would rather assume your contract, pay the prepetition amount due and provide a security deposit to assure Practice Suite of performance going forward. If Practice Suite shuts down service as indicated, the company will likely have no choice but to close its doors and liquidate its business. Please consider our request and have someone contact me at the earliest convenient time to discuss this matter. My cell phone is 615-268-4373. This is most urgent. Thanks for your consideration.

David



AL • DE • FL • GA
MS • NC • SC • TN

David W. Houston IV • *Partner*
Burr & Forman LLP

222 Second Avenue South, Suite 2000, Nashville, Tennessee 37201

direct 615-724-3215 • fax 615-724-3315 • cell 615-268-4373

dhouston@burr.com • www.burr.com

Burr & Forman Joins Forces with McNair Law Firm, P.A., Effective January 1, 2019
360 Attorneys. 19 Offices. 1 Firm. Southeast Strong.

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you