*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/10/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Mashburn |
| Debtor. ) | |

**EXPEDITED ORDER SETTING HEARING ON DEBTOR'S EXPEDITED SECOND MOTION TO (1) REQUIRE PERFORMANCE OF AND (2) ASSUME EXECUTORY CONTRACT WITH PRACTICESUITE, INC.**

This matter came before the Court on the *Debtor's Expedited Second Motion to (1) Require Performance of and (2) Assume Executory Contract with Practicesuite, Inc.* (the "Expedited Second Motion") filed by Capstone Pediatrics, PLLC (the "Debtor"), and upon reviewing said Expedited Second Motion the Court finds that cause exists for setting the Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED:

A. Parties are encouraged to file objections to the Expedited Motion so as to be received by the Court not later than 11 a.m., Central Time, on Thursday April 11, 2019 but all objections to the Expedited Motion will be considered including any raised orally at the hearing; and

B. A hearing will be held on Thursday, April 11, 2019 at 1:30 p.m. in **Courtroom 1** of the United States Customs House, 701 Broadway, Nashville, TN 37203.

*[This order was signed and entered electronically as indicated at the top of the first page.]*

**APPROVED FOR ENTRY**:

/s/ *David W. Houston, IV*
David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR# 019323)
BURR & FORMAN LLP
222 Second Avenue South, STE 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3200
Facsimile:  (615) 724-3315
E-mail: dhouston@burr.com
etaube@burr.com

*Proposed Attorneys for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

33237349 v1

2

Case 3:19-bk-01971    Doc 69    Filed 04/10/19    Entered 04/10/19 11:36:47    Desc Main
Document    Page 2 of 2