# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

IN RE: )
) Case No. 3:19-bk-1971
CAPSTONE PEDIATRICS, PLLC, ) Chapter 11
) Judge Randal S. Mashburn
    Debtor. )

## WITNESS AND EXHIBIT LIST

Capstone Pediatrics, PLLC (the "Debtor") respectfully submits the following lists of witnesses and exhibits in connection with the hearing scheduled for April 11, 2019, at 1:30 p.m., in Courtroom One, Customs House, 701 Broadway, Nashville, Tennessee:

WITNESSES:

1. Winnie Toler, Chief Operating Officer of Capstone Pediatrics, PLLC; and

2. Jim Davis, Chief Restructuring Officer.

Debtor reserves the right to call any witness necessary to rebut testimony or documents of any other party or witness.

EXHIBITS:

A. Practicesuite Contract (attached as Exh. A);

B, Practicesuite Email Correspondence (attached as Exh. B);

Debtor hereby reserves the right to introduce any document in the Court's files in the above-styled case, any documents introduced by any other party, and any exhibits offered for rebuttal.

        Respectfully Submitted,

        */s/ David W. Houston, IV*
        David W. Houston, IV (20802)
        Emily C. Taube (019323)
        **BURR & FORMAN LLP**
        222 Second Avenue South, Suite 2000
        Nashville, Tennessee 37201

33242908 v1
Case 3:19-bk-01971   Doc 70   Filed 04/10/19   Entered 04/10/19 15:17:33   Desc Main
Document    Page 1 of 2

Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## **CERTIFICATE OF SERVICE**

On April 10, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ David W. Houston, IV*
David W. Houston, IV (020802)