# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

Capstone Pediatrics, PLLC                                               CASE NO: 3:19-bk-01971

vs.         Movant

CDS Business Services, Inc. d/b/a Newtek Business Credit and Newtek Small     ADV NO:
Business Finance, LLC; and U.S. Trustee
            Respondent

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| Randal S Mashburn | David W. Houston, IV; Emily Campbell Taube | Daniel Hays Puryear; and Natalie M. Cox |
| **Trial/Hearing Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 4/11/2019 - 4/11/2019 | Lauren Langston | Lolitha Scruggs |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Stipulated | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|---|
| x | | 4/11/2019 | 1001 | | x | Practicesuite Contract |
| x | | 4/11/2019 | | | | Winnie Griffieth Toler - Chief Operating Officer - Witness |
| x | | 4/11/2019 | 1002 | | x | Practicesuite Email Correspondence |
| x | | 4/11/2019 | | | | Jim Davis; Chief Restructing Officer and Chiron Advisory Services LLC - Witness |