Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/11/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**EXPEDITED ORDER AUTHORIZING ASSUMPTION OF EXECUTORY
CONTRACT WITH PRACTICESUITE, INC.**

On April 11, 2019, a hearing was conducted on the Debtor's *Expedited Second Motion for Entry of Order Requiring Performance and Authorizing Assumption of Executory Contract with Practicesuite, Inc.* (Docket No. 66) ("Motion"). The Court, having reviewed the Motion and the arguments and evidence presented at the hearing, and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, and for the reasons stated orally by the Court at the close of proof pursuant to Rule 7052,

It is hereby ORDERED:

1. The Motion is GRANTED as set forth herein.

2. Debtor is authorized to assume immediately the Contract with Practicesuite, Inc. ("Vendor"), and Vendor is hereby ordered to reinstate all services provided to Debtor under the Contract and as have been negotiated by the parties pursuant to the Contract.

3. The Debtor is further specifically authorized to pay Vendor the Arrearage in the amount of $20,195.63 to cure the current defaults, and to provide Vendor with adequate assurance of future performance by paying a security deposit of $20,000.00 to be utilized for future monthly

service fees, which payments shall be made no later than April 17, 2019, provided Vendor has reinstated all services to the Debtor.

4. All payments made to Vendor under this Order are subject to disgorgement if Vendor terminates services under the contract again without proper notice pursuant to the Contract or order of this Court.

5. This Order shall be effective immediately, however, any party in interest including Vendor may present evidence and seek relief from this order at the hearing currently scheduled on Debtor's first motion for such relief (Docket No. 62) on **April 16, 2019** at 9:00 a.m. in Court Room 1, United States Customs House, Nashville, Tennessee.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.