Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/16/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**ORDER RESOLVING EXPEDITED MOTION TO (1) REQUIRE PERFORMANCE OF AND (2) ASSUME EXECUTORY CONTRACT WITH PRACTICESUITE, INC.**

On April 15, 2019, a hearing was conducted on the Debtor's *Expedited Motion to (1) Require Performance of and (2) Assume Executory Contract with Practicesuite, Inc.* (Docket No. 62) (the "First Motion"). Previously on April 11, 2019, the Court conducted a hearing on the Debtors *Expedited Second Motion to Require Performance and Allow Assumption of Executory Contract with Practicesuite, Inc.* (Docket No. 66) (the "Second Motion") and the Court entered an Order on April 11, 2019 (Docket No. 74) granting the Second Motion. The Order granting the Second Motion allowed parties additional time to raise any further objections to the First Motion or Second Motion at the April 15, 2019 hearing, and it appearing to the Court that no party has come forward and raised any objections to the First Motion or the Second Motion and that the Order approving the Second Motion effectively resolves the First Motion,

It is ORDERED that the First Motion is resolved in accordance with the Order resolving the Second Motion (Docket No. 74).

*This Order was signed and entered electronically as indicated at the top of the first page.*

33270422 v1

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

33270422 v1
Case 3:19-bk-01971    Doc 80    Filed 04/16/19    Entered 04/16/19 14:50:09    Desc Main
Document      Page 2 of 2