IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| | ) JUDGE RANDAL S. MASHBURN |
| CAPSTONE PEDIATRICS, PLLC, | ) |
| | ) |
| | ) CASE NO. 3:19-bk-1971 |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned, Thomas W. Shumate IV, appears on behalf of **Meridian Law, PLLC**, a creditor in this proceeding, and pursuant to Fed. R. Bank. P. 2002 and LBR 9010, on behalf of Meridian Law, PLLC, requests that all matters that must be noticed in this case, whether sent by the Court, the Debtor(s), or any other party-in-interest, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

Thomas W. Shumate IV
Meridian Law, PLLC
2900 Vanderbilt Place, Suite 100
Nashville, TN 37212
(615) 229-7499 (telephone)
(615) 229-7498 (fax)
tom.shumate@meridian.law

1

Respectfully submitted,

MERIDIAN LAW, PLLC

By: /s/ Thomas W. Shumate IV
Thomas W. Shumate IV (#019595)
2900 Vanderbilt Place, Suite 100
Nashville, TN 37212
615-229-7499 (office)
615-229-7498 (fax)
tom.shumate@meridian.law
*Counsel for Meridian Law, PLLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Notice was filed electronically on April 16, 2019. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Thomas W. Shumate IV
Thomas W. Shumate IV