```
                           United States Bankruptcy Court
                            Middle District of Tennessee
In re:                                                          Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                       Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: sdt7475              Page 1 of 1                  Date Rcvd: Apr 16, 2019
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Debtor    Capstone Pediatrics, PLLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;cnolan@burr.com
              JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
               dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
               scamp@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, scamp@srvhlaw.com
              NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
              RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                             TOTAL: 13

_Randal S. Mashburn_
U.S. Bankruptcy Judge

Dated: 4/16/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**ORDER RESOLVING EXPEDITED MOTION TO (1) REQUIRE PERFORMANCE OF AND (2) ASSUME EXECUTORY CONTRACT WITH PRACTICESUITE, INC.**

On April 15, 2019, a hearing was conducted on the Debtor's *Expedited Motion to (1) Require Performance of and (2) Assume Executory Contract with Practicesuite, Inc.* (Docket No. 62) (the "First Motion"). Previously on April 11, 2019, the Court conducted a hearing on the Debtors *Expedited Second Motion to Require Performance and Allow Assumption of Executory Contract with Practicesuite, Inc.* (Docket No. 66) (the "Second Motion") and the Court entered an Order on April 11, 2019 (Docket No. 74) granting the Second Motion. The Order granting the Second Motion allowed parties additional time to raise any further objections to the First Motion or Second Motion at the April 15, 2019 hearing, and it appearing to the Court that no party has come forward and raised any objections to the First Motion or the Second Motion and that the Order approving the Second Motion effectively resolves the First Motion,

It is ORDERED that the First Motion is resolved in accordance with the Order resolving the Second Motion (Docket No. 74).

*This Order was signed and entered electronically as indicated at the top of the first page.*

33270422 v1

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

33270422 v1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.