**Fill in this information to identify the case:**

Debtor name ___CAPSTONE PEDIATRICS, PLLC_____

United States Bankruptcy Court for the: ___Middle_____ District of ___Tennessee___
(State)

Case number (If known): ___3:19-bk-01971_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ _____0.00_____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ __5,899,634.07__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ __5,899,634.07__

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................    $ __9,243,137.53__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $ __1,615,734.28__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    + $ __7,047,384.12__

4. **Total liabilities**...................................................................................................    $ __17,906,255.93__
    Lines 2 + 3a + 3b

Official Form 206Sum                    Summary of Assets and Liabilities for Non-Individuals                    page 1