## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Clarksville**<br>**One Public Square Suite 119**<br>**Clarksville, TN 37040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148.00 | $148.00 |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Personalty Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**City of Lebanon**<br>**200 Castle Heights Ave. N. Suite 117**<br>**Lebanon, TN 37087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $203.17 | $203.17 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      29069      Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 | $5.00 |
| | **City of Mt Juliet**<br>2365 N Mt Juliet Rd<br>Mount Juliet, TN 37122 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 | $113.00 |
| | **City of Murfreesboro**<br>**Finance Dept**<br>111 W Vine St 1st Floor<br>Murfreesboro, TN 37130 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 | $13.00 |
| | **Commissioner of Finance** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530,117.90 | $1,530,117.90 |
| | **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**6/2015-11/2015**

Basis for the claim:
**Federal Income, Social Security, Medicare**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 2 of 49

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.92 | $1,097.92 |

**Kentucky State Treasurer**
**501 High St. PO Box 491**
**Frankfort, KY 40601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,171.86 | $10,171.86 |

**Metropolitan Trustee**
**Metropolitan Dept of Law**
**PO Box 196300**
**Nashville, TN 37219-6300**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $755.98 | $755.98 |

**Montgomery County Trustee**
**PO Box 1005**
**Clarksville, TN 37041-1005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |

**Rutherford County Trustee**
**PO Box 1316**
**Murfreesboro, TN 37133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 3 of 49

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,906.45 | $19,906.45 |
|---|---|---|---|---|

**Tennessee Dept of Labor**
c/o Tennessee Atty General Office
PO Box 20207
Nashville, TN 37202-0207

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2015-11/2015**

Basis for the claim:
**State Unemployment Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,897.00 | $51,897.00 |
|---|---|---|---|---|

**Tennessee Dept. of Revenue**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Town of Smyrna**
315 S. Lowry St.
Smyrna, TN 37167

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.00 | $565.00 |
|---|---|---|---|---|

**Williamson County Trustee**
1320 West Main St Ste 203
Franklin, TN 37064

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 4 of 49

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |
|---|---|---|---|---|

**Wilson County Trustee**
PO Box 865
Lebanon, TN 37088

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $90.96 |
|---|---|---|---|

**123 GetInk**
1476 Lexington Ave., Suite 1B
New York, NY 10128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $8,876.95 |
|---|---|---|---|

**Abbott Laboratories Inc.**
PO Box 100997
Atlanta, GA 30384-0997

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Medical supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $3,971.55 |
|---|---|---|---|

**Accent**
PO Box 952366
Saint Louis, MO 63195-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $27,052.98 |
|---|---|---|---|

**Access**
PO Box 101048
Atlanta, GA 30392-1048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $2,649.31 |
|---|---|---|---|

**Advance Signs & Graphics**
1005 W Main St
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Signage**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.56 |
|---|---|---|---|

**Aetna Insurance Company**
PO Box 784836
Philadelphia, PA 19178-4836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Aetna Life Insurance Company**
PO Box 14079
Lexington, KY 40512-4079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.58 |
|---|---|---|---|

**Aftermath Claim Service**
1212 S. Naper Boulevard
Naperville, IL 60540-8360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.16 |
|---|---|---|---|

**Akhenia Conerly**
296 Raleigh Dr Apt B
Clarksville, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.40 |
|---|---|---|---|

**Alexandria Miller**
748 Shelton Cir
Clarksville, TN 37042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Alison Hopkins**
1346 Sweetwater Dr
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Amanda Burlison**
407 Rollingwood Crossing
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.14 |
|---|---|---|---|

**Amanda Greene**
3617 Huntingboro Tr
Antioch, TN 37013

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.22 |
|---|---|---|---|

**Amber Offill**
4212 Shacklett Rd
Murfreesboro, TN 37129

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Amber Saunders**
4212 Shacklett Rd
Murfreesboro, TN 37129

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**American Academy of Pediatrics**
72103 Eagle Way
Chicago, IL 60678-7251

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provider membership dues

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.91 |
|---|---|---|---|

**American Messaging**
PO Box 5749
Carol Stream, IL 60197-5749

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pager service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.69 |
|---|---|---|---|

**American Plumbing Professionals**
PO Box 111542
Nashville, TN 37222

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs and maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,806.67 |
|---|---|---|---|

**American Proficiency Institute**
PO Box 30516
Dept. 9526
Lansing, MI 48909-8016

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|--------|

**Ana Cordero**
**100 Vernon Traylor Dr**
**Smyrna, TN 37167**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Andrea Hulan**
**812 Queen Annes Court**
**Nolensville, TN 37135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.76 |
|------|------------------------------------------------|----------------------------------------------------------------------|--------|

**Andreya Brozewski**
**3036 Earhart Rd**
**Hermitage, TN 37076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Angela Frazier**
**13859 Cainsville Rd**
**Lebanon, TN 37090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Aquarium Maintenance Service**
**PO Box 1856**
**Columbia, TN 38402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Service and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,420.14 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**ARHC GMCLKTN01, LLC**
**PO Box 714423**
**Cincinnati, OH 45271**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.45 |
|------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**ASE Technology**
**7113 Peach Court, Suite 200**
**Brentwood, TN 37027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 84-3   Filed 04/22/19   Entered 04/22/19 15:24:01   Desc
Schedule E/F- Creditors unsecured claims    Page 8 of 49

**3.27** Nonpriority creditor's name and mailing address
AT&T
PO Box 105068
Atlanta, GA 30348-5068

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$155.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
AthenaHealth
311 Arsenal St
Watertown, MA 02472

Date(s) debt was incurred  8/2015-11/2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$374,826.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electronic health record system, claims billing and collections service

