**Fill in this information to identify the case:**

Debtor name: CAPSTONE PEDIATRICS, PLLC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number (If known): 3:19-BK-01971    Chapter 11

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease<br>647 Dunlop Lane Suite 102 Clarksville, TN 37040 | ARHC GMCLKTN01, LLC<br>P.O. Box 714423<br>Cincinnati, OH 45271 |
| | State the term remaining | Expires 12/31/2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Contract<br>Electronic health records, billing & collections services | Practice Suite, Inc.<br>P.O. Box 15124<br>Fremont, CA 94539 |
| | State the term remaining | 30 days' notice | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Contract<br>IT support services | Mixon IT<br>1960 Madison Street Suite J.<br>Clarksville TN, 37043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease<br>1420 Donelson Pike Suite B17 Nashville, TN 37217 | The Silverman Group<br>195 Morristown Road<br>Basking Ridge, NJ 07920 |
| | State the term remaining | Expires 11/30/2026 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease<br>4247 Harding Place Nashville, TN 37217 | The Silverman Group<br>195 Morristown Road<br>Basking Ridge, NJ 07920 |
| | State the term remaining | Expires 11/30/2026 | |
| | List the contract number of any government contract | | |

Case 3:19-bk-01971   Doc 84-4   Filed 04/22/19   Entered 04/22/19 15:24:01   Desc
Schedule G- Exec Contracts Unexpired Leases   Page 1 of 2

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page 1 of 2

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2._** State what the contract or lease is for and the nature of the debtor's interest: Nonresidential Real Property Lease — 537 Stonecrest Pkwy Suite 201 Smyrn, TN 37167<br>State the term remaining: Expires 10/31/2026<br>List the contract number of any government contract: | Four Plus Corporation<br>5251 Hampstead High Street Suite 300<br>Montgomery, Alabama 36116 |
| **2._** State what the contract or lease is for and the nature of the debtor's interest: Contract — Postage meter<br>State the term remaining: 30 days' notice<br>List the contract number of any government contract: | Neofunds by Neopost<br>P.O. Box 30193<br>Tampa, FL 33630-3193 |
| **2._** State what the contract or lease is for and the nature of the debtor's interest: Contract — Phone system<br>State the term remaining: 30 days' notice<br>List the contract number of any government contract: | MiTel<br>28760 Network Place<br>Chicago, IL 60673 |