# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## MOTION TO CHANGE ECF PARTY INFORMATION

Comes now Daniel H. Puryear, counsel for creditors CDS Business Services, Inc d/b/a Newtek Business Credit and Newtek Small Business Finance, LLC, and hereby files this motion to be removed *as counsel of record for Capstone Pediatrics, LLC only*. In support of this request, undersigned counsel would show that in his office's initial attempt to file his notice of appearance on behalf of CDS Business Services, an ECF error was made in choosing the party for which the undersigned counsel was entering an appearance. As a result, docket entry no. 33, while correctly identifying in the body of the document Mr. Puryear's actual client, triggered a notice of appearance being entered through ECF on behalf of the debtor Capstone Pediatrics. After the error was discovered, docket entry no. 35 was subsequently filed under the correct party association.

Wherefore, based on the foregoing, undersigned counsel respectfully requests the Court change the ECF Party Information removing Daniel H Puryear as counsel of record for debtor Capstone Pediatrics, LLC.

Respectfully submitted,

/s/ Daniel H. Puryear
Daniel H. Puryear; No. 18190
Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
615-630-6601 (phone)

615-630-6602 (fax)
dpuryear@puryearlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The parties may access this filing through the Court's electronic filing system.

*/s/ Daniel H. Puryear*_____