IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-01971 |
| | ) | Chapter 11 |
| CAPSTONE PEDIATRICS, PLLC | ) | Judge Mashburn |
| | ) | |
| Debtor. | ) | |
| | ) | |

## REQUEST FOR NOTICE

Notice is hereby provided pursuant to Bankruptcy Rule 2002(g)(1) that the following address be added to the matrix for notices to creditors:

William L. Norton III
Bradley Arant Boult Cummings PLLC
1600 Division St., Suite 700
Nashville, TN  37203
bnorton@bradley.com

        Respectfully submitted,

        */s/ William L. Norton III*
        William L. Norton III (Tenn. Bar 10075)
        BRADLEY
        1600 Division Street, Suite 700
        Nashville, Tennessee 37203
        Phone: (615) 252-2397
        bnorton@bradley.com
        *Attorneys for Athenahealth, Inc.*

Certificate of Service

The undersigned hereby certifies that on the 22nd day of April, 2019, the foregoing document was automatically served via the Courts electronic filing system to those parties registered to receive electronic filings in this case.

        */s/ William L. Norton III*