# Capstone Pediatrics PLLC Chapter 11
## Check Detail
January 1 through March 28, 2019

| Num | Date | Name | Original Amount |
|---|---|---|---|
| Wir01022019 | 01/02/2019 | Awaz Mustafa | $ 934.82 |
| Trf01022019 | 01/02/2019 | Lindsey Toler ~ | $ 850.00 |
| 5086 | 01/03/2019 | VOYA Service Center | $ 2,537.37 |
| TRF01032019 | 01/03/2019 | Gerri White ~ | $ 2,081.02 |
| 5085 | 01/03/2019 | MetLife | $ 1,521.74 |
| TRF010319 | 01/03/2019 | Fatoumata Kanteh ~ | $ 1,065.05 |
| MandS010419 | 01/04/2019 | M And S Holdings | $ 10,000.00 |
| ADMIN010419 | 01/04/2019 | SL Management Group TN LLC [Admin] | $ 5,000.00 |
| WRTF010421 | 01/04/2019 | Roderick Bahner | $ 4,216.90 |
| WRTF010422 | 01/04/2019 | Itaty Flores ~ | $ 3,270.42 |
| WRTF010419 | 01/04/2019 | Sandra N. Rivera ~ | $ 2,951.37 |
| 5120 | 01/04/2019 | Erica Omondi | $ 2,850.72 |
| WRTF010419 | 01/04/2019 | Jonathan Garcia ~ | $ 2,562.91 |
| HS01042019 | 01/04/2019 | Henry Schein | $ 2,500.00 |
| 5115 | 01/04/2019 | Gerri White ~ | $ 2,071.94 |
| GRDN010419 | 01/04/2019 | Guardian | $ 1,969.03 |
| TRF01042019 | 01/04/2019 | Winnie Toler ~ | $ 1,500.00 |
| TRF010419 | 01/04/2019 | Kathy S. Griffieth | $ 1,204.00 |
| wrt01042019 | 01/04/2019 | Karisa Rojo | $ 588.13 |
| AVF01042019 | 01/04/2019 | Advance Financial | $ 100.00 |
| WireTrf | 01/07/2019 | Lindsey Toler ~ | $ 2,489.27 |
| SFECLN0107 | 01/07/2019 | Safe Clean | $ 2,000.00 |
| WireTrf | 01/07/2019 | Elisabeth Beale Radish | $ 1,500.00 |
| CBSMRT0107 | 01/07/2019 | CubeSmart Mboro Rd | $ 1,429.01 |
| TRF010719 | 01/07/2019 | Ana Martinez Rosales ~ | $ 1,085.00 |
| Ckcrd010719 | 01/07/2019 | Checksmart | $ 917.23 |
| AVF010719 | 01/07/2019 | Advance Financial | $ 793.26 |
| CkCrd010719 | 01/07/2019 | Advance Financial | $ 793.26 |
| AF01072019 | 01/07/2019 | Advance Financial | $ 793.26 |
| Bragg010719 | 01/07/2019 | Regina Bragg | $ 743.00 |
| CLIA010719 | 01/07/2019 | CLIA Laboratory Program | $ 200.00 |
| wire tr0107 | 01/07/2019 | Brooklyn Cundall | $ 20.00 |
| BnkFees | 01/08/2019 | Bank of America | $ 5.00 |
| CCFee010919 | 01/09/2019 | Bank of America | $ 895.56 |
| CLIA010919 | 01/09/2019 | CLIA Laboratory Program | $ 150.00 |
| CCFee010920 | 01/09/2019 | Plug and Play | $ 18.39 |
| HS01102019 | 01/10/2019 | Henry Schein | $ 2,500.00 |
| CapOne0110 | 01/10/2019 | Kathy S. Griffieth | $ 600.00 |
| MandS011119 | 01/11/2019 | M And S Holdings | $ 10,000.00 |
| SM011119 | 01/11/2019 | Four Plus Corporation | $ 7,152.65 |
| CVL011119 | 01/11/2019 | ARHC GMCLKTN01, LLC | $ 5,000.00 |
| WRTF011119 | 01/11/2019 | Chad S. Boomershine, MD | $ 5,000.00 |
| Wrtf011119 | 01/11/2019 | Josue Najera ~ | $ 500.00 |
| xfr011119 | 01/11/2019 | Amber Pena | $ 425.00 |
| xf011119 | 01/11/2019 | Libny Padilla | $ 250.00 |
| 5087 | 01/14/2019 | Hartmann Central, LLC | $ 2,020.00 |
| TRF01042020 | 01/14/2019 | Rachel Katchmar | $ 1,461.13 |
| Bragg010720 | 01/14/2019 | Lizbeth Cruz | $ 1,004.22 |
| CKCRD0114 | 01/14/2019 | La Rancherita | $ 995.00 |
