Previous Locations – **EXHIBIT 14**

Franklin
100 Covey Drive
Suite 304
Franklin, TN 7067
Closed: Aug 2017


6688 Nolensville Pike
Suite 101
Brentwood, TN 37027
Closed: Feb 2016


Skyline
3443 Dickerson Pike
Suite 720
Nashville, TN 37207
Closed: Aug 2017


6716 Nolensville Road – Temporary Nolensville site
Suite 250
Brentwood, TN 37027
Closed: Aug 2017


330 Wallace Road
Suite 109
Nashville, TN 37211
Closed: July 2016


7909 Concord Hills Dr
Suite 201
Brentwood TN 37027
Closed: March 2019

230 Cumberland Bend
Suite D
Nashville, TN 37228
Closed: February 2019

365 S. Hartmann Dr.
Suite 201
Lebanon, TN 37087
Closed: February 2019