Debtor: CAPSTONE PEDIATRICS, PLLC  
Case number (if known): 3:19-bk-01971

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

### 15.1.
**Facility name and address:** See Above

**Nature of the business operation, including type of services the debtor provides:**

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**If debtor provides meals and housing, number of patients in debtor's care:**

**How are records kept?** Check all that apply:
☐ Electronically
☐ Paper

### 15.2.
**Facility name and address:** See Above

**Nature of the business operation, including type of services the debtor provides:**

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**If debtor provides meals and housing, number of patients in debtor's care:**

**How are records kept?** Check all that apply:
☐ Electronically
☐ Paper

### 15.3.
**Facility name:** Smyrna
**Street:** 537 Stonecrest Pkwy Suite 201
**City:** Smyrna **State:** TN **ZIP Code:** 37167

**Nature of the business operation, including type of services the debtor provides:** Pediatric primary care. Asthma, autism, well visits, etc.

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. EHR systems via PracticeSuite

**If debtor provides meals and housing, number of patients in debtor's care:** N/A

**How are records kept?** Check all that apply:
☒ Electronically
☐ Paper