| Payroll Name | Pay Date | Check/Voucher Number | Net Pay |
|---|---|---|---|
| Griffieth, Gary G | 04/06/2018 | 00026318 | 5,472.23 |
| Griffieth, Gary G | 05/04/2018 | 00026585 | 5,472.23 |
| Griffieth, Gary G | 05/18/2018 | 00026716 | 5,472.22 |
| Griffieth, Gary G | 06/01/2018 | 00026841 | 5,472.23 |
| Griffieth, Gary G | 06/15/2018 | 00026967 | 6,289.78 |
| Griffieth, Gary G | 06/29/2018 | 00027092 | 5,881.00 |
| Griffieth, Gary G | 07/13/2018 | 00027217 | 5,876.39 |
| Griffieth, Gary G | 07/27/2018 | 00027337 | 5,876.38 |
| Griffieth, Gary G | 08/10/2018 | 00027451 | 6,008.18 |
| Griffieth, Gary G | 09/07/2018 | 00027668 | 6,398.19 |
| Griffieth, Gary G | 09/21/2018 | 00027769 | 6,398.18 |
| Griffieth, Gary G | 10/05/2018 | 00027860 | 6,398.19 |
| Griffieth, Gary G | 10/19/2018 | 00027939 | 6,398.18 |
| Toler, Winnie R | 08/10/2018 | 00027449 | 5,525.91 |
| Toler, Winnie R | 08/24/2018 | 00027559 | 6,146.55 |
| Toler, Winnie R | 09/07/2018 | 00027666 | 6,010.29 |
| Toler, Winnie R | 10/05/2018 | 00027858 | 6,010.29 |
| Toler, Winnie R | 10/19/2018 | 00027938 | 6,010.29 |
| Toler, Winnie R | 11/02/2018 | 00028009 | 6,375.99 |
| Toler, Winnie R | 11/30/2018 | 00028164 | 6,376.00 |

# Capstone Pediatrics PLLC Chapter 11
## All Transactions for Gary Griffieth

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Bill Pmt -Check | 1126 | 03/19/2018 | 1040-02 · Bank of America X4296 | $ 1,901.30 |
| Check | 1152 | 03/23/2018 | 1040-02 · Bank of America X4296 | $ 1,520.00 |
| Check | 1212 | 05/24/2018 | 1040-02 · Bank of America X4296 | $ 5,472.22 |
| Bill Pmt -Check | 1258 | 06/21/2018 | 1040-02 · Bank of America X4296 | $ 2,012.19 |
| Check | Wire080218 | 08/02/2018 | 1040-02 · Bank of America X4296 | $ 5,525.90 |
| Check | WTRF082819 | 08/28/2018 | 1040-01 · Bank of America x6837 | $ 6,023.18 |
| Check | Wire081324 | 09/25/2018 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | Transfer | 10/12/2018 | 1040-01 · Bank of America x6837 | $ 6,398.19 |
| Check | WrTrf111318 | 11/13/2018 | 1040-01 · Bank of America x6837 | $ 6,398.19 |
| Check | WrTrf112618 | 11/26/2018 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | WrTrf1217 | 12/17/2018 | 1040-01 · Bank of America x6837 | $ 6,389.00 |
| Check | WrTrf1226 | 12/26/2018 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | WRTRF013118 | 01/31/2019 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | WXf021919 | 02/19/2019 | 1040-01 · Bank of America x6837 | $ 1,600.00 |
| Check | WRTX031419 | 03/14/2019 | 1040-01 · Bank of America x6837 | $ 5,888.47 |
| Check | WRTX032720 | 03/27/2019 | 1040-01 · Bank of America x6837 | $ 5,888.45 |

Total

Page 1 of 1

Case 3:19-bk-01971    Doc 88-4    Filed 04/22/19    Entered 04/22/19 18:25:02    Desc
Exhibit 4- Exhibit 30 Disbursements    Page 2 of 2