# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, and hereby certifies to the Court, pursuant to Local Rule 1007-1(b), that on Tuesday, April 23, 2019, true and correct copies of the filings listed below were served upon U.S. Trustee represented by Natalie M. Cox, US Dept. of Justice, Office of the US Trustee, 701 Broadway, Ste. 318, Nashville, TN 37203, via first-class, United States mail, postage prepaid:

Doc. No. 84    Summary of Assets and Liabilities, Schedule A/B, Schedule D, Schedule E/F, Schedule G, and Schedule H;

Doc. No. 85    Declaration Under Penalty of Perjury for Non-individual Debtors; and

Doc. No. 88    Statement of Financial Affairs for Non-individual.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On April 23, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)