THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

IN RE: Capstone Pediatrics, PLLC, Debtor(s).      Case No. 19-01971 RM3

   1420 Donelson Pike Suite B17     Chapter 11

   Nashville, TN 37217     Judge Mashburn

   46-3431552

### Notice of Appearance and Request for Notice

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

   The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

                                                                            Respectfully submitted,
                                                                            Herbert H. Slatery III
                                                                            Attorney General and Reporter

                                                                            /s/ Matthew R. Gaske
                                                                            Matthew R. Gaske
                                                                            Assistant Attorney General
                                                                            BPR No. 036523
                                                                            OFFICE OF THE ATTORNEY GENERAL
                                                                            BANKRUPTCY DIVISION
                                                                            P O BOX 20207
                                                                            Nashville, TN 37202-0207
                                                                            Phone: (615) 253-6121    Fax: 615-741-3334
                                                                            Email: matthew.gaske@ag.tn.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on _____ Arpril 23, 2019 _____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                                                                            /s/ Matthew R. Gaske

                                                                            Matthew R. Gaske
                                                                            Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee | David W. Houston IV |
| Customs House Ste 318 | Attorney for the Debtor(s) |
| 701 Broadway | Burr & Forman LLP |
| Nashville, Tennessee 37203 | 222 Second Ave. S. Suite 2000 |
| | Nashville, TN 37201 |