# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING AMENDED CREDITOR MATRIX

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, and hereby gives notice of filing its Amended Creditor Mailing Matrix, amended to add the following additional creditors:

Angela Frazier
13859 Cainsville Rd
Lebanon, TN 37090

AT&T
P.O. Box 105068
Atlanta, GA 30348-5068

Autism Speaks
900 Circle 75 Pkwy Ste 445
Atlanta, GA 30339

Berkshire Hathaway Guard
Insurance Company
P.O. Box 785570
Philadelphia, PA 19178-5570

BlueCross BlueShield of TN
Group Receipts Dept
P.O. Box 6539
Carol Stream, IL 60197-6539

C12 Group, Music City
2000 Mallory Ln, Ste 130-56
Franklin, TN 37067

CDS Business Services, Inc.
1981 Marcus Ave, Suite 130
Lake Success, NY 11042

Clean It Supply
2212 Dearborn Dr.
Nashville, TN 37214

CLIA Laboratory Program
P.O. Box 3056
Portland, OR 97208-3056

Concentra
Occupational Health Centers
Southwest
P.O. Box 82432
Atlanta, GA 30354-0432

Crista Fedora
7201 Charlotte Pike #203
Nashville, TN 37209

CubeSmart
1058 Murfreesboro Rd.
Nashville, TN 37217

Cushman & Wakefield/HCA
P.O. Box 281166
Atlanta, GA 30384

Cynthia E. Collins
2612 Polo Court
Nashville, TN 37211

EDH Gateway Center
Leap Solutions
213 W Maplewood Ln
Ste 350
Nashville, TN 37207

Freeland Realty 4 LLC
5333 Hickory Hollow Pkwy
Antioch, TN 37013

Go Fish
6297 N New Hope Rd
Hermitage, TN 37076

Gordon N. Stowe &
Associates, Inc.
586 Palwaukee Dr.
Wheeling, IL 60090

| | | |
|---|---|---|
| Guardian<br>P.O. Box 677458<br>Dallas, TX 75267-7458 | Hanover Insurance Group<br>P.O. Box 580045<br>Charlotte, NC 28258-0045 | Harris Family Pharmacy<br>1157 Fort Campbell Blvd<br>Clarksville, TN 37042 |
| Jonathan Garcia<br>1017 Townley Dr.<br>Madison, TN 37115 | Kofi Asare-Bawuah<br>1225 Plumeria Pl<br>Nolensville, TN 37135 | Longwell Cleaning Services<br>2274 High Meadow Drive<br>Murfreesboro, TN 37129 |
| MedSafe Total Compliance Solutions, Inc.<br>27 Mica Lane, Suite 208<br>Wellesley Hills, MA 02481 | Metropolitan Trustee<br>Metropolitan Dept of Law<br>P.O. Box 196300<br>Nashville, TN 37219-6300 | Novartis Vaccines & Diagnostics Inc.<br>Attn: Sharie Campbell<br>4645 S. Lakeshore Drive #11<br>Tempe, AZ 85282-7152 |
| Otometrics<br>P.O. Box 200980<br>Pittsburgh, PA 15251-0980 | Peak 10, Inc.<br>P.O. Box 536933<br>Atlanta, GA 30353-6933 | Perry Carlson<br>5091 Pine Hill Rd<br>Nashville, TN 37221 |
| Pitney Bowes Purchase Power<br>21210 Erwin St<br>Woodland Hills, CA 91367 | PSS Physician Sales & Service, Inc.<br>4105 Royal Dr, Ste 600<br>Kennesaw, GA 30144 | Recall Total Information Management<br>015295 Collections Center Dr<br>Chicago, IL 60693 |
| Richards & Richards Office Records Management Inc.<br>P.O. Box 17070<br>Nashville, TN 37217 | St. Thomas Medical Staff Fund<br>Attn: Medical Affairs<br>4220 Harding Road<br>Nashville, TN 37205 | Staples Advantage<br>Attn: Vedetta Hughes<br>7525 W. Campus Rd.<br>New Albany, OH 43054 |
| State Farm Insurance Companies<br>Insurance Support Center<br>P.O. Box 588002<br>North Metro, GA 30029-8002 | Storage Solutions<br>2876 Old Fort Parkway<br>Murfreesboro, TN 37128 | TaTanisha Smith MD<br>1412 Brentwood Terrace<br>Nashville, TN 37211 |
| Tennessee Anytime<br>NIC USA Inc.<br>P.O. Box 504212<br>St. Louis, MO 63150-4212 | Tennessee Mechanical Corp.<br>TMC 101 General Forrest Court<br>Smyrna, TN 37167 | Tina Manshadi<br>2600 Hillsboro Pk, Unit 132<br>Nashville, TN 37212 |
| Town of Smyrna<br>315 S. Lowry St.<br>Smyrna, TN 37167 | Walgreens<br>1419 Lake Cook Rd.<br>MS #L390<br>Deerfield, IL 60015 | Equinox Communications<br>P.O. Box 2607<br>Brentwood, TN 37024 |

