Case No. 3:19-bk-01971

CAPSTONE PEDIATRICS, PLLC
1420 DONELSON PIKE, SUITE B-17
NASHVILLE, TN 37217
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346
NEWTEK SMALL BUSINESS FINANCE LLC
P. O. BOX 297
LAUREL, NY 11948
DR. EDDIE D. HAMILTON
4822 POST ROAD
NASHVILLE, TN  37205
CDS BUSINESS SERVICES
60 HEMPSTEAD AVE
WEST HEMPSTEAD NY 11552
MCKESSON CORPORATION
P. O. BOX 634404
CINCINNATI, OH 45263-4404
ATHENAHEALTH, INC.
311 ARSENAL STREET
WATERTOWN, MA 02472
NEXTGEN HEALTHCARE C/O QUALITY SYSTEMS
P. O. BOX 809390
CHICAGO, IL 60680
MERCK SHARP & DOHME, CORP.
P. O. BOX 5254
CAROL STREAM, IL 60197-5254
SANOFI PASTEUR, INC.
12458 COLLECTIONS CENTER DR.
CHICAGO, IL. 60693
WINNIE TOLER
1221 KILRUSH DR
FRANKLIN TN 37069
CAM REALTY, LLC C/O REALTY GROUP NORTH
109 MONTGOMERY AVENUE SUITE 102
SCARSDALE, NY 10583
VIII FS-NASHVILLE, LLC C/O CTCRES
4678 WORLD PARKWAY CIRCLE
ST. LOUIS, MO 63134
NOVAGEN
10245 WEST LITTLE YORK RD. SUITE 400
HOUSTON TX 77040
MCCURRY CONSTRUCTION, LLC
2207 SAINT JOSEPH'S COURT
BRENTWOOD, TN  37027
MCKESSON MEDICAL SURGICAL

P. O. BOX 634404
CINCINNATI, OH 45263-4404
UNITED STATES TRUSTEE
P.O. BOX 530202
ATLANTA, GA  30353-0202
PFIZER INC
P.O. BOX 100539
ATLANTA, GA 30384-0539
CIGNA HEALTHCARE
P. O. BOX 644546
PITTSBURGH, PA 15264-4546
HARTMANN CENTRAL, LLC
1418 PALMER ROAD
LEBANON, TN  37090
TENNESSEE DEPT OF REVENUE
500 DEADRICK ST
NASVHILLE, TN 37242
BUTLER SNOW LLP
150 3RD AVENUE SOUTH SUITE 1600
NASHVILLE, TN  37201
SL MANAGEMENT GROUP TN LLC
788 MORRIS TURNPIKE
SHORT HILLS, NJ  07078
GARY GRIFFIETH, M.D.
9045 KEATS STREET
FRANKLIN, TN 37064
UNITED HEALTHCARE INSURANCE CO DEPT. CH
10151 PALATINE, IL 60055-0151
FAIRWAY - GALT, LLC
728 SHADES CREEK PKY, SUITE 200
BIRMINGHAM, AL  35209
WINDROSE 310 C/O HEALTHCARE PROP. MGRS
DEPT 730034 , P. O. BOX 660919
DALLAS, TX 75266-0919
MOB 147 OF TN C/O HOLLADAY PROPERTIES
P. O. BOX 404485
ATLANTA, GA  30384
KATHY S. GRIFFIETH
9045 KEATS STREET
FRANKLIN, TN  37064
GATEWAY MOB - CLARKSVILLE, TN C/O ARHC
PO BOX 714423
CINCINNATI, OH  45271
ELLKAY, LLC
259 CEDAR LANE
TEANECK, NJ 07666
TED R. SANDERS MOVING & WAREHOUSE, INC.
P. O. BOX 90202

NASHVILLE, TN 37209-1020
SL MANAGEMENT GROUP TN LLC
788 MORRIS TURNPIKE
SHORT HILLS, NJ  07078
M AND S HOLDINGS LLC
1511 SUNSET RD
BRENTWOOD, TN 37027
WHITE & REASOR
3100 WEST END AVE SUITE 1100
NASHVILLE, TN 37203
CORPORATE CLEANING SYSTEMS
P. O. BOX 40565
NASHVILLE, TN 37204
HEARTHSTONE PROPERTIES, LLC
4925 VETERANS PARKWAY
MURFREESBORO, TN  37128
PRACTICE SUITE, INC.
P.O. BOX 15124
FREMONT, CA  94539
STERICYCLE, INC., ATTN: SUE HARDER
4010 COMMERCIAL AVE
NORTHBROOK, IL 60062
THERACOM, LLC
P. O. BOX 640105
CINCINNATI, OH 45264-0105
MOB 147 OF TN C/O HOLLADAY - SKYLINE
P. O. BOX 404485
ATLANTA, GA  30384
MERIDIAN LAW, PLLC
2900 VANDERBILT PLACE, SUITE 100
NASHVILLE, TN 37212
GLAXOSMITHKLINE PHARMACEUTICALS
P. O. BOX 740415
ATLANTA, GA 30374-0415
ORTHO CLINICAL DIAGNOSTICS
100 INDIGO CREEK DRIVE
ROCHESTER, NY 14626
ACCESS
P.O. BOX 101048
ATLANTA, GA  30392-1048
NOVACOPY, INC.
P. O. BOX 372, DEPT 200
MEMPHIS, TN 38101
SCOTTY W. HARRIS
281 HICKORY HOLLOW TERRACE
ANTIOCH, TN 37013-2127
NT'L CONTACT CTR MGMT, ATTN:  C. BENNETT
2501 PARK PLAZA BLDG 1-4W

