Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:19–bk–01971
Chapter 11
Judge Randal S Mashburn

In Re:
   Capstone Pediatrics, PLLC
   1420 Donelson Pike Suite B17
   Nashville, TN 37217

Social Security No.

Employer's Tax I.D. No.
   46–3431552

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 5/14/19 at 09:00 AM

to consider and act upon the following:

*91* – Debtor's Motion to Appoint Patient Care Ombudsman is Not Necessary (Attachments: # 1 Proposed Order # 2 Exhibit A– Declaration of Griffieth and Toler) Certificate of Service mailed on 4/24/2019. Filed on the behalf of: Debtor Capstone Pediatrics, PLLC. (HOUSTON, DAVID)


Dated: 4/24/19                                        /s/ TERESA C. AZAN
                                                                              Acting Clerk, U.S. Bankruptcy Court