# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 3:19-01971 |
| Capstone Pediatrics, PLLC, | ) | |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the *Motion of HealthSpring Life and Health Insurance Company, Inc. for Relief from the Automatic Stay as Necessary to Permit Termination of a Certain Service Agreement* [D.I. 96] ("Motion"), the Court having reviewed the Motion and any responses thereto, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The automatic stay under 11 U.S.C. § 362(a) is hereby modified to the extent necessary to allow the Service Agreement[1] to terminate as of 12:01 a.m., May 1, 2019.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

---

[1] As defined in the Motion.

APPROVED FOR ENTRY:

/s/B. Anthony Saunders
B. Anthony Saunders
WYATT TARRANT & COMBS LLP
333 Commerce Street
Suite 1400
Nashville, TN 37201
Telephone: (615) 251-6670
Facsimile: (615) 256-1726
Email: tsaunders@wyattfirm.com

    and

/s/ Jeffrey C. Wisler
(DE Bar No. 2795)
CONNOLLY GALLAGHER, LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19081
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com

Counsel for HealthSpring Life and Health Insurance Company, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 1, 2019, a copy of the foregoing document was transmitted electronically to the parties consenting to electronic service in this case through the ECF system maintained by the United State Bankruptcy Court for the Middle District of Tennessee.

                                  /s/ B. Anthony Saunders
                                  B. Anthony Saunders

#05458690