# Capstone Pediatrics - 13 Week Cash Flow Fcst

| Weeks | Pre-Petition | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | w/e 3/29 forecast | w/e 4/5 forecast | w/e 4/12 forecast | w/e 4/19 forecast | w/e 4/26 forecast | w/e 5/3 forecast | w/e 5/10 forecast | w/e 5/17 forecast | w/e 5/24 forecast | w/e 5/31 forecast | w/e 6/7 forecast | w/e 6/14 forecast | w/e 6/21 forecast | w/e 6/28 forecast |
| **Beginning Cash Balance** | $ - | $ 90,177 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Receipts:** | | | | | | | | | | | | | | |
| AMG | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 | 13,590 |
| BC | 28,280 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 | 22,047 |
| UHC | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 | 13,382 |
| Other Claims | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 |
| Collection on Denials | - | - | - | - | - | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| PCMH | 29,718 | - | - | - | 55,482 | 29,026 | - | - | 55,482 | 29,026 | - | - | 55,482 | 29,026 |
| **TOTAL COLLECTIONS** | 90,177 | 54,227 | 54,227 | 54,227 | 109,709 | 83,253 | 64,227 | 64,227 | 119,709 | 93,253 | 64,227 | 64,227 | 119,709 | 93,253 |
| **Disbursements:** | | | | | | | | | | | | | | |
| Medical Supplies & Vaccines | - | (14,891) | (7,945) | (6,945) | (7,945) | (6,945) | (7,945) | (6,945) | (7,945) | (6,945) | (7,945) | (6,945) | (7,945) | (6,945) |
| Payroll | - | (368,946) | (37,000) | (97,000) | (37,000) | (97,000) | (37,000) | (97,000) | (37,000) | (97,000) | (37,000) | (97,000) | (37,000) | (97,000) |
| Occupancy | - | (38,413) | (3,851) | (3,851) | (3,851) | (34,562) | (3,851) | (3,851) | (3,851) | (3,851) | (34,562) | (3,851) | (3,851) | (3,851) |
| Equipment & Repairs | - | (3,442) | (1,721) | (1,721) | (2,059) | (1,721) | (1,721) | (1,721) | (1,721) | (2,059) | (1,721) | (1,721) | (1,721) | (2,059) |
| Insurance | - | (4,735) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) | (2,367) |
| General Expenses | - | (21,949) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) | (10,974) |
| Legal / Professional fees | - | - | (53,750) | - | (53,750) | (25,000) | (48,250) | - | (48,250) | - | (48,250) | - | (48,250) | - |
| DIP Costs | - | (20,000) | - | - | - | (8,481) | - | - | - | - | (12,877) | - | - | - |
| US Trustee fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection | - | (10,000) | - | - | - | (10,000) | - | - | - | - | (10,000) | - | - | - |
| Other | - | - | - | (958) | (7,794) | (479) | (479) | (479) | (479) | (7,794) | (479) | (479) | (479) | (7,794) |
| **Total Disbursements** | - | (482,375) | (117,608) | (123,816) | (125,740) | (197,530) | (112,587) | (123,337) | (112,587) | (130,990) | (166,175) | (123,337) | (112,587) | (130,990) |
| **Change in Cash** | 90,177 | (428,148) | (63,381) | (69,589) | (16,031) | (114,277) | (48,360) | (59,110) | 7,122 | (37,737) | (101,948) | (59,110) | 7,122 | (37,737) |