```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                              Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3    User: jlm5452    Page 1 of 1    Date Rcvd: May 15, 2019
                      Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.
db        +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:
           BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com
           DANIEL HAYS PURYEAR   on behalf of Creditor   Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
           DANIEL HAYS PURYEAR   on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
           DAVID W HOUSTON, IV   on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com
           EMILY CAMPBELL TAUBE   on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;cnolan@burr.com
           JOSHUA L BURGENER   on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
           MATTHEW RYAN GASKE   on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
           MICHAEL G ABELOW   on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com, scamp@srvhlaw.com
           MICHAEL G ABELOW   on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com, scamp@srvhlaw.com
           NATALIE M. COX   on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
           RYAN K COCHRAN   on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
           SEAN CHARLES KIRK   on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
           THOMAS WORMOUTH SHUMATE, IV   on behalf of Creditor   Meridian Law, PLLC tom.shumate@meridianlawpllc.com
           US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
           WARD W BENSON   on behalf of Creditor   United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
           WILLIAM L NORTON, III   on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                                                                            TOTAL: 16

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 5/14/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Mashburn |
| Debtor. ) | |

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER DETERMINING THAT THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN IS NOT NECESSARY

On May 14, 2019, a hearing was conducted on the Debtor's *Motion for entry of an Order Determining that The Appointment of an Ombudsman is Not Necessary* (Docket No. 91) (the "Motion"). The Court, having reviewed the Motion and having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest, in is hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. Notice of the Motion was served in accordance with all applicable rules. No objections were filed in opposition to the Motion.

3. The Court has determined that the appointment of an Ombudsman is not necessary to protect patients under the specific facts of this case.

IT IS SO ORDERED

*This Order was signed and entered electronically as indicated at the top of the first page.*

33252369 v1

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

33252369 v1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.