# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING SECOND AMENDED DECLARATION

Please take notice that Capstone Pediatrics, PLLC (the "Debtor") has submitted the *Second Amended Declaration of David W. Houston, IV in Support of Debtor's Application for Entry of an Order Authorizing Retention and Employment of Burr & Forman LLP as Counsel to Debtor, Nunc Pro Tunc to the Petition Date* (Doc. No. 82).

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

## **CERTIFICATE OF SERVICE**

On May 23, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)