```
                       United States Bankruptcy Court
                        Middle District of Tennessee
```

In re:                                                              Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                           Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: bmp2450              Page 1 of 1              Date Rcvd: May 22, 2019
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance
               Company, Inc. tsaunders@wyattfirm.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com,  paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com,  paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;cnolan@burr.com
              JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
               dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
              MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
               scamp@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com,  scamp@srvhlaw.com
              NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
              RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
              THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC
               tom.shumate@meridianlawpllc.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov
              WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com
                                                                                             TOTAL: 16

_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/22/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 3:19-01971 |
| Capstone Pediatrics, PLLC, | ) | |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | |

## AGREED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Before this Court is the *Motion of HealthSpring Life and Health Insurance Company, Inc. for Relief from the Automatic Stay as Necessary to Permit Termination of a Certain Service Agreement* [D.I. 96] ("Motion"). In connection with the Motion:

1. HealthSpring Life and Health Insurance Company, Inc. ("HealthSpring") represents that it is a party to a certain *Multi-Specialty Physician Group Service Agreement* dated as of May 1, 2011, including any schedules and amendments thereto ("Service Agreement"), and that the counterparty listed on the Service Agreement is Centennial Pediatrics, P.C.

2. HealthSpring seeks to terminate the Service Agreement as of as of 12:01 a.m., May 1, 2019, and seeks relief from the automatic stay under 11 U.S.C. § 362(a) to the extent necessary to allow the Service Agreement to terminate.

3. Debtor represents that the Service Agreement is between HealthSpring and Centennial Pediatrics, PLLC.

33511411 v1

4. Debtor represents that Debtor did not at any time assume the Service Agreement, or any of the obligations or benefits of Centennial Pediatrics, PLLC, thereunder, and Debtor is not currently, nor has it ever been, a party to or beneficiary of the Service Agreement.

5. Accordingly, Debtor does not believe the Service Agreement is in any way affected by the stay in this matter or that this Motion is even necessary, and does not oppose the termination of the Service Agreement between HealthSpring and Centennial Pediatrics, PLLC.

Accordingly, based upon the joint submission of this form of order by counsel for the Debtor and for HealthSpring, and their respective signatures below, the Court having reviewed the Motion, and finding good cause therefor,

IT IS HEREBY ORDERED THAT the automatic stay under 11 U.S.C. § 362(a) is hereby modified (if and to the extent necessary) to allow the Service Agreement to terminate as of 12:01 a.m., May 1, 2019.

IT IS SO ORDERED.

*This Order was signed and entered electronically as indicated at the top of the first page.*


**APPROVED FOR ENTRY:**

/s/ B. Anthony Saunders
B. Anthony Saunders
WYATT TARRANT & COMBS LLP
333 Commerce Street
Suite 1400
Nashville, TN 37201
Telephone: (615) 251-6670
Facsimile: (615) 256-1726
Email: tsaunders@wyattfirm.com

and

/s/ Jeffrey C. Wisler
Jeffrey C. Wilser (DE Bar No. 2795)
CONNOLLY GALLAGHER, LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19081
Telephone: (302) 757-7300
Facsimile: (302) 658-03810
Email: jwisler@connollygallagher.com

*Counsel for HealthSpring Life and Health Insurance Company, Inc.*

/s/ Emily C. Taube
David W. Houston, IV (20802)
Emily C. Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
etaube@burr.com
dhouston@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

/

#05463026

33511411 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971   Doc 118   Filed 05/24/19   Entered 05/25/19 00:07:38   Desc
Imaged Certificate of Notice    Page 4 of 4