IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
Capstone Pediatrics, PLLC, ) Case No. 3:19-bk-01971
)
Debtor(s) )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned, Dalton M. Mounger, states that he is the attorney for A-Z Office Resource, Inc., a creditor in the captioned matter, and enters his appearance as attorney of record and requests notice of all motions and pleadings filed in this action.

Respectfully submitted,

_____
Dalton M. Mounger, BPR #12447
808 South High Street
P.O. Box 1468
Columbia, TN 38402-1468
Phone – (931) 380-9005
Fax – (931) 380-9458
dmounger@moungermolder.com

*Attorney for A-Z Office Resource, Inc.*

### Certificate of Service

I, Dalton M. Mounger, hereby certify that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's electronic filing system to all parties and counsel of record this 28th day of May, 2019.

_____
Dalton M. Mounger

dg/A-Z Office Resource/Collections/
Capstone Pediatrics/Notice of Appearance

Case 3:19-bk-01971   Doc 120   Filed 05/28/19   Entered 05/28/19 15:58:20   Desc Main
Document      Page 1 of 1