IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:19-bk-01971** |
| **CAPSTONE PEDIATRICS, PLLC** ) | **Chapter 11** |
| ) | **Judge Mashburn** |
| Debtor. ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

The undersigned, Gregory S. Reynolds, of Riley Warnock & Jacobson, PLC, hereby enters Appearance as counsel for SNH Medical Office Properties Trust.

The undersigned hereby requests that he be added to the mailing matrix and/or any list of creditors requesting notices and that copies of all notices and orders in this case be sent either electronically or by U.S. Mail to the following address:

Gregory S. Reynolds
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700 (Telephone)
(615) 320-3737 (Facsimile)
greynolds@rwjplc.com

**DATED** this ____ day of June, 2019.

Respectfully submitted,

s/ Gregory S. Reynolds
Gregory S. Reynolds
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 (Telephone)
Email: greynolds@rwjplc.com

*Counsel for SNH Medical Office Properties Trust*