# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING AMENDED STATEMENT OF FINANCIAL AFFAIRS

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, and hereby gives notice of filing its Amended Statement of Financial Affairs, amended to add the following Legal action not included in the original filing at Docket No. 88:

7.15 Lavon House v. Capstone, Case No. 18C1014

The Amended Statement of Financial Affairs is attached hereto as Exhibit 1.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On June 26, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)