**Fill in this information to identify the case:**

Debtor name _____ CAPSTONE PEDIATRICS, PLLC _____

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Tennessee _____
(State)

Case number (If known): _____ 3:19-bk-01971 _____

☑ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☑ Other Gross Receipts | $ 1,620,986 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☐ Operating a business<br>☑ Other Gross Receipts | $ 14,647,930 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☐ Operating a business<br>☑ Other Gross Receipts | $ 22,817,640 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Listing Exhibit SOFA 3 | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | _____ | | ❑ Unsecured loan repayments |
| | Street | _____ | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City    State    ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | _____ | | ❑ Unsecured loan repayments |
| | Street | _____ | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City    State    ZIP Code | _____ | | ❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | _____ | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | |
| | City    State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | _____ | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | |
| | City    State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City State ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case   et off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Capstone Pediatrics v. Equinox | Dispute over telecommunications services | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| **Case number** | | | ☑ Concluded |
| | | City State ZIP Code | |
| **Case title** | | **Court or agency's name and address** | |
| 7.2. EDH Gateway v. Capstone Pediatrics | Deliquent Rent | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| **Case number** | | | ☑ Concluded |
| | | City State ZIP Code | |

| Part 3a: | Legal Actions or Assignments |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

**Case title**

7.1. (See Above) _____ _____ _____
Name
☐ Pending
☐ On appeal
☐ Concluded

**Case number**
Street
_____
City          State          ZIP Code

**Case title**                     **Court or agency's name and address**          ☐ Pending

7.2. (See Above) _____ _____ _____
Name
☐ On appeal
☐ Concluded

**Case number**
Street
_____

**Case title**

7.3. Hamilton – Young v. Capstone     Deliquent Rent     _____
Name
☐ Pending
☐ On appeal
■ Concluded

**Case number**
Street
_____
City          State          ZIP Code

**Case title**

7.4. CAM Realty v. Capstone Pediatrics     Deliquent Rent     _____
Name
☐ Pending
☐ On appeal
■ Concluded

**Case number**
Street
_____
City          State          ZIP Code

**Case title**

7.5. VIII-FS v. Capstone Pediatrics     Delinquent Rent     _____
Name
■ Pending
☐ On appeal
☐ Concluded

**Case number**
Street
_____
City          State          ZIP Code

**Case title**

7.6. Linda Morrow v. Capstone     Dispute over PTO pmt     _____
Name
☐ Pending
☐ On appeal
■ Concluded

**Case number**
Street
_____
City          State          ZIP Code

**Case title**

7.7. Nancy Lara v. Capstone     Discrimination claim     _____
■ Pending

Name

**Name**

☐ On appeal

**Street**

☐ Concluded

_____

**Case number**

_____

**City**          State          ZIP Code

**Case title**

7.8.   United Healthcare          Delinquent benefit pmt          _____

■ Pending
**Name**
☐ On appeal

**Case number**

**Street**

☐ Concluded

_____

_____

**City**          State          ZIP Code

**Case title**

7.9.   Novagen v.  Capstone          Dispute over payment          _____

■ Pending
**Name**
☐ On appeal

**Case number**

**Street**

☐ Concluded

_____

_____

**City**          State          ZIP Code

**Case title**

7.10.  Ortho Clinical v. Capstone          Dispute over contract          _____

■ Pending
**Name**
☐ On appeal

**Case number**

**Street**

☐ Concluded

_____

_____

**City**          State          ZIP Code

**Case title**

7.11.  ARHC GMCLKTN01 v. Capstone          Delinquent Rent          _____

■ Pending
**Name**
☐ On appeal

**Case number**

**Street**

☐ Concluded

_____

_____

**City**          State          ZIP Code

**Case title**

7.12.  SL Management v. Capstone          Delinquent Rent          _____

■ Pending
**Name**
☐ On appeal

**Case number**

**Street**

☐ Concluded

_____

_____

**City**          State          ZIP Code

**Case title**

7.13.  Newtek v. Capstone          Dispute over payment          _____

■ Pending
**Name**
☐ On appeal

**Case number**

**Street**

☐ Concluded

_____

_____

**City**          State          ZIP Code

**Case title**

7.14.  CDS Business Services v. Capstone          Dispute over payment          _____

■ Pending

CAPSTONE PEDIATRICS, PLLC

3:19-bk-01971

Name

Case number (if known)

Name

☐ On appeal

**Case number**

Street

☐ Concluded

City                State            ZIP Code

**Case title**

7.15.    Lavon House v. Capstone            Dispute over infant death        ■ Pending

Name                                        ☐ On appeal

**Case number**

Street                                      ☐ Concluded

18C1014

City            State            ZIP Code

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City          State          ZIP Code | | City          State          ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Burr & Forman LLP | | 03/22/2019 | $ 25,000 |
| | **Address** | | | |
| | Street 222 Second Ave S, suite 2000 | | | |
| | Nashville          TN          37201 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | www.burr.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | CDS Business Services, Inc. via loan to Capstone | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Chiron Financial | | 03/21/2019 | $ 11,250 |
| | **Address** | | | |
| | Street 1301 Mckinney Street, Suite 2800 | | | |
| | Houston          TX          77010 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | www.chironfinance.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
|  | **Address** | _____ |  |  |
|  | _____<br>Street |  |  |  |
|  | _____<br>City        State      ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |
|  | _____ |  |  |  |
| 13.2. | Who received transfer?<br>_____ | Pre-petition retainer<br>_____<br>_____ | _____ | $ _____ |
|  | **Address** |  |  |  |
|  | _____<br>Street |  |  |  |
|  | _____<br>City        State      ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |
|  | _____ |  |  |  |

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|  | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Attached Listing Exhibit SOFA 14<br>Street<br><br>_____<br>City          State          ZIP Code | From _____ To _____ |
| 14.2. | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Clarksville<br>*Facility name*<br>647 Dunlop Lane Suite 102<br>*Street* | Pediatric primary care with services such as asthma treatment and general well visits | N/A |

| | Clarksville    TN    37040<br>*City*    *State*    *ZIP Code* | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>EHR systems with PracticeSuite | **How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |
|---|---|---|---|

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Southern Hills<br>*Facility name*<br>4247 Harding Place<br>*Street* | Pediatric primary care with services such as asthma treatment and general well visits | |

| | Nashville    TN    37217<br>*City*    *State*    *ZIP Code* | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>EHR systems with PracticeSuite | **How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |
|---|---|---|---|

** See SOFA 3 Exhibit for additional Facility 15.3 information **

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. ___Patient Medical Records___

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Capstone Pediatrics, PLLC 401(k) Plan | EIN: 4 6 – 3 4 3 1 5 5 2 |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

Case 3:19-bk-01971   Doc 123-1   Filed 06/26/19   Entered 06/26/19 14:08:53   Desc
Amended SOFA   Page 10 of 28

