# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING AMENDED SCHEDULES

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, and hereby gives notice of filing the following amended documents:

Schedule A/B Property- (1) Part 1 Cash balances revised for accounts listed at 3.1 and 3.2; (2) Part 2 Deposits revised for lease listed at 7.1; (3) Part 2 Prepaid insurances added at 8.1 and 8.2; (4) Part 3 Accounts Receivable adjusted at 11a. and 11b. to include doubtful or uncollectible accounts; (5) Part 7 amounts at 39., 40., 41. and 42. revised to reflect Net book value as the prior schedule did not account for depreciation; (6) Part 7 Other leasehold improvements added at 42.1; (7) Part 10 Loan Origination Fee – Newtek SBA added at 64.; (8) Part 10 Goodwill at 65. Amount revised; and (9) Part 11 Notes Receivable added COBRA at 71. and Clearing Accounts at 77.

Schedule D Secured Creditors- Added Creditor 2.4 Internal Revenue Service;

Schedule E/F Unsecured Creditors- Amended to (1) remove Priority Creditor Internal Revenue Service (2.6); (2) increase Tenn. Dept. of Labor (2.11) claim to $78,333.19; and (3) remove Nonpriority Creditor Kathy Griffieth (3.154 & 3.155).

Summary of Assets and Liabilities- (1) Total personal property (1b.) amount revised in Part 1; (2) in Part 2, the amount for Schedule D (2.) is revised; (3) the amounts for Schedule E/F priority (3a.) and nonpriority (3b.) claims are revised; and (4) the Total amount for total liabilities (4.) are revised.

The Amended Schedules and Summary of Assets and Liabilities are attached hereto as Exhibit 1.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Proposed Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On June 27, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)