**Fill in this information to identify the case:**

Debtor name   CAPSTONE PEDIATRICS, PLLC

United States Bankruptcy Court for the:  Middle     District of Tennessee
                                   (State)

Case number (If known):  3:19-BK-01971

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Operating Account | 6   8   3   7 | $ -5,879.87 |
| 3.2. | Bank of America | Payroll Account | 2   1   9   4 | $ -7,452.99 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**     $ -13,332.86

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Security deposit for Lease - SL Management Group | $ 29,494.08 |
| 7.2. | Security deposit for Lease - Four Plus Corporation | $ 6,789.00 |

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 1 of 61

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property       page 1

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Malpractice Insurance - ProAssurance _____ $ 8,526.67

8.2. Prepaid General - Insinisource _____ $ 1,435.13

**9. Total of Part 2.**                                                    $ 46,244.88

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   1,147,506.80  –  338,168.52  = .......➔  $ 809,338.28
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      842,508.72   –  842,508.72  = .......➔  $ 0.00
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**                                                    $ 809,338.28

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1. _____    _____ %    _____    $ _____

15.2. _____    _____ %    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**                                                    $ _____

Add lines 14 through 16. Copy the total to line 83.

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 2 of 61

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 2

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Vaccine Inventory | 12/31/18 MM / DD / YYYY | $ 1,355.06 | Recent Cost | $ 1,355.06 |
| Medical Supplies | 12/31/18 | $ 23,778.62 | Recent Cost | $ 23,778.62 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 25,133.68

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 3 of 61

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 3

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture and Fixtures | $ 11,805.02 | Recent Cost | $ 11,805.02 |
| 40. **Office fixtures**<br>Clinic/Office Equipment | $ 9,549.36 | Recent Cost | $ 9,549.36 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer Equipment | $ 24,583.83 | Recent Cost | $ 24,583.83 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Other - Leasehold Improvements | $ 798,375.84 | Recent Cost | $ 798,375.84 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 844,314.05

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary   Page 4 of 61

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 4

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 5 of 61

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 5

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1420 Donelson Pike Suite B17 Nashville, TN 37217 - Admin | Lessee | $ | | $ |
| 55.2 4247 Harding Place Nashville, TN 37217 - Clinical office | Lessee | $ | | $ |
| 55.3 647 Dunlop Lane Suite 102 Clarksville, TN 37040 - Clinical office | Lessee | $ | | $ |
| 55.4 537 Stonecrest Pkwy Suite 201 Smyrn, TN 37167 - Clinical office | Lessee | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites**<br>Company website | $ 0.00 | | $ 0.00 |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations**<br>Patient Health Records, Patient Listing, Payor Contracts | $ 0.00 | N/A | $ 0.00 |
| **64. Other intangibles, or intellectual property**<br>Loan Origination Fee - Newtek SBA | $ 67,499.55 | N/A | $ 67,499.55 |
| **65. Goodwill** | $ 839,866.96 | N/A | $ 839,866.96 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 907,366.51

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☑ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)
    COBRA

    $ 1,520.00                       −  _____   = ➜   1,520.00
    Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____     Tax year _____   $_____
    _____     Tax year _____   $_____
    _____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

    _____     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____     $_____

    Nature of claim        _____
    Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____     $_____

    Nature of claim        _____
    Amount requested    $_____

76. **Trusts, equitable or future interests in property**

    _____     $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    Clearing Accounts
    _____     $ -287,499.64
    _____     $_____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.     $ -285,979.64

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

---

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ -13,332.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 46,244.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 809,338.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 25,133.68 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 844,314.05 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 907,366.51 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ -285,979.64 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 2,333,084.90 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... $ 2,333,084.90

Debtor name    CAPSTONE PEDIATRICS, PLLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **3:19-bk-1971**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **CDS Business Services, Inc.**<br>Creditor's Name<br>**1981 Marcus Ave., Suite 130**<br>**Lake Success, NY 11042**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **$1,442,983.55** | **$0.00** |

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**   **Internal Revenue Service**<br>Creditor's Name<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **$5,230,918.20** | **$0.00** |

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5553**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **CAPSTONE PEDIATRICS, PLLC** | Case number (if know) | **3:19-bk-1971** |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Newtek Small Business Finance** | Describe debtor's property that is subject to a lien | $2,569,235.78 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 297
Laurel, NY 11948

Creditor's mailing address

Describe the lien
**SBA Small Business  Loan**
Is the creditor an insider or related party?
☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $1,530,117.90 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 7346
Philadelphia, PA
19101-7346

Creditor's mailing address

Describe the lien
**Federal Income, Social Security, Medicare**
Is the creditor an insider or related party?
☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

. 3 Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $10,773,255.43 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC -www.bestcase.com                                                                 Best Case Bankruptcy



Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**City of Clarksville**<br>**One Public Square Suite 119**<br>**Clarksville, TN 37040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148.00 | $148.00 |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Personalty Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address**<br>**City of Lebanon**<br>**200 Castle Heights Ave. N. Suite 117**<br>**Lebanon, TN 37087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $203.17 | $203.17 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 12 of 61

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**City of Mt Juliet**<br>**2365 N Mt Juliet Rd**<br>**Mount Juliet, TN 37122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5.00    $5.00 |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Personality Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**City of Murfreesboro**<br>**Finance Dept**<br>**111 W Vine St 1st Floor**<br>**Murfreesboro, TN 37130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113.00    $113.00 |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Personality Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>**Commissioner of Finance** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13.00    $13.00 |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Personality Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>**Kentucky State Treasurer**<br>**501 High St. PO Box 491**<br>**Frankfort, KY 40601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,097.92    $1,097.92 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 13 of 61

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,171.86 | $10,171.86 |
|---|---|---|---|---|

**Metropolitan Trustee**
**Metropolitan Dept of Law**
PO Box 196300
Nashville, TN 37219-6300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $755.98 | $755.98 |
|---|---|---|---|---|

**Montgomery County Trustee**
PO Box 1005
Clarksville, TN 37041-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.00 | $365.00 |
|---|---|---|---|---|

**Rutherford County Trustee**
PO Box 1316
Murfreesboro, TN 37133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,333.19 | $78,333.19 |
|---|---|---|---|---|

**Tennessee Dept of Labor**
c/o Tennessee Atty General Office
PO Box 20207
Nashville, TN 37202-0207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2015-11/2015**

Basis for the claim:
**State Unemployment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,897.00 | $51,897.00 |
|---|---|---|---|---|

**Tennessee Dept. of Revenue**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Town of Smyrna**
315 S. Lowry St.
Smyrna, TN 37167

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.00 | $565.00 |
|---|---|---|---|---|

**Williamson County Trustee**
1320 West Main St Ste 203
Franklin, TN 37064

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Personalty Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 | $309.00 |
|---|---|---|---|---|

