

P.O. Box 15284
Wilmington, DE 19850

CAPSTONE PEDIATRICS PLLC
DEBTOR IN POSSESSION CASE 19-01971
1420 DONELSON PIKE STE B17
NASHVILLE, TN 37217-3015

**Customer service information**

📱 Customer service: 1.888.400.9009

📱 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 4899
Atlanta, GA 30302-4899

# Your Full Analysis Business Checking

for May 1, 2019 to May 31, 2019      Account number: 4440 1454 2194

**CAPSTONE PEDIATRICS PLLC     DEBTOR IN POSSESSION CASE 19-01971**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2019 | $48,135.15 | # of deposits/credits: 12 |
| Deposits and other credits | 665,834.04 | # of withdrawals/debits: 178 |
| Withdrawals and other debits | -500,447.62 | # of days in cycle: 31 |
| Checks | -211,521.57 | Average ledger balance: $27,733.27 |
| Service fees | -0.00 | |
| **Ending balance on May 31, 2019** | **$2,000.00** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America**
**Merrill Lynch**

CAPSTONE PEDIATRICS PLLC | Account # 4440 1454 2194 | May 1, 2019 to May 31, 2019

# Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 05/03/19 | Online Banking transfer from CHK 6837 Confirmation# 3589499728 | | 943205036554329 | 107,166.00 |
| 05/03/19 | WIRE TYPE:WIRE IN DATE: 190503 TIME:1519 ET TRN:2019050300373341 SEQ:2219704431108761/015394 ORIG:CDS BUSINESS SERVICES INC ID:3852544992 SND BK:STERLING NATIONAL BANK ID:221970443 | | 903705030373341 | 35,661.00 |
| 05/06/19 | Online Banking transfer from CHK 6837 Confirmation# 3116814573 | | 943205066017363 | 3,000.00 |
| 05/10/19 | WIRE TYPE:WIRE IN DATE: 190510 TIME:1221 ET TRN:2019051000330424 SEQ:2219704431112934/008069 ORIG:CDS BUSINESS SERVICES INC ID:3852544992 SND BK:STERLING NATIONAL BANK ID:221970443 | | 903705100330424 | 56,150.00 |
| 05/10/19 | Online Banking transfer from CHK 6239 Confirmation# 2551222729 | | 943205106469189 | 35,472.42 |
| 05/17/19 | WIRE TYPE:WIRE IN DATE: 190517 TIME:1712 ET TRN:2019051700450722 SEQ:2219704431118216/021202 ORIG:CDS BUSINESS SERVICES INC ID:3852544992 SND BK:STERLING NATIONAL BANK ID:221970443 | | 903705170450722 | 109,857.51 |
| 05/17/19 | WIRE TYPE:WIRE IN DATE: 190517 TIME:1712 ET TRN:2019051700450717 SEQ:2219704431118217/021203 ORIG:CDS BUSINESS SERVICES INC ID:3852544992 SND BK:STERLING NATIONAL BANK ID:221970443 PMT DET:ADDITIONAL PAYROLL | | 903705170450717 | 35,000.00 |
| 05/17/19 | Online Banking transfer from CHK 6239 Confirmation# 1409924106 | | 943205176798526 | 3,523.03 |
| 05/24/19 | WIRE TYPE:WIRE IN DATE: 190524 TIME:1123 ET TRN:2019052400312628 SEQ:2219704431122349/006415 ORIG:CDS BUSINESS SERVICES INC ID:3852544992 SND BK:STERLING NATIONAL BANK ID:221970443 | | 903705240312628 | 73,250.00 |

*continued on the next page*

Case 3:19-bk-01971   Doc 126-1   Filed 07/02/19   Entered 07/02/19 12:18:35   Desc
Exhibit 1- xx2194 bank stmt   Page 3 of 26

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/24/19 | Online Banking transfer from CHK 6837<br>Confirmation# 1472108105 | | 943205246136972 | 20,000.00 |
| 05/31/19 | WIRE TYPE:WIRE IN DATE: 190531 TIME:1549 ET<br>TRN:2019053100550268<br>SEQ:2219704431127209/024246 ORIG:CDS<br>BUSINESS SERVICES INC ID:3852544992 SND<br>BK:STERLING NATIONAL BANK ID:221970443 | | 903705310550268 | 146,715.00 |
| 05/31/19 | Online Banking transfer from CHK 6239<br>Confirmation# 5131288670 | | 943205316543421 | 40,039.08 |
| **Total deposits and other credits** | | | | **$665,834.04** |

# Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/01/19 | TN Dept of Labor DES:SUTA<br>ID:077755430430201  INDN:Capstone Pediatrics<br>CO ID:1626001445 CCD | | 902520013980884 | -5,605.38 |
| 05/02/19 | WIRE TYPE:WIRE OUT DATE:190502 TIME:1614 ET<br>TRN:2019050200398250 SERVICE REF:013392<br>BNF:CDS BUSINESS SERVICES DBA<br>ID:3852543164 BNF BK:STERLING NATIONAL<br>BANK ID:026007773 PMT DET:DIP funding | | 903705020398250 | -29,385.84 |
| 05/06/19 | WIRE TYPE:BOOK OUT DATE:190506 TIME:1204<br>ET TRN:2019050600353942 RELATED REF:401k<br>BNF:CHARLES SCHWAB BANK ID:001233711961 | | 903705060353942 | -18,584.09 |
| 05/06/19 | IRS          DES:USATAXPYMT<br>ID:270952630415801  INDN:CAPSTONE<br>PEDIATRICS PL  CO ID:3387702000 CCD | | 902526010934618 | -34,270.83 |
| 05/10/19 | Online Banking transfer to CHK 6239<br>Confirmation# 3250625068 | | 943205106469190 | -56,150.00 |
| 05/10/19 | WIRE TYPE:WIRE OUT DATE:190510 TIME:1424 ET<br>TRN:2019051000378123 SERVICE REF:011332<br>BNF:ARHC GMCLKTN01 LLC ID:359681433959<br>BNF BK:KEYB ANK NATIONAL ASSOCI<br>ID:041001039 PMT DET:CV May 20 19 rent | | 903705100378123 | -10,146.51 |
| 05/10/19 | WIRE TYPE:WIRE OUT DATE:190510 TIME:1448 ET<br>TRN:2019051000388073 SERVICE REF:011890<br>BNF:FOUR PLUS CORP DBA SMYRNA<br>ID:174427338 BNF BK: FIRST TENNESSEE BANK<br>ID:084000026 PMT DET:SM May 2 019 rent | | 903705100388073 | -9,753.88 |
| 05/10/19 | WIRE TYPE:WIRE OUT DATE:190510 TIME:1501 ET<br>TRN:2019051000393700 SERVICE REF:434662<br>BNF:SL MANAGEMENT GROUP TN, LL<br>ID:5116076006 BNF BK:JPMORGAN CHASE BANK,<br>N. ID:0002 PMT DET:Adm in So Hi May | | 903705100393700 | -15,076.03 |
| 05/21/19 | Online Banking transfer to CHK 6239<br>Confirmation# 1543488717 | | 943205216839101 | -33,000.00 |
| 05/24/19 | Online Banking transfer to CHK 6837<br>Confirmation# 2269514774 | | 943205246136974 | -950.71 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/24/19 | Online Banking transfer to CHK 6239 Confirmation# 2171447792 | | 943205246136973 | -73,250.00 |
| 05/24/19 | WIRE TYPE:WIRE OUT DATE:190524 TIME:1408 ET TRN:2019052400384154 SERVICE REF:011755 BNF:BURR AND FORMAN ID:800104449947 BNF BK:PINNACL E BANK ID:064008637 PMT DET:Escrow Atty Attorney D avid Houston CM Capstone Pediatrics | | 903705240384154 | -20,000.00 |
