

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖱 bankofamerica.com

CAPSTONE PEDIATRICS PLLC
1420 DONELSON PIKE STE B17
NASHVILLE, TN 37217-3015

✉ Bank of America, N.A.
P.O. Box 4899
Atlanta, GA 30302-4899

## Your Full Analysis Business Checking

for May 1, 2019 to May 31, 2019

Account number: 4440 1454 6239

**CAPSTONE PEDIATRICS PLLC**

### Account summary

| | |
|---|---:|
| Beginning balance on May 1, 2019 | $0.00 |
| Deposits and other credits | 379,045.91 |
| Withdrawals and other debits | -209,475.56 |
| Checks | -70,518.66 |
| Service fees | -250.36 |
| **Ending balance on May 31, 2019** | **$98,801.33** |

# of deposits/credits: 7
# of withdrawals/debits: 67
# of days in cycle: 31
Average ledger balance: $15,706.86

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/10/19 | Online Banking transfer from CHK 2194 Confirmation# 3250625068 | | 943205106469195 | 56,150.00 |
| 05/10/19 | Online Banking transfer from CHK 6837 Confirmation# 1150258347 | | 943205106469193 | 23,250.00 |
| 05/10/19 | Online Banking transfer from CHK 6837 Confirmation# 2350586780 | | 943205106469194 | 100.00 |
| 05/21/19 | Online Banking transfer from CHK 2194 Confirmation# 1543488717 | | 943205216839102 | 33,000.00 |
| 05/24/19 | Online Banking transfer from CHK 2194 Confirmation# 2171447792 | | 943205246136976 | 73,250.00 |
| 05/29/19 | Online Banking transfer from CHK 2194 Confirmation# 2416027970 | | 943205296490167 | 7,500.00 |
| 05/31/19 | Online Banking transfer from CHK 2194 Confirmation# 7233243831 | | 943205316543422 | 185,795.91 |

**Total deposits and other credits** **$379,045.91**

## Withdrawals and other debits

| Date | Transaction description | Bank reference | Amount |
|---|---|---|---|
| 05/10/19 | WIRE TYPE:WIRE OUT DATE:190510 TIME:1241 ET TRN:2019051000338272 SERVICE REF:009191 BNF:CHIRON FINANCIAL ID:809678639 BNF BK:JPMORGAN CHASE BANK, NA ID:111000614 PMT DET:263199134 | 903705100338272 | 23,250.00 |
| 05/10/19 | Online Banking Transfer Conf# 785c51b49; Fochler | 943205105919705 | 1,510.00 |
| 05/10/19 | Online Banking transfer to CHK 2194 Confirmation# 2551222729 | 943205106469192 | 35,472.42 |
| 05/13/19 | COMCAST BUSINESS DES:WEB PAY    ID:XXXXXXXXX  INDN:CAPSTONE PEDIATRICS PL  CO ID:1510372554 CCD | 902533008475143 | 3,387.68 |
| 05/17/19 | Online Banking transfer to CHK 2194 Confirmation# 1409924106 | 943205176798529 | 3,523.03 |
| 05/17/19 | TRANSFER CAPSTONE PEDIATRICS :Henry Schein Confirmation# 1411085397 | 957205178144301 | 616.42 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Bank reference | Amount |
|---|---|---|---|
| 05/21/19 | IRS            DES:USATAXPYMT ID:270954182141351  INDN:CAPSTONE PEDIATRICS PL  CO ID:3387702000 CCD | 902540025744372 | 32,516.18 |
| 05/24/19 | WIRE TYPE:WIRE OUT DATE:190524 TIME:1235 ET TRN:2019052400344450 SERVICE REF:009852 BNF:CHIRON FINANCIAL ID:809678639 BNF BK:JPMORGAN CHASE BANK, NA ID:111000614 PMT DET:264418090 ADVI SOR FEES | 903705240344450 | 23,250.00 |
| 05/24/19 | Online Banking transfer to CHK 6837 Confirmation# 3172104976 | 943205246136975 | 20,000.00 |
| 05/31/19 | Online Banking transfer to CHK 2194 Confirmation# 5131288670 | 943205316543423 | 40,039.08 |
| 05/31/19 | WIRE TYPE:WIRE OUT DATE:190531 TIME:1603 ET TRN:2019053100559576 SERVICE REF:027133 BNF:CHIRON FINANCIAL ID:809678639 BNF BK:JPMORGAN CHASE BANK, NA ID:111000614 PMT DET:265069614 DIP FINANCING FEES | 903705310559576 | 25,000.00 |

### Card account # XXXX XXXX XXXX 5918

| Date | Transaction description | Bank reference | Amount |
|---|---|---|---|
| 05/13/19 | CHECKCARD  0511 COMCAST 800-266-2278 GA 55432869131200907061384 CKCD 4899 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905111097963 | 113.46 |
| 05/13/19 | CHECKCARD  0511 COMCAST 800-266-2278 GA 55432869131200907061178 CKCD 4899 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905111090225 | 185.82 |
| 05/13/19 | CHECKCARD  0511 COMCAST 800-266-2278 GA 55432869131200907061202 CKCD 4899 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905111072996 | 204.58 |
| 05/14/19 | CHECKCARD  0514 CHARTER COMM 888-438-2427 MO 55432869134200528454924 CKCD 4899 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905140829153 | 107.01 |
| 05/22/19 | CHECKCARD  0521 HOLMESCUSTOMPRODU 9043962291   FL 55429509141894642561107 CKCD 5943 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905210225479 | 31.85 |
| 05/28/19 | CHECKCARD  0524 STAPLES DIRECT 800-3333330  MA 15410199144105235723406 CKCD 5111 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905240556398 | 202.06 |
| 05/30/19 | CHECKCARD  0529 AMZN Mktp US*M66T Amzn.com/billWA 55432869149200001977949 CKCD 5942 XXXXXXXXXXXX5918 XXXX XXXX XXXX 5918 | 929905290362144 | 65.97 |

| | | | |
|---|---|---|---|
| **Subtotal for card account # XXXX XXXX XXXX 5918** | | | **$910.75** |
| **Total withdrawals and other debits** | | | **-$209,475.56** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 05/17 | 1001 | 813009292701191 | -6,022.50 | 05/31 | 29009 | 813001152327265 | -3,218.26 |
| 05/20 | 1002 | 813009492854521 | -2,501.58 | 05/31 | 29013* | 813004352885837 | -1,415.05 |
| 05/31 | 29001* | 813009192199596 | -969.44 | 05/31 | 29014 | 813004452506737 | -1,200.78 |
| 05/31 | 29004* | 813007952045979 | -481.31 | 05/31 | 29015 | 813004452583400 | -98.03 |
| 05/31 | 29005 | 813007952045959 | -2,406.54 | 05/31 | 29016 | 813004452583401 | -1,029.07 |
| 05/31 | 29008* | 813001152327264 | -607.08 | 05/31 | 29017 | 813004452588648 | -604.98 |

*continued on the next page*

## Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 05/31 | 29018 | 813007952112636 | -1,194.53 | 05/31 | 29052 | 813009192014772 | -1,512.71 |
| 05/31 | 29019 | 813001152417823 | -1,285.00 | 05/31 | 29053 | 813007952046071 | -104.85 |
| 05/31 | 29020 | 813001152417822 | -5,906.70 | 05/31 | 29054 | 813007952045971 | -1,018.69 |
| 05/31 | 29023* | 813004392526826 | -164.47 | 05/31 | 29055 | 813007952087995 | -154.01 |
| 05/31 | 29024 | 813004392526827 | -1,799.91 | 05/31 | 29056 | 813007952087973 | -1,550.23 |
| 05/31 | 29025 | 813001152255743 | -176.59 | 05/31 | 29057 | 813004452276223 | -322.98 |
| 05/31 | 29026 | 813001152255742 | -1,847.87 | 05/31 | 29058 | 813004452276222 | -1,317.59 |
| 05/31 | 29029* | 813004452583416 | -1,659.34 | 05/31 | 29061* | 813007952046107 | -478.32 |
| 05/31 | 29032* | 813004452198247 | -1,236.49 | 05/31 | 29062 | 813007952046169 | -2,391.57 |
| 05/31 | 29033 | 813004452198248 | -2,504.82 | 05/31 | 29063 | 813007952186393 | -570.15 |
| 05/31 | 29034 | 813009192574246 | -1,664.00 | 05/31 | 29064 | 813007952251973 | -2,850.74 |
| 05/31 | 29045* | 813004452457052 | -180.33 | 05/31 | 29065 | 813007952046079 | -860.31 |
| 05/31 | 29046 | 813004452457051 | -1,783.95 | 05/31 | 29066 | 813007952046059 | -1,861.92 |
| 05/31 | 29048* | 813009192003851 | -1,187.36 | 05/31 | 29071* | 813001152448605 | -1,285.00 |
| 05/31 | 29049 | 813001152326795 | -65.60 | 05/31 | 29072 | 813009192004287 | -3,300.75 |
| 05/31 | 29050 | 813001152326796 | -1,034.70 | 05/31 | 29073 | 813009192686847 | -1,285.00 |
| 05/31 | 29051 | 813009192014819 | -131.10 | 05/31 | 29074 | 813009192686846 | -5,276.46 |

**Total checks** -$70,518.66
**Total # of checks** 46

\* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 05/16/19 | CHECK ORDER00406 DES:FEE        ID:1JX08477  INDN:CAPSTONE PEDIATRICS PL  CO ID:0000000406 PPD<br>PMT INFO: PRODUCT(S): 139.74       S&H: 47.47       TN TAX: 17.32 | -204.53 |
| 05/16/19 | CHECK ORDER00406 DES:FEE        ID:1JX08479  INDN:              CO ID:0000000406 PPD<br>PMT INFO: PRODUCT(S): 37.37       S&H: 0.00       TN TAX: 3.46 | -40.83 |
| 05/20/19 | External transfer fee - Next Day - 05/17/2019 Confirmation: 263809368 | -5.00 |

**Total service fees** -$250.36

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/10 | 19,267.58 | 05/13 | 15,376.04 | 05/14 | 15,269.03 |

*continued on the next page*

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/16 | 15,023.67 | 05/22 | 2,807.11 | 05/29 | 40,105.05 |
| 05/17 | 4,861.72 | 05/24 | 32,807.11 | 05/30 | 40,039.08 |
| 05/20 | 2,355.14 | 05/28 | 32,605.05 | 05/31 | 98,801.33 |
| 05/21 | 2,838.96 | | | | |