_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/9/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Chapter 11 |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | |

**AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE
(CLARKSVILLE LEASE)**

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and ARHC GMCLKTN01, LLC ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an additional 90 days from July 26, 2019, and until October 24, 2019, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of July 26, 2019, and have requested that the Court enter its order as follows:

A. On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B. The Debtor and Landlord are parties to a Lease (the "Clarksville Lease") of non-residential real property and improvements, located at 647 Dunlop Lane, Clarksville, TN ("Premises").

C. The Debtor has not filed a motion to assume or reject the Clarksville Lease in this case.

D. The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Clarksville Lease would expire on July 26, 2019.

E. The Debtor and the Landlord are in agreement that the Debtor should be allowed an additional 90 days from July 26, 2019, in order to make its determination of whether to assume or reject the Clarksville Lease.

F. In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Clarksville Lease until the Clarksville Lease is assumed or rejected.

G. The Premises are utilized for one of the Debtor's pediatric clinics and is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including October 24, 2019, in which to file and serve a motion to assume or reject the Clarksville Lease; and

2. Any further extensions of the assumption-or-rejection deadline will only be granted with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


*/s/Joshua L. Burgener*
Joshua L. Burgener
DICKINSON WRIGHT LLP
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: JBurgener@dickinsonwright.com
*Attorney for Landlord*

34003421 v2

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 130    Filed 08/12/19    Entered 08/12/19 06:39:39    Desc Main
Document    Page 3 of 3