*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/12/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE
(ADMINISTRATIVE OFFICE)**

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and SL Airpark, LLC ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an additional 90 days from July 26, 2019, and until October 24, 2019, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of July 26, 2019, and have requested that the Court enter its order as follows:

A. On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B. The Debtor and Landlord are parties to a Lease (the "Administrative Office Lease") of non-residential real property and improvements, located at 1420 Donelson Pike, Suite B17, Nashville, TN 37217 ("Premises").

C. The Debtor has not filed a motion to assume or reject the Administrative Office Lease in this case.

D. The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Administrative Office Lease would expire on July 26, 2019.

E. The Debtor and the Landlord are in agreement that the Debtor should be allowed an additional 90 days from July 26, 2019, in order to make its determination of whether to assume or reject the Administrative Office Lease.

F. In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Administrative Office Lease until the Administrative Office Lease is assumed or rejected.

G. The Premises are utilized for the Debtor's administrative offices and the Debtor asserts that the Administrative Office Lease is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including October 24, 2019, in which to file and serve a motion to assume or reject the Administrative Office Lease; and

2. Any further extensions of the assumption-or-rejection deadline will only be granted with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


*/s/ Michael Abelow (with permision)*
Michael Abelow
Sherrard Roe Voigt & Harbison PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
(615) 724-4532
mabelow@srvhlaw.com
*Attorney for Landlord*

34051150 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 133    Filed 08/13/19    Entered 08/13/19 08:42:31    Desc Main
Document    Page 3 of 3