```
                        United States Bankruptcy Court
                        Middle District of Tennessee
```

In re:                                                                Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3    User: bmp2450    Page 1 of 1    Date Rcvd: Aug 13, 2019
                    Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
db        +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
        BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com
        DALTON M MOUNGER   on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
        DANIEL HAYS PURYEAR   on behalf of Creditor   Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR   on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
        DAVID W HOUSTON, IV   on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com
        EMILY CAMPBELL TAUBE   on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;cnolan@burr.com
        GREGORY S REYNOLDS   on behalf of Creditor   SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com
        JOSHUA L BURGENER   on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
        MATTHEW RYAN GASKE   on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
        MICHAEL G ABELOW   on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com, mdelchamps@srvhlaw.com
        MICHAEL G ABELOW   on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com, mdelchamps@srvhlaw.com
        MILTON S. MCGEE, III   on behalf of Creditor   SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com
        NATALIE M. COX   on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
        RYAN K COCHRAN   on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
        SEAN CHARLES KIRK   on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
        THOMAS WORMOUTH SHUMATE, IV   on behalf of Creditor   Meridian Law, PLLC tom.shumate@meridianlawpllc.com
        US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
        WARD W BENSON   on behalf of Creditor   United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
        WILLIAM L NORTON, III   on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                                                         TOTAL: 19

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 8/12/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE**
**(SOUTHERN HILLS LEASE)**

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and SL Airpark, LLC ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an additional 90 days from July 26, 2019, and until October 24, 2019, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of July 26, 2019, and have requested that the Court enter its order as follows:

A. On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B. The Debtor and Landlord are parties to a Lease (the "Southern Hills Lease") of non-residential real property and improvements, located at 4247 Harding Place, Nashville, TN ("Premises").

C. The Debtor has not filed a motion to assume or reject the Southern Hills Lease in this case.

34043224 v1

D. The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Southern Hills Lease would expire on July 26, 2019.

E. The Debtor and the Landlord are in agreement that the Debtor should be allowed an additional 90 days from July 26, 2019, in order to make its determination of whether to assume or reject the Southern Hills Lease.

F. In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Southern Hills Lease until the Southern Hills Lease is assumed or rejected.

G. The Premises are utilized for one of the Debtor's pediatric clinics and the Debtor asserts that the Southern Hills Lease is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including October 24, 2019, in which to file and serve a motion to assume or reject the Southern Hills Lease; and

2. Any further extensions of the assumption-or-rejection deadline will only be granted with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


*/s/ Michael Abelow (with permision)*
Michael Abelow
Sherrard Roe Voigt & Harbison PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
(615) 724-4532
mabelow@srvhlaw.com

*Attorney for Landlord*

34043224 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 137    Filed 08/15/19    Entered 08/16/19 00:07:22    Desc Imaged Certificate of Notice    Page 4 of 4