```
                         United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                          Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                       Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: bmp2450          Page 1 of 1          Date Rcvd: Aug 13, 2019
                              Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance
               Company, Inc. tsaunders@wyattfirm.com
              DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;cnolan@burr.com
              GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust
               greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com
              JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
               dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
              MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com,
               mdelchamps@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
               mdelchamps@srvhlaw.com
              MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust
               tmcgee@rwjplc.com, dgibby@rwjplc.com
              NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
              RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
              THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC
               tom.shumate@meridianlawpllc.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
              WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com
                                                                                             TOTAL: 19

> Randal S. Mashburn
> U.S. Bankruptcy Judge
>
> Dated: 8/12/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE (ADMINISTRATIVE OFFICE)**

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and SL Airpark, LLC ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an additional 90 days from July 26, 2019, and until October 24, 2019, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of July 26, 2019, and have requested that the Court enter its order as follows:

A. On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B. The Debtor and Landlord are parties to a Lease (the "Administrative Office Lease") of non-residential real property and improvements, located at 1420 Donelson Pike, Suite B17, Nashville, TN 37217 ("Premises").

C. The Debtor has not filed a motion to assume or reject the Administrative Office Lease in this case.

34051150 v1

D. The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Administrative Office Lease would expire on July 26, 2019.

E. The Debtor and the Landlord are in agreement that the Debtor should be allowed an additional 90 days from July 26, 2019, in order to make its determination of whether to assume or reject the Administrative Office Lease.

F. In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Administrative Office Lease until the Administrative Office Lease is assumed or rejected.

G. The Premises are utilized for the Debtor's administrative offices and the Debtor asserts that the Administrative Office Lease is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including October 24, 2019, in which to file and serve a motion to assume or reject the Administrative Office Lease; and

2. Any further extensions of the assumption-or-rejection deadline will only be granted with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


*/s/ Michael Abelow (with permision)*
Michael Abelow
Sherrard Roe Voigt & Harbison PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
(615) 724-4532
mabelow@srvhlaw.com
*Attorney for Landlord*

34051150 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971   Doc 138   Filed 08/15/19   Entered 08/16/19 00:07:22   Desc Imaged Certificate of Notice   Page 4 of 4