# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## AGREED ORDER CONTINUING PRELIMINARY HEARING AND PREHEARING ORDER DEADLINES ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CIGNA HEALTHCARE OF TENNESSEE, INC AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY

This matter came before the Court upon the joint motion of parties to continue the Preliminary Hearing and Prehearing Order deadlines entered by this Court on September 11, 2019 (Doc No. 143), and it appearing to the Court that good and sufficient cause exits therefor, it is hereby **ORDERED** that:

1. The Preliminary Hearing in this matter is continued to Tuesday, October 8, 2019 at 8:30 A.M. Courtroom 1, 2nd Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203; and

2. The Debtor's response deadline is extended to October 1, 2019 and the parties Prehearing Statement shall be due no later than 4:00 p.m. on October 3, 2019; and

3. All other deadlines set forth in the Prehearing Order are continued accordingly.

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (BPR #20802)
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

and

WYATT TARRANT & COMBS LLP

/s/ B. Anthony Saunders (w/permission)
B. Anthony Saunders
333 Commerce Street
Suite 1400
Nashville, TN 37201
Telephone: (615) 251-6670
Facsimile: (615) 256-1726
Email: tsaunders@wyattfirm.com

*Counsel for Cigna HealthCare of Tennessee, Inc.
and Connecticut General Life Insurance Company*