In re:                                                                                                            Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                                         Chapter 11
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: bmp2450            Page 1 of 1                Date Rcvd: Sep 17, 2019
                                   Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
           BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc.
            tsaunders@wyattfirm.com
           BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Connecticut General Life Insurance
            Company tsaunders@wyattfirm.com
           BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance
            Company, Inc. tsaunders@wyattfirm.com
           DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com
           DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
            dpuryear@puryearlawgroup.com,    paralegalgroup@puryearlawgroup.com
           DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
            Credit dpuryear@puryearlawgroup.com,    paralegalgroup@puryearlawgroup.com
           DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
            mmayes@burr.com
           EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
            mmayes@burr.com;sstarr@burr.com
           GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust
            greynolds@rwjplc.com,    kbarger@rwjplc.com;lnelson@rwjplc.com
           JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
            dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
           MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov
           MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com,
            mdelchamps@srvhlaw.com
           MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
            mdelchamps@srvhlaw.com
           MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust
            tmcgee@rwjplc.com,    dgibby@rwjplc.com
           NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
           RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
            chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
           SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
           THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC
            tom.shumate@meridianlawpllc.com
           US TRUSTEE     ustpregion08.na.ecf@usdoj.gov
           WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
            Revenue Service ward.w.benson@usdoj.gov,    Eastern.Taxcivil@usdoj.gov
           WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com
                                                                                                                                              TOTAL: 21

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/17/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**AGREED ORDER CONTINUING PRELIMINARY HEARING AND PREHEARING ORDER DEADLINES ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CIGNA HEALTHCARE OF TENNESSEE, INC AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

This matter came before the Court upon the joint motion of parties to continue the Preliminary Hearing and Prehearing Order deadlines entered by this Court on September 11, 2019 (Doc No. 143), and it appearing to the Court that good and sufficient cause exits therefor, it is hereby **ORDERED** that:

1. The Preliminary Hearing in this matter is continued to Tuesday, October 8, 2019 at 8:30 A.M. Courtroom 1, 2nd Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203; and

2. The Debtor's response deadline is extended to October 1, 2019 and the parties Prehearing Statement shall be due no later than 4:00 p.m. on October 3, 2019; and

3. All other deadlines set forth in the Prehearing Order are continued accordingly.

*This Order was signed and entered electronically as indicated at the top of the first page.*

42027465 v1

Case 3:19-bk-01971    Doc 149    Filed 09/19/19    Entered 09/20/19 00:04:23    Desc
Imaged Certificate of Notice    Page 2 of 3

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (BPR #20802)
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email:     dhouston@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

and

WYATT TARRANT & COMBS LLP

/s/ B. Anthony Saunders (w/permission)
B. Anthony Saunders
333 Commerce Street
Suite 1400
Nashville, TN 37201
Telephone:   (615) 251-6670
Facsimile:   (615) 256-1726
Email: tsaunders@wyattfirm.com

*Counsel for Cigna HealthCare of Tennessee, Inc.*
*and Connecticut General Life Insurance Company*

42027465 v1

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.