In re:                                                              Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                           Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: las9975          Page 1 of 1          Date Rcvd: Oct 01, 2019
                             Form ID: prelimhr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db              +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
          BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   Cigna Healthcare of Tennessee, Inc.
          tsaunders@wyattfirm.com
          BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   Connecticut General Life Insurance
          Company tsaunders@wyattfirm.com
          BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   HealthSpring Life and Health Insurance
          Company, Inc. tsaunders@wyattfirm.com
          DALTON M MOUNGER   on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
          DANIEL HAYS PURYEAR   on behalf of Creditor   Newtek Small Business Finance, LLC
          dpuryear@rwjplc.com, paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR   on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business
          Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
          DAVID W HOUSTON, IV   on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com,
          mmayes@burr.com
          EMILY CAMPBELL TAUBE   on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com,
          mmayes@burr.com;sstarr@burr.com
          GREGORY S REYNOLDS   on behalf of Creditor   SNH Medical Office Properties Trust
          greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com
          JOSHUA L BURGENER   on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
          dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
          MATTHEW RYAN GASKE   on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
          MICHAEL G ABELOW   on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com,
          mdelchamps@srvhlaw.com
          MICHAEL G ABELOW   on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com,
          mdelchamps@srvhlaw.com
          MILTON S. MCGEE, III   on behalf of Creditor   SNH Medical Office Properties Trust
          tmcgee@rwjplc.com, dgibby@rwjplc.com
          NATALIE M. COX   on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
          R BURKE KEATY, II   on behalf of Creditor LaVon   House bkeaty@forthepeople.com,
          jkeaty@forthepeople.com;anosal@forthepeople.com
          RYAN K COCHRAN   on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com,
          chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
          SEAN CHARLES KIRK   on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
          THOMAS WORMOUTH SHUMATE, IV   on behalf of Creditor   Meridian Law, PLLC
          tom.shumate@meridianlawpllc.com
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
          WARD W BENSON   on behalf of Creditor   United States of America on behalf of the Internal
          Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
          WILLIAM L NORTON, III   on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                         TOTAL: 22

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE

In re:

    Capstone Pediatrics, PLLC

       Movant:   LAVON HOUSE

v.

       Respondents:   CAPSTONE PEDIATRICS, PLLC

**Case No. <u>3:19–bk–01971</u>**
**Chapter: 11   Judge: Randal S Mashburn**

## NOTICE OF PRELIMINARY HEARING AND PREHEARING ORDER

THIS IS NOTICE THAT A PRELIMINARY HEARING OF THE MOTION FOR RELIEF FROM STAY HAS BEEN SET ON **10/22/19 AT 08:30 AM IN Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203**.

RESPONDENT SHALL FILE AND SERVE A RESPONSE TO THE MOTION FOR RELIEF FROM STAY AT LEAST 7 DAYS BEFORE THE PRELIMINARY HEARING. FAILURE TO TIMELY FILE AND SERVE A RESPONSE TO THE MOTION SHALL BE DEEMED A STATEMENT OF NO OPPOSITION. **IF NO TIMELY RESPONSE IS FILED, THE PRELIMINARY HEARING SCHEDULED ABOVE WILL NOT BE HELD AND THE MOVANT SHALL SUBMIT AN ORDER GRANTING THE REQUESTED RELIEF.** IF A TIMELY RESPONSE IS FILED, THE PRELIMINARY HEARING SCHEDULED ABOVE WILL BE HELD AND ALL PARTIES SHALL COMPLY WITH THE PROVISIONS BELOW.

In the event a final hearing is necessary, the final hearing will be scheduled by the court at the preliminary hearing.

**COUNSEL FOR EACH PARTY IS ORDERED** to file **no later than 4:00 p.m. on the 3rd business day before the preliminary hearing,** a **"PREHEARING STATEMENT"** containing the following:

### FOR MOVANT

1. A brief statement of each cause for relief from the stay.
2. A brief summary of movant's contentions of fact in support of each cause for relief from the stay and the evidence to be relied upon to establish those facts.

### FOR RESPONDENT

1. A brief statement of each defense.
2. A brief summary of respondent's contentions of fact in support of each defense, and the evidence to be relied upon to establish those facts.

### FOR ALL PARTIES

1. A statement of all admitted uncontested facts.
2. Each Party's brief statement of contested facts.
3. Each party's brief statement of contested legal issues.
4. The affidavits or other documentary proof which each party submits in support of its contentions. Any creditor asserting a lien or security interest shall include proof of its lien or security interest and **proof of perfection.** All such affidavits or documents shall be exchanged by the parties at or before the time of filing of the PREHEARING STATEMENT.

### PROCEDURE AT PRELIMINARY HEARING

At the preliminary hearing, the Court will consider the motion and response, the PREHEARING STATEMENT and attachments and the arguments of counsel. Upon the motion of a party filed and served at least 72 hours prior to the preliminary hearing, the Court may permit the questioning of witnesses at the preliminary hearing.

## **APPLICATION OF LBR 9014–1**

1. If no timely response is filed and served, LBR 9014–1c shall not apply.
2. If a timely response is filed and served and if a final hearing is scheduled by the court:
   a. The Required Disclosures in LBR 9014–1d(1)(a) and (b) shall be completed by all parties no later than 7 days after the preliminary hearing.
   b. The Required Disclosures in LBR 9014–1d(1)(c) shall be completed no later than 14 days before any final hearing.
   c. The Pretrial Disclosures in LBR 9014–1d(2) shall be completed no later than 7 days before any final hearing.

Failure to comply with this order may result in dismissal of the action, default, the assessment of costs and attorneys fees or other appropriate remedies.


Dated: 10/1/19                                        /s/ Randal S Mashburn
                                                       United States Bankruptcy Judge


For a Chapter 7, 12 or 13 case, the clerk shall mail
a copy of this order to the debtor(s), attorney for the
debtor(s), trustee, U.S. trustee, any committee elected
(§ 705) and attorney for movant.

In a Chapter 11 case, the clerk shall mail a copy to
the attorney for movant. The attorney for the movant
shall mail a copy of this order to the debtor(s), the
trustee (if appointed), the U.S. trustee, any committee
appointed pursuant to § 1102 or the 20 largest
unsecured creditors, if no committee is appointed.