In re:  
Capstone Pediatrics, PLLC  
    Debtor

Case No. 19-01971-RSM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 1     Date Rcvd: Oct 03, 2019  
                    Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.  
db           +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                                               Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:

         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com  
         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Connecticut General Life Insurance Company tsaunders@wyattfirm.com  
         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com  
         DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com  
         EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com  
         GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com  
         JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com  
         MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, mdelchamps@srvhlaw.com  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com, mdelchamps@srvhlaw.com  
         MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com  
         NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov  
         R BURKE KEATY, II    on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com  
         RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com  
         SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com  
         THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC tom.shumate@meridianlawpllc.com  
         US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
         WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov  
         WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com  
                                                                                                                                                             TOTAL: 22

*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 10/3/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: CAPSTONE PEDIATRICS, PLLC ) | |
| ) | |
| ) | |
| LAVON HOUSE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | CASE NO: 3:19-bk-01971 |
| ) | (CHAPTER 11) |
| ) | |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | |
| Respondent. ) | |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay (the "Motion") filed by party-in-interest LaVon House ("Movant"). No objections to the Motion have been filed. Based upon the Motion, the entire record in this cause, and the signatures of counsel below, the Court finds and Orders as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G), and this Court has the authority and power to enter a final order in this contested matter.

2. Capstone Pediatrics, PLLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the Unites States Code, 11 U.S.C. §§ 101-1532, et seq. in the United States Bankruptcy Court for the Middle District of Tennessee on or about March 28, 2019 (the "Petition Date").

3. Prior to the Petition Date, and on April 20, 2018, Movant filed a complaint against the Debtor, Gary Griffieth, M.D., and Lauren Fincher Devine (collectively, "Defendants") in the Circuit Court of Davidson County, Tennessee, as Case No. 18C1014 (the "State Court Suit"). The State Court Suit seeks damages against Defendants for health care liability for alleged torts arising under Tennessee law and requests damages to be determined by a jury.

4. The State Court Suit seeks to liquidate LaVon House's claim against Defendants, including the Debtor, upon which a portion (or all) of such claim should be covered by Debtor's insurance.

5. Since the State Court Suit was filed, the parties have undergone significant discovery, including depositions. Given the procedural history and current posture of the State Court Action, the Circuit Court of Davidson County, Tennessee is in the best position to proceed to trial to liquidate LaVon House's claim against the Debtor.

6. Prior to the filing of the Joint Motion, LaVon House has not recovered any sum of money toward satisfaction of the claims asserted against the Debtor in the State Court Suit.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED:

a. Immediately upon the entry of this Order, the automatic stay will be terminated to allow LaVon House to proceed to liquidate her claim against the Debtor in the State Court Suit;

b. The 14-day provisions of Fed. R. Bankr. P. 4001(a)(3) are hereby waived; and
To the extent any damages are awarded against the Debtor and such damages exceed the insurance coverage, LaVon House may file a claim against the Debtor's estate in the normal course

IT IS SO ORDERED this the _____ day of _____, 2019.

_____
RANDAL S. MASHBURN
UNITED STATES BANKRUPTCY JUDGE
MIDLLE DISTRICT OF TENNESSEE

APPROVED FOR ENTRY:

  /s/ Burke Keaty
Jenney S. Keaty (TN BPR#027554)
Burke Keaty (TN BPR#027342)
**Morgan & Morgan- Nashville, PLLC**
810 Broadway, Suite 105
Nashville, TN 37203
Phone: 615-986-6235
Fax: 615-514-4196
Email: JKeaty@forthepeople.com
*Counsel for Movant*


  /s/ David Houston
David W. Houston, IV
Emily C. Taube
**Burr & Forman, LLP**
222 Second Avenue South
Suite 2000
Nashville, TN 37201
Phone: 615-724-3215
Fax: 615-724-3315
Email: dhouston@burr.com
Email: etaube@burr.com
*Counsel for Debtor/Respondent*

PARTIES TO BE SERVED:

    Debtor
    Debtor's Counsel
    Chapter 11 Trustee
    United States Trustee
    The Creditor Matrix

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.