# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## AGREED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CIGNA HEALTHCARE OF TENNESSEE, INC AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Before the Court is the *Motion of Cigna for Relief From the Automatic Stay as Necessary to Permit Termination of Certain Managed Care Agreements* filed on September 6, 2019 (Doc No. 141) (the "Motion"). As evidenced by the signatures of counsel below, Capstone Pediatrics, PLLC ("Debtor") and Cigna HealthCare of Tennessee, Inc. ("Cigna Tennessee") and Connecticut General Life Insurance Company ("CGLIC" and jointly with Cigna Tennessee "Cigna") have reached an agreement regarding the relief requested in the motion and stipulate as follows:

1. The Group Practice Managed Care Agreements at issue in the Motion were executed between Cigna and Centennial Pediatrics PC on April 18, 2002 (the "Agreements").

2. Cigna's termination of the Agreements will be effective as of 12:01 a.m., December 1, 2019.

Accordingly, based upon the joint submission of this order by counsel for the Debtor and Cigna, the Stipulations contained herein and the Court having reviewed the Motion, and finding good cause therefor,

IT IS HEREBY ORDERED THAT the automatic stay is hereby modified to the extent necessary to allow Cigna to terminate the Agreements as of 12:01 a.m., December 1, 2019.

IT IS SO ORDERED.

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (BPR #20802)
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN  37201
Telephone:  (615) 724-3215
Facsimile:  (615) 724-3315
Email:  dhouston@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

and

WYATT TARRANT & COMBS LLP

/s/ B. Anthony Saunders (w/permission)
B. Anthony Saunders
333 Commerce Street
Suite 1400
Nashville, TN 37201
Telephone:   (615) 251-6670
Facsimile:   (615) 256-1726
Email: tsaunders@wyattfirm.com

*Counsel for Cigna HealthCare of Tennessee, Inc.*
*and Connecticut General Life Insurance Company*