```
                              United States Bankruptcy Court
                              Middle District of Tennessee
```

In re:                                                              Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                           Chapter 11
          Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: slw0703              Page 1 of 1              Date Rcvd: Oct 07, 2019
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   Cigna Healthcare of Tennessee, Inc.
               tsaunders@wyattfirm.com
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   Connecticut General Life Insurance
               Company tsaunders@wyattfirm.com
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   HealthSpring Life and Health Insurance
               Company, Inc. tsaunders@wyattfirm.com
              DALTON M MOUNGER    on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
              DANIEL HAYS PURYEAR    on behalf of Creditor   Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com,    paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com,    paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;sstarr@burr.com
              GREGORY S REYNOLDS    on behalf of Creditor   SNH Medical Office Properties Trust
               greynolds@rwjplc.com,    kbarger@rwjplc.com;lnelson@rwjplc.com
              JOSHUA L BURGENER    on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
               dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
              MATTHEW RYAN GASKE    on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
              MICHAEL G ABELOW    on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com,
               mdelchamps@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com,
               mdelchamps@srvhlaw.com
              MILTON S. MCGEE, III    on behalf of Creditor   SNH Medical Office Properties Trust
               tmcgee@rwjplc.com,    dgibby@rwjplc.com
              NATALIE M. COX    on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
              R BURKE KEATY, II    on behalf of Creditor LaVon  House bkeaty@forthepeople.com,
               jkeaty@forthepeople.com;anosal@forthepeople.com
              RYAN K COCHRAN    on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
              THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor   Meridian Law, PLLC
               tom.shumate@meridianlawpllc.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor   United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov,    Eastern.Taxcivil@usdoj.gov
              WILLIAM L NORTON, III    on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                             TOTAL: 22

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 10/7/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## AGREED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CIGNA HEALTHCARE OF TENNESSEE, INC AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Before the Court is the *Motion of Cigna for Relief From the Automatic Stay as Necessary to Permit Termination of Certain Managed Care Agreements* filed on September 6, 2019 (Doc No. 141) (the "Motion"). As evidenced by the signatures of counsel below, Capstone Pediatrics, PLLC ("Debtor") and Cigna HealthCare of Tennessee, Inc. ("Cigna Tennessee") and Connecticut General Life Insurance Company ("CGLIC" and jointly with Cigna Tennessee "Cigna") have reached an agreement regarding the relief requested in the motion and stipulate as follows:

1. The Group Practice Managed Care Agreements at issue in the Motion were executed between Cigna and Centennial Pediatrics PC on April 18, 2002 (the "Agreements").

2. Cigna's termination of the Agreements will be effective as of 12:01 a.m., December 1, 2019.

Accordingly, based upon the joint submission of this order by counsel for the Debtor and Cigna, the Stipulations contained herein and the Court having reviewed the Motion, and finding good cause therefor,

42125223 v1

IT IS HEREBY ORDERED THAT the automatic stay is hereby modified to the extent necessary to allow Cigna to terminate the Agreements as of 12:01 a.m., December 1, 2019.

IT IS SO ORDERED.

*This Order was signed and entered electronically as indicated at the top of the first page.*

42125223 v1

Case 3:19-bk-01971　　Doc 160　　Filed 10/09/19　　Entered 10/10/19 00:04:25　　Desc Imaged Certificate of Notice　　Page 3 of 4

APPROVED FOR ENTRY:

/s/ David W. Houston, IV
David W. Houston, IV (BPR #20802)
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

and

WYATT TARRANT & COMBS LLP

/s/ B. Anthony Saunders (w/permission)
B. Anthony Saunders
333 Commerce Street
Suite 1400
Nashville, TN 37201
Telephone: (615) 251-6670
Facsimile: (615) 256-1726
Email: tsaunders@wyattfirm.com

*Counsel for Cigna HealthCare of Tennessee, Inc.*
*and Connecticut General Life Insurance Company*

42125223 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.