# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## NOTICE OF FILING OF REPORT ENDING AUGUST 31, 2019

Pursuant to the Court's *Final Agreed Order Authorizing the Employment and Retention of Jim Davis as Chief Restructuring Officer and Chiron Advisory Services, LLC as Turnaround Advisory Firm* (Doc. No. 109), Chiron has provided Debtor's counsel its Report of Compensation and Expenses incurred through August 31, 2019 to be filed with the Court. Attached hereto as Exhibit 1 are monthly summaries of the services provided with detailed time entries and expenses incurred.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On November 7, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)