# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ) | |
| ) | Case Number: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## ORDER GRANTING FIRST APPLICATION
## FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## BY BURR & FORMAN LLP

This matter came before the Court upon the **First Application for Allowance of Compensation and Reimbursement of Expenses by Burr & Forman LLP** (Doc. No. ___) as bankruptcy counsel for the Debtor. It appearing to the satisfaction of the Court that notice of the Application was provided pursuant to Local Rule 9013-1, and that there were no objections to the Application, accordingly the Application should be granted without further notice or hearing, it is

ORDERED that the fees in the aggregate amount of $191,242.50 and expenses in the aggregate amount of $2,385.94 incurred by Burr during this Chapter 11 case from *March 28, 2019 through September 30, 2019,* are hereby allowed as being reasonable compensation and actual, necessary services and expenses of the estate pursuant to 11 U.S.C. § 331 and that the allowed amount is hereby approved for payment as an administrative expense of this Chapter 11 case.

*This order was signed and entered electronically as indicated at the top of this page.*

**APPROVED FOR ENTRY**:

*/s/ David W. Houston, IV*

David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR #019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
E-mail: dhouston@burr.com
　　　　etaube@burr.com

Counsel for the Debtor