# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ) | |
| ) | Case Number: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

### ORDER GRANTING FIRST INTERIM APPLICATION
### FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BURR & FORMAN LLP

This matter came before the Court upon the **First Application for Allowance of Compensation and Reimbursement of Expenses by Burr & Forman LLP** (Doc. No. 169) as bankruptcy counsel for the Debtor. It appearing to the satisfaction of the Court that notice of the Application was provided pursuant to Local Rule 9013-1, and that there were no objections to the Application, accordingly the Application should be granted without further notice or hearing,

IT IS HEREBY ORDERED that the fees in the aggregate amount of $191,242.50 and expenses in the aggregate amount of $2,385.94 incurred by Burr during this Chapter 11 case from *March 28, 2019 through September 30, 2019,* are hereby allowed as being reasonable compensation and actual, necessary services and expenses of the estate, which may be paid by Debtor after first exhausting the remaining prepetition retainer held by Applicant, from the amounts previously deposited with Applicant for payment of professional fees in accordance with the order governing Debtor's use of cash collateral and any remaining amounts from cash on hand.

*This order was signed and entered electronically as indicated at the top of this page.*

**APPROVED FOR ENTRY**:
*/s/ David W. Houston, IV*
David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR #019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
E-mail: dhouston@burr.com
　　　　etaube@burr.com

Counsel for the Debtor