In re:                                                                                                                                       Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3        User: bmp2450               Page 1 of 1              Date Rcvd: Dec 06, 2019
                           Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db           +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
          BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com
          BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   Connecticut General Life Insurance Company tsaunders@wyattfirm.com
          BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com
          DALTON M MOUNGER    on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
          DANIEL HAYS PURYEAR    on behalf of Creditor   Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com
          DAVID W HOUSTON, IV    on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com
          EMILY CAMPBELL TAUBE    on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com
          GREGORY S REYNOLDS    on behalf of Creditor   SNH Medical Office Properties Trust greynolds@rwjplc.com,   kbarger@rwjplc.com;lnelson@rwjplc.com
          JOSHUA L BURGENER    on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
          MATTHEW RYAN GASKE    on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
          MICHAEL G ABELOW    on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
          MICHAEL G ABELOW    on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
          MILTON S. MCGEE, III    on behalf of Creditor   SNH Medical Office Properties Trust tmcgee@rwjplc.com,   dgibby@rwjplc.com
          NATALIE M. COX    on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
          R BURKE KEATY, II    on behalf of Creditor LaVon  House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com
          RYAN K COCHRAN    on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
          SEAN CHARLES KIRK    on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
          THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor   Meridian Law, PLLC tom.shumate@meridianlawpllc.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
          WARD W BENSON    on behalf of Creditor   United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov,   Eastern.Taxcivil@usdoj.gov
          WILLIAM L NORTON, III    on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                                                            TOTAL: 22

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 12/5/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ) | |
| ) | Case Number:   3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## ORDER GRANTING FIRST INTERIM APPLICATION
## FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF
## EXPENSES BY BURR & FORMAN LLP

This matter came before the Court upon the **First Application for Allowance of Compensation and Reimbursement of Expenses by Burr & Forman LLP** (Doc. No. 169) as bankruptcy counsel for the Debtor. It appearing to the satisfaction of the Court that notice of the Application was provided pursuant to Local Rule 9013-1, and that there were no objections to the Application, accordingly the Application should be granted without further notice or hearing,

IT IS HEREBY ORDERED that the fees in the aggregate amount of $191,242.50 and expenses in the aggregate amount of $2,385.94 incurred by Burr during this Chapter 11 case from *March 28, 2019 through September 30, 2019,* are hereby allowed as being reasonable compensation and actual, necessary services and expenses of the estate, which may be paid by Debtor after first exhausting the remaining prepetition retainer held by Applicant, from the amounts previously deposited with Applicant for payment of professional fees in accordance with the order governing Debtor's use of cash collateral and any remaining amounts from cash on hand.

*This order was signed and entered electronically as indicated at the top of this page.*

42555328 v1

**APPROVED FOR ENTRY**:
*/s/ David W. Houston, IV*
David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR #019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
E-mail: dhouston@burr.com
       etaube@burr.com

Counsel for the Debtor

42555328 v1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.