# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Chapter 11 |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | |

## THIRD AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE
### (SMYRNA LEASE)

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and Four Plus Corporation ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an extension from December 31, 2019 to January 31, 2020, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of December 31, 2019, and have requested that the Court enter its order as follows:

A.      On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B.      The Debtor and Landlord are parties to a Lease (the "Smyrna Lease") of non-residential real property and improvements, located at 537 Stonecrest Pkwy., Suite 201, Smyrna, TN ("Premises").

C.      The Debtor has not filed a motion to assume or reject the Smyrna Lease in this case.

D.      The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Smyrna Lease would expire on July 26, 2019.

E.     The Debtor and the Landlord submitted and the Court entered the Second Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject an Unexpired Lease entered October 29, 2019 (Doc. No. 165) that allowed the Debtor an additional time from October 24, 2019 to December 31, 2019, to make its determination of whether to assume or reject the Smyrna Lease.

F.     The Debtor confirms its requirements under the Smyrna Lease to permit Landlord to show the Premises to prospective purchasers and tenants in accordance with sections 22. (c) and (d) of the Smyrna Lease and to pay Landlord all costs incurred by Landlord (including attorneys' fees and expenses) which as of November 30, 2019, total $4,717.37, and which continue to accrue. Further Debtor agrees to provide the Landlord 30 days notice in the event the Debtor ultimately decides to reject the Smyrna Lease and vacate the Premises.

G.     In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Smyrna Lease until the Smyrna Lease is assumed or rejected.

H.     The Premises are utilized for one of the Debtor's pediatric clinics and is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1.     Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including January 31, 2020, in which to file and serve a motion to assume or reject the Smyrna Lease; and

2.      Any further extensions of the assumption-or-rejection deadline will only be granted

with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*


APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee  37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


*/s/ Ryan Cochran (w/permission)*
Ryan Cochran
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Telephone:  (615) 850-8778
Facsimile:  (615) 244-6804
Email:  ryancochran@wallerlaw.com
*Attorney for Landlord*