IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Capstone Pediatrics, PLLC,** ) | **Case No. 19-01971** |
| ) | **Chapter 11** |
| , **Debtor.** ) | |
| ) | **Judge Mashburn** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

The United States Trustee for the Middle District of Tennessee, Region 8, through undersigned counsel, hereby files this Notice of Appearance in accordance with Federal Rules of Bankruptcy Procedure 2002 and 5005, and requests notice of all pleadings, documents and papers filed in this case, and all underlying and related proceedings. Pursuant to Local Rules of Court – Administrative Procedures for Electronic Case Filing, electronic notice should also be sent to: Megan.Seliber@usdoj.gov.

Paper mailing for the first pleading initiating a potential LBR 9013 contested matter must be sent in accordance with the FRBP to:

> ***MEGAN SELIBER, Trial Attorney***
> ***Office of the United States Trustee***
> ***318 Customs House, 701 Broadway***
> ***Nashville, TN 37203***

        Respectfully Submitted,

        /S/ MEGAN SELIBER
        Megan Seliber, Trial Attorney
        Office of the United States Trustee
        318 Customs House, 701 Broadway
        Nashville, TN 37203
        Telephone: (615) 695-4060
        Fax: (615) 736-2260
        Email: Megan.Seliber@usdoj.gov