In re:  
Capstone Pediatrics, PLLC  
    Debtor

Case No. 19-01971-RSM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 1     Date Rcvd: Feb 07, 2020  
                Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
db          +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com  
         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Connecticut General Life Insurance Company tsaunders@wyattfirm.com  
         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com  
         DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com  
         EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com  
         GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com  
         JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com  
         MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov  
         MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
         MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com  
         NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov  
         R BURKE KEATY, II    on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com  
         RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com  
         SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com  
         THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC tom.shumate@meridianlawpllc.com  
         US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
         WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov  
         WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com  
                                                                                                               TOTAL: 23

_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/6/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**SECOND AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE (SOUTHERN HILLS LEASE)**

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and SL Airpark, LLC ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an extension from October 24, 2019 to March 31, 2020, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of October 24, 2019, and have requested that the Court enter its order as follows:

A. On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B. The Debtor and Landlord are parties to a Lease (the "Southern Hills Lease") of non-residential real property and improvements, located at 4247 Harding Place, Nashville, TN ("Premises").

C. The Debtor has not filed a motion to assume or reject the Southern Hills Lease in this case.

42239681 v1

D. The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Southern Hills Lease would expire on July 26, 2019.

E. The Debtor and the Landlord submitted and the Court entered an Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject and Unexpired Lease on August 13, 2019 (Doc. No. 132) that allowed the Debtor an additional 90 days from July 26, 2019 to October 24, 2019, to make its determination of whether to assume or reject the Southern Hills Lease.

F. In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Southern Hills Lease until the Southern Hills Lease is assumed or rejected.

G. The Premises are utilized for one of the Debtor's pediatric clinics and the Debtor asserts that the Southern Hills Lease is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including March 31, 2020, in which to file and serve a motion to assume or reject the Southern Hills Lease; and

2. Any further extensions of the assumption-or-rejection deadline will only be granted with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


*/s/ Michael Abelow (with permision)*
Michael Abelow
Sherrard Roe Voigt & Harbison PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
(615) 724-4532
mabelow@srvhlaw.com

*Attorney for Landlord*

42239681 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 191    Filed 02/09/20    Entered 02/09/20 23:53:32    Desc Imaged Certificate of Notice    Page 4 of 4