# Chiron / Capstone - September 2019 Memo

*The following items below are tasks that were prioritized and worked on by the Chief Restructuring Officer, Jim Davis, and fellow Chiron Financial employees for the time period of September 1st- September 30th, 2019:*

**1.) Worked on Capstone's 2018 tax return**

- Assisted management with delivering needed materials for Haskins to complete the 2018 tax return

**2.) Updated Confidential Information Memorandum (CIM)**

- Worked to update the CIM to include August actuals

- Delivered the CIM to interested investors

**3.) Worked on the Monthly Operating Report for July & August**

- Worked with Capstone management to produce the July & August MOR

- Reviewed MOR internally and sent to Burr Forman

**4.) Continuously updated cash flow budget**

- Reported up to date cash flow budget v. actual

- Projected the cash flow budget to show the upcoming two months expected activity

**5.) Met with Capstone CEO, COO, and Burr Forman multiple times in September**

- Discussed the latest sale process and high priority buyers

- Reviewed the latest financial model

- Discussed 2018 tax return status

- Discussed current operations, volume, billings and provider staffing at each location

**6.) Determined accurate payroll amount for two pay periods**

- Assisted in confirming accurate payroll needs for the pay periods on September 6th and September 20th

- Confirmed payroll tax payment with each payroll

**7.) Determined plan to pay current payables**

- Reviewed Accounts Payable summary. Discussed, approved and provided guidance to Capstone management to identify priority bills and approved payment

- Spoke with vendors and made sure current payables were paid timely

- Submitted multiple draw requests to Newtek needed for operation

**8.) Discussed Asset Purchase Agreement (APA)**

- Reviewed and discussed the APA with Burr Forman

- Assisted with updating numbers and filling the gaps in the APA in order to share with interested investors

**9.) Monitored operational performance**

- Analyzed patient visits by location and by provider

- Reviewed weekly gross charges and performed breakeven analysis

**10.) Tracked sale process and coordinated investor calls**

- Managed the sale process and executed Confidentiality Agreements (CA) with interested investors

- Delivered the CIM and data room credentials to investors who executed a CA

- Scheduled initial calls with investors and continued to communicate with parties who were further along in the diligence process

- Attended numerous meetings with potential buyers

**11.) Updated Newtek on sale process**

- Provided an updated presentation that detailed the sale process and target date for the second investor launch

# Chiron / Capstone - October 2019 Memo

*The following items below are tasks that were prioritized and worked on by the Chief Restructuring Officer, Jim Davis, and fellow Chiron Financial employees for the time period of October 1st - October 31st, 2019:*

**1.) Worked to finalize Capstone's 2018 tax return**

- Assisted management with delivering needed materials for Haskins to complete the 2018 tax return

**2.) Updated the financial model**

- Worked to update the financial model with the latest actuals and adjusted the projections

- Reviewed the model internally

**3.) Worked on the Monthly Operating Report for September**

- Worked with Capstone management to produce the September MOR

- Reviewed MOR internally and sent to Burr Forman

**4.) Continuously updated cash flow budget**

- Reported up to date cash flow budget v. actual

- Projected the cash flow budget to show the upcoming two months expected activity

**5.) Met with Capstone CEO, COO, and Burr Forman multiple times in October**

- Discussed the latest sale process and high priority buyers

- Reviewed the latest financial model

- Discussed 2018 tax return status

- Discussed current operations, volume, billings and provider staffing at each location

**6.) Determined accurate payroll amount for two pay periods**

- Assisted in confirming accurate payroll needs for the pay periods on October 4th and October 18th

- Confirmed payroll tax payment with each payroll

**7.) Determined plan to pay current payables**

- Reviewed Accounts Payable summary. Discussed, approved and provided guidance to Capstone management to identify priority bills and approved payment

- Spoke with vendors and made sure current payables were paid timely

- Submitted multiple draw requests to Newtek needed for operation

**8.) Built a billings and cost analysis tracker**

- Constructed spreadsheet to track and report billings vs operational costs and margin analysis

- Distributed and discussed the spreadsheet with management

**9.) Monitored operational performance**

- Analyzed patient visits by location and by provider

- Reviewed weekly gross charges and performed breakeven analysis

**10.) Discussed potential involvement with ▮▮▮▮**

- Discussed with ▮▮▮▮ their potential involvement with Capstone in a change of ownership structure

- Executed a CA with ▮▮▮▮ and shared financial information in addition to sale materials

**11.) Worked on staffing with management**

- Discussed and assisted management with provider staffing at each location

**12.) Updated Newtek on sale process**

- Provided an updated presentation that detailed the sale process

# Chiron / Capstone - November 2019 Memo

*The following items below are tasks that were prioritized and worked on by the Chief Restructuring Officer, Jim Davis, and fellow Chiron Financial employees for the time period of November 1st - November 30th, 2019:*

**1.) Worked to identify cost cutting plan**

- Discussed with Newtek the plan to work towards identifying high priority cost cutting items and timeline for implementation

**2.) Updated the financial model**

- Built several different model scenarios with various transaction and debt structures

- Added new provider hires and latest productivity actuals to the model

**3.) Worked on the Monthly Operating Report for October**

- Worked with Capstone management to produce the October MOR

- Reviewed MOR internally and sent to Burr Forman

**4.) Continuously updated cash flow budget**

- Reported up to date cash flow budget v. actual

- Projected the cash flow budget to show the upcoming two months expected activity

**5.) Met with Capstone CEO, COO, and Burr Forman multiple times in November**

- Discussed the latest sale process and high priority buyers

- Discussed current operations, volume, billings and provider staffing at each location

**6.) Determined accurate payroll amount for three pay periods**

- Assisted in confirming accurate payroll needs for the pay periods on November 1st, November 15th, and November 29th

- Confirmed payroll tax payment with each payroll

**7.) Determined plan to pay current payables**

- Reviewed Accounts Payable summary. Discussed, approved and provided guidance to Capstone management to identify priority bills and approved payment

- Spoke with vendors and made sure current payables were paid timely

- Submitted multiple draw requests to Newtek needed for operation

**8.) Built a DIP loan projection and cash needs model**

- Worked to project the DIP loan balance and crucial cash needs thru the end of the year

- Shared and discussed with Newtek and Capstone management

**9.) Monitored operational performance**

- Analyzed patient visits by location and by provider

- Reviewed weekly gross charges and performed breakeven analysis

**10.) Worked on ▆▆▆ request form**

- Worked alongside Capstone management to deliver required due diligence items for ▆▆▆

**11.) Coordinated multiple calls with potential buyers**

- Spoke with multiple interested buyers and delivered on their diligence requests

**12.) Updated Newtek on sale process**

- Provided an update on the sale process and potential option to get ▆▆▆ involved

# Chiron / Capstone - December 2019 Memo

*The following items below are tasks that were prioritized and worked on by the Chief Restructuring Officer, Jim Davis, and fellow Chiron Financial employees for the time period of December 1st- December 31st, 2019:*

**1.) Wrote a detailed summary of company performance and model overview for buyer**

- Worked on a detailed summary of operations during the bankruptcy period and noted the key assumptions in the model that we sent to a potential buyer

**2.) Updated the financial model**

- Adjusted the models to incorporate the latest structures discussed

- Added new income statement actuals

**3.) Worked on the Monthly Operating Report for November**

- Worked with Capstone management to produce the November MOR

- Reviewed MOR internally and sent to Burr Forman

**4.) Continuously updated cash flow budget**

- Reported up to date cash flow budget v. actual

- Projected the cash flow budget to show the upcoming two months expected activity

**5.) Met with Capstone CEO, COO, and Burr Forman multiple times in December**

- Discussed the latest sale process and high priority buyers

- Discussed current operations, volume, billings and provider staffing at each location

**6.) Determined accurate payroll amount for two pay periods**

- Assisted in confirming accurate payroll needs for the pay periods on December 13th and December 27th

- Confirmed payroll tax payment with each payroll

**7.) Determined plan to pay current payables**

- Reviewed Accounts Payable summary. Discussed, approved and provided guidance to Capstone management to identify priority bills and approved payment

- Spoke with vendors and made sure current payables were paid timely

- Submitted multiple draw requests to Newtek needed for operation

**8.) Updated the DIP loan projection and cash needs model**

- Updated the DIP loan balance and cash needs model to incorporate actuals

- Shared and discussed with Newtek and Capstone management

**9.) Monitored operational performance**

- Analyzed patient visits by location and by provider

- Reviewed weekly gross charges and performed breakeven analysis

**10.) Met with a leading potential buyer and had numerous phone calls**

- Met with one of the leading potential buyers and had several in depth phone conversations with the other lead buyer

**11.) Updated Newtek on sale process**

- Provided an update on the sale process

## Jim Davis - September Timecard

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 9/2/2019 | 10:30 AM | 12:00 PM | 1.50 | Reviewed ACH and Availability report \ Worked with David Houston Capstone Counsel and reviewed APA, Sale motion and documemnts |
| 9/3/2019 | 11:30 AM | 2:30 PM | 3.00 | Reviewed ACH and Availability report \ Reviewed, Discussed and signed MOR with John Allcorn |
| 9/4/2019 | 9:30 AM | 3:48 PM | 6.30 | Reviewed ACH and Availability report \ Discussed AP, Smyrna september rent payment timing with John Allcorn and Lynda Sanders \ Reviewed email to accompany teaser that will be sent to investors \ Spoke with Winnie about Capstone Taxes and outcome payments |
| 9/5/2019 | 9:00 AM | 10:09 AM | 1.15 | Reviewed ACH and Availability report \ Reviewed email to Newtek regarding BCBS outcome payment, discussed with Frank Bertelli - Newtek \ Reviewed new draft of APA from David Houston \ |
| 9/5/2019 | 2:00 PM | 7:54 PM | 5.90 | Spoke with Elizabrth Beale concerning lab issues, provided direction \ Discussed sale process and updated Gary Griffieth \ Spoke with Hoskins CPA firm regarding Capstone Taxes |
| 9/6/2019 | 9:00 AM | 11:30 AM | 2.50 | Reviewed ACH report and availability report \ Confirmed payroll numbers with Lynda Sanders and John Allcorn \ Spoke with Jay Krasoff, Gary Griffieth, David Houston concerning sale process and progress, as well as numerous barriers for the company \ Discussed the transaction framework with ▇▇▇ |
| 9/9/2019 | 6:55 AM | 9:30 AM | 2.58 | Reviewed ACH report and availability report \ Sent executed NDA \ Spoke with ▇▇▇ on their potential involvement with Capstone Pediatrics \ Reviewed AP with Lynda Sanders |
| 9/10/2019 | 7:37 AM | 12:42 PM | 5.08 | Reviewed ACH report and availability report \ Discussed productivity with Gary & Winnie \ Worked on finalizing August financials with the assistance from Lynda Sanders \ Reviewed Hanover pmt confirmation with John Allcorn and Paul Borowski with Newtek |
| 9/10/2019 | 5:41 PM | 7:00 PM | 1.32 | Reviewed Estoppel agreement for Smyrna and followed up with ▇▇▇ |
| 9/11/2019 | 9:00 AM | 12:10 PM | 3.17 | Reviewed ACH report and availability report \ Analyzed draw request items and approved for John Allcorn for Newtek \ Reviewed approach with new investors regarding the APA \ Discussed vaccines with Kathy Griffieth \ Discussed AP with Capstone |
| 9/12/2019 | 6:37 AM | 5:02 PM | 10.42 | Reviewed ACH report and availability report \ Reviewed updated Capstone Model \ Reviewed email to send to ▇▇▇ that explained the model's assumptions \ Discussed Capstone tax filing with David Houston \ visited each clinic |
| 9/13/2019 | 9:00 AM | 5:00 PM | 8.00 | Reviewed ACH report and availability report \ Discussed staffing with Winnie Toler |
| 9/16/2019 | 11:02 AM | 4:00 PM | 4.97 | Reviewed ACH report and availability report \Follow up with ▇▇▇, who could be a potential outsourcing partner \ Spoke with Lynda Sanders about pre-petitiin wages |
| 9/17/2019 | 11:23 AM | 3:00 PM | 3.62 | Reviewed ACH report and availability report \ Worked on August MOR with Lynda Sanders \ Call with John Allcorn to discuss MOR and to set up call with Investor \ Supply order review \ MOR review and approval |
| 9/18/2019 | 1:30 PM | 5:36 PM | 4.10 | Reviewed ACH report and availability report \ Call with potential investor \ discussed and reviewed email to send to Newtek that included draw request table and payroll check register with John Allcorn \ AP review and approval |
| 9/19/2019 | 9:30 AM | 1:11 PM | 3.68 | Reviewed ACH report and availability report \ Reviewed finalAugust memo to support Chiron's activity \ Spoke withj ▇▇▇ about Capstone \ Spoke with Dr. Spanier, updating him on Capstone's progress \ Spoke with Haskins on Capstone Tax filing |
| 9/20/2019 | 9:11 AM | 12:45 PM | 3.57 | Reviewed ACH report and availability report \ Spoke with Gary Griffieth, updated he and Winnie on bankruptcy and buyer status |
| 9/23/2019 | 9:37 AM | 12:00 PM | 2.38 | Reviewed ACH report and availability report \ Discussed with John Allcorn and Lynda Sanders about P&L company performance for last several months \ Discussed Pre-petition wages with Lynda Sanders |
| 9/24/2019 | 8:47 AM | 3:49 PM | 7.03 | Reviewed ACH report and availability report \ Discussed pre-petition wages with Dr. Spanier \ Planned and discussed next steps with potential buyer, ▇▇▇ \ Reviewed supply order \ Reviewed draw request |
| 9/25/2019 | 2:15 PM | 7:11 PM | 4.93 | Reviewed ACH report and availability report \ Reviewed Hoskins Tax engagement proposal, discussed potential buyer with David Houston |
| 9/26/2019 | 9:24 AM | 5:59 PM | 8.58 | Reviewed ACH report and availability report \ Call with David Houston and John Allcorn to discuss strategy with sale negotiations and waterfall analysis \ reviewed draw request |
| 9/27/2019 | 9:35 AM | 12:00 PM | 2.42 | Reviewed ACH report and availability report \ Share-screen meeting with John Allcorn prior to scheduled call to go over the model one last time before presentation \ Presented model to David Houston, Winnie & Gary \ Reviewed AP with Winnie and Lynda |
| 9/27/2019 | 9:00 AM | 4:30 PM | 7.50 | Reviewed operations performance with Capstone personel \ Reviewed email detailing the Sources & Uses |
| 9/30/2019 | 9:35 AM | 2:49 PM | 5.23 | Reviewed ACH report and availability report \ Reviewed personel changes with Gary Griffieth \ Reviewed IRS claim from David Houston |

|  |  |
|---|---|
| Jim HR Rate | $ 375.00 |
| September hours | 108.93 |
| Expenses | $ 1,789.97 |
| Flight | $ 758.59 |
| Hotel | $ 470.36 |
| Miscellaneous | $ 561.02 |
| Period of 9.2.19 - 9.30.19 | **$ 42,639.97** |

**Jim Davis - October Timecard**

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 10/1/2019 | 11:08 AM | 1:38 PM | 2.50 | Reviewed ACH and Availability report \ Discussed Cigna contract issues with David Houston \ Reviewed AP with Lynda \ Discussed staffing with Gary and Winnie |
| 10/2/2019 | 8:32 AM | 2:30 PM | 5.97 | Reviewed ACH and Availability report \ Reviewed and discussed restructure model with John Allcorn |
| 10/3/2019 | 8:30 AM | 10:48 AM | 2.30 | Reviewed ACH and Availability report \ Discussed model edit with John Allcorn \ Discussed IRS taxes owed breakdown for Capstone with David Houston \ |
| 10/3/2019 | 3:41 PM | 5:50 PM | 2.15 | Discussed draw with Newtek |
| 10/4/2019 | 7:13 AM | 1:48 PM | 6.58 | Reviewed ACH and Availability report \ Discussed model with Winnie and Gary, reviewed ▇ status \ reviewed draw request for Newtek \ discussed restructure plan with John Allcorn |
| 10/7/2019 | 7:51 AM | 9:30 AM | 1.65 | Reviewed ACH report and availability report \ Updated Newtek on next meeting and current operations |
| 10/7/2019 | 12:55 PM | 3:30 PM | 2.58 | Update call with with ▇ on their potential involvement with Capstone Pediatrics \ Reviewed AP with Lynda Sanders |
| 10/8/2019 | 9:23 AM | 2:28 PM | 5.08 | Reviewed ACH report and availability report \ Discussed staffing with Winnie Toler and Gary Griffeith \ Spoke with John Allcorn and Jay Krasoff about structure of planned presentation with Newtek later in week \ Call with John Allcorn and Winnie Toler to discuss ▇ and potentially opening 1-2 locations in model |
| 10/9/2019 | 9:00 AM | 1:39 PM | 4.65 | Reviewed ACH report and availability report \ Discussed tax filing status with Lynda \ Discussed and reviewed model and presentation with John Allcorn for Newtek \ Reviewed supply request |
| 10/10/2019 | 8:36 AM | 1:49 PM | 5.22 | Reviewed ACH report and availability report \ Reviewed final presentation for Newtek, call with Newtek \ Space discussion with Gary Griffeith \ Volume, performance and revenue cycle review with Winnie |
| 10/11/2019 | 7:40 AM | 3:30 PM | 7.83 | Reviewed ACH report and availability report \ Employee roster review \ Discussed staffing with Winnie Toler \ Reviewed billings vs cash collected table for the last three months and analyzed with John Allcorn |
| 10/14/2019 | 1:31 PM | 4:00 PM | 2.48 | Reviewed ACH report and availability report \ Reviewed draw request \ discussed storage vendor issue with David |
| 10/15/2019 | 8:50 AM | 3:00 PM | 6.17 | Reviewed ACH report and availability report \ Reviewed mover quotes with Lynda \ Reviewed and disussed model with potential buyer |
| 10/16/2019 | 10:22 AM | 5:06 PM | 6.73 | Reviewed ACH report and availability report \ Call with potential buyer \ AP review and approval \ Update call with Newtek \ Reviewed the billings and cost analysis table by location \ Reviewed prior weeks collection and cash flow budget \ Reviewed DIP loan balance projection table \ Reviewed supply request \ processed BOA signature cards |
| 10/17/2019 | 9:15 AM | 1:31 PM | 4.27 | Reviewed ACH report and availability report \ Discussed availability calculation with Frank Bertelle and Newtek \ Operations review with Gary Griffieth \ |
| 10/18/2019 | 8:57 AM | 4:32 PM | 7.58 | Reviewed ACH report and availability report \ Spoke with Gary Griffieth and Lynda on staff issue \ reviewed the September MOR \Reviewed the updated cash flow budget v. actual \ Discussed financials with Winnie and Gary \ Spoke with potential buyer \ Spoke with BOA on DACA documents |
| 10/19/2019 | 10:55 AM | 2:55 PM | 4.00 | Reviewed ACH report and availability report \ Discussed continued performance and financial shortfall with Gary, reviewed additionad cost saving actions and expenditure reduction plan, directed action and timeline |
| 10/21/2019 | 2:15 PM | 7:11 PM | 4.93 | Reviewed ACH report and availability report \ Payment and wire transfer review with Newtek \ Discussed reorganization and plan with Gary |
| 10/22/2019 | 8:30 AM | 5:09 PM | 8.65 | Reviewed ACH report and availability report \ Worked with Lynda on AP \ Reviewed updated cash flow budget \ discussed "re-sent" financials and billing vs cost analysis with Gary Griffieth |
| 10/23/2019 | 8:40 AM | 2:30 PM | 5.83 | Reviewed ACH report and availability report \ Discussed DACA account set up with Lynda \ Reviewed insurance renewal \ Discussed status update with Frank at Newtek \ Draw request review |
| 10/24/2019 | 9:08 AM | 5:46 PM | 8.63 | Reviewed ACH report and availability report \ prospective buyer \update with David Houston \ Reviewed operations performance with Capstone personel \ Reviewed Tax return draft |
| 10/25/2019 | 8:53 AM | 1:49 PM | 4.93 | Reviewed ACH report and availability report \ Update meeting with Gary Griffieth \ Reviewed collections by payer \ Reviewed draw request \ Approved insurance binder |
| 10/28/2019 | 8:00 AM | 9:30 AM | 1.50 | Reviewed ACH report and availability report |
| 10/29/2019 | 8:03 AM | 3:30 PM | 7.45 | Reviewed ACH report and availability report \ Availability carve out review with Newtek \ ▇ Review with John Allcorn \ Discussed BurrForman fees with David \ Reviewed draw request |
| 10/30/2019 | 9:39 AM | 2:30 PM | 4.85 | Reviewed ACH report and availability report \ Staffing review with Lynda \ Reviewed EOM practicesuite report |
| 10/31/2019 | 1:45 PM | 7:30 PM | 5.75 | Reviewed ACH report and availability report \ Staff roster report review with John \ Reviewed latest version of restructure model and included further cost reduction assumptions \ Reviewed patient visits and gross charges in the model |

|  |  |
|---|---|
| Jim HR Rate | $ 375.00 |
| October hours | 130.28 |
| Expenses | $ - |
| Flight | $ - |
| Hotel | $ - |
| Miscellaneous | $ - |
| Period of 10.1.19 - 10.31.19 | $ 48,856.25 |

**Jim Davis - November Timecard**

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 11/1/2019 | 8:34 AM | 1:39 PM | 5.08 | Reviewed ACH and Availability report \ Updated Dr. Spanier on Bankruptcy progress to date \ Follow up with Cube smart on unknow account and money owed by Capstone \ Follow up with ▮ |
| 11/4/2019 | 9:17 AM | 3:30 PM | 6.22 | Reviewed ACH and Availability report \ Reviewed draw request \ Supply request review \ AP Review and approval |
| 11/5/2019 | 11:11 AM | 4:48 PM | 5.62 | Reviewed ACH and Availability report \ MD CME reimbursement review and approval \ DACA account update and discussion with Lynda \ ▮ meeting discussion and prep |
| 11/6/2019 | 8:41 AM | 2:50 PM | 6.15 | Reviewed ACH and Availability report \ Follow up discussion with Gary and ▮ on potential timeline and next steps |
| 11/7/2019 | 9:18 AM | 3:54 PM | 6.60 | Reviewed ACH and Availability report \ Discussed and reviewed the latest ▮ request form with Lynda Sanders and John Allcorn \ Discussed Cash flow budget with John Allcorn \ Reviewed Lyndas draw request |
| 11/8/2019 | 9:51 AM | 4:30 PM | 6.65 | Reviewed ACH report and availability report \ Discussed cost savings initiatives with Gary again, resent directives per his request \ Reviewed and discussed AP and staff roster with Lynda and John \ Reviewed updated cost savings plan |
| 11/11/2019 | 10:04 AM | 5:30 PM | 7.43 | Reviewed ACH report and availability report \ Reviewed update staff roster \ Discussed and reviewed NDA with new potential buyer \ Call with John Allcorn about dilligence list for potential buyer \ Rewviewed restructure model \ Call with potential buyer |
| 11/12/2019 | 9:23 AM | 6:28 PM | 9.08 | Reviewed ACH report and availability report \ Draw reqeust review \ Update call with ▮ \ BOA document review and submission \ Updated model review \ Gross charge review |
| 11/13/2019 | 8:09 AM | 5:42 PM | 9.55 | Reviewed ACH report and availability report \ DACA documentation review and submission with BOA and and Newtek \ Discussed and reviewed updated model with John Allcorn |
| 11/14/2019 | 8:26 AM | 2:39 PM | 6.22 | Reviewed ACH report and availability report \ Discussed operational and financial performance with Gary, updated him on the latest model \ Discussed staffing with Gary and Winnie \ Reviewed and discussed revised model with John Allcorn |
| 11/15/2019 | 8:14 AM | 4:30 PM | 8.27 | Reviewed ACH report and availability report \ Call with Newtek to go over different model scenarios \ Discussed payroll amount and reviewed draw request \ Discussed staffing with Gary |
| 11/18/2019 | 10:08 AM | 3:15 PM | 5.12 | Reviewed ACH report and availability report \ Spoke with ▮, update discussion \ Discussed gross charges and contractual adjustments with John Allcorn, and Lynda Sanders \ Reviewed impact on revenue if properly allocated contractual adjustment at time of corresponding charge with John Allcorn |
| 11/19/2019 | 2:19 PM | 5:31 PM | 3.20 | Reviewed ACH report and availability report \ Call with John Allcorn and ▮ to discuss framework of integration |
| 11/20/2019 | 8:16 AM | 5:36 PM | 9.33 | Reviewed ACH report and availability report \ AP review and approval \ Update call with Newtek \ Reviewed the billings and cost analysis table by location \ Reviewed prior weeks collection and cash flow budget \ Reviewed DIP loan balance projection table |
| 11/21/2019 | 8:13 AM | 2:31 PM | 6.30 | Reviewed ACH report and availability report \ Discussed billing and collection personel with Gary \ Discussed employee issue with Lynda and David Houston \ availability calculation with Frank Bertelle and Newtek \ Operations review with Gary Griffieth \ |
| 11/22/2019 | 9:01 AM | 5:00 PM | 7.98 | Reviewed ACH report and availability report \ Spoke with potential buyer - ▮ \ Reviewed and discussed posting detail report with Lynda and John Allcorn \ ▮ proposal review |
| 11/25/2019 | 8:55 AM | 4:55 PM | 8.00 | Reviewed ACH report and availability report \ Discussed ▮ \ Discussed her duty transition to Christine \ Financial adjustment review \ Call with John Allcorn and Lynda Sanders about PracticeSuite posting report |
| 11/26/2019 | 8:26 AM | 4:30 PM | 8.07 | Reviewed ACH report and availability report \ Reviewed and discussed payer payment and posting issue with Lynda \ MOR review |
| 11/27/2019 | 8:28 AM | 5:09 PM | 8.68 | Reviewed ACH report and availability report \ Planned upcoming meeting with Gary \ Discussed storage site issue with David Houston and vendor \ reviewed draw request \ discussed audit and staffing issue with Gary \ Reviewed Gross charges and visits |
| 11/28/2019 | 8:40 AM | 3:30 PM | 6.83 | Reviewed ACH report and availability report \ Discussed DACA account set up with Lynda \ Reviewed insurance renewal \ Discussed status update with Frank at Newtek \ Draw request review |
| 11/29/2019 | 9:08 AM | 5:46 PM | 8.63 | Reviewed ACH report and availability report \ Review draw request \ Reviewed updated DIP loan budget \ MD salary review and discussion with Gary \ Discussed Winnie with Gary and David Houston |

|  |  |
|---|---|
| Jim HR Rate | $ 375.00 |
| November hours | 149.02 |
| Expenses | $ - |
| Flight | $ - |
| Hotel | $ - |
| Miscellaneous | $ - |
| Period of 11.1.19 - 11.29.19 | $ 55,881.25 |

**Jim Davis - December Timecard**

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 12/2/2019 | 10:24 AM | 8:57 PM | 10.55 | Reviewed ACH and Availability report \ Discussed clinical operations with Gary \ Access storage vendor discussion \ Reviewed updated DIP loan and cash needs with John |
| 12/3/2019 | 10:02 AM | 4:32 PM | 6.50 | Reviewed ACH and Availability report \ Worked with MR storage vendor to solve unknown past due issue and propose a plan for catch up \ Reviewed updated reorganization model with John Allcorn |
| 12/4/2019 | 9:08 AM | 3:43 PM | 6.58 | Reviewed ACH and Availability report \ Discussed updating asset list with Jonathan Garcia - Capstone \ Reviewed latest model with ▇▇▇ and sent to Newtek \ Reviewed draw request \ Reviewed supply request order \ |
| 12/5/2019 | 7:41 AM | 4:25 PM | 8.73 | Reviewed ACH and Availability report \ Follow up discussion with Gary and David ▇▇▇ \ Reviewed DACA account instructions from Paul \ |
| 12/9/2019 | 10:43 AM | 3:32 PM | 4.82 | Reviewed ACH and Availability report \ Discussed Cigna issue with Gary and David H. \ Reviewed and discussed contractual adjustment issue with John Allcorn \ Reviewed updated fixed asset list \ Discussed payroll with John Allcorn |
| 12/10/2019 | 9:53 AM | 5:51 PM | 7.97 | Reviewed ACH report and availability report \ Reviewed payroll request and draw, DIP loan status and cash needs \ Status update with David Houston \ Discussed Cigna issue with Gary |
| 12/11/2019 | 9:04 AM | 5:30 PM | 8.43 | Reviewed ACH report and availability report \ Reviewed update staff roster \ Discussed and reviewed NDA with new potential buyer \ Call with John Allcorn about dilligence list for potential buyer \ Rewviewed restructure model \ Call with potential buyer |
| 12/12/2019 | 9:00 AM | 5:26 PM | 8.43 | Reviewed ACH report and availability report \ Update operations discussion with J. Garcia \ Discussed ▇▇▇ with David Houston \ |
| 12/13/2019 | 8:17 AM | 5:42 PM | 9.42 | Reviewed ACH report and availability report \ Reviewed charge posting and reconciliation issue with Practice suites and John Allcorn \ Reviewed draw request \ Reviewed latest update with Cigna \ Discussed ▇▇▇ meeting with Gary \ Reviewed current operations with Gary \ Reviewed Insurance renewal for Capstone |
| 12/16/2019 | 8:26 AM | 4:39 PM | 8.22 | Reviewed ACH report and availability report \ Reviewed Capstone AP \ Update with David Houston \ Contractual adjustment issue discussion with John Allcorn \ |
| 12/17/2019 | 10:17 AM | 9:30 PM | 11.22 | Reviewed ACH report and availability report \ Discussed Espace AP issue with John and David Houston \ Reviewed supply order request \ Adressed ▇▇▇ and key vendors, discussed with Gary |
| 12/18/2019 | 9:08 AM | 11:45 AM | 2.62 | Reviewed ACH report and availability report \ Reviewed supply order |
| 12/19/2019 | 9:19 AM | 4:20 PM | 7.02 | Reviewed ACH report and availability report \ Adressed broken copier issue and repair request \ Reviewed draw request \ Update call with ▇▇▇ \ AP discussion with John Allcorn \ Update call with ▇▇▇ |
| 12/20/2019 | 8:16 AM | 3:31 PM | 7.25 | Reviewed ACH report and availability report \ Multiple Vendor update - past due payables \ Financial review/contractual adjustment review with John Allcorn \ |
| 12/21/2019 | 9:13 AM | 10:31 AM | 1.30 | Reviewed ACH report and availability report \ Reviewed updated model with John Allcorn |
| 12/23/2019 | 9:01 AM | 4:43 PM | 7.70 | Reviewed ACH report and availability report \ Discussed revenue projections with John Allcorn, updated financials for ▇▇▇ |
| 12/24/2019 | 8:55 AM | 10:55 AM | 2.00 | Reviewed ACH report and availability report \ Follow up with ▇▇▇ |
| 12/26/2019 | 8:26 AM | 2:30 PM | 6.07 | Reviewed ACH report and availability report \ Reviewed draw request \ Discussed ops and sale update with John Allcorn and Newtek |
| 12/27/2019 | 12:55 PM | 4:09 PM | 3.23 | Reviewed ACH report and availability report \ Follow up with ▇▇▇ on APA status |
| 12/30/2019 | 8:40 AM | 10:30 AM | 1.83 | Reviewed ACH report and availability report \ Reviewed AP needs and supply request \ Reviewed companion life contract |
| 12/31/2019 | 9:54 AM | 2:40 PM | 4.77 | Reviewed ACH report and availability report \ Review draw request \ Discussed rent payments with David Houston |

|  |  |  |
|---|---|---|
| Jim HR Rate | $ | 375.00 |
| December hours |  | 134.65 |
| Expenses | $ | 1,393.02 |
| Flight | $ | 643.60 |
| Hotel | $ | 346.29 |
| Miscellaneous | $ | 403.13 |
| Period of 12.2.19 - 12.31.19 | **$** | **51,886.77** |

**John Allcorn - September Timecard**

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 9/2/2019 | 2:30 PM | 7:00 PM | 4.50 | Worked on July MOR \ Completed bank transaction activity and payments to professionals sheets |
| 9/3/2019 | 12:00 PM | 2:42 PM | 2.70 | Worked to complete July MOR with Lynda Sanders \ Finished balance sheet and AP section of MOR \ Discussed MOR with Jim Davis and sent to Newtek after sign off from Jim |
| 9/4/2019 | 10:24 AM | 3:48 PM | 5.40 | Discussed Smyrna september rent payment timing with Jim Davis and Lynda Sanders \ Drafted email to accompany teaser that will be sent to investors \ Spoke with Winnie about outcome payment supporting documents |
| 9/5/2019 | 2:00 PM | 6:24 PM | 4.40 | Reviewed transaction activity for all three bank accounts for last month \ Received confirmation email from Blue Cross about outcome payment and drafted email to Newtek \ Sent emails to potential investors - ███████████████████████████████ \ Sent NDA to ███████ |
| 9/5/2019 | 8:42 PM | 10:54 PM | 2.20 | Worked on cash flow budget v. actual for the month end of August \ Sent cash flow budget to Newtek along with detail behind performance improvement |
| 9/6/2019 | 9:00 AM | 3:12 PM | 6.20 | Reviewed ACH report and availability report \ Confirmed payroll numbers with Lynda Sanders and Jim Davis \ Submitted payroll draw request to Newtek \ Sent NDA to ███████ \ Discussed the transaction framework with ███████ \ Checked status of payroll funding with Newtek |
| 9/9/2019 | 1:00 PM | 4:06 PM | 3.10 | Sent NDA to ███████ and soon executed NDA \ Worked on finalizing prior months invoice with Jim Davis and Todd Hass |
| 9/10/2019 | 10:12 AM | 12:42 PM | 2.50 | Sent Gary & Winnie the income statement from filing date to end of July \ Worked on finalizing August financials with the assistance from Lynda Sanders \ Sent Hanover pmt confirmation to Paul Borowski with Newtek |
| 9/10/2019 | 7:54 PM | 10:12 PM | 2.30 | Updated CIM with august actuals \ Updated model to include costs of providers that left but still worked in April & May \ Added network communication costs to the model \ Drafted emails that will be sent to investors in the morning to follow up and deliver marketing materials |
| 9/11/2019 | 9:18 AM | 7:24 PM | 10.10 | Analyzed draw request items and sent to Newtek \ Called Jim Davis to go over approach with new investors regarding the APA \ Set up call with ███████ for later this afternoon \ Provided data room access to ███████ \ Shared model with ███████ and ███████ \ Updated cash flow budget |
| 9/12/2019 | 12:48 PM | 4:42 PM | 3.90 | Added August gross charges to the model \ Altered the projections and built out additional assumptions \ Drafted email to send to ███████ that explained the model's assumptions \ Sent email to ███████ |
| 9/16/2019 | 3:00 PM | 4:00 PM | 1.00 | Delivered dilligence request to ████, who could be a potential outsourcing partner \ Spoke with Lynda Sanders about August bank statements |
| 9/17/2019 | 10:00 AM | 3:00 PM | 5.00 | Worked on August MOR with Lynda Sanders \ Call with Jim Davis to discuss MOR and to set up call with Investor |
| 9/18/2019 | 2:00 PM | 5:06 PM | 3.10 | Call with potential investor \ Worked on compiling draw request for Newtek \ Drafted email to send to Newtek that included draw request table and payroll check register \ Sent draw request email to Newtek |
| 9/19/2019 | 9:30 AM | 12:30 PM | 3.00 | Submitted draw request to Newtek \ Emailed lynda sanders to inform that funding was confirmed \ Finanlized the August memo to support Chiron's activity |
| 9/23/2019 | 11:00 AM | 7:00 PM | 8.00 | Spoke with Haskins to assist in 2018 tax return \ Worked on restructure model \ Discussed with Lynda Sanders and Jim Davis about P&L company performance for last several months |
| 9/24/2019 | 11:00 AM | 5:06 PM | 6.10 | Sent Burr Forman Chiron's memos for April - June \ Worked on delivering 2018 financial statements for Haskins to do tax return \ Re-formatted 2018 cash flow statement \ Sent 2018 financials to Haskins |
| 9/25/2019 | 10:24 AM | 4:00 PM | 5.60 | Worked on restructure model \ Received draw request items from Lynda Sanders \ Analyzed latest gross charges by location |
| 9/26/2019 | 10:30 AM | 11:54 PM | 13.40 | Call with David Houston and Jim Davis to discuss strategy with sale negotiations and waterfall analysis \ Worked on waterfall analysis for potential sale transaction \ Worked on restructure model |
| 9/27/2019 | 10:18 AM | 12:00 PM | 1.70 | Share-screen meeting with Jim Davis prior to scheduled call to go over the model one last time before presentation \ Presented model to David Houston, Winnie & Gary, and Jim Davis |
| 9/27/2019 | 1:30 PM | 3:30 PM | 2.00 | Updated waterfall analysis for ███████ \ Drafted email detailing the Sources & Uses with Jim Davis's input |
| 9/30/2019 | 9:06 AM | 12:18 PM | 3.20 | Reviewed draw request items with Jim Davis and Lynda Sanders \ Submitted draw request \ Scheduled call with ████ (potential investor) for tomorrow \ Reviewed court filings of timecards that Burr Forman sent over for final review |
| 9/30/2019 | 2:00 PM | 5:00 PM | 3.00 | Reviewed last weeks charges and collections \ Sent Jim Davis the charges for CIGNA in August and September \ Updated cash flow budget actual v. projected |

| | | |
|---|---|---|
| John HR Rate | $ | 275.00 |
| September hours | | 102.40 |
| Expenses | $ | - |
| Flight | | - |
| Hotel | | - |
| Misc. | $ | - |
| Period of 9.2.19 - 9.30.19 | | $ 28,160.00 |

**John Allcorn - October Timecard**

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 10/2/2019 | 3:00 PM | 7:30 PM | 4.50 | Spoke with Jim Davis about version two of restructure model \ Worked on building second version of restructure model |
| 10/3/2019 | 1:00 PM | 4:30 PM | 3.50 | Call with ▇ and Jim Davis \ Sent draw request for payroll \ Updated model to illustrate a restructure plan that is more of a business as is projected out \ Discussed updated model with Jim Davis |
| 10/4/2019 | 9:30 AM | 10:30 AM | 1.00 | Drafted email to update Newtek on sale process \ Spoke with Jim Davis about plan for presenting materials to Newtek and working on a new restructure plan |
| 10/4/2019 | 12:00 PM | 7:00 PM | 7.00 | Worked on a new version of the restructure model and performed a new waterfall analysis \ Spoke with Lynda Sanders about ▇ diligence form |
| 10/7/2019 | 8:30 AM | 1:48 PM | 5.30 | Reviewed Newtek availability report and DIP balance \ Updated budget v. actual \ Call with ▇ and Jim Davis to discuss items outstanding and timeline details for implementation \ Set up folder to add all necessary documents for ▇ and coordinated with Lynda Sanders to see what we were missing |
| 10/8/2019 | 9:00 AM | 1:00 PM | 4.00 | Spoke with Jim Davis and Jay Krasoff about structure of planned presentation with Newtek later in week \ Call with Jim Davis and Winnie Toler to discuss ▇ and potentially opening 1-2 locations in model |
| 10/8/2019 | 2:12 PM | 5:30 PM | 3.30 | Worked on updating financial model to include growth plans |
| 10/9/2019 | 10:00 AM | 7:00 PM | 9.00 | Sent materials to ▇ \ Sent email to ▇ asking about fee calculations \ Worked on finalizing model for Newtek meeting tomorrow \ Worked on power point presentation for Newtek update |
| 10/10/2019 | 9:00 AM | 4:42 PM | 7.70 | Reviewed final presentation to Newtek with Jim Davis and made small additions \ Sent trial balance and schedule of fixed assets to Hoskins \ Call with Newtek \ Asked Lynda Sanders for latest employee roster |
| 10/11/2019 | 10:30 AM | 5:24 PM | 6.90 | Reviewed fixed asset and depreciation schedule with Lynda Sanders as Hoskins was unable to tie it out \ Reviewed collections for current week \ Built a billings vs cash collected table for the last three months and analyzed with Jim Davis |
| 10/14/2019 | 9:12 AM | 3:30 PM | 6.30 | Updated cash flow budget \ Compiled high priority items to include in draw \ Worked on September MOR \ Submitted draw request |
| 10/15/2019 | 9:24 AM | 4:00 PM | 6.60 | Reviewed tax return that was sent over by Hoskins \ Checked in with ▇ and provided an updated model that is tailored to her potential deal structure \ Worked on MOR with Lynda Sanders assistance |
| 10/16/2019 | 12:42 PM | 4:54 PM | 4.20 | Built the billings and cost analysis table out to include it by location and sent to Jim Davis for discussion \ Reviewed prior weeks collection and updated cash flow budget \ Built a DIP loan balance projection table and sent to Jim Davis for review \ Drafted email to be sent to ▇ tomorrow |
| 10/17/2019 | 9:24 AM | 4:12 PM | 6.80 | Reviewed email from ▇ detailing how to calculate the availability \ Discussed with Jim Davis to confirm if availability calculation is correct \ Worked on building draw request table \ Sent email to Newtek to submit draw and included payroll check register \ Sent a revised draw request after ▇ suggested a new way of calculating availability |
| 10/18/2019 | 10:42 AM | 5:00 PM | 6.30 | Emailed Lynda Sanders the items included in the draw request that was confirmed \ Sent Jim the September MOR for final review and signature \ Updated the cash flow budget v. actual \ Sent Winnie and Gary the most up to date financials and the billings and cost analysis exercise |
| 10/21/2019 | 5:00 PM | 6:18 PM | 1.30 | Checked in with ▇ to guage her current interest \ Asked Lynda Sanders for the latest AP and broken out by location \ Reviewed latest borrowing base report from Newtek and the latest fees included in the DIP balance |
| 10/22/2019 | 8:30 AM | 5:00 PM | 8.50 | Reviewed availability report sent from Newtek \ Updated cash flow budget \ Re-Sent Gary Griffieth the financials and billing vs cost analysis \ Broke out AP by location and sent to Jim Davis, and Winnie & Gary |
| 10/24/2019 | 4:42 PM | 5:54 PM | 1.20 | Communicated with Hoskins and then sent draft tax return to Lynda Sanders and Jim Davis \ Reviewed the current borrowing base report from Newtek \ Reviewed billings from PracticeSuite report |
| 10/29/2019 | 8:48 AM | 12:20 PM | 3.53 | Reviewed last weeks collections and latest availability report \ Asked Lynda Sanders to send payroll report \ Spoke with Jim Davis on what we should request from Newtek and when |
| 10/29/2019 | 1:36 PM | 5:18 PM | 3.70 | Updated cash flow budget \ Reviewed EOM practicesuite report and sent to Jim Davis \ Reviewed latest employee roster with Jim Davis \ Drafted email to send to Newtek that included operational & sale update along with a draw request |
| 10/30/2019 | 9:30 AM | 10:12 AM | 0.70 | Confirmed payroll amounts with Lynda Sanders and Jim Davis |
| 10/30/2019 | 12:42 PM | 4:36 PM | 3.90 | Updated latest version of restructure model and included further cost reduction assumptions \ Updated patient visits and gross charges in the model |
| 10/31/2019 | 10:00 AM | 7:36 PM | 9.60 | Worked on updating model to include latest months actuals \ Sent latest version of model to Jim Davis for discussion \ Built a cost cutting table and integrated into model \ Reviewed cost cuts with Jim Davis \ Created a version of the model that eliminates one of the locations - Southern Hills |

|  |  |  |
|---|---|---|
| John HR Rate | $ | 275.00 |
| October hours |  | 114.83 |
| Expenses | $ | - |
| *Flight* |  | - |
| *Hotel* |  | - |
| *Misc.* | $ | - |
| Period of 10.1.19 - 10.31.19 | $ | 31,579.17 |

## John Allcorn - November Timecard

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 11/1/2019 | 6:00 PM | 6:48 PM | 0.80 | Reviewed last weeks collections and updated cash flow budget |
| 11/4/2019 | 9:12 AM | 3:30 PM | 6.30 | Drafted email to send to Newtek that shows availability calculation, draw request, and cost cutting items \ Made further edits to drafted email, per Jim Davis's request \ Sent draw request to Newtek \ Talked to Jim Davis to see if he had an update on buyers \ Emailed Lynda Sanders the items that were included in draw |
| 11/7/2019 | 8:30 AM | 12:30 PM | 4.00 | Reviewed and analyzed the latest borrowing base and availability report from Newtek \ Reviewed the latest ▮▮▮▮ request form with Lynda Sanders and Jim Davis \ Updated cash flow budget |
| 11/8/2019 | 9:00 AM | 9:48 AM | 0.80 | Updated cost cutting analysis and sent to Jim Davis |
| 11/8/2019 | 2:30 PM | 6:48 PM | 4.30 | Call with Jim Davis about updating restructure model \ Worked on updating model |
| 11/10/2019 | 11:36 AM | 7:42 PM | 8.10 | Worked on building restructure model to include detailed payroll build out and debt schedule for post exit new co. |
| 11/11/2019 | 11:00 AM | 9:12 PM | 10.20 | Call with Jim Davis about dilligence list for potential buyer \ Scheduled call with buyer for 4pm later todat \ Worked on updating restructure model with changes discussed with Jim Davis \ Call with potential buyer |
| 11/12/2019 | 12:30 PM | 7:30 PM | 7.00 | Worked on restructure model |
| 11/13/2019 | 7:30 AM | 11:54 PM | 16.40 | Call with Jim Davis to discuss direction of model \ Updated patient visits and gross charges in model \ Adjusted projection assumptions \ Added new hires to the model \ Sent to Jim for review |
| 11/14/2019 | 9:00 AM | 3:54 PM | 6.90 | Call with Jim Davis to go over the model \ Made further edits after discussion with Jim |
| 11/15/2019 | 7:12 AM | 12:00 PM | 4.80 | Call with Newtek to go over different model scenarios \ Discussed payroll amount and sent draw request to cover payroll \ Sent several dilligence request items requested by a potential investor |
| 11/18/2019 | 10:24 AM | 4:00 PM | 5.60 | Sent ▮▮▮▮ latest financials \ Discussed gross charges and contractual adjustments with Jim Davis, Lynda Sanders, and PracticeSuite \ Reviewed impact on revenue if properly allocated contractual adjustment at time of corresponding charge |
| 11/19/2019 | 10:48 AM | 11:24 AM | 0.60 | Call with Jim Davis and ▮▮▮▮ to discuss framework of integration |
| 11/19/2019 | 1:18 PM | 3:00 PM | 1.70 | Worked on updating model \ Worked on draw request and projecting cash needs thru end of year |
| 11/20/2019 | 1:42 PM | 6:00 PM | 4.30 | Worked on analysis showing last weeks gross charges & collections \ Modified model to show latest ▮▮▮▮ offer \ Put together package to send to Newtek \ Updated timecard and invoice |
| 11/21/2019 | 12:00 PM | 6:00 PM | 6.00 | Worked on putting together invoice for Chiron's work \ Worked on the October MOR |
| 11/22/2019 | 3:00 PM | 4:00 PM | 1.00 | Discussed posting detail report with Jim Davis and Lynda Sanders |
| 11/25/2019 | 11:00 AM | 5:42 PM | 6.70 | Worked on October MOR \ Call with Jim Davis and Lynda Sanders about PracticeSuite posting report \ Solved issue for how we will breakout prior period contractual adjustments on P&L \ Worked on breakout analysis of adjustments |
| 11/26/2019 | 9:30 AM | 4:24 PM | 6.90 | Worked with Lynda Sanders on finalizing the October MOR \ Discussed posting issue with Lynda Sanders \ Sent MOR to Jim Davis for review and signature \ Sent MOR to Burr Forman to file |
| 11/27/2019 | 10:18 AM | 4:30 PM | 6.20 | Reviewed current and previous weeks billings and provider visit performance \ Sent preliminary draw request to Jim Davis for review \ Updated budget projections thru end of year |
| 11/29/2019 | 8:30 AM | 10:18 AM | 1.80 | Sent Jim Davis the updated DIP loan projection and cash needs analysis \ Sent draw request and update email to Newtek |

| | | |
|---|---|---|
| John HR Rate | $ | 275.00 |
| November hours | | 110.40 |
| Expenses | $ | - |
| *Flight* | | - |
| *Hotel* | | - |
| *Misc.* | $ | - |
| Period of 11.1.19 - 11.29.19 | **$** | **30,360.00** |

## John Allcorn - December Timecard

| Date | Time In | Time Out | Total | Description |
|---|---|---|---|---|
| 12/2/2019 | 1:30 PM | 10:00 PM | 8.50 | Worked to update budget thru end of year \ Call with Access (Storage co.) \ Updated model to show the latest ▮▮▮▮ proposal sheet |
| 12/3/2019 | 9:24 AM | 7:30 PM | 10.10 | Call with Jim Davis to discuss model changes and further ideas to incorporate into restructure plan |
| 12/4/2019 | 9:18 AM | 4:00 PM | 6.70 | Updated restructure plan \ Drafted email to send to Newtek to show model highlights and their projected recovery |
| 12/5/2019 | 9:00 AM | 6:30 PM | 9.50 | Sent draw request to Newtek with update \ Emailed Christine Fochler the items that were included and processed in the draw \ Call with ▮▮▮▮ to discuss the restructure model and their fee structure \ Updated budget projections and actuals thru end of year \ Analyzed the end of month report from PracticeSuite for November performance |
| 12/6/2019 | 3:00 PM | 7:00 PM | 4.00 | Worked on updating the model to include the latest ▮▮▮ fees that were discussed with ▮▮▮ |
| 12/9/2019 | 2:00 PM | 3:30 PM | 1.50 | Discussed contractual adjustment issue with Jim Davis \ Discussed payroll with Jim Davis \ Emailed Christine Fochler for the payroll statistical summary |
| 12/10/2019 | 11:18 AM | 7:30 PM | 8.20 | Received and reviewed the payroll summary and check register for pay period this week \ Worked on draw request analysis \ Emailed David Houston in regards to Clarksville rent included in upcoming draw request \ Updated budget thru end of year \ Worked on November MOR |
| 12/11/2019 | 9:12 AM | 6:00 PM | 8.80 | Worked on calculating payroll needs to compile draw request \ Updated budget thru end of year \ Sent Jim Davis email outlining draw needs and updated budget \ Call with Jim Davis about diligence list for buyer |
| 12/13/2019 | 9:42 AM | 7:12 PM | 9.50 | Reviewed charge posting issue with Jim Davis \ Compiled draw request table \ Reviewed current weeks provider performance \ Sent draw request to Jim Davis for review \ Discussed with Jim Davis the buyer meeting with Gary \ Updated DIP loan projections forecast with actual cash spends |
| 12/16/2019 | 12:54 PM | 2:42 PM | 1.80 | Worked on November MOR \ Received the November posting detail report from Arun with PracticeSuite and analyzed the Oct - Nov contractual adjustment figure \ Sent Christine and Jim Davis the contractual adjustment breakdown to use for the Nov P&L |
| 12/16/2019 | 4:00 PM | 4:30 PM | 0.50 | Updated cash flow budget \ Added US Trustee fee to the preliminary draw request |
| 12/17/2019 | 12:54 PM | 5:00 PM | 4.10 | Worked on November MOR \ Received the November posting detail report from Arun with PracticeSuite and analyzed the Oct - Nov contractual adjustment figure \ Sent Christine and Jim Davis the contractual adjustment breakdown to use for the Nov P&L |
| 12/19/2019 | 9:00 AM | 4:30 PM | 7.50 | Compiled items to include in draw and sent draw request to Jim Davis for review \ AP discussion with Jim Davis \ Talked with Jim Davis about update with buyers |
| 12/20/2019 | 9:30 AM | 11:59 PM | 14.48 | Sent draw request to Newtek and updated them on sale process \ Call with ▮▮▮▮ and Jim Davis \ Worked to update the financials in order to send to ▮▮▮▮ |
| 12/21/2019 | 9:12 AM | 11:00 AM | 1.80 | Reviewed updated model with Jim Davis \ Analyzed gross charges report from Practicesuite |
| 12/23/2019 | 9:00 AM | 5:36 PM | 8.60 | Call with Jim Davis to discuss framework of email that we will send to ▮▮▮▮ \ Reviewed payroll summary from Christine \ Drafted email to send to ▮▮▮▮ regarding the summary of the model and bankruptcy performance numbers and challenges |
| 12/24/2019 | 2:30 PM | 5:42 PM | 3.20 | Updated budget \ Prepared preliminary draw request table and analysis for draw this week and sent to Jim Davis \ Updated model for ▮▮▮▮ scenario and sent email to them \ Call with Jim Davis about ▮▮▮▮ and draw items |
| 12/26/2019 | 9:00 AM | 2:30 PM | 5.50 | Confirmed with Christine if the US trustee fee was paid yet \ Sent Jim Davis the draw request and availability table to review \ Sent Newtek draw request and details from our call with ▮▮▮▮ \ Discussed operations and sale update with Jim Davis and Newtek |
| 12/30/2019 | 11:42 AM | 6:00 PM | 6.30 | Worked on November MOR |
| 12/31/2019 | 9:12 AM | 9:42 AM | 0.50 | Compiled items to include in draw request \ Sent draw request to Jim Davis to review |

|  |  |  |
|---|---|---|
| John HR Rate | $ | 275.00 |
| December hours |  | 121.08 |
| Expenses | $ | - |
| *Flight* |  | - |
| *Hotel* |  | - |
| *Misc.* | $ | - |
| Period of 12.2.19 - 12.31.19 | **$** | **33,297.92** |