# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Mashburn |
| Debtor. ) | |

## EXPEDITED ORDER SETTING HEARING ON DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AGREED ORDER AMENDING FINAL DIP ORDER TO ALLOW FOR ADDITIONAL POST-PETITION SECURED FINANCING AND EXTENSION OF MATURITY DATE

This matter came before the Court on the *Debtor's EXPEDITED MOTION FOR ENTRY OF AGREED ORDER AMENDING FINAL DIP ORDER TO ALLOW FOR ADDITIONAL POST-PETITION SECURED FINANCING AND EXTENSION OF MATURITY DATE* (the "Expedited Motion") filed by Capstone Pediatrics LLC (the "Debtor"), and upon reviewing said Expedited Motion the Court finds that cause exists for setting the Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED:

Any objections to the Expedited Motion shall be filed and served so as to be received by the Court not later than 4:00 pm, Central Time, on _____, _____, 2020.

B. The Court will consider the Expedited Motion and may grant the relief requested on an expedited basis in the event that no objections are filed before the Objection Deadline.

C. A hearing will be held on _____, _____, 2020 at __:__ _.m. in **Courtroom 1** of the United States Customs House, 701 Broadway, Nashville, TN 37203.

*[This order was signed and entered electronically as indicated at the top of the first page.]*

**APPROVED FOR ENTRY**:

/s/ *David W. Houston, IV*
David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR# 019323)
BURR & FORMAN LLP
222 Second Avenue South, STE 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3315
E-mail: dhouston@burr.com
etaube@burr.com

*Attorneys for Debtor*