Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/23/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Chapter 11 |
| | ) | Judge Mashburn |
| Debtor. | ) | |

## EXPEDITED ORDER SETTING HEARING ON DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AGREED ORDER AMENDING FINAL DIP ORDER TO ALLOW FOR ADDITIONAL POST-PETITION SECURED FINANCING AND EXTENSION OF MATURITY DATE

This matter came before the Court on the *Debtor's EXPEDITED MOTION FOR ENTRY OF AGREED ORDER AMENDING FINAL DIP ORDER TO ALLOW FOR ADDITIONAL POST-PETITION SECURED FINANCING AND EXTENSION OF MATURITY DATE* (the "Expedited Motion") filed by Capstone Pediatrics LLC (the "Debtor"), and upon reviewing said Expedited Motion the Court finds that cause exists for setting the Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED:

Any objections to the Expedited Motion shall be filed and served so as to be received by the Court not later than 4:00 pm, Central Time, on March 30, 2020. However, the hearing referenced below will be conducted regardless of whether any objections are filed.

B.      The Court will consider the Expedited Motion and may grant the relief requested on an expedited basis in the event that no objections are filed before the Objection Deadline.

C.      A hearing will be held telephonically beginning at 9:30 a.m. on March 31, 2020. For any counsel or party wishing to participate in the telephonic hearing, the instructions are:

Call-In Number: 1-888-363-4749;
Access Code: 6926390#

IT IS SO ORDERED.

43202063 v1

**APPROVED FOR ENTRY**:

/s/ *David W. Houston, IV*
David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR# 019323)
BURR & FORMAN LLP
222 Second Avenue South, STE 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3200
Facsimile:  (615) 724-3315
E-mail: dhouston@burr.com
        etaube@burr.com

*Attorneys for Debtor*

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.