In re:  Case No. 19-01971-RSM
Capstone Pediatrics, PLLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3  User: bmp2450  Page 1 of 1  Date Rcvd: Mar 23, 2020
    Form ID: pdf001  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
db        +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:

    BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com
    BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   Connecticut General Life Insurance Company tsaunders@wyattfirm.com
    BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com
    DALTON M MOUNGER   on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
    DANIEL HAYS PURYEAR   on behalf of Creditor   Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
    DANIEL HAYS PURYEAR   on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
    DAVID W HOUSTON, IV   on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com
    EMILY CAMPBELL TAUBE   on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com
    GREGORY S REYNOLDS   on behalf of Creditor   SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com
    JOSHUA L BURGENER   on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
    MATTHEW RYAN GASKE   on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
    MEGAN REED SELIBER   on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
    MICHAEL G ABELOW   on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
    MICHAEL G ABELOW   on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
    MILTON S. MCGEE, III   on behalf of Creditor   SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com
    NATALIE M. COX   on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
    R BURKE KEATY, II   on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com
    RYAN K COCHRAN   on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
    SEAN CHARLES KIRK   on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
    THOMAS WORMOUTH SHUMATE, IV   on behalf of Creditor   Meridian Law, PLLC tom.shumate@meridianlawpllc.com
    US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
    WARD W BENSON   on behalf of Creditor   United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
    WILLIAM L NORTON, III   on behalf of Creditor   Athenahealth bnorton@babc.com
    TOTAL: 23

*Randal S. Mashburn* signature
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/23/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Mashburn |
| Debtor. ) | |

### EXPEDITED ORDER SETTING HEARING ON DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AGREED ORDER AMENDING FINAL DIP ORDER TO ALLOW FOR ADDITIONAL POST-PETITION SECURED FINANCING AND EXTENSION OF MATURITY DATE

This matter came before the Court on the *Debtor's EXPEDITED MOTION FOR ENTRY OF AGREED ORDER AMENDING FINAL DIP ORDER TO ALLOW FOR ADDITIONAL POST-PETITION SECURED FINANCING AND EXTENSION OF MATURITY DATE* (the "Expedited Motion") filed by Capstone Pediatrics LLC (the "Debtor"), and upon reviewing said Expedited Motion the Court finds that cause exists for setting the Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED:

Any objections to the Expedited Motion shall be filed and served so as to be received by the Court not later than 4:00 pm, Central Time, on March 30, 2020. However, the hearing referenced below will be conducted regardless of whether any objections are filed.

B. The Court will consider the Expedited Motion and may grant the relief requested on an expedited basis in the event that no objections are filed before the Objection Deadline.

C. A hearing will be held telephonically beginning at 9:30 a.m. on March 31, 2020. For any counsel or party wishing to participate in the telephonic hearing, the instructions are:

Call-In Number: 1-888-363-4749;
Access Code: 6926390#

IT IS SO ORDERED.

43202063 v1

**APPROVED FOR ENTRY**:

/s/ *David W. Houston, IV*
David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR# 019323)
BURR & FORMAN LLP
222 Second Avenue South, STE 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3315
E-mail: dhouston@burr.com
etaube@burr.com

*Attorneys for Debtor*

43202063 v1

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.