| Projected DIP Balance / Week Ending | Actual 3/27/2020 | Proj. 4/3/2020 | Proj. 4/10/2020 | Proj. 4/17/2020 | Proj. 4/24/2020 | Proj. 5/1/2020 | Proj. 5/8/2020 | Proj. 5/15/2020 | Proj. 5/22/2020 | Proj. 5/29/2020 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning DIP Balance | $ 1,974,138 | $ 1,986,874 | $ 2,068,740 | $ 2,053,834 | $ 2,120,935 | $ 2,089,874 | $ 2,145,362 | $ 2,124,709 | $ 2,183,065 | $ 2,152,194 | $ 1,974,138 |
| | | | | | | | | | | | |
| **Disbursements/Draw Request** | | | | | | | | | | | |
| Payroll | $ - | $ 94,742 | $ - | 94,742 | $ - | 94,742 | $ - | 94,742 | $ - | 94,742 | 473,710 |
| Admin Rent | 7,876 | - | - | - | 7,876 | - | - | - | 7,876 | | 23,628 |
| Southern Hills Rent | 8,037 | - | - | - | 8,037 | - | - | - | - | 8,037 | 24,110 |
| Smyrna Rent | - | - | - | 9,754 | - | - | - | 9,754 | - | | 19,508 |
| Clarksville Rent | - | - | - | 9,692 | - | - | - | 9,692 | - | | 19,385 |
| NES - Electricity | - | - | 1,500 | - | 1,500 | - | 1,500 | - | 1,500 | - | 6,000 |
| Piedmont Gas | - | 400 | - | 400 | - | 400 | - | 400 | - | 400 | 2,000 |
| City Wide - Cleaning Co. | - | - | 4,440 | - | - | - | - | - | - | | 4,440 |
| Stratus - New Cleaning Co. | - | - | - | - | - | 3,490 | - | - | 3,490 | | 6,980 |
| Flexential - Data Center | 1,685 | - | 1,685 | - | 1,685 | - | 1,685 | - | 1,685 | | 8,425 |
| Mitel - Phones | 2,648 | - | - | - | 2,500 | - | - | - | 2,500 | | 7,648 |
| Courier | 3,020 | - | 1,510 | - | 1,510 | - | 1,510 | - | 1,510 | | 9,060 |
| Comcast | - | 223 | - | 2,313 | - | 1,000 | - | 1,000 | - | 1,000 | 5,536 |
| CubeSmart - Storage | 7,314 | - | - | - | - | - | - | - | - | | 7,314 |
| Medical Supplies/Vaccines | - | 1,500 | 1,500 | - | 1,500 | 1,500 | - | 1,500 | 1,500 | | 9,000 |
| Bank Fees | - | - | 1,000 | 1,000 | - | 1,000 | 1,000 | - | 1,000 | 1,000 | 6,000 |
| The Hartford - Insurance | 854 | - | - | - | - | 854 | - | - | - | | 1,708 |
| American Proficiency Institute | 271 | - | - | - | - | - | - | - | - | | 271 |
| ProAssurance | 7,155 | - | - | - | - | - | 9,922 | - | - | | 17,077 |
| TN Dept of Labor | - | - | 700 | - | - | 700 | - | - | 700 | | 2,100 |
| PracticeSuite | 2,935 | - | - | - | - | - | 2,935 | - | - | | 5,870 |
| Access - Medical Records | - | - | - | 3,646 | - | 3,889 | - | - | - | | 7,535 |
| Guardian - Dental/Vision Ins. | - | - | 714 | - | - | - | - | 714 | - | | 1,428 |
| MBLab | - | - | - | - | 2,775 | - | - | - | 2,775 | | 5,550 |
| Go Fish | 137 | - | - | - | - | - | - | - | - | | 137 |
| North Labs | - | - | 795 | - | - | - | 795 | - | - | | 1,591 |
| Mixon IT | - | - | - | - | 6,023 | - | - | - | 6,023 | | 12,046 |
| Employee Reimbursement | 1,546 | - | - | - | - | - | - | - | - | | 1,546 |
| US Trustee | 10,273 | - | - | - | - | - | - | - | - | | 10,273 |
| Burr Forman | - | - | 6,250 | - | - | - | - | - | - | | 6,250 |
| Chiron | 26,000 | 20,000 | - | - | - | - | - | - | - | | 46,000 |
| **Total Disbursements** | $ 79,751 | $ 116,865 | $ 20,094 | $ 102,101 | $ 36,939 | $ 123,487 | $ 19,347 | $ 98,356 | $ 42,129 | $ 113,055 | $ 752,126 |
| | | | | | | | | | | | |
| **Accrued Professional Fees** | | | | | | | | | | | |
| Burr Forman | - | - | 6,250 | - | 6,250 | - | 6,250 | - | 6,250 | | 25,000 |
| Chiron | - | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | | 80,000 |
| | | | | | | | | | | | |
| **Collections** | | | | | | | | | | | |
| Collections | $ 41,087 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 381,087 |
| PCMH | 25,928 | - | - | - | 33,000 | 28,000 | - | - | 33,000 | 28,000 | 147,928 |
| **Total Collections** | $ 67,015 | $ 35,000 | $ 35,000 | $ 35,000 | $ 68,000 | $ 68,000 | $ 40,000 | $ 40,000 | $ 73,000 | $ 68,000 | $ 529,015 |
| | | | | | | | | | | | |
| Ending DIP Balance | $ 1,986,874 | $ 2,068,740 | $ 2,053,834 | $ 2,120,935 | $ 2,089,874 | $ 2,145,362 | $ 2,124,709 | $ 2,183,065 | $ 2,152,194 | $ 2,197,249 | $ 2,197,249 |
| | | | | | | | | | | | |
| DIP balance increase to get to sale | $ 210,374 | | | | | | | | | | |