# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF FILING CORRECTED AGREED ORDER AMENDING FINAL DIP ORDER

Capstone Pediatrics files this *Notice of Filing Corrected Agreed Order Amending Final DIP Order* to provide notice that the *Corrected Agreed Order* filed herein (Docket No. 202), corrects the *Agreed Order Amending Final DIP Order (*Docket No. 200), by replacing "the later of" with "the earlier of" in the second sentence of paragraph 2. No other modifications were made in the *Corrected Agreed Order*.

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On April 3, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

1

/s/ David W. Houston, IV
David W. Houston, IV (020802)