In re:  
Capstone Pediatrics, PLLC  
    Debtor

Case No. 19-01971-RSM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 1     Date Rcvd: Apr 03, 2020  
                Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db         +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:

        BRUCE ANTHONY SAUNDERS     on behalf of Interested Party     Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com  
        BRUCE ANTHONY SAUNDERS     on behalf of Interested Party     Connecticut General Life Insurance Company tsaunders@wyattfirm.com  
        BRUCE ANTHONY SAUNDERS     on behalf of Interested Party     HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com  
        DALTON M MOUNGER     on behalf of Creditor     A-Z Office Resource, Inc. dmounger@dmounger.com  
        DANIEL HAYS PURYEAR     on behalf of Creditor     Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com  
        DANIEL HAYS PURYEAR     on behalf of Creditor     CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com  
        DAVID W HOUSTON, IV     on behalf of Debtor     Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com  
        EMILY CAMPBELL TAUBE     on behalf of Debtor     Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com  
        GREGORY S REYNOLDS     on behalf of Creditor     SNH Medical Office Properties Trust greynolds@rwjplc.com,   kbarger@rwjplc.com;lnelson@rwjplc.com  
        JOSHUA L BURGENER     on behalf of Creditor     ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com  
        MATTHEW RYAN GASKE     on behalf of Creditor     TN Dept of Revenue matthew.gaske@ag.tn.gov  
        MEGAN REED SELIBER     on behalf of U.S. Trustee     US TRUSTEE megan.seliber@usdoj.gov  
        MICHAEL G ABELOW     on behalf of Creditor     SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
        MICHAEL G ABELOW     on behalf of Creditor     SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
        MILTON S. MCGEE, III     on behalf of Creditor     SNH Medical Office Properties Trust tmcgee@rwjplc.com,   dgibby@rwjplc.com  
        NATALIE M. COX     on behalf of U.S. Trustee     US TRUSTEE natalie.cox@usdoj.gov  
        R BURKE KEATY, II     on behalf of Creditor LaVon  House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com  
        RYAN K COCHRAN     on behalf of Creditor     Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com  
        SEAN CHARLES KIRK     on behalf of Creditor     Fairway-Galt, LLC skirk@bonelaw.com  
        THOMAS WORMOUTH SHUMATE, IV     on behalf of Creditor     Meridian Law, PLLC tom.shumate@meridianlawpllc.com  
        US TRUSTEE     ustpregion08.na.ecf@usdoj.gov  
        WARD W BENSON     on behalf of Creditor     United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov,   Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov  
        WILLIAM L NORTON, III     on behalf of Creditor     Athenahealth bnorton@babc.com  
                                                                                                             TOTAL: 23

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/2/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**FIFTH AGREED ORDER AND STIPULATION EXTENDING THE TIME FOR THE DEBTOR TO ASSUME OR REJECT AN UNEXPIRED LEASE (CLARKSVILLE LEASE)**

As evidenced by the signatures of counsel for the parties below, Capstone Pediatrics, LLC ("Debtor") and ARHC GMCLKTN01, LLC ("Landlord") hereby agree and stipulate that the Debtor shall be entitled to an extension from March 31, 2020 to June 15, 2020, in which the Debtor may determine whether or not it will assume or reject the lease with the Landlord.

In support hereof, the parties stipulate, effective as of March 31, 2020, and have requested that the Court enter its order as follows:

A. On March 28, 2019, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

B. The Debtor and Landlord are parties to a Lease (the "Clarksville Lease") of non-residential real property and improvements, located at 647 Dunlop Lane, Clarksville, TN ("Premises").

C. The Debtor has not filed a motion to assume or reject the Clarksville Lease in this case.

43260281 v1

D. The initial deadline under 11 U.S.C. § 365(d)(4)(A)(i) for the Debtor's assumption or rejection of the Clarksville Lease would have expired on July 26, 2019.

E. The Debtor and the Landlord submitted and the Court entered the (1) the *Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject an Unexpired Lease* on August 12, 2019 (Doc. No. 130); (2) *Second Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject an Unexpired Lease* on October 28, 2019 (Doc. No. 163); (3) *Third Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject an Unexpired Lease* on January 2, 2020 (Doc. No. 177) and (4) *Fourth Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject an Unexpired Lease* on February 7, 2020 (Doc. No. 186) which allowed the Debtor additional time until March 31, 2020, to make its determination of whether to assume or reject the Clarksville Lease.

F. The Debtor and the Landlord are in agreement, and the Landlord has consented, that the Debtor should be allowed additional time from March 31, 2020, and until June 15, 2020, to make its determination of whether to assume or reject the Clarksville Lease.

G. In accordance with 11 U.S.C. § 365(d)(3), the Debtor shall continue to timely perform all of its obligations under the Clarksville Lease until the Clarksville Lease is assumed or rejected.

H. The Premises are utilized for one of the Debtor's pediatric clinics and is vital to the Debtor's current operations.

AND it appearing to the Court that good and sufficient cause exists for the relief set forth herein and that, based on the parties' agreement as evidenced by the signatures below, no notice and hearing is required for the entry of this Order,

It is hereby ORDERED that:

1. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor shall have until and including June 15, 2020, in which to file and serve a motion to assume or reject the Clarksville Lease; and

2. Any further extensions of the assumption-or-rejection deadline will only be granted with the Landlord's prior written consent and in compliance with 11 U.S.C. § 365(d)(4).

*This Order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*

*/s/Joshua L. Burgener (with permission)*
Joshua L. Burgener
DICKINSON WRIGHT LLP
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: JBurgener@dickinsonwright.com
*Attorney for Landlord*

43260281 v1

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971  Doc 205  Filed 04/05/20  Entered 04/05/20 23:57:57  Desc Imaged Certificate of Notice  Page 4 of 4