_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/19/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Mashburn |
| Debtor. ) | |

**EXPEDITED ORDER SETTING HEARING ON DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS, (II) SCHEDULING BID DEADLINES, AN AUCTION AND SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, (V) EXTENDING POST-PETITION PRIMING LIEN, DETERMINING CLAIM AND LIEN PRIORITY IN SALE PROCEEDS, AND DIRECTING DISBURSEMENT OF SALE PROCEEDS AND (VI) GRANTING RELATED RELIEF**

This matter came before the Court on the *Debtor's EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS, (II) SCHEDULING BID DEADLINES, AN AUCTION AND SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, (V) EXTENDING POST-PETITION PRIMING LIEN, DETERMINING CLAIM AND LIEN PRIORITY IN SALE PROCEEDS, AND DIRECTING DISBURSEMENT OF SALE PROCEEDS AND (VI) GRANTING RELATED RELIEF* (the "Expedited Motion") filed by Capstone Pediatrics LLC (the "Debtor"), and upon reviewing said Expedited Motion the Court finds that cause exists for setting the Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED:

A.  Any objections to the Expedited Motion shall be filed and served so as to be received by the Court prior to the hearing on May 26, 2020.

B.  The Court will consider the Expedited Motion and may grant the relief requested on an expedited basis in the event that no objections are filed before the Objection Deadline.

C.  A hearing will be held on **Tuesday, May 26, 2020 at  9:30 .m. in Courtroom 1** of the United States Customs House, 701 Broadway, Nashville, TN 37203.

*[This order was signed and entered electronically as indicated at the top of the first page.]*

> will be conducted telephonically. The call-in information is as follows: Call-In Number: 888-363-4749; Access Code: 8979228#.

**APPROVED FOR ENTRY**:

/s/ *David W. Houston, IV*

David W. Houston, IV (BPR #20802)
Emily C. Taube (BPR# 019323)
BURR & FORMAN LLP
222 Second Avenue South, STE 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3200
Facsimile:  (615) 724-3315
E-mail: dhouston@burr.com
        etaube@burr.com

*Attorneys for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.