# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, hereby certifies to the Court that a true and correct copy of Doc. No. 210 *EXPEDITED ORDER SETTING HEARING ON DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS, (II) SCHEDULING BID DEADLINES, AN AUCTION AND SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, (V) EXTENDING POST-PETITION PRIMING LIEN, DETERMINING CLAIM AND LIEN PRIORITY IN SALE PROCEEDS, AND DIRECTING DISBURSEMENT OF SALE PROCEEDS AND (VI) GRANTING RELATED RELIEF* was served via U.S. Mail upon the parties listed on the attached Exhibit A on May 19, 2020.

Additionally, counsel for the Debtor served counsel for the United States Trustee, counsel for the DIP Lender and counsel for the IRS via email on May 19, 2020.

> /s/ David W. Houston, IV
> David W. Houston, IV (20802)
> Emily C. Taube (019323)
> **BURR & FORMAN LLP**
> 222 Second Avenue South, Suite 2000
> Nashville, Tennessee 37201
> Telephone: (615) 724-3215
> Facsimile: (615) 724-3315
> dhouston@burr.com; etaube@burr.com
> *Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On May 20, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)