Label Matrix for local noticing
0650-3
Case 3:19-bk-01971
MIDDLE DISTRICT OF TENNESSEE
Nashville
Mon May 18 09:26:12 CDT 2020

A-Z Office Resource, Inc.
c/o Dalton M. Mounger, Attorney
808 S. High St.
Columbia, TN 38401-3241

Athenahealth
c/o William L. Norton III
Bradley Arant Boult Cummings
1600 Division St., Suite 700
Nashville, TN 37203-2771

CDS Business Services, Inc. d/b/a Newtek Bus
1981 Marcus Avenue
Suite 130
Lake Success, NY   11042-1046

Cigna Healthcare of Tennessee, Inc.
1000 Corporate Centre Drive
P.O. Box 682147
Franklin, TN 37068-2147

Connecticut General Life Insurance Company
900 Cottage Grove Road
Bloomfield, CT 06002-2920

Fairway-Galt, LLC
Bone McAllester Norton
c/o Sean C. Kirk
511 Union St., Suite 1600
Nashville, tn 37219-1780

Four Plus Corporation
c/o Ryan Cochran
Waller Lansden Dortch & Davis, LLP
511 Union Street, 27th Fl
Nashville, TN 37219-1733

HealthSpring Life and Health Insurance Compa
Connolly Gallagher, LLP
1201 North Market St., 20th Fl.
Wilmington, DE 19801-1147

Meridian Law, PLLC
2900 Vanderbilt Place
Suite 100
Nashville, TN 37212-2518

Newtek Small Business Finance, LLC
1981 Marcus Avenue
Suite 130
Lake Success, NY 11042-1046

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

United States of America on behalf of the In

701 Broadway Room 170
Nashville, TN 37203-3979

123 GETLINK
1476 LEXINGTON AVE, SUITE 1B
NEW YORK, NY 10128-2546

5909 SEDBERRY ROAD
NASHVILLE, TN 37205-3221

ABBOTT LABORATORIES INC.
P.O. BOX 100997
ATLANTA, GA  30384-0997

ACCENT
P. O. BOX 952366
ST. LOUIS, MO 63195-2366

ACCESS
P.O. BOX 101048
ATLANTA, GA  30392-1048

ADVANCE SIGNS & GRAPHICS
1005 WEST MAIN STREET
LEBANON, TN 37087-3301

AETNA
P. O. BOX 14079
LEXINGTON, KY 40512-4079

AETNA INSURANCE COMPANY
P. O. BOX 784836
PHILADELPHIA, PA 19178-4836

AFTERMATH CLAIM SERVICE
1212 S NAPER BOULEVARD
NAPERVILLE, IL 60540-8360

AKHENIA CONERLY
296 RALEIGH DR, APT. B
CLARKSVILLE, TN 37043-1971

ALEXANDRIA MILLER
748 SHELTON CIRCLE
CLARKSVILLE TN 37042-7108

ALISON HOPKINS
1346 SWEETWATER DRIVE
BRENTWOOD, TN 37027-7871

AMANDA BURLISON
407 ROLLINGWOOD CROSSING
LEBANON TN 37087-3183

AMANDA GREENE
3617 HUNTINGBORO TRAIL
ANTIOCH, TN 37013-4947

AMBER SAUNDERS
4121 SHACKLETT RD
MURFREESBORO, TN 37129

AMERICAN ACADEMY OF PEDIATRICS
72103 EAGLE WAY
CHICAGO, IL 60678-7251

AMERICAN MESSAGING
P. O. BOX 5749
CAROL STREAM, IL 60197-5749

AMERICAN PLUMBING PROFESSIONALS
P. O. BOX 111542
NASHVILLE, TN 37222-1542

AMERICAN PROFICIENCY INSTITUTE
DEPARTMENT 9526, P. O. BOX 30516
LANSING, MI 48909-8016

AMERICAN PROFICIENCY INSTITUTE DEP 9526
P. O. BOX 30516
LANSING, MI 48909-8016

ANA CORDERO
100 VERNON TRAYLOR DR
SMYRNA TN 37167-5940

ANDREA BROZEWSKI
303 EARHEART RD
HERMITAGE, TN 37076

ANDREA BROZEWSKI
3036 EARHEART RD
HERMITAGE, TN 37076-3705

ANDREA HULAN
812 QUEEN ANNES COURT
NOLENSVILLE, TN 37135-4100

ANGELA FRAZIER
13859 CAINSVILLE RD
LEBANON, TN 37090-7786

ANGELICA P. GUZMAN
1933 FAWNS CREEK CROSSING
MT. JULIET TN 37122-1229

AQUARIUM MAINTENANCE SERVICE
P. O. BOX 1856
COLUMBIA, TN 38402-1856

ARACELY DEODANES
109 PADDLE WHEEL CT
NASHVILLE TN 37214-1134

ASD SPECIALTY HEALTHCARE LLC
MORTON R BRANZBURG ESQUIRE
C O KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET STREET SUITE 1400
PHILADELPHIA PA 19103-2945

ASE TECHNOLOGY
7113 PEACH COURT, SUITE 200
BRENTWOOD, TN 37027-3240

AT&T
P.O. BOX 105068
ATLANTA, GA 30348-5068

ATHENAHEALTH, INC.
311 ARSENAL STREET
WATERTOWN, MA 02472-2785

ATMOS ENERGY
P. O. BOX 790311
ST. LOUIS, MO 63179-0311

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

AUDIOLOGY SYSTEMS, ATTN: SCOTT BREWER
50 COMMERCE DRIVE, SUITE 180
SCHAUMBURG, IL 60173-5312

AUDIOLOGY SYSTEMS, INC
DEPT CH 16948
PALATINE, IL 60055-6948

AUTISM SPEAKS
900 CIRCLE 75 PKWY STE 445
ATLANTA, GA 30339-3061

Aetna Inc.
attn: Aaron McCollough
McGuireWoods LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Andrew B. Glaab, Esq.
Cohn & Dussi, LLC
68 Harrison Ave., Suite 502
Boston, MA 02111-1929

BARTON & ASSOCIATES
P.O. BOX 417844
BOSTON, MA  02241-7844

BASS, BERRY & SIMS PLC
150 THIRD AVENUE SOUTH, SUITE 2800
NASHVILLE, TN 37201-2017

BCBS OF TN, ATTN: CLAIM REFUND DEPT
1 CAMERON HILL CIRCLE, BLDG 13
CHATTANOOGA, TN 37402-0013

BCBST
1 CAMERON HILL CIRCLE
CHATTANOOGA, TN 37402-0031

BENTLEY'S AIR CONDITIONING
109 HARTMANN DRIVE
LEBANON, TN 37087-2515

BERKSHIRE HATHAWAY GUARD INS COMPANY
P.O. BOX 785570
PHILADELPHIA, PA 19178-5570

BESSE MEDICAL
c/o Alan S. Kleiman ,Esq.
Mendelson Law Firm
P.O. Box 17235
Memphis, TN 38187-0235

BESSE MEDICAL SUPPLY
1576 SOLUTIONS CTR
CHICAGO, IL 60677-1005

BETHANY WENGER
821 WOODCRAFT DR.
NASHVILLE, TN 37214-4355

BETTER BUSINESS SOLUTIONS
P.O.BOX 3549
BRENTWOOD TN 37024-3549

BLUECROSS BLUESHIELD OF TN
P.O. BOX 6539
CAROL STREAM, IL 60197-6539

BMW PROPERTIES, LLC
2420 WEST CLAY DRIVE
LEBANON, TN 37087-3168

BMW PROPERTIES, LLC, ATTN: TONYIA WATSON
2420 WEST CLAY DRIVE
LEBANON, TN 37087-3168

BRAVO CONSTRUCTION
936 CARTHAGE HIGHWAY
LEBANON, TN 37087-4613

BRIDGES
935 EDGEHILL AVENUE
NASHVILLE, TN 37203-4990

BUS. TAX COLLECTIONS-C/O KY STATE TREAS.
PO BOX 491
FRANKFORT, KY 40602-0491

BUTLER SNOW LLP
150 3RD AVENUE SOUTH SUITE 1600
NASHVILLE, TN 37201-2046

Barton & Associates, Inc.
Cohn & Dussi, LLC
68 Harrison Ave. Suite 502
Boston, MA 02111-1929

C12 GROUP, MUSIC CITY
2000 MALLORY LN, STE 130-56
FRANKLIN, TN 37067-8209

CADS, ATTN: PATRICIAN HANNA
1317 SUN VALLEY ROAD
CLARKSVILLE, TN 37040-4372

CAINE & WEINER C/O PITNEY BOWES PURCHASE
21210 ERWIN STREET
WOODLAND HILLS, CA 91367-3714

CAM REALTY, LLC C/O REALTY GROUP NORTH
109 MONTGOMERY AVENUE SUITE 102
SCARSDALE, NY 10583-5531

CAMPBELL, HIGHTOWER C/O NOVARTIS
4645 SOUTH LAKESHORE DRIVE #11
TEMPE, AZ 85282-7152

CAMPBELL, HIGHTOWER, & ADAMS C/O NOVARTIS
4645 SOUTH LAKESHORE DRIVE #11
TEMPE, AZ 85282-7152

CAPSTONE PEDIATRICS, PLLC
1420 DONELSON PIKE, SUITE B-17
NASHVILLE, TN 37217-3015

CAROL JOLLY
P. O. BOX 680662
FRANKLIN, TN 37068-0662

CASATINA MILLER
395 BOSCA COURT
CLARKSVILLE TN 37040-6590

CASH CITY
1640 HIGHWAY 46 SOUTH
Dickson, TN 37055-2748

CDE LIGHTBAND
2021 WILMA RUDOLPH BLVD., P.O.BOX 31509
CLARKSVILLE, TN 37040-0026

CDS BUSINESS SERVICES
60 HEMPSTEAD AVE
WEST HEMPSTEAD NY 11552-2148

CDS BUSINESS SERVICES, INC.
1981 MARCUS AVE, SUITE 130
LAKE SUCCESS, NY 11042-1046

CENTENNIAL MEDICAL STAFF ASSOC.
P. O. BOX 150804
NASHVILLE, TN 37215-0804

CENTERSTONE HEALTH
1101 SIXTH AVE N
NASHVILLE, TN 37208-2650

CHAD S. BOOMERSHINE, MD
1219 OLYMPIA PLACE
FRANKLIN, TN 37067-5695

CHAPTER 13 TRUSTEE
P. O. BOX 340019
NASHVILLE, TN 37203-0019

CHARTER COMMUNICATIONS
P. O. BOX 9001934
LOUISVILLE, KY 40290-1934

CHIRON FINANCIAL, LLC
1301 MCKINNEY SUITE 2800
HOUSTON, TX 77010-3079

CHRISTIAN CARE MINISTRY
PO BOX 120099
WEST MELBOURNE, FL 32912-0099

CHRISTINA PAASCHE
3119 HOLLY POINT
CLARKSVILLE TN 37043-8440

CIGNA HEALTH AND LIFE INSURANCE COMPANY
MARYLOU KILIAN RICE
COMPLIANCE SPECIALIST
900 COTTAGE GROVE ROAD B6LPA
HARTFORD CT 06152-0001

CIGNA HEALTHCARE
P. O. BOX 644546
PITTSBURGH, PA 15264-4546

CIGNA HEALTHCARE & LIFE INSURANCE CO.
P. O. BOX 182223
CHATTANOOGA, TN 37422-7223

CIT
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

CITY OF CLARKSVILLE
ONE PUBLIC SQUARE, STE 119
CLARKSVILLE, TN 37040-3463

CITY OF CLARKSVILLE
P. O. BOX 928
CLARKSVILLE, TN 37041-0928

CITY OF LEBANON
200 N. CASTLE HEIGHTS AVE N., SUITE 117
LEBANON, TN 37087-2772

CITY OF LEBANON
401 PARK DR.
LEBANON, TN 37087

CITY OF MOUNT JULIET
2425 NORTH MT. JULIET ROAD
MOUNT JULIET, TN 37122-3038

CITY OF MT. JULIET
2425 N. MT. JULIET ROAD
MT. JULIET, TN 37122-3038

CITY OF MURFREESBORO
111 W. VINE ST., 1ST FLOOR
MURFREESBORO, TN 37130-3573

CITY OF MURFREESBORO
P.O. BOX 1139
MURFREESBORO, TN 37133-1139

CLARKSVILLE DEPT OF ELECTRICITY
PO BOX 31449
CLARKSVILLE, TN  37040-0025

CLEAN IT SUPPLY
2212 DEARBORN DR.
NASHVILLE, TN 37214-1911

CLIA LABORATORY PROGRAM
P.O. BOX 3056
PORTLAND, OR 97208-3056

CLIA LABORATORY PROGRAM
P.O. BOX 530882
ATLANTA, GA 30353-0882

COMCAST
P. O. BOX 37601
PHILADELPHIA, PA 19101-0601

COMCAST BUSINESS
PO BOX 530098
ATLANTA, GA  30353-0098

COMMERCIAL LAMINATION
2801 MURFREESBORO ROAD
ANTIOCH, TN 37013-2011

COMMISSIONER OF FINANCE  R. SPRINGER
200 CASTLE HEIGHTS AVENUE N
LEBANON, TN 37087-2740

COMPANION LIFE INS CO
ATTN: JESSICA FOURNIER, P.O. BOX 100102
COLUMBIA, SC  29202-3102

CONCENTRA
P.O. BOX 82432
ATLANTA, GA 30354-0432

COOK'S PEST CONTROL
P.O. BOX 280390
NASHVILLE, TN 37228-0390

CORPORATE CLEANING SYSTEMS
P. O. BOX 40565
NASHVILLE, TN 37204-0565

CORY B. COLLIER
1505 DEMONBREUN STREET #623
NASHVILLE, TN 37203-3564

CRISTA FEDORA
7201 CHARLOTTE PIKE #203
NASHVILLE, TN 37209-5065

CRYSTAL VANN
1444 PRIMM ROAD
ASHLAND CITY, TN 37015-6254

CUBESMART
1058 MURFREESBORO RD.
NASHVILLE, TN 37217-1513

CUBESMART
1202 ANTIOCH PIKE
NASHVILLE, TN 37211-3104

CURTIS BAY ENERGY - TN
P. O. BOX 65047
BALTIMORE, MD 21264-5047

CUSHMAN & WAKEFIELD/HCA
P.O. BOX 281166
ATLANTA, GA 30384-1166

CYNTHIA E. COLLINS
2612 POLO COURT
NASHVILLE, TN 37211-6993

Cellco Partnership dba Verizon Wireless
William M Vermette
220001 Loudoun County PKWY
Ashburn, VA 20147

D & L DISTRIBUTORS, INC.
P.O. BOX 993
BRENTWOOD, TN 37024-0993

DAY COMMUNICATIONS
2200 ROSA L PARKS BLVD
NASHVILLE, TN 37228-1306

DAY COMMUNICATIONS, INC.
3212 WEST END AVENUE, SUITE 201
NASHVILLE, TN 37203-5835

DCA PHARMACY
233 BEDFORD WAY
FRANKLIN, TN 37064-5527

DEA HEADQUARTERS
ATTN: REG. SECTION, P. O. BOX 2639
SPRINGFIELD, VA 22152-0639

DEIDRA MCCULLOUGH
106 ARCHWOOD DRIVE
MADISON, TN 37115-3062

DELTACOM C/O EARTHLINK
1058 PO BOX 2252
BIRMINGHAM, AL 35246-1058

DENISE MACLEOD
1154 OLD JEFFERSON PIKE
SMYRNA TN 37167-5301

DIANNE WALDRON TREASURER
C/O TOWN OF SMYRNA, 315 S. LOWRY STREET
SMYRNA, TN 37167-3416

DONEQUA LYONS
3424 ELIZABETH JORDAN ST
NASHVILLE, TN 37209-3842

DONNA HAMACHER
7409 SOMERSET PL
NASHVILLE, TN 37221-4612

DONNA HAMACHER, MD
135 WESTFIELD COURT APT 303
CLARKSVILLE, TN 37040-5076

DR. EDDIE D. HAMILTON
4822 POST ROAD
NASHVILLE, TN 37205-2712

Donna Michele Hamacher
7409 Somerset Pl
Nashville, TN 37221-4612

EATHERLY SERVICES
1670 CAIRO BEND ROAD
LEBANON, TN 37087-7429

ECHO, INC.
101 WESTPARK DRIVE SUITE 140
BRENTWOOD, TN 37027-5031

ECHO, INC. C/O SY.MED DEVELOPMENT, INC.
101 WESTPARK DRIVE SUITE 140
BRENTWOOD, TN 37027-5031

ELISABETH BEALE RADISH
610 S. 12TH ST.
NASHVILLE, TN 37206-3010

ELLKAY, LLC
259 CEDAR LANE
TEANECK, NJ 07666-3443

EMELINA QUINONES
3042 ACE WINTER MEYER DRIVE
LAVERGNE, TN 37086-3472

EMMA, INC.
75 REMITTANCE DRIVE, SUITE 6222
CHICAGO, IL 60675-6222

EQUINOX COMMUNICATIONS
P.O. BOX 2607
BRENTWOOD, TN 37024-2607

ERICA OMONDI
8741 BARREN FORK
BON AQUA, TN 37025

ERIKA MONTEZ
6675 HICKORY SPRINGS DR
SAN ANTONIO TX 78249

ESTALEE DUNCAN
216 LUCKY DR
NASHVILLE, TN 37211-4905

FAIRWAY - GALT, LLC
728 SHADES CREEK PKY, SUITE 200
BIRMINGHAM, AL 35209-4453

FAMILIES MAGAZINE
P. O. BOX 729
HOPKINSVILLE, KY 42241-0729

FIRE SAFETY EQUIPMENT & SERVICE
4099 BERNARD RD.
JOELTON, TN 37080-8932

FLEXENTIAL F/K/A PEAK 10
P.O. BOX 536933
ATLANTA, GA 30353-6933

FOUR PLUS CORPORATION C/O 511 GROUP
1850 NASHVILLE CITY CENTER
511 UNION ST NASHVILLE, TN 37219

FRANKLIN COLLECTION SERVICE, INC.
P. O. BOX 3910
TUPELO, MS 38803-3910

FREELAND REALTY 4 LLC
5333 HICKORY HOLLOW PKWY
ANTIOCH, TN 37013-3109

Fairway-Galt, LLC
c/o Sean C. Kirk, Bone McAllester Norton
511 Union St., Suite 1600
Nashville, TN 37219-1780

Four Plus Corporation
c/o Ryan K. Cochran
Waller Lansden Dortch & Davis, LLP
511 Union Street, 27th Fl
Nashville, TN 37219-1733

GARY GRIFFIETH, M.D.
9045 KEATS STREET
FRANKLIN, TN 37064-3162

GATEWAY MOB - CLARKSVILLE, TN C/O ARHC
PO BOX 714423
CINCINNATI, OH 45271-4423

GERRI WHITE
2212 DEARBORN DR
NASHVILLE, TN 37214-1911

GLAXOSMITHKLINE PHARMACEUTICALS
P. O. BOX 740415
ATLANTA, GA 30374-0415

GLOVER'S LOCK SERVICE
514 KRAFT STREET
CLARKSVILLE, TN 37040-3055

GN OTOMETRICS NORTH AMERICA
P. O. BOX 200980
PITTSBURGH, PA 15251-0980

GO FISH
6297 N NEW HOPE RD
HERMITAGE, TN 37076-2624

GORDON N. STOWE & ASSOCIATES, INC.
586 PALWAUKEE DR.
WHEELING, IL 60090-6047

GREENSBORO SERVICE CENTER
P. O. BOX 740800
ATLANTA, GA 30374-0800

GUARDIAN
P.O. BOX 677458
DALLAS, TX 75267-7458

H & H HEATING, AIR, & REFRIGERATION
2547 MADISON STREET
CLARKSVILLE, TN 37043-5499

H & J REALTY
8138 MOORES LANE
BRENTWOOD, TN 37027-8026

HAMILTON PAINTING
1204 MURFREESBORO ROAD
LEBANON, TN 37090-5301

HANOVER INSURANCE GROUP
P.O. BOX 580045
CHARLOTTE, NC 28258-0045

HARPETH ANSWERING & COMMUNICATIONS
506 HILLSBORO BOULEVARD SUITE 106
MANCHESTER, TN 37355-1975

HARRIS BRAND RECRUITING
3100 ROSENDALE ROAD
NISKAYUNA, NY 12309-1510

HARRIS FAMILY PHARMACY
1157 FORT CAMPBELL BLVD
CLARKSVILLE, TN 37042-6426

HARRIS, KLEIN ASSOCIATES, INC.
P. O. BOX 2087
WOODSTOCK, GA 30188-1398

HARRISON'S LOCK SERVICE
307 WEST MAIN STREET, SUITE H
LEBANON, TN 37087-3596

HARTMANN CENTRAL, LLC
1418 PALMER ROAD
LEBANON, TN 37090-8202

HEALTH MEGA MALL
336 36TH ST
BELLINGHAM WA 98225-6580

HEALTHAMERICA PA - REFUNDS
P. O. BOX 8500-784182
PHILADELPHIA, PA 19178-4182

HEALTHSCOPE BENEFITS
27 CORPORATE HILL DRIVE
LITTLE ROCK, AR 72205-4537

HEARTHSTONE PROPERTIES, LLC
4925 VETERANS PARKWAY
MURFREESBORO, TN 37128-3961

HENRY SCHEIN
DEPT CH 10241
PALATINE, IL 60055-0241

HERBERT BARRON
121 SANDI'S LN
PALMYRA, TN 37142-1200

HICKS HVAC
991 BRILEY PARKWAY
NASHVILLE, TN 37217-1901

(p)HILLER LLC
915 MURFREESBORO PIKE
NASHVILLE TN 37217-1501

HOLLY MILLER
317 50TH AVENUE NORTH
NASHVILLE, TN 37209-3457

HOSKINS & COMPANY
1900 CHURCH STREET, SUITE 200
NASHVILLE, TN 37203-2288

HUMANA
P. O. BOX 931655
ATLANTA, GA 31193-1655

ICG LINK, INC.
7003 CHADWICK DRIVE, SUITE 111
BRENTWOOD, TN 37027-5288

INETCO, LLC
190B SAUNDERSVILLE ROAD
HENDERSONVILLE, TN 37075-8901

INFINISOURCE, ATTN: STACEY BOYD
15 E WASHINGTON STREET
COLDWATER, MI 49036-1981

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

JACLYN PEREZ
107 RUDOLPH DR
CLARKSVILLE TN 37040-3849

JASMINE GIBSON
1622 BENTRIDGE CIRCLE
ANTIOCH TN 37013-3740

JASMINE GIBSON
1622 BRENTRIDGE CIR
ANTIOCH, TN 37013-3740

JENNIFER MOJICA
400 TOLL HOUSE CIRCLE
FRANKLIN TN 37064

JENNIFER STRICKLAND
1204 HARTFIELD CT
ANTIOCH, TN 37013-2262

JENNIFER WATSON
143 HENDON MEMORIAL RD
SHELBYVILLE, TN 37160-3150

JERRY GILTZ
1000 WORTHINGTON LANE, APT 10-207
SPRING HILL, TN 37174-4100

JEWELL MECHANICAL
1000 ELM HILL PIKE
NASHVILLE, TN 37210-3504

JIHAN SHUKRI
360 BELL ROAD, APT 303
ANTIOCH, TN 37013

JONATHAN GARCIA
1017 TOWNLEY DR.
MADISON, TN 37115-4424

JONATHAN SPANIER, MD
1032 GRACELAWN DR
BRENTWOOD TN 37027-5504

JUNE D. BRYANT
4004 SOUTHRIDGE BLVD
MURFREESBORO TN 37128-6854

KACIE WILKES
2521 ARBOR MIST TRAIL
HIXON, TN 37343-4538

KAREN BLOUNT
5582 B ZAPATA DRIVE
PEGRAM, TN 37143-2300

KAREN CHAFFIN
5909 SEDBERRY ROAD
NASHVILLE, TN 37205-3221

KATHLEEN WEAKLEY
1928 STREAMFIELD COURT
ANTIOCH, TN 37013-5753

KATHY S. GRIFFIETH
9045 KEATS STREET
FRANKLIN, TN 37064-3162

KELLY EIGNER
310 GROSS LANE
HARTSVILLE, TN 37074-3637

KENTUCKY STATE TREASURER
501 HIGH ST., P.O. BOX 491
FRANKFORT, KY 40601-2103

KHALID ABDULKHALIG
114 GARDENIA STREET
MT. PLEASANT, TN 38474-1803

KOFI ASARE-BAWUAH
1225 PLUMERIA PL
NOLENSVILLE, TN 37135-9591

Kentucky Department of Revenue
P.O. Box 5222
Frankfort, KY 40602-5222

LABCORP
PO BOX 12140
BURLINGTON, NC 27216-2140

LABPLUS
PO BOX 504975
ST.LOUIS MO 63150-4975

LAMONT, HANLEY, & ASSOCIATES, INC.
P. O. BOX 179
MANCHESTER, NH 03105-0179

LBMC, PC
P. O. BOX 1869
BRENTWOOD, TN 37024-1869

LEAP SOLUTIONS
213 W MAPLEWOOD LN, STE 350
NASHVILLE, TN 37207-2992

LEIGHANN BRINKLEY
901 NORTHERN DANCE LANE
ELGIN, SC 29045-7127

LESLIE KOMULAINEN
229 CEDAR BEND CIRCLE
CLARKSVILLE TN 37043-1881

LINDSEY HERNANDEZ
1108 PROUD EAGLE
EAGLEVILLE, TN 37060-4261

LISA LEWIS
1004 PEMBROOK POINT
MT. JULIET, TN 37122-8585

LONGWELL CLEANING SERVICES
2274 HIGH MEADOW DRIVE
MURFREESBORO, TN 37129-4029

LORIE MARSH
1984 SUGAR FLAT ROAD
LEBANON TN 37087-7263

LUCY MARTIN
710 CLEO MARTIN DR, APT 340
NASHVILLE TN 37206

M AND S HOLDINGS LLC
1511 SUNSET RD
BRENTWOOD, TN 37027-3511

MAILFINANCE, INC
DEPT 3682, PO BOX 123682
DALLAS, TX 75312-3682

MAIN STREET MEDIA OF TN
GOULD ENTERPRISES INC., P. O. BOX 8156
GALLATIN, TN 37066-8156

MAINE STANDARDS CO., LLC
221 US ROUTE 1
CUMBERLAND FORESIDE, ME 04110-1345

MAISAM ALKHAFAJI
109 SHATKLATT LANE COURT
ANTIOCH, TN 37013-3628

MARY RUTH SCOBEY MD
344 TIMBERDALE CT.
NASHVILLE, TN 37211-5157

MARY RUTH SCOBEY, MD
504 ENGLISH VILLAGE DR
NASHVILLE TN 37211

MB LAB CONSULTING
1106 GETTYSVUE WAY
KNOXVILLE TN 37922-5982

MBLAB CONSULTING
1106 GETTYSVUE WAY
KNOXVILLE, TN 37922-5982

MCCURRY CONSTRUCTION, LLC
2207 SAINT JOSEPH'S COURT
BRENTWOOD, TN 37027-1806

MCKESSON CORPORATION
P. O. BOX 634404
CINCINNATI, OH 45263-4404

MCKESSON MEDICAL SURGICAL
P. O. BOX 634404
CINCINNATI, OH 45263-4404

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

MEDSAFE TOTAL COMPLIANCE SOLUTIONS, INC.
27 MICA LANE, SUITE 208
WELLESLEY HILLS, MA 02481-1741

MEGAN THOMAS
1606 SAMUEL DR
CLARKSVILLE TN 37043-1738

MERCK SHARP & DOHME, CORP.
P. O. BOX 5254
CAROL STREAM, IL 60197-5254

MERIDIAN LAW, PLLC
2002 RICHARD JONES ROAD, SUITE B-200
NASHVILLE, TN 37215-2892

METRO TRUSTEE PERSONALTY TAX DEPT
P. O. BOX 305012
NASHVILLE, TN 37230-5012

METROPOLITAN TRUSTEE
P.O. BOX 196300
NASHVILLE, TN 37219-6300

MHBP FEDERAL EMPLOYEES HEALTH BENEFITS
P. O. BOX 8402
LONDON, KY 40742-8402

MICRO AUDIOMETRICS CORP.
655 KELLER ROAD
MURPHY, NC 28906-5890

MID-STATE COMMUNICATIONS
504 HILLSBORO BLVD
MANCHESTER, TN 37355-1767

MIDDLE TN ELECTRIC MEMBERSHIP CORP
PO BOX 220
LEBANON, TN  37088-0220

MINT CONDITION
101 SE PARKWAY CT SUITE 230
FRANKLIN, TN 37064-4022

MOB 147 OF TN C/O HOLLADAY - SKYLINE
P. O. BOX 404485
ATLANTA, GA 30384-4485

MOB 147 OF TN C/O HOLLADAY PROPERTIES
P. O. BOX 404485
ATLANTA, GA 30384-4485

MODERN BABIES AND CHILDREN NASHVILLE
1050 GLENBROOK WAY SUITE 480-145
HENDERSONVILLE, TN 37075-1241

MONTGOMERY COUNTY TRUSTEE
P. O. BOX 1005
CLARKSVILLE, TN 37041-1005

MURFREESBORO ELECTRIC DEPARTMENT
P.O. BOX 9
MURFREESBORO, TN  37133-0009

MUTUAL OF OMAHA
P. O. BOX 2147
OMAHA, NE 68103-2147

McCurry Construction, LLC
5243 Harding Place
Nashville, TN 37217-2901

Metropolitan Government--Nashville & Davidso
Post Office Box 196300
Nashville, TN 37219-6300

NASHVILLE AREA HISPANIC CHAMBER OF COM.
P. O. BOX 40541
NASHVILLE, TN 37204-0541

(p)NASHVILLE ELECTRIC SERVICE
ATTN CREDIT DEPARTMENT
1214 CHURCH STREET
NASHVILLE TN 37246-0002

NASHVILLE, TN 37219
CORPORATE CLEANING SYSTEMS
P. O. BOX 40565
NASHVILLE, TN 37204-0565

NATUS MEDICAL, INC.
DEPT. 33768, P. O. BOX 39000
SAN FRANCISCO, CA 94139-0001

NAVICURE, INC.
2055 SUGARLOAF CIRCLE SUITE 600
DULUTH, GA 30097-4131

NEOFUNDS BY NEOPOST
P. O. BOX 30193
TAMPA, FL 33630-3193

NEWTEK SMALL BUSINESS FINANCE LLC
P. O. BOX 297
LAUREL, NY 11948-0297

NEWTEK TECHNOLOGY SERVICES
2550 W UNION HILLS DRIVE SUITE 390
PHOENIX, AZ 85027-5197

NEXTGEN HEALTHCARE C/O QUALITY SYSTEMS
P. O. BOX 809390
CHICAGO, IL 60680-9390

NIC USA, INC. TN DIV C/O TN ANYTIME
P. O. BOX 504212
ST. LOUIS, MO 63150-4212

NIC USA, INC. TN DIVISION C/O TN ANYTIME
P. O. BOX 504212
ST. LOUIS, MO 63150-4212

NOVACOPY, INC.
P. O. BOX 372, DEPT 200
MEMPHIS, TN 38101-0372

NOVAGEN
10245 WEST LITTLE YORK RD. SUITE 400
HOUSTON TX 77040-2937

NOVARTIS VACCINES & DIAGNOSTICS INC.
4645 S. LAKESHORE DRIVE #11
TEMPE, AZ 85282-7152

NTL CONTACT CTR MGMT, ATTN:  C. BENNETT
2501 PARK PLAZA BLDG 1-4W
NASHVILLE, TN 37203-1512

OAKTREE PRODUCTS, INC.
610 SPIRIT VALLEY
EAST CHESTERFIELD, MO 63005

OCCUPATIONAL HEALTH CTRS OF THE SW, P.A.
CO. C/O CONCENTRA, P. O. BOX 82432
ATLANTA, GA 30354-0432

OFFICE DEPOT, INC.
P. O. BOX 633301
CINCINNATI, OH 45263-3301

ORTHO CLINICAL DIAGNOSTICS
100 INDIGO CREEK DRIVE
ROCHESTER, NY 14626-5101

OTOMETRICS
P.O. BOX 200980
PITTSBURGH, PA 15251-0980

Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203-3966

PAULETTE POE
402 FABIAN PLACE
CLARKSVILLE, TN 37043-5941

PAYMENT RESOLUTION SERVICES
ATTN: MSC 410836, P. O. BOX 415000
NASHVILLE, TN 37241-0836

PEAK 10, INC.
P.O. BOX 536933
ATLANTA, GA 30353-6933

PEDSTEST.COM
1013 AUSTIN COURT
NOLENSVILLE, TN 37135-9737

PERFORMANCE BUSINESS FORMS
200 BLANTON AVENUE
NASHVILLE, TN 37210-4704

PERRY CARLSON
5091 PINE HILL RD
NASHVILLE, TN 37221-5015

PFIZER INC
P.O. BOX 100539
ATLANTA, GA 30384-0539

PGBA, LLC - TRICARE REFUNDS
P. O. BOX 100279
COLUMBIA, SC 29202-3279

PHILADELPHIA, PA 19178-4182
AETNA INSURANCE COMPANY
P. O. BOX 784836
PHILADELPHIA, PA 19178-4836

PIEDMONT NATURAL GAS
4339 S TRYON ST,
attn: ch11
CHARLOTTE, NC 28217-1733

PIEDMONT NATURAL GAS
P. O. BOX 660920
DALLAS, TX 75266-0920

PINNACLE SERVICE, INC. OF TN
C/O PHILLIP KIRK, ATTORNEY AT LAW
102 WOODMONT BOULEVARD, SUITE 200
NASHVILLE, TN 37205-2216

PINNACLE SERVICES, INC.
2817 WEST END AVENUE, SUITE 126-384
NASHVILLE, TN 37203-1453

PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250-7874

PITNEY BOWES PURCHASE POWER
21210 ERWIN ST
WOODLAND HILLS, CA 91367-3714

PRACTICE SUITE, INC.
P.O. BOX 15124
FREMONT, CA 94539-2224

PRACTIECLINK LIMITED
PO BOX 100
HINTON, WV 25951-0100

PRECISION ROLLER
2102 W QUAIL AE, SUITE 1
PHOENIX AZ 85027-2656

PREMIER PARKING
421 CHURCH STREET
NASHVILLE, TN 37219-2501

PRIORITY NASHVILLE CONTRACTING, LLC
P. O. BOX 41830
NASHVILLE, TN 37204-1830

PROASSURANCE CO RISK RESOURCE DEPT
P. O. BOX 809196
CHICAGO, IL 60680-9196

PROASSURANCE INDEMNITY COMPANY, INC.
P. O. BOX 952315
DALLAS, TX 75395-2315

PROIMAGE FACILITY SERVICES, LLC
15115 OLD HICKORY BOULEVARD, SUITE B
NASHVILLE, TN 37211-6585

PROP. MGMT ASSOC. OF WNY, ATTN: L. STANG
90 EARHART DR SUITE 6
WILLIAMSVILLE, NY 14221-7802

PROSAD KONA
22 AVENTURA DRIVE
MOUNT JULIET, TN 37122

PROSAD KONA
522 AVENTURA DR.
MOUNT JULIET, TN 37122-6429

PSS PHYSICIAN SALES & SERVICE, INC.
4105 ROYAL DR, STE 600
KENNESAW, GA 30144-6439

Paddock TN Equities, LLC
c/o Seth M. McInteer
McInteer & O'Rear PLC
2801 12th Ave. S.
Nashville, TN 37204-2507

RAY & CHRISTINE FOCHLER
1765 HIGHWAY 25 WEST
GALLATIN, TN 37066-6112

RAY FOCHLER
1765 HWY 25
GALLATIN TN 37066-6112

REAL TIME TRANSLATION, INC
716 COUNTY RD 10 NE #174
BLAINE MN 55434-2331

REC. MGMT SERVICES, C/O STAPLES ADVANTAGE
7525 WEST CAMPUS RD
NEW ALBANY, OH 43054-1121

RECALL TOTAL INFORMATION MANAGEMENT
015295 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

REGINALD KING
P. O. BOX 150214
NASHVILLE, TN 37215-0214

REVIVE HEALTH
209 10TH AVENUE SOUTH SUITE 214
NASHVILLE, TN 37203-0711

RICHARDS & RICHARDS
P.O. BOX 17070
NASHVILLE, TN 37217-0070

RICHELLE DEHARDE
3443 BINKLEY ROAD
JOELTON, TN 37080-8745

ROBBIE RODGERS
406 2ND AVE
MURFREESBORO TN 37130-4800

RODERICK BAHNER
P.O. BOX 2191
BRENTWOOD, TN 37024-2191

RUTHERFORD COUNTY CHANCERY COURT
116 W. LYTLE ST., SUITE 5101
MURFREESBORO, TN 37130-3627

RUTHERFORD COUNTY TRUSTEE
P.O. BOX 1316
MURFREESBORO, TN 37133-1316

SAFE CLEAN
164 MCCALL ST
NASHVILLE TN 37211-3089

SAFEPOINT, LLC
1214 HUNTERS POINT PIKE, SUITE A
LEBANON, TN 37087-1100

SANOFI PASTEUR, INC.
12458 COLLECTIONS CENTER DR.
CHICAGO, IL. 60693-0001

SCARLETT LEADERSHIP INSTITUTE
840 CRESCENT CENTRE DRIVE SUITE 120
FRANKLIN, TN 37067-4632

SCHATONEA NEWBY
255 CATHY JO DR
NASHVILLE, TN 37211-3814

SCOTTY W. HARRIS
281 HICKORY HOLLOW TERRACE
ANTIOCH, TN 37013-2127

SHAMEKIA CLINTON
1052 E MONICA DR
CLARKSVILLE TN 37042-6712

SHANTANIK GREEN
932 OAK MEADOW
FRANKLIN TN 37064

SHONTA STEWART
606 FAIRGROUNDS CT
LEBANON, TN 37087-2274

SHORETEL INC. A/K/A MITEL
4921 SOLUTION CENTER
CHICAGO, IL 60677-4009

SHRED ON THE RUN
5904 ROBERTSON AVENUE
NASHVILLE, TN 37209-1853

SHRED-IT USA
P. O. BOX 13574
NEW YORK, NY 10087-3574

SITEX CORPORATION
P. O. BOX 38
HENDERSON, KY 42419-0038

SL MANAGEMENT GROUP TN LLC
788 MORRIS TURNPIKE
SHORT HILLS, NJ 07078-2634

SLADJA MILEDIC
845 WINDSOR GREEN BLVD
GOODLETTSVILLE, TN 37072-2124

SMILEMAKERS
P. O. BOX 2543
SPARTANBURG, SC 29304-2543

SMYRNA MOB, LLC C/O THE STANTON GROUP
P. O. BOX 993
BRENTWOOD, TN 37024-0993

SNH MED. OFFICE PROPS. TRUST C/O REIT
DEPT 1600 P. O. BOX 538601
ATLANTA, GA 30353-8601

SNH Medical Office Properties Trust
c/o Milton S. McGee, III
Gregory S. Reynolds
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203-2301

SNH Medical Office Properties Trust
c/o Milton S. McGee, III
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203-2301

SPRING HILL CITY HALL
P. O. BOX 789
SPRING HILL, TN 37174-0789

ST. THOMAS HEALTH MEDIAL AFFAIRS
P. O. BOX 380
NASHVILLE, TN 37202-0380

ST. THOMAS MEDICAL STAFF FUND
4220 HARDING ROAD
NASHVILLE, TN 37205-2005

ST. THOMAS RUTHERFORD, ATTN: STR FINANCE
501 GREAT CIRCLE ROAD SUITE 300
NASHVILLE, TN 37228-1332

STAPLES ADVANTAGE
7525 W. CAMPUS RD.
NEW ALBANY, OH 43054-1121

STATE FARM INSURANCE COMPANIES
P.O. BOX 588002
NORTH METRO, GA 30029-8002

STEPHEN A. TISDELL C/O TISDELL ASSOC.
1600 ROSEWOOD COURT
BRENTWOOD, TN 37027-7954

STERICYCLE, INC., ATTN: SUE HARDER
4010 COMMERCIAL AVE
NORTHBROOK, IL 60062-1829

STORAGE SOLUTIONS
2876 OLD FORT PARKWAY
MURFREESBORO, TN 37128-4157

STORPLACE OF MEDICAL CENTER NASHVILLE
1615 CHARLOTTE AVE
NASHVILLE, TN 37203-2906

TAMER EL-MAHDY
309 NW 18TH STREET, APT 907
ANKENY, IA 50023-4267

TATANISHA SMITH MD
1412 BRENTWOOD TERRACE
NASHVILLE, TN 37211-7267

TE'AIRRA GUINN
499 SWISS AVE, APT 116A
NASHVILLE TN 37211-8356

TED R. SANDERS MOVING & WAREHOUSE, INC.
P. O. BOX 90202
NASHVILLE, TN 37209-0202

TEN TIMES BETTER CORPORATION
923 OLDHAM DRIVE #851
NOLENSVILLE, TN 37135-7517

TENNESSEE ANYTIME
NIC USA INC., P.O. BOX 504212
ST. LOUIS, MO 63150-4212

```
TENNESSEE DEPT OF REVENUE          TENNESSEE FOREIGN LANGUAGE INST.      TENNESSEE FOREIGN LANGUAGE INSTITUTE
500 DEADRICK ST                    220 FRENCH LANDING DRIVE SUITE 1-B    220 FRENCH LANDING DRIVE SUITE 1-B
NASVHILLE, TN 37242-0002           NASHVILLE, TN 37243-1002              NASHVILLE, TN 37243-1002


TENNESSEE MECHANICAL CORP.         THE CSI COMPANIES, INC.               THE MATHEWS COMPANY
TMC 101 GENERAL FORREST COURT      P. O. BOX 890841                      P. O. BOX 22149
SMYRNA, TN 37167-4273              CHARLOTTE, NC 28289-0841              NASHVILLE, TN 37202-2149


THE STANTON GROUP                  THE TONER DOCTOR                      THERACOM, LLC
P. O. BOX 993                      PO BOX 94                             P. O. BOX 640105
BRENTWOOD, TN 37024-0993           MADAWASKA, ME 04756-0094              CINCINNATI, OH 45264-0105


TIM JURISIN PLUMBING, INC.         TINA MANSHADI                         TMC
P. O. BOX 3564                     2600 HILLSBORO PK, UNIT 132           101 GENERAL FORREST COURT
CLARKSVILLE, TN 37043-3564         NASHVILLE, TN 37212-5634              SMYRNA, TN 37167-4273


TN DEPT OF LABOR & WORKFORCE       TN Dept of Labor - Bureau of Unemployment In    TONIKA MILAN
220 FRENCH LANDING DR              c/o TN Attorney Generals Office       110 E ST
NASHVILLE, TN 37243-1002           Bankruptcy Division                   CLARKSVILLE TN 37042-4360
                                   PO Box 20207
                                   Nashville, TN 37202-4015


TOTAL COMPLIANCE SOLUTIONS, INC.   TOTAL COMPLIANCE SOLUTIONS, INC. C/O MEDSAFE    TOWN OF SMYRNA
27 MICA LANE SUITE 208             27 MICA LANE SUITE 208                315 S. LOWRY ST.
WELLESLEY, MA 02481-1741           WELLESLEY, MA 02481-1741              SMYRNA, TN 37167-3416


TRACY CARTER                       TRAVIS CROOK, MD                      TRIAGE LOGIC, LLC
2503 ANGELYN DR                    1204 JEWELL AVE                       P. O. BOX 79426
MURFREESBORO, TN 37129-4045        FRANKLIN, TN 37064-5067               BALTIMORE, MD 21279-0426


TW TELECOM                         TWO MEN AND A TRUCK                   Tennessee Department of Revenue
P. O. BOX 172567                   4801 ALABAMA AVENUE                   c/o Attorney General
DENVER, CO 80217-2567              NASHVILLE, TN 37209-3448              PO Box 20207
                                                                        Nashville, TN 37202-4015


U.S. Department of Labor obo employees    UNITED HEALTHCARE             UNITED HEALTHCARE INSURANCE CO DEPT.
618 Church Street                  ATTN: RECOVERY SERVICES, P.O. BOX 740804    CH 10151
Suite 230                          ATLANTA, GA 30374-0804                PALATINE, IL 60055-0151
Nashville, TN 37219-2440


UNITED HEALTHCARE RECOVERY SERVICES    UNITED HEALTHCARE, ATTN: CLAIM REFUND    UNITED STATES TRUSTEE
P.O. BOX 101760                    P. O. 209011                          P.O. BOX 530202
ATLANTA, GA 30392-1760             DALLAS, TX 75320-9011                 ATLANTA, GA  30353-0202
```

UP TO DATE
230 THIRD AVE
WALTHAM, MA 02451-7560

US HEALTHWORKS
P. O. BOX 741827
ATLANTA, GA 30374-1827

US TRUSTEE +
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

VANDERBILT UNIVERSITY MED CTR
DEPT OF FINANCE, DEPT AT 40303
ATLANTA, GA 31192-0303

VANI VEERA, MD
1801 MORGAN FARMS WAY
BRENTWOOD TN 37027-1422

VANKAT K REDDY, MD
P. O. BOX 331034
NASHVILLE, TN 37203-7508

VAXSERVE INC
SANOFI PASTEUR INC
DISCOVERY DRIVE
SWIFTWATER PA 18370

VAXSERVE, INC.
54 GLENMAURA NATIONAL BLVD. STE 301
MOOSIC, PA 18507-2101

VERIZON WIRELESS
P. O. BOX 660108
DALLAS, TX 75266-0108

VIII FS-NASHVILLE, LLC C/O CTCRES
4678 WORLD PARKWAY CIRCLE
ST. LOUIS, MO 63134-3114

VIRGINIA O'CONNELL
705 VANVIEW DR, APT. A
LEBANON TN 37087-4588

VOLUNTEER WELDING SUPPLY, INC.
815 5TH AVENUE SOUTH
NASHVILLE, TN 37203-4609

WALGREENS
1419 LAKE COOK RD., MS #L390
DEERFIELD, IL 60015-5614

WASTE MANAGEMENT OF NASHVILLE HAULING
PO BOX 9001054
LOUISVILLE, KY 40290-1054

WEIGHT LOSS & WELLNESS SERVICES, LLC
2801 S MACDILL AVE
TAMPA, FL 33629-7223

WELCH ALLYN, INC. CREDIT DEPARTMENT
4341 STATE STREET ROAD
SKANEATELES FALLS, NY 13153-5300

WESTGUARD INSURANCE COMPANY
P. O. BOX 785570
PHILADELPHIA, PA 19178-5570

WHITE & REASOR
3100 WEST END AVE SUITE 1100
NASHVILLE, TN 37203-1348

WILLIAMSON COUNTY TRUSTEE
1320 WEST MAIN STREET, STE 203
FRANKLIN, TN 37064-3736

WILLIAMSON COUNTY TRUSTEE
P. O. BOX 1365
FRANKLIN, TN 37065-1365

WILLIAMSON MED CTR MED. STAFF SERVICES
4321 CAROTHERS PARKWAY
FRANKLIN, TN 37067-8542

WILSON COUNTY TRUSTEE, JIM MAJOR
P. O. BOX 865
LEBANON, TN 37088-0865

WINDROSE 310 C/O HEALTHCARE PROP. MGRS
DEPT 730034 , P. O. BOX 660919
DALLAS, TX 75266-0919

WINDSTREAM COMMUNICATIONS
P.O. BOX 9001950
LOUISVILLE, KY 40290-1950

WINNIE TOLER
1221 KILRUSH DR
FRANKLIN TN 37069-4198

WellTower, Inc.
c/o Gary S. Rubenstein
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Ste. 460
Nashville, TN 37203-7601

Wilson County Tennessee
109 North Castle Heights Avenue
Lebanon, TN 37087-2738

ZARAH KNIGHT
1519 HWY 49 E
ASHLAND CITY, TN 37015-2853

DAVID W HOUSTON IV +
BURR & FORMAN LLP
222 Second Avenue South
Suite 2000
NASHVILLE, TN 37201-2362

EMILY CAMPBELL TAUBE +
BURR & FORMAN, LLP
222 Second Avenue South
Suite 2000
NASHVILLE, TN 37201-2362

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

## ***NO MAILINGS SENT TO THESE PARTIES***

HILLER, LLC
915 MURFREESBORO PIKE
NASHVILLE TN 37225

IPFS CORPORATION
900 ASHWOOD PARKWAY, SUITE 370
ATLANTA, GA  30338

MEDLINE INDUSTRIES, INC.
DEPT CH 14400
PALATINE, IL 60055

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE, TN  37246-0003

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

## ***NO MAILINGS SENT TO THESE PARTIES***

(u)ARHC GMCLKTN01, LLC

(u)SL Airpark II, LLC

(u)SL Airpark, LLC

(u)SNH Medical Office Properties Trust

(d)A-Z Office Resource, Inc.
c/o Dalton M. Mounger, Attorney
808 S. High St.
Columbia, TN 38401-3241

(d)AMERICAN PROFICIENCY INSTITUTE DEPT 9526
P. O. BOX 30516
LANSING, MI 48909-8016

(u)AR Global d/b/a ARHC GMCLKTN01, LLC

(d)GORDON N. STOWE AND ASSOCIATES, INC.
586 PALWAUKEE DRIVE
WHEELING, IL 60090-6047

(u)HEALTHAMERICA PA - REFUNDS
P. O. BOX 8500-784182

(d)MERIDIAN LAW, PLLC
2900 VANDERBILT PLACE, SUITE 100
NASHVILLE, TN 37212-2518

(d)Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

(d)PGBA, LLC TRICARE REFUNDS
P. O. BOX 100279
COLUMBIA, SC 29202-3279

(u)PREMIER PARKING
421 CHURCH STREET

(d)THE HANOVER INSURANCE GROUP
P. O. BOX 580045
CHARLOTTE, NC 28258-0045

(d)U.S. Department of Labor obo employees
618 Church Street, Suite 230
Nashville, TN 37219-2440

(d)UNITED HEALTHCARE INSURANCE CO DEPT. CH
10151 PALATINE, IL 60055-0151

(u)LaVon House

End of Label Matrix
Mailable recipients   419
Bypassed recipients    17
Total                 436