# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, hereby certifies to the Court that a true and correct copy of Doc. No. 216 *EXPEDITED ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS, (II) SCHEDULING BID DEADLINES, AN AUCTION AND SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (V) GRANTING RELATED RELIEF* entered on May 27, 2020 was served via U.S. Mail upon the following parties:

(a) the Office of the United States Trustee, 701 Broadway, Ste. 318, Nashville, TN 37203-3966 on May 27, 2020;

(b) counsel to DIP Lender, Daniel Hays Puryear, Puryear Law Group, 104 Woodmont Boulevard, The Woodmont Centre, Suite 201, Nashville, TN 372015 on May 28, 2020;

(c) counsel to the IRS, Ward W. Benson, U.S. Dept. of Justice, PO Box 227, Washington, D.C. 20044 on May 28, 2020;

(d) the United States Attorney's Office for Middle District of Tennessee, 110 9th Avenue South, Suite A-961, Nashville, TN 37203 on May 28, 2020;

(e) the Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 on May 27, 2020;

(f) all parties who have expressed a written interest in some or all of the Assets on May 28, 2020 and via email;

(g) all known holders of liens, encumbrances, and other claims secured by the Assets listed on the attached Exhibit A Creditor Mailing Matrix on May 27, 2020;

(h) each governmental agency that is an interested party with respect to the Sale and transactions proposed thereunder listed on the attached <u>Exhibit A</u> Creditor Mailing Matrix on May 27, 2020;

(i) the counterparties to any executory contract or unexpired lease to which a Debtor is a party (the "Contract Counterparties") listed on the attached <u>Exhibit C</u> on May 29, 2020;

(j) all known creditors of the Debtors listed on the attached <u>Exhibit A</u> Creditor Mailing Matrix on May 27, 2020; and

(k) any party that has requested notice pursuant to Bankruptcy Rule 2002 on the attached <u>Exhibit B</u> Appearance Parties on May 28, 2020.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com; etaube@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

**CERTIFICATE OF SERVICE**

On June 1, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)