# EXHIBIT B

## PARTIES REQUESTING NOTICE

**MICHAEL G ABELOW**
Atty. for SL Airpark II, LLC & SL Airpark, LLC
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South Suite 1100
NASHVILLE, TN 37201

**NATALIE M. COX**
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
701 BROADWAY, STE 318
NASHVILLE, TN 37203

**RYAN K COCHRAN**
Atty. for Four Plus Corporation
WALLER LANSDEN DORTCH & DAVIS LLP
511 UNION STREET
SUITE 2700
NASHVILLE, TN 37219

**JOSHUA L BURGENER**
Atty. for ARHC GMCLKTN01, LLC
DICKINSON WRIGHT PLLC
424 CHURCH ST #800
NASHVILLE, TN 37219

**SEAN CHARLES KIRK**
Atty. for Fairway-Galt, LLC
Bone McAllester Norton PLLC
511 Union Street
Suite 1600
NASHVILLE, TN 37219

**THOMAS WORMOUTH SHUMATE, IV**
MERIDIAN LAW, PLLC
2002 RICHARD JONES ROAD
SUITE B-200
NASHVILLE, TN 37215

**WILLIAM L NORTON, III**
Atty. for Athenahealth
BRADLEY ARANT BOULT CUMMINGS LLP
PO BOX 340025
NASHVILLE, TN 37203

**MATTHEW RYAN GASKE**
Atty. for TN Dept. of Revenue
TENNESSEE ATTORNEY GENERAL & REPORTER
PO BOX 20207
NASHVILLE, TN 37202

**DALTON M MOUNGER**
Atty. for A-Z Office Resource, Inc.
PO BOX 1468
COLUMBIA, TN 38402-1468

**MILTON S. MCGEE, III**
**GREGORY S REYNOLDS**
Atty. for SNH Medical Office Properties Trust
RILEY WARNOCK & JACOBSON, PLC
1906 WEST END AVENUE
NASHVILLE, TN 37203

**MEGAN REED SELIBER**
US Trustee's Office
701 Broadway
Suite 318
Nashville, TN 37203