# EXHIBIT C - CONTRACT COUNTERPARTIES

| Carrier | Address | City | State | Zip |
|---|---|---|---|---|
| Aertna | 11675 Great Oaks Way | Alpharetta | GA | 30022 |
| Aetna Health Inc. | 800 Crescent Center Dr. | Franklin | TN | 37067 |
| AMERIGROUP Tennessee, Inc | 22 Century Blvd, Suite 2200 | Nashville | TN | 37214 |
| Blue Cross Blue Shield of TN | 1 Cameron Circle | Chattanooga | TN | 37403 |
| BlueCare | 1 Cameron Circle | Chattanooga | TN | 37403 |
| BlueCross BlueShield of Tennessee | 2300 West End Ave. #102 | Nashville | TN | 34203 |
| BlueCross BlueShield of Tennessee | 1 Cameron Circle | Chattanooga | TN | 37402 |
| BrightHealth | 219 North 2nd Street | Minneapolis | MN | 55401 |
| Celtic Insurance Company | PO Box 5010 | Farmington | MO | 63640 |
| Cigna Health and Life Insurance Compar | 100 Corporate Center Dr., Suite 500 | Franklin | TN | 37067 |
| Employers Health Network | 1304 East Woodhurst, Suite B | Springfield | MO | 65804 |
| HealthSpring | 44 Vantage Way, Suite 300 | Nashville | TN | 37228 |
| Humana Health Insurnace | PO Box 14611 | Lexington | KY | 40512 |
| MISSIONPOINT HEALTH PARTNERS | 523 Mainstream Dr | Nashville | TN | 37228 |
| MultiPlan Inc. | 115 Fifth Avenue | Newyork | NY | 10003 |
| Oscal Insurance Company | PO Box 52146 | Pheonix | AZ | 85072 |
| PHCS | 3200 West End Avenue | Nashville | TN | 37203 |
| Prine Health Services | 331 Mallory Station Rd. | Franklin | TN | 37067 |
| Signature Health Alliance, Inc. | 706 Church Street, Suite 500 | Nashville | TN | 37203 |
| United Healthcare Services | 8 Cadillac Dr. #100 | Brentwood | Tn | 37027 |
| UnitedHealthcare Plan of River Valley In | 10 Cadillac Dr, Suite 200 | Brentwood | TN | 37027 |