| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:19-bk-01971<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon Jun 15 09:48:47 CDT 2020 | A-Z Office Resource, Inc.<br>c/o Dalton M. Mounger, Attorney<br>808 S. High St.<br>Columbia, TN 38401-3241 | Athenahealth<br>c/o William L. Norton III<br>Bradley Arant Boult Cummings<br>1600 Division St., Suite 700<br>Nashville, TN 37203-2771 |
| CDS Business Services, Inc. d/b/a Newtek Bus<br>1981 Marcus Avenue<br>Suite 130<br>Lake Success, NY 11042-1046 | Cigna Healthcare of Tennessee, Inc.<br>1000 Corporate Centre Drive<br>P.O. Box 682147<br>Franklin, TN 37068-2147 | Connecticut General Life Insurance Company<br>900 Cottage Grove Road<br>Bloomfield, CT 06002-2920 |
| Fairway-Galt, LLC<br>Bone McAllester Norton<br>c/o Sean C. Kirk<br>511 Union St., Suite 1600<br>Nashville, tn 37219-1780 | Four Plus Corporation<br>c/o Ryan Cochran<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, 27th Fl<br>Nashville, TN 37219-1733 | HealthSpring Life and Health Insurance Compa<br>Connolly Gallagher, LLP<br>1201 North Market St., 20th Fl.<br>Wilmington, DE 19801-1147 |
| Meridian Law, PLLC<br>2900 Vanderbilt Place<br>Suite 100<br>Nashville, TN 37212-2518 | Newtek Small Business Finance, LLC<br>1981 Marcus Avenue<br>Suite 130<br>Lake Success, NY 11042-1046 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| United States of America on behalf of the In | 701 Broadway Room 170<br>Nashville, TN 37203-3979 | 123 GETLINK<br>1476 LEXINGTON AVE, SUITE 1B<br>NEW YORK, NY 10128-2546 |
| 5909 SEDBERRY ROAD<br>NASHVILLE, TN 37205-3221 | ABBOTT LABORATORIES INC.<br>P.O. BOX 100997<br>ATLANTA, GA 30384-0997 | ACCENT<br>P. O. BOX 952366<br>ST. LOUIS, MO 63195-2366 |
| ACCESS<br>P.O. BOX 101048<br>ATLANTA, GA 30392-1048 | ADVANCE SIGNS & GRAPHICS<br>1005 WEST MAIN STREET<br>LEBANON, TN 37087-3301 | AETNA<br>P. O. BOX 14079<br>LEXINGTON, KY 40512-4079 |
| AETNA INSURANCE COMPANY<br>P. O. BOX 784836<br>PHILADELPHIA, PA 19178-4836 | AFTERMATH CLAIM SERVICE<br>1212 S NAPER BOULEVARD<br>NAPERVILLE, IL 60540-8360 | AKHENIA CONERLY<br>296 RALEIGH DR, APT. B<br>CLARKSVILLE, TN 37043-1971 |
| ALEXANDRIA MILLER<br>748 SHELTON CIRCLE<br>CLARKSVILLE TN 37042-7108 | ALISON HOPKINS<br>1346 SWEETWATER DRIVE<br>BRENTWOOD, TN 37027-7871 | AMANDA BURLISON<br>407 ROLLINGWOOD CROSSING<br>LEBANON TN 37087-3183 |
| AMANDA GREENE<br>3617 HUNTINGBORO TRAIL<br>ANTIOCH, TN 37013-4947 | AMBER SAUNDERS<br>4121 SHACKLETT RD<br>MURFREESBORO, TN 37129 | AMERICAN ACADEMY OF PEDIATRICS<br>72103 EAGLE WAY<br>CHICAGO, IL 60678-7251 |

| | | |
|---|---|---|
| AMERICAN MESSAGING<br>P. O. BOX 5749<br>CAROL STREAM, IL 60197-5749 | AMERICAN PLUMBING PROFESSIONALS<br>P. O. BOX 111542<br>NASHVILLE, TN 37222-1542 | AMERICAN PROFICIENCY INSTITUTE<br>DEPARTMENT 9526, P. O. BOX 30516<br>LANSING, MI 48909-8016 |
| AMERICAN PROFICIENCY INSTITUTE DEP 9526<br>P. O. BOX 30516<br>LANSING, MI 48909-8016 | ANA CORDERO<br>100 VERNON TRAYLOR DR<br>SMYRNA TN 37167-5940 | ANDREA BROZEWSKI<br>303 EARHEART RD<br>HERMITAGE, TN 37076 |
| ANDREA BROZEWSKI<br>3036 EARHEART RD<br>HERMITAGE, TN 37076-3705 | ANDREA HULAN<br>812 QUEEN ANNES COURT<br>NOLENSVILLE, TN 37135-4100 | ANGELA FRAZIER<br>13859 CAINSVILLE RD<br>LEBANON, TN 37090-7786 |
| ANGELICA P. GUZMAN<br>1933 FAWNS CREEK CROSSING<br>MT. JULIET TN 37122-1229 | AQUARIUM MAINTENANCE SERVICE<br>P. O. BOX 1856<br>COLUMBIA, TN 38402-1856 | ARACELY DEODANES<br>109 PADDLE WHEEL CT<br>NASHVILLE TN 37214-1134 |
| ASD SPECIALTY HEALTHCARE LLC<br>MORTON R BRANZBURG ESQUIRE<br>C O KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET STREET SUITE 1400<br>PHILADELPHIA PA 19103-2945 | ASE TECHNOLOGY<br>7113 PEACH COURT, SUITE 200<br>BRENTWOOD, TN 37027-3240 | AT&T<br>P.O. BOX 105068<br>ATLANTA, GA 30348-5068 |
| ATHENAHEALTH, INC.<br>311 ARSENAL STREET<br>WATERTOWN, MA 02472-2785 | ATMOS ENERGY<br>P. O. BOX 790311<br>ST. LOUIS, MO 63179-0311 | ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265-0205 |
| AUDIOLOGY SYSTEMS, ATTN: SCOTT BREWER<br>50 COMMERCE DRIVE, SUITE 180<br>SCHAUMBURG, IL 60173-5312 | AUDIOLOGY SYSTEMS, INC<br>DEPT CH 16948<br>PALATINE, IL 60055-6948 | AUTISM SPEAKS<br>900 CIRCLE 75 PKWY STE 445<br>ATLANTA, GA 30339-3061 |
| Aetna Inc.<br>attn: Aaron McCollough<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste. 4100<br>Chicago, IL 60601-1818 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Andrew B. Glaab, Esq.<br>Cohn & Dussi, LLC<br>68 Harrison Ave., Suite 502<br>Boston, MA 02111-1929 |
| BARTON & ASSOCIATES<br>P.O. BOX 417844<br>BOSTON, MA 02241-7844 | BASS, BERRY & SIMS PLC<br>150 THIRD AVENUE SOUTH, SUITE 2800<br>NASHVILLE, TN 37201-2017 | BCBS OF TN, ATTN: CLAIM REFUND DEPT<br>1 CAMERON HILL CIRCLE, BLDG 13<br>CHATTANOOGA, TN 37402-0013 |
| BCBST<br>1 CAMERON HILL CIRCLE<br>CHATTANOOGA, TN 37402-0031 | BENTLEY'S AIR CONDITIONING<br>109 HARTMANN DRIVE<br>LEBANON, TN 37087-2515 | BERKSHIRE HATHAWAY GUARD INS COMPANY<br>P.O. BOX 785570<br>PHILADELPHIA, PA 19178-5570 |

| | | |
|---|---|---|
| BESSE MEDICAL<br>c/o Alan S. Kleiman ,Esq.<br>Mendelson Law Firm<br>P.O. Box 17235<br>Memphis, TN 38187-0235 | BESSE MEDICAL SUPPLY<br>1576 SOLUTIONS CTR<br>CHICAGO, IL 60677-1005 | BETHANY WENGER<br>821 WOODCRAFT DR.<br>NASHVILLE, TN 37214-4355 |
| BETTER BUSINESS SOLUTIONS<br>P.O.BOX 3549<br>BRENTWOOD TN 37024-3549 | BLUECROSS BLUESHIELD OF TN<br>P.O. BOX 6539<br>CAROL STREAM, IL 60197-6539 | BMW PROPERTIES, LLC<br>2420 WEST CLAY DRIVE<br>LEBANON, TN 37087-3168 |
| BMW PROPERTIES, LLC, ATTN: TONYIA WATSON<br>2420 WEST CLAY DRIVE<br>LEBANON, TN 37087-3168 | BRAVO CONSTRUCTION<br>936 CARTHAGE HIGHWAY<br>LEBANON, TN 37087-4613 | BRIDGES<br>935 EDGEHILL AVENUE<br>NASHVILLE, TN 37203-4990 |
| BUS. TAX COLLECTIONS-C/O KY STATE TREAS.<br>PO BOX 491<br>FRANKFORT, KY 40602-0491 | BUTLER SNOW LLP<br>150 3RD AVENUE SOUTH SUITE 1600<br>NASHVILLE, TN 37201-2046 | Barton & Associates, Inc.<br>Cohn & Dussi, LLC<br>68 Harrison Ave. Suite 502<br>Boston, MA 02111-1929 |
| C12 GROUP, MUSIC CITY<br>2000 MALLORY LN, STE 130-56<br>FRANKLIN, TN 37067-8209 | CADS, ATTN: PATRICIAN HANNA<br>1317 SUN VALLEY ROAD<br>CLARKSVILLE, TN 37040-4372 | CAINE & WEINER C/O PITNEY BOWES PURCHASE<br>21210 ERWIN STREET<br>WOODLAND HILLS, CA 91367-3714 |
| CAM REALTY, LLC C/O REALTY GROUP NORTH<br>109 MONTGOMERY AVENUE SUITE 102<br>SCARSDALE, NY 10583-5531 | CAMPBELL, HIGHTOWER C/O NOVARTIS<br>4645 SOUTH LAKESHORE DRIVE #11<br>TEMPE, AZ 85282-7152 | CAMPBELL, HIGHTOWER, & ADAMS C/O NOVARTIS<br>4645 SOUTH LAKESHORE DRIVE #11<br>TEMPE, AZ 85282-7152 |
| CAPSTONE PEDIATRICS, PLLC<br>1420 DONELSON PIKE, SUITE B-17<br>NASHVILLE, TN 37217-3015 | CAROL JOLLY<br>P. O. BOX 680662<br>FRANKLIN, TN 37068-0662 | CASATINA MILLER<br>395 BOSCA COURT<br>CLARKSVILLE TN 37040-6590 |
| CASH CITY<br>1640 HIGHWAY 46 SOUTH<br>Dickson, TN 37055-2748 | CDE LIGHTBAND<br>2021 WILMA RUDOLPH BLVD., P.O.BOX 31509<br>CLARKSVILLE, TN 37040-0026 | CDS BUSINESS SERVICES<br>60 HEMPSTEAD AVE<br>WEST HEMPSTEAD NY 11552-2148 |
| CDS BUSINESS SERVICES, INC.<br>1981 MARCUS AVE, SUITE 130<br>LAKE SUCCESS, NY 11042-1046 | CENTENNIAL MEDICAL STAFF ASSOC.<br>P. O. BOX 150804<br>NASHVILLE, TN 37215-0804 | CENTERSTONE HEALTH<br>1101 SIXTH AVE N<br>NASHVILLE, TN 37208-2650 |
| CHAD S. BOOMERSHINE, MD<br>1219 OLYMPIA PLACE<br>FRANKLIN, TN 37067-5695 | CHAPTER 13 TRUSTEE<br>P. O. BOX 340019<br>NASHVILLE, TN 37203-0019 | CHARTER COMMUNICATIONS<br>P. O. BOX 9001934<br>LOUISVILLE, KY 40290-1934 |

| | | |
|---|---|---|
| CHIRON FINANCIAL, LLC<br>1301 MCKINNEY SUITE 2800<br>HOUSTON, TX 77010-3079 | CHRISTIAN CARE MINISTRY<br>PO BOX 120099<br>WEST MELBOURNE, FL 32912-0099 | CHRISTINA PAASCHE<br>3119 HOLLY POINT<br>CLARKSVILLE TN 37043-8440 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARYLOU KILIAN RICE<br>COMPLIANCE SPECIALIST<br>900 COTTAGE GROVE ROAD B6LPA<br>HARTFORD CT 06152-0001 | CIGNA HEALTHCARE<br>P. O. BOX 644546<br>PITTSBURGH, PA 15264-4546 | CIGNA HEALTHCARE & LIFE INSURANCE CO.<br>P. O. BOX 182223<br>CHATTANOOGA, TN 37422-7223 |
| CIT<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | CITY OF CLARKSVILLE<br>ONE PUBLIC SQUARE, STE 119<br>CLARKSVILLE, TN 37040-3463 | CITY OF CLARKSVILLE<br>P. O. BOX 928<br>CLARKSVILLE, TN 37041-0928 |
| CITY OF LEBANON<br>200 N. CASTLE HEIGHTS AVE N., SUITE 117<br>LEBANON, TN 37087-2772 | CITY OF LEBANON<br>401 PARK DR.<br>LEBANON, TN 37087 | CITY OF MOUNT JULIET<br>2425 NORTH MT. JULIET ROAD<br>MOUNT JULIET, TN 37122-3038 |
| CITY OF MT. JULIET<br>2425 N. MT. JULIET ROAD<br>MT. JULIET, TN 37122-3038 | CITY OF MURFREESBORO<br>111 W. VINE ST., 1ST FLOOR<br>MURFREESBORO, TN 37130-3573 | CITY OF MURFREESBORO<br>P.O. BOX 1139<br>MURFREESBORO, TN 37133-1139 |
| CLARKSVILLE DEPT OF ELECTRICITY<br>PO BOX 31449<br>CLARKSVILLE, TN 37040-0025 | CLEAN IT SUPPLY<br>2212 DEARBORN DR.<br>NASHVILLE, TN 37214-1911 | CLIA LABORATORY PROGRAM<br>P.O. BOX 3056<br>PORTLAND, OR 97208-3056 |
| CLIA LABORATORY PROGRAM<br>P.O. BOX 530882<br>ATLANTA, GA 30353-0882 | COMCAST<br>P. O. BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST BUSINESS<br>PO BOX 530098<br>ATLANTA, GA 30353-0098 |
| COMMERCIAL LAMINATION<br>2801 MURFREESBORO ROAD<br>ANTIOCH, TN 37013-2011 | COMMISSIONER OF FINANCE R. SPRINGER<br>200 CASTLE HEIGHTS AVENUE N<br>LEBANON, TN 37087-2740 | COMPANION LIFE INS CO<br>ATTN: JESSICA FOURNIER, P.O. BOX 100102<br>COLUMBIA, SC 29202-3102 |
| CONCENTRA<br>P.O. BOX 82432<br>ATLANTA, GA 30354-0432 | COOK'S PEST CONTROL<br>P.O. BOX 280390<br>NASHVILLE, TN 37228-0390 | CORPORATE CLEANING SYSTEMS<br>P. O. BOX 40565<br>NASHVILLE, TN 37204-0565 |
| CORY B. COLLIER<br>1505 DEMONBREUN STREET #623<br>NASHVILLE, TN 37203-3564 | CRISTA FEDORA<br>7201 CHARLOTTE PIKE #203<br>NASHVILLE, TN 37209-5065 | CRYSTAL VANN<br>1444 PRIMM ROAD<br>ASHLAND CITY, TN 37015-6254 |

| | | |
|---|---|---|
| CUBESMART<br>1058 MURFREESBORO RD.<br>NASHVILLE, TN 37217-1513 | CUBESMART<br>1202 ANTIOCH PIKE<br>NASHVILLE, TN 37211-3104 | CURTIS BAY ENERGY - TN<br>P. O. BOX 65047<br>BALTIMORE, TN 21264-5047 |
| CUSHMAN & WAKEFIELD/HCA<br>P.O. BOX 281166<br>ATLANTA, GA 30384-1166 | CYNTHIA E. COLLINS<br>2612 POLO COURT<br>NASHVILLE, TN 37211-6993 | Cellco Partnership dba Verizon Wireless<br>William M Vermette<br>220001 Loudoun County PKWY<br>Ashburn, VA 20147 |
| D & L DISTRIBUTORS, INC.<br>P.O. BOX 993<br>BRENTWOOD, TN 37024-0993 | DAY COMMUNICATIONS<br>2200 ROSA L PARKS BLVD<br>NASHVILLE, TN 37228-1306 | DAY COMMUNICATIONS, INC.<br>3212 WEST END AVENUE, SUITE 201<br>NASHVILLE, TN 37203-5835 |
| DCA PHARMACY<br>233 BEDFORD WAY<br>FRANKLIN, TN 37064-5527 | DEA HEADQUARTERS<br>ATTN: REG. SECTION, P. O. BOX 2639<br>SPRINGFIELD, VA 22152-0639 | DEIDRA MCCULLOUGH<br>106 ARCHWOOD DRIVE<br>MADISON, TN 37115-3062 |
| DELTACOM C/O EARTHLINK<br>1058 PO BOX 2252<br>BIRMINGHAM, AL 35246-1058 | DENISE MACLEOD<br>1154 OLD JEFFERSON PIKE<br>SMYRNA TN 37167-5301 | DIANNE WALDRON TREASURER<br>C/O TOWN OF SMYRNA, 315 S. LOWRY STREET<br>SMYRNA, TN 37167-3416 |
| DONEQUA LYONS<br>3424 ELIZABETH JORDAN ST<br>NASHVILLE, TN 37209-3842 | DONNA HAMACHER<br>7409 SOMERSET PL<br>NASHVILLE, TN 37221-4612 | DONNA HAMACHER, MD<br>135 WESTFIELD COURT APT 303<br>CLARKSVILLE, TN 37040-5076 |
| DR. EDDIE D. HAMILTON<br>4822 POST ROAD<br>NASHVILLE, TN 37205-2712 | Donna Michele Hamacher<br>7409 Somerset Pl<br>Nashville, TN 37221-4612 | EATHERLY SERVICES<br>1670 CAIRO BEND ROAD<br>LEBANON, TN 37087-7429 |
| ECHO, INC.<br>101 WESTPARK DRIVE SUITE 140<br>BRENTWOOD, TN 37027-5031 | ECHO, INC. C/O SY.MED DEVELOPMENT, INC.<br>101 WESTPARK DRIVE SUITE 140<br>BRENTWOOD, TN 37027-5031 | ELISABETH BEALE RADISH<br>610 S. 12TH ST.<br>NASHVILLE, TN 37206-3010 |
| ELLKAY, LLC<br>259 CEDAR LANE<br>TEANECK, NJ 07666-3443 | EMELINA QUINONES<br>3042 ACE WINTER MEYER DRIVE<br>LAVERGNE, TN 37086-3472 | EMMA, INC.<br>75 REMITTANCE DRIVE, SUITE 6222<br>CHICAGO, IL 60675-6222 |
| EQUINOX COMMUNICATIONS<br>P.O. BOX 2607<br>BRENTWOOD, TN 37024-2607 | ERICA OMONDI<br>8741 BARREN FORK<br>BON AQUA, TN 37025 | ERIKA MONTEZ<br>6675 HICKORY SPRINGS DR<br>SAN ANTONIO TX 78249 |

| | | |
|---|---|---|
| ESTALEE DUNCAN<br>216 LUCKY DR<br>NASHVILLE, TN 37211-4905 | FAIRWAY - GALT, LLC<br>728 SHADES CREEK PKY, SUITE 200<br>BIRMINGHAM, AL 35209-4453 | FAMILIES MAGAZINE<br>P. O. BOX 729<br>HOPKINSVILLE, KY 42241-0729 |
| FIRE SAFETY EQUIPMENT & SERVICE<br>4099 BERNARD RD.<br>JOELTON, TN 37080-8932 | FLEXENTIAL F/K/A PEAK 10<br>P.O. BOX 536933<br>ATLANTA, GA 30353-6933 | FOUR PLUS CORPORATION C/O 511 GROUP<br>1850 NASHVILLE CITY CENTER<br>511 UNION ST NASHVILLE, TN 37219 |
| FRANKLIN COLLECTION SERVICE, INC.<br>P. O. BOX 3910<br>TUPELO, MS 38803-3910 | FREELAND REALTY 4 LLC<br>5333 HICKORY HOLLOW PKWY<br>ANTIOCH, TN 37013-3109 | Fairway-Galt, LLC<br>c/o Sean C. Kirk, Bone McAllester Norton<br>511 Union St., Suite 1600<br>Nashville, TN 37219-1780 |
| Four Plus Corporation<br>c/o Ryan K. Cochran<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, 27th Fl<br>Nashville, TN 37219-1733 | GARY GRIFFIETH, M.D.<br>9045 KEATS STREET<br>FRANKLIN, TN 37064-3162 | GATEWAY MOB - CLARKSVILLE, TN C/O ARHC<br>PO BOX 714423<br>CINCINNATI, OH 45271-4423 |
| GERRI WHITE<br>2212 DEARBORN DR<br>NASHVILLE, TN 37214-1911 | GLAXOSMITHKLINE PHARMACEUTICALS<br>P. O. BOX 740415<br>ATLANTA, GA 30374-0415 | GLOVER'S LOCK SERVICE<br>514 KRAFT STREET<br>CLARKSVILLE, TN 37040-3055 |
| GN OTOMETRICS NORTH AMERICA<br>P. O. BOX 200980<br>PITTSBURGH, PA 15251-0980 | GO FISH<br>6297 N NEW HOPE RD<br>HERMITAGE, TN 37076-2624 | GORDON N. STOWE & ASSOCIATES, INC.<br>586 PALWAUKEE DR.<br>WHEELING, IL 60090-6047 |
| GREENSBORO SERVICE CENTER<br>P. O. BOX 740800<br>ATLANTA, GA 30374-0800 | GUARDIAN<br>P.O. BOX 677458<br>DALLAS, TX 75267-7458 | H & H HEATING, AIR, & REFRIGERATION<br>2547 MADISON STREET<br>CLARKSVILLE, TN 37043-5499 |
| H & J REALTY<br>8138 MOORES LANE<br>BRENTWOOD, TN 37027-8026 | HAMILTON PAINTING<br>1204 MURFREESBORO ROAD<br>LEBANON, TN 37090-5301 | HANOVER INSURANCE GROUP<br>P.O. BOX 580045<br>CHARLOTTE, NC 28258-0045 |
| HARPETH ANSWERING & COMMUNICATIONS<br>506 HILLSBORO BOULEVARD SUITE 106<br>MANCHESTER, TN 37355-1975 | HARRIS BRAND RECRUITING<br>3100 ROSENDALE ROAD<br>NISKAYUNA, NY 12309-1510 | HARRIS FAMILY PHARMACY<br>1157 FORT CAMPBELL BLVD<br>CLARKSVILLE, TN 37042-6426 |
| HARRIS, KLEIN ASSOCIATES, INC.<br>P. O. BOX 2087<br>WOODSTOCK, GA 30188-1398 | HARRISON'S LOCK SERVICE<br>307 WEST MAIN STREET, SUITE H<br>LEBANON, TN 37087-3596 | HARTMANN CENTRAL, LLC<br>1418 PALMER ROAD<br>LEBANON, TN 37090-8202 |

| | | |
|---|---|---|
| HEALTH MEGA MALL<br>336 36TH ST<br>BELLINGHAM WA 98225-6580 | HEALTHAMERICA PA - REFUNDS<br>P. O. BOX 8500-784182<br>PHILADELPHIA, PA 19178-4182 | HEALTHSCOPE BENEFITS<br>27 CORPORATE HILL DRIVE<br>LITTLE ROCK, AR 72205-4537 |
| HEARTHSTONE PROPERTIES, LLC<br>4925 VETERANS PARKWAY<br>MURFREESBORO, TN 37128-3961 | HENRY SCHEIN<br>DEPT CH 10241<br>PALATINE, IL 60055-0241 | HERBERT BARRON<br>121 SANDI'S LN<br>PALMYRA, TN 37142-1200 |
| HICKS HVAC<br>991 BRILEY PARKWAY<br>NASHVILLE, TN 37217-1901 | (p)HILLER LLC<br>915 MURFREESBORO PIKE<br>NASHVILLE TN 37217-1501 | HOLLY MILLER<br>317 50TH AVENUE NORTH<br>NASHVILLE, TN 37209-3457 |
| HOSKINS & COMPANY<br>1900 CHURCH STREET, SUITE 200<br>NASHVILLE, TN 37203-2288 | HUMANA<br>P. O. BOX 931655<br>ATLANTA, GA 31193-1655 | ICG LINK, INC.<br>7003 CHADWICK DRIVE, SUITE 111<br>BRENTWOOD, TN 37027-5288 |
| INETCO, LLC<br>190B SAUNDERSVILLE ROAD<br>HENDERSONVILLE, TN 37075-8901 | INFINISOURCE, ATTN: STACEY BOYD<br>15 E WASHINGTON STREET<br>COLDWATER, MI 49036-1981 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 | JACLYN PEREZ<br>107 RUDOLPH DR<br>CLARKSVILLE TN 37040-3849 | JASMINE GIBSON<br>1622 BENTRIDGE CIRCLE<br>ANTIOCH TN 37013-3740 |
| JASMINE GIBSON<br>1622 BRENTRIDGE CIR<br>ANTIOCH, TN 37013-3740 | JENNIFER MOJICA<br>400 TOLL HOUSE CIRCLE<br>FRANKLIN TN 37064 | JENNIFER STRICKLAND<br>1204 HARTFIELD CT<br>ANTIOCH, TN 37013-2262 |
| JENNIFER WATSON<br>143 HENDON MEMORIAL RD<br>SHELBYVILLE, TN 37160-3150 | JERRY GILTZ<br>1000 WORTHINGTON LANE, APT 10-207<br>SPRING HILL, TN 37174-4100 | JEWELL MECHANICAL<br>1000 ELM HILL PIKE<br>NASHVILLE, TN 37210-3504 |
| JIHAN SHUKRI<br>360 BELL ROAD, APT 303<br>ANTIOCH, TN 37013 | JONATHAN GARCIA<br>1017 TOWNLEY DR.<br>MADISON, TN 37115-4424 | JONATHAN SPANIER, MD<br>1032 GRACELAWN DR<br>BRENTWOOD TN 37027-5504 |
| JUNE D. BRYANT<br>4004 SOUTHRIDGE BLVD<br>MURFREESBORO TN 37128-6854 | KACIE WILKES<br>2521 ARBOR MIST TRAIL<br>HIXON, TN 37343-4538 | KAREN BLOUNT<br>5582 B ZAPATA DRIVE<br>PEGRAM, TN 37143-2300 |

| | | |
|---|---|---|
| KAREN CHAFFIN<br>5909 SEDBERRY ROAD<br>NASHVILLE, TN 37205-3221 | KATHLEEN WEAKLEY<br>1928 STREAMFIELD COURT<br>ANTIOCH, TN 37013-5753 | KATHY S. GRIFFIETH<br>9045 KEATS STREET<br>FRANKLIN, TN 37064-3162 |
| KELLY EIGNER<br>310 GROSS LANE<br>HARTSVILLE, TN 37074-3637 | KENTUCKY STATE TREASURER<br>501 HIGH ST., P.O. BOX 491<br>FRANKFORT, KY 40601-2103 | KHALID ABDULKHALIG<br>114 GARDENIA STREET<br>MT. PLEASANT, TN 38474-1803 |
| KOFI ASARE-BAWUAH<br>1225 PLUMERIA PL<br>NOLENSVILLE, TN 37135-9591 | Kentucky Department of Revenue<br>P.O. Box 5222<br>Frankfort, KY 40602-5222 | LABCORP<br>PO BOX 12140<br>BURLINGTON, NC  27216-2140 |
| LABPLUS<br>PO BOX 504975<br>ST.LOUIS MO 63150-4975 | LAMONT, HANLEY, & ASSOCIATES, INC.<br>P. O. BOX 179<br>MANCHESTER, NH 03105-0179 | LBMC, PC<br>P. O. BOX 1869<br>BRENTWOOD, TN 37024-1869 |
| LEAP SOLUTIONS<br>213 W MAPLEWOOD LN, STE 350<br>NASHVILLE, TN 37207-2992 | LEIGHANN BRINKLEY<br>901 NORTHERN DANCE LANE<br>ELGIN, SC 29045-7127 | LESLIE KOMULAINEN<br>229 CEDAR BEND CIRCLE<br>CLARKSVILLE TN 37043-1881 |
| LINDSEY HERNANDEZ<br>1108 PROUD EAGLE<br>EAGLEVILLE, TN 37060-4261 | LISA LEWIS<br>1004 PEMBROOK POINT<br>MT. JULIET, TN 37122-8585 | LONGWELL CLEANING SERVICES<br>2274 HIGH MEADOW DRIVE<br>MURFREESBORO, TN 37129-4029 |
| LORIE MARSH<br>1984 SUGAR FLAT ROAD<br>LEBANON TN 37087-7263 | LUCY MARTIN<br>710 CLEO MARTIN DR, APT 340<br>NASHVILLE TN 37206 | M AND S HOLDINGS LLC<br>1511 SUNSET RD<br>BRENTWOOD, TN 37027-3511 |
| MAILFINANCE, INC<br>DEPT 3682, PO BOX 123682<br>DALLAS, TX  75312-3682 | MAIN STREET MEDIA OF TN<br>GOULD ENTERPRISES INC., P. O. BOX 8156<br>GALLATIN, TN 37066-8156 | MAINE STANDARDS CO., LLC<br>221 US ROUTE 1<br>CUMBERLAND FORESIDE, ME 04110-1345 |
| MAISAM ALKHAFAJI<br>109 SHATKLATT LANE COURT<br>ANTIOCH, TN 37013-3628 | MARY RUTH SCOBEY MD<br>344 TIMBERDALE CT.<br>NASHVILLE, TN 37211-5157 | MARY RUTH SCOBEY, MD<br>504 ENGLISH VILLAGE DR<br>NASHVILLE TN 37211 |
| MB LAB CONSULTING<br>1106 GETTYSVUE WAY<br>KNOXVILLE TN 37922-5982 | MBLAB CONSULTING<br>1106 GETTYSVUE WAY<br>KNOXVILLE TN 37922-5982 | MCCURRY CONSTRUCTION, LLC<br>2207 SAINT JOSEPH'S COURT<br>BRENTWOOD, TN 37027-1806 |

| | | |
|---|---|---|
| MCKESSON CORPORATION<br>P. O. BOX 634404<br>CINCINNATI, OH 45263-4404 | MCKESSON MEDICAL SURGICAL<br>P. O. BOX 634404<br>CINCINNATI, OH 45263-4404 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 |
| MEDSAFE TOTAL COMPLIANCE SOLUTIONS, INC.<br>27 MICA LANE, SUITE 208<br>WELLESLEY HILLS, MA 02481-1741 | MEGAN THOMAS<br>1606 SAMUEL DR<br>CLARKSVILLE TN 37043-1738 | MERCK SHARP & DOHME, CORP.<br>P. O. BOX 5254<br>CAROL STREAM, IL 60197-5254 |
| MERIDIAN LAW, PLLC<br>2002 RICHARD JONES ROAD, SUITE B-200<br>NASHVILLE, TN 37215-2892 | METRO TRUSTEE PERSONALTY TAX DEPT<br>P. O. BOX 305012<br>NASHVILLE, TN 37230-5012 | METROPOLITAN TRUSTEE<br>P.O. BOX 196300<br>NASHVILLE, TN 37219-6300 |
| MHBP FEDERAL EMPLOYEES HEALTH BENEFITS<br>P. O. BOX 8402<br>LONDON, KY 40742-8402 | MICRO AUDIOMETRICS CORP.<br>655 KELLER ROAD<br>MURPHY, NC 28906-5890 | MID-STATE COMMUNICATIONS<br>504 HILLSBORO BLVD<br>MANCHESTER, TN 37355-1767 |
| MIDDLE TN ELECTRIC MEMBERSHIP CORP<br>PO BOX 220<br>LEBANON, TN 37088-0220 | MINT CONDITION<br>101 SE PARKWAY CT SUITE 230<br>FRANKLIN, TN 37064-4022 | MOB 147 OF TN C/O HOLLADAY - SKYLINE<br>P. O. BOX 404485<br>ATLANTA, GA 30384-4485 |
| MOB 147 OF TN C/O HOLLADAY PROPERTIES<br>P. O. BOX 404485<br>ATLANTA, GA 30384-4485 | MODERN BABIES AND CHILDREN NASHVILLE<br>1050 GLENBROOK WAY SUITE 480-145<br>HENDERSONVILLE, TN 37075-1241 | MONTGOMERY COUNTY TRUSTEE<br>P. O. BOX 1005<br>CLARKSVILLE, TN 37041-1005 |
| MURFREESBORO ELECTRIC DEPARTMENT<br>P.O. BOX 9<br>MURFREESBORO, TN 37133-0009 | MUTUAL OF OMAHA<br>P. O. BOX 2147<br>OMAHA, NE 68103-2147 | McCurry Construction, LLC<br>5243 Harding Place<br>Nashville, TN 37217-2901 |
| Metropolitan Government--Nashville & Davidso<br>Post Office Box 196300<br>Nashville, TN 37219-6300 | NASHVILLE AREA HISPANIC CHAMBER OF COM.<br>P. O. BOX 40541<br>NASHVILLE, TN 37204-0541 | (p)NASHVILLE ELECTRIC SERVICE<br>ATTN CREDIT DEPARTMENT<br>1214 CHURCH STREET<br>NASHVILLE TN 37246-0002 |
| NASHVILLE, TN 37219<br>CORPORATE CLEANING SYSTEMS<br>P. O. BOX 40565<br>NASHVILLE, TN 37204-0565 | NATUS MEDICAL, INC.<br>DEPT. 33768, P. O. BOX 39000<br>SAN FRANCISCO, CA 94139-0001 | NAVICURE, INC.<br>2055 SUGARLOAF CIRCLE SUITE 600<br>DULUTH, GA 30097-4131 |
| NEOFUNDS BY NEOPOST<br>P. O. BOX 30193<br>TAMPA, FL 33630-3193 | NEWTEK SMALL BUSINESS FINANCE LLC<br>P. O. BOX 297<br>LAUREL, NY 11948-0297 | NEWTEK TECHNOLOGY SERVICES<br>2550 W UNION HILLS DRIVE SUITE 390<br>PHOENIX, AZ 85027-5197 |

| | | |
|---|---|---|
| NEXTGEN HEALTHCARE C/O QUALITY SYSTEMS<br>P. O. BOX 809390<br>CHICAGO, IL 60680-9390 | NIC USA, INC. TN DIV C/O TN ANYTIME<br>P. O. BOX 504212<br>ST. LOUIS, MO 63150-4212 | NIC USA, INC. TN DIVISION C/O TN ANYTIME<br>P. O. BOX 504212<br>ST. LOUIS, MO 63150-4212 |
| NOVACOPY, INC.<br>P. O. BOX 372, DEPT 200<br>MEMPHIS, TN 38101-0372 | NOVAGEN<br>10245 WEST LITTLE YORK RD. SUITE 400<br>HOUSTON TX 77040-2937 | NOVARTIS VACCINES & DIAGNOSTICS INC.<br>4645 S. LAKESHORE DRIVE #11<br>TEMPE, AZ 85282-7152 |
| NTL CONTACT CTR MGMT, ATTN: C. BENNETT<br>2501 PARK PLAZA BLDG 1-4W<br>NASHVILLE, TN 37203-1512 | OAKTREE PRODUCTS, INC.<br>610 SPIRIT VALLEY<br>EAST CHESTERFIELD, MO 63005 | OCCUPATIONAL HEALTH CTRS OF THE SW, P.A.<br>CO. C/O CONCENTRA, P. O. BOX 82432<br>ATLANTA, GA 30354-0432 |
| OFFICE DEPOT, INC.<br>P. O. BOX 633301<br>CINCINNATI, OH 45263-3301 | ORTHO CLINICAL DIAGNOSTICS<br>100 INDIGO CREEK DRIVE<br>ROCHESTER, NY 14626-5101 | OTOMETRICS<br>P.O. BOX 200980<br>PITTSBURGH, PA 15251-0980 |
| Office of the United States Trustee<br>701 Broadway, Suite 318<br>Nashville, TN 37203-3966 | PAULETTE POE<br>402 FABIAN PLACE<br>CLARKSVILLE, TN 37043-5941 | PAYMENT RESOLUTION SERVICES<br>ATTN: MSC 410836, P. O. BOX 415000<br>NASHVILLE, TN 37241-0836 |
| PEAK 10, INC.<br>P.O. BOX 536933<br>ATLANTA, GA 30353-6933 | PEDSTEST.COM<br>1013 AUSTIN COURT<br>NOLENSVILLE, TN 37135-9737 | PERFORMANCE BUSINESS FORMS<br>200 BLANTON AVENUE<br>NASHVILLE, TN 37210-4704 |
| PERRY CARLSON<br>5091 PINE HILL RD<br>NASHVILLE, TN 37221-5015 | PFIZER INC<br>P.O. BOX 100539<br>ATLANTA, GA 30384-0539 | PGBA, LLC - TRICARE REFUNDS<br>P. O. BOX 100279<br>COLUMBIA, SC 29202-3279 |
| PHILADELPHIA, PA 19178-4182<br>AETNA INSURANCE COMPANY<br>P. O. BOX 784836<br>PHILADELPHIA, PA 19178-4836 | PIEDMONT NATURAL GAS<br>4339 S TRYON ST,<br>attn: ch11<br>CHARLOTTE, NC 28217-1733 | PIEDMONT NATURAL GAS<br>P. O. BOX 660920<br>DALLAS, TX 75266-0920 |
| PINNACLE SERVICE, INC. OF TN<br>C/O PHILLIP KIRK, ATTORNEY AT LAW<br>102 WOODMONT BOULEVARD, SUITE 200<br>NASHVILLE, TN 37205-2216 | PINNACLE SERVICES, INC.<br>2817 WEST END AVENUE, SUITE 126-384<br>NASHVILLE, TN 37203-1453 | PITNEY BOWES<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 |
| PITNEY BOWES PURCHASE POWER<br>21210 ERWIN ST<br>WOODLAND HILLS, CA 91367-3714 | PRACTICE SUITE, INC.<br>P.O. BOX 15124<br>FREMONT, CA 94539-2224 | PRACTIECLINK LIMITED<br>PO BOX 100<br>HINTON, WV 25951-0100 |

| | | |
|---|---|---|
| PRECISION ROLLER<br>2102 W QUAIL AE, SUITE 1<br>PHOENIX AZ 85027-2656 | PREMIER PARKING<br>421 CHURCH STREET<br>NASHVILLE, TN 37219-2501 | PRIORITY NASHVILLE CONTRACTING, LLC<br>P. O. BOX 41830<br>NASHVILLE, TN 37204-1830 |
| PROASSURANCE CO RISK RESOURCE DEPT<br>P. O. BOX 809196<br>CHICAGO, IL 60680-9196 | PROASSURANCE INDEMNITY COMPANY, INC.<br>P. O. BOX 952315<br>DALLAS, TX 75395-2315 | PROIMAGE FACILITY SERVICES, LLC<br>15115 OLD HICKORY BOULEVARD, SUITE B<br>NASHVILLE, TN 37211-6585 |
| PROP. MGMT ASSOC. OF WNY, ATTN: L. STANG<br>90 EARHART DR SUITE 6<br>WILLIAMSVILLE, NY 14221-7802 | PROSAD KONA<br>22 AVENTURA DRIVE<br>MOUNT JULIET, TN 37122 | PROSAD KONA<br>522 AVENTURA DR.<br>MOUNT JULIET, TN 37122-6429 |
| PSS PHYSICIAN SALES & SERVICE, INC.<br>4105 ROYAL DR, STE 600<br>KENNESAW, GA 30144-6439 | Paddock TN Equities, LLC<br>c/o Seth M. McInteer<br>McInteer & O'Rear PLC<br>2801 12th Ave. S.<br>Nashville, TN 37204-2507 | RAY & CHRISTINE FOCHLER<br>1765 HIGHWAY 25 WEST<br>GALLATIN, TN 37066-6112 |
| RAY FOCHLER<br>1765 HWY 25<br>GALLATIN TN 37066-6112 | REAL TIME TRANSLATION, INC<br>716 COUNTY RD 10 NE #174<br>BLAINE MN 55434-2331 | REC. MGMT SERVICES, C/O STAPLES ADVANTAGE<br>7525 WEST CAMPUS RD<br>NEW ALBANY, OH 43054-1121 |
| RECALL TOTAL INFORMATION MANAGEMENT<br>015295 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0001 | REGINALD KING<br>P. O. BOX 150214<br>NASHVILLE, TN 37215-0214 | REVIVE HEALTH<br>209 10TH AVENUE SOUTH SUITE 214<br>NASHVILLE, TN 37203-0711 |
| RICHARDS & RICHARDS<br>P.O. BOX 17070<br>NASHVILLE, TN 37217-0070 | RICHELLE DEHARDE<br>3443 BINKLEY ROAD<br>JOELTON, TN 37080-8745 | ROBBIE RODGERS<br>406 2ND AVE<br>MURFREESBORO TN 37130-4800 |
| RODERICK BAHNER<br>P.O. BOX 2191<br>BRENTWOOD, TN 37024-2191 | RUTHERFORD COUNTY CHANCERY COURT<br>116 W. LYTLE ST., SUITE 5101<br>MURFREESBORO, TN 37130-3627 | RUTHERFORD COUNTY TRUSTEE<br>P.O. BOX 1316<br>MURFREESBORO, TN 37133-1316 |
| SAFE CLEAN<br>164 MCCALL ST<br>NASHVILLE TN 37211-3089 | SAFEPOINT, LLC<br>1214 HUNTERS POINT PIKE, SUITE A<br>LEBANON, TN 37087-1100 | SANOFI PASTEUR, INC.<br>12458 COLLECTIONS CENTER DR.<br>CHICAGO, IL. 60693-0001 |
| SCARLETT LEADERSHIP INSTITUTE<br>840 CRESCENT CENTRE DRIVE SUITE 120<br>FRANKLIN, TN 37067-4632 | SCHATONEA NEWBY<br>255 CATHY JO DR<br>NASHVILLE, TN 37211-3814 | SCOTTY W. HARRIS<br>281 HICKORY HOLLOW TERRACE<br>ANTIOCH, TN 37013-2127 |

| | | |
|---|---|---|
| SHAMEKIA CLINTON<br>1052 E MONICA DR<br>CLARKSVILLE TN 37042-6712 | SHANTANIK GREEN<br>932 OAK MEADOW<br>FRANKLIN TN 37064 | SHONTA STEWART<br>606 FAIRGROUNDS CT<br>LEBANON, TN 37087-2274 |
| SHORETEL INC. A/K/A MITEL<br>4921 SOLUTION CENTER<br>CHICAGO, IL 60677-4009 | SHRED ON THE RUN<br>5904 ROBERTSON AVENUE<br>NASHVILLE, TN 37209-1853 | SHRED-IT USA<br>P. O. BOX 13574<br>NEW YORK, NY 10087-3574 |
| SITEX CORPORATION<br>P. O. BOX 38<br>HENDERSON, KY 42419-0038 | SL MANAGEMENT GROUP TN LLC<br>788 MORRIS TURNPIKE<br>SHORT HILLS, NJ 07078-2634 | SLADJA MILEDIC<br>845 WINDSOR GREEN BLVD<br>GOODLETTSVILLE, TN 37072-2124 |
| SMILEMAKERS<br>P. O. BOX 2543<br>SPARTANBURG, SC 29304-2543 | SMYRNA MOB, LLC C/O THE STANTON GROUP<br>P. O. BOX 993<br>BRENTWOOD, TN 37024-0993 | SNH MED. OFFICE PROPS. TRUST C/O REIT<br>DEPT 1600 P. O. BOX 538601<br>ATLANTA, GA 30353-8601 |
| SNH Medical Office Properties Trust<br>c/o Milton S. McGee, III<br>Gregory S. Reynolds<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203-2301 | SNH Medical Office Properties Trust<br>c/o Milton S. McGee, III<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203-2301 | SPRING HILL CITY HALL<br>P. O. BOX 789<br>SPRING HILL, TN 37174-0789 |
| ST. THOMAS HEALTH MEDIAL AFFAIRS<br>P. O. BOX 380<br>NASHVILLE, TN 37202-0380 | ST. THOMAS MEDICAL STAFF FUND<br>4220 HARDING ROAD<br>NASHVILLE, TN 37205-2005 | ST. THOMAS RUTHERFORD, ATTN: STR FINANCE<br>501 GREAT CIRCLE ROAD SUITE 300<br>NASHVILLE, TN 37228-1332 |
| STAPLES ADVANTAGE<br>7525 W. CAMPUS RD.<br>NEW ALBANY, OH 43054-1121 | STATE FARM INSURANCE COMPANIES<br>P.O. BOX 588002<br>NORTH METRO, GA 30029-8002 | STEPHEN A. TISDELL C/O TISDELL ASSOC.<br>1600 ROSEWOOD COURT<br>BRENTWOOD, TN 37027-7954 |
| STERICYCLE, INC., ATTN: SUE HARDER<br>4010 COMMERCIAL AVE<br>NORTHBROOK, IL 60062-1829 | STORAGE SOLUTIONS<br>2876 OLD FORT PARKWAY<br>MURFREESBORO, TN 37128-4157 | STORPLACE OF MEDICAL CENTER NASHVILLE<br>1615 CHARLOTTE AVE<br>NASHVILLE, TN 37203-2906 |
| TAMER EL-MAHDY<br>309 NW 18TH STREET, APT 907<br>ANKENY, IA 50023-4267 | TATANISHA SMITH MD<br>1412 BRENTWOOD TERRACE<br>NASHVILLE, TN 37211-7267 | TE'AIRRA GUINN<br>499 SWISS AVE, APT 116A<br>NASHVILLE TN 37211-8356 |
| TED R. SANDERS MOVING & WAREHOUSE, INC.<br>P. O. BOX 90202<br>NASHVILLE, TN 37209-0202 | TEN TIMES BETTER CORPORATION<br>923 OLDHAM DRIVE #851<br>NOLENSVILLE, TN 37135-7517 | TENNESSEE ANYTIME<br>NIC USA INC., P.O. BOX 504212<br>ST. LOUIS, MO 63150-4212 |

| | | |
|---|---|---|
| TENNESSEE DEPT OF REVENUE<br>500 DEADRICK ST<br>NASVHILLE, TN 37242-0002 | TENNESSEE FOREIGN LANGUAGE INST.<br>220 FRENCH LANDING DRIVE SUITE 1-B<br>NASHVILLE, TN 37243-1002 | TENNESSEE FOREIGN LANGUAGE INSTITUTE<br>220 FRENCH LANDING DRIVE SUITE 1-B<br>NASHVILLE, TN 37243-1002 |
| TENNESSEE MECHANICAL CORP.<br>TMC 101 GENERAL FORREST COURT<br>SMYRNA, TN 37167-4273 | THE CSI COMPANIES, INC.<br>P. O. BOX 890841<br>CHARLOTTE, NC 28289-0841 | THE MATHEWS COMPANY<br>P. O. BOX 22149<br>NASHVILLE, TN 37202-2149 |
| THE STANTON GROUP<br>P. O. BOX 993<br>BRENTWOOD, TN 37024-0993 | THE TONER DOCTOR<br>PO BOX 94<br>MADAWASKA, ME 04756-0094 | THERACOM, LLC<br>P. O. BOX 640105<br>CINCINNATI, OH 45264-0105 |
| TIM JURISIN PLUMBING, INC.<br>P. O. BOX 3564<br>CLARKSVILLE, TN 37043-3564 | TINA MANSHADI<br>2600 HILLSBORO PK, UNIT 132<br>NASHVILLE, TN 37212-5634 | TMC<br>101 GENERAL FORREST COURT<br>SMYRNA, TN 37167-4273 |
| TN DEPT OF LABOR & WORKFORCE<br>220 FRENCH LANDING DR<br>NASHVILLE, TN 37243-1002 | TN Dept of Labor - Bureau of Unemployment In<br>c/o TN Attorney Generals Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | TONIKA MILAN<br>110 E ST<br>CLARKSVILLE TN 37042-4360 |
| TOTAL COMPLIANCE SOLUTIONS, INC.<br>27 MICA LANE SUITE 208<br>WELLESLEY, MA 02481-1741 | TOTAL COMPLIANCE SOLUTIONS, INC. C/O MEDSAFE<br>27 MICA LANE SUITE 208<br>WELLESLEY, MA 02481-1741 | TOWN OF SMYRNA<br>315 S. LOWRY ST.<br>SMYRNA, TN 37167-3416 |
| TRACY CARTER<br>2503 ANGELYN DR<br>MURFREESBORO, TN 37129-4045 | TRAVIS CROOK, MD<br>1204 JEWELL AVE<br>FRANKLIN, TN 37064-5067 | TRIAGE LOGIC, LLC<br>P. O. BOX 79426<br>BALTIMORE, MD 21279-0426 |
| TW TELECOM<br>P. O. BOX 172567<br>DENVER, CO 80217-2567 | TWO MEN AND A TRUCK<br>4801 ALABAMA AVENUE<br>NASHVILLE, TN 37209-3448 | Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| U.S. Department of Labor obo employees<br>618 Church Street<br>Suite 230<br>Nashville, TN 37219-2440 | UNITED HEALTHCARE<br>ATTN: RECOVERY SERVICES, P.O. BOX 740804<br>ATLANTA, GA 30374-0804 | UNITED HEALTHCARE INSURANCE CO DEPT.<br>CH 10151<br>PALATINE, IL 60055-0151 |
| UNITED HEALTHCARE RECOVERY SERVICES<br>P.O. BOX 101760<br>ATLANTA, GA 30392-1760 | UNITED HEALTHCARE, ATTN: CLAIM REFUND<br>P. O. 209011<br>DALLAS, TX 75320-9011 | UNITED STATES TRUSTEE<br>P.O. BOX 530202<br>ATLANTA, GA 30353-0202 |

| | | |
|---|---|---|
| UP TO DATE<br>230 THIRD AVE<br>WALTHAM, MA 02451-7560 | US HEALTHWORKS<br>P. O. BOX 741827<br>ATLANTA, GA 30374-1827 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street  03B<br>Hartford, CT 06103-3402 | VANDERBILT UNIVERSITY MED CTR<br>DEPT OF FINANCE, DEPT AT 40303<br>ATLANTA, GA  31192-0303 | VANI VEERA, MD<br>1801 MORGAN FARMS WAY<br>BRENTWOOD TN 37027-1422 |
| VANKAT K REDDY, MD<br>P. O. BOX 331034<br>NASHVILLE, TN 37203-7508 | VAXSERVE INC<br>SANOFI PASTEUR INC<br>DISCOVERY DRIVE<br>SWIFTWATER PA 18370 | VAXSERVE, INC.<br>54 GLENMAURA NATIONAL BLVD. STE 301<br>MOOSIC, PA 18507-2161 |
| VERIZON WIRELESS<br>P. O. BOX 660108<br>DALLAS, TX 75266-0108 | VIII FS-NASHVILLE, LLC C/O CTCRES<br>4678 WORLD PARKWAY CIRCLE<br>ST. LOUIS, MO 63134-3114 | VIRGINIA O'CONNELL<br>705 VANVIEW DR, APT. A<br>LEBANON TN 37087-4588 |
| VOLUNTEER WELDING SUPPLY, INC.<br>815 5TH AVENUE SOUTH<br>NASHVILLE, TN 37203-4609 | WALGREENS<br>1419 LAKE COOK RD., MS #L390<br>DEERFIELD, IL 60015-5614 | WASTE MANAGEMENT OF NASHVILLE HAULING<br>PO BOX 9001054<br>LOUISVILLE, KY  40290-1054 |
| WEIGHT LOSS & WELLNESS SERVICES, LLC<br>2801 S MACDILL AVE<br>TAMPA, FL 33629-7223 | WELCH ALLYN, INC. CREDIT DEPARTMENT<br>4341 STATE STREET ROAD<br>SKANEATELES FALLS, NY 13153-5300 | WESTGUARD INSURANCE COMPANY<br>P. O. BOX 785570<br>PHILADELPHIA, PA 19178-5570 |
| WHITE & REASOR<br>3100 WEST END AVE SUITE 1100<br>NASHVILLE, TN 37203-1348 | WILLIAMSON COUNTY TRUSTEE<br>1320 WEST MAIN STREET, STE 203<br>FRANKLIN, TN 37064-3736 | WILLIAMSON COUNTY TRUSTEE<br>P. O. BOX 1365<br>FRANKLIN, TN  37065-1365 |
| WILLIAMSON MED CTR MED. STAFF SERVICES<br>4321 CAROTHERS PARKWAY<br>FRANKLIN, TN 37067-8542 | WILSON COUNTY TRUSTEE, JIM MAJOR<br>P. O. BOX 865<br>LEBANON, TN 37088-0865 | WINDROSE 310 C/O HEALTHCARE PROP. MGRS<br>DEPT 730034 , P. O. BOX 660919<br>DALLAS, TX 75266-0919 |
| WINDSTREAM COMMUNICATIONS<br>P.O. BOX 9001950<br>LOUISVILLE, KY 40290-1950 | WINNIE TOLER<br>1221 KILRUSH DR<br>FRANKLIN TN 37069-4198 | WellTower, Inc.<br>c/o Gary S. Rubenstein<br>Schulman, LeRoy & Bennett PC<br>3310 West End Avenue, Ste. 460<br>Nashville, TN 37203-7601 |
| Wilson County Tennessee<br>109 North Castle Heights Avenue<br>Lebanon, TN 37087-2738 | ZARAH KNIGHT<br>1519 HWY 49 E<br>ASHLAND CITY, TN 37015-2853 | DAVID W HOUSTON IV +<br>BURR & FORMAN LLP<br>222 Second Avenue South<br>Suite 2000<br>NASHVILLE, TN 37201-2385 |

```
EMILY CAMPBELL TAUBE   +
BURR & FORMAN, LLP
222 Second Avenue South
Suite 2000
NASHVILLE, TN 37201-2385
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

NO MAILINGS SENT TO THESE PARTIES

| | | |
|---|---|---|
| HILLER, LLC<br>915 MURFREESBORO PIKE<br>NASHVILLE TN 37225 | IPFS CORPORATION<br>900 ASHWOOD PARKWAY, SUITE 370<br>ATLANTA, GA 30338 | MEDLINE INDUSTRIES, INC.<br>DEPT CH 14400<br>PALATINE, IL 60055 |
| NASHVILLE ELECTRIC SERVICE<br>1214 CHURCH STREET<br>NASHVILLE, TN 37246-0003 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

NO MAILINGS SENT TO THESE PARTIES

| | | |
|---|---|---|
| (u)ARHC GMCLKTN01, LLC | (u)SL Airpark II, LLC | (u)SL Airpark, LLC |
| (u)SNH Medical Office Properties Trust | (d)A-Z Office Resource, Inc.<br>c/o Dalton M. Mounger, Attorney<br>808 S. High St.<br>Columbia, TN 38401-3241 | (d)AMERICAN PROFICIENCY INSTITUTE DEPT 9526<br>P. O. BOX 30516<br>LANSING, MI 48909-8016 |
| (u)AR Global d/b/a ARHC GMCLKTN01, LLC | (d)GORDON N. STOWE AND ASSOCIATES, INC.<br>586 PALWAUKEE DRIVE<br>WHEELING, IL 60090-6047 | (u)HEALTHAMERICA PA - REFUNDS<br>P. O. BOX 8500-784182 |
| (d)MERIDIAN LAW, PLLC<br>2900 VANDERBILT PLACE, SUITE 100<br>NASHVILLE, TN 37212-2518 | (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 | (d)PGBA, LLC TRICARE REFUNDS<br>P. O. BOX 100279<br>COLUMBIA, SC 29202-3279 |
| (u)PREMIER PARKING<br>421 CHURCH STREET | (d)THE HANOVER INSURANCE GROUP<br>P. O. BOX 580045<br>CHARLOTTE, NC 28258-0045 | (d)U.S. Department of Labor obo employees<br>618 Church Street, Suite 230<br>Nashville, TN 37219-2440 |

(d)UNITED HEALTHCARE INSURANCE CO DEPT. CH
10151 PALATINE, IL 60055-0151

(u)LaVon House

End of Label Matrix
Mailable recipients   420
Bypassed recipients    17
Total                 437