# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## EXPEDITED ORDER CONTINUING SALE HEARING

This matter is before the Court on the Expedited Motion for an Order Continuing Sale Hearing (the "Expedited Motion") and the Court finding good and sufficient cause therefor and that adequate notice has been given thereon,

IT IS HEREBY ORDERED

1. The Sale Hearing scheduled for June 18, 2020 is hereby continued to July 7, 2020 at 10:30 a.m.

2. The Debtor shall file a notice with the Court identifying the successful bidder and final form of the asset purchase agreement by June 29, 2020.

3. Any objections to the sale must be filed by July 3, 2020.

IT IS SO ORDERED.

*[This order was signed and entered electronically as indicated at the top of the first page]*

SUBMITTED FOR ENTRY BY:

/s/ David W. Houston, IV
David W. Houston, IV, No. 20802
Emily C. Taube, No. 19323
Burr & Forman, LLP
222 Second Avenue South, Suite 2000
Nashville, TN  37201
615-724-3215 (phone)
615-724-3315 (fax)
dhouston@burr.com
etaube@burr.com

Counsel for Capstone Pediatrics, PLLC