Dated: 6/15/2020

Randal S. Mashburn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## EXPEDITED ORDER CONTINUING SALE HEARING

This matter is before the Court on the Expedited Motion for an Order Continuing Sale Hearing (the "Expedited Motion") and the Court finding good and sufficient cause therefor and that adequate notice has been given thereon,

IT IS HEREBY ORDERED

1. The Sale Hearing scheduled for June 18, 2020 is hereby continued to July 7, 2020 at 10:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

2. The Debtor shall file a notice with the Court identifying the successful bidder and final form of the asset purchase agreement by June 29, 2020.

3. Any objections to the sale must be filed by July 3, 2020.

IT IS SO ORDERED.

*[This order was signed and entered electronically as indicated at the top of the first page]*

SUBMITTED FOR ENTRY BY:

/s/ David W. Houston, IV
David W. Houston, IV, No. 20802
Emily C. Taube, No. 19323
Burr & Forman, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
615-724-3215 (phone)
615-724-3315 (fax)
dhouston@burr.com
etaube@burr.com

Counsel for Capstone Pediatrics, PLLC

43632956 v1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

7

Case 3:19-bk-01971    Doc 223    Filed 06/15/20    Entered 06/15/20 12:33:38    Desc Main Document    Page 2 of 2