# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, hereby certifies to the Court that a true and correct copies of (1) Doc. No. 221 *EXPEDITED MOTION FOR AN ORDER CONTINUING SALE HEARING* filed on June 15, 2020 and (2) Doc. No. 223 *EXPEDITED ORDER CONTINUING SALE HEARING* entered on June 15, 2020 were served via U.S. Mail upon the following parties:

(a) all known creditors of the Debtors listed on the attached Exhibit A Creditor Mailing Matrix on June 15, 2020;

(b) any party that has requested notice pursuant to Bankruptcy Rule 2002 on the attached Exhibit B Appearance Parties on June 15, 2020; and

(c) the counterparties to any executory contract or unexpired lease to which a Debtor is a party (the "Contract Counterparties") listed on the attached Exhibit C on June 15, 2020.

The following parties were served via email by Debtor's counsel on June 15, 2020:

(a) counsel to DIP Lender, Daniel Hays Puryear, Puryear Law Group, 104 Woodmont Boulevard, The Woodmont Centre, Suite 201, Nashville, TN 372015, dpuryear@puryearlawgroup.com;

(b) counsel for the IRS, Ward W. Benson, U.S. Dept. of Justice, PO Box 227, Washington, D.C. 20044, ward.w.benson@usdoj.gov; and

(c) counsel for the United States Trustee, Megan Reed Seliber, US Trustee's Office, 701 Broadway, Suite 318, Nashville, TN 37203, Megan.Seliber@usdoj.gov.

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com; etaube@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On June 16, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)