| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:19-bk-01971<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon Jun 15 09:48:47 CDT 2020 | A-Z Office Resource, Inc.<br>c/o Dalton M. Mounger, Attorney<br>808 S. High St.<br>Columbia, TN 38401-3241 | Athenahealth<br>c/o William L. Norton III<br>Bradley Arant Boult Cummings<br>1600 Division St., Suite 700<br>Nashville, TN 37203-2771 |
| CDS Business Services, Inc. d/b/a Newtek Bus<br>1981 Marcus Avenue<br>Suite 130<br>Lake Success, NY  11042-1046 | Cigna Healthcare of Tennessee, Inc.<br>1000 Corporate Centre Drive<br>P.O. Box 682147<br>Franklin, TN 37068-2147 | Connecticut General Life Insurance Company<br>900 Cottage Grove Road<br>Bloomfield, CT 06002-2920 |
| Fairway-Galt, LLC<br>Bone McAllester Norton<br>c/o Sean C. Kirk<br>511 Union St., Suite 1600<br>Nashville, tn 37219-1780 | Four Plus Corporation<br>c/o Ryan Cochran<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, 27th Fl<br>Nashville, TN 37219-1733 | HealthSpring Life and Health Insurance Compa<br>Connolly Gallagher, LLP<br>1201 North Market St., 20th Fl.<br>Wilmington, DE 19801-1147 |
| Meridian Law, PLLC<br>2900 Vanderbilt Place<br>Suite 100<br>Nashville, TN 37212-2518 | Newtek Small Business Finance, LLC<br>1981 Marcus Avenue<br>Suite 130<br>Lake Success, NY 11042-1046 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| United States of America on behalf of the In | 701 Broadway Room 170<br>Nashville, TN 37203-3979 | 123 GETLINK<br>1476 LEXINGTON AVE, SUITE 1B<br>NEW YORK, NY 10128-2546 |
| 5909 SEDBERRY ROAD<br>NASHVILLE, TN 37205-3221 | ABBOTT LABORATORIES INC.<br>P.O. BOX 100997<br>ATLANTA, GA  30384-0997 | ACCENT<br>P. O. BOX 952366<br>ST. LOUIS, MO 63195-2366 |
| ACCESS<br>P.O. BOX 101048<br>ATLANTA, GA  30392-1048 | ADVANCE SIGNS & GRAPHICS<br>1005 WEST MAIN STREET<br>LEBANON, TN 37087-3301 | AETNA<br>P. O. BOX 14079<br>LEXINGTON, KY 40512-4079 |
| AETNA INSURANCE COMPANY<br>P. O. BOX 784836<br>PHILADELPHIA, PA 19178-4836 | AFTERMATH CLAIM SERVICE<br>1212 S NAPER BOULEVARD<br>NAPERVILLE, IL 60540-8360 | AKHENIA CONERLY<br>296 RALEIGH DR, APT. B<br>CLARKSVILLE, TN 37043-1971 |
| ALEXANDRIA MILLER<br>748 SHELTON CIRCLE<br>CLARKSVILLE TN 37042-7108 | ALISON HOPKINS<br>1346 SWEETWATER DRIVE<br>BRENTWOOD, TN 37027-7871 | AMANDA BURLISON<br>407 ROLLINGWOOD CROSSING<br>LEBANON TN 37087-3183 |
| AMANDA GREENE<br>3617 HUNTINGBORO TRAIL<br>ANTIOCH, TN 37013-4947 | AMBER SAUNDERS<br>4121 SHACKLETT RD<br>MURFREESBORO, TN 37129 | AMERICAN ACADEMY OF PEDIATRICS<br>72103 EAGLE WAY<br>CHICAGO, IL  60678-7251 |

| | | |
|---|---|---|
| AMERICAN MESSAGING<br>P. O. BOX 5749<br>CAROL STREAM, IL 60197-5749 | AMERICAN PLUMBING PROFESSIONALS<br>P. O. BOX 111542<br>NASHVILLE, TN 37222-1542 | AMERICAN PROFICIENCY INSTITUTE<br>DEPARTMENT 9526, P. O. BOX 30516<br>LANSING, MI 48909-8016 |
| AMERICAN PROFICIENCY INSTITUTE DEP 9526<br>P. O. BOX 30516<br>LANSING, MI 48909-8016 | ANA CORDERO<br>100 VERNON TRAYLOR DR<br>SMYRNA TN 37167-5940 | ANDREA BROZEWSKI<br>303 EARHEART RD<br>HERMITAGE, TN 37076 |
| ANDREA BROZEWSKI<br>3036 EARHEART RD<br>HERMITAGE, TN 37076-3705 | ANDREA HULAN<br>812 QUEEN ANNES COURT<br>NOLENSVILLE, TN 37135-4100 | ANGELA FRAZIER<br>13859 CAINSVILLE RD<br>LEBANON, TN 37090-7786 |
| ANGELICA P. GUZMAN<br>1933 FAWNS CREEK CROSSING<br>MT. JULIET TN 37122-1229 | AQUARIUM MAINTENANCE SERVICE<br>P. O. BOX 1856<br>COLUMBIA, TN 38402-1856 | ARACELY DEODANES<br>109 PADDLE WHEEL CT<br>NASHVILLE TN 37214-1134 |
| ASD SPECIALTY HEALTHCARE LLC<br>MORTON R BRANZBURG ESQUIRE<br>C O KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET STREET SUITE 1400<br>PHILADELPHIA PA 19103-2945 | ASE TECHNOLOGY<br>7113 PEACH COURT, SUITE 200<br>BRENTWOOD, TN 37027-3240 | AT&T<br>P.O. BOX 105068<br>ATLANTA, GA 30348-5068 |
| ATHENAHEALTH, INC.<br>311 ARSENAL STREET<br>WATERTOWN, MA 02472-2785 | ATMOS ENERGY<br>P. O.  BOX 790311<br>ST. LOUIS, MO 63179-0311 | ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265-0205 |
| AUDIOLOGY SYSTEMS, ATTN: SCOTT BREWER<br>50 COMMERCE DRIVE, SUITE 180<br>SCHAUMBURG, IL 60173-5312 | AUDIOLOGY SYSTEMS, INC<br>DEPT CH 16948<br>PALATINE, IL 60055-6948 | AUTISM SPEAKS<br>900 CIRCLE 75 PKWY STE 445<br>ATLANTA, GA 30339-3061 |
| Aetna Inc.<br>attn: Aaron McCollough<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste. 4100<br>Chicago, IL 60601-1818 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Andrew B. Glaab, Esq.<br>Cohn & Dussi, LLC<br>68 Harrison Ave., Suite 502<br>Boston, MA 02111-1929 |
| BARTON & ASSOCIATES<br>P.O. BOX 417844<br>BOSTON, MA  02241-7844 | BASS, BERRY & SIMS PLC<br>150 THIRD AVENUE SOUTH, SUITE 2800<br>NASHVILLE, TN 37201-2017 | BCBS OF TN, ATTN: CLAIM REFUND DEPT<br>1 CAMERON HILL CIRCLE, BLDG 13<br>CHATTANOOGA, TN 37402-0013 |
| BCBST<br>1 CAMERON HILL CIRCLE<br>CHATTANOOGA, TN 37402-0031 | BENTLEY'S AIR CONDITIONING<br>109 HARTMANN DRIVE<br>LEBANON, TN 37087-2515 | BERKSHIRE HATHAWAY GUARD INS COMPANY<br>P.O. BOX 785570<br>PHILADELPHIA, PA 19178-5570 |

| | | |
|---|---|---|
| BESSE MEDICAL<br>c/o Alan S. Kleiman ,Esq.<br>Mendelson Law Firm<br>P.O. Box 17235<br>Memphis, TN 38187-0235 | BESSE MEDICAL SUPPLY<br>1576 SOLUTIONS CTR<br>CHICAGO, IL 60677-1005 | BETHANY WENGER<br>821 WOODCRAFT DR.<br>NASHVILLE, TN 37214-4355 |
| BETTER BUSINESS SOLUTIONS<br>P.O.BOX 3549<br>BRENTWOOD TN 37024-3549 | BLUECROSS BLUESHIELD OF TN<br>P.O. BOX 6539<br>CAROL STREAM, IL 60197-6539 | BMW PROPERTIES, LLC<br>2420 WEST CLAY DRIVE<br>LEBANON, TN 37087-3168 |
| BMW PROPERTIES, LLC, ATTN: TONYIA WATSON<br>2420 WEST CLAY DRIVE<br>LEBANON, TN 37087-3168 | BRAVO CONSTRUCTION<br>936 CARTHAGE HIGHWAY<br>LEBANON, TN 37087-4613 | BRIDGES<br>935 EDGEHILL AVENUE<br>NASHVILLE, TN 37203-4990 |
| BUS. TAX COLLECTIONS-C/O KY STATE TREAS.<br>PO BOX 491<br>FRANKFORT, KY 40602-0491 | BUTLER SNOW LLP<br>150 3RD AVENUE SOUTH SUITE 1600<br>NASHVILLE, TN 37201-2046 | Barton & Associates, Inc.<br>Cohn & Dussi, LLC<br>68 Harrison Ave. Suite 502<br>Boston, MA 02111-1929 |
| C12 GROUP, MUSIC CITY<br>2000 MALLORY LN, STE 130-56<br>FRANKLIN, TN 37067-8209 | CADS, ATTN: PATRICIAN HANNA<br>1317 SUN VALLEY ROAD<br>CLARKSVILLE, TN 37040-4372 | CAINE & WEINER C/O PITNEY BOWES PURCHASE<br>21210 ERWIN STREET<br>WOODLAND HILLS, CA 91367-3714 |
| CAM REALTY, LLC C/O REALTY GROUP NORTH<br>109 MONTGOMERY AVENUE SUITE 102<br>SCARSDALE, NY 10583-5531 | CAMPBELL, HIGHTOWER C/O NOVARTIS<br>4645 SOUTH LAKESHORE DRIVE #11<br>TEMPE, AZ 85282-7152 | CAMPBELL, HIGHTOWER, & ADAMS C/O NOVARTIS<br>4645 SOUTH LAKESHORE DRIVE #11<br>TEMPE, AZ 85282-7152 |
| CAPSTONE PEDIATRICS, PLLC<br>1420 DONELSON PIKE, SUITE B-17<br>NASHVILLE, TN 37217-3015 | CAROL JOLLY<br>P. O. BOX 680662<br>FRANKLIN, TN 37068-0662 | CASATINA MILLER<br>395 BOSCA COURT<br>CLARKSVILLE TN 37040-6590 |
| CASH CITY<br>1640 HIGHWAY 46 SOUTH<br>Dickson, TN 37055-2748 | CDE LIGHTBAND<br>2021 WILMA RUDOLPH BLVD., P.O.BOX 31509<br>CLARKSVILLE, TN 37040-0026 | CDS BUSINESS SERVICES<br>60 HEMPSTEAD AVE<br>WEST HEMPSTEAD NY 11552-2148 |
| CDS BUSINESS SERVICES, INC.<br>1981 MARCUS AVE, SUITE 130<br>LAKE SUCCESS, NY 11042-1046 | CENTENNIAL MEDICAL STAFF ASSOC.<br>P. O. BOX 150804<br>NASHVILLE, TN 37215-0804 | CENTERSTONE HEALTH<br>1101 SIXTH AVE N<br>NASHVILLE, TN 37208-2650 |
| CHAD S. BOOMERSHINE, MD<br>1219 OLYMPIA PLACE<br>FRANKLIN, TN 37067-5695 | CHAPTER 13 TRUSTEE<br>P. O. BOX 340019<br>NASHVILLE, TN 37203-0019 | CHARTER COMMUNICATIONS<br>P. O. BOX 9001934<br>LOUISVILLE, KY 40290-1934 |

| | | |
|---|---|---|
| CHIRON FINANCIAL, LLC<br>1301 MCKINNEY SUITE 2800<br>HOUSTON, TX 77010-3079 | CHRISTIAN CARE MINISTRY<br>PO BOX 120099<br>WEST MELBOURNE, FL 32912-0099 | CHRISTINA PAASCHE<br>3119 HOLLY POINT<br>CLARKSVILLE TN 37043-8440 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARYLOU KILIAN RICE<br>COMPLIANCE SPECIALIST<br>900 COTTAGE GROVE ROAD B6LPA<br>HARTFORD CT 06152-0001 | CIGNA HEALTHCARE<br>P. O. BOX 644546<br>PITTSBURGH, PA 15264-4546 | CIGNA HEALTHCARE & LIFE INSURANCE CO.<br>P. O. BOX 182223<br>CHATTANOOGA, TN 37422-7223 |
| CIT<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | CITY OF CLARKSVILLE<br>ONE PUBLIC SQUARE, STE 119<br>CLARKSVILLE, TN 37040-3463 | CITY OF CLARKSVILLE<br>P. O. BOX 928<br>CLARKSVILLE, TN 37041-0928 |
| CITY OF LEBANON<br>200 N. CASTLE HEIGHTS AVE N., SUITE 117<br>LEBANON, TN 37087-2772 | CITY OF LEBANON<br>401 PARK DR.<br>LEBANON, TN 37087 | CITY OF MOUNT JULIET<br>2425 NORTH MT. JULIET ROAD<br>MOUNT JULIET, TN 37122-3038 |
| CITY OF MT. JULIET<br>2425 N. MT. JULIET ROAD<br>MT. JULIET, TN 37122-3038 | CITY OF MURFREESBORO<br>111 W. VINE ST., 1ST FLOOR<br>MURFREESBORO, TN 37130-3573 | CITY OF MURFREESBORO<br>P.O. BOX 1139<br>MURFREESBORO, TN 37133-1139 |
| CLARKSVILLE DEPT OF ELECTRICITY<br>PO BOX 31449<br>CLARKSVILLE, TN 37040-0025 | CLEAN IT SUPPLY<br>2212 DEARBORN DR.<br>NASHVILLE, TN 37214-1911 | CLIA LABORATORY PROGRAM<br>P.O. BOX 3056<br>PORTLAND, OR 97208-3056 |
| CLIA LABORATORY PROGRAM<br>P.O. BOX 530882<br>ATLANTA, GA 30353-0882 | COMCAST<br>P. O. BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST BUSINESS<br>PO BOX 530098<br>ATLANTA, GA 30353-0098 |
| COMMERCIAL LAMINATION<br>2801 MURFREESBORO ROAD<br>ANTIOCH, TN 37013-2011 | COMMISSIONER OF FINANCE R. SPRINGER<br>200 CASTLE HEIGHTS AVENUE N<br>LEBANON, TN 37087-2740 | COMPANION LIFE INS CO<br>ATTN: JESSICA FOURNIER, P.O. BOX 100102<br>COLUMBIA, SC 29202-3102 |
| CONCENTRA<br>P.O. BOX 82432<br>ATLANTA, GA 30354-0432 | COOK'S PEST CONTROL<br>P.O. BOX 280390<br>NASHVILLE, TN 37228-0390 | CORPORATE CLEANING SYSTEMS<br>P. O. BOX 40565<br>NASHVILLE, TN 37204-0565 |
| CORY B. COLLIER<br>1505 DEMONBREUN STREET #623<br>NASHVILLE, TN 37203-3564 | CRISTA FEDORA<br>7201 CHARLOTTE PIKE #203<br>NASHVILLE, TN 37209-5065 | CRYSTAL VANN<br>1444 PRIMM ROAD<br>ASHLAND CITY, TN 37015-6254 |

| | | |
|---|---|---|
| CUBESMART<br>1058 MURFREESBORO RD.<br>NASHVILLE, TN 37217-1513 | CUBESMART<br>1202 ANTIOCH PIKE<br>NASHVILLE, TN 37211-3104 | CURTIS BAY ENERGY - TN<br>P. O. BOX 65047<br>BALTIMORE, TN 21264-5047 |
| CUSHMAN & WAKEFIELD/HCA<br>P.O. BOX 281166<br>ATLANTA, GA 30384-1166 | CYNTHIA E. COLLINS<br>2612 POLO COURT<br>NASHVILLE, TN 37211-6993 | Cellco Partnership dba Verizon Wireless<br>William M Vermette<br>220001 Loudoun County PKWY<br>Ashburn, VA 20147 |
| D & L DISTRIBUTORS, INC.<br>P.O. BOX 993<br>BRENTWOOD, TN 37024-0993 | DAY COMMUNICATIONS<br>2200 ROSA L PARKS BLVD<br>NASHVILLE, TN 37228-1306 | DAY COMMUNICATIONS, INC.<br>3212 WEST END AVENUE, SUITE 201<br>NASHVILLE, TN 37203-5835 |
| DCA PHARMACY<br>233 BEDFORD WAY<br>FRANKLIN, TN 37064-5527 | DEA HEADQUARTERS<br>ATTN: REG. SECTION, P. O. BOX 2639<br>SPRINGFIELD, VA 22152-0639 | DEIDRA MCCULLOUGH<br>106 ARCHWOOD DRIVE<br>MADISON, TN 37115-3062 |
| DELTACOM C/O EARTHLINK<br>1058 PO BOX 2252<br>BIRMINGHAM, AL 35246-1058 | DENISE MACLEOD<br>1154 OLD JEFFERSON PIKE<br>SMYRNA TN 37167-5301 | DIANNE WALDRON TREASURER<br>C/O TOWN OF SMYRNA, 315 S. LOWRY STREET<br>SMYRNA, TN 37167-3416 |
| DONEQUA LYONS<br>3424 ELIZABETH JORDAN ST<br>NASHVILLE, TN 37209-3842 | DONNA HAMACHER<br>7409 SOMERSET PL<br>NASHVILLE, TN 37221-4612 | DONNA HAMACHER, MD<br>135 WESTFIELD COURT APT 303<br>CLARKSVILLE, TN 37040-5076 |
| DR. EDDIE D. HAMILTON<br>4822 POST ROAD<br>NASHVILLE, TN 37205-2712 | Donna Michele Hamacher<br>7409 Somerset Pl<br>Nashville, TN 37221-4612 | EATHERLY SERVICES<br>1670 CAIRO BEND ROAD<br>LEBANON, TN 37087-7429 |
| ECHO, INC.<br>101 WESTPARK DRIVE SUITE 140<br>BRENTWOOD, TN 37027-5031 | ECHO, INC. C/O SY.MED DEVELOPMENT, INC.<br>101 WESTPARK DRIVE SUITE 140<br>BRENTWOOD, TN 37027-5031 | ELISABETH BEALE RADISH<br>610 S. 12TH ST.<br>NASHVILLE, TN 37206-3010 |
| ELLKAY, LLC<br>259 CEDAR LANE<br>TEANECK, NJ 07666-3443 | EMELINA QUINONES<br>3042 ACE WINTER MEYER DRIVE<br>LAVERGNE, TN 37086-3472 | EMMA, INC.<br>75 REMITTANCE DRIVE, SUITE 6222<br>CHICAGO, IL 60675-6222 |
| EQUINOX COMMUNICATIONS<br>P.O. BOX 2607<br>BRENTWOOD, TN 37024-2607 | ERICA OMONDI<br>8741 BARREN FORK<br>BON AQUA, TN  37025 | ERIKA MONTEZ<br>6675 HICKORY SPRINGS DR<br>SAN ANTONIO TX 78249 |

| | | |
|---|---|---|
| ESTALEE DUNCAN<br>216 LUCKY DR<br>NASHVILLE, TN 37211-4905 | FAIRWAY - GALT, LLC<br>728 SHADES CREEK PKY, SUITE 200<br>BIRMINGHAM, AL 35209-4453 | FAMILIES MAGAZINE<br>P. O. BOX 729<br>HOPKINSVILLE, KY 42241-0729 |
| FIRE SAFETY EQUIPMENT & SERVICE<br>4099 BERNARD RD.<br>JOELTON, TN 37080-8932 | FLEXENTIAL F/K/A PEAK 10<br>P.O. BOX 536933<br>ATLANTA, GA 30353-6933 | FOUR PLUS CORPORATION C/O 511 GROUP<br>1850 NASHVILLE CITY CENTER<br>511 UNION ST NASHVILLE, TN 37219 |
| FRANKLIN COLLECTION SERVICE, INC.<br>P. O. BOX 3910<br>TUPELO, MS 38803-3910 | FREELAND REALTY 4 LLC<br>5333 HICKORY HOLLOW PKWY<br>ANTIOCH, TN 37013-3109 | Fairway-Galt, LLC<br>c/o Sean C. Kirk, Bone McAllester Norton<br>511 Union St., Suite 1600<br>Nashville, TN 37219-1780 |
| Four Plus Corporation<br>c/o Ryan K. Cochran<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, 27th Fl<br>Nashville, TN 37219-1733 | GARY GRIFFIETH, M.D.<br>9045 KEATS STREET<br>FRANKLIN, TN 37064-3162 | GATEWAY MOB - CLARKSVILLE, TN C/O ARHC<br>PO BOX 714423<br>CINCINNATI, OH 45271-4423 |
| GERRI WHITE<br>2212 DEARBORN DR<br>NASHVILLE, TN 37214-1911 | GLAXOSMITHKLINE PHARMACEUTICALS<br>P. O. BOX 740415<br>ATLANTA, GA 30374-0415 | GLOVER'S LOCK SERVICE<br>514 KRAFT STREET<br>CLARKSVILLE, TN 37040-3055 |
| GN OTOMETRICS NORTH AMERICA<br>P. O. BOX 200980<br>PITTSBURGH, PA 15251-0980 | GO FISH<br>6297 N NEW HOPE RD<br>HERMITAGE, TN 37076-2624 | GORDON N. STOWE & ASSOCIATES, INC.<br>586 PALWAUKEE DR.<br>WHEELING, IL 60090-6047 |
| GREENSBORO SERVICE CENTER<br>P. O. BOX 740800<br>ATLANTA, GA 30374-0800 | GUARDIAN<br>P.O. BOX 677458<br>DALLAS, TX 75267-7458 | H & H HEATING, AIR, & REFRIGERATION<br>2547 MADISON STREET<br>CLARKSVILLE, TN 37043-5499 |
| H & J REALTY<br>8138 MOORES LANE<br>BRENTWOOD, TN 37027-8026 | HAMILTON PAINTING<br>1204 MURFREESBORO ROAD<br>LEBANON, TN 37090-5301 | HANOVER INSURANCE GROUP<br>P.O. BOX 580045<br>CHARLOTTE, NC 28258-0045 |
| HARPETH ANSWERING & COMMUNICATIONS<br>506 HILLSBORO BOULEVARD SUITE 106<br>MANCHESTER, TN 37355-1975 | HARRIS BRAND RECRUITING<br>3100 ROSENDALE ROAD<br>NISKAYUNA, NY 12309-1510 | HARRIS FAMILY PHARMACY<br>1157 FORT CAMPBELL BLVD<br>CLARKSVILLE, TN 37042-6426 |
| HARRIS, KLEIN ASSOCIATES, INC.<br>P. O. BOX 2087<br>WOODSTOCK, GA 30188-1398 | HARRISON'S LOCK SERVICE<br>307 WEST MAIN STREET, SUITE H<br>LEBANON, TN 37087-3596 | HARTMANN CENTRAL, LLC<br>1418 PALMER ROAD<br>LEBANON, TN 37090-8202 |

| | | |
|---|---|---|
| HEALTH MEGA MALL<br>336 36TH ST<br>BELLINGHAM WA 98225-6580 | HEALTHAMERICA PA - REFUNDS<br>P. O. BOX 8500-784182<br>PHILADELPHIA, PA 19178-4182 | HEALTHSCOPE BENEFITS<br>27 CORPORATE HILL DRIVE<br>LITTLE ROCK, AR 72205-4537 |
| HEARTHSTONE PROPERTIES, LLC<br>4925 VETERANS PARKWAY<br>MURFREESBORO, TN 37128-3961 | HENRY SCHEIN<br>DEPT CH 10241<br>PALATINE, IL 60055-0241 | HERBERT BARRON<br>121 SANDI'S LN<br>PALMYRA, TN 37142-1200 |
| HICKS HVAC<br>991 BRILEY PARKWAY<br>NASHVILLE, TN 37217-1901 | (p)HILLER LLC<br>915 MURFREESBORO PIKE<br>NASHVILLE TN 37217-1501 | HOLLY MILLER<br>317 50TH AVENUE NORTH<br>NASHVILLE, TN 37209-3457 |
| HOSKINS & COMPANY<br>1900 CHURCH STREET, SUITE 200<br>NASHVILLE, TN 37203-2288 | HUMANA<br>P. O. BOX 931655<br>ATLANTA, GA 31193-1655 | ICG LINK, INC.<br>7003 CHADWICK DRIVE, SUITE 111<br>BRENTWOOD, TN 37027-5288 |
| INETCO, LLC<br>190B SAUNDERSVILLE ROAD<br>HENDERSONVILLE, TN 37075-8901 | INFINISOURCE, ATTN: STACEY BOYD<br>15 E WASHINGTON STREET<br>COLDWATER, MI 49036-1981 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 | JACLYN PEREZ<br>107 RUDOLPH DR<br>CLARKSVILLE TN 37040-3849 | JASMINE GIBSON<br>1622 BENTRIDGE CIRCLE<br>ANTIOCH TN 37013-3740 |
| JASMINE GIBSON<br>1622 BRENTRIDGE CIR<br>ANTIOCH, TN 37013-3740 | JENNIFER MOJICA<br>400 TOLL HOUSE CIRCLE<br>FRANKLIN TN 37064 | JENNIFER STRICKLAND<br>1204 HARTFIELD CT<br>ANTIOCH, TN 37013-2262 |
| JENNIFER WATSON<br>143 HENDON MEMORIAL RD<br>SHELBYVILLE, TN 37160-3150 | JERRY GILTZ<br>1000 WORTHINGTON LANE, APT 10-207<br>SPRING HILL, TN 37174-4100 | JEWELL MECHANICAL<br>1000 ELM HILL PIKE<br>NASHVILLE, TN 37210-3504 |
| JIHAN SHUKRI<br>360 BELL ROAD, APT 303<br>ANTIOCH, TN 37013 | JONATHAN GARCIA<br>1017 TOWNLEY DR.<br>MADISON, TN 37115-4424 | JONATHAN SPANIER, MD<br>1032 GRACELAWN DR<br>BRENTWOOD TN 37027-5504 |
| JUNE D. BRYANT<br>4004 SOUTHRIDGE BLVD<br>MURFREESBORO TN 37128-6854 | KACIE WILKES<br>2521 ARBOR MIST TRAIL<br>HIXON, TN 37343-4538 | KAREN BLOUNT<br>5582 B ZAPATA DRIVE<br>PEGRAM, TN 37143-2300 |

| | | |
|---|---|---|
| KAREN CHAFFIN<br>5909 SEDBERRY ROAD<br>NASHVILLE, TN 37205-3221 | KATHLEEN WEAKLEY<br>1928 STREAMFIELD COURT<br>ANTIOCH, TN 37013-5753 | KATHY S. GRIFFIETH<br>9045 KEATS STREET<br>FRANKLIN, TN 37064-3162 |
| KELLY EIGNER<br>310 GROSS LANE<br>HARTSVILLE, TN 37074-3637 | KENTUCKY STATE TREASURER<br>501 HIGH ST., P.O. BOX 491<br>FRANKFORT, KY 40601-2103 | KHALID ABDULKHALIG<br>114 GARDENIA STREET<br>MT. PLEASANT, TN 38474-1803 |
| KOFI ASARE-BAWUAH<br>1225 PLUMERIA PL<br>NOLENSVILLE, TN 37135-9591 | Kentucky Department of Revenue<br>P.O. Box 5222<br>Frankfort, KY 40602-5222 | LABCORP<br>PO BOX 12140<br>BURLINGTON, NC 27216-2140 |
| LABPLUS<br>PO BOX 504975<br>ST.LOUIS MO 63150-4975 | LAMONT, HANLEY, & ASSOCIATES, INC.<br>P. O. BOX 179<br>MANCHESTER, NH 03105-0179 | LBMC, PC<br>P. O. BOX 1869<br>BRENTWOOD, TN 37024-1869 |
| LEAP SOLUTIONS<br>213 W MAPLEWOOD LN, STE 350<br>NASHVILLE, TN 37207-2992 | LEIGHANN BRINKLEY<br>901 NORTHERN DANCE LANE<br>ELGIN, SC 29045-7127 | LESLIE KOMULAINEN<br>229 CEDAR BEND CIRCLE<br>CLARKSVILLE TN 37043-1881 |
| LINDSEY HERNANDEZ<br>1108 PROUD EAGLE<br>EAGLEVILLE, TN 37060-4261 | LISA LEWIS<br>1004 PEMBROOK POINT<br>MT. JULIET, TN 37122-8585 | LONGWELL CLEANING SERVICES<br>2274 HIGH MEADOW DRIVE<br>MURFREESBORO, TN 37129-4029 |
| LORIE MARSH<br>1984 SUGAR FLAT ROAD<br>LEBANON TN 37087-7263 | LUCY MARTIN<br>710 CLEO MARTIN DR, APT 340<br>NASHVILLE TN 37206 | M AND S HOLDINGS LLC<br>1511 SUNSET RD<br>BRENTWOOD, TN 37027-3511 |
| MAILFINANCE, INC<br>DEPT 3682, PO BOX 123682<br>DALLAS, TX 75312-3682 | MAIN STREET MEDIA OF TN<br>GOULD ENTERPRISES INC., P. O. BOX 8156<br>GALLATIN, TN 37066-8156 | MAINE STANDARDS CO., LLC<br>221 US ROUTE 1<br>CUMBERLAND FORESIDE, ME 04110-1345 |
| MAISAM ALKHAFAJI<br>109 SHATKLATT LANE COURT<br>ANTIOCH, TN 37013-3628 | MARY RUTH SCOBEY MD<br>344 TIMBERDALE CT.<br>NASHVILLE, TN 37211-5157 | MARY RUTH SCOBEY, MD<br>504 ENGLISH VILLAGE DR<br>NASHVILLE TN 37211 |
| MB LAB CONSULTING<br>1106 GETTYSVUE WAY<br>KNOXVILLE TN 37922-5982 | MBLAB CONSULTING<br>1106 GETTYSVUE WAY<br>KNOXVILLE TN 37922-5982 | MCCURRY CONSTRUCTION, LLC<br>2207 SAINT JOSEPH'S COURT<br>BRENTWOOD, TN 37027-1806 |

| | | |
|---|---|---|
| MCKESSON CORPORATION<br>P. O. BOX 634404<br>CINCINNATI, OH 45263-4404 | MCKESSON MEDICAL SURGICAL<br>P. O. BOX 634404<br>CINCINNATI, OH 45263-4404 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 |
| MEDSAFE TOTAL COMPLIANCE SOLUTIONS, INC.<br>27 MICA LANE, SUITE 208<br>WELLESLEY HILLS, MA 02481-1741 | MEGAN THOMAS<br>1606 SAMUEL DR<br>CLARKSVILLE TN 37043-1738 | MERCK SHARP & DOHME, CORP.<br>P. O. BOX 5254<br>CAROL STREAM, IL 60197-5254 |
| MERIDIAN LAW, PLLC<br>2002 RICHARD JONES ROAD, SUITE B-200<br>NASHVILLE, TN 37215-2892 | METRO TRUSTEE PERSONALTY TAX DEPT<br>P. O. BOX 305012<br>NASHVILLE, TN 37230-5012 | METROPOLITAN TRUSTEE<br>P.O. BOX 196300<br>NASHVILLE, TN 37219-6300 |
| MHBP FEDERAL EMPLOYEES HEALTH BENEFITS<br>P. O. BOX 8402<br>LONDON, KY 40742-8402 | MICRO AUDIOMETRICS CORP.<br>655 KELLER ROAD<br>MURPHY, NC 28906-5890 | MID-STATE COMMUNICATIONS<br>504 HILLSBORO BLVD<br>MANCHESTER, TN 37355-1767 |
| MIDDLE TN ELECTRIC MEMBERSHIP CORP<br>PO BOX 220<br>LEBANON, TN 37088-0220 | MINT CONDITION<br>101 SE PARKWAY CT SUITE 230<br>FRANKLIN, TN 37064-4022 | MOB 147 OF TN C/O HOLLADAY - SKYLINE<br>P. O. BOX 404485<br>ATLANTA, GA 30384-4485 |
| MOB 147 OF TN C/O HOLLADAY PROPERTIES<br>P. O. BOX 404485<br>ATLANTA, GA 30384-4485 | MODERN BABIES AND CHILDREN NASHVILLE<br>1050 GLENBROOK WAY SUITE 480-145<br>HENDERSONVILLE, TN 37075-1241 | MONTGOMERY COUNTY TRUSTEE<br>P. O. BOX 1005<br>CLARKSVILLE, TN 37041-1005 |
| MURFREESBORO ELECTRIC DEPARTMENT<br>P.O. BOX 9<br>MURFREESBORO, TN 37133-0009 | MUTUAL OF OMAHA<br>P. O. BOX 2147<br>OMAHA, NE 68103-2147 | McCurry Construction, LLC<br>5243 Harding Place<br>Nashville, TN 37217-2901 |
| Metropolitan Government--Nashville & Davidso<br>Post Office Box 196300<br>Nashville, TN 37219-6300 | NASHVILLE AREA HISPANIC CHAMBER OF COM.<br>P. O. BOX 40541<br>NASHVILLE, TN 37204-0541 | (p)NASHVILLE ELECTRIC SERVICE<br>ATTN CREDIT DEPARTMENT<br>1214 CHURCH STREET<br>NASHVILLE TN 37246-0002 |
| NASHVILLE, TN 37219<br>CORPORATE CLEANING SYSTEMS<br>P. O. BOX 40565<br>NASHVILLE, TN 37204-0565 | NATUS MEDICAL, INC.<br>DEPT. 33768, P. O. BOX 39000<br>SAN FRANCISCO, CA 94139-0001 | NAVICURE, INC.<br>2055 SUGARLOAF CIRCLE SUITE 600<br>DULUTH, GA 30097-4131 |
| NEOFUNDS BY NEOPOST<br>P. O. BOX 30193<br>TAMPA, FL 33630-3193 | NEWTEK SMALL BUSINESS FINANCE LLC<br>P. O. BOX 297<br>LAUREL, NY 11948-0297 | NEWTEK TECHNOLOGY SERVICES<br>2550 W UNION HILLS DRIVE SUITE 390<br>PHOENIX, AZ 85027-5197 |

| | | |
|---|---|---|
| NEXTGEN HEALTHCARE C/O QUALITY SYSTEMS<br>P. O. BOX 809390<br>CHICAGO, IL 60680-9390 | NIC USA, INC. TN DIV C/O TN ANYTIME<br>P. O. BOX 504212<br>ST. LOUIS, MO 63150-4212 | NIC USA, INC. TN DIVISION C/O TN ANYTIME<br>P. O. BOX 504212<br>ST. LOUIS, MO 63150-4212 |
| NOVACOPY, INC.<br>P. O. BOX 372, DEPT 200<br>MEMPHIS, TN 38101-0372 | NOVAGEN<br>10245 WEST LITTLE YORK RD. SUITE 400<br>HOUSTON TX 77040-2937 | NOVARTIS VACCINES & DIAGNOSTICS INC.<br>4645 S. LAKESHORE DRIVE #11<br>TEMPE, AZ 85282-7152 |
| NTL CONTACT CTR MGMT, ATTN: C. BENNETT<br>2501 PARK PLAZA BLDG 1-4W<br>NASHVILLE, TN 37203-1512 | OAKTREE PRODUCTS, INC.<br>610 SPIRIT VALLEY<br>EAST CHESTERFIELD, MO 63005 | OCCUPATIONAL HEALTH CTRS OF THE SW, P.A.<br>CO. C/O CONCENTRA, P. O. BOX 82432<br>ATLANTA, GA 30354-0432 |
| OFFICE DEPOT, INC.<br>P. O. BOX 633301<br>CINCINNATI, OH 45263-3301 | ORTHO CLINICAL DIAGNOSTICS<br>100 INDIGO CREEK DRIVE<br>ROCHESTER, NY 14626-5101 | OTOMETRICS<br>P.O. BOX 200980<br>PITTSBURGH, PA 15251-0980 |
| Office of the United States Trustee<br>701 Broadway, Suite 318<br>Nashville, TN 37203-3966 | PAULETTE POE<br>402 FABIAN PLACE<br>CLARKSVILLE, TN 37043-5941 | PAYMENT RESOLUTION SERVICES<br>ATTN: MSC 410836, P. O. BOX 415000<br>NASHVILLE, TN 37241-0836 |
| PEAK 10, INC.<br>P.O. BOX 536933<br>ATLANTA, GA 30353-6933 | PEDSTEST.COM<br>1013 AUSTIN COURT<br>NOLENSVILLE, TN 37135-9737 | PERFORMANCE BUSINESS FORMS<br>200 BLANTON AVENUE<br>NASHVILLE, TN 37210-4704 |
| PERRY CARLSON<br>5091 PINE HILL RD<br>NASHVILLE, TN 37221-5015 | PFIZER INC<br>P.O. BOX 100539<br>ATLANTA, GA 30384-0539 | PGBA, LLC - TRICARE REFUNDS<br>P. O. BOX 100279<br>COLUMBIA, SC 29202-3279 |
| PHILADELPHIA, PA 19178-4182<br>AETNA INSURANCE COMPANY<br>P. O. BOX 784836<br>PHILADELPHIA, PA 19178-4836 | PIEDMONT NATURAL GAS<br>4339 S TRYON ST,<br>attn: ch11<br>CHARLOTTE, NC 28217-1733 | PIEDMONT NATURAL GAS<br>P. O. BOX 660920<br>DALLAS, TX 75266-0920 |
| PINNACLE SERVICE, INC. OF TN<br>C/O PHILLIP KIRK, ATTORNEY AT LAW<br>102 WOODMONT BOULEVARD, SUITE 200<br>NASHVILLE, TN 37205-2216 | PINNACLE SERVICES, INC.<br>2817 WEST END AVENUE, SUITE 126-384<br>NASHVILLE, TN 37203-1453 | PITNEY BOWES<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 |
| PITNEY BOWES PURCHASE POWER<br>21210 ERWIN ST<br>WOODLAND HILLS, CA 91367-3714 | PRACTICE SUITE, INC.<br>P.O. BOX 15124<br>FREMONT, CA 94539-2224 | PRACTIECLINK LIMITED<br>PO BOX 100<br>HINTON, WV 25951-0100 |

| | | |
|---|---|---|
| PRECISION ROLLER<br>2102 W QUAIL AE, SUITE 1<br>PHOENIX AZ 85027-2656 | PREMIER PARKING<br>421 CHURCH STREET<br>NASHVILLE, TN 37219-2501 | PRIORITY NASHVILLE CONTRACTING, LLC<br>P. O. BOX 41830<br>NASHVILLE, TN 37204-1830 |
| PROASSURANCE CO RISK RESOURCE DEPT<br>P. O. BOX 809196<br>CHICAGO, IL 60680-9196 | PROASSURANCE INDEMNITY COMPANY, INC.<br>P. O. BOX 952315<br>DALLAS, TX 75395-2315 | PROIMAGE FACILITY SERVICES, LLC<br>15115 OLD HICKORY BOULEVARD, SUITE B<br>NASHVILLE, TN 37211-6585 |
| PROP. MGMT ASSOC. OF WNY, ATTN: L. STANG<br>90 EARHART DR SUITE 6<br>WILLIAMSVILLE, NY 14221-7802 | PROSAD KONA<br>22 AVENTURA DRIVE<br>MOUNT JULIET, TN 37122 | PROSAD KONA<br>522 AVENTURA DR.<br>MOUNT JULIET, TN 37122-6429 |
| PSS PHYSICIAN SALES & SERVICE, INC.<br>4105 ROYAL DR, STE 600<br>KENNESAW, GA 30144-6439 | Paddock TN Equities, LLC<br>c/o Seth M. McInteer<br>McInteer & O'Rear PLC<br>2801 12th Ave. S.<br>Nashville, TN 37204-2507 | RAY & CHRISTINE FOCHLER<br>1765 HIGHWAY 25 WEST<br>GALLATIN, TN 37066-6112 |
| RAY FOCHLER<br>1765 HWY 25<br>GALLATIN TN 37066-6112 | REAL TIME TRANSLATION, INC<br>716 COUNTY RD 10 NE #174<br>BLAINE MN 55434-2331 | REC. MGMT SERVICES, C/O STAPLES ADVANTAGE<br>7525 WEST CAMPUS RD<br>NEW ALBANY, OH 43054-1121 |
| RECALL TOTAL INFORMATION MANAGEMENT<br>015295 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0001 | REGINALD KING<br>P. O. BOX 150214<br>NASHVILLE, TN 37215-0214 | REVIVE HEALTH<br>209 10TH AVENUE SOUTH SUITE 214<br>NASHVILLE, TN 37203-0711 |
| RICHARDS & RICHARDS<br>P.O. BOX 17070<br>NASHVILLE, TN 37217-0070 | RICHELLE DEHARDE<br>3443 BINKLEY ROAD<br>JOELTON, TN 37080-8745 | ROBBIE RODGERS<br>406 2ND AVE<br>MURFREESBORO TN 37130-4800 |
| RODERICK BAHNER<br>P.O. BOX 2191<br>BRENTWOOD, TN 37024-2191 | RUTHERFORD COUNTY CHANCERY COURT<br>116 W. LYTLE ST., SUITE 5101<br>MURFREESBORO, TN 37130-3627 | RUTHERFORD COUNTY TRUSTEE<br>P.O. BOX 1316<br>MURFREESBORO, TN 37133-1316 |
| SAFE CLEAN<br>164 MCCALL ST<br>NASHVILLE TN 37211-3089 | SAFEPOINT, LLC<br>1214 HUNTERS POINT PIKE, SUITE A<br>LEBANON, TN 37087-1100 | SANOFI PASTEUR, INC.<br>12458 COLLECTIONS CENTER DR.<br>CHICAGO, IL. 60693-0001 |
| SCARLETT LEADERSHIP INSTITUTE<br>840 CRESCENT CENTRE DRIVE SUITE 120<br>FRANKLIN, TN 37067-4632 | SCHATONEA NEWBY<br>255 CATHY JO DR<br>NASHVILLE, TN 37211-3814 | SCOTTY W. HARRIS<br>281 HICKORY HOLLOW TERRACE<br>ANTIOCH, TN 37013-2127 |

| | | |
|---|---|---|
| SHAMEKIA CLINTON<br>1052 E MONICA DR<br>CLARKSVILLE TN 37042-6712 | SHANTANIK GREEN<br>932 OAK MEADOW<br>FRANKLIN TN 37064 | SHONTA STEWART<br>606 FAIRGROUNDS CT<br>LEBANON, TN 37087-2274 |
| SHORETEL INC. A/K/A MITEL<br>4921 SOLUTION CENTER<br>CHICAGO, IL 60677-4009 | SHRED ON THE RUN<br>5904 ROBERTSON AVENUE<br>NASHVILLE, TN 37209-1853 | SHRED-IT USA<br>P. O. BOX 13574<br>NEW YORK, NY 10087-3574 |
| SITEX CORPORATION<br>P. O. BOX 38<br>HENDERSON, KY 42419-0038 | SL MANAGEMENT GROUP TN LLC<br>788 MORRIS TURNPIKE<br>SHORT HILLS, NJ 07078-2634 | SLADJA MILEDIC<br>845 WINDSOR GREEN BLVD<br>GOODLETTSVILLE, TN 37072-2124 |
| SMILEMAKERS<br>P. O. BOX 2543<br>SPARTANBURG, SC 29304-2543 | SMYRNA MOB, LLC C/O THE STANTON GROUP<br>P. O. BOX 993<br>BRENTWOOD, TN 37024-0993 | SNH MED. OFFICE PROPS. TRUST C/O REIT<br>DEPT 1600 P. O. BOX 538601<br>ATLANTA, GA 30353-8601 |
| SNH Medical Office Properties Trust<br>c/o Milton S. McGee, III<br>Gregory S. Reynolds<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203-2301 | SNH Medical Office Properties Trust<br>c/o Milton S. McGee, III<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203-2301 | SPRING HILL CITY HALL<br>P. O. BOX 789<br>SPRING HILL, TN 37174-0789 |
| ST. THOMAS HEALTH MEDIAL AFFAIRS<br>P. O. BOX 380<br>NASHVILLE, TN 37202-0380 | ST. THOMAS MEDICAL STAFF FUND<br>4220 HARDING ROAD<br>NASHVILLE, TN 37205-2005 | ST. THOMAS RUTHERFORD, ATTN: STR FINANCE<br>501 GREAT CIRCLE ROAD SUITE 300<br>NASHVILLE, TN 37228-1332 |
| STAPLES ADVANTAGE<br>7525 W. CAMPUS RD.<br>NEW ALBANY, OH 43054-1121 | STATE FARM INSURANCE COMPANIES<br>P.O. BOX 588002<br>NORTH METRO, GA 30029-8002 | STEPHEN A. TISDELL C/O TISDELL ASSOC.<br>1600 ROSEWOOD COURT<br>BRENTWOOD, TN 37027-7954 |
| STERICYCLE, INC., ATTN: SUE HARDER<br>4010 COMMERCIAL AVE<br>NORTHBROOK, IL 60062-1829 | STORAGE SOLUTIONS<br>2876 OLD FORT PARKWAY<br>MURFREESBORO, TN 37128-4157 | STORPLACE OF MEDICAL CENTER NASHVILLE<br>1615 CHARLOTTE AVE<br>NASHVILLE, TN 37203-2906 |
| TAMER EL-MAHDY<br>309 NW 18TH STREET, APT 907<br>ANKENY, IA 50023-4267 | TATANISHA SMITH MD<br>1412 BRENTWOOD TERRACE<br>NASHVILLE, TN 37211-7267 | TE'AIRRA GUINN<br>499 SWISS AVE, APT 116A<br>NASHVILLE TN 37211-8356 |
| TED R. SANDERS MOVING & WAREHOUSE, INC.<br>P. O. BOX 90202<br>NASHVILLE, TN 37209-0202 | TEN TIMES BETTER CORPORATION<br>923 OLDHAM DRIVE #851<br>NOLENSVILLE, TN 37135-7517 | TENNESSEE ANYTIME<br>NIC USA INC., P.O. BOX 504212<br>ST. LOUIS, MO 63150-4212 |

| | | |
|---|---|---|
| TENNESSEE DEPT OF REVENUE<br>500 DEADRICK ST<br>NASVHILLE, TN 37242-0002 | TENNESSEE FOREIGN LANGUAGE INST.<br>220 FRENCH LANDING DRIVE SUITE 1-B<br>NASHVILLE, TN 37243-1002 | TENNESSEE FOREIGN LANGUAGE INSTITUTE<br>220 FRENCH LANDING DRIVE SUITE 1-B<br>NASHVILLE, TN 37243-1002 |
| TENNESSEE MECHANICAL CORP.<br>TMC 101 GENERAL FORREST COURT<br>SMYRNA, TN 37167-4273 | THE CSI COMPANIES, INC.<br>P. O. BOX 890841<br>CHARLOTTE, NC 28289-0841 | THE MATHEWS COMPANY<br>P. O. BOX 22149<br>NASHVILLE, TN 37202-2149 |
| THE STANTON GROUP<br>P. O. BOX 993<br>BRENTWOOD, TN 37024-0993 | THE TONER DOCTOR<br>PO BOX 94<br>MADAWASKA, ME 04756-0094 | THERACOM, LLC<br>P. O. BOX 640105<br>CINCINNATI, OH 45264-0105 |
| TIM JURISIN PLUMBING, INC.<br>P. O. BOX 3564<br>CLARKSVILLE, TN 37043-3564 | TINA MANSHADI<br>2600 HILLSBORO PK, UNIT 132<br>NASHVILLE, TN 37212-5634 | TMC<br>101 GENERAL FORREST COURT<br>SMYRNA, TN 37167-4273 |
| TN DEPT OF LABOR & WORKFORCE<br>220 FRENCH LANDING DR<br>NASHVILLE, TN 37243-1002 | TN Dept of Labor - Bureau of Unemployment In<br>c/o TN Attorney Generals Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | TONIKA MILAN<br>110 E ST<br>CLARKSVILLE TN 37042-4360 |
| TOTAL COMPLIANCE SOLUTIONS, INC.<br>27 MICA LANE SUITE 208<br>WELLESLEY, MA 02481-1741 | TOTAL COMPLIANCE SOLUTIONS, INC. C/O MEDSAFE<br>27 MICA LANE SUITE 208<br>WELLESLEY, MA 02481-1741 | TOWN OF SMYRNA<br>315 S. LOWRY ST.<br>SMYRNA, TN 37167-3416 |
| TRACY CARTER<br>2503 ANGELYN DR<br>MURFREESBORO, TN 37129-4045 | TRAVIS CROOK, MD<br>1204 JEWELL AVE<br>FRANKLIN, TN 37064-5067 | TRIAGE LOGIC, LLC<br>P. O. BOX 79426<br>BALTIMORE, MD 21279-0426 |
| TW TELECOM<br>P. O. BOX 172567<br>DENVER, CO 80217-2567 | TWO MEN AND A TRUCK<br>4801 ALABAMA AVENUE<br>NASHVILLE, TN 37209-3448 | Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| U.S. Department of Labor obo employees<br>618 Church Street<br>Suite 230<br>Nashville, TN 37219-2440 | UNITED HEALTHCARE<br>ATTN: RECOVERY SERVICES, P.O. BOX 740804<br>ATLANTA, GA 30374-0804 | UNITED HEALTHCARE INSURANCE CO DEPT.<br>CH 10151<br>PALATINE, IL 60055-0151 |
| UNITED HEALTHCARE RECOVERY SERVICES<br>P.O. BOX 101760<br>ATLANTA, GA 30392-1760 | UNITED HEALTHCARE, ATTN: CLAIM REFUND<br>P. O. 209011<br>DALLAS, TX 75320-9011 | UNITED STATES TRUSTEE<br>P.O. BOX 530202<br>ATLANTA, GA 30353-0202 |

| | | |
|---|---|---|
| UP TO DATE<br>230 THIRD AVE<br>WALTHAM, MA 02451-7560 | US HEALTHWORKS<br>P. O. BOX 741827<br>ATLANTA, GA 30374-1827 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street  03B<br>Hartford, CT 06103-3402 | VANDERBILT UNIVERSITY MED CTR<br>DEPT OF FINANCE, DEPT AT 40303<br>ATLANTA, GA  31192-0303 | VANI VEERA, MD<br>1801 MORGAN FARMS WAY<br>BRENTWOOD TN 37027-1422 |
| VANKAT K REDDY, MD<br>P. O. BOX 331034<br>NASHVILLE, TN 37203-7508 | VAXSERVE INC<br>SANOFI PASTEUR INC<br>DISCOVERY DRIVE<br>SWIFTWATER PA 18370 | VAXSERVE, INC.<br>54 GLENMAURA NATIONAL BLVD. STE 301<br>MOOSIC, PA 18507-2161 |
| VERIZON WIRELESS<br>P. O. BOX 660108<br>DALLAS, TX 75266-0108 | VIII FS-NASHVILLE, LLC C/O CTCRES<br>4678 WORLD PARKWAY CIRCLE<br>ST. LOUIS, MO 63134-3114 | VIRGINIA O'CONNELL<br>705 VANVIEW DR, APT. A<br>LEBANON TN 37087-4588 |
| VOLUNTEER WELDING SUPPLY, INC.<br>815 5TH AVENUE SOUTH<br>NASHVILLE, TN 37203-4609 | WALGREENS<br>1419 LAKE COOK RD., MS #L390<br>DEERFIELD, IL 60015-5614 | WASTE MANAGEMENT OF NASHVILLE HAULING<br>PO BOX 9001054<br>LOUISVILLE, KY  40290-1054 |
| WEIGHT LOSS & WELLNESS SERVICES, LLC<br>2801 S MACDILL AVE<br>TAMPA, FL 33629-7223 | WELCH ALLYN, INC. CREDIT DEPARTMENT<br>4341 STATE STREET ROAD<br>SKANEATELES FALLS, NY 13153-5300 | WESTGUARD INSURANCE COMPANY<br>P. O. BOX 785570<br>PHILADELPHIA, PA 19178-5570 |
| WHITE & REASOR<br>3100 WEST END AVE SUITE 1100<br>NASHVILLE, TN 37203-1348 | WILLIAMSON COUNTY TRUSTEE<br>1320 WEST MAIN STREET, STE 203<br>FRANKLIN, TN 37064-3736 | WILLIAMSON COUNTY TRUSTEE<br>P. O. BOX 1365<br>FRANKLIN, TN  37065-1365 |
| WILLIAMSON MED CTR MED. STAFF SERVICES<br>4321 CAROTHERS PARKWAY<br>FRANKLIN, TN 37067-8542 | WILSON COUNTY TRUSTEE, JIM MAJOR<br>P. O. BOX 865<br>LEBANON, TN 37088-0865 | WINDROSE 310 C/O HEALTHCARE PROP. MGRS<br>DEPT 730034 , P. O. BOX 660919<br>DALLAS, TX 75266-0919 |
| WINDSTREAM COMMUNICATIONS<br>P.O. BOX 9001950<br>LOUISVILLE, KY 40290-1950 | WINNIE TOLER<br>1221 KILRUSH DR<br>FRANKLIN TN 37069-4198 | WellTower, Inc.<br>c/o Gary S. Rubenstein<br>Schulman, LeRoy & Bennett PC<br>3310 West End Avenue, Ste. 460<br>Nashville, TN 37203-7601 |
| Wilson County Tennessee<br>109 North Castle Heights Avenue<br>Lebanon, TN 37087-2738 | ZARAH KNIGHT<br>1519 HWY 49 E<br>ASHLAND CITY, TN 37015-2853 | DAVID W HOUSTON IV +<br>BURR & FORMAN LLP<br>222 Second Avenue South<br>Suite 2000<br>NASHVILLE, TN 37201-2385 |

```
EMILY CAMPBELL TAUBE   +
BURR & FORMAN, LLP
222 Second Avenue South
Suite 2000
NASHVILLE, TN 37201-2385
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

NO MAILINGS SENT TO THESE PARTIES

```
HILLER, LLC                          IPFS CORPORATION                        MEDLINE INDUSTRIES, INC.
915 MURFREESBORO PIKE                900 ASHWOOD PARKWAY, SUITE 370          DEPT CH 14400
NASHVILLE TN 37225                   ATLANTA, GA  30338                      PALATINE, IL 60055


NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE, TN  37246-0003
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

NO MAILINGS SENT TO THESE PARTIES

```
(u)ARHC GMCLKTN01, LLC               (u)SL Airpark II, LLC                   (u)SL Airpark, LLC




(u)SNH Medical Office Properties Trust   (d)A-Z Office Resource, Inc.        (d)AMERICAN PROFICIENCY INSTITUTE DEPT 9526
                                         c/o Dalton M. Mounger, Attorney     P. O. BOX 30516
                                         808 S. High St.                    LANSING, MI 48909-8016
                                         Columbia, TN 38401-3241


(u)AR Global d/b/a ARHC GMCLKTN01, LLC   (d)GORDON N. STOWE AND ASSOCIATES, INC.   (u)HEALTHAMERICA PA - REFUNDS
                                         586 PALWAUKEE DRIVE                 P. O. BOX 8500-784182
                                         WHEELING, IL 60090-6047


(d)MERIDIAN LAW, PLLC                (d)Newtek Small Business Finance, LLC   (d)PGBA, LLC TRICARE REFUNDS
2900 VANDERBILT PLACE, SUITE 100     1981 Marcus Avenue, Suite 130           P. O. BOX 100279
NASHVILLE, TN 37212-2518             Lake Success, NY 11042-1046             COLUMBIA, SC 29202-3279


(u)PREMIER PARKING                   (d)THE HANOVER INSURANCE GROUP          (d)U.S. Department of Labor obo employees
421 CHURCH STREET                    P. O. BOX 580045                        618 Church Street, Suite 230
                                     CHARLOTTE, NC 28258-0045                Nashville, TN 37219-2440
```

(d)UNITED HEALTHCARE INSURANCE CO DEPT. CH    (u)LaVon House                        End of Label Matrix
10151 PALATINE, IL 60055-0151                                                       Mailable recipients   420
                                                                                    Bypassed recipients    17
                                                                                    Total                 437