**EXHIBIT A**

**PROPOSED ORDER EXPEDITING HEARING ON MOTION**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

In re:                   )

                          )    Case No: 3:19-bk-1971

CAPSTONE PEDIATRICS, PLLC,   )    Chapter 11

                          )    Judge Randal S. Mashburn

      Debtor.         )

---

## EXPEDITED ORDER SETTING HEARING ON EXPEDITED MOTION FOR ORDER COMPELLING DEBTOR TO VACATE AND SURRENDER PREMISES FOLLOWING REJECTION OF LEASE (CLARKSVILLE LEASE)

---

This matter came before the Court on the *Expedited Motion for Order Compelling Debtor to Vacate and Surrender Premises Following Rejection of Lease (Clarksville Lease)* (the "Expedited Motion") filed by ARHC GMCLKTN01, LLC (the "Landlord"), and upon reviewing said Expedited Motion, the Court finds that cause exists for setting the Expedited Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED THAT:

A.    Any objections to the Expedited Motion shall be filed and served so as to be received by the Court at least one (1) business day prior to the hearing ("Objection Deadline").

B.    The Court will consider the Expedited Motion and may grant the relief requested on an expedited basis in the event that no objections are filed before the Objection Deadline.

C.    A hearing will be held on _____, _____, 2020 at _____.m. in Courtroom 1 of the United States Customs House, 701 Broadway, Nashville, TN 37203

2

[will conducted telephonically. Call-in information is as follows: Call-In Number: 888-363-4749; Access Code: 8979228#].

*[This order was signed and entered electronically as indicated at the top of the first page.]*

Approved for Entry:

/s/Joshua L. Burgener

Joshua L. Burgener
DICKINSON WRIGHT LLP
424 Church Street, Suite 800
Nashville, Tennessee  37219
Telephone:  (615) 244-6538
Facsimile:  (844) 670-6009
Email:  JBurgener@dickinsonwright.com
*Attorney for ARHC GMCLKTN01, LLC*

4832-6503-7249 v4 [59857-179]

3