# EXHIBIT B

## REQUEST FOR SURRENDER OF PREMISES

| | |
|---|---|
| **From:** | William L. Novotny |
| **To:** | "Houston IV, David W." |
| **Cc:** | Trent Taylor (TTaylor@ar-global.com); James S. Rigberg; Joshua L. Burgener; "Sullivan, Tammy"; Schramka, Cori |
| **Subject:** | Capstone Pediatrics, PLLC ("Debtor") -- ARHC GMCLKTN01, LLC ("Landlord") |
| **Date:** | Tuesday, June 16, 2020 11:09:35 AM |
| **Attachments:** | 4822-8947-8336 v1 5th Agreed Order & Stip Extending Lease Assumption Deadline_as entered.pdf |

David:

Pursuant to the terms of the *Fifth Agreed Order and Stipulation Extending the Time for the Debtor to Assume or Reject an Unexpired Lease (Clarksville Lease)* [Docket No. 201] (copy attached), the Debtor had until Monday, June 15, 2020 ("Lease-Assumption Deadline"), to assume the Clarksville Lease, which relates to non-residential real property and improvements located at 647 Dunlop Lane, Clarksville, TN ("Premises"). The Debtor failed to assume the Lease by that Lease-Assumption Deadline.

Pursuant to Section 365(d)(4)(A) of the Bankruptcy Code, the Clarksville Lease is deemed rejected as of today, and the Debtor is required to immediately surrender the Premises to the Landlord:

> [A]n unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the [debtor] shall immediately surrender that nonresidential real property to the lessor, if the [debtor] does not assume or reject the unexpired lease [by the Lease-Assumption Deadline].

Please advise and direct the Debtor to vacate and surrender the Premises to the Landlord by no later than 5:00 p.m. on Tuesday, June 23, 2020. As required by the Clarksville Lease (Section 19.1), (1) the Premises are to be clean and in original condition, except for reasonable wear and tear, (2) all personal property is to be removed, without damage to the Premises, and (3) all keys and codes to the Premises are to be provided to the Landlord.

The Debtor should coordinate the surrender of the Premises with the property manager:

> Cori Schramka
> Direct +1 630 317 0750
> Mobile +1 630 405 3755
> cschramka@hiffman.com

Let me know if the Debtor or you have any questions about the surrender process.

-Bill