**<u>EXHIBIT C</u>**

**PROPOSED ORDER COMPELLING DEBTOR TO VACATE AND
SURRENDER PREMISES**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Chapter 11 |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | |

## ORDER COMPELLING DEBTOR TO VACATE AND
## SURRENDER PREMISES FOLLOWING REJECTION OF LEASE
## (CLARKSVILLE LEASE)

This matter came before the Court on the *Expedited Motion for Order Compelling Debtor to Vacate and Surrender Premises Following Rejection of Lease (Clarksville Lease)* (the "Motion") filed by ARHC GMCLKTN01, LLC (the "Landlord"). Notice of the Motion and of the hearing thereon was sufficient in the particular circumstances. Upon reviewing the Motion, and any objections thereto, the Court finds that cause exists for granting the relief requested by the Motion.

IT IS THEREFORE ORDERED THAT the Debtor, Capstone Pediatrics, PLLC ("Debtor"), shall comply with 11 U.S.C. § 365(d)(4)(A) and, by no later than July ___, 2020, shall vacate and surrender to the Landlord those Premises that are the subject of the Lease between the Landlord and the Debtor and that are located at or near 647 Dunlop Lane, Clarksville, Tennessee.

*[This order was signed and entered electronically as indicated at the top of the first page.]*

2

*Approved for Entry:*

*/s/Joshua L. Burgener*
Joshua L. Burgener
DICKINSON WRIGHT LLP
424 Church Street, Suite 800
Nashville, Tennessee  37219
Telephone:  (615) 244-6538
Facsimile:  (844) 670-6009
Email:  JBurgener@dickinsonwright.com
*Attorney for ARHC GMCLKTN01, LLC*

4845-1271-1873 v2 [59857-179]