```
                          United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                                Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                             Chapter 11
     Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: sdt7475              Page 1 of 1              Date Rcvd: Jun 26, 2020
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc.
               tsaunders@wyattfirm.com
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Connecticut General Life Insurance
               Company tsaunders@wyattfirm.com
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance
               Company, Inc. tsaunders@wyattfirm.com
              DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC
               dpuryear@puryearlawgroup.com,    paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com,    paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;sstarr@burr.com
              GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust
               greynolds@rwjplc.com,    kbarger@rwjplc.com;lnelson@rwjplc.com
              JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
               dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
              MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov
              MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com,
               sdossey@srvhlaw.com
              MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com,
               sdossey@srvhlaw.com
              MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust
               tmcgee@rwjplc.com,   dgibby@rwjplc.com
              NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
              R BURKE KEATY, II    on behalf of Creditor LaVon  House bkeaty@forthepeople.com,
               jkeaty@forthepeople.com;anosal@forthepeople.com
              RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
              THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC
               tom.shumate@meridianlawpllc.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov,    Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com
                                                                                             TOTAL: 23

*Randal S. Mashburn*
*U.S. Bankruptcy Judge*

Dated: 6/26/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## EXPEDITED ORDER SETTING HEARING ON EXPEDITED MOTION FOR ORDER COMPELLING DEBTOR TO VACATE AND SURRENDER PREMISES FOLLOWING REJECTION OF LEASE
## (CLARKSVILLE LEASE)

This matter came before the Court on the *Expedited Motion for Order Compelling Debtor to Vacate and Surrender Premises Following Rejection of Lease (Clarksville Lease)* (the "Expedited Motion") filed by ARHC GMCLKTN01, LLC (the "Landlord"), and upon reviewing said Expedited Motion, the Court finds that cause exists for setting the Expedited Motion for hearing on an expedited basis;

IT IS THEREFORE ORDERED THAT:

A. Any objections to the Expedited Motion shall be filed and served so as to be received by the Court ~~at least one (1) business day prior to the hearing~~ no later than noon on July 6, 2020 ("Objection Deadline").

B.  The Court will consider the Expedited Motion and may grant the relief requested on an expedited basis in the event that no objections are filed before the Objection Deadline.

C.  A hearing will be held on _____, <ins>July 7</ins>, 2020 at <ins>9:30 a</ins>m. ~~in Courtroom 1 of the United States Customs House, 701 Broadway, Nashville, TN 37203~~ <ins>The hearing will be</ins> [~~will~~ conducted telephonically. Call-in information is as follows: Call-In Number: 888-363-4749; Access Code: 8979228#]. <ins>If the parties anticipate having witnesses to testify on any disputed matters, counsel shall inform the Court no later than noon on July 6, 2020, in which event the Court may consider setting the matter for a video hearing at a different time on July 7, 2020.</ins>

*[This order was signed and entered electronically as indicated at the top of the first page.]*

*Approved for Entry:*

*/s/Joshua L. Burgener*

Joshua L. Burgener
DICKINSON WRIGHT LLP
424 Church Street, Suite 800
Nashville, Tennessee  37219
Telephone:  (615) 244-6538
Facsimile:  (844) 670-6009
Email:  JBurgener@dickinsonwright.com
*Attorney for ARHC GMCLKTN01, LLC*

4832-6503-7249 v4 [59857-179]

2

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 229    Filed 06/28/20    Entered 06/28/20 23:49:23    Desc
Imaged Certificate of Notice    Page 3 of 3