**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | Chapter 11 |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | |

**NOTICE OF SUCCESSFUL BIDDER AND**
**PROPOSED ASSET PURCHASE AGREEMENT**

Capstone Pediatrics, PLLC, the above-captioned debtor (the "Debtor"), by and through its undersigned counsel, hereby gives notice that, pursuant to the *EXPEDITED ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS, (II) SCHEDULING BID DEADLINES, AN AUCTION AND SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (V) GRANTING RELATED RELIEF* (the "Bidding Procedures Order"), entered by the Court on May 27, 2020 at Docket No. 216, as amended by the *EXPEDITED ORDER CONTINUING SALE HEARING* (the "Continuation Order"), entered by the Court on June 15, 2020 at Docket No. 223, the following party submitted the qualified bid and is deemed the Successful Bidder:

America Cares Trust (ACT) dba CareNation, a Tennessee Nonprofit Corporation

A copy of the proposed Asset Purchase Agreement is attached as Exhibit A.

Respectfully submitted,

/s/ David W. Houston, IV
David W. Houston, IV, No. 20802
Emily C. Taube, No. 19323
Burr & Forman, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
615-724-3215 (phone)
615-724-3315 (fax)
dhouston@burr.com
etaube@burr.com

*Counsel for Capstone Pediatrics, PLLC*

## <u>CERTIFICATE OF SERVICE</u>

On June 29, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
 David W. Houston, IV (020802)