# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF FILING DECLARATION OF JIM DAVIS

Please take notice that Capstone Pediatrics, PLLC (the "Debtor") has filed the *Declaration of Jim Davis in support of Debtor's Expedited Motion for Entry of an Order (I) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (III) Extending Post-Petition Priming Lien, Determining Claim and Lien Priority on Sale Proceeds, and Directing Disbursement of Sale Proceeds, and (IV) Granting Related Relief* attached hereto.

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## **CERTIFICATE OF SERVICE**

       On July 2, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              /s/ David W. Houston, IV
                                              David W. Houston, IV (020802)

43758612 v1

2

Case 3:19-bk-01971   Doc 231   Filed 07/02/20   Entered 07/02/20 13:16:00   Desc Main
Document   Page 2 of 2