# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## WITNESS AND EXHIBIT LIST

Capstone Pediatrics, PLLC (the "Debtor") respectfully submits the following lists of witnesses and exhibits in connection with the hearing scheduled for July 7, 2020, at 10:30 a.m., in Courtroom One, Customs House, 701 Broadway, Nashville, Tennessee:

WITNESSES:

1. Jim Davis, Chief Restructuring Officer.

Debtor reserves the right to call any witness necessary to rebut testimony or documents of any other party or witness.

EXHIBITS:

A. Declaration of Jim Davis (Docket No. 231); and

B, Asset Purchase Agreement (Exhibit A, Docket No. 230-1).

Debtor hereby reserves the right to introduce any document in the Court's files in the above-styled case, any documents introduced by any other party, and any exhibits offered for rebuttal.

Respectfully Submitted,

/s/ David W. Houston, IV
David W. Houston, IV (20802)
Emily C. Taube (019323)
**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315

dhouston@burr.com
etaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*

## CERTIFICATE OF SERVICE

On July 2, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)