IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## WITNESS AND EXHIBHIT LIST

CDS Business Services, Inc. d/b/a Newtek Business Credit ('CDS") makes the following witness and exhibit list disclosure for the hearing scheduled for July 7, 2020 in this matter. CDS reserves the right to call any witness necessary to rebut testimony or documents of any other party or witness, and to introduce any document in the court's files in the above styled case, any documents introduced by any other party, and any exhibits offered for rebuttal, including but not limited to Debtor's Sale Motion [Doc. 207] and the Notice of Successful Bidder and Proposed APA [Doc. 230].

Respectfully submitted,

/s/ Daniel H. Puryear
Daniel H. Puryear, No.
Puryear Law Group PLLC
104 Woodmont Blvd., Suite 201
Nashville, TN 37205
615-630-6601 (phone)
616-630-6602 (fax)
dpuryear@puryearlawgroup.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was filed electronically on July 3, 2020. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Additionally, notice of this filing was sent via email to:

America Cares Trust (ACT)
C/o Matt Murphy
Smythe, Huff & Murphy, PC
1222 16th Avenue, South
Suite 301
Nashville, TN 37212
mmurphy@smythehuff.com

                                                              */s/ Daniel H. Puryear*
                                                              Daniel H. Puryear