# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: <br><br> CAPSTONE PEDIATRICS, PLLC, <br><br> Debtor. | Case No. 3:19-bk-1971 <br><br> Chapter 11 <br><br> Judge Randal S. Mashburn |

## WITNESS AND EXHIBIT LIST

UnitedHealthcare Insurance Company ("United") makes the following witness and exhibit list disclosure for the hearing scheduled for July 7, 2020. United intends to rely on the following exhibits in support of its cure objection, which were filed via the Court's Electronic Evidence Submission Application on July 3, 2020:

1. Proof of Claim

2. December 30, 2019 Overpayment Letter

3. April 2, 20220 Overpayment Letter

4. June 3, 2020 Overpayment Letter

United reserves the right to call any witness necessary to rebut testimony or documents of any other party or witness, and to introduce any document filed in this case, introduced by any other party, or offered for rebuttal, in addition to those outlined above.

Respectfully submitted,

 /s/ Michael G. Abelow
Michael G. Abelow
Christina R.B. López
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Telephone: (615) 742-4532
Facsimile: (615) 742-4539
mabelow@srvhlaw.com
clopez@srvhlaw.com

and

Latonia C. Williams, Esq.*
Jaime A. Welsh, Esq.*
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
lwilliams@goodwin.com
jwelsh@goodwin.com
*Motions for Admission *Pro Hac Vice* Forthcoming

*Attorneys for UnitedHealthcare Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael G. Abelow*
Michael G. Abelow