# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>CAPSTONE PEDIATRICS, PLLC,<br><br>Debtor. | Case No. 3:19-bk-1971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## ATTORNEY LATONIA C. WILLIAMS

Pursuant to Local Rule 2090-1(b), the undersigned counsel for UnitedHealthcare Insurance Company hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Connecticut. A Certificate of Good Standing from that court will be provided to this Court upon receipt.

Respectfully submitted,

*/s/ Latonia C. Williams*
Latonia C. Williams, Esq. (ct28248)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
lwilliams@goodwin.com

*Attorneys for UnitedHealthcare Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           */s/ Michael G. Abelow*
                                           Michael G. Abelow