**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| In Re: | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | Chapter 11 |
| Debtor. | Judge Randal S. Mashburn |

## REQUEST TO PARTICIPATE BY VIDEO

The undersigned seeks permission to participate by video in the hearing identified below and certifies that the requesting party will comply with the order entered in this case establishing procedures for such hearing:

**Subject of hearing:** Motion to Sell Property

**Date of hearing:** July 7, 2020

**Attorney requesting to appear by video:** Jaime A. Welsh

**Client of attorney requesting to appear by video:** UnitedHealthcare Insurance Company

**Nature of client's Involvement in the case:** Creditor; party to contract that was listed in cure notice

**Anticipated extent of participation in hearing (argument, witness examination, etc.):**

Argument

**E-Mail address to provide video access link and additional instructions:**

jwelsh@goodwin.com

**Any other information pertinent to request:**

A total of two attorneys will appear on behalf of United: The undersigned and Christina R.B. López (as local counsel).

Dated: July 6, 2020

Respectfully submitted,

*/s/ Jaime A. Welsh*
Jaime A. Welsh, Esq. (ct30078)
*Admitted pro hac vice
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5216
jwelsh@goodwin.com

*Attorneys for UnitedHealthcare Insurance
Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael G. Abelow*
Michael G. Abelow