# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: <br><br> CAPSTONE PEDIATRICS, PLLC, <br><br> Debtor. | Case No. 3:19-bk-1971 <br><br> Chapter 11 <br><br> Judge Randal S. Mashburn |

## NOTICE OF FILING

Pursuant to the Court's July 6 Order (ECF No. 239), Latonia C. Williams and Jaime A. Welsh hereby give notice of the filing of Certificates of Good Standing, in connection with their motions to appear *pro hac vice* in this case (ECF Nos. 237 & 238). The Certificates are attached hereto.

Respectfully submitted,

*/s/ Latonia C. Williams*
Latonia C. Williams, Esq. (ct28248)*
Jaime A. Welsh, Esq. (ct30078)*
*Admitted *pro hac vice*
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
lwilliams@goodwin.com
jwelsh@goodwin.com
*Attorneys for UnitedHealthcare Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael G. Abelow*
Michael G. Abelow