# United States District Court for the District of Connecticut



## Certificate of Good Standing

I, Robin D. Tabora, Clerk of this Court, do hereby certify that

# Jaime Ashley Welsh

(Bar #ct30078) was duly admitted to practice in this Court on July 11, 2016 and is in good standing as a member of the Bar of this Court.

Dated at Hartford, Connecticut on July 10, 2020.

Robin D. Tabora, Clerk

by Deputy Clerk: Marquita Peterson

LF-136 Form (Rev. 3/1/20)