In re:  Case No. 19-01971-RSM  
Capstone Pediatrics, PLLC  Chapter 11  
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3    User: bmp2450    Page 1 of 1    Date Rcvd: Jul 10, 2020  
                   Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.  
db          +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:

         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com  
         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Connecticut General Life Insurance Company tsaunders@wyattfirm.com  
         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com  
         DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com  
         EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com  
         GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com  
         JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com  
         MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov  
         MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
         MICHAEL G ABELOW    on behalf of Creditor    UnitedHealthcare Insurance Company mabelow@srvhlaw.com, sdossey@srvhlaw.com  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
         MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com  
         NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov  
         R BURKE KEATY, II    on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com  
         RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com  
         SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com  
         THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC tom.shumate@meridianlawpllc.com  
         US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
         WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov  
         WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com

                                                                                                         TOTAL: 24

Dated: 7/9/2020

Randal S. Mashburn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No: 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

**AGREED ORDER COMPELLING DEBTOR TO VACATE AND SURRENDER PREMISES FOLLOWING REJECTION OF LEASE (CLARKSVILLE LEASE)**

This matter came before the Court on the *Expedited Motion for Order Compelling Debtor to Vacate and Surrender Premises Following Rejection of Lease (Clarksville Lease)*, Docket No. 226 (the "Motion") filed by ARHC GMCLKTN01, LLC (the "Landlord"). Notice of the Motion and of the hearing thereon was sufficient in the particular circumstances. Upon reviewing the Motion, the Court finds that cause exists for granting the relief requested by the Motion. The Debtor, Capstone Pediatrics, PLLC ("Debtor"), and the Landlord have stipulated and agreed to this Agreed Order.

IT IS THEREFORE ORDERED THAT:

1. The Debtor shall comply with 11 U.S.C. § 365(d)(4)(A) and, by no later than 5:00 p.m., Central Time, on July 13, 2020 ("Initial Surrender Date"), shall vacate and surrender to the Landlord those Premises that are the subject of the Lease between the Landlord and the Debtor and that are located at or near 647 Dunlop Lane, Clarksville, Tennessee ("Premises").

2. The Debtor may remain in possession of the Premises following the Initial Surrender Date, provided that it pays to the Landlord the sum of $9,692.41, constituting the rent and charges due under the Lease for the calendar month of July 2020 ("July Rent Payment"), which Payment shall be delivered by 5:00 p.m., Central Time, on July 10, 2020,

to the attention of Joshua L. Burgener, Dickinson Wright LLP, 424 Church Street, Suite 800, Nashville, Tennessee 37219.

3. If the July Rent Payment is not received by the Landlord as required by Paragraph 2 of this Agreed Order, the Landlord's counsel shall promptly file a notice of non-payment of the July Rent Payment.

4. Provided that the July Rent Payment is received by the Landlord as required by Paragraph 2 of this Agreed Order, the Debtor shall vacate and surrender the Premises to the Landlord by no later than 5:00 p.m., Central Time, on July 31, 2020 ("Final Surrender Date").

5. Until it surrenders possession of the Premises to the Landlord, the Debtor shall comply with all non-monetary obligations under the Lease.

6. Upon surrender of possession of the Premises to the Landlord, the Debtor shall (a) clean the Premises and leave the Premises in their original condition, except for reasonable wear and tear, (b) remove all personal property, without damage to the Premises, and (c) provide the Landlord or its agents with all keys and codes to the Premises.

*[This Agreed Order was signed and entered electronically as indicated at the top of the first page.]*

2

Case 3:19-bk-01971    Doc 251    Filed 07/12/20    Entered 07/12/20 23:45:45    Desc
Imaged Certificate of Notice    Page 3 of 4

<u>*APPROVED FOR ENTRY*</u>:

<u>*/s/Joshua L. Burgener*</u>
Joshua L. Burgener
DICKINSON WRIGHT LLP
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: JBurgener@dickinsonwright.com
*Attorney for ARHC GMCLKTN01, LLC*


<u>*/s/David W. Houston, IV*</u>
David W. Houston, IV (20802)
Emily Taube (019323)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000 Nashville, Tennessee 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com; etaube@burr.com
*Attorney for Debtor Capstone Pediatrics, PLLC*


4848-0361-6962 v1 [59857-179]

3

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 251    Filed 07/12/20    Entered 07/12/20 23:45:45    Desc
Imaged Certificate of Notice    Page 4 of 4