Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/21/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | Chapter 11 |
| Debtor. | Judge Randal S. Mashburn |

**AGREED ORDER REGARDING UNITEDHEALTHCARE INSURANCE COMPANY'S LIMITED OBJECTION TO CURE AMOUNT SET FORTH IN DEBTOR'S NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY <u>CONTRACTS AND UNEXPIRED LEASES</u>**

This matter is before the Court on UnitedHealthcare Insurance Company's ("United") limited objection to the cure amount set forth in Debtor's notice of assumption and assignment of executory contracts and unexpired leases [ECF No. 233] (the "Cure Objection"). As evidenced by the signatures of counsel below, the parties have agreed the Debtor will assume and assign to the purchaser the Tennessee Program Network Practitioner Group Provider Agreement with an effective date of April 1, 2007, as amended from time to time (the "PGPA"), and the Medical Group Participation Agreement, as amended from time to time (the "MGA", and together with the PGPA, the "Agreements"), and that the cure due in connection with the assumption and assignment of the Agreements is $76,793.02.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that

1. The Cure Objection is sustained;

2. The Agreements shall be assumed by the Debtor and assigned to the Successful Bidder, as the term is defined in the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases [ECF. No. 220]; and

3. The cure due to United in connection with the assumption and assignment of the Agreements is $76,793.02.

*[This Agreed Order was signed and entered electronically as indicated at the top of the first page.]*

Submitted for entry by,

*/s/ Christina R.B. López (w/permission)*
Michael G. Abelow (No. 26710)
Christina R.B. López (No. 37282)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
mabelow@srvhlaw.com
clopez@srvhlaw.com

Latonia C. Williams, Esq. (ct28248)*
Jaime A. Welsh, Esq. (ct30078)*
*Admitted *pro hac vice*
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
lwilliams@goodwin.com
jwelsh@goodwin.com

*Attorneys for UnitedHealthcare Insurance Company*

*/s/David W. Houston, IV*
David W. Houston, IV (No. 20802)
Emily Taube (No. 019323)
BURR & FORMAN LLP
222 2nd Avenue South, Suite 2000
Nashville, TN 37201

(615) 724-3215
dhouston@burr.com
etaube@burr.com

*Attorneys for Debtor Capstone Pediatrics, PLLC*

*/s/ Matthew R. Murphy (w/permission)*
Matthew R. Murphy (No. 24627)
SMYTH HUFF & HAYDEN PC
122 16th Avenue South, Suite 301
Nashville, TN 37201
(615) 255-4849
mmurphy@smythehuff.com

*Attorneys for America Cares Trust (ACT) dba CareNation, a Tennessee Nonprofit Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/David W. Houston, IV*
      David W. Houston, IV (No. 20802)

947619.1  12778-001
43844828 v1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 256    Filed 07/21/20    Entered 07/21/20 11:36:13    Desc Main Document      Page 4 of 4