In re:                                                                      Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3    User: bmp2450    Page 1 of 1    Date Rcvd: Jul 21, 2020
                 Form ID: pdf001   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
db        +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:

        BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   Cigna Healthcare of Tennessee, Inc.
          tsaunders@wyattfirm.com
        BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   Connecticut General Life Insurance Company tsaunders@wyattfirm.com
        BRUCE ANTHONY SAUNDERS   on behalf of Interested Party   HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com
        DALTON M MOUNGER   on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
        DANIEL HAYS PURYEAR   on behalf of Creditor   Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR   on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
        DAVID W HOUSTON, IV   on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com
        EMILY CAMPBELL TAUBE   on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com
        GREGORY S REYNOLDS   on behalf of Creditor   SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com
        JOSHUA L BURGENER   on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
        MATTHEW RYAN GASKE   on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
        MEGAN REED SELIBER   on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
        MICHAEL G ABELOW   on behalf of Creditor   SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
        MICHAEL G ABELOW   on behalf of Creditor   UnitedHealthcare Insurance Company mabelow@srvhlaw.com, sdossey@srvhlaw.com
        MICHAEL G ABELOW   on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
        MILTON S. MCGEE, III   on behalf of Creditor   SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com
        NATALIE M. COX   on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
        R BURKE KEATY, II   on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com
        RYAN K COCHRAN   on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
        SEAN CHARLES KIRK   on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
        THOMAS WORMOUTH SHUMATE, IV   on behalf of Creditor   Meridian Law, PLLC tom.shumate@meridianlawpllc.com
        US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
        WARD W BENSON   on behalf of Creditor   United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
        WILLIAM L NORTON, III   on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                                             TOTAL: 24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | Chapter 11 |
| Debtor. | Judge Randal S. Mashburn |

**AGREED ORDER REGARDING UNITEDHEALTHCARE INSURANCE COMPANY'S LIMITED OBJECTION TO CURE AMOUNT SET FORTH IN DEBTOR'S NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

This matter is before the Court on UnitedHealthcare Insurance Company's ("United") limited objection to the cure amount set forth in Debtor's notice of assumption and assignment of executory contracts and unexpired leases [ECF No. 233] (the "Cure Objection"). As evidenced by the signatures of counsel below, the parties have agreed the Debtor will assume and assign to the purchaser the Tennessee Program Network Practitioner Group Provider Agreement with an effective date of April 1, 2007, as amended from time to time (the "PGPA"), and the Medical Group Participation Agreement, as amended from time to time (the "MGA", and together with the PGPA, the "Agreements"), and that the cure due in connection with the assumption and assignment of the Agreements is $76,793.02.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that

1. The Cure Objection is sustained;

947619.1   12778-001
43844828 v1

2. The Agreements shall be assumed by the Debtor and assigned to the Successful Bidder, as the term is defined in the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases [ECF. No. 220]; and

3. The cure due to United in connection with the assumption and assignment of the Agreements is $76,793.02.

*[This Agreed Order was signed and entered electronically as indicated at the top of the first page.]*

Submitted for entry by,

*/s/ Christina R.B. López (w/permission)*
Michael G. Abelow (No. 26710)
Christina R.B. López (No. 37282)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200
mabelow@srvhlaw.com
clopez@srvhlaw.com

Latonia C. Williams, Esq. (ct28248)*
Jaime A. Welsh, Esq. (ct30078)*
*Admitted *pro hac vice*
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
lwilliams@goodwin.com
jwelsh@goodwin.com

*Attorneys for UnitedHealthcare Insurance Company*

*/s/David W. Houston, IV*
David W. Houston, IV (No. 20802)
Emily Taube (No. 019323)
BURR & FORMAN LLP
222 2nd Avenue South, Suite 2000
Nashville, TN 37201

947619.1   12778-001
43844828 v1

(615) 724-3215
 dhouston@burr.com
 etaube@burr.com

*Attorneys for Debtor Capstone Pediatrics, PLLC*

*/s/ Matthew R. Murphy (w/permission)*
Matthew R. Murphy (No. 24627)
SMYTH HUFF & HAYDEN PC
122 16th Avenue South, Suite 301
Nashville, TN 37201
(615) 255-4849
mmurphy@smythehuff.com

*Attorneys for America Cares Trust (ACT) dba CareNation, a Tennessee Nonprofit Corporation*

947619.1   12778-001
43844828 v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/David W. Houston, IV*
David W. Houston, IV (No. 20802)

947619.1   12778-001
43844828 v1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.