# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3;19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** the Debtor Capstone Pediatrics, PLLC, by and through its undersigned counsel, hereby certifies to the Court that a true and correct copy of Doc. No. 254 *ORDER (I) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) EXTENDING POST-PETITION PRIMING LIEN, DETERMINING CLAIM AND LIEN PRIORITY IN SALE PROCEEDS, AND DIRECTING DISBURSEMENT OF SALE PROCEEDS; AND (IV) GRANTING RELATED RELIEF* entered on July 20, 2020 was served via U.S. Mail on July 22, 2020 upon the following parties:

(a) all known creditors of the Debtors listed on the attached <u>Exhibit A</u> Creditor Mailing Matrix;

(b) any party that has requested notice pursuant to Bankruptcy Rule 2002 on the attached <u>Exhibit B</u> Appearance Parties; and

(c) the counterparties to any executory contract or unexpired lease to which a Debtor is a party (the "Contract Counterparties") listed on the attached <u>Exhibit C</u>.

                                                /s/ David W. Houston, IV
                                                David W. Houston, IV (20802)
                                                Emily C. Taube (019323)
                                                **BURR & FORMAN LLP**
                                                222 Second Avenue South, Suite 2000
                                                Nashville, Tennessee 37201
                                                Telephone: (615) 724-3215
                                                Facsimile: (615) 724-3315

dhouston@burr.com; etaube@burr.com
*Counsel for Debtor Capstone Pediatrics, PLLC*

## **CERTIFICATE OF SERVICE**

On July 27, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David W. Houston, IV
David W. Houston, IV (020802)