IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:19-bk-01971** |
| CAPSTONE PEDIATRICS, PLLC, ) | **Chapter 11** |
| ) | **Judge Randal S. Mashburn** |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, America Cares Trust d/b/a CareNation, an interested party in this case, hereby notifies the Court of the appearance of its counsel in this matter. In addition to the notices and orders to which I am a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

> Matthew R. Murphy
> Smythe Huff & Murphy, PC
> 1222 16th Avenue South, Suite 301
> Nashville, Tennessee 37212
> mmurphy@smythehuff.com

this 4th day of August, 2020.

                          Respectfully submitted,

                          By: /s/ Matthew R. Murphy
                              Matthew R. Murphy (#24627)
                              **Smythe Huff & Murphy PC**
                              1222 16th Avenue South, Suite 301
                              Nashville, Tennessee 37212
                              Phone: (615) 255-4849
                              Fax: (615) 255-4855
                              mmurphy@smythehuff.com

                              Attorneys for CareNation