In re:  Case No. 19-01971-RSM
Capstone Pediatrics, PLLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 2     Date Rcvd: Aug 06, 2020
                Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
db         +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
        BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com
        BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Connecticut General Life Insurance Company tsaunders@wyattfirm.com
        BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    HealthSpring Life and Health Insurance Company, Inc. tsaunders@wyattfirm.com
        DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com
        DANIEL HAYS PURYEAR    on behalf of Creditor    Newtek Small Business Finance, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
        DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com
        EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com
        GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com
        JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
        MATTHEW R MURPHY    on behalf of Interested Party    America Cares Trust (ACT) mmurphy@smythehuff.com
        MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov
        MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
        MICHAEL G ABELOW    on behalf of Creditor    SL Airpark, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
        MICHAEL G ABELOW    on behalf of Creditor    UnitedHealthcare Insurance Company mabelow@srvhlaw.com, sdossey@srvhlaw.com
        MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
        MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com
        NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov
        R BURKE KEATY, II    on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com
        RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
        SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com
        THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC tom.shumate@meridianlawpllc.com
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
        WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      WILLIAM L NORTON, III   on behalf of Creditor   Athenahealth bnorton@babc.com
      TOTAL: 25

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/6/2020

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In re

Capstone Pediatrics, PLLC,

      Debtor.

Case No. 19-01971
Chapter 11
Judge Mashburn

### ORDER SETTING SCHEDULING CONFERENCE REGARDING MOTION TO COMPEL NEWTEK BUSINESS CREDIT TO REIMBURSE CARENATION FOR EMPLOYEE PAYROLL EXPENSES

America Cares Trust d/b/a CareNation ("CareNation") has filed a motion seeking to compel CDS Business Services, Inc. d/b/a Newtek Business Credit ("Newtek") to reimburse CareNation for certain employee payroll expenses arising prior to the purchase of the Debtor's assets. In view of the issues raised, the Court has concluded that a telephonic status/scheduling conference would be helpful before setting the motion for hearing.

The Court will conduct a telephonic conference at **9:30 a.m. on August 11, 2020**, utilizing the following call-in information: **Call-In Number: 888-363-4749; Access Code: 8979228#.** If the August 11, 2020, date is not convenient for counsel for CareNation and Newtek and they can agree on an alternative date on a regular Chapter 7/11 Tuesday motion docket, they may submit an agreed order setting the scheduling conference for a later date.

The purpose of the conference call will be to obtain input from counsel on the following matters:

(a) The likelihood that this matter can be resolved without the necessity of a hearing;

(b) If a hearing will be required, whether the issues are primarily legal issues or whether there will likely be significant disputed evidentiary matters;

(c) Whether any discovery will be needed in advance of a hearing;

(d) The timing of any hearing on the motion;

(e) The number of witnesses, if any, that will need to testify at a hearing on this matter;

(f) Whether briefing will be beneficial and, if so, the timing for the filing of any briefs;

(g) Whether any parties other than CareNation and Newtek are likely to be interested in participating in the hearing;

(h) Whether the hearing should be conducted by video or telephonic (assuming that in-person hearings are still unavailable at the time of a hearing); and

(i) Any other matters pertinent to an efficient and economical resolution of the issues.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

2