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Athenahealth, Inc.
311 Arsenal St.
Watertown, MA 02472

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$27,921.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
ATMOS Energy
PO Box 790311
Saint Louis, MO 63179-0311

Date(s) debt was incurred __

Last 4 digits of account number  6232

As of the petition filing date, the claim is: *Check all that apply.*    **$340.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
Audiology Systems
Attn: Scott Brewer
50 Commerce Dr Ste 180

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$30.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Audiology supplies

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
Audiology Systems
Dept. CH 16948
Palatine, IL 60055-6948

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$354.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
Autism Speaks
900 Circle 75 Pkwy Ste 445
Atlanta, GA 30339

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,130.62 |
|---|---|---|---|

**3.34**
Nonpriority creditor's name and mailing address
Barton & Associates, Inc.
PO Box 417844
Boston, MA 02241-7844

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,130.62**

---

**3.35**
Nonpriority creditor's name and mailing address
Bass, Berry & Sims, PLC
150 Third Ave. South, Ste. 2800
Nashville, TN 37201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$965.50**

---

**3.36**
Nonpriority creditor's name and mailing address
BCBS of TN
Claim Refund Dept
Bldg 13 1 Cameron Hill Cir
Chattanooga, TN 37402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Patient refund**

Is the claim subject to offset? ☐ No ☐ Yes

**$240.65**

---

**3.37**
Nonpriority creditor's name and mailing address
BCBST
1 Cameron Hill Cir
Chattanooga, TN 37402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Patient refund**

Is the claim subject to offset? ☐ No ☐ Yes

**$769.49**

---

**3.38**
Nonpriority creditor's name and mailing address
Bentley's Air Conditioning
109 Hartmann Dr
Lebanon, TN 37087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs and maintenance**

Is the claim subject to offset? ☐ No ☐ Yes

**$925.00**

---

**3.39**
Nonpriority creditor's name and mailing address
Berkshire Hathaway Guard Insurance
Compa
PO Box 785570
Philadelphia, PA 19178-5570

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$7,632.11**

---

**3.40**
Nonpriority creditor's name and mailing address
Besse Medical Supply
1576 Solutions Ctr
Chicago, IL 60677-1005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,332.85**

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.24 |
|---|---|---|---|

**Bethany Wenger**
821 Woodcraft Dr.
Nashville, TN 37214

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,590.04 |
|---|---|---|---|

**Better Business Solutions**
PO Box 3549
Brentwood, TN 37024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,547.74 |
|---|---|---|---|

**BlueCross BlueShield of Tennessee**
Group Receipts Dept
PO Box 6539
Carol Stream, IL 60197-6539

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Employee benefits

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,625.25 |
|---|---|---|---|

**BMW Properties**
2420 W Clay Dr
Lebanon, TN 37087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred 2/2015-6/2015

Last 4 digits of account number _

Basis for the claim: Unpaid Rent
115 Winwood Dr
Lebanon TN

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,926.00 |
|---|---|---|---|

**Bravo Construction**
936 Carthage Hwy
Lebanon, TN 37087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Leasehold improvements

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Bridges**
935 Edgehill Avenue
Nashville, TN 37203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,612.59 |
|---|---|---|---|

**Butler Snow LLP**
150 3rd Ave S Ste 1600
Nashville, TN 37201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred 3/2015-5/2015

Last 4 digits of account number _

Basis for the claim: Legal fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**C12 Group, Music City**
2000 Mallory Ln Ste 130-56
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  CEP training/continuing education

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CADS**
1317 Sun Valley Road
Clarksville, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,073.00 |
|---|---|---|---|

**CAM Realty Co/Realty Group North**
109 Montgomery Ave Ste 102
Scarsdale, NY 10583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2015-11/2015

Last 4 digits of account number __

Basis for the claim:  Unpaid Rent
5003 Crossing Cir
Mt Juliet TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,819.20 |
|---|---|---|---|

**Carol Jolly**
PO Box 680662
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.34 |
|---|---|---|---|

**Casatina Miller**
395 Bosca Ct
Clarksville, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |
|---|---|---|---|

**Centennial Medical Center**
PO Box 150804
Nashville, TN 37215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Chad S. Boomershine, MD**
1219 Olympia Place
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.04 |
|---|---|---|---|

**Charter Communications**
PO Box 9001934
Louisville, KY 40290-1934

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.57 |
|---|---|---|---|

**Christian Care Ministry**
PO Box 120099
Melbourne, FL 32912

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.00 |
|---|---|---|---|

**Christina Paasche**
3119 Holly Point
Clarksville, TN 37043

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,144.65 |
|---|---|---|---|

**Cigna Healthcare**
PO Box 644546
Pittsburgh, PA 15264-4546

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.99 |
|---|---|---|---|

**Cigna Healthcare - Refunds**
Bourbonnais Claim Office
PO Box 182223
Chattanooga, TN 37422-7223

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Patient refund

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.22 |
|---|---|---|---|

**Clean It Supply**
2212 Dearborn Dr,
Nashville, TN 37214

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.00 |
|---|---|---|---|

**CLIA Laboratory Program**
PO Box 530882
Atlanta, GA 30353

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lab fees

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

CLIA Laboratory Program
PO Box 3056
Portland, OR 97208-3056

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,715.94**

Comcast Business
PO Box 530098
Atlanta, GA 30353-0098

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,332.49**

Commercial Lamination
2801 Murfreesboro Rd
Antioch, TN 37013

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Leasehold improvements

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,078.23**

Companion Life Insurance Company
PO Box 100102
Columbia, SC 29202-3102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0000

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$442.23**

Concentra
Occupational Health Centers Southwest
PO Box 82432
Atlanta, GA 30354-0432

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Patient refund

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$755.00**

Cook's Pest Control
PO Box 280390
Nashville, TN 37228

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,808.84**

Corporate Cleaning Systems
PO Box 40565
Nashville, TN 37204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 14 of 49

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$481.57**

Cory Collier
1505 Demonbreun St., #623
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$731.00**

Crista Fedora
7201 Charlotte Pk #203
Nashville, TN 37209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Provider employee reimbursement 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.65**

Crystal Vann
1444 Primm Rd
Ashland City, TN 37015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Nonprovider employee reimbursement 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$956.40**

CubeSmart
1202 Antioch Pike
Nashville, TN 37211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  3951 

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.31**

CubeSmart Mboro Rd
1058 Murfreesboro Rd.
Nashville, TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.20**

Curtis Bay Medical Waste Services
PO Box 65047
Baltimore, MD 21264-5047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Medical waste disposal 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,454.49**

Cushman & Wakefield - Brentwood
HCA PO Box 281166
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,279.64 |
|---|---|---|---|

**Cushman Wakefield/HCA**
PO Box 281166
Atlanta, GA 30384

Date(s) debt was incurred _1/2015-11/2015_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid Rent_
343 Franklin Rd
Brentwood TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**Cynthia E. Collins**
2612 Polo Court
Nashville, TN 37211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.99 |
|---|---|---|---|

**D & L Distributors Inc.**
PO Box 993
Brentwood, TN 37024-0993

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Repairs and maintenance_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.00 |
|---|---|---|---|

**Day Communications, Inc.**
3212 West End Ave., Suite 201
Nashville, TN 37203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.53 |
|---|---|---|---|

**DCA Pharmacy**
233 Bedford Way
Franklin, TN 37064

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Deidra McCullough**
106 Archwood Dr
Madison, TN 37115

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Patient refund_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Denise MacLeod**
1154 Old Jefferson Pk
Smyrna, TN 37167

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Provider employee reimbursement_

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 16 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 16 of 49

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
| --- | --- | --- | --- |

**3.83** Nonpriority creditor's name and mailing address
Donequa Lyons
3424 Elizabeth Jordan St.
Nashville, TN 37209

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.84** Nonpriority creditor's name and mailing address
Donna Hamacher
7409 Somerset Pl.
Nashville, TN 37221

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,492.20**

---

**3.85** Nonpriority creditor's name and mailing address
EarthLink
PO Box 2252
Birmingham, AL 35246-1058

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,967.64**

---

**3.86** Nonpriority creditor's name and mailing address
Eatherly Services
1670 Cairo Bend Road
Lebanon, TN 37087

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.87** Nonpriority creditor's name and mailing address
ECHO, Inc.
101 Westpark Dr., Suite 140
Brentwood, TN 37027

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,555.35**

---

**3.88** Nonpriority creditor's name and mailing address
Eddie Hamilton
4822 Post Rd
Nashville, TN 37205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,000,000.00**

---

**3.89** Nonpriority creditor's name and mailing address
EDH Gateway Center
Leap Soultions
213 W Maplewood Ln Ste 350
Nashville, TN 37207

Date(s) debt was incurred  6/2015-11/2015
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
1155 Kennedy Dr
Murfreesboro TN

Is the claim subject to offset? ■ No ☐ Yes

**$104,712.20**

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $746.00 |
|---|---|---|---|

**3.90** Nonpriority creditor's name and mailing address
Elisabeth Beale Radish
610 S. 12th St.
Nashville, TN 37206

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$746.00

---

**3.91** Nonpriority creditor's name and mailing address
ELLKAY Inc.
259 Cedar Ln
Teaneck, NJ 07666

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Data conversion fees for electronic health records

Is the claim subject to offset? ■ No ☐ Yes

$44,080.00

---

**3.92** Nonpriority creditor's name and mailing address
Emelina Quinones
3042 Ace Winter Meyer Drive
La Vergne, TN 37086

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$80.07

---

**3.93** Nonpriority creditor's name and mailing address
Emma Inc.
75 Remittance Dr Ste 6222
Chicago, IL 60675-6222

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

**3.94** Nonpriority creditor's name and mailing address
Equinox Communications
PO Box 2607
Brentwood, TN 37024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  IT support services

Is the claim subject to offset? ■ No ☐ Yes

$16,197.15

---

**3.95** Nonpriority creditor's name and mailing address
Erika Montez
7309A N Baker Cir
Fort Campbell, KY 42223

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

$50.96

---

**3.96** Nonpriority creditor's name and mailing address
Estalee Duncan
216 Lucky Dr
Nashville, TN 37211

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

$228.41

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 18 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 18 of 49

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,650.82 |

**Fairway-Galt, LLC**
728 Shades Creek Pky, Suite 200
Birmingham, AL 35209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |

**Families Magazine**
PO Box 729
Hopkinsville, KY 42241-0729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.44 |

**Fire Safety Equipment & Service**
4099 Bernard Rd
Joelton, TN 37080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,685.00 |

**Flexential**
PO Box 536933
Atlanta, GA 30353-6933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.84 |

**Four Plus Corporation**
c/o 511 Group 1850 Nashville City Center
511 Union St.
Nashville, TN 37219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |

**Franklin Collection Service, Inc.**
PO Box 3910
Tupelo, MS 38803-3910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |

**Gary Griffieth MD**
2001 Rush St Apt 2311
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,275.25** |
|---|---|---|---|

**Gary Griffieth MD**
2001 Rush St Apt 2311
Franklin, TN 37067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expenses paid on behalf of Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.65** |
|---|---|---|---|

**Gerri White**
2212 Dearborn Dr.
Nashville, TN 37214

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Glover's Lock Service**
514 Kraft St
Clarksville, TN 37040

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$571.24** |
|---|---|---|---|

**Go Fish**
6297 N New Hope Rd
Hermitage, TN 37076

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service and maintenance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.77** |
|---|---|---|---|

**Gordon N. Stowe and Associates, Inc.**
Attn: Accts Receivable
586 Palwaukee Dr.
Wheeling, IL 60090

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.15** |
|---|---|---|---|

**Greensboro Service Center**
PO box 740800
Atlanta, GA 30374-0800

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patient refund**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,962.11** |
|---|---|---|---|

**GSK GlaxoSmithKline Pharmaceuticals**
PO Box 740415
Atlanta, GA 30374-0415

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vaccines**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,827.55 |
|---|---|---|---|

**Guardian**
PO Box 677458
Dallas, TX 75267-7458

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.90 |
|---|---|---|---|

**H & H Heating, Air & Refrigeration**
2547 Madison St
Clarksville, TN 37043

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Repairs and maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**H & J Realty**
8138 Moores Lane
Brentwood, TN 37027

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,180.00 |
|---|---|---|---|

**Hamilton Painting**
1204 Murfreesboro Road
Lebanon, TN 37090

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,900.71 |
|---|---|---|---|

**Hamilton Young Building**
**Leap Solutions**
213 W Maplewood Ln Ste 350
Nashville, TN 37207

Date(s) debt was incurred  5/2015-11/2015

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Unpaid Rent
800 Weatherly Dr
Clarksville TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,004.93 |
|---|---|---|---|

**Hanover Insurance Group**
PO Box 580045
Charlotte, NC 28258-0045

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

**Harpeth Answering & Communications**
506 Hillsoro Blvd Ste 106
Manchester, TN 37355

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Answering service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,784.00 |
|---|---|---|---|

**Harris Brand Recruiting**
3100 Rosendale Rd
Schenectady, NY 12309

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Recruiting**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,828.81 |
|---|---|---|---|

**Harris Family Pharmacy**
1157 Fort Campbell Blvd.
Clarksville, TN 37042

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.07 |
|---|---|---|---|

**Harris Klein Associates Inc.**
PO Box 2087
Woodstock, GA 30188

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Patient refund**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.25 |
|---|---|---|---|

**Harrison's Lock**
307 W Main St Ste H
Lebanon, TN 37087

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,023.71 |
|---|---|---|---|

**Hartmann Central, LLC**
1418 Palmer Road
Lebanon, TN 37090

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.96 |
|---|---|---|---|

**Health Mega Mall**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.68 |
|---|---|---|---|

**HealthAmerica PA - Refunds**
PO Box 8500-784182
Philadelphia, PA 19178-4182

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Patient refund**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Name

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.09** |
|---|---|---|---|

**HealthSCOPE Benefits**
27 Corporate Hill Dr
Little Rock, AR 72205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Patient refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,521.11** |
|---|---|---|---|

**Heathstone Properties**
4925 Veterans Parkway
Murfreesboro, TN 37128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,311.17** |
|---|---|---|---|

**Henry Schein**
Dept CH 10241
Palatine, IL 60055-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.87** |
|---|---|---|---|

**Herbert Barron**
121 Sandi's Ln.
Palmyra, TN 37142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Hicks HVAC**
991 Brilery Pkwy.
Nashville, TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.50** |
|---|---|---|---|

**Hiller LLC- Nashville**
915 Murfreesboro Pike
Nashville, TN 37225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,626.17** |
|---|---|---|---|

**Holladay Properties**
MOB 147 of Tennessee
PO Box 404485
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2015-11/2015**

Basis for the claim:  **Unpaid Rent**
**3443 Dickerson Rd**
**Nashville TN**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 23 of 49

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,976.48 |
|---|---|---|---|

**Holladay Properties - Skyline**
PO Box 404485
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Holly Miller**
317 50th Ave N
Nashville, TN 37209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Provider employee reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,693.75 |
|---|---|---|---|

**Hoskins & Company**
1900 Church Street Suite 200
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.53 |
|---|---|---|---|

**Humana Healthcare Plan**
PO Box 931655
Atlanta, GA 31193-1655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Patient refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**ICG Link Inc.**
7003 Chadwick Dr Ste 111
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Network support__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,592.46 |
|---|---|---|---|

**INETCO, LLC**
190B Saundersville Road
Hendersonville, TN 37075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,565.60 |
|---|---|---|---|

**Infinisource, Inc.**
15 E. Washington Street
Coldwater, MI 49036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.19 |
|---|---|---|---|

**IPFS Corporation**
900 Ashowood Parkway Suite 370
Atlanta, GA 30338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Jaclyn Perez**
107 Rudolph Dr
Clarksville, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Jasmine Gibson**
1622 Brentridge Cir
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.51 |
|---|---|---|---|

**Jennifer Mojica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Jennifer Strickland**
1204 Hartfield Ct
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.36 |
|---|---|---|---|

**Jennifer Watson**
143 Hendon Memorial Rd
Shelbyville, TN 37160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.51 |
|---|---|---|---|

**Jerry Giltz**
1000 Worthington Ln Apt 10-207
Spring Hill, TN 37174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Patient refund

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Jewell Mechanical**
**1000 Elm Hill Pike**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Jihan Shukri**
**360 Bell Rd Apt 303**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Patient refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.96 |
|---|---|---|---|

**Jonathan Garcia**
**1017 Townley Dr**
**Madison, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Nonprovider employee reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.00 |
|---|---|---|---|

**Jonathan Spanier MD**
**1032 Gracelawn Dr**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Provider employee reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.91 |
|---|---|---|---|

**June D. Bryant**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.85 |
|---|---|---|---|

**Karen Blount**
**5582 B Zapata Drive**
**Pegram, TN 37143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.00 |
|---|---|---|---|

**Karen Chaffin**
**5909 Sedberry Road**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

Kathleen Weakley
1928 Streamfield Court
Antioch, TN 37013

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

Kathy Griffieth

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Expenses paid on behalf of Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,051.63 |

Kathy S. Griffieth
2001 Rush Street Apt. 2311
Franklin, TN 37067

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |

Kelly Eigner
310 Gross Ln
Hartsville, TN 37074

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.61 |

Khalid Abdulkhalig
114 Gardenia St
Mount Pleasant, TN 38474

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Patient refund

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,741.30 |

Kofi Asare-Bawuah
1225 Plumeria Pl
Nolensville, TN 37135

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,636.00 |

LabCorp
PO Box 12140
Burlington, NC 27216-2140

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.82 |
|---|---|---|---|

**Lamont, Hanley & Associates, Inc.**
PO Box 179
Manchester, NH 03105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.80 |
|---|---|---|---|

**LBMC PC**
PO Box 1869
Brentwood, TN 37024-1869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Training__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.14 |
|---|---|---|---|

**LeighAnn Brinkley**
901 Northern Dance Ln
Elgin, SC 29045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Nonprovider employee reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.19 |
|---|---|---|---|

**Leslie Komulainen**
229 Cedar Bend Cir
Clarksville, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Nonprovider employee reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**Lisa Lewis**
1004 Pembrook Point
Mount Juliet, TN 37122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Patient Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Longwell Cleaning Services**
2274 High Meadow Drive
Murfreesboro, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.82 |
|---|---|---|---|

**Lorie Marsh**
1984 Sugar Flat Rd
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Nonprovider employee reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $981.00 |
|---|---|---|---|

**Lucy Martin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,164.80 |
|---|---|---|---|

**M and S Holdings**
1511 Sunset Road
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $942.36 |
|---|---|---|---|

**MailFinance, Inc.**
PO Box 123682
Dallas, TX 75312-3682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,012.97 |
|---|---|---|---|

**Main Street Media of Tennessee**
**Gould Enterprises Inc.**
PO Box 8156
Gallatin, TN 37066-8156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.24 |
|---|---|---|---|

**Maine Standards**
221 US Route 1
Cumberland Foreside, ME 04110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.00 |
|---|---|---|---|

**Maisam Alkhafaji**
109 Shacklatt Lane Ct
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $835.00 |
|---|---|---|---|

**Mary Ruth Scobey MD**
5004 English Village Dr
Nashville, TN 37211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 29 of 49

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,728.05 |

**MBLab Consulting**
1106 Gettysvue Way
Knoxville, TN 37922

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,047.91 |

**McCurry Construction, LLC**
2207 Saint Joseph's Court
Brentwood, TN 37027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,660.17 |

**McKesson Medical Surgical**
PO Box 634404
Cincinnati, OH 45263-4404

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Medical supplies_

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,990.14 |

**Medline Industries, Inc.**
Dept CH 14400
Palatine, IL 60055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,825.46 |

**MedSafe Total Compliance Solutions, Inc.**
27 Mica Lane, Suite 208
Wellesley Hills, MA 02481

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.15 |

**Megan Thomas**
1606 Samuel Dr
Clarksville, TN 37043

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Nonprovider employee reimbursement_

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,398.34 |

**Merck**
PO Box 5254
Carol Stream, IL 60197-5254

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Vaccines_

Is the claim subject to offset? ■ No ☐ Yes

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 30 of 49

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,951.26 |
|---|---|---|---|

**Meridian Law, PLLC**
2900 Vanderbilt Place, Suite 100
Nashville, TN 37212

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.76 |
|---|---|---|---|

**MHBP Federal Employees Health Benefits**
PO box 8402
London, KY 40742

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Patient refund__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.80 |
|---|---|---|---|

**Mid-State Communications**
504 Hillsboro Blvd
Manchester, TN 37355

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Answering service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $813.15 |
|---|---|---|---|

**Middle Tennessee Electric**
PO Box 220
Lebanon, TN 37088-0220

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,662.82 |
|---|---|---|---|

**Mint Condition**
101 SE Parkway Ct Ste 230
Franklin, TN 37064

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cleaning service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**Modern Babies and Children Nashville**
1050 Glenbrook Way Ste 480-145
Hendersonville, TN 37075

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,046.47 |
|---|---|---|---|

**Murfreesboro Electric Company**
PO Box 9
Murfreesboro, TN 37133-0009

Date(s) debt was incurred __
Last 4 digits of account number __0002__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 31 of 49

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,475.90 |
|---|---|---|---|

**Mutual of Omaha**
PO Box 2147
Omaha, NE 68103-2147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Lara**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Nashville Area Hispanic Chamber of Comme**
PO Box 40541
Nashville, TN 37204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,164.00 |
|---|---|---|---|

**National Contact Center Management Group**
2501 Park Plaza Bldg. 1-4W
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,137.58 |
|---|---|---|---|

**Natus Medical, Inc.**
Dept. 33768
PO Box 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,780.00 |
|---|---|---|---|

**Navicure Inc.**
2055 Sugarloaf Cir Ste 600
Duluth, GA 30097-4363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Claims submission

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Neofunds by Neopost**
PO Box 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Postage

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 32 of 49

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,839.64 |

**NES**
1214 Church Street
Nashville, TN 37246-0003

Date(s) debt was incurred __ .

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,885.87 |

**Newtek Technology**
2550 W. Union Hills Dr., Suite 390
Phoenix, AZ 85027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298,608.15 |

**NextGen Healthcare/Quality Systems Inc.**
PO Box 809390
Chicago, IL 60680

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electronic health record system

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,647.58 |

**Novacopy, Inc.**
PO Box 372, Dept. 200
Memphis, TN 38101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,107.67 |

**NovaGen**
10245 West Little Yord Rd., Suite 400
Houston, TX 77040

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,369.72 |

**Novartis Vaccines & Diagnostics Inc.**
Attn: Sharie Campbell
4645 S Lakeshore Dr #11
Tempe, AZ 85282-7152

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vaccines

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.20 |

**Oaktree Products Inc.**
610 Spirit Valley E
Chesterfield, MO 63005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Audiology supplies

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 33 of 49

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.48 |
|---|---|---|---|

**Office Depot**
PO Box 633301
Cincinnati, OH 45263-3301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5544**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,497.50 |
|---|---|---|---|

**Ortho Clinical Diagnostics**
100 Indigo Creek Drive
Rochester, NY 14626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Otometrics**
PO Box 200980
Pittsburgh, PA 15251-0980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Audiology supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.96 |
|---|---|---|---|

**Paulette Poe**
402 Fabian Pl
Clarksville, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Nonprovider employee reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.76 |
|---|---|---|---|

**Payment Resolution Services**
Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Patient refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,315.00 |
|---|---|---|---|

**Peak 10, Inc.**
PO Box 536933
Atlanta, GA 30353-6933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,419.00 |
|---|---|---|---|

**PedsTest.com**
1013 Austin Ct
Nolensville, TN 37135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office forms**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.209**

Nonpriority creditor's name and mailing address
**Performance Business Forms**
200 Blanton Ave
Nashville, TN 37210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office forms**

Is the claim subject to offset? ■ No ☐ Yes

**$240.35**

---

**3.210**

Nonpriority creditor's name and mailing address
**Perry Carlson**
5091 Pine Hill Rd
Nashville, TN 37221

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$1,231.00**

---

**3.211**

Nonpriority creditor's name and mailing address
**Pfizer**
PO Box 100539
Atlanta, GA 30384-0539

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vaccines**

Is the claim subject to offset? ■ No ☐ Yes

**$105,565.31**

---

**3.212**

Nonpriority creditor's name and mailing address
**PGBA, LLC**
Attn: Tricare South Region Finance
PO Box 100279
Columbia, SC 29202-3279

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$531.61**

---

**3.213**

Nonpriority creditor's name and mailing address
**Piedmont Natural Gas**
PO Box 660920
Dallas, TX 75266-0920

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,562.96**

---

**3.214**

Nonpriority creditor's name and mailing address
**Pinnacle Services Inc.**
2817 West End Ave Ste 126-384
Nashville, TN 37203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning service**

Is the claim subject to offset? ■ No ☐ Yes

**$15,726.40**

---

**3.215**

Nonpriority creditor's name and mailing address
**Pitney Bowes Global Financial Services**
PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage meter lease**

Is the claim subject to offset? ■ No ☐ Yes

**$1,360.56**

---

**3.216** Nonpriority creditor's name and mailing address

Pitney Bowes Purchase Power
21210 Erwin St
Woodland Hills, CA 91367

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Postage expense and late fees

Is the claim subject to offset? ■ No  ☐ Yes

$3,669.03

---

**3.217** Nonpriority creditor's name and mailing address

PracticeLink Limited
PO Box 100
Hinton, WV 25951

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,995.00

---

**3.218** Nonpriority creditor's name and mailing address

PracticeSuite
PO Box 15124
Fremont, CA 94539

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$12,688.88

---

**3.219** Nonpriority creditor's name and mailing address

Precision Roller
2102 W. Quail Ave., Suite 1
Phoenix, AZ 85027

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$43.56

---

**3.220** Nonpriority creditor's name and mailing address

Premier Parking
421 Church St
Nashville, TN 37219

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parking for training

Is the claim subject to offset? ■ No  ☐ Yes

$725.00

---

**3.221** Nonpriority creditor's name and mailing address

Priority Nashville Contracting LLC
PO Box 41830
Nashville, TN 37204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Leasehold improvements

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

**3.222** Nonpriority creditor's name and mailing address

ProAssurance Indemnity Company Inc.
PO Box 952315
Dallas, TX 75395-2315

Date(s) debt was incurred _

Last 4 digits of account number  9675

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$20,924.00

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,675.00 |

**3.223** Nonpriority creditor's name and mailing address

ProAssurance Risk Resource Department
PO Box 809196
Chicago, IL 60680-9196

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

ProImage Facility Services, LLC
15115 Old Hickory Blvd., Suite B
Nashville, TN 37211

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address

Prosad Kona
522 Aventura Dr
Mount Juliet, TN 37122

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** Nonpriority creditor's name and mailing address

PSS Physician Sales & Service Inc.
4105 Royal Dr Ste 600
Kennesaw, GA 30144

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$304,517.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical supplies and vaccines**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** Nonpriority creditor's name and mailing address

Ray Fochler
1765 Highway 25 West
Gallatin, TN 37066

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,020.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** Nonpriority creditor's name and mailing address

Real Time Translation, Inc.
716 County Rd. 10 NE #174
Minneapolis, MN 55434

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,330.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** Nonpriority creditor's name and mailing address

Recall Total Information Management
015295 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$10,272.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical records storage**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 37 of 49

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.53 |
|---|---|---|---|

**Reginald King**
PO Box 150214
Nashville, TN 37215

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,899.19 |
|---|---|---|---|

**Revive Health**
209 10th Ave S Ste 214
Nashville, TN 37203

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,593.37 |
|---|---|---|---|

**Richards & Richards**
**Office Records Management Inc.**
PO Box 17070
Nashville, TN 37217

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Medical records storage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Richelle Deharde**
3443 Binkley Rd
Joelton, TN 37080

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.08 |
|---|---|---|---|

**Robbie Rodgers**
406 2nd Ave
Murfreesboro, TN 37130

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.00 |
|---|---|---|---|

**Roderick Bahner**
PO Box 2191
Brentwood, TN 37024

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,256.52 |
|---|---|---|---|

**Safe Clean**
164 McCall Street
Nashville, TN 37211

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Safe Point, LLC**
1214 Hunters Point Pike, Suite A
Lebanon, TN 37087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210,628.78** |
|---|---|---|---|

**Sanofi Pasteur, Inc.**
12458 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Scarlett Leadership Institute**
840 Crescent Center Dr Ste 120
Franklin, TN 37067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Training

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.65** |
|---|---|---|---|

**Schatonea Newby**
255 Cathy Jo Dr
Nashville, TN 37211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,442.72** |
|---|---|---|---|

**Scotty W. Harris**
281 Hicokry Hollow Terrace
Antioch, TN 37013-2127

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.34** |
|---|---|---|---|

**Shamekia Clinton**
1052 E Monica Dr
Clarksville, TN 37042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.05** |
|---|---|---|---|

**Shantanik Green**
923 Oak Meadow
Franklin, TN 37064

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 39 of 49

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,032.67 |
|---|---|---|---|

**ShoreTel Inc.**
4921 Solution Center
Chicago, IL 60677-4009

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone service**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,053.24 |
|---|---|---|---|

**Shred-it USA, LLC**
PO Box 13574
New York, NY 10087-3574

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,780.30 |
|---|---|---|---|

**Sitex Corporation**
PO Box 38
Henderson, KY 42419

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Linen service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,599.70 |
|---|---|---|---|

**SL Management Group TN LLC (Admin)**
788 Morris Turnpike
Short Hills, NJ 07078

Date(s) debt was incurred __

Last 4 digits of account number  **0B17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,740.98 |
|---|---|---|---|

**SL Management Group TN LLC (So Hills)**
788 Morris Turnpike
Short Hills, NJ 07078

Date(s) debt was incurred __

Last 4 digits of account number  **5247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Sladja Miledic**
845 Windsor Green Blvd
Goodlettsville, TN 37072

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patient refund**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,074.70 |
|---|---|---|---|

**Smilemakers**
PO Box 2543
Spartanburg, SC 29304

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 40 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 40 of 49

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,843.02 |
|---|---|---|---|

**SNH Medical Office Properties**
Dept 1600
PO Box 538601
Atlanta, GA 30353

Date(s) debt was incurred  **4/2015-11/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unpaid Rent**
**6716 Nolensville Rd**
**Brentwood TN**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.00 |
|---|---|---|---|

**St. Thomas Medical Partners**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**St. Thomas Medical Staff Fund**
PO Box 380
Nashville, TN 37205

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credentialing**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**St. Thomas Medical Staff Fund**
Attn: Medical Affairs
4220 Harding Road
Nashville, TN 37205

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,782.00 |
|---|---|---|---|

**St. Thomas Rutherford Hospital**
501 Great Circle Rd Ste 300
Attn: STR Finance
Nashville, TN 37228

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Answering service**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,301.07 |
|---|---|---|---|

**Staples Advantage**
Attn: Vedetta Hughes
7525 W Campus Rd
New Albany, OH 43054

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Office supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.00 |
|---|---|---|---|

**State Farm Insurance Companies**
Insurance Support Center
PO Box 588002
North Metro, GA 30029-8002

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Stephen A. Tisdell**
**1600 Rosewood Court**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,245.17** |
|---|---|---|---|

**Stericycle, Inc.**
**4010 Commercial Ave.**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239.50** |
|---|---|---|---|

**Storage Solutions**
**2876 Old Fort Parkway**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$741.11** |
|---|---|---|---|

**StorPlace of Medical Center Nashville**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,143.14** |
|---|---|---|---|

**Sy.Med Development**
**101 Westpark Dr Ste 140**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Credentialing software system_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.90** |
|---|---|---|---|

**Tamer El-Mahdy**
**309 NW 18th St Apt 907**
**Ankeny, IA 50023-4267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Patient refund_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|---|

**TaTanisha Smith MD**
**1412 Brentwood Terrace**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Provider employee reimbursement_

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 42 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 42 of 49

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |

**Te'Airra Guinn**
499 Swiss Ave Apt 116A
Nashville, TN 37211

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,296.52 |

**Ted R. Sanders Moving & Warehouse, Inc.**
PO Box 90202
Nashville, TN 37209-1020

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Ten Times Better Corporation**
923 Oldham Dr #851
Nolensville, TN 37135

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Tennessee Anytime**
NIC USA Inc.
PO Box 504212
Saint Louis, MO 63150-4212

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Insurance verification

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.65 |

**Tennessee Foreign Language Institute**
220 French Landing Dr., Suite 1-B
Nashville, TN 37243

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |

**Tennessee Mechanical Corp.**
TMC 101 General Forrest Court
Smyrna, TN 37167

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,510.11 |

**The CSI Companies Inc.**
PO Box 890841
Charlotte, NC 28289-9841

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Temporary staffing

Is the claim subject to offset? ■ No ☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,935.46 |

**The Mathews Company**
PO Box 22149
Nashville, TN 37202-2149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |

**The Stanton Group**
PO Box 993
Brentwood, TN 37024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.41 |

**The Toner Doctor**
PO Box 94
Madawaska, ME 04756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,482.00 |

**TheraCom**
Payment Center
PO Box 640105
Cincinnati, OH 45264-0105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |

**Tim Jurisin Plumbing Inc.**
PO Box 3564
Clarksville, TN 37043-3564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,096.61 |

**Tina Manshadi**
2600 Hillsboro Pk Unit 132
Nashville, TN 37212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Provider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.80 |

**Tonika Milan**
110 E St
Clarksville, TN 37042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.00 |
|---|---|---|---|

**Tracy Carter**
2503 Angelyn Dr
Murfreesboro, TN 37129

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**Travis Crook MD**
1204 Jewell Ave
Franklin, TN 37064

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,442.00 |
|---|---|---|---|

**Triage Logic**
PO Box 79426
Baltimore, MD 21279

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nurse triage services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Two Men and a Truck**
4801 Alabama Ave.
Nashville, TN 37209

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.61 |
|---|---|---|---|

**United Healthcare Claim Refund**
PO Box 209011
Dallas, TX 75320-9011

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,380.22 |
|---|---|---|---|

**United Healthcare Insurance Company**
Dept CH10151
Palatine, IL 60055-0151

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee benefits

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.52 |
|---|---|---|---|

**United Healthcare Recovery Services**
PO Box 101760
Atlanta, GA 30392-1760

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,026.00 |
|---|---|---|---|

**United States Trustee**
PO Box 530202
Atlanta, GA 30353-0202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,750.00 |
|---|---|---|---|

**Up to Date**
230 Third Ave
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**US HealthWorks**
PO Box 741827
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Patient refund

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,024.00 |
|---|---|---|---|

**Vanderbilt University Medical Center**
Nurse Triage

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Nurse triage services

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,929.82 |
|---|---|---|---|

**Vani Veera MD**
1444 W Northfield Blvd
Murfreesboro, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Provider employee reimbursement

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.86 |
|---|---|---|---|

**Vankat K Reddy MD**
PO Box 331034
Nashville, TN 37203-7508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Patient refund

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,145.89 |
|---|---|---|---|

**VaxServe**
54 Glenmaura National Blvd., Ste. 301
Moosic, PA 18507-2101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,944.55 |
|---|---|---|---|

**3.293**

Nonpriority creditor's name and mailing address
**Verizon Wireless**
PO Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$15,944.55

---

**3.294**

Nonpriority creditor's name and mailing address
**VII FS-Nashville, LLC**
4678 World Pkwy Circle
Saint Louis, MO 63134

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$131,528.14

---

**3.295**

Nonpriority creditor's name and mailing address
**VIII FS - Nashville**
4678 World Parkway Cir
Saint Louis, MO 63134

Date(s) debt was incurred  7/2015-11/2015
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
330 Wallace Rd
Nashville TN

Is the claim subject to offset? ■ No ☐ Yes

$139,182.90

---

**3.296**

Nonpriority creditor's name and mailing address
**Virginia O'Connell**
705 Vanview Dr Apt A
Lebanon, TN 37087

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

$33.60

---

**3.297**

Nonpriority creditor's name and mailing address
**Volunteer Welding Supply, Inc.**
815 5th Ave. South
Nashville, TN 37203

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$12,159.13

---

**3.298**

Nonpriority creditor's name and mailing address
**Walgreens**
1419 Lake Cook Rd
MS #L390
Deerfield, IL 60015

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset? ■ No ☐ Yes

$54.95

---

**3.299**

Nonpriority creditor's name and mailing address
**Waste Management of Nashville**
PO Box 9001054
Louisville, KY 40290-1054

Date(s) debt was incurred __
Last 4 digits of account number  3725

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$804.68

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,164.66 |
|---|---|---|---|

**Weight Loss & Wellness Services, LLC**
2801 S. MacDill Ave.
Tampa, FL 33629

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.40 |
|---|---|---|---|

**Welch Allyn, Inc.**
4341 State Street
Skaneateles Falls, NY 13153

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,679.55 |
|---|---|---|---|

**White & Reasor**
3100 West End Ave., Suite 1100
Nashville, TN 37203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Williamson Medical Center**
Attn: Medical Staff
4321 Carothers Pkwy
Franklin, TN 37067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,553.96 |
|---|---|---|---|

**Windrose 310 Properties**
Healthcare Property Managers of America
Dept 730034 PO Box 660919
Dallas, TX 75266-0919

Date(s) debt was incurred  8/2015-11/2015

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
310 25th Ave N
Nashville TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,475.96 |
|---|---|---|---|

**Windrose Physicians Plaza**
Healthcare Property Managers of America
Dept 730034 PO Box 660919
Dallas, TX 75260-9190

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
100 Covey Dr
Franklin TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.93 |
|---|---|---|---|

**Windstream**
PO Box 9001950
Louisville, KY 40290-1950

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone service

Is the claim subject to offset? ■ No ☐ Yes

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 48 of 49

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,583.70 |
|---|---|---|---|

**Winnie Toler**
1221 Kilrush Dr
Franklin, TN 37069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Expenses paid on behalf of Debtor

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.45 |
|---|---|---|---|

**Winnie Toler**
1221 Kilrush Drive
Franklin, TN 37069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,480.77 |
|---|---|---|---|

**Winnie Toler**
1221 Kilrush Drive
Franklin, TN 37069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Zarah Knight**
1519 Hwy 49 E
Ashland City, TN 37015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Nonprovider employee reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,615,734.28 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,041,134.12 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 8,656,868.40 |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 49 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:19-bk-01971    Doc 84-3    Filed 04/22/19    Entered 04/22/19 15:24:01    Desc
Schedule E/F- Creditors unsecured claims    Page 49 of 49