| HS01142019 | 01/14/2019 | Henry Schein | $ 500.00 |
| LB01152019 | 01/15/2019 | Hartmann Central, LLC | $ 9,337.99 |
| Bank Fees | 01/15/2019 | Bank of America | $ 8,646.35 |
| MTRO011519 | 01/15/2019 | Property Management Associates of WNY, In | $ 5,000.00 |
| 5092 | 01/15/2019 | Erica Omondi | $ 2,850.73 |
| 5091 | 01/15/2019 | Sarah Holliday | $ 2,561.68 |
| 5090 | 01/15/2019 | Marina Samaan | $ 2,542.11 |
| 5089 | 01/15/2019 | Jojy Job | $ 2,426.54 |

# Capstone Pediatrics PLLC Chapter 11
## Check Detail
January 1 through March 28, 2019

| Num | Date | Name | | Amount |
|---|---|---|---|---:|
| 5088 | 01/15/2019 | Lucy Martin | $ | 2,411.57 |
| TRF01152019 | 01/15/2019 | Regina Bragg | $ | 2,022.11 |
| TRF011519 | 01/15/2019 | Arlen Moya Aznar | $ | 1,642.68 |
| TRF011519 | 01/15/2019 | Michelle Brown ~ | $ | 1,204.98 |
| Wire011519 | 01/15/2019 | Ana Martinez Rosales ~ | $ | 1,059.77 |
| CKCRD011519 | 01/15/2019 | Advance Financial | $ | 631.12 |
| GRDN010420 | 01/16/2019 | Guardian | $ | 1,992.25 |
| Trf011619 | 01/16/2019 | Jonathan Garcia ~ | $ | 63.32 |
| 5093 | 01/16/2019 | Clerk and Master Davidson County | $ | 14.00 |
| WRTRF013120 | 01/17/2019 | Winnie Toler ~ | $ | 6,010.29 |
| WRTF01719 | 01/17/2019 | Sandra N. Rivera ~ | $ | 2,567.76 |
| CLIA011719 | 01/17/2019 | CLIA Laboratory Program | $ | 150.00 |
| MTRO011819 | 01/18/2019 | Property Management Associates of WNY, In | $ | 15,000.00 |
| CV011819 | 01/18/2019 | ARHC GMCLKTN01, LLC | $ | 10,000.00 |
| PRCST011819 | 01/18/2019 | Practice Suite | $ | 6,000.00 |
| WRTRF011819 | 01/18/2019 | Jonathan Spanier, MD | $ | 5,406.51 |
| WRTF010420 | 01/18/2019 | Roderick Bahner | $ | 4,716.90 |
| MBLab011819 | 01/18/2019 | MBLab Consulting | $ | 2,282.60 |
| TRF011819 | 01/18/2019 | Donna Hamacher | $ | 1,585.26 |
| TRF011819 | 01/18/2019 | Joeny Frame ~ | $ | 1,552.53 |
| TRF011819 | 01/18/2019 | Jonathan Garcia ~ | $ | 1,400.00 |
| TRF011820 | 01/18/2019 | Iris Dottin | $ | 1,361.11 |
| TRF011821 | 01/18/2019 | Dennie Christopher | $ | 1,336.61 |
| TRF01182019 | 01/18/2019 | Ariana Lombera Abarca | $ | 1,081.87 |
| TRF01182 | 01/18/2019 | Lisa Peek | $ | 1,071.78 |
| Wire011819 | 01/18/2019 | Suzette Morales | $ | 1,025.36 |
| SFECLN0118 | 01/18/2019 | Safe Clean | $ | 800.00 |
| wrt011819 | 01/18/2019 | Maria Aleja Lopez Luna | $ | 565.86 |
| Wrt0118 | 01/18/2019 | Diana Fernandez | $ | 548.01 |
| Tr012419 | 01/18/2019 | Michelle Melo Beltan | $ | 500.00 |
| CKCRD011819 | 01/18/2019 | Advance Financial | $ | 461.96 |
| xf01182019 | 01/18/2019 | Karla Campos | $ | 350.00 |
| AVF01182019 | 01/18/2019 | Advance Financial | $ | 100.00 |
| UPS01182019 | 01/18/2019 | UPS | $ | 26.12 |
| 5094 | 01/21/2019 | Tany Miller | $ | 155.14 |
| Trf012219 | 01/22/2019 | Monica Perez | $ | 820.76 |
| Tf012219 | 01/22/2019 | Libny Padilla | $ | 677.91 |
| RTT01222019 | 01/22/2019 | Real Time Translation, Inc | $ | 660.00 |
| HS01222019 | 01/22/2019 | Henry Schein | $ | 500.00 |
| xf012219 | 01/22/2019 | Libny Padilla | $ | 250.00 |
| AVF01222019 | 01/22/2019 | Advance Financial | $ | 100.00 |
| Guard012319 | 01/23/2019 | Berkshire Hathaway Guard Insurance Compan | $ | 1,796.67 |
| wire tr0123 | 01/23/2019 | Elisabeth Beale Radish | $ | 880.00 |
| CKCRD012319 | 01/23/2019 | IPFS Corporation | $ | 615.19 |
| 5113 | 01/23/2019 | Imani Abdulrahman | $ | 327.27 |
| CHS012419 | 01/24/2019 | Charles Schwab | $ | 12,579.88 |
| TRF012419 | 01/24/2019 | Elissa Richardson ~ | $ | 1,122.82 |
| TRF012420 | 01/24/2019 | Denis Reyes | $ | 1,101.55 |
| TRF012421 | 01/24/2019 | Evelin Compean | $ | 1,100.00 |
| Tr012419 | 01/24/2019 | Michelle Melo Beltan | $ | 659.66 |
| NES01242019 | 01/24/2019 | NES | $ | 459.44 |
| NES01242019 | 01/24/2019 | NES | $ | 456.94 |
| NES01242019 | 01/24/2019 | NES | $ | 385.71 |
| NES012419 | 01/24/2019 | NES | $ | 198.30 |
| WRTF012519 | 01/25/2019 | Sandra N. Rivera ~ | $ | 2,933.47 |
| 5097 | 01/25/2019 | Erica Omondi | $ | 2,850.74 |
| 5141 | 01/25/2019 | Circuit Court Clerk - Williamson County | $ | 2,829.50 |
| 5098 | 01/25/2019 | Sarah Holliday | $ | 2,541.69 |

**Capstone Pediatrics PLLC Chapter 11**
**Check Detail**
January 1 through March 28, 2019

| Num | Date | Name | | Amount |
|---|---|---|---|---:|
| 5101 | 01/25/2019 | Mariana Samaan | $ | 2,522.11 |
| AutoDb | 01/25/2019 | Bank of America | $ | 2,504.13 |
| 5099 | 01/25/2019 | LeAnn S. Ventura | $ | 2,409.56 |
| 5100 | 01/25/2019 | Jojy Job | $ | 2,406.56 |
| 5096 | 01/25/2019 | Lucy Martin | $ | 2,391.58 |
| 5095 | 01/25/2019 | Margaret Neyman | $ | 2,271.42 |
| TRF01252019 | 01/25/2019 | Regina Bragg | $ | 2,022.11 |
| TRF01252020 | 01/25/2019 | Elisabeth Beale Radish | $ | 2,002.79 |
| TRF01252019 | 01/25/2019 | Aluede Thomas Okokhere ~ | $ | 1,799.90 |
| TRF01252020 | 01/25/2019 | Crista Fedora | $ | 1,731.32 |
| TRF01252019 | 01/25/2019 | Josue Najera ~ | $ | 1,715.00 |
| TRF012519 | 01/25/2019 | Changlaire Colas | $ | 1,571.53 |
| TRF01252019 | 01/25/2019 | Jonathan Garcia ~ | $ | 1,452.55 |
| TRF012519 | 01/25/2019 | Diana Fernandez | $ | 1,415.19 |
| TRF012519 | 01/25/2019 | Ariana Lombera Abarca | $ | 1,257.18 |
| TRF012519 | 01/25/2019 | Suzette Morales | $ | 1,167.58 |
| 5102 | 01/25/2019 | Holly Coons | $ | 1,075.89 |
| Wire012519 | 01/25/2019 | Maria Samano ~ | $ | 1,063.14 |
| Wire012519 | 01/25/2019 | Katherin Ramirez ~ | $ | 1,008.89 |
| Trf012519 | 01/25/2019 | Fatoumata Kanteh ~ | $ | 883.75 |
| Trf012520 | 01/25/2019 | Karla Campos | $ | 880.61 |
| Trf012519 | 01/25/2019 | Iris Dottin | $ | 874.73 |
| Trf012519 | 01/25/2019 | Elissa Richardson ~ | $ | 800.00 |
| Tf01252019 | 01/25/2019 | Lauren Pentacost | $ | 697.40 |
| MTEMC0125 | 01/25/2019 | Middle Tennessee Electric | $ | 675.29 |
| MTEMC012519 | 01/25/2019 | Middle Tennessee Electric | $ | 675.29 |
| Tr01252019 | 01/25/2019 | Ana Padilla Garcia | $ | 672.02 |
| NES012519 | 01/25/2019 | NES | $ | 545.84 |
| NES012519 | 01/25/2019 | NES | $ | 455.89 |
| xfr01252019 | 01/25/2019 | Libny Padilla | $ | 450.00 |
| xfr012519 | 01/25/2019 | Gerri White ~ | $ | 431.66 |
| OffcSpl0125 | 01/25/2019 | OfficeSupply.com | $ | 373.36 |
| 5103 | 01/25/2019 | Bank of America | $ | 160.00 |
| Wrxf012819 | 01/28/2019 | Casey Adams | $ | 750.00 |
| Wrxf012819 | 01/28/2019 | Rachel Katchmar | $ | 650.00 |
| HS01282019 | 01/28/2019 | Henry Schein | $ | 500.00 |
| SFECLN0129 | 01/29/2019 | Safe Clean | $ | 3,000.00 |
| Trf01292019 | 01/29/2019 | Savanna Kamm | $ | 886.43 |
| Trf012919 | 01/29/2019 | Winnie Toler ~ | $ | 500.00 |
| Wrtf012919 | 01/29/2019 | Monica Perez | $ | 500.00 |
| xfr01292019 | 01/29/2019 | Michelle Brown ~ | $ | 400.00 |
| Wire013019 | 01/30/2019 | Tamara Valentin | $ | 1,008.87 |
| Wthdrwl0130 | 01/30/2019 | Denis Reyes | $ | 800.00 |
| Wrtf013019 | 01/30/2019 | Kathy S. Griffieth | $ | 520.00 |
| xfr013019 | 01/30/2019 | Maria Samano ~ | $ | 400.00 |
| MandS013119 | 01/31/2019 | M And S Holdings | $ | 10,000.00 |
| WRTRF013118 | 01/31/2019 | Gary Griffieth | $ | 6,398.18 |
| WRTRF013119 | 01/31/2019 | Winnie Toler ~ | $ | 6,010.29 |
| CMPLF013119 | 01/31/2019 | Companion Life Insurance Company | $ | 5,549.72 |
| WRTRF013119 | 01/31/2019 | Aluede Thomas Okokhere ~ | $ | 5,341.69 |
| WRTF013119 | 01/31/2019 | Vani Veera, MD | $ | 2,844.45 |
| TRF013119 | 01/31/2019 | Joeny Frame ~ | $ | 1,402.28 |
| TRF013119 | 01/31/2019 | Maria Samano ~ | $ | 1,220.21 |
| Wire013119 | 01/31/2019 | Vani Veera, MD | $ | 1,000.00 |
| Wir01312019 | 01/31/2019 | Gerri White ~ | $ | 1,000.00 |
| Trf01312019 | 01/31/2019 | Rachel Katchmar | $ | 915.86 |
| Trf013119 | 01/31/2019 | Iris Dottin | $ | 875.00 |
| Trf0131 | 01/31/2019 | Michelle Brown ~ | $ | 861.03 |

| Num | Date | Name | Amount |
|---|---|---|---|
| Trf012520 | 01/31/2019 | Aracelis Deodanes | $ 711.12 |
| Tr01312019 | 01/31/2019 | Monica Perez | $ 644.52 |
| xf013119 | 01/31/2019 | Elissa Richardson ~ | $ 245.83 |
| WRE02012019 | 02/01/2019 | Property Management Associates of WNY, In | $ 7,500.00 |
| WTR02012019 | 02/01/2019 | SL Management Group TN LLC [Admin] | $ 7,500.00 |
| 5109 | 02/01/2019 | Four Plus Corporation | $ 6,542.34 |
| 5104 | 02/01/2019 | ARHC GMCLKTN01, LLC | $ 5,000.00 |
| 5105 | 02/01/2019 | Jonathan Garcia ~ | $ 2,108.00 |
| WTrx020119 | 02/01/2019 | Winnie Toler ~ | $ 2,000.00 |
| WTX02012019 | 02/01/2019 | Winnie Toler ~ | $ 2,000.00 |
| GRDN020119 | 02/01/2019 | Guardian | $ 1,823.10 |
| FLEX010119 | 02/01/2019 | Flexential | $ 1,685.00 |
| 5108 | 02/01/2019 | Lynda Sanders | $ 1,303.49 |
| Wrtx020119 | 02/01/2019 | Ana Martinez Rosales ~ | $ 1,039.28 |
| CMST020119 | 02/01/2019 | Comcast Business | $ 388.95 |
| CMCST020119 | 02/01/2019 | Comcast Business | $ 380.73 |
| 5106 | 02/01/2019 | Bank of America | $ 20.00 |
| Wrtx0204 | 02/04/2019 | Elisabeth Beale Radish | $ 300.00 |
| Wirtx020619 | 02/06/2019 | Awaz Mustafa | $ 315.00 |
| HS02072019 | 02/07/2019 | Henry Schein | $ 2,500.00 |
| WRE02082019 | 02/08/2019 | Roderick Bahner | $ 4,883.36 |
| WRE02082010 | 02/08/2019 | Jonathan Spanier, MD | $ 4,388.32 |
| TRF02082019 | 02/08/2019 | Elisabeth Beale Radish | $ 3,375.88 |
| Admin020819 | 02/08/2019 | SL Management Group TN LLC [Admin] | $ 3,000.00 |
| MTRC020819 | 02/08/2019 | Property Management Associates of WNY, In | $ 3,000.00 |
| MTRC020819 | 02/08/2019 | Property Management Associates of WNY, In | $ 3,000.00 |
| SLM02082019 | 02/08/2019 | SL Management Group TN LLC [Admin] | $ 3,000.00 |
| WTx020819 | 02/08/2019 | Jonathan Garcia ~ | $ 2,752.54 |
| WrTfx020819 | 02/08/2019 | Jose L. Torres | $ 2,356.18 |
| WX020819 | 02/08/2019 | Jackeline Gonzalez | $ 1,865.00 |
| WXf020819 | 02/08/2019 | Awaz Mustafa | $ 1,641.40 |
| Wirtx020819 | 02/08/2019 | Donna Hamacher | $ 1,568.39 |
| Wirtx020822 | 02/08/2019 | Libny Padilla | $ 1,523.25 |
| WT02082019 | 02/08/2019 | Ray Fochler | $ 1,510.00 |
| Wirtx0208 | 02/08/2019 | Karla Campos | $ 1,284.87 |
| Wrtx020819 | 02/08/2019 | Katherin Ramirez ~ | $ 1,007.40 |
| Wrtx020819 | 02/08/2019 | Crystal Howse | $ 1,007.40 |
| WrTfx02019 | 02/08/2019 | Jose L Torres | $ 300.00 |
| 5110 | 02/11/2019 | Bank of America | $ 20.00 |
| ADPFees | 02/12/2019 | ADP | $ 873.81 |
| HS02192021 | 02/12/2019 | ADP | $ 816.16 |
| 5121 | 02/14/2019 | Lucy Martin | $ 2,391.57 |
| Auto Deb | 02/14/2019 | Bank of America {CUST} | $ 2,350.03 |
| WrTfx021419 | 02/14/2019 | Margaret Neyman | $ 2,291.41 |
| PS02142019 | 02/14/2019 | Practice Suite | $ 2,000.00 |
| Wirtx020826 | 02/14/2019 | Denis Reyes | $ 1,341.86 |
| Wirtx020827 | 02/14/2019 | Michelle Brown ~ | $ 1,295.26 |
| Wrtx021419 | 02/14/2019 | Joeny Frame ~ | $ 1,000.00 |
| WireTrx0214 | 02/14/2019 | Iris Diaz | $ 574.79 |
| HS02142019 | 02/14/2019 | Henry Schein | $ 500.00 |
| HS02142019 | 02/14/2019 | Henry Schein | $ 500.00 |
| LglFees | 02/14/2019 | Bank of America | $ 125.00 |
| 5123 | 02/15/2019 | Circuit Court Clerk - Williamson County | $ 4,633.75 |
| MTRC021519 | 02/15/2019 | Property Management Associates of WNY, In | $ 3,500.00 |
| MTRC021519 | 02/15/2019 | Property Management Associates of WNY, In | $ 3,500.00 |
| WT021519 | 02/15/2019 | Ray Fochler | $ 3,020.00 |
| WTx021519 | 02/15/2019 | Vani Veera, MD | $ 2,756.53 |
| WTx021519 | 02/15/2019 | Sandra N. Rivera ~ | $ 2,547.77 |

| Num | Date | Name | Amount |
|---|---|---|---|
| 5126 | 02/15/2019 | Sarah Holliday | $ 2,541.68 |
| 5128 | 02/15/2019 | Marina Samaan | $ 2,522.11 |
| 5118 | 02/15/2019 | LeAnn S. Ventura | $ 2,409.57 |
| 5124 | 02/15/2019 | Jojy Job | $ 2,406.54 |
| 5122 | 02/15/2019 | Michelle Melo Beltan | $ 1,363.19 |
| Wrtx021519 | 02/15/2019 | Maria Bernal | $ 1,075.07 |
| Wirtx021519 | 02/15/2019 | Jonathan Garcia ~ | $ 300.00 |
| 5127 | 02/15/2019 | Bank of America | $ 60.00 |
| Wirtx022222 | 02/15/2019 | Bank of America | $ 5.00 |
| Bank Fees | 02/17/2019 | Bank of America | $ 4,726.81 |
|  | 02/19/2019 | CBK - debit for Medline lawsuit | $ 17,942.74 |
| 0219wrtrf | 02/19/2019 | Itaty Flores ~ | $ 1,724.70 |
| WXf021919 | 02/19/2019 | Gary Griffieth | $ 1,600.00 |
| Wirtx020820 | 02/19/2019 | Gerri White ~ | $ 1,546.03 |
| WXf021519 | 02/19/2019 | Winnie Toler ~ | $ 1,500.00 |
| Wirtx020823 | 02/19/2019 | Kathy S. Griffieth | $ 1,444.74 |
| HS02192019 | 02/19/2019 | Henry Schein | $ 1,000.00 |
| Wrtx021919 | 02/19/2019 | Katherin Ramirez ~ | $ 989.30 |
| ADPFees | 02/19/2019 | ADP | $ 883.43 |
| ADPFees | 02/19/2019 | ADP | $ 873.81 |
| HS02192020 | 02/19/2019 | ADP | $ 844.98 |
| WireTrx0224 | 02/19/2019 | Maria Aleja Lopez Luna | $ 600.00 |
| WireTrx0225 | 02/19/2019 | Joeny Frame ~ | $ 591.29 |
| Wrtx021919 | 02/19/2019 | Iris Diaz | $ 400.00 |
| AutoDebit | 02/20/2019 | Banner Life Ins | $ 1,081.60 |
| Wirtx0221 | 02/21/2019 | Yesica Morales | $ 1,284.00 |
| 5129 | 02/21/2019 | Go Fish | $ 659.68 |
| WRE02222019 | 02/22/2019 | Jonathan Spanier, MD | $ 5,896.46 |
| CV 02222019 | 02/22/2019 | ARHC GMCLKTN01, LLC | $ 5,000.00 |
| CV02222019 | 02/22/2019 | ARHC GMCLKTN01, LLC | $ 5,000.00 |
| WRE02222019 | 02/22/2019 | Roderick Bahner | $ 4,683.36 |
| SFCLN022219 | 02/22/2019 | Safe Clean | $ 4,500.00 |
| SFCLN022219 | 02/22/2019 | Safe Clean | $ 4,500.00 |
| PS02222019 | 02/22/2019 | Practice Suite | $ 4,000.00 |
| TRF02222019 | 02/22/2019 | Jonathan Garcia ~ | $ 3,218.26 |
| TRF02222019 | 02/22/2019 | Kathy S. Griffieth | $ 2,900.55 |
| 5142 | 02/22/2019 | Circuit Court Clerk - Williamson County | $ 2,829.50 |
| WTx022219 | 02/22/2019 | Elisabeth Beale Radish | $ 2,559.09 |
| 5131 | 02/22/2019 | LeAnn S. Ventura | $ 2,409.56 |
| WrTfx022219 | 02/22/2019 | Crista Fedora | $ 2,097.03 |
| WTrx022220 | 02/22/2019 | Lakisha Johnson | $ 1,981.42 |
| WTrx02219 | 02/22/2019 | Karisa Rojo | $ 1,952.67 |
| WTrx022219 | 02/22/2019 | Dianis Rives Medina | $ 1,871.05 |
| 0222wrtrf | 02/22/2019 | Yesica Morales | $ 1,756.76 |
| Wirtx020821 | 02/22/2019 | Brooklyn Cundall | $ 1,539.53 |
| Wirtx0222 | 02/22/2019 | Evelin Compean | $ 1,116.00 |
| Wrtx021520 | 02/22/2019 | Lizbeth Cruz | $ 1,058.05 |
| Wrtx021521 | 02/22/2019 | Ana Martinez Rosales ~ | $ 1,047.82 |
| Wrtx021522 | 02/22/2019 | Katilyn Carter | $ 1,045.17 |
| 5130 | 02/22/2019 | Janay Jackson | $ 986.32 |
| Wrxf022219 | 02/22/2019 | Stephanie Arnold | $ 859.50 |
| WireTrx0222 | 02/22/2019 | Fatoumata Kanteh ~ | $ 800.00 |
| WireTrx0223 | 02/22/2019 | Awaz Mustafa | $ 669.40 |
| IPFS022219 | 02/22/2019 | IPFS Corporation | $ 610.19 |
| CMCST | 02/22/2019 | Comcast Business | $ 569.51 |
| WireTrx0222 | 02/22/2019 | Tamara Valentin | $ 564.12 |
| WireTrx0214 | 02/22/2019 | Iris Diaz | $ 555.80 |
| 5132 | 02/22/2019 | Bank of America | $ 40.00 |

Capstone Pediatrics PLLC Chapter 11
Check Detail
January 1 through March 28, 2019

| Check # | Date | Payee | Amount |
|---|---|---|---|
| Wirtx022219 | 02/22/2019 | Amber Pena | $ 20.00 |
| Wirtx022220 | 02/25/2019 | Dianis Rives Medina | $ 186.73 |
| F&E tax pmt | 02/26/2019 | Tennessee Dept of Revenue | $ 4,500.00 |
| TNREV022619 | 02/26/2019 | Tennessee Dept of Revenue | $ 4,500.00 |
| WTrx022619 | 02/26/2019 | Winnie Toler ~ | $ 2,000.00 |
| 5134 | 02/26/2019 | Diana Fernandez | $ 233.18 |
| JGarcia0227 | 02/27/2019 | Jonathan Garcia ~ | $ 6,871.89 |
| WRE02272019 | 02/27/2019 | Lindsey Toler ~ | $ 6,326.59 |
| WTrx022719 | 02/27/2019 | Winnie Toler ~ | $ 2,000.00 |
| WTrx022719 | 02/27/2019 | Lynda Sanders | $ 1,893.82 |
| 0227wrtrf | 02/27/2019 | Dennie Christopher | $ 1,734.67 |
| Wirtx020824 | 02/27/2019 | Joeny Frame ~ | $ 1,375.03 |
| Wirtx020825 | 02/27/2019 | Denis Reyes | $ 1,367.18 |
| Wrtx022719 | 02/27/2019 | Katherin Ramirez ~ | $ 1,039.04 |
| Wrtx022719 | 02/27/2019 | Miriam Lombera-Abarca | $ 1,029.29 |
| BurrFrm0228 | 02/28/2019 | Burr and Forman | $ 20,000.00 |
| WTx022819 | 02/28/2019 | Winnie Toler ~ | $ 2,540.99 |
| CMPLF0228 | 02/28/2019 | Companion Life Insurance Company | $ 1,503.31 |
| Wrtx022819 | 02/28/2019 | Paula Carrasco | $ 1,015.91 |
| PrcSte0301 | 03/01/2019 | Practice Suite | $ 10,000.00 |
| JGarcia0301 | 03/01/2019 | Jonathan Garcia ~ | $ 6,871.88 |
| 5135 | 03/01/2019 | M And S Holdings | $ 5,000.00 |
| 5136 | 03/01/2019 | SL Management Group TN LLC [Admin] | $ 5,000.00 |
| WRTX030119 | 03/01/2019 | Burr and Forman | $ 5,000.00 |
| 5137 | 03/01/2019 | Lynda Sanders | $ 2,345.63 |
| WTRX0301 | 03/01/2019 | Vani Veera, MD | $ 2,128.00 |
| SFECLN0301 | 03/01/2019 | Safe Clean | $ 2,015.00 |
| WRTX030119 | 03/01/2019 | Winnie Toler ~ | $ 2,000.00 |
| MBLab0301 | 03/01/2019 | MBLab Consulting | $ 1,209.35 |
| WRTX305 | 03/01/2019 | Kathy S. Griffieth | $ 855.79 |
| ADPFees | 03/01/2019 | ADP | $ 787.33 |
| 5138 | 03/01/2019 | Bank of America | $ 40.00 |
| WTX031419 | 03/04/2019 | Dianis Rives Medina | $ 1,780.95 |
| WRTX304 | 03/04/2019 | Christine Fochler | $ 862.32 |
| Auto Db | 03/04/2019 | Bank of America | $ 166.06 |
| Peak10 | 03/05/2019 | Flexential | $ 1,685.00 |
| Peak100305 | 03/05/2019 | Flexential | $ 1,685.00 |
| CJ03052019 | 03/05/2019 | Carol Jolly | $ 1,117.72 |
| WTRX0306 | 03/06/2019 | Tracy Gregory | $ 2,329.10 |
| WTRX0307 | 03/06/2019 | Vani Veera, MD | $ 2,128.27 |
| ADPFees | 03/07/2019 | ADP | $ 1,283.80 |
| HS0307 | 03/07/2019 | Henry Schein | $ 1,000.00 |
| ACH | 03/07/2019 | Neofunds by Neopost | $ 400.00 |
| SM03082019 | 03/08/2019 | Four Plus Corporation | $ 10,249.88 |
| SLMgt030819 | 03/08/2019 | SL Management Group TN LLC [So Hills] | $ 7,500.00 |
| WRTX030819 | 03/08/2019 | Jonathan Spanier, MD | $ 4,700.00 |
| Mtl03El0819 | 03/08/2019 | Elisabeth Beale Radish | $ 2,331.98 |
| GRDN030819 | 03/08/2019 | Guardian | $ 1,922.94 |
| WTX0308 | 03/08/2019 | Crista Fedora | $ 1,735.27 |
| WRTX30819 | 03/08/2019 | Suzette Morales | $ 920.00 |
| Wire0308 | 03/08/2019 | Winnie Toler ~ | $ 550.00 |
| WRTX01119 | 03/11/2019 | Winnie Toler ~ | $ 950.00 |
| Hanover0319 | 03/11/2019 | Hanover Insurance Group | $ 876.99 |
| HS01142019 | 03/11/2019 | Henry Schein | $ 500.00 |
| GARCIA0311 | 03/11/2019 | Comcast Business | $ 399.96 |
| Wretx0308 | 03/11/2019 | Libny Padilla | $ 300.00 |
| Wretx0329 | 03/11/2019 | Ray Fochler | $ 94.82 |
| WRTX312 | 03/12/2019 | Elissa Richardson ~ | $ 640.22 |

**Capstone Pediatrics PLLC Chapter 11**
**Check Detail**
January 1 through March 28, 2019

| Num | Date | Name | Amount |
|---|---|---|---|
| PRASR031319 | 03/13/2019 | ProAssurance Indemnity Company, Inc | $ 10,047.00 |
| WRTX031419 | 03/14/2019 | Gary Griffieth | $ 5,888.47 |
| 5139 | 03/15/2019 | Ray Fochler | $ 3,112.00 |
| Mtl03222019 | 03/15/2019 | Mitel | $ 2,613.77 |
| Bank Fees | 03/17/2019 | Bank of America | $ 5,135.19 |
| SFCLN0318 | 03/18/2019 | Safe Clean | $ 2,500.00 |
| Trx0318 | 03/18/2019 | Karla Campos | $ 1,430.56 |
| Wire0318 | 03/18/2019 | Jonathan Spanier, MD | $ 596.46 |
| AutoDeb | 03/18/2019 | Bank of America | $ 125.00 |
| AutoDbt | 03/19/2019 | Bank of America | $ 629.86 |
| 5142 | 03/20/2019 | Tim's Market and Deli | $ 5,864.58 |
| SfeCln0320 | 03/20/2019 | Safe Clean | $ 3,000.00 |
| SfeCln0321 | 03/20/2019 | Winnie Toler ~ | $ 1,000.00 |
| 5142 | 03/20/2019 | Lizbeth Cruz | $ 644.17 |
| IPFS032019 | 03/20/2019 | IPFS Corporation | $ 610.19 |
| Wretx0320 | 03/20/2019 | Winnie Toler ~ | $ 199.99 |
| CHRN032119 | 03/21/2019 | Chiron Financial, LLC | $ 11,250.00 |
| WRTX032119 | 03/21/2019 | Vani Veera, MD | $ 5,685.54 |
| WRTX0321 | 03/21/2019 | Winnie Toler ~ | $ 4,406.71 |
| Flex032119 | 03/21/2019 | Flexential | $ 1,685.00 |
| Trx0328 | 03/21/2019 | Dennie Christopher | $ 1,368.97 |
| MBLab032119 | 03/21/2019 | MBLab Consulting | $ 1,081.93 |
| WRTX3222020 | 03/21/2019 | Libny Padilla | $ 409.12 |
| Auto Deb | 03/21/2019 | Bank of America | $ 15.00 |
| WRTX0322 | 03/22/2019 | Elisabeth Beale Radish | $ 3,376.94 |
| WRTX0322 | 03/22/2019 | Itaty Flores ~ | $ 2,004.54 |
| WRTX030120 | 03/22/2019 | Jackeline Gonzalez | $ 1,931.38 |
| Trx0322 | 03/22/2019 | Crista Fedora | $ 1,350.26 |
| tx0319 | 03/22/2019 | Maria Samano ~ | $ 1,110.93 |
| WRTX0322 | 03/22/2019 | Suzette Morales | $ 1,000.00 |
| WRTX312 | 03/22/2019 | Elissa Richardson ~ | $ 525.00 |
| WRTX3222019 | 03/22/2019 | Crista Fedora | $ 420.00 |
| Mtl03252019 | 03/25/2019 | Mitel | $ 2,616.31 |
| MTL03252019 | 03/25/2019 | Mitel | $ 1,674.85 |
| MITL0325 | 03/25/2019 | Mitel | $ 1,674.20 |
| WRTX312 | 03/25/2019 | Elissa Richardson ~ | $ 636.32 |
| TNDR032619 | 03/26/2019 | Tennessee Dept of Revenue | $ 4,500.00 |
| Trx0326 | 03/26/2019 | Lynda Sanders | $ 1,668.78 |
| TRX0326 | 03/26/2019 | Libny Padilla | $ 1,024.82 |
| WRTX032720 | 03/27/2019 | Gary Griffieth | $ 5,888.45 |
| WRTX032719 | 03/27/2019 | Winnie Toler ~ | $ 5,550.00 |
| WRTX032719 | 03/27/2019 | Lynda Sanders | $ 4,691.26 |
| WRTX037 | 03/27/2019 | Lindsey Toler ~ | $ 2,982.42 |
| Trx0327 | 03/27/2019 | Felecia Johnson | $ 1,417.57 |
| PS032819 | 03/28/2019 | Practice Suite | $ 19,000.00 |
| 5145 | 03/28/2019 | CubeSmart Mboro Rd | $ 3,753.96 |
| GURD032819 | 03/28/2019 | Berkshire Hathaway Guard Insurance Compan | $ 1,090.00 |
| Wretx0328 | 03/28/2019 | Yesica Morales | $ 137.74 |
| 5146 | 03/28/2019 | Bank of America | $ 20.00 |