Jennifer Strickland
1204 Hartfield Ct
Antioch, TN 37013

The Amended Creditor Mailing Matrix also amends the addresses for the following creditors:

| | | |
|---|---|---|
| Andrea Brozewski<br>303 Earheart Rd<br>Hermitage, TN 37076 | City of Clarksville<br>P.O. Box 928<br>Clarksville, TN 37041-0928 | City of Lebanon<br>401 Park Dr.<br>Lebanon, TN 37090 |
| *changing to* | *changing to* | *changing to* |
| **Andreya Brozewski**<br>**3036 Earhart Rd**<br>**Hermitage, TN 37090** | **City of Clarksville**<br>**One Public Square, Ste 119**<br>**Clarksville, TN 37040** | **City of Lebanon**<br>**200 North Castle Heights Ave N., Suite 117**<br>**Lebanon, TN 37087** |
| City of Mt. Juliet<br>2425 North Mt. Juliet Road<br>Mount Juliet, TN 37121 | City of Murfreesboro<br>P.O. Box 1139<br>Murfreesboro, TN 37133 | Jasmine Gibson<br>1622 Bentridge Circle<br>Antioch, TN 37013 |
| *changing to* | *changing to* | *changing to* |
| **City of Mt. Juliet**<br>**2425 N. Mt. Juliet Road**<br>**Mt. Juliet, TN 37122** | **City of Murfreesboro**<br>**111 W. Vine St., 1st Floor**<br>**Murfreesboro, TN 37130** | **Jasmine Gibson**<br>**1622 Brentridge Cir**<br>**Antioch, TN 37013** |
| Bus, Tax Collections<br>c/o KY State Treas.<br>P.O. Box 491<br>Frankfort, KY 40601 | Mary Ruth Scobey MD<br>504 English Village Dr.<br>Nashville, TN 37211 | Prosad Kona<br>22 Aventura Drive<br>Mount Juliet, TN 37122 |
| *changing to* | *changing to* | *changing to* |
| **Kentucky State Treasurer**<br>**501 High St., P.O. Box 491**<br>**Frankfort, KY 40601** | **Mary Ruth Scobey MD**<br>**344 Timberdale Ct.**<br>**Nashville, TN 37211** | **Prosad Kona**<br>**522 Aventura Dr.**<br>**Mount Juliet, TN 37122** |

| United Healthcare | Williamson County Trustee |
| Attn: Recovery Services | P.O. Box 1365 |
| P.O. Box 740804 | Franklin, TN 37065-1365 |
| Atlanta, GA 30374-0804 | |

*changing to*                                      *changing to*

**United Healthcare Recovery Services**  **Williamson County Trustee**
**P.O. Box 101760**  **1320 West Main Street**
**Atlanta, GA 30392-1760**  **Ste 203**
  **Franklin, TN 37064**

The Amended Creditor Mailing Matrix is attached hereto as Exhibit 1.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

# CERTIFICATE OF SERVICE

On April 24, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)