NASHVILLE, TN 37203
PROASSURANCE INDEMNITY COMPANY, INC.
P. O. BOX 952315
DALLAS, TX 75395-2315
SAFE CLEAN
164 MCCALL ST
NASHVILLE TN 37211
TN DEPT OF LABOR & WORKFORCE
220 FRENCH LANDING DR
NASHVILLE, TN 37243
BMW PROPERTIES, LLC
2420 WEST CLAY DRIVE
LEBANON, TN 37087
TOTAL COMPLIANCE SOLUTIONS, INC.
 27 MICA LANE SUITE 208
WELLESLEY, MA 02481
SNH MED. OFFICE PROPS. TRUST C/O REIT
DEPT 1600 P. O. BOX 538601
ATLANTA, GA 30353-8601
PROP. MGMT ASSOC. OF WNY, ATTN: L. STANG
90 EARHART DR SUITE 6
WILLIAMSVILLE, NY 14221
MERIDIAN LAW, PLLC
2002 RICHARD JONES ROAD, SUITE B-200
NASHVILLE, TN 37215
SMYRNA MOB, LLC C/O THE STANTON GROUP
P. O. BOX 993
BRENTWOOD, TN 37024
VERIZON WIRELESS
P. O. BOX 660108
DALLAS, TX 75266-0108
PINNACLE SERVICES, INC.
2817 WEST END AVENUE, SUITE 126-384
NASHVILLE, TN 37203
HENRY SCHEIN
DEPT CH 10241
PALATINE, IL 60055-0241
CHARTER COMMUNICATIONS
P. O. BOX 9001934
LOUISVILLE, KY 40290-1934
CIT
21146 NETWORK PLACE
CHICAGO, IL 60673-1211
UP TO DATE
230 THIRD AVE
WALTHAM, MA  02451
VOLUNTEER WELDING SUPPLY, INC.
815 5TH AVENUE SOUTH

NASHVILLE, TN 37203
METRO TRUSTEE PERSONALTY TAX DEPT
P. O. BOX 305012
NASHVILLE, TN 37230-5012
INETCO, LLC
190B SAUNDERSVILLE ROAD
HENDERSONVILLE, TN  37075
REC. MGMT SERVICES, C/O STAPLES ADVANTAGE
7525 WEST CAMPUS RD
NEW ALBANY, OH 43054
THE HANOVER INSURANCE GROUP
P. O. BOX 580045
CHARLOTTE, NC 28258-0045
MEDLINE INDUSTRIES, INC.
DEPT CH 14400
PALATINE, IL 60055
ABBOTT LABORATORIES INC.
P.O. BOX 100997
ATLANTA, GA  30384-0997
HARRIS BRAND RECRUITING
3100 ROSENDALE ROAD
NISKAYUNA, NY 12309
NEWTEK TECHNOLOGY SERVICES
2550 W UNION HILLS DRIVE SUITE 390
PHOENIX, AZ 85027
SITEX CORPORATION
P. O. BOX 38
HENDERSON, KY 42419
MBLAB CONSULTING
1106 GETTYSVUE WAY
KNOXVILLE, TN 37922
CAMPBELL, HIGHTOWER C/O NOVARTIS
4645 SOUTH LAKESHORE DRIVE #11
TEMPE, AZ 85282-7152
COMCAST
P. O. BOX 37601
PHILADELPHIA, PA 19101-0601
CHIRON FINANCIAL, LLC
1301 MCKINNEY SUITE 2800
HOUSTON, TX  77010
PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250
ST. THOMAS RUTHERFORD, ATTN: STR FINANCE
501 GREAT CIRCLE ROAD SUITE 300
NASHVILLE, TN 37228
COMPANION LIFE INS CO
ATTN: JESSICA FOURNIER, P.O. BOX 100102

COLUMBIA, SC  29202-3102
CHAD S. BOOMERSHINE, MD
1219 OLYMPIA PLACE
FRANKLIN, TN  37067
THE CSI COMPANIES, INC.
P. O. BOX 890841
CHARLOTTE, NC 28289-0841
CENTENNIAL MEDICAL STAFF ASSOC.
P. O. BOX 150804
NASHVILLE, TN 37215
SHORETEL INC. A/K/A MITEL
4921 SOLUTION CENTER
CHICAGO, IL 60677-4009
COMCAST BUSINESS
PO BOX 530098
ATLANTA, GA  30353-0098
SCARLETT LEADERSHIP INSTITUTE
840 CRESCENT CENTRE DRIVE SUITE 120
FRANKLIN, TN 37067
SHRED-IT USA
P. O. BOX 13574
NEW YORK, NY 10087-3574
CAINE & WEINER C/O PITNEY BOWES PURCHASE
21210 ERWIN STREET
WOODLAND HILLS, CA 91367
NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE, TN  37246-0003
STEPHEN A. TISDELL C/O TISDELL ASSOC.
1600 ROSEWOOD COURT
BRENTWOOD, TN  37027
BESSE MEDICAL SUPPLY
1576 SOLUTIONS CTR
CHICAGO, IL  60677-1005
VANI VEERA, MD
1801 MORGAN FARMS WAY
BRENTWOOD TN 37027
HAMILTON PAINTING
1204 MURFREESBORO ROAD
LEBANON, TN  37090
PRIORITY NASHVILLE CONTRACTING, LLC
P. O. BOX 41830
NASHVILLE, TN 37204
HARTMANN CENTRAL, LLC
1418 PALMER ROAD
LEBANON, TN  37090
BETTER BUSINESS SOLUTIONS
P.O.BOX 3549

BRENTWOOD TN 37024
MUTUAL OF OMAHA
P. O. BOX 2147
OMAHA, NE 68103-2147
ECHO, INC.
101 WESTPARK DRIVE SUITE 140
BRENTWOOD, TN 37027
WESTGUARD INSURANCE COMPANY
P. O. BOX 785570
PHILADELPHIA, PA 19178-5570
VAXSERVE, INC.
54 GLENMAURA NATIONAL BLVD. STE 301
MOOSIC, PA  18507-2101
ECHO, INC. C/O SY.MED DEVELOPMENT, INC.
101 WESTPARK DRIVE SUITE 140
BRENTWOOD, TN 37027
BARTON & ASSOCIATES
P.O. BOX 417844
BOSTON, MA  02241-7844
VANDERBILT UNIVERSITY MED CTR
DEPT OF FINANCE, DEPT AT 40303
ATLANTA, GA  31192-0303
TWO MEN AND A TRUCK
4801 ALABAMA AVENUE
NASHVILLE, TN  37209
CAROL JOLLY
P. O. BOX 680662
FRANKLIN, TN 37068
ACCENT
P. O. BOX 952366
ST. LOUIS, MO 63195-2366
HOSKINS & COMPANY
1900 CHURCH STREET, SUITE 200
NASHVILLE, TN 37203
ADVANCE SIGNS & GRAPHICS
1005 WEST MAIN STREET
LEBANON, TN 37087
CHARTER COMMUNICATIONS
P. O. BOX 9001934
LOUISVILLE, KY 40290-1934
COMMERCIAL LAMINATION
2801 MURFREESBORO ROAD
ANTIOCH, TN 37013
REAL TIME TRANSLATION, INC
716 COUNTY RD 10 NE #174
BLAINE MN 55434
PRACTIECLINK LIMITED
PO BOX 100

HINTON, WV  25951
DELTACOM C/O EARTHLINK
1058 PO BOX 2252
BIRMINGHAM, AL 35246-1058
HARPETH ANSWERING & COMMUNICATIONS
506 HILLSBORO BOULEVARD SUITE 106
MANCHESTER, TN 37355
VOLUNTEER WELDING SUPPLY, INC.
815 5TH AVENUE SOUTH
NASHVILLE, TN 37203
THE MATHEWS COMPANY
P. O. BOX 22149
NASHVILLE, TN 37202-2149
BRAVO CONSTRUCTION
936 CARTHAGE HIGHWAY
LEBANON, TN 37087
PIEDMONT NATURAL GAS
P. O. BOX 660920
DALLAS, TX 75266-0920
REVIVE HEALTH
209 10TH AVENUE SOUTH SUITE 214
NASHVILLE, TN 37203
NAVICURE, INC.
2055 SUGARLOAF CIRCLE SUITE 600
DULUTH, GA 30097-4363
FLEXENTIAL F/K/A PEAK 10
P.O. BOX 536933
ATLANTA, GA  30353-6933
MINT CONDITION
101 SE PARKWAY CT SUITE 230
FRANKLIN, TN 37064
NATUS MEDICAL, INC.
DEPT. 33768, P. O. BOX 39000
SAN FRANCISCO, CA 94139
LABCORP
PO BOX 12140
BURLINGTON, NC  27216-2140
AMERICAN PROFICIENCY INSTITUTE
DEPARTMENT 9526, P. O. BOX 30516
LANSING, MI 48909-8016
INFINISOURCE, ATTN: STACEY BOYD
15 E WASHINGTON STREET
COLDWATER, MI 49036
RAY & CHRISTINE FOCHLER
1765 HIGHWAY 25 WEST
GALLATIN, TN 37066
MIDDLE TN ELECTRIC MEMBERSHIP CORP
PO BOX 220

LEBANON, TN  37088-0220
TRIAGE LOGIC, LLC
P. O. BOX 79426
BALTIMORE, MD 21279-0426
ASE TECHNOLOGY
7113 PEACH COURT, SUITE 200
BRENTWOOD, TN 37027
PEDSTEST.COM
1013 AUSTIN COURT
NOLENSVILLE, TN 37135
CLIA LABORATORY PROGRAM
P.O. BOX 530882
ATLANTA, GA 30353
UNITED HEALTHCARE RECOVERY SERVICES
P.O. BOX 101760
ATLANTA, GA 30392-1760
AMERICAN MESSAGING
P. O. BOX 5749
CAROL STREAM, IL 60197-5749
BETHANY WENGER
821 WOODCRAFT DR.
NASHVILLE, TN  37214
WEIGHT LOSS & WELLNESS SERVICES, LLC
2801 S MACDILL AVE
TAMPA, FL  33629
AQUARIUM MAINTENANCE SERVICE
P. O. BOX 1856
COLUMBIA, TN 38402
AMERICAN PLUMBING PROFESSIONALS
P. O. BOX 111542
NASHVILLE, TN 37222
KENTUCKY STATE TREASURER
501 HIGH ST., P.O. BOX 491
FRANKFORT, KY 40601
SMILEMAKERS
P. O. BOX 2543
SPARTANBURG, SC 29304
MURFREESBORO ELECTRIC DEPARTMENT
P.O. BOX 9
MURFREESBORO, TN  37133-0009
SHRED-IT USA
P. O. BOX 13574
NEW YORK, NY 10087-3574
NATUS MEDICAL, INC.
DEPT. 33768, P. O. BOX 39000
SAN FRANCISCO, CA 94139
CENTERSTONE HEALTH
1101 SIXTH AVE N

NASHVILLE, TN 37208
PAYMENT RESOLUTION SERVICES
ATTN: MSC 410836, P. O. BOX 415000
NASHVILLE, TN 37241-0836
MAIN STREET MEDIA OF TN
GOULD ENTERPRISES INC., P. O. BOX 8156
GALLATIN, TN 37066-8156
GN OTOMETRICS NORTH AMERICA
P. O. BOX 200980
PITTSBURGH, PA 15251-0980
HILLER, LLC
915 MURFREESBORO PIKE
NASHVILLE TN 37225
BASS, BERRY & SIMS PLC
150 THIRD AVENUE SOUTH, SUITE 2800
NASHVILLE, TN  37201
CUBESMART
1202 ANTIOCH PIKE
NASHVILLE, TN  37211
MAILFINANCE, INC
DEPT 3682, PO BOX 123682
DALLAS, TX  75312-3682
TRACY CARTER
2503 ANGELYN DR
MURFREESBORO, TN 37130
BENTLEY'S AIR CONDITIONING
109 HARTMANN DRIVE
LEBANON, TN 37087
TENNESSEE FOREIGN LANGUAGE INST.
220 FRENCH LANDING DRIVE SUITE 1-B
NASHVILLE, TN 37243
MODERN BABIES AND CHILDREN NASHVILLE
1050 GLENBROOK WAY SUITE 480-145
HENDERSONVILLE, TN 37075
THE STANTON GROUP
P. O. BOX 993
BRENTWOOD, TN 37024
MARY RUTH SCOBEY MD
344 TIMBERDALE CT.
NASHVILLE, TN 37211
CHAPTER 13 TRUSTEE
P. O. BOX 340019
NASHVILLE, TN 37203
AMERICAN ACADEMY OF PEDIATRICS
72103 EAGLE WAY
CHICAGO, IL  60678-7251
TRAVIS CROOK, MD
1204 JEWELL AVE

FRANKLIN, TN 37064
WASTE MANAGEMENT OF NASHVILLE HAULING
PO BOX 9001054
LOUISVILLE, KY  40290-1054
CDE LIGHTBAND
2021 WILMA RUDOLPH BLVD., P.O.BOX 31509
CLARKSVILLE, TN 37040
D & L DISTRIBUTORS, INC.
P.O. BOX 993
BRENTWOOD, TN 37024-0993
BCBST
1 CAMERON HILL CIRCLE
CHATTANOOGA, TN 37402
DONNA HAMACHER, MD
135 WESTFIELD COURT APT 303
CLARKSVILLE, TN 37040
ELISABETH BEALE RADISH
610 S. 12TH ST.
NASHVILLE, TN  37206
STORPLACE OF MEDICAL CENTER NASHVILLE
1615 CHARLOTTE AVE
NASHVILLE, TN 37203
DONNA HAMACHER
7409 SOMERSET PL
NASHVILLE, TN 37221
DEA HEADQUARTERS
ATTN: REG. SECTION, P. O. BOX 2639
SPRINGFIELD, VA 22152-2639
ERICA OMONDI
8741 BARREN FORK
BON AQUA, TN  37025
JONATHAN SPANIER, MD
1032 GRACELAWN DR
BRENTWOOD TN 37027
KAREN CHAFFIN
5909 SEDBERRY ROAD
NASHVILLE, TN  37205
LINDSEY HERNANDEZ
1108 PROUD EAGLE
EAGLEVILLE, TN 37060
LUCY MARTIN
710 CLEO MARTIN DR, APT 340
NASHVILLE TN 37206
RODERICK BAHNER
P.O. BOX 2191
BRENTWOOD, TN 37024
KACIE WILKES
2521 ARBOR MIST TRAIL

HIXON, TN 37343
PREMIER PARKING
421 CHURCH STREET
NASHVILLE, TN 37219
CORPORATE CLEANING SYSTEMS
P. O. BOX 40565
NASHVILLE, TN 37204
LBMC, PC
P. O. BOX 1869
BRENTWOOD, TN 37024-1869
PROASSURANCE CO RISK RESOURCE DEPT
P. O. BOX 809196
CHICAGO, IL 60680-9196
IPFS CORPORATION
900 ASHWOOD PARKWAY, SUITE 370
ATLANTA, GA  30338
WILLIAMSON COUNTY TRUSTEE
1320 WEST MAIN STREET, STE 203
FRANKLIN, TN 37064
HUMANA
P. O. BOX 931655
ATLANTA, GA 31193-1655
THE TONER DOCTOR
PO BOX 94
MADAWASKA, ME  04756
TW TELECOM
P. O. BOX 172567
DENVER, CO 80217-2567
JEWELL MECHANICAL
1000 ELM HILL PIKE
NASHVILLE, TN 37210
WILLIAMSON MED CTR MED. STAFF SERVICES
4321 CAROTHERS PARKWAY
FRANKLIN, TN  37067
NASHVILLE AREA HISPANIC CHAMBER OF COM.
P. O. BOX 40541
NASHVILLE, TN 37204
MIDDLE TN ELECTRIC MEMBERSHIP CORP
PO BOX 220
LEBANON, TN  37088-0220
FAMILIES MAGAZINE
P. O. BOX 729
HOPKINSVILLE, KY 42241-0729
AFTERMATH CLAIM SERVICE
1212 S NAPER BOULEVARD
NAPERVILLE, IL 60540-8360
PGBA, LLC - TRICARE REFUNDS
P. O. BOX 100279

COLUMBIA, SC 29202-3279
LAMONT, HANLEY, & ASSOCIATES, INC.
P. O. BOX 179
MANCHESTER, NH 03105
OCCUPATIONAL HEALTH CTRS OF THE SW, P.A.
CO. C/O CONCENTRA, P. O. BOX 82432
ATLANTA, GA 30354-0432
TENNESSEE FOREIGN LANGUAGE INSTITUTE
220 FRENCH LANDING DRIVE SUITE 1-B
NASHVILLE, TN 37243
H & H HEATING, AIR, & REFRIGERATION
2547 MADISON STREET
CLARKSVILLE, TN 37043
MAINE STANDARDS CO., LLC
221 US ROUTE 1
CUMBERLAND FORESIDE, ME  04110
CHRISTINA PAASCHE
3119 HOLLY POINT
CLARKSVILLE TN 37043
OAKTREE PRODUCTS, INC.
610 SPIRIT VALLEY
EAST CHESTERFIELD, MO 63005
TAMER EL-MAHDY
309 NW 18TH STREET, APT 907
ANKENY, IA 50023-4267
MID-STATE COMMUNICATIONS
504 HILLSBORO BLVD
MANCHESTER, TN 37355
DAY COMMUNICATIONS, INC.
3212 WEST END AVENUE, SUITE 201
NASHVILLE, TN  37203
ST. THOMAS HEALTH MEDIAL AFFAIRS
P. O. BOX 380
NASHVILLE, TN 37205
MONTGOMERY COUNTY TRUSTEE
P. O. BOX 1005
CLARKSVILLE, TN 37041-1005
RUTHERFORD COUNTY TRUSTEE
P.O. BOX 1316
 MURFREESBORO, TN  37133
HARRISON'S LOCK SERVICE
307 WEST MAIN STREET, SUITE H
LEBANON, TN 37087
AUDIOLOGY SYSTEMS, INC
DEPT CH 16948
PALATINE, IL 60055-6948
JENNIFER MOJICA
400 TOLL HOUSE CIRCLE

Case 3:19-bk-01971   Doc 92-1   Filed 04/24/19   Entered 04/24/19 13:19:28   Desc
Exhibit 1- Amended Creditor Matrix   Page 13 of 24

FRANKLIN TN 37064
DAY COMMUNICATIONS
2200 ROSA L PARKS BLVD
NASHVILLE, TN  37228
ATMOS ENERGY
P. O.  BOX 790311
ST. LOUIS, MO 63179-0311
CURTIS BAY ENERGY - TN
P. O. BOX 65047
BALTIMORE, TN 21264-5047
BRIDGES
935 EDGEHILL AVENUE
NASHVILLE, TN 37203
HEALTH MEGA MALL
336 36TH ST
BELLINGHAM WA 98225
CORY B. COLLIER
1505 DEMONBREUN STREET #623
NASHVILLE, TN  37203
OFFICE DEPOT, INC.
P. O. BOX 633301
CINCINNATI, OH 45263-3301
CHRISTIAN CARE MINISTRY
PO BOX 120099
WEST MELBOURNE, FL  32912
H & J REALTY
8138 MOORES LANE
BRENTWOOD, TN  37027
PROSAD KONA
522 AVENTURA DR.
MOUNT JULIET, TN 37122
BCBS OF TN, ATTN: CLAIM REFUND DEPT
1 CAMERON HILL CIRCLE, BLDG 13
CHATTANOOGA, TN 37402
PERFORMANCE BUSINESS FORMS
200 BLANTON AVENUE
NASHVILLE, TN 37210
MAISAM ALKHAFAJI
109 SHATKLATT LANE COURT
ANTIOCH, TN 37013
ESTALEE DUNCAN
216 LUCKY DR
NASHVILLE, TN 37211
KAREN BLOUNT
5582 B ZAPATA DRIVE
PEGRAM, TN  37143
COOK'S PEST CONTROL
P.O. BOX 280390

NASHVILLE, TN 37228
ROBBIE RODGERS
406 2ND AVE
MURFREESBORO TN 37130
AMERICAN PROFICIENCY INSTITUTE DEP 9526
P. O. BOX 30516
LANSING, MI 48909-8016
DCA PHARMACY
233 BEDFORD WAY
FRANKLIN, TN 37064
TIM JURISIN PLUMBING, INC.
P. O. BOX 3564
CLARKSVILLE, TN 37043-3564
CITY OF LEBANON
200 N. CASTLE HEIGHTS AVE N., SUITE 117
LEBANON, TN 37087
NEOFUNDS BY NEOPOST
P. O. BOX 30193
TAMPA, FL 33630-3193
ANGELICA P. GUZMAN
1933 FAWNS CREEK CROSSING
MT. JULIET TN 37122
BETTER BUSINESS SOLUTIONS
P.O.BOX 3549
BRENTWOOD TN 37024
EMMA, INC.
75 REMITTANCE DRIVE, SUITE 6222
CHICAGO, IL 60675-6222
WELCH ALLYN, INC. CREDIT DEPARTMENT
4341 STATE STREET ROAD
SKANEATELES FALLS, NY 13153
WILSON COUNTY TRUSTEE, JIM MAJOR
P. O. BOX 865
LEBANON, TN 37088
LISA LEWIS
1004 PEMBROOK POINT
MT. JULIET, TN 37122
CASATINA MILLER
395 BOSCA COURT
CLARKSVILLE TN 37040
SHAMEKIA CLINTON
1052 E MONICA DR
CLARKSVILLE TN 37042
ALEXANDRIA MILLER
748 SHELTON CIRCLE
CLARKSVILLE TN 37043
UNITED HEALTHCARE, ATTN: CLAIM REFUND
P. O. 209011

DALLAS, TX 75320-9011
FOUR PLUS CORPORATION C/O 511 GROUP
1850 NASHVILLE CITY CENTER
511 UNION ST NASHVILLE, TN 37219
NIC USA, INC. TN DIV C/O TN ANYTIME
P. O. BOX 504212
ST. LOUIS, MO 63150-4212
CITY OF CLARKSVILLE
ONE PUBLIC SQUARE, STE 119
CLARKSVILLE, TN 37040
AKHENIA CONERLY
296 RALEIGH DR, APT. B
CLARKSVILLE, TN 37043
GORDON N. STOWE AND ASSOCIATES, INC.
586 PALWAUKEE DRIVE
WHEELING, IL 60090
EATHERLY SERVICES
1670 CAIRO BEND ROAD
LEBANON, TN 37087
HICKS HVAC
991 BRILEY PARKWAY
NASHVILLE, TN  37217
VANKAT K REDDY, MD
P. O. BOX 331034
NASHVILLE, TN 37203-7508
KHALID ABDULKHALIG
114 GARDENIA STREET
MT. PLEASANT, TN 38474
ANDREA HULAN
812 QUEEN ANNES COURT
NOLENSVILLE, TN  37135
JIHAN SHUKRI
360 BELL ROAD, APT 303
ANTIOCH, TN 37013
CITY OF MURFREESBORO
111 W. VINE ST., 1ST FLOOR
MURFREESBORO, TN 37130
BRIDGES
935 EDGEHILL AVENUE
NASHVILLE, TN 37203
GLOVER'S LOCK SERVICE
514 KRAFT STREET
CLARKSVILLE, TN 37040
FRANKLIN COLLECTION SERVICE, INC.
P. O. BOX 3910
TUPELO, MS 38803-3910
MEGAN THOMAS
1606 SAMUEL DR

CLARKSVILLE TN 37043
TONIKA MILAN
110 E ST
CLARKSVILLE TN 37042
CADS, ATTN: PATRICIAN HANNA
1317 SUN VALLEY ROAD
CLARKSVILLE, TN 37040
TEN TIMES BETTER CORPORATION
923 OLDHAM DRIVE #851
NOLENSVILLE, TN 37135
SHONTA STEWART
606 FAIRGROUNDS CT
LEBANON, TN 37087
SHRED ON THE RUN
5904 ROBERTSON AVENUE
NASHVILLE, TN 37209
123 GETLINK
1476 LEXINGTON AVE, SUITE 1B
NEW YORK, NY 10128
ANDREA BROZEWSKI
3036 EARHEART RD
HERMITAGE, TN 37076
DONEQUA LYONS
3424 ELIZABETH JORDAN ST
NASHVILLE, TN  37209
JUNE D. BRYANT
4004 SOUTHRIDGE BLVD
MURFREESBORO TN 37128
TMC
101 GENERAL FORREST COURT
SMYRNA, TN  37167
HEALTHAMERICA PA - REFUNDS
P. O. BOX 8500-784182
PHILADELPHIA, PA 19178-4182
AETNA INSURANCE COMPANY
P. O. BOX 784836
PHILADELPHIA, PA 19178-4836
EMELINA QUINONES
3042 ACE WINTER MEYER DRIVE
LAVERGNE, TN  37086
PGBA, LLC TRICARE REFUNDS
P. O. BOX 100279
COLUMBIA, SC 29202-3279
HERBERT BARRON
121 SANDI'S LN
PALMYRA, TN  37142
LABPLUS
PO BOX 504975

ST.LOUIS MO 63150
DENISE MACLEOD
1154 OLD JEFFERSON PIKE
SMYRNA TN 37167
HOLLY MILLER
317 50TH AVENUE NORTH
NASHVILLE, TN  37209
PROIMAGE FACILITY SERVICES, LLC
15115 OLD HICKORY BOULEVARD, SUITE B
NASHVILLE, TN  37211
DEIDRA MCCULLOUGH
106 ARCHWOOD DRIVE
MADISON, TN 37115
KELLY EIGNER
310 GROSS LANE
HARTSVILLE, TN 37074
SLADJA MILEDIC
845 WINDSOR GREEN BLVD
GOODLETTSVILLE, TN 37072
REGINALD KING
P. O. BOX 150214
NASHVILLE, TN 37215
JERRY GILTZ
1000 WORTHINGTON LANE, APT 10-207
SPRING HILL, TN 37174
SHANTANIK GREEN
932 OAK MEADOW
FRANKLIN TN 37064
US HEALTHWORKS
P. O. BOX 741827
ATLANTA, GA 30374
ALISON HOPKINS
1346 SWEETWATER DRIVE
BRENTWOOD, TN 37027
FIRE SAFETY EQUIPMENT & SERVICE
4099 BERNARD RD.
JOELTON, TN 37080
LESLIE KOMULAINEN
229 CEDAR BEND CIRCLE
CLARKSVILLE TN 37043
ERIKA MONTEZ
6675 HICKORY SPRINGS DR
SAN ANTONIO TX 78249
PAULETTE POE
402 FABIAN PLACE
CLARKSVILLE, TN 37043
SAFEPOINT, LLC
1214 HUNTERS POINT PIKE, SUITE A

LEBANON, TN  37087
OFFICE DEPOT, INC.
P. O. BOX 633301
CINCINNATI, OH 45263-3301
LORIE MARSH
1984 SUGAR FLAT ROAD
LEBANON TN 37087
GERRI WHITE
2212 DEARBORN DR
NASHVILLE, TN 37214
JACLYN PEREZ
107 RUDOLPH DR
CLARKSVILLE TN 37040
PRECISION ROLLER
2102 W QUAIL AE, SUITE 1
PHOENIX AZ 85027
BETHANY WENGER
821 WOODCRAFT DR.
NASHVILLE, TN  37214
KATHLEEN WEAKLEY
1928 STREAMFIELD COURT
ANTIOCH, TN  37013
MICRO AUDIOMETRICS CORP.
655 KELLER ROAD
MURPHY, NC  28906
RICHELLE DEHARDE
3443 BINKLEY ROAD
JOELTON, TN 37080
DIANNE WALDRON TREASURER
C/O TOWN OF SMYRNA, 315 S. LOWRY STREET
SMYRNA, TN 37167
VIRGINIA O'CONNELL
705 VANVIEW DR, APT. A
LEBANON TN 37087
HARRIS, KLEIN ASSOCIATES, INC.
P. O. BOX 2087
WOODSTOCK, GA 30188
AUDIOLOGY SYSTEMS, ATTN: SCOTT BREWER
50 COMMERCE DRIVE, SUITE 180
SCHAUMBURG, IL 60173
AETNA
P. O. BOX 14079
LEXINGTON, KY 40512-4079
AMBER SAUNDERS
4121 SHACKLETT RD
MURFREESBORO, TN 37129
ANA CORDERO
100 VERNON TRAYLOR DR

SMYRNA TN 37167
AMANDA GREENE
3617 HUNTINGBORO TRAIL
ANTIOCH, TN 37013
LEIGHANN BRINKLEY
901 NORTHERN DANCE LANE
ELGIN, SC 29045
CIGNA HEALTHCARE & LIFE INSURANCE CO.
P. O. BOX 182223
CHATTANOOGA, TN 37422-7223
JENNIFER WATSON
143 HENDON MEMORIAL RD
SHELBYVILLE, TN 37160
GREENSBORO SERVICE CENTER
P. O. BOX 740800
ATLANTA, GA 30374-0800
ICG LINK, INC.
7003 CHADWICK DRIVE, SUITE 111
BRENTWOOD, TN 37027
CLARKSVILLE DEPT OF ELECTRICITY
PO BOX 31449
CLARKSVILLE, TN  37040-0025
COMMISSIONER OF FINANCE – R. SPRINGER
200 CASTLE HEIGHTS AVENUE N
LEBANON, TN 37087
SPRING HILL CITY HALL
P. O. BOX 789
SPRING HILL, TN 37174
WINDSTREAM COMMUNICATIONS
P.O. BOX 9001950
LOUISVILLE, KY 40290-1950
AMANDA BURLISON
407 ROLLINGWOOD CROSSING
LEBANON TN 37087
CRYSTAL VANN
1444 PRIMM ROAD
ASHLAND CITY, TN 37015
JASMINE GIBSON
1622 BRENTRIDGE CIR
ANTIOCH, TN 37013
SCHATONEA NEWBY
255 CATHY JO DR
NASHVILLE, TN 37211
TE'AIRRA GUINN
499 SWISS AVE, APT 116A
NASHVILLE TN 37211
ZARAH KNIGHT
1519 HWY 49 E

ASHLAND CITY, TN 37015
MHBP FEDERAL EMPLOYEES HEALTH BENEFITS
P. O. BOX 8402
LONDON, KY 40742
HEALTHSCOPE BENEFITS
27 CORPORATE HILL DRIVE
LITTLE ROCK, AR 72205
CITY OF MT. JULIET
2425 N. MT. JULIET ROAD
MT. JULIET, TN 37122
ANGELA FRAZIER
13859 CAINSVILLE RD
LEBANON, TN 37090
AT&T
P.O. BOX 105068
ATLANTA, GA 30348-5068
AUTISM SPEAKS
900 CIRCLE 75 PKWY STE 445
ATLANTA, GA 30339
BERKSHIRE HATHAWAY GUARD INS COMPANY
P.O. BOX 785570
PHILADELPHIA, PA 19178-5570
BLUECROSS BLUESHIELD OF TN
P.O. BOX 6539
CAROL STREAM, IL 60197-6539
C12 GROUP, MUSIC CITY
2000 MALLORY LN, STE 130-56
FRANKLIN, TN 37067
CDS BUSINESS SERVICES, INC.
1981 MARCUS AVE, SUITE 130
LAKE SUCCESS, NY 11042
CLEAN IT SUPPLY
2212 DEARBORN DR.
NASHVILLE, TN 37214
CLIA LABORATORY PROGRAM
P.O. BOX 3056
PORTLAND, OR 97208-3056
CONCENTRA
P.O. BOX 82432
ATLANTA, GA 30354-0432
CRISTA FEDORA
7201 CHARLOTTE PIKE #203
NASHVILLE, TN 37209
CUBESMART
1058 MURFREESBORO RD.
NASHVILLE, TN 37217
CUSHMAN & WAKEFIELD/HCA
P.O. BOX 281166

ATLANTA, GA 30384
CYNTHIA E. COLLINS
2612 POLO COURT
NASHVILLE, TN 37211
LEAP SOLUTIONS
213 W MAPLEWOOD LN, STE 350
NASHVILLE, TN 37207
FREELAND REALTY 4 LLC
5333 HICKORY HOLLOW PKWY
ANTIOCH, TN 37013
GO FISH
6297 N NEW HOPE RD
HERMITAGE, TN 37076
GORDON N. STOWE & ASSOCIATES, INC.
586 PALWAUKEE DR.
WHEELING, IL 60090
GUARDIAN
P.O. BOX 677458
DALLAS, TX 75267-7458
HANOVER INSURANCE GROUP
P.O. BOX 580045
CHARLOTTE, NC 28258-0045
HARRIS FAMILY PHARMACY
1157 FORT CAMPBELL BLVD
CLARKSVILLE, TN 37042
JONATHAN GARCIA
1017 TOWNLEY DR.
MADISON, TN 37115
KOFI ASARE-BAWUAH
1225 PLUMERIA PL
NOLENSVILLE, TN 37135
LONGWELL CLEANING SERVICES
2274 HIGH MEADOW DRIVE
MURFREESBORO, TN 37129
MEDSAFE TOTAL COMPLIANCE SOLUTIONS, INC.
27 MICA LANE, SUITE 208
WELLESLEY HILLS, MA 02481
METROPOLITAN TRUSTEE
P.O. BOX 196300
NASHVILLE, TN 37219-6300
NOVARTIS VACCINES & DIAGNOSTICS INC.
4645 S. LAKESHORE DRIVE #11
TEMPE, AZ 85282-7152
OTOMETRICS
P.O. BOX 200980
PITTSBURGH, PA 15251-0980
PEAK 10, INC.
P.O. BOX 536933

ATLANTA, GA 30353-6933
PERRY CARLSON
5091 PINE HILL RD
NASHVILLE, TN 37221
PITNEY BOWES PURCHASE POWER
21210 ERWIN ST
WOODLAND HILLS, CA 91367
PSS PHYSICIAN SALES & SERVICE, INC.
4105 ROYAL DR, STE 600
KENNESAW, GA 30144
RECALL TOTAL INFORMATION MANAGEMENT
015295 COLLECTIONS CENTER DR
CHICAGO, IL 60693
RICHARDS & RICHARDS
P.O. BOX 17070
NASHVILLE, TN 37217
ST. THOMAS MEDICAL STAFF FUND
4220 HARDING ROAD
NASHVILLE, TN 37205
STAPLES ADVANTAGE
7525 W. CAMPUS RD.
NEW ALBANY, OH 43054
STATE FARM INSURANCE COMPANIES
P.O. BOX 588002
NORTH METRO, GA 30029-8002
STORAGE SOLUTIONS
2876 OLD FORT PARKWAY
MURFREESBORO, TN 37128
TATANISHA SMITH MD
1412 BRENTWOOD TERRACE
NASHVILLE, TN 37211
TENNESSEE ANYTIME
NIC USA INC., P.O. BOX 504212
ST. LOUIS, MO 63150-4212
TENNESSEE MECHANICAL CORP.
TMC 101 GENERAL FORREST COURT
SMYRNA, TN 37167
TINA MANSHADI
2600 HILLSBORO PK, UNIT 132
NASHVILLE, TN 37212
TOWN OF SMYRNA
315 S. LOWRY ST.
SMYRNA, TN 37167
WALGREENS
1419 LAKE COOK RD., MS #L390
DEERFIELD, IL 60015
EQUINOX COMMUNICATIONS
P.O. BOX 2607

```
BRENTWOOD, TN 37024
JENNIFER STRICKLAND
1204 HARTFIELD CT
ANTIOCH, TN 37013


33122143 v1      20
33122143 v1
```