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name Bank of America<br>Street 222 2nd Ave S, suite 2440<br>Nashville  TN  37201<br>City  State  ZIP Code | XXXX–4 2 9 6 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/27/2018 | $ 0.00 |
| 18.2. | Name Bank of America<br>Street 222 2nd Ave S, suite 2440<br>Nashville  TN  37201<br>City  State  ZIP Code | XXXX–4 3 0 6 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/27/2018 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | _____ _____ _____ <br>**Address** | _____ _____ _____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name Cubesmart<br>Street 1058 Murfreesboro Rd<br>Nashville  TN  37217<br>City  State  ZIP Code | Jay Garcia<br>_____<br>_____<br>**Address** | Furniture, computer equipment, medical exam tables | ☐ No<br>☑ Yes |

Debtor _____          Case number (if known)_____
      Name

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____<br>Name | _____ | _____ | |
| _____<br>Street | _____ | _____ | |
| _____<br>City    State    ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | _____<br>Name | _____ | ☐ On appeal |
| _____ | _____<br>Street | _____ | ☐ Concluded |
| | _____<br>City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____<br>Name | _____<br>Name | _____ | |
| _____<br>Street | _____<br>Street | _____ | |
| _____<br>City    State    ZIP Code | _____<br>City    State    ZIP Code | | |

---

Case 3:19-bk-01971   Doc 123-1   Filed 06/26/19   Entered 06/26/19 14:08:53   Desc
Amended SOFA   Page 12 of 28

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____ To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____ To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____ To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ 02/2014  To _____ 02/2019 |
| Name<br>Thomas Okokhere | |
| Street<br>1420 Donelson Pike Suite B17 | |
| Nashville                    TN                    37217 | |
| City                              State                ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ 11/2013  To _____ Current |
| Name<br>Lynda Sanders | |
| Street<br>1420 Donelson Pike Suite B17 | |
| Nashville                    TN                    37217 | |
| City                              State                ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ 01/2014  To _____ 10/2018 |
| Name<br>Hoskins & Company | |
| Street<br>1900 Church St Suite 200 | |
| Nashville                    TN                    37203 | |
| City                              State                ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____  To _____ |
| Name | |
| Street | |
| City                              State                ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name<br>Lynda Sanders | |
| Street<br>1420 Donelson Pike Suite B17 | |
| Nashville                    TN                    37217 | |
| City                              State                ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name _____ | _____ |
| Street _____ | _____ |
| City _____ State _____ ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.** |
| Name |
| CDS Business Services, Inc. |
| Street |
| 1981 Marcus Ave., Suite 130 |
| Lake Success    NY    11042 |
| City    State    ZIP Code |

| Name and address |
|---|
| **26d.2.** |
| Name |
| Newtek Small Business Finance |
| Street |
| P.O. Box 297 |
| Laurel    NY    11948 |
| City    State    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Office Lead - Each Location | 12/31/2018 | $ 23,778.62 - Cost Basis - Medical Supplies |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** |
| Name |
| Thomas Okokhere |
| Street |
| 1420 Donelson Pike Suite B17 |
| Nashville    TN    37217 |
| City    State    ZIP Code |

Debtor _____ Case number *(if known)* _____

Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Clinical Lead - Each Location | 12/31/2018 | $ 3,159.83 - Cost Basis - Vaccine Supplies |

**Name and address of the person who has possession of inventory records**

27.2. _____

Name
Thomas Okokhere

_____
Street
1420 Donelson Pike Suite B17

| Nashville | | TN | 37217 |
|---|---|---|---|
| City | | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary G. Griffieth | 9045 Keats Street, Franklin TN, 37064 | CEO | 50% |
| Winnie R. Toler | 1221 Kilrush Dr, Franklin TN, 37069 | COO | 50% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached Listing Exhibit SOFA 30 | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |

| | **Name and address of recipient** | | _____ | _____ | _____ |
|---|---|---|---|---|---|
| 30.2 | | | | _____ | |
| | Name | | | | |
| | Street | | | _____ | |
| | | | | | |
| | City                    State              ZIP Code | | | _____ | |
| | **Relationship to debtor** | | | _____ | |
| | | | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/06/2019 ___
MM / DD / YYYY

✖ /s/ Winnie Toler                          Printed name   Winnie Toler

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Operating Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

# Capstone Pediatrics PLLC Chapter 11
## Check Detail
January 1 through March 28, 2019

| Num | Date | Name | | Original Amount |
|-----|------|------|---|-----------------|
| Wir01022019 | 01/02/2019 | Awaz Mustafa | $ | 934.82 |
| Trf01022019 | 01/02/2019 | Lindsey Toler ~ | $ | 850.00 |
| 5086 | 01/03/2019 | VOYA Service Center | $ | 2,537.37 |
| TRF01032019 | 01/03/2019 | Gerri White ~ | $ | 2,081.02 |
| 5085 | 01/03/2019 | MetLife | $ | 1,521.74 |
| TRF010319 | 01/03/2019 | Fatoumata Kanteh ~ | $ | 1,065.05 |
| MandS010419 | 01/04/2019 | M And S Holdings | $ | 10,000.00 |
| ADMIN010419 | 01/04/2019 | SL Management Group TN LLC [Admin] | $ | 5,000.00 |
| WRTF010421 | 01/04/2019 | Roderick Bahner | $ | 4,216.90 |
| WRTF010422 | 01/04/2019 | Itaty Flores ~ | $ | 3,270.42 |
| WRTF010419 | 01/04/2019 | Sandra N. Rivera ~ | $ | 2,951.37 |
| 5120 | 01/04/2019 | Erica Omondi | $ | 2,850.72 |
| WRTF010419 | 01/04/2019 | Jonathan Garcia ~ | $ | 2,562.91 |
| HS01042019 | 01/04/2019 | Henry Schein | $ | 2,500.00 |
| 5115 | 01/04/2019 | Gerri White ~ | $ | 2,071.94 |
| GRDN010419 | 01/04/2019 | Guardian | $ | 1,969.03 |
| TRF010419 | 01/04/2019 | Winnie Toler ~ | $ | 1,500.00 |
| TRF010419 | 01/04/2019 | Kathy S. Griffieth | $ | 1,204.00 |
| wrt01042019 | 01/04/2019 | Karisa Rojo | $ | 588.13 |
| AVF010419 | 01/04/2019 | Advance Financial | $ | 100.00 |
| WireTrf | 01/07/2019 | Lindsey Toler ~ | $ | 2,489.27 |
| SFECLN0107 | 01/07/2019 | Safe Clean | $ | 2,000.00 |
| WireTrf | 01/07/2019 | Elisabeth Beale Radish | $ | 1,500.00 |
| CBSMRT0107 | 01/07/2019 | CubeSmart Mboro Rd | $ | 1,429.01 |
| TRF010719 | 01/07/2019 | Ana Martinez Rosales ~ | $ | 1,085.00 |
| Ckcrd010719 | 01/07/2019 | Checksmart | $ | 917.23 |
| AVF010719 | 01/07/2019 | Advance Financial | $ | 793.26 |
| CkCrd010719 | 01/07/2019 | Advance Financial | $ | 793.26 |
| AF01072019 | 01/07/2019 | Advance Financial | $ | 793.26 |
| Bragg010719 | 01/07/2019 | Regina Bragg | $ | 743.00 |
| CLIA010719 | 01/07/2019 | CLIA Laboratory Program | $ | 200.00 |
| wire tr0107 | 01/07/2019 | Brooklyn Cundall | $ | 20.00 |
| BnkFees | 01/08/2019 | Bank of America | $ | 5.00 |
| CCFee010919 | 01/09/2019 | Bank of America | $ | 895.56 |
| CLIA010919 | 01/09/2019 | CLIA Laboratory Program | $ | 150.00 |
| CCFee010920 | 01/09/2019 | Plug and Play | $ | 18.39 |
| HS01102019 | 01/10/2019 | Henry Schein | $ | 2,500.00 |
| CapOne0110 | 01/10/2019 | Kathy S. Griffieth | $ | 600.00 |
| MandS011119 | 01/11/2019 | M And S Holdings | $ | 10,000.00 |
| SM011119 | 01/11/2019 | Four Plus Corporation | $ | 7,152.65 |
| CVL011119 | 01/11/2019 | ARHC GMCLKTN01, LLC | $ | 5,000.00 |
| WRTF011119 | 01/11/2019 | Chad S. Boomershine, MD | $ | 5,000.00 |
| Wrtf011119 | 01/11/2019 | Josue Najera ~ | $ | 500.00 |
| xfr011119 | 01/11/2019 | Amber Pena | $ | 425.00 |
| xf011119 | 01/11/2019 | Libny Padilla | $ | 250.00 |
| 5087 | 01/14/2019 | Hartmann Central, LLC | $ | 2,020.00 |
| TRF01042020 | 01/14/2019 | Rachel Katchmar | $ | 1,461.13 |
| Bragg010720 | 01/14/2019 | Lizbeth Cruz | $ | 1,004.22 |
| CKCRD0114 | 01/14/2019 | La Rancherita | $ | 995.00 |
| HS01142019 | 01/14/2019 | Henry Schein | $ | 500.00 |
| LB01152019 | 01/15/2019 | Hartmann Central, LLC | $ | 9,337.99 |
| Bank Fees | 01/15/2019 | Bank of America | $ | 8,646.35 |
| MTRO011519 | 01/15/2019 | Property Management Associates of WNY, In | $ | 5,000.00 |
| 5092 | 01/15/2019 | Erica Omondi | $ | 2,850.73 |
| 5091 | 01/15/2019 | Sarah Holliday | $ | 2,561.68 |
| 5090 | 01/15/2019 | Marina Samaan | $ | 2,542.11 |
| 5089 | 01/15/2019 | Jojy Job | $ | 2,426.54 |

| 5088 | 01/15/2019 | Lucy Martin | $ | 2,411.57 |
|---|---|---|---|---|
| TRF01152019 | 01/15/2019 | Regina Bragg | $ | 2,022.11 |
| TRF011519 | 01/15/2019 | Arlen Moya Aznar | $ | 1,642.68 |
| TRF011519 | 01/15/2019 | Michelle Brown ~ | $ | 1,204.98 |
| Wire011519 | 01/15/2019 | Ana Martinez Rosales ~ | $ | 1,059.77 |
| CKCRD011519 | 01/15/2019 | Advance Financial | $ | 631.12 |
| GRDN010420 | 01/16/2019 | Guardian | $ | 1,992.25 |
| Trf011619 | 01/16/2019 | Jonathan Garcia ~ | $ | 63.32 |
| 5093 | 01/16/2019 | Clerk and Master Davidson County | $ | 14.00 |
| WRTRF013120 | 01/17/2019 | Winnie Toler ~ | $ | 6,010.29 |
| WRTF01719 | 01/17/2019 | Sandra N. Rivera ~ | $ | 2,567.76 |
| CLIA011719 | 01/17/2019 | CLIA Laboratory Program | $ | 150.00 |
| MTRO011819 | 01/18/2019 | Property Management Associates of WNY, In | $ | 15,000.00 |
| CV011819 | 01/18/2019 | ARHC GMCLKTN01, LLC | $ | 10,000.00 |
| PRCST011819 | 01/18/2019 | Practice Suite | $ | 6,000.00 |
| WRTRF011819 | 01/18/2019 | Jonathan Spanier, MD | $ | 5,406.51 |
| WRTF010420 | 01/18/2019 | Roderick Bahner | $ | 4,716.90 |
| MBLab011819 | 01/18/2019 | MBLab Consulting | $ | 2,282.60 |
| TRF011819 | 01/18/2019 | Donna Hamacher | $ | 1,585.26 |
| TRF011819 | 01/18/2019 | Joeny Frame ~ | $ | 1,552.53 |
| TRF011819 | 01/18/2019 | Jonathan Garcia ~ | $ | 1,400.00 |
| TRF011820 | 01/18/2019 | Iris Dottin | $ | 1,361.11 |
| TRF011821 | 01/18/2019 | Dennie Christopher | $ | 1,336.61 |
| TRF01182019 | 01/18/2019 | Ariana Lombera Abarca | $ | 1,081.87 |
| TRF01182 | 01/18/2019 | Lisa Peek | $ | 1,071.78 |
| Wire011819 | 01/18/2019 | Suzette Morales | $ | 1,025.36 |
| SFECLN0118 | 01/18/2019 | Safe Clean | $ | 800.00 |
| wrt011819 | 01/18/2019 | Maria Aleja Lopez Luna | $ | 565.86 |
| Wrt0118 | 01/18/2019 | Diana Fernandez | $ | 548.01 |
| Tr012419 | 01/18/2019 | Michelle Melo Beltan | $ | 500.00 |
| CKCRD011819 | 01/18/2019 | Advance Financial | $ | 461.96 |
| xf01182019 | 01/18/2019 | Karla Campos | $ | 350.00 |
| AVF01182019 | 01/18/2019 | Advance Financial | $ | 100.00 |
| UPS01182019 | 01/18/2019 | UPS | $ | 26.12 |
| 5094 | 01/21/2019 | Tany Miller | $ | 155.14 |
| Trf012219 | 01/22/2019 | Monica Perez | $ | 820.76 |
| Tf012219 | 01/22/2019 | Libny Padilla | $ | 677.91 |
| RTT01222019 | 01/22/2019 | Real Time Translation, Inc | $ | 660.00 |
| HS01222019 | 01/22/2019 | Henry Schein | $ | 500.00 |
| xf012219 | 01/22/2019 | Libny Padilla | $ | 250.00 |
| AVF01222019 | 01/22/2019 | Advance Financial | $ | 100.00 |
| Guard012319 | 01/23/2019 | Berkshire Hathaway Guard Insurance Compan | $ | 1,796.67 |
| wire tr0123 | 01/23/2019 | Elisabeth Beale Radish | $ | 880.00 |
| CKCRD012319 | 01/23/2019 | IPFS Corporation | $ | 615.19 |
| 5113 | 01/23/2019 | Imani Abdulrahman | $ | 327.27 |
| CHS012419 | 01/24/2019 | Charles Schwab | $ | 12,579.88 |
| TRF012419 | 01/24/2019 | Elissa Richardson ~ | $ | 1,122.82 |
| TRF012420 | 01/24/2019 | Denis Reyes | $ | 1,101.55 |
| TRF012421 | 01/24/2019 | Evelin Compean | $ | 1,100.00 |
| Tr012419 | 01/24/2019 | Michelle Melo Beltan | $ | 659.66 |
| NES01242019 | 01/24/2019 | NES | $ | 459.44 |
| NES01242019 | 01/24/2019 | NES | $ | 456.94 |
| NES01242019 | 01/24/2019 | NES | $ | 385.71 |
| NES012419 | 01/24/2019 | NES | $ | 198.30 |
| WRTF012519 | 01/25/2019 | Sandra N. Rivera ~ | $ | 2,933.47 |
| 5097 | 01/25/2019 | Erica Omondi | $ | 2,850.74 |
| 5141 | 01/25/2019 | Circuit Court Clerk - Williamson County | $ | 2,829.50 |
| 5098 | 01/25/2019 | Sarah Holliday | $ | 2,541.69 |

**Capstone Pediatrics PLLC Chapter 11**
**Check Detail**
January 1 through March 28, 2019

| | | | | |
|---|---|---|---|---:|
| 5101 | 01/25/2019 | Mariana Samaan | $ | 2,522.11 |
| AutoDb | 01/25/2019 | Bank of America | $ | 2,504.13 |
| 5099 | 01/25/2019 | LeAnn S. Ventura | $ | 2,409.56 |
| 5100 | 01/25/2019 | Jojy Job | $ | 2,406.56 |
| 5096 | 01/25/2019 | Lucy Martin | $ | 2,391.58 |
| 5095 | 01/25/2019 | Margaret Neyman | $ | 2,271.42 |
| TRF01252019 | 01/25/2019 | Regina Bragg | $ | 2,022.11 |
| TRF01252020 | 01/25/2019 | Elisabeth Beale Radish | $ | 2,002.79 |
| TRF01252019 | 01/25/2019 | Aluede Thomas Okokhere ~ | $ | 1,799.90 |
| TRF01252020 | 01/25/2019 | Crista Fedora | $ | 1,731.32 |
| TRF01252019 | 01/25/2019 | Josue Najera ~ | $ | 1,715.00 |
| TRF012519 | 01/25/2019 | Changlaire Colas | $ | 1,571.53 |
| TRF01252019 | 01/25/2019 | Jonathan Garcia ~ | $ | 1,452.55 |
| TRF012519 | 01/25/2019 | Diana Fernandez | $ | 1,415.19 |
| TRF012519 | 01/25/2019 | Ariana Lombera Abarca | $ | 1,257.18 |
| TRF012519 | 01/25/2019 | Suzette Morales | $ | 1,167.58 |
| 5102 | 01/25/2019 | Holly Coons | $ | 1,075.89 |
| Wire012519 | 01/25/2019 | Maria Samano ~ | $ | 1,063.14 |
| Wire012519 | 01/25/2019 | Katherin Ramirez ~ | $ | 1,008.89 |
| Trf012519 | 01/25/2019 | Fatoumata Kanteh ~ | $ | 883.75 |
| Trf012520 | 01/25/2019 | Karla Campos | $ | 880.61 |
| Trf012519 | 01/25/2019 | Iris Dottin | $ | 874.73 |
| Trf012519 | 01/25/2019 | Elissa Richardson ~ | $ | 800.00 |
| Tf01252019 | 01/25/2019 | Lauren Pentacost | $ | 697.40 |
| MTEMC0125 | 01/25/2019 | Middle Tennessee Electric | $ | 675.29 |
| MTEMC012519 | 01/25/2019 | Middle Tennessee Electric | $ | 675.29 |
| Tr01252019 | 01/25/2019 | Ana Padilla Garcia | $ | 672.02 |
| NES012519 | 01/25/2019 | NES | $ | 545.84 |
| NES012519 | 01/25/2019 | NES | $ | 455.89 |
| xfr01252019 | 01/25/2019 | Libny Padilla | $ | 450.00 |
| xfr012519 | 01/25/2019 | Gerri White ~ | $ | 431.66 |
| OffcSpl0125 | 01/25/2019 | OfficeSupply.com | $ | 373.36 |
| 5103 | 01/25/2019 | Bank of America | $ | 160.00 |
| Wrxf012819 | 01/28/2019 | Casey Adams | $ | 750.00 |
| Wrxf012819 | 01/28/2019 | Rachel Katchmar | $ | 650.00 |
| HS01282019 | 01/28/2019 | Henry Schein | $ | 500.00 |
| SFECLN0129 | 01/29/2019 | Safe Clean | $ | 3,000.00 |
| Trf01292019 | 01/29/2019 | Savanna Kamm | $ | 886.43 |
| Trf012919 | 01/29/2019 | Winnie Toler ~ | $ | 500.00 |
| Wrtf012919 | 01/29/2019 | Monica Perez | $ | 500.00 |
| xfr01292019 | 01/29/2019 | Michelle Brown ~ | $ | 400.00 |
| Wire013019 | 01/30/2019 | Tamara Valentin | $ | 1,008.87 |
| Wthdrwl0130 | 01/30/2019 | Denis Reyes | $ | 800.00 |
| Wrtf013019 | 01/30/2019 | Kathy S. Griffieth | $ | 520.00 |
| xfr013019 | 01/30/2019 | Maria Samano ~ | $ | 400.00 |
| MandS013119 | 01/31/2019 | M And S Holdings | $ | 10,000.00 |
| WRTRF013118 | 01/31/2019 | Gary Griffieth | $ | 6,398.18 |
| WRTRF013119 | 01/31/2019 | Winnie Toler ~ | $ | 6,010.29 |
| CMPLF013119 | 01/31/2019 | Companion Life Insurance Company | $ | 5,549.72 |
| WRTRF013119 | 01/31/2019 | Aluede Thomas Okokhere ~ | $ | 5,341.69 |
| WRTF013119 | 01/31/2019 | Vani Veera, MD | $ | 2,844.45 |
| TRF013119 | 01/31/2019 | Joeny Frame ~ | $ | 1,402.28 |
| TRF013119 | 01/31/2019 | Maria Samano ~ | $ | 1,220.21 |
| Wire013119 | 01/31/2019 | Vani Veera, MD | $ | 1,000.00 |
| Wir01312019 | 01/31/2019 | Gerri White ~ | $ | 1,000.00 |
| Trf01312019 | 01/31/2019 | Rachel Katchmar | $ | 915.86 |
| Trf013119 | 01/31/2019 | Iris Dottin | $ | 875.00 |
| Trf0131 | 01/31/2019 | Michelle Brown ~ | $ | 861.03 |

**Capstone Pediatrics PLLC Chapter 11**
**Check Detail**
January 1 through March 28, 2019

| | | | | |
|---|---|---|---|---|
| Trf012520 | 01/31/2019 | Aracelis Deodanes | $ | 711.12 |
| Tr01312019 | 01/31/2019 | Monica Perez | $ | 644.52 |
| xf013119 | 01/31/2019 | Elissa Richardson ~ | $ | 245.83 |
| WRE02012019 | 02/01/2019 | Property Management Associates of WNY, In | $ | 7,500.00 |
| WTR02012019 | 02/01/2019 | SL Management Group TN LLC [Admin] | $ | 7,500.00 |
| 5109 | 02/01/2019 | Four Plus Corporation | $ | 6,542.34 |
| 5104 | 02/01/2019 | ARHC GMCLKTN01, LLC | $ | 5,000.00 |
| 5105 | 02/01/2019 | Jonathan Garcia ~ | $ | 2,108.00 |
| WTrx020119 | 02/01/2019 | Winnie Toler ~ | $ | 2,000.00 |
| WTX02012019 | 02/01/2019 | Winnie Toler ~ | $ | 2,000.00 |
| GRDN020119 | 02/01/2019 | Guardian | $ | 1,823.10 |
| FLEX010119 | 02/01/2019 | Flexential | $ | 1,685.00 |
| 5108 | 02/01/2019 | Lynda Sanders | $ | 1,303.49 |
| Wrtx020119 | 02/01/2019 | Ana Martinez Rosales ~ | $ | 1,039.28 |
| CMST020119 | 02/01/2019 | Comcast Business | $ | 388.95 |
| CMCST020119 | 02/01/2019 | Comcast Business | $ | 380.73 |
| 5106 | 02/01/2019 | Bank of America | $ | 20.00 |
| Wrtx0204 | 02/04/2019 | Elisabeth Beale Radish | $ | 300.00 |
| Wirtx020619 | 02/06/2019 | Awaz Mustafa | $ | 315.00 |
| HS02072019 | 02/07/2019 | Henry Schein | $ | 2,500.00 |
| WRE02082019 | 02/08/2019 | Roderick Bahner | $ | 4,883.36 |
| WRE02082010 | 02/08/2019 | Jonathan Spanier, MD | $ | 4,388.32 |
| TRF02082019 | 02/08/2019 | Elisabeth Beale Radish | $ | 3,375.88 |
| Admin020819 | 02/08/2019 | SL Management Group TN LLC [Admin] | $ | 3,000.00 |
| MTRC020819 | 02/08/2019 | Property Management Associates of WNY, In | $ | 3,000.00 |
| MTRC020819 | 02/08/2019 | Property Management Associates of WNY, In | $ | 3,000.00 |
| SLM02082019 | 02/08/2019 | SL Management Group TN LLC [Admin] | $ | 3,000.00 |
| WTx020819 | 02/08/2019 | Jonathan Garcia ~ | $ | 2,752.54 |
| WrTfx020819 | 02/08/2019 | Jose L. Torres | $ | 2,356.18 |
| WX020819 | 02/08/2019 | Jackeline Gonzalez | $ | 1,865.00 |
| WXf020819 | 02/08/2019 | Awaz Mustafa | $ | 1,641.40 |
| Wirtx020819 | 02/08/2019 | Donna Hamacher | $ | 1,568.39 |
| Wirtx020822 | 02/08/2019 | Libny Padilla | $ | 1,523.25 |
| WT02082019 | 02/08/2019 | Ray Fochler | $ | 1,510.00 |
| Wirtx0208 | 02/08/2019 | Karla Campos | $ | 1,284.87 |
| Wrtx020819 | 02/08/2019 | Katherin Ramirez ~ | $ | 1,007.40 |
| Wrtx020819 | 02/08/2019 | Crystal Howse | $ | 1,007.40 |
| WrTfx020819 | 02/08/2019 | Jose L Torres | $ | 300.00 |
| 5110 | 02/11/2019 | Bank of America | $ | 20.00 |
| ADPFees | 02/12/2019 | ADP | $ | 873.81 |
| HS02192021 | 02/12/2019 | ADP | $ | 816.16 |
| 5121 | 02/14/2019 | Lucy Martin | $ | 2,391.57 |
| Auto Deb | 02/14/2019 | Bank of America {CUST} | $ | 2,350.03 |
| WrTfx021419 | 02/14/2019 | Margaret Neyman | $ | 2,291.41 |
| PS02142019 | 02/14/2019 | Practice Suite | $ | 2,000.00 |
| Wirtx020826 | 02/14/2019 | Denis Reyes | $ | 1,341.86 |
| Wirtx020827 | 02/14/2019 | Michelle Brown ~ | $ | 1,295.26 |
| Wrtx021419 | 02/14/2019 | Joeny Frame ~ | $ | 1,000.00 |
| WireTrx0214 | 02/14/2019 | Iris Diaz | $ | 574.79 |
| HS02142019 | 02/14/2019 | Henry Schein | $ | 500.00 |
| HS02142019 | 02/14/2019 | Henry Schein | $ | 500.00 |
| LglFees | 02/14/2019 | Bank of America | $ | 125.00 |
| 5123 | 02/15/2019 | Circuit Court Clerk - Williamson County | $ | 4,633.75 |
| MTRC021519 | 02/15/2019 | Property Management Associates of WNY, In | $ | 3,500.00 |
| MTRC021519 | 02/15/2019 | Property Management Associates of WNY, In | $ | 3,500.00 |
| WT021519 | 02/15/2019 | Ray Fochler | $ | 3,020.00 |
| WTx021519 | 02/15/2019 | Vani Veera, MD | $ | 2,756.53 |
| WTx021519 | 02/15/2019 | Sandra N. Rivera ~ | $ | 2,547.77 |

| 5126 | 02/15/2019 | Sarah Holliday | $ | 2,541.68 |
| 5128 | 02/15/2019 | Marina Samaan | $ | 2,522.11 |
| 5118 | 02/15/2019 | LeAnn S. Ventura | $ | 2,409.57 |
| 5124 | 02/15/2019 | Jojy Job | $ | 2,406.54 |
| 5122 | 02/15/2019 | Michelle Melo Beltan | $ | 1,363.19 |
| Wrtx021519 | 02/15/2019 | Maria Bernal | $ | 1,075.07 |
| Wirtx021519 | 02/15/2019 | Jonathan Garcia ~ | $ | 300.00 |
| 5127 | 02/15/2019 | Bank of America | $ | 60.00 |
| Wirtx022222 | 02/15/2019 | Bank of America | $ | 5.00 |
| Bank Fees | 02/17/2019 | Bank of America | $ | 4,726.81 |
| | 02/19/2019 | CBK - debit for Medline lawsuit | $ | 17,942.74 |
| 0219wrtrf | 02/19/2019 | Itaty Flores ~ | $ | 1,724.70 |
| WXf021919 | 02/19/2019 | Gary Griffieth | $ | 1,600.00 |
| Wirtx020820 | 02/19/2019 | Gerri White ~ | $ | 1,546.03 |
| WXf021519 | 02/19/2019 | Winnie Toler ~ | $ | 1,500.00 |
| Wirtx020823 | 02/19/2019 | Kathy S. Griffieth | $ | 1,444.74 |
| HS02192019 | 02/19/2019 | Henry Schein | $ | 1,000.00 |
| Wrtx021919 | 02/19/2019 | Katherin Ramirez ~ | $ | 989.30 |
| ADPFees | 02/19/2019 | ADP | $ | 883.43 |
| ADPFees | 02/19/2019 | ADP | $ | 873.81 |
| HS02192020 | 02/19/2019 | ADP | $ | 844.98 |
| WireTrx0224 | 02/19/2019 | Maria Aleja Lopez Luna | $ | 600.00 |
| WireTrx0225 | 02/19/2019 | Joeny Frame ~ | $ | 591.29 |
| Wrtx021919 | 02/19/2019 | Iris Diaz | $ | 400.00 |
| AutoDebit | 02/20/2019 | Banner Life Ins | $ | 1,081.60 |
| Wirtx0221 | 02/21/2019 | Yesica Morales | $ | 1,284.00 |
| 5129 | 02/21/2019 | Go Fish | $ | 659.68 |
| WRE02222019 | 02/22/2019 | Jonathan Spanier, MD | $ | 5,896.46 |
| CV 02222019 | 02/22/2019 | ARHC GMCLKTN01, LLC | $ | 5,000.00 |
| CV02222019 | 02/22/2019 | ARHC GMCLKTN01, LLC | $ | 5,000.00 |
| WRE02222019 | 02/22/2019 | Roderick Bahner | $ | 4,683.36 |
| SFCLN022219 | 02/22/2019 | Safe Clean | $ | 4,500.00 |
| SFCLN022219 | 02/22/2019 | Safe Clean | $ | 4,500.00 |
| PS02222019 | 02/22/2019 | Practice Suite | $ | 4,000.00 |
| TRF02222019 | 02/22/2019 | Jonathan Garcia ~ | $ | 3,218.26 |
| TRF02222019 | 02/22/2019 | Kathy S. Griffieth | $ | 2,900.55 |
| 5142 | 02/22/2019 | Circuit Court Clerk - Williamson County | $ | 2,829.50 |
| WT022219 | 02/22/2019 | Elisabeth Beale Radish | $ | 2,559.09 |
| 5131 | 02/22/2019 | LeAnn S. Ventura | $ | 2,409.56 |
| WrTfx022219 | 02/22/2019 | Crista Fedora | $ | 2,097.03 |
| WTrx022220 | 02/22/2019 | Lakisha Johnson | $ | 1,981.42 |
| WTrx02219 | 02/22/2019 | Karisa Rojo | $ | 1,952.67 |
| WTrx022219 | 02/22/2019 | Dianis Rives Medina | $ | 1,871.05 |
| 0222wrtrf | 02/22/2019 | Yesica Morales | $ | 1,756.76 |
| Wirtx020821 | 02/22/2019 | Brooklyn Cundall | $ | 1,539.53 |
| Wirtx0222 | 02/22/2019 | Evelin Compean | $ | 1,116.00 |
| Wrtx021520 | 02/22/2019 | Lizbeth Cruz | $ | 1,058.05 |
| Wrtx021521 | 02/22/2019 | Ana Martinez Rosales ~ | $ | 1,047.82 |
| Wrtx021522 | 02/22/2019 | Katilyn Carter | $ | 1,045.17 |
| 5130 | 02/22/2019 | Janay Jackson | $ | 986.32 |
| Wrxf022219 | 02/22/2019 | Stephanie Arnold | $ | 859.50 |
| WireTrx0222 | 02/22/2019 | Fatoumata Kanteh ~ | $ | 800.00 |
| WireTrx0223 | 02/22/2019 | Awaz Mustafa | $ | 669.40 |
| IPFS022219 | 02/22/2019 | IPFS Corporation | $ | 610.19 |
| CMCST | 02/22/2019 | Comcast Business | $ | 569.51 |
| WireTrx0222 | 02/22/2019 | Tamara Valentin | $ | 564.12 |
| WireTrx0214 | 02/22/2019 | Iris Diaz | $ | 555.80 |
| 5132 | 02/22/2019 | Bank of America | $ | 40.00 |

Case 3:19-bk-01971   Doc 123-1   Filed 06/26/19   Entered 06/26/19 14:08:53   Desc
Exhibit Amended SOFA Check Detail   Page 22 of 28

Page 5 of 7

**Capstone Pediatrics PLLC Chapter 11**
**Check Detail**
January 1 through March 28, 2019

| | | | | |
|---|---|---|---|---:|
| Wirtx022219 | 02/22/2019 | Amber Pena | $ | 20.00 |
| Wirtx022220 | 02/25/2019 | Dianis Rives Medina | $ | 186.73 |
| F&E tax pmt | 02/26/2019 | Tennessee Dept of Revenue | $ | 4,500.00 |
| TNREV022619 | 02/26/2019 | Tennessee Dept of Revenue | $ | 4,500.00 |
| WTrx022619 | 02/26/2019 | Winnie Toler ~ | $ | 2,000.00 |
| 5134 | 02/26/2019 | Diana Fernandez | $ | 233.18 |
| JGarcia0227 | 02/27/2019 | Jonathan Garcia ~ | $ | 6,871.89 |
| WRE02272019 | 02/27/2019 | Lindsey Toler ~ | $ | 6,326.59 |
| WTrx022719 | 02/27/2019 | Winnie Toler ~ | $ | 2,000.00 |
| WTrx022719 | 02/27/2019 | Lynda Sanders | $ | 1,893.82 |
| 0227wrtrf | 02/27/2019 | Dennie Christopher | $ | 1,734.67 |
| Wirtx020824 | 02/27/2019 | Joeny Frame ~ | $ | 1,375.03 |
| Wirtx020825 | 02/27/2019 | Denis Reyes | $ | 1,367.18 |
| Wrtx022719 | 02/27/2019 | Katherin Ramirez ~ | $ | 1,039.04 |
| Wrtx022719 | 02/27/2019 | Miriam Lombera-Abarca | $ | 1,029.29 |
| BurrFrm0228 | 02/28/2019 | Burr and Forman | $ | 20,000.00 |
| WT022819 | 02/28/2019 | Winnie Toler ~ | $ | 2,540.99 |
| CMPLF0228 | 02/28/2019 | Companion Life Insurance Company | $ | 1,503.31 |
| Wrtx022819 | 02/28/2019 | Paula Carrasco | $ | 1,015.91 |
| PrcSte0301 | 03/01/2019 | Practice Suite | $ | 10,000.00 |
| JGarcia0301 | 03/01/2019 | Jonathan Garcia ~ | $ | 6,871.88 |
| 5135 | 03/01/2019 | M And S Holdings | $ | 5,000.00 |
| 5136 | 03/01/2019 | SL Management Group TN LLC [Admin] | $ | 5,000.00 |
| WRTX030119 | 03/01/2019 | Burr and Forman | $ | 5,000.00 |
| 5137 | 03/01/2019 | Lynda Sanders | $ | 2,345.63 |
| WTRX0301 | 03/01/2019 | Vani Veera, MD | $ | 2,128.00 |
| SFECLN0301 | 03/01/2019 | Safe Clean | $ | 2,015.00 |
| WRTX030119 | 03/01/2019 | Winnie Toler ~ | $ | 2,000.00 |
| MBLab0301 | 03/01/2019 | MBLab Consulting | $ | 1,209.35 |
| WRTX305 | 03/01/2019 | Kathy S. Griffieth | $ | 855.79 |
| ADPFees | 03/01/2019 | ADP | $ | 787.33 |
| 5138 | 03/01/2019 | Bank of America | $ | 40.00 |
| WT031419 | 03/04/2019 | Dianis Rives Medina | $ | 1,780.95 |
| WRTX304 | 03/04/2019 | Christine Fochler | $ | 862.32 |
| Auto Db | 03/04/2019 | Bank of America | $ | 166.06 |
| Peak10 | 03/05/2019 | Flexential | $ | 1,685.00 |
| Peak100305 | 03/05/2019 | Flexential | $ | 1,685.00 |
| CJ03052019 | 03/05/2019 | Carol Jolly | $ | 1,117.72 |
| WTRX0306 | 03/06/2019 | Tracy Gregory | $ | 2,329.10 |
| WTRX0307 | 03/06/2019 | Vani Veera, MD | $ | 2,128.27 |
| ADPFees | 03/07/2019 | ADP | $ | 1,283.80 |
| HS0307 | 03/07/2019 | Henry Schein | $ | 1,000.00 |
| ACH | 03/07/2019 | Neofunds by Neopost | $ | 400.00 |
| SM03082019 | 03/08/2019 | Four Plus Corporation | $ | 10,249.88 |
| SLMgt030819 | 03/08/2019 | SL Management Group TN LLC [So Hills] | $ | 7,500.00 |
| WRTX030819 | 03/08/2019 | Jonathan Spanier, MD | $ | 4,700.00 |
| Mtl03El0819 | 03/08/2019 | Elisabeth Beale Radish | $ | 2,331.98 |
| GRDN030819 | 03/08/2019 | Guardian | $ | 1,922.94 |
| WTX0308 | 03/08/2019 | Crista Fedora | $ | 1,735.27 |
| WRTX30819 | 03/08/2019 | Suzette Morales | $ | 920.00 |
| Wire0308 | 03/08/2019 | Winnie Toler ~ | $ | 550.00 |
| WRTX01119 | 03/11/2019 | Winnie Toler ~ | $ | 950.00 |
| Hanover0319 | 03/11/2019 | Hanover Insurance Group | $ | 876.99 |
| HS01142019 | 03/11/2019 | Henry Schein | $ | 500.00 |
| GARCIA0311 | 03/11/2019 | Comcast Business | $ | 399.96 |
| Wretx0308 | 03/11/2019 | Libny Padilla | $ | 300.00 |
| Wretx0329 | 03/11/2019 | Ray Fochler | $ | 94.82 |
| WRTX312 | 03/12/2019 | Elissa Richardson ~ | $ | 640.22 |

**Capstone Pediatrics PLLC Chapter 11**
**Check Detail**
January 1 through March 28, 2019

| | | | | |
|---|---|---|---|---|
| PRASR031319 | 03/13/2019 | ProAssurance Indemnity Company, Inc | $ | 10,047.00 |
| WRTX031419 | 03/14/2019 | Gary Griffieth | $ | 5,888.47 |
| 5139 | 03/15/2019 | Ray Fochler | $ | 3,112.00 |
| Mtl03222019 | 03/15/2019 | Mitel | $ | 2,613.77 |
| Bank Fees | 03/17/2019 | Bank of America | $ | 5,135.19 |
| SFCLN0318 | 03/18/2019 | Safe Clean | $ | 2,500.00 |
| Trx0318 | 03/18/2019 | Karla Campos | $ | 1,430.56 |
| Wire0318 | 03/18/2019 | Jonathan Spanier, MD | $ | 596.46 |
| AutoDeb | 03/18/2019 | Bank of America | $ | 125.00 |
| AutoDbt | 03/19/2019 | Bank of America | $ | 629.86 |
| 5142 | 03/20/2019 | Tim's Market and Deli | $ | 5,864.58 |
| SfeCln0320 | 03/20/2019 | Safe Clean | $ | 3,000.00 |
| SfeCln0321 | 03/20/2019 | Winnie Toler ~ | $ | 1,000.00 |
| 5142 | 03/20/2019 | Lizbeth Cruz | $ | 644.17 |
| IPFS032019 | 03/20/2019 | IPFS Corporation | $ | 610.19 |
| Wretx0320 | 03/20/2019 | Winnie Toler ~ | $ | 199.99 |
| CHRN032119 | 03/21/2019 | Chiron Financial, LLC | $ | 11,250.00 |
| WRTX032119 | 03/21/2019 | Vani Veera, MD | $ | 5,685.54 |
| WRTX0321 | 03/21/2019 | Winnie Toler ~ | $ | 4,406.71 |
| Flex032119 | 03/21/2019 | Flexential | $ | 1,685.00 |
| Trx0328 | 03/21/2019 | Dennie Christopher | $ | 1,368.97 |
| MBLab032119 | 03/21/2019 | MBLab Consulting | $ | 1,081.93 |
| WRTX3222020 | 03/21/2019 | Libny Padilla | $ | 409.12 |
| Auto Deb | 03/21/2019 | Bank of America | $ | 15.00 |
| WRTX0322 | 03/22/2019 | Elisabeth Beale Radish | $ | 3,376.94 |
| WRTX0322 | 03/22/2019 | Itaty Flores ~ | $ | 2,004.54 |
| WRTX030120 | 03/22/2019 | Jackeline Gonzalez | $ | 1,931.38 |
| Trx0322 | 03/22/2019 | Crista Fedora | $ | 1,350.26 |
| tx0319 | 03/22/2019 | Maria Samano ~ | $ | 1,110.93 |
| WRTX0322 | 03/22/2019 | Suzette Morales | $ | 1,000.00 |
| WRTX312 | 03/22/2019 | Elissa Richardson ~ | $ | 525.00 |
| WRTX3222019 | 03/22/2019 | Crista Fedora | $ | 420.00 |
| Mtl03252019 | 03/25/2019 | Mitel | $ | 2,616.31 |
| MTL03252019 | 03/25/2019 | Mitel | $ | 1,674.85 |
| MITL0325 | 03/25/2019 | Mitel | $ | 1,674.20 |
| WRTX312 | 03/25/2019 | Elissa Richardson ~ | $ | 636.32 |
| TNDR032619 | 03/26/2019 | Tennessee Dept of Revenue | $ | 4,500.00 |
| Trx0326 | 03/26/2019 | Lynda Sanders | $ | 1,668.78 |
| TRX0326 | 03/26/2019 | Libny Padilla | $ | 1,024.82 |
| WRTX032720 | 03/27/2019 | Gary Griffieth | $ | 5,888.45 |
| WRTX032719 | 03/27/2019 | Winnie Toler ~ | $ | 5,550.00 |
| WRTX032719 | 03/27/2019 | Lynda Sanders | $ | 4,691.26 |
| WRTX037 | 03/27/2019 | Lindsey Toler ~ | $ | 2,982.42 |
| Trx0327 | 03/27/2019 | Felecia Johnson | $ | 1,417.57 |
| PS032819 | 03/28/2019 | Practice Suite | $ | 19,000.00 |
| 5145 | 03/28/2019 | CubeSmart Mboro Rd | $ | 3,753.96 |
| GURD032819 | 03/28/2019 | Berkshire Hathaway Guard Insurance Compan | $ | 1,090.00 |
| Wretx0328 | 03/28/2019 | Yesica Morales | $ | 137.74 |
| 5146 | 03/28/2019 | Bank of America | $ | 20.00 |

Page 7 of 7

Case 3:19-bk-01971    Doc 123-1    Filed 06/26/19    Entered 06/26/19 14:08:53    Desc
Amended SOFA - Exhibit 3 Check Detail    Page 7 of 7

Exhibit 3 Check Detail Page 24 of 28

Franklin
100 Covey Drive
Suite 304
Franklin, TN 7067
<span style="color:red">Closed: Aug 2017</span>

6688 Nolensville Pike
Suite 101
Brentwood, TN 37027
<span style="color:red">Closed: Feb 2016</span>

Skyline
3443 Dickerson Pike
Suite 720
Nashville, TN 37207
<span style="color:red">Closed: Aug 2017</span>

6716 Nolensville Road – Temporary Nolensville site
Suite 250
Brentwood, TN 37027
<span style="color:red">Closed: Aug 2017</span>

330 Wallace Road
Suite 109
Nashville, TN 37211
<span style="color:red">Closed: July 2016</span>

7909 Concord Hills Dr
Suite 201
Brentwood TN 37027
<span style="color:red">Closed: March 2019</span>

230 Cumberland Bend
Suite D
Nashville, TN 37228
<span style="color:red">Closed: February 2019</span>

365 S. Hartmann Dr.
Suite 201
Lebanon, TN 37087
<span style="color:red">Closed: February 2019</span>

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1. | See Above | | |
| | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.2. | See Above | | |
| | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.3. | Smyrna | Pediatric primary care. Asthma, autism, well visits, etc. | N/A |
| | Facility name | | |
| | 537 Stonecrest Pkwy Suite 201 | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | Smyrna        TN        37167 | EHR systems via PracticeSuite | *Check all that apply:* ☑ Electronically ☐ Paper |
| | City        State        ZIP Code | | |

| Payroll Name | Pay Date | Check/Voucher Number | Net Pay |
|---|---|---|---|
| Griffieth, Gary G | 04/06/2018 | 00026318 | 5,472.23 |
| Griffieth, Gary G | 05/04/2018 | 00026585 | 5,472.23 |
| Griffieth, Gary G | 05/18/2018 | 00026716 | 5,472.22 |
| Griffieth, Gary G | 06/01/2018 | 00026841 | 5,472.23 |
| Griffieth, Gary G | 06/15/2018 | 00026967 | 6,289.78 |
| Griffieth, Gary G | 06/29/2018 | 00027092 | 5,881.00 |
| Griffieth, Gary G | 07/13/2018 | 00027217 | 5,876.39 |
| Griffieth, Gary G | 07/27/2018 | 00027337 | 5,876.38 |
| Griffieth, Gary G | 08/10/2018 | 00027451 | 6,008.18 |
| Griffieth, Gary G | 09/07/2018 | 00027668 | 6,398.19 |
| Griffieth, Gary G | 09/21/2018 | 00027769 | 6,398.18 |
| Griffieth, Gary G | 10/05/2018 | 00027860 | 6,398.19 |
| Griffieth, Gary G | 10/19/2018 | 00027939 | 6,398.18 |
| | | | |
| Toler, Winnie R | 08/10/2018 | 00027449 | 5,525.91 |
| Toler, Winnie R | 08/24/2018 | 00027559 | 6,146.55 |
| Toler, Winnie R | 09/07/2018 | 00027666 | 6,010.29 |
| Toler, Winnie R | 10/05/2018 | 00027858 | 6,010.29 |
| Toler, Winnie R | 10/19/2018 | 00027938 | 6,010.29 |
| Toler, Winnie R | 11/02/2018 | 00028009 | 6,375.99 |
| Toler, Winnie R | 11/30/2018 | 00028164 | 6,376.00 |

# Capstone Pediatrics PLLC Chapter 11
# All Transactions for Gary Griffieth

All Transactions

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Bill Pmt -Check | 1126 | 03/19/2018 | 1040-02 · Bank of America X4296 | $ 1,901.30 |
| Check | 1152 | 03/23/2018 | 1040-02 · Bank of America X4296 | $ 1,520.00 |
| Check | 1212 | 05/24/2018 | 1040-02 · Bank of America X4296 | $ 5,472.22 |
| Bill Pmt -Check | 1258 | 06/21/2018 | 1040-02 · Bank of America X4296 | $ 2,012.19 |
| Check | Wire080218 | 08/02/2018 | 1040-02 · Bank of America X4296 | $ 5,525.90 |
| Check | WTRF082819 | 08/28/2018 | 1040-01 · Bank of America x6837 | $ 6,023.18 |
| Check | Wire081324 | 09/25/2018 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | Transfer | 10/12/2018 | 1040-01 · Bank of America x6837 | $ 6,398.19 |
| Check | WrTrf111318 | 11/13/2018 | 1040-01 · Bank of America x6837 | $ 6,398.19 |
| Check | WrTrf112618 | 11/26/2018 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | WrTrf1217 | 12/17/2018 | 1040-01 · Bank of America x6837 | $ 6,389.00 |
| Check | WrTrf1226 | 12/26/2018 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | WRTRF013118 | 01/31/2019 | 1040-01 · Bank of America x6837 | $ 6,398.18 |
| Check | WXf021919 | 02/19/2019 | 1040-01 · Bank of America x6837 | $ 1,600.00 |
| Check | WRTX031419 | 03/14/2019 | 1040-01 · Bank of America x6837 | $ 5,888.47 |
| Check | WRTX032720 | 03/27/2019 | 1040-01 · Bank of America x6837 | $ 5,888.45 |

**Total**