**Wilson County Trustee**
PO Box 865
Lebanon, TN 37088

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 15 of 61

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.96 |
|---|---|---|---|

**123 Getlnk**
1476 Lexington Ave., Suite 1B
New York, NY 10128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,876.95 |
|---|---|---|---|

**Abbott Laboratories Inc.**
PO Box 100997
Atlanta, GA 30384-0997

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Medical supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,971.55 |
|---|---|---|---|

**Accent**
PO Box 952366
Saint Louis, MO 63195-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,052.98 |
|---|---|---|---|

**Access**
PO Box 101048
Atlanta, GA 30392-1048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,649.31 |
|---|---|---|---|

**Advance Signs & Graphics**
1005 W Main St
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Signage__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.56 |
|---|---|---|---|

**Aetna Insurance Company**
PO Box 784836
Philadelphia, PA 19178-4836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Patient refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Aetna Life Insurance Company**
PO Box 14079
Lexington, KY 40512-4079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Patient refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.58** |
|---|---|---|---|

**Aftermath Claim Service**
1212 S. Naper Boulevard
Naperville, IL 60540-8360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144.16** |
|---|---|---|---|

**Akhenia Conerly**
296 Raleigh Dr Apt B
Clarksville, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.40** |
|---|---|---|---|

**Alexandria Miller**
748 Shelton Cir
Clarksville, TN 37042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Alison Hopkins**
1346 Sweetwater Dr
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Patient refund

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.65** |
|---|---|---|---|

**Amanda Burlison**
407 Rollingwood Crossing
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.14** |
|---|---|---|---|

**Amanda Greene**
3617 Huntingboro Tr
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.22** |
|---|---|---|---|

**Amber Offill**
4212 Shacklett Rd
Murfreesboro, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  6 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 17 of 61

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Amber Saunders**
4212 Shacklett Rd
Murfreesboro, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**American Academy of Pediatrics**
72103 Eagle Way
Chicago, IL 60678-7251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Provider membership dues

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.91 |
|---|---|---|---|

**American Messaging**
PO Box 5749
Carol Stream, IL 60197-5749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pager service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.69 |
|---|---|---|---|

**American Plumbing Professionals**
PO Box 111542
Nashville, TN 37222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Repairs and maintenance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,806.67 |
|---|---|---|---|

**American Proficiency Institute**
PO Box 30516
Dept. 9526
Lansing, MI 48909-8016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Ana Cordero**
100 Vernon Traylor Dr
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Andrea Hulan**
812 Queen Annes Court
Nolensville, TN 37135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 18 of 61

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.76 |
|---|---|---|---|

**Andreya Brozewski**
3036 Earhart Rd
Hermitage, TN 37076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $731.00 |
|---|---|---|---|

**Angela Frazier**
13859 Cainsville Rd
Lebanon, TN 37090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Provider employee reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.00 |
|---|---|---|---|

**Aquarium Maintenance Service**
PO Box 1856
Columbia, TN 38402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service and maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,420.14 |
|---|---|---|---|

**ARHC GMCLKTN01, LLC**
PO Box 714423
Cincinnati, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.45 |
|---|---|---|---|

**ASE Technology**
7113 Peach Court, Suite 200
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.35 |
|---|---|---|---|

**AT&T**
PO Box 105068
Atlanta, GA 30348-5068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $374,826.78 |
|---|---|---|---|

**AthenaHealth**
311 Arsenal St
Watertown, MA 02472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2015-11/2015**
Last 4 digits of account number _

Basis for the claim:  **Electronic health record system, claims billing and collections service**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 19 of 61

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,921.98 |

**Athenahealth, Inc.**
311 Arsenal St.
Watertown, MA 02472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.25 |

**ATMOS Energy**
PO Box 790311
Saint Louis, MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6232

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.75 |

**Audiology Systems**
Attn: Scott Brewer
50 Commerce Dr Ste 180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Audiology supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.25 |

**Audiology Systems**
Dept. CH 16948
Palatine, IL 60055-6948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Autism Speaks**
900 Circle 75 Pkwy Ste 445
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Marketing

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,130.62 |

**Barton & Associates, Inc.**
PO Box 417844
Boston, MA 02241-7844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $965.50 |

**Bass, Berry & Sims, PLC**
150 Third Ave. South, Ste. 2800
Nashville, TN 37201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 20 of 61

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.65 |
|---|---|---|---|

**3.36** BCBS of TN
Claim Refund Dept
Bldg 13 1 Cameron Hill Cir
Chattanooga, TN 37402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

**$240.65**

---

**3.37** BCBST
1 Cameron Hill Cir
Chattanooga, TN 37402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

**$769.49**

---

**3.38** Bentley's Air Conditioning
109 Hartmann Dr
Lebanon, TN 37087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.39** Berkshire Hathaway Guard Insurance Compa
PO Box 785570
Philadelphia, PA 19178-5570

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,632.11**

---

**3.40** Besse Medical Supply
1576 Solutions Ctr
Chicago, IL 60677-1005

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,332.85**

---

**3.41** Bethany Wenger
821 Woodcraft Dr.
Nashville, TN 37214

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,211.24**

---

**3.42** Better Business Solutions
PO Box 3549
Brentwood, TN 37024

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,590.04**

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 10 of 49
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 21 of 61

                  Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,547.74 |

**3.43** Nonpriority creditor's name and mailing address
BlueCross BlueShield of Tennessee
Group Receipts Dept
PO Box 6539
Carol Stream, IL 60197-6539

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee benefits

Is the claim subject to offset? ■ No ☐ Yes

**$4,547.74**

---

**3.44** Nonpriority creditor's name and mailing address
BMW Properties
2420 W Clay Dr
Lebanon, TN 37087

Date(s) debt was incurred  2/2015-6/2015

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
115 Winwood Dr
Lebanon TN

Is the claim subject to offset? ■ No ☐ Yes

**$19,625.25**

---

**3.45** Nonpriority creditor's name and mailing address
Bravo Construction
936 Carthage Hwy
Lebanon, TN 37087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Leasehold improvements

Is the claim subject to offset? ■ No ☐ Yes

**$1,926.00**

---

**3.46** Nonpriority creditor's name and mailing address
Bridges
935 Edgehill Avenue
Nashville, TN 37203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

**3.47** Nonpriority creditor's name and mailing address
Butler Snow LLP
150 3rd Ave S Ste 1600
Nashville, TN 37201

Date(s) debt was incurred  3/2015-5/2015

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal fees

Is the claim subject to offset? ■ No ☐ Yes

**$64,612.59**

---

**3.48** Nonpriority creditor's name and mailing address
C12 Group, Music City
2000 Mallory Ln Ste 130-56
Franklin, TN 37067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CEP training/continuing education

Is the claim subject to offset? ■ No ☐ Yes

**$975.00**

---

**3.49** Nonpriority creditor's name and mailing address
CADS
1317 Sun Valley Road
Clarksville, TN 37040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,073.00** |
|---|---|---|---|

**CAM Realty Co/Realty Group North**
109 Montgomery Ave Ste 102
Scarsdale, NY 10583

Date(s) debt was incurred  **3/2015-11/2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**
**5003 Crossing Cir**
**Mt Juliet TN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,819.20** |
|---|---|---|---|

**Carol Jolly**
PO Box 680662
Franklin, TN 37068

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.34** |
|---|---|---|---|

**Casatina Miller**
395 Bosca Ct
Clarksville, TN 37040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,450.00** |
|---|---|---|---|

**Centennial Medical Center**
PO Box 150804
Nashville, TN 37215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**Chad S. Boomershine, MD**
1219 Olympia Place
Franklin, TN 37067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.04** |
|---|---|---|---|

**Charter Communications**
PO Box 9001934
Louisville, KY 40290-1934

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.57** |
|---|---|---|---|

**Christian Care Ministry**
PO Box 120099
Melbourne, FL 32912

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 12 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 23 of 61

| | | |
|---|---|---|
| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.57**

Nonpriority creditor's name and mailing address

**Christina Paasche**
**3119 Holly Point**
**Clarksville, TN 37043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

$413.00

---

**3.58**

Nonpriority creditor's name and mailing address

**Cigna Healthcare**
**PO Box 644546**
**Pittsburgh, PA 15264-4546**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$96,144.65

---

**3.59**

Nonpriority creditor's name and mailing address

**Cigna Healthcare - Refunds**
**Bourbonnais Claim Office**
**PO Box 182223**
**Chattanooga, TN 37422-7223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset? ☐ No ☐ Yes

$17.99

---

**3.60**

Nonpriority creditor's name and mailing address

**Clean It Supply**
**2212 Dearborn Dr,**
**Nashville, TN 37214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$483.22

---

**3.61**

Nonpriority creditor's name and mailing address

**CLIA Laboratory Program**
**PO Box 530882**
**Atlanta, GA 30353**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lab fees

Is the claim subject to offset? ☐ No ☐ Yes

$1,166.00

---

**3.62**

Nonpriority creditor's name and mailing address

**CLIA Laboratory Program**
**PO Box 3056**
**Portland, OR 97208-3056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.63**

Nonpriority creditor's name and mailing address

**Comcast Business**
**PO Box 530098**
**Atlanta, GA 30353-0098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,715.94

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 24 of 61

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,332.49 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**3.64**

Nonpriority creditor's name and mailing address
**Commercial Lamination**
**2801 Murfreesboro Rd**
**Antioch, TN 37013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Leasehold improvements

Is the claim subject to offset? ■ No  ☐ Yes

**$2,332.49**

---

**3.65**

Nonpriority creditor's name and mailing address
**Companion Life Insurance Company**
**PO Box 100102**
**Columbia, SC 29202-3102**

Date(s) debt was incurred _

Last 4 digits of account number  0000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,078.23**

---

**3.66**

Nonpriority creditor's name and mailing address
**Concentra**
**Occupational Health Centers Southwest**
**PO Box 82432**
**Atlanta, GA 30354-0432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset? ■ No  ☐ Yes

**$442.23**

---

**3.67**

Nonpriority creditor's name and mailing address
**Cook's Pest Control**
**PO Box 280390**
**Nashville, TN 37228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$755.00**

---

**3.68**

Nonpriority creditor's name and mailing address
**Corporate Cleaning Systems**
**PO Box 40565**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$37,808.84**

---

**3.69**

Nonpriority creditor's name and mailing address
**Cory Collier**
**1505 Demonbreun St., #623**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$481.57**

---

**3.70**

Nonpriority creditor's name and mailing address
**Crista Fedora**
**7201 Charlotte Pk #203**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No  ☐ Yes

**$731.00**

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 25 of 61

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
| --- | --- | --- | --- |

**Crystal Vann**
1444 Primm Rd
Ashland City, TN 37015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.40 |
| --- | --- | --- | --- |

**CubeSmart**
1202 Antioch Pike
Nashville, TN 37211

Date(s) debt was incurred _

Last 4 digits of account number  3951 

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.31 |
| --- | --- | --- | --- |

**CubeSmart Mboro Rd**
1058 Murfreesboro Rd.
Nashville, TN 37217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.20 |
| --- | --- | --- | --- |

**Curtis Bay Medical Waste Services**
PO Box 65047
Baltimore, MD 21264-5047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical waste disposal 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,454.49 |
| --- | --- | --- | --- |

**Cushman & Wakefield - Brentwood**
HCA PO Box 281166
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,279.64 |
| --- | --- | --- | --- |

**Cushman Wakefield/HCA**
PO Box 281166
Atlanta, GA 30384

Date(s) debt was incurred  1/2015-11/2015 

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
343 Franklin Rd
Brentwood TN 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
| --- | --- | --- | --- |

**Cynthia E. Collins**
2612 Polo Court
Nashville, TN 37211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 26 of 61

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $776.99 |
|---|---|---|---|

**D & L Distributors Inc.**
PO Box 993
Brentwood, TN 37024-0993

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs and maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $745.00 |
|---|---|---|---|

**Day Communications, Inc.**
3212 West End Ave., Suite 201
Nashville, TN 37203

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.53 |
|---|---|---|---|

**DCA Pharmacy**
233 Bedford Way
Franklin, TN 37064

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

**Deidra McCullough**
106 Archwood Dr
Madison, TN 37115

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Denise MacLeod**
1154 Old Jefferson Pk
Smyrna, TN 37167

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Donequa Lyons**
3424 Elizabeth Jordan St.
Nashville, TN 37209

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,492.20 |
|---|---|---|---|

**Donna Hamacher**
7409 Somerset Pl.
Nashville, TN 37221

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 27 of 61

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,967.64 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**EarthLink**
PO Box 2252
Birmingham, AL 35246-1058

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Eatherly Services**
1670 Cairo Bend Road
Lebanon, TN 37087

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,555.35 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**ECHO, Inc.**
101 Westpark Dr., Suite 140
Brentwood, TN 37027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000,000.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

**Eddie Hamilton**
4822 Post Rd
Nashville, TN 37205

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,712.20 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**EDH Gateway Center**
Leap Soultions
213 W Maplewood Ln Ste 350
Nashville, TN 37207

Date(s) debt was incurred  6/2015-11/2015

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
1155 Kennedy Dr
Murfreesboro TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $746.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Elisabeth Beale Radish**
610 S. 12th St.
Nashville, TN 37206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,080.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**ELLKAY Inc.**
259 Cedar Ln
Teaneck, NJ 07666

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Data conversion fees for electronic health records

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 28 of 61

### 3.92

**Nonpriority creditor's name and mailing address**

Emelina Quinones
3042 Ace Winter Meyer Drive
La Vergne, TN 37086

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.07**

---

### 3.93

**Nonpriority creditor's name and mailing address**

Emma Inc.
75 Remittance Dr Ste 6222
Chicago, IL 60675-6222

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

### 3.94

**Nonpriority creditor's name and mailing address**

Equinox Communications
PO Box 2607
Brentwood, TN 37024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **IT support services**

Is the claim subject to offset? ■ No ☐ Yes

**$16,197.15**

---

### 3.95

**Nonpriority creditor's name and mailing address**

Erika Montez
7309A N Baker Cir
Fort Campbell, KY 42223

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$50.96**

---

### 3.96

**Nonpriority creditor's name and mailing address**

Estalee Duncan
216 Lucky Dr
Nashville, TN 37211

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$228.41**

---

### 3.97

**Nonpriority creditor's name and mailing address**

Fairway-Galt, LLC
728 Shades Creek Pky, Suite 200
Birmingham, AL 35209

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51,650.82**

---

### 3.98

**Nonpriority creditor's name and mailing address**

Families Magazine
PO Box 729
Hopkinsville, KY 42241-0729

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 29 of 61

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.44 |
|---|---|---|---|

**Fire Safety Equipment & Service**
4099 Bernard Rd
Joelton, TN 37080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,685.00 |
|---|---|---|---|

**Flexential**
PO Box 536933
Atlanta, GA 30353-6933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.84 |
|---|---|---|---|

**Four Plus Corporation**
c/o 511 Group 1850 Nashville City Center
511 Union St.
Nashville, TN 37219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Franklin Collection Service, Inc.**
PO Box 3910
Tupelo, MS 38803-3910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Gary Griffieth MD**
2001 Rush St Apt 2311
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,275.25 |
|---|---|---|---|

**Gary Griffieth MD**
2001 Rush St Apt 2311
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Expenses paid on behalf of Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.65 |
|---|---|---|---|

**Gerri White**
2212 Dearborn Dr.
Nashville, TN 37214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**3.106**

Nonpriority creditor's name and mailing address

Glover's Lock Service
514 Kraft St
Clarksville, TN 37040

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

**$110.00**

---

**3.107**

Nonpriority creditor's name and mailing address

Go Fish
6297 N New Hope Rd
Hermitage, TN 37076

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service and maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

**$571.24**

---

**3.108**

Nonpriority creditor's name and mailing address

Gordon N. Stowe and Associates, Inc.
Attn: Accts Receivable
586 Palwaukee Dr.
Wheeling, IL 60090

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

**$148.77**

---

**3.109**

Nonpriority creditor's name and mailing address

Greensboro Service Center
PO box 740800
Atlanta, GA 30374-0800

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patient refund**

Is the claim subject to offset?  ■ No  ☐ Yes

**$16.15**

---

**3.110**

Nonpriority creditor's name and mailing address

GSK GlaxoSmithKline Pharmaceuticals
PO Box 740415
Atlanta, GA 30374-0415

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vaccines**

Is the claim subject to offset?  ■ No  ☐ Yes

**$29,962.11**

---

**3.111**

Nonpriority creditor's name and mailing address

Guardian
PO Box 677458
Dallas, TX 75267-7458

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,827.55**

---

**3.112**

Nonpriority creditor's name and mailing address

H & H Heating, Air & Refrigeration
2547 Madison St
Clarksville, TN 37043

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

**$420.90**

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 31 of 61

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**H & J Realty**
8138 Moores Lane
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,180.00 |

**Hamilton Painting**
1204 Murfreesboro Road
Lebanon, TN 37090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,900.71 |

**Hamilton Young Building**
**Leap Solutions**
213 W Maplewood Ln Ste 350
Nashville, TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2015-11/2015

Basis for the claim:  Unpaid Rent
800 Weatherly Dr
Clarksville TN

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,004.93 |

**Hanover Insurance Group**
PO Box 580045
Charlotte, NC 28258-0045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.00 |

**Harpeth Answering & Communications**
506 Hillsoro Blvd Ste 106
Manchester, TN 37355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Answering service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,784.00 |

**Harris Brand Recruiting**
3100 Rosendale Rd
Schenectady, NY 12309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Recruiting

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,828.81 |

**Harris Family Pharmacy**
1157 Fort Campbell Blvd.
Clarksville, TN 37042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 32 of 61

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.07 |
|---|---|---|---|

**Harris Klein Associates Inc.**
PO Box 2087
Woodstock, GA 30188

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Patient refund__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.25 |
|---|---|---|---|

**Harrison's Lock**
307 W Main St Ste H
Lebanon, TN 37087

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Repairs and maintenance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,023.71 |
|---|---|---|---|

**Hartmann Central, LLC**
1418 Palmer Road
Lebanon, TN 37090

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.96 |
|---|---|---|---|

**Health Mega Mall**

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.68 |
|---|---|---|---|

**HealthAmerica PA - Refunds**
PO Box 8500-784182
Philadelphia, PA 19178-4182

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Patient refund__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.09 |
|---|---|---|---|

**HealthSCOPE Benefits**
27 Corporate Hill Dr
Little Rock, AR 72205

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  __Patient refund__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,521.11 |
|---|---|---|---|

**Heathstone Properties**
4925 Veterans Parkway
Murfreesboro, TN 37128

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 33 of 61

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,311.17 |
|---|---|---|---|

**Henry Schein**
Dept CH 10241
Palatine, IL 60055-0241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.87 |
|---|---|---|---|

**Herbert Barron**
121 Sandi's Ln.
Palmyra, TN 37142

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Hicks HVAC**
991 Brilery Pkwy.
Nashville, TN 37217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $978.50 |
|---|---|---|---|

**Hiller LLC- Nashville**
915 Murfreesboro Pike
Nashville, TN 37225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,626.17 |
|---|---|---|---|

**Holladay Properties**
MOB 147 of Tennessee
PO Box 404485
Atlanta, GA 30384

Date(s) debt was incurred 4/2015-11/2015

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent**
**3443 Dickerson Rd**
**Nashville TN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,976.48 |
|---|---|---|---|

**Holladay Properties - Skyline**
PO Box 404485
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Holly Miller**
317 50th Ave N
Nashville, TN 37209

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 34 of 61

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,693.75 |
| --- | --- | --- | --- |
| | Hoskins & Company<br>1900 Church Street Suite 200<br>Nashville, TN 37203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.53 |
| --- | --- | --- | --- |
| | Humana Healthcare Plan<br>PO Box 931655<br>Atlanta, GA 31193-1655 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Patient refund  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
| --- | --- | --- | --- |
| | ICG Link Inc.<br>7003 Chadwick Dr Ste 111<br>Brentwood, TN 37027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Network support  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,592.46 |
| --- | --- | --- | --- |
| | INETCO, LLC<br>190B Saundersville Road<br>Hendersonville, TN 37075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,565.60 |
| --- | --- | --- | --- |
| | Infinisource, Inc.<br>15 E. Washington Street<br>Coldwater, MI 49036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.19 |
| --- | --- | --- | --- |
| | IPFS Corporation<br>900 Ashowood Parkway Suite 370<br>Atlanta, GA 30338 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
| --- | --- | --- | --- |
| | Jaclyn Perez<br>107 Rudolph Dr<br>Clarksville, TN 37040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Provider employee reimbursement  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 35 of 61

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

Jasmine Gibson
1622 Brentridge Cir
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.51 |
|---|---|---|---|

Jennifer Mojica

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

Jennifer Strickland
1204 Hartfield Ct
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Provider employee reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.36 |
|---|---|---|---|

Jennifer Watson
143 Hendon Memorial Rd
Shelbyville, TN 37160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Nonprovider employee reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.51 |
|---|---|---|---|

Jerry Giltz
1000 Worthington Ln Apt 10-207
Spring Hill, TN 37174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Patient refund

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

Jewell Mechanical
1000 Elm Hill Pike
Nashville, TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

Jihan Shukri
360 Bell Rd Apt 303
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Patient refund

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 36 of 61

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.96 |

**Jonathan Garcia**
1017 Townley Dr
Madison, TN 37115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Nonprovider employee reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.00 |

**Jonathan Spanier MD**
1032 Gracelawn Dr
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Provider employee reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.91 |

**June D. Bryant**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.85 |

**Karen Blount**
5582 B Zapata Drive
Pegram, TN 37143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.00 |

**Karen Chaffin**
5909 Sedberry Road
Nashville, TN 37205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Kathleen Weakley**
1928 Streamfield Court
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |

**Kelly Eigner**
310 Gross Ln
Hartsville, TN 37074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Nonprovider employee reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 37 of 61

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.61 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**3.155**

Nonpriority creditor's name and mailing address
**Khalid Abdulkhalig**
**114 Gardenia St**
**Mount Pleasant, TN 38474**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patient refund**

Is the claim subject to offset? ☐ No ☐ Yes

$115.61

---

**3.156**

Nonpriority creditor's name and mailing address
**Kofi Asare-Bawuah**
**1225 Plumeria Pl**
**Nolensville, TN 37135**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliqdated
☐ Disputed

Basis for the claim:  **Provider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

$2,741.30

---

**3.157**

Nonpriority creditor's name and mailing address
**LabCorp**
**PO Box 12140**
**Burlington, NC 27216-2140**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,636.00

---

**3.158**

Nonpriority creditor's name and mailing address
**Lamont, Hanley & Associates, Inc.**
**PO Box 179**
**Manchester, NH 03105**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$651.82

---

**3.159**

Nonpriority creditor's name and mailing address
**LBMC PC**
**PO Box 1869**
**Brentwood, TN 37024-1869**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Training**

Is the claim subject to offset? ■ No ☐ Yes

$699.80

---

**3.160**

Nonpriority creditor's name and mailing address
**LeighAnn Brinkley**
**901 Northern Dance Ln**
**Elgin, SC 29045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

$18.14

---

**3.161**

Nonpriority creditor's name and mailing address
**Leslie Komulainen**
**229 Cedar Bend Cir**
**Clarksville, TN 37043**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

$52.19

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 38 of 61

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**Lisa Lewis**
**1004 Pembrook Point**
**Mount Juliet, TN 37122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Patient Refund**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Longwell Cleaning Services**
**2274 High Meadow Drive**
**Murfreesboro, TN 37129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.82 |
|---|---|---|---|

**Lorie Marsh**
**1984 Sugar Flat Rd**
**Lebanon, TN 37087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Nonprovider employee reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $981.00 |
|---|---|---|---|

**Lucy Martin**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,164.80 |
|---|---|---|---|

**M and S Holdings**
**1511 Sunset Road**
**Brentwood, TN 37027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $942.36 |
|---|---|---|---|

**MailFinance, Inc.**
**PO Box 123682**
**Dallas, TX 75312-3682**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,012.97 |
|---|---|---|---|

**Main Street Media of Tennessee**
**Gould Enterprises Inc.**
**PO Box 8156**
**Gallatin, TN 37066-8156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 39 of 61

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.24 |
|---|---|---|---|

**Maine Standards**
221 US Route 1
Cumberland Foreside, ME 04110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Maisam Alkhafaji**
109 Shacklatt Lane Ct
Antioch, TN 37013

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.00 |
|---|---|---|---|

**Mary Ruth Scobey MD**
5004 English Village Dr
Nashville, TN 37211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,728.05 |
|---|---|---|---|

**MBLab Consulting**
1106 Gettysvue Way
Knoxville, TN 37922

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,047.91 |
|---|---|---|---|

**McCurry Construction, LLC**
2207 Saint Joseph's Court
Brentwood, TN 37027

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,660.17 |
|---|---|---|---|

**McKesson Medical Surgical**
PO Box 634404
Cincinnati, OH 45263-4404

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Medical supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,990.14 |
|---|---|---|---|

**Medline Industries, Inc.**
Dept CH 14400
Palatine, IL 60055

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 29 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 40 of 61

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,825.46 |

**MedSafe Total Compliance Solutions, Inc.**
27 Mica Lane, Suite 208
Wellesley Hills, MA 02481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.15 |

**Megan Thomas**
1606 Samuel Dr
Clarksville, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Nonprovider employee reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,398.34 |

**Merck**
PO Box 5254
Carol Stream, IL 60197-5254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vaccines**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,951.26 |

**Meridian Law, PLLC**
2900 Vanderbilt Place, Suite 100
Nashville, TN 37212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.76 |

**MHBP Federal Employees Health Benefits**
PO box 8402
London, KY 40742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Patient refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.80 |

**Mid-State Communications**
504 Hillsboro Blvd
Manchester, TN 37355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Answering service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $813.15 |

**Middle Tennessee Electric**
PO Box 220
Lebanon, TN 37088-0220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 30 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 41 of 61

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1,662.82** |

**3.183** Nonpriority creditor's name and mailing address

**Mint Condition**
101 SE Parkway Ct Ste 230
Franklin, TN 37064

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,662.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning service**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address

**Modern Babies and Children Nashville**
1050 Glenbrook Way Ste 480-145
Hendersonville, TN 37075

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$850.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.185** Nonpriority creditor's name and mailing address

**Murfreesboro Electric Company**
PO Box 9
Murfreesboro, TN 37133-0009

Date(s) debt was incurred __

Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,046.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

**Mutual of Omaha**
PO Box 2147
Omaha, NE 68103-2147

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,475.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address

**Nancy Lara**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

**Nashville Area Hispanic Chamber of Comme**
PO Box 40541
Nashville, TN 37204

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.189** Nonpriority creditor's name and mailing address

**National Contact Center Management Group**
2501 Park Plaza Bldg. 1-4W
Nashville, TN 37203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$34,164.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 42 of 61

Name

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.58 |
|---|---|---|---|

**Natus Medical, Inc.**
Dept. 33768
PO Box 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.00 |
|---|---|---|---|

**Navicure Inc.**
2055 Sugarloaf Cir Ste 600
Duluth, GA 30097-4363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Claims submission

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Neofunds by Neopost**
PO Box 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Postage

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,839.64 |
|---|---|---|---|

**NES**
1214 Church Street
Nashville, TN 37246-0003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,885.87 |
|---|---|---|---|

**Newtek Technology**
2550 W. Union Hills Dr., Suite 390
Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298,608.15 |
|---|---|---|---|

**NextGen Healthcare/Quality Systems Inc.**
PO Box 809390
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Electronic health record system

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,647.58 |
|---|---|---|---|

**Novacopy, Inc.**
PO Box 372, Dept. 200
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,107.67 |

**3.197** Nonpriority creditor's name and mailing address
NovaGen
10245 West Little Yord Rd., Suite 400
Houston, TX 77040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$158,107.67

---

**3.198** Nonpriority creditor's name and mailing address
Novartis Vaccines & Diagnostics Inc.
Attn: Sharie Campbell
4645 S Lakeshore Dr #11
Tempe, AZ 85282-7152

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vaccines

Is the claim subject to offset? ■ No  ☐ Yes

$7,369.72

---

**3.199** Nonpriority creditor's name and mailing address
Oaktree Products Inc.
610 Spirit Valley E
Chesterfield, MO 63005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Audiology supplies

Is the claim subject to offset? ■ No  ☐ Yes

$412.20

---

**3.200** Nonpriority creditor's name and mailing address
Office Depot
PO Box 633301
Cincinnati, OH 45263-3301

Date(s) debt was incurred _

Last 4 digits of account number  5544

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$352.48

---

**3.201** Nonpriority creditor's name and mailing address
Ortho Clinical Diagnostics
100 Indigo Creek Drive
Rochester, NY 14626

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$29,497.50

---

**3.202** Nonpriority creditor's name and mailing address
Otometrics
PO Box 200980
Pittsburgh, PA 15251-0980

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Audiology supplies

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

**3.203** Nonpriority creditor's name and mailing address
Paulette Poe
402 Fabian Pl
Clarksville, TN 37043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No  ☐ Yes

$50.96

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 44 of 61

### 3.204

**Nonpriority creditor's name and mailing address**

Payment Resolution Services
Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset? ■ No ☐ Yes

**$1,017.76**

---

### 3.205

**Nonpriority creditor's name and mailing address**

Peak 10, Inc.
PO Box 536933
Atlanta, GA 30353-6933

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,315.00**

---

### 3.206

**Nonpriority creditor's name and mailing address**

PedsTest.com
1013 Austin Ct
Nolensville, TN 37135

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office forms

Is the claim subject to offset? ■ No ☐ Yes

**$1,419.00**

---

### 3.207

**Nonpriority creditor's name and mailing address**

Performance Business Forms
200 Blanton Ave
Nashville, TN 37210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office forms

Is the claim subject to offset? ■ No ☐ Yes

**$240.35**

---

### 3.208

**Nonpriority creditor's name and mailing address**

Perry Carlson
5091 Pine Hill Rd
Nashville, TN 37221

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$1,231.00**

---

### 3.209

**Nonpriority creditor's name and mailing address**

Pfizer
PO Box 100539
Atlanta, GA 30384-0539

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vaccines

Is the claim subject to offset? ■ No ☐ Yes

**$105,565.31**

---

### 3.210

**Nonpriority creditor's name and mailing address**

PGBA, LLC
Attn: Tricare South Region Finance
PO Box 100279
Columbia, SC 29202-3279

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$531.61**

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,562.96 |
|---|---|---|---|

**Piedmont Natural Gas**
PO Box 660920
Dallas, TX 75266-0920

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,726.40 |
|---|---|---|---|

**Pinnacle Services Inc.**
2817 West End Ave Ste 126-384
Nashville, TN 37203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cleaning service

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,360.56 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Postage meter lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,669.03 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
21210 Erwin St
Woodland Hills, CA 91367

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Postage expense and late fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,995.00 |
|---|---|---|---|

**PracticeLink Limited**
PO Box 100
Hinton, WV 25951

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,688.88 |
|---|---|---|---|

**PracticeSuite**
PO Box 15124
Fremont, CA 94539

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.56 |
|---|---|---|---|

**Precision Roller**
2102 W. Quail Ave., Suite 1
Phoenix, AZ 85027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 46 of 61

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|

**Premier Parking**
421 Church St
Nashville, TN 37219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Parking for training**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Priority Nashville Contracting LLC**
PO Box 41830
Nashville, TN 37204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Leasehold improvements**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,924.00 |
|---|---|---|---|

**ProAssurance Indemnity Company Inc.**
PO Box 952315
Dallas, TX 75395-2315

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9675**

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,675.00 |
|---|---|---|---|

**ProAssurance Risk Resource Department**
PO Box 809196
Chicago, IL 60680-9196

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**ProImage Facility Services, LLC**
15115 Old Hickory Blvd., Suite B
Nashville, TN 37211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**Prosad Kona**
522 Aventura Dr
Mount Juliet, TN 37122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Patient refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304,517.81 |
|---|---|---|---|

**PSS Physician Sales & Service Inc.**
4105 Royal Dr Ste 600
Kennesaw, GA 30144

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical supplies and vaccines**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 47 of 61

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,020.00** |
|---|---|---|---|

**Ray Fochler**
**1765 Highway 25 West**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,330.00** |
|---|---|---|---|

**Real Time Translation, Inc.**
**716 County Rd. 10 NE #174**
**Minneapolis, MN 55434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,272.46** |
|---|---|---|---|

**Recall Total Information Management**
**015295 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Medical records storage**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.53** |
|---|---|---|---|

**Reginald King**
**PO Box 150214**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Nonprovider employee reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,899.19** |
|---|---|---|---|

**Revive Health**
**209 10th Ave S Ste 214**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,593.37** |
|---|---|---|---|

**Richards & Richards**
**Office Records Management Inc.**
**PO Box 17070**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Medical records storage**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Richelle Deharde**
**3443 Binkley Rd**
**Joelton, TN 37080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Patient refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 48 of 61

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.08 |
|---|---|---|---|

**Robbie Rodgers**
406 2nd Ave
Murfreesboro, TN 37130

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.00 |
|---|---|---|---|

**Roderick Bahner**
PO Box 2191
Brentwood, TN 37024

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Provider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,256.52 |
|---|---|---|---|

**Safe Clean**
164 McCall Street
Nashville, TN 37211

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Safe Point, LLC**
1214 Hunters Point Pike, Suite A
Lebanon, TN 37087

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,628.78 |
|---|---|---|---|

**Sanofi Pasteur, Inc.**
12458 Collections Center Dr.
Chicago, IL 60693

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Scarlett Leadership Institute**
840 Crescent Center Dr Ste 120
Franklin, TN 37067

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Training

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Schatonea Newby**
255 Cathy Jo Dr
Nashville, TN 37211

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 49 of 61

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,442.72** |
|---|---|---|---|

**Scotty W. Harris**
281 Hicokry Hollow Terrace
Antioch, TN 37013-2127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.34** |
|---|---|---|---|

**Shamekia Clinton**
1052 E Monica Dr
Clarksville, TN 37042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.05** |
|---|---|---|---|

**Shantanik Green**
923 Oak Meadow
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,032.67** |
|---|---|---|---|

**ShoreTel Inc.**
4921 Solution Center
Chicago, IL 60677-4009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Phone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,053.24** |
|---|---|---|---|

**Shred-it USA, LLC**
PO Box 13574
New York, NY 10087-3574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,780.30** |
|---|---|---|---|

**Sitex Corporation**
PO Box 38
Henderson, KY 42419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Linen service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,599.70** |
|---|---|---|---|

**SL Management Group TN LLC (Admin)**
788 Morris Turnpike
Short Hills, NJ 07078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0B17**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 50 of 61

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,740.98 |

**3.246**
Nonpriority creditor's name and mailing address
SL Management Group TN LLC (So Hills)
788 Morris Turnpike
Short Hills, NJ 07078

Date(s) debt was incurred __
Last 4 digits of account number  5247

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$56,740.98**

---

**3.247**
Nonpriority creditor's name and mailing address
Sladja Miledic
845 Windsor Green Blvd
Goodlettsville, TN 37072

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset? ☐ No ☐ Yes

**$70.00**

---

**3.248**
Nonpriority creditor's name and mailing address
Smilemakers
PO Box 2543
Spartanburg, SC 29304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppplies

Is the claim subject to offset? ■ No ☐ Yes

**$1,074.70**

---

**3.249**
Nonpriority creditor's name and mailing address
SNH Medical Office Properties
Dept 1600
PO Box 538601
Atlanta, GA 30353

Date(s) debt was incurred  4/2015-11/2015
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
6716 Nolensville Rd
Brentwood TN

Is the claim subject to offset? ■ No ☐ Yes

**$28,843.02**

---

**3.250**
Nonpriority creditor's name and mailing address
St. Thomas Medical Partners

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$382.00**

---

**3.251**
Nonpriority creditor's name and mailing address
St. Thomas Medical Staff Fund
PO Box 380
Nashville, TN 37205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credentialing

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.252**
Nonpriority creditor's name and mailing address
St. Thomas Medical Staff Fund
Attn: Medical Affairs
4220 Harding Road
Nashville, TN 37205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 51 of 61

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,782.00** |
|---|---|---|---|

St. Thomas Rutherford Hospital
501 Great Circle Rd Ste 300
Attn: STR Finance
Nashville, TN 37228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Answering service__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,301.07** |
|---|---|---|---|

Staples Advantage
Attn: Vedetta Hughes
7525 W Campus Rd
New Albany, OH 43054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Office supplies__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|

State Farm Insurance Companies
Insurance Support Center
PO Box 588002
North Metro, GA 30029-8002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

Stephen A. Tisdell
1600 Rosewood Court
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,245.17** |
|---|---|---|---|

Stericycle, Inc.
4010 Commercial Ave.
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239.50** |
|---|---|---|---|

Storage Solutions
2876 Old Fort Parkway
Murfreesboro, TN 37128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$741.11** |
|---|---|---|---|

StorPlace of Medical Center Nashville

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 52 of 61

| Debtor | CAPSTONE PEDIATRICS, PLLC | Case number (if known) | 3:19-bk-1971 |
|---|---|---|---|

### 3.260
**Nonpriority creditor's name and mailing address**
Sy.Med Development
101 Westpark Dr Ste 140
Brentwood, TN 37027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credentialing software system**

Is the claim subject to offset? ■ No ☐ Yes

**$3,143.14**

### 3.261
**Nonpriority creditor's name and mailing address**
Tamer El-Mahdy
309 NW 18th St Apt 907
Ankeny, IA 50023-4267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Patient refund**

Is the claim subject to offset? ■ No ☐ Yes

**$409.90**

### 3.262
**Nonpriority creditor's name and mailing address**
TaTanisha Smith MD
1412 Brentwood Terrace
Nashville, TN 37211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$875.00**

### 3.263
**Nonpriority creditor's name and mailing address**
Te'Airra Guinn
499 Swiss Ave Apt 116A
Nashville, TN 37211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$11.65**

### 3.264
**Nonpriority creditor's name and mailing address**
Ted R. Sanders Moving & Warehouse, Inc.
PO Box 90202
Nashville, TN 37209-1020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43,296.52**

### 3.265
**Nonpriority creditor's name and mailing address**
Ten Times Better Corporation
923 Oldham Dr #851
Nolensville, TN 37135

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

### 3.266
**Nonpriority creditor's name and mailing address**
Tennessee Anytime
NIC USA Inc.
PO Box 504212
Saint Louis, MO 63150-4212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance verification**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 42 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 53 of 61

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.65 |
|---|---|---|---|

**Tennessee Foreign Language Institute**
**220 French Landing Dr., Suite 1-B**
**Nashville, TN 37243**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**Tennessee Mechanical Corp.**
**TMC 101 General Forrest Court**
**Smyrna, TN 37167**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,510.11 |
|---|---|---|---|

**The CSI Companies Inc.**
**PO Box 890841**
**Charlotte, NC 28289-9841**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Temporary staffing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,935.46 |
|---|---|---|---|

**The Mathews Company**
**PO Box 22149**
**Nashville, TN 37202-2149**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Repairs and maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**The Stanton Group**
**PO Box 993**
**Brentwood, TN 37024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.41 |
|---|---|---|---|

**The Toner Doctor**
**PO Box 94**
**Madawaska, ME 04756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,482.00 |
|---|---|---|---|

**TheraCom**
**Payment Center**
**PO Box 640105**
**Cincinnati, OH 45264-0105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Tim Jurisin Plumbing Inc.**
PO Box 3564
Clarksville, TN 37043-3564

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs and maintenance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,096.61 |
|---|---|---|---|

**Tina Manshadi**
2600 Hillsboro Pk Unit 132
Nashville, TN 37212

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.80 |
|---|---|---|---|

**Tonika Milan**
110 E St
Clarksville, TN 37042

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Nonprovider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.00 |
|---|---|---|---|

**Tracy Carter**
2503 Angelyn Dr
Murfreesboro, TN 37129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**Travis Crook MD**
1204 Jewell Ave
Franklin, TN 37064

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Provider employee reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,442.00 |
|---|---|---|---|

**Triage Logic**
PO Box 79426
Baltimore, MD 21279

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Nurse triage services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Two Men and a Truck**
4801 Alabama Ave.
Nashville, TN 37209

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** Nonpriority creditor's name and mailing address

**United Healthcare Claim Refund**
PO Box 209011
Dallas, TX 75320-9011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$178.61**

---

**3.282** Nonpriority creditor's name and mailing address

**United Healthcare Insurance Company**
Dept CH10151
Palatine, IL 60055-0151

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee benefits__

Is the claim subject to offset? ■ No ☐ Yes

**$54,380.22**

---

**3.283** Nonpriority creditor's name and mailing address

**United Healthcare Recovery Services**
PO Box 101760
Atlanta, GA 30392-1760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,606.52**

---

**3.284** Nonpriority creditor's name and mailing address

**United States Trustee**
PO Box 530202
Atlanta, GA 30353-0202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$110,026.00**

---

**3.285** Nonpriority creditor's name and mailing address

**Up to Date**
230 Third Ave
Waltham, MA 02451

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,750.00**

---

**3.286** Nonpriority creditor's name and mailing address

**US HealthWorks**
PO Box 741827
Atlanta, GA 30374

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Patient refund__

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.287** Nonpriority creditor's name and mailing address

**Vanderbilt University Medical Center**
Nurse Triage

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Nurse triage services__

Is the claim subject to offset? ■ No ☐ Yes

**$3,024.00**

---

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 56 of 61

| | |
|---|---|
| **3.288** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$4,929.82** |

**Vani Veera MD**
**1444 W Northfield Blvd**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Provider employee reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.289** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$118.86** |

**Vankat K Reddy MD**
**PO Box 331034**
**Nashville, TN 37203-7508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Patient refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.290** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$3,145.89** |

**VaxServe**
**54 Glenmaura National Blvd., Ste. 301**
**Moosic, PA 18507-2101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.291** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$15,944.55** |

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.292** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$131,528.14** |

**VII FS-Nashville, LLC**
**4678 World Pkwy Circle**
**Saint Louis, MO 63134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.293** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$139,182.90** |

**VIII FS - Nashville**
**4678 World Parkway Cir**
**Saint Louis, MO 63134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2015-11/2015**

Basis for the claim:  **Unpaid Rent**
**330 Wallace Rd**
**Nashville TN**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.294** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$33.60** |

**Virginia O'Connell**
**705 Vanview Dr Apt A**
**Lebanon, TN 37087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Nonprovider employee reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 46 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 57 of 61

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,159.13 |
|---|---|---|---|

**Volunteer Welding Supply, Inc.**
815 5th Ave. South
Nashville, TN 37203

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.95 |
|---|---|---|---|

**Walgreens**
1419 Lake Cook Rd
MS #L390
Deerfield, IL 60015

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Patient refund

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.68 |
|---|---|---|---|

**Waste Management of Nashville**
PO Box 9001054
Louisville, KY 40290-1054

Date(s) debt was incurred __
Last 4 digits of account number  3725

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,164.66 |
|---|---|---|---|

**Weight Loss & Wellness Services, LLC**
2801 S. MacDill Ave.
Tampa, FL 33629

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.40 |
|---|---|---|---|

**Welch Allyn, Inc.**
4341 State Street
Skaneateles Falls, NY 13153

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,679.55 |
|---|---|---|---|

**White & Reasor**
3100 West End Ave., Suite 1100
Nashville, TN 37203

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Williamson Medical Center**
Attn: Medical Staff
4321 Carothers Pkwy
Franklin, TN 37067

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 47 of 49
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 58 of 61

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,553.96 |
|---|---|---|---|

**Windrose 310 Properties**
**Healthcare Property Managers of America**
Dept 730034 PO Box 660919
Dallas, TX 75266-0919

Date(s) debt was incurred  8/2015-11/2015

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
310 25th Ave N
Nashville TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,475.96 |
|---|---|---|---|

**Windrose Physicians Plaza**
**Healthcare Property Managers of America**
Dept 730034 PO Box 660919
Dallas, TX 75260-9190

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent
100 Covey Dr
Franklin TN

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.93 |
|---|---|---|---|

**Windstream**
PO Box 9001950
Louisville, KY 40290-1950

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,583.70 |
|---|---|---|---|

**Winnie Toler**
1221 Kilrush Dr
Franklin, TN 37069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expenses paid on behalf of Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.45 |
|---|---|---|---|

**Winnie Toler**
1221 Kilrush Drive
Franklin, TN 37069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,480.77 |
|---|---|---|---|

**Winnie Toler**
1221 Kilrush Drive
Franklin, TN 37069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.65 |
|---|---|---|---|

**Zarah Knight**
1519 Hwy 49 E
Ashland City, TN 37015

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonprovider employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 48 of 49

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 59 of 61

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 144,043.12 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,970,082.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,114,125.61 |

Case 3:19-bk-01971    Doc 124-1    Filed 06/27/19    Entered 06/27/19 09:42:43    Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities    Page 60 of 61

Fill in this information to identify the case:

Debtor name   CAPSTONE PEDIATRICS, PLLC

United States Bankruptcy Court for the:   Middle   District of   Tennessee
(State)

Case number (If known):   3:19-bk-01971

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

---

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $ ___0.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................   $ ___2,333,084.90___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   $ ___2,333,084.90___

---

**Part 2:**   **Summary of Liabilities**

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................   $ ___10,773,255.43___

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $ ___144,043.12___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................   + $ ___6,970,082.49___

4.  **Total liabilities**..............................................................................................
    Lines 2 + 3a + 3b          $ ___17,887,381.04___

Case 3:19-bk-01971   Doc 124-1   Filed 06/27/19   Entered 06/27/19 09:42:43   Desc
Exhibit 1- Amended Schedules and Summary Assets and Liabilities   Page 61 of 61
Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1