| 05/29/19 | Online Banking transfer to CHK 6239 Confirmation# 2416027970 | | 943205296490163 | -7,500.00 |
| 05/31/19 | WIRE TYPE:BOOK OUT DATE:190531 TIME:1046 ET TRN:2019053100342283 RELATED REF:264977114 BNF:COMPANION LIFE INSURANCE C ID:003750012662 PMT DET:MAY PREMIUMS | | 903705310342283 | -978.44 |
| 05/31/19 | Online Banking transfer to CHK 6239 Confirmation# 7233243831 | | 943205316543420 | -185,795.91 |
| **Total withdrawals and other debits** | | | | **-$500,447.62** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 05/07 | 1066 | 813005492488696 | -1,042.04 | 05/03 | 28854 | 813003652605225 | -1,091.45 |
| 05/08 | 1067 | 813008052866004 | -478.32 | 05/03 | 28855 | 813003552584180 | -1,176.94 |
| 05/24 | 1068 | 813005692518227 | -900.00 | 05/03 | 28856 | 813001352374221 | -98.03 |
| 05/22 | 1069 | 813007252334877 | -853.37 | 05/03 | 28857 | 813001352374222 | -1,013.42 |
| 05/16 | 26898* | 813004692217393 | -3,523.03 | 05/03 | 28858 | 813003652169507 | -1,198.07 |
| 05/02 | 28710* | 813004792614910 | -1,291.35 | 05/03 | 28859 | 813003652605224 | -953.86 |
| 05/03 | 28840* | 813004992752156 | -1,101.28 | 05/03 | 28860 | 813003652413723 | -1,285.00 |
| 05/03 | 28841 | 813009192945849 | -892.89 | 05/03 | 28861 | 813003652413722 | -5,540.99 |
| 05/03 | 28842 | 813003652602629 | -859.35 | 05/06 | 28862 | 813003752959796 | -1,285.00 |
| 05/06 | 28843 | 813005292209969 | -959.57 | 05/06 | 28863 | 813003752959797 | -5,812.46 |
| 05/03 | 28844 | 813005092149732 | -2,409.56 | 05/03 | 28864 | 813003652169604 | -164.47 |
| 05/03 | 28845 | 813003652610543 | -771.84 | 05/03 | 28865 | 813003652169603 | -1,110.12 |
| 05/03 | 28846 | 813003652411026 | -180.33 | 05/03 | 28867* | 813003652673718 | -176.59 |
| 05/03 | 28847 | 813003652411025 | -1,106.21 | 05/03 | 28868 | 813003652673717 | -1,424.91 |
| 05/03 | 28848 | 813009292371198 | -1,576.52 | 05/03 | 28869 | 813003552525867 | -139.66 |
| 05/03 | 28849 | 813003652413732 | -607.08 | 05/03 | 28870 | 813003552525866 | -1,123.38 |
| 05/03 | 28850 | 813003652413731 | -2,852.55 | 05/03 | 28871 | 813003552242486 | -1,319.99 |
| 05/06 | 28851 | 813009492024175 | -1,285.00 | 05/03 | 28872 | 813003652099484 | -99.74 |
| 05/06 | 28852 | 813009492024160 | -2,536.25 | 05/03 | 28873 | 813003652099483 | -405.18 |
| 05/03 | 28853 | 813005092139168 | -526.70 | 05/03 | 28874 | 813003652469106 | -1,236.49 |

*continued on the next page*

# Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 05/03 | 28875 | 813003652469105 | -2,504.81 | 05/03 | 28916 | 813009192827605 | -1,285.00 |
| 05/07 | 28876 | 813004152272053 | -1,043.08 | 05/03 | 28917 | 813009192827626 | -5,276.46 |
| 05/03 | 28877 | 813003552676146 | -1,134.98 | 05/20 | 28920* | 813005092132627 | -1,172.28 |
| 05/03 | 28878 | 813003552676136 | -882.85 | 05/17 | 28921 | 813009292724561 | -1,005.18 |
| 05/10 | 28879 | 813008392710942 | -90.18 | 05/17 | 28922 | 813002652830334 | -1,025.16 |
| 05/10 | 28880 | 813008392710943 | -776.02 | 05/20 | 28923 | 813005092342381 | -1,030.47 |
| 05/03 | 28881 | 813003552242623 | -122.67 | 05/20 | 28924 | 813004992547798 | -2,409.57 |
| 05/03 | 28882 | 813003552242622 | -1,332.59 | 05/20 | 28925 | 813002852147045 | -590.43 |
| 05/03 | 28883 | 813003552676135 | -1,095.67 | 05/20 | 28926 | 813009592918170 | -1,571.29 |
| 05/03 | 28884 | 813009292371677 | -254.17 | 05/17 | 28927 | 813001352487515 | -607.80 |
| 05/03 | 28885 | 813009292371671 | -2,541.70 | 05/17 | 28928 | 813001352487514 | -2,852.55 |
| 05/06 | 28886 | 813003852831095 | -517.56 | 05/20 | 28929 | 813009592919064 | -1,285.00 |
| 05/06 | 28887 | 813003852831094 | -5,175.55 | 05/20 | 28930 | 813009592919067 | -2,536.26 |
| 05/08 | 28888 | 813002252821690 | -87.20 | 05/17 | 28931 | 813004892402633 | -929.40 |
| 05/06 | 28889 | 813009392332170 | -1,016.16 | 05/17 | 28932 | 813002752058672 | -1,150.90 |
| 05/06 | 28890 | 813001452136986 | -65.60 | 05/20 | 28933 | 813002752685077 | -1,167.68 |
| 05/06 | 28891 | 813001452136985 | -923.82 | 05/20 | 28934 | 813002852141504 | -98.03 |
| 05/06 | 28892 | 813007752526744 | -885.05 | 05/20 | 28935 | 813002852141505 | -1,029.98 |
| 05/03 | 28893 | 813009192827378 | -131.10 | 05/17 | 28936 | 813002752077304 | -1,084.32 |
| 05/03 | 28894 | 813009192827327 | -1,401.41 | 05/20 | 28937 | 813002852141542 | -1,025.57 |
| 05/03 | 28895 | 813007652721098 | -104.85 | 05/17 | 28938 | 813007852839336 | -1,285.00 |
| 05/03 | 28896 | 813007652703166 | -600.61 | 05/17 | 28939 | 813007852839318 | -5,540.99 |
| 05/03 | 28897 | 813007652721064 | -154.10 | 05/20 | 28940 | 813002752907543 | -1,285.00 |
| 05/03 | 28898 | 813007652721042 | -1,437.60 | 05/20 | 28941 | 813002752907544 | -5,812.46 |
| 05/06 | 28899 | 813003952917907 | -322.99 | 05/20 | 28942 | 813004992841876 | -164.47 |
| 05/06 | 28900 | 813003952917908 | -311.39 | 05/20 | 28943 | 813004992841877 | -1,340.71 |
| 05/10 | 28901 | 813005892707657 | -508.33 | 05/17 | 28944 | 813001352446210 | -176.59 |
| 05/03 | 28902 | 813004992180910 | -2,541.68 | 05/17 | 28945 | 813001352446121 | -1,225.20 |
| 05/03 | 28903 | 813007652790536 | -481.31 | 05/20 | 28946 | 813002952189318 | -139.66 |
| 05/03 | 28904 | 813007652790504 | -1,633.94 | 05/20 | 28947 | 813002952189317 | -1,316.21 |
| 05/03 | 28905 | 813007752063857 | -2,391.58 | 05/17 | 28948 | 813002752063650 | -1,674.93 |
| 05/03 | 28906 | 813007652764976 | -570.15 | 05/21 | 28949 | 813003052965125 | -99.74 |
| 05/03 | 28907 | 813004992180822 | -2,850.72 | 05/21 | 28950 | 813003052965126 | -405.18 |
| 05/06 | 28908 | 813003952193040 | -860.31 | 05/20 | 28951 | 813002752933937 | -1,236.49 |
| 05/06 | 28909 | 813003952193039 | -1,861.92 | 05/20 | 28952 | 813002752933936 | -2,504.83 |
| 05/08 | 28910 | 813008092301513 | -291.35 | 05/23 | 28953 | 813003352954332 | -321.99 |
| 05/08 | 28911 | 813008092301512 | -2,547.77 | 05/20 | 28954 | 813009592748704 | -1,154.26 |
| 05/03 | 28912 | 813007652816453 | -540.60 | 05/20 | 28955 | 813002852141509 | -799.28 |
| 05/03 | 28913 | 813007652790666 | -2,522.10 | 05/24 | 28956 | 813008392308497 | -90.18 |
| 05/07 | 28914 | 813009692435326 | -1,258.00 | 05/24 | 28957 | 813008392308498 | -390.18 |
| 05/03 | 28915 | 813009192373560 | -3,300.75 | 05/17 | 28958 | 813009392220791 | -122.67 |

*continued on the next page*

**Bank of America Merrill Lynch**

## Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 05/17 | 28959 | 813009392220790 | -1,322.35 | 05/17 | 28980 | 813004892402094 | -508.34 |
| 05/20 | 28960 | 813002952033143 | -664.80 | 05/17 | 28981 | 813004892402093 | -2,541.68 |
| 05/21 | 28961 | 813009692738243 | -254.17 | 05/20 | 28982 | 813008052236841 | -481.31 |
| 05/21 | 28962 | 813009692738246 | -2,541.67 | 05/20 | 28983 | 813008052236817 | -2,406.53 |
| 05/20 | 28963 | 813002952032914 | -517.56 | 05/23 | 28984 | 813007252841701 | -478.32 |
| 05/20 | 28964 | 813002952032913 | -5,175.55 | 05/23 | 28985 | 813007252841695 | -2,391.58 |
| 05/20 | 28965 | 813002852049425 | -180.33 | 05/22 | 28986 | 813007252108257 | -570.15 |
| 05/20 | 28966 | 813002852049424 | -1,540.10 | 05/22 | 28987 | 813005392306849 | -2,850.73 |
| 05/21 | 28967 | 813002052098011 | -87.20 | 05/17 | 28988 | 813007852665466 | -860.31 |
| 05/20 | 28968 | 813009392807540 | -1,079.43 | 05/17 | 28989 | 813007852644739 | -1,861.93 |
| 05/17 | 28969 | 813001352487033 | -65.60 | 05/20 | 28990 | 813009592757419 | -291.35 |
| 05/17 | 28970 | 813001352487034 | -929.84 | 05/20 | 28991 | 813009592757418 | -2,547.76 |
| 05/29 | 28971 | 813000652856630 | -226.47 | 05/17 | 28992 | 813007852790648 | -540.60 |
| 05/17 | 28972 | 813009292601263 | -131.10 | 05/17 | 28993 | 813007852790728 | -2,522.11 |
| 05/17 | 28973 | 813009292601303 | -1,383.34 | 05/17 | 28994 | 813001352378550 | -1,285.00 |
| 05/17 | 28974 | 813007852711896 | -104.85 | 05/20 | 28995 | 813009392805450 | -3,300.74 |
| 05/17 | 28975 | 813007852711846 | -1,040.63 | 05/20 | 28996 | 813009592017327 | -1,285.00 |
| 05/17 | 28976 | 813007852731489 | -154.01 | 05/20 | 28997 | 813009592017328 | -5,276.46 |
| 05/17 | 28977 | 813007852731471 | -1,470.12 | 05/20 | 28998 | 813009492795042 | -616.53 |
| 05/20 | 28978 | 813002952627934 | -322.98 | 05/20 | 28999 | 813009492795058 | -798.24 |
| 05/20 | 28979 | 813002952627935 | -1,212.24 | | | | |

| | |
|---|---|
| **Total checks** | **-$211,521.57** |
| **Total # of checks** | **163** |

*  *There is a gap in sequential check numbers*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 42,529.77 | 05/10 | 3,843.74 | 05/22 | 15,269.70 |
| 05/02 | 11,852.58 | 05/16 | 320.71 | 05/23 | 12,077.81 |
| 05/03 | 85,143.58 | 05/17 | 113,298.75 | 05/24 | 9,746.74 |
| 05/06 | 11,470.03 | 05/20 | 55,931.91 | 05/29 | 2,020.27 |
| 05/07 | 8,126.91 | 05/21 | 19,543.95 | 05/31 | 2,000.00 |
| 05/08 | 4,722.27 | | | | |

This page intentionally left blank



# Check images

**Account number: 4440 1454 2194**

Check number: 1066   |   Amount:  $1,042.04



Check number: 1067   |   Amount:  $478.32

Check number: 1068   |   Amount:  $900.00



Check number: 1069   |   Amount:  $853.37

Check number: 26898   |   Amount:  $3,523.03



Check number: 28710   |   Amount:  $1,291.35



Check number: 28840   |   Amount:  $1,101.28



Check number: 28841   |   Amount:  $892.89

Check number: 28842   |   Amount:  $859.35



Check number: 28843   |   Amount:  $959.57



# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28844   |   Amount: $2,409.56

Check number: 28845   |   Amount: $771.84

Check number: 28846   |   Amount: $180.33

Check number: 28847   |   Amount: $1,106.21

Check number: 28848   |   Amount: $1,576.52

Check number: 28849   |   Amount: $607.08

Check number: 28850   |   Amount: $2,852.55

Check number: 28851   |   Amount: $1,285.00

Check number: 28852   |   Amount: $2,536.25

Check number: 28853   |   Amount: $526.70





*continued on the next page*

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28854   |   Amount: $1,091.45

Check number: 28855   |   Amount: $1,176.94

Check number: 28856   |   Amount: $98.03

Check number: 28857   |   Amount: $1,013.42

Check number: 28858   |   Amount: $1,198.07

Check number: 28859   |   Amount: $953.86

Check number: 28860   |   Amount: $1,285.00

Check number: 28861   |   Amount: $5,540.99

Check number: 28862   |   Amount: $1,285.00

Check number: 28863   |   Amount: $5,812.46




*continued on the next page*

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28864  |  Amount: $164.47

Check number: 28865  |  Amount: $1,110.12

Check number: 28867  |  Amount: $176.59

Check number: 28868  |  Amount: $1,424.91

Check number: 28869  |  Amount: $139.66

Check number: 28870  |  Amount: $1,123.38



Check number: 28871  |  Amount: $1,319.99

Check number: 28872  |  Amount: $99.74

Check number: 28873  |  Amount: $405.18

Check number: 28874  |  Amount: $1,236.49



*continued on the next page*

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28875  |  Amount: $2,504.81



Check number: 28876  |  Amount: $1,043.08



Check number: 28877  |  Amount: $1,134.98

Check number: 28878  |  Amount: $882.85



Check number: 28879  |  Amount: $90.18

Check number: 28880  |  Amount: $776.02



Check number: 28881  |  Amount: $122.67

Check number: 28882  |  Amount: $1,332.59



Check number: 28883  |  Amount: $1,095.67

Check number: 28884  |  Amount: $254.17




continued on the next page

## Check images - continued
**Account number: 4440 1454 2194**

Check number: 28885   |   Amount: $2,541.70

Check number: 28886   |   Amount: $517.56

Check number: 28887   |   Amount: $5,175.55

Check number: 28888   |   Amount: $87.20

Check number: 28889   |   Amount: $1,016.16

Check number: 28890   |   Amount: $65.60

Check number: 28891   |   Amount: $923.82

Check number: 28892   |   Amount: $885.05

Check number: 28893   |   Amount: $131.10





Check number: 28894   |   Amount: $1,401.41

continued on the next page

## Check images - continued

**Account number: 4440 1454 2194**

Check number: 28895   |   Amount: $104.85

Check number: 28896   |   Amount: $600.61




Check number: 28897   |   Amount: $154.10

Check number: 28898   |   Amount: $1,437.60



Check number: 28899   |   Amount: $322.99

Check number: 28900   |   Amount: $311.39



Check number: 28901   |   Amount: $508.33

Check number: 28902   |   Amount: $2,541.68

Check number: 28903   |   Amount: $481.31

Check number: 28904   |   Amount: $1,633.94



*continued on the next page*

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28905   |   Amount: $2,391.58

Check number: 28906   |   Amount: $570.15

Check number: 28907   |   Amount: $2,850.72

Check number: 28908   |   Amount: $860.31

Check number: 28909   |   Amount: $1,861.92

Check number: 28910   |   Amount: $291.35

Check number: 28911   |   Amount: $2,547.77

Check number: 28912   |   Amount: $540.60

Check number: 28913   |   Amount: $2,522.10

Check number: 28914   |   Amount: $1,258.00



continued on the next page

Case 3:19-bk-01971   Doc 126-1   Filed 07/02/19   Entered 07/02/19 12:18:35   Desc
Exhibit 1- xx2194 bank stmt   Page 16 of 26

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28915   |   Amount: $3,300.75

Check number: 28916   |   Amount: $1,285.00

Check number: 28917   |   Amount: $5,276.46

Check number: 28920   |   Amount: $1,172.28



Check number: 28921   |   Amount: $1,005.18

Check number: 28922   |   Amount: $1,025.16

Check number: 28923   |   Amount: $1,030.47

Check number: 28924   |   Amount: $2,409.57

Check number: 28925   |   Amount: $590.43

Check number: 28926   |   Amount: $1,571.29



# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28927 | Amount: $607.80



Check number: 28928 | Amount: $2,852.55

Check number: 28929 | Amount: $1,285.00

Check number: 28930 | Amount: $2,536.26



Check number: 28931 | Amount: $929.40

Check number: 28932 | Amount: $1,150.90



Check number: 28933 | Amount: $1,167.68

Check number: 28934 | Amount: $98.03



Check number: 28935 | Amount: $1,029.98

Check number: 28936 | Amount: $1,084.32



## Check images - continued

**Account number: 4440 1454 2194**

Check number: 28937 | Amount: $1,025.57

Check number: 28938 | Amount: $1,285.00

Check number: 28939 | Amount: $5,540.99

Check number: 28940 | Amount: $1,285.00



Check number: 28941 | Amount: $5,812.46

Check number: 28942 | Amount: $164.47



Check number: 28943 | Amount: $1,340.71

Check number: 28944 | Amount: $176.59



Check number: 28945 | Amount: $1,225.20

Check number: 28946 | Amount: $139.66

## Check images - continued

**Account number: 4440 1454 2194**

Check number: 28947  |  Amount: $1,316.21

Check number: 28948  |  Amount: $1,674.93

Check number: 28949  |  Amount: $99.74

Check number: 28950  |  Amount: $405.18

Check number: 28951  |  Amount: $1,236.49

Check number: 28952  |  Amount: $2,504.83



Check number: 28953  |  Amount: $321.99

Check number: 28954  |  Amount: $1,154.26

Check number: 28955  |  Amount: $799.28

Check number: 28956  |  Amount: $90.18



# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28957  |  Amount: $390.18



Check number: 28958  |  Amount: $122.67

Check number: 28959  |  Amount: $1,322.35



Check number: 28960  |  Amount: $664.80

Check number: 28961  |  Amount: $254.17



Check number: 28962  |  Amount: $2,541.67

Check number: 28963  |  Amount: $517.56



Check number: 28964  |  Amount: $5,175.55

Check number: 28965  |  Amount: $180.33



Check number: 28966  |  Amount: $1,540.10



## Check images - continued

**Account number: 4440 1454 2194**

Check number: 28967  |  Amount: $87.20

Check number: 28968  |  Amount: $1,079.43

Check number: 28969  |  Amount: $65.60

Check number: 28970  |  Amount: $929.84

Check number: 28971  |  Amount: $226.47

Check number: 28972  |  Amount: $131.10



Check number: 28973  |  Amount: $1,383.34

Check number: 28974  |  Amount: $104.85



Check number: 28975  |  Amount: $1,040.63

Check number: 28976  |  Amount: $154.01



*continued on the next page*

Case 3:19-bk-01971   Doc 126-1   Filed 07/02/19   Entered 07/02/19 12:18:35   Desc
Exhibit 1- xx2194 bank stmt   Page 22 of 26

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28977  |  Amount: $1,470.12

Check number: 28978  |  Amount: $322.98

Check number: 28979  |  Amount: $1,212.24

Check number: 28980  |  Amount: $508.34



Check number: 28981  |  Amount: $2,541.68

Check number: 28982  |  Amount: $481.31



Check number: 28983  |  Amount: $2,406.53

Check number: 28984  |  Amount: $478.32



Check number: 28985  |  Amount: $2,391.58

Check number: 28986  |  Amount: $570.15



*continued on the next page*

# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28987  |  Amount: $2,850.73

Check number: 28988  |  Amount: $860.31

Check number: 28989  |  Amount: $1,861.93

Check number: 28990  |  Amount: $291.35



Check number: 28991  |  Amount: $2,547.76

Check number: 28992  |  Amount: $540.60

Check number: 28993  |  Amount: $2,522.11

Check number: 28994  |  Amount: $1,285.00



Check number: 28995  |  Amount: $3,300.74

Check number: 28996  |  Amount: $1,285.00



# Check images - continued

**Account number: 4440 1454 2194**

Check number: 28997   |   Amount:  $5,276.46



Check number: 28998   |   Amount:  $616.53



Check number: 28999   |   Amount:  $798.24

This page intentionally left blank