IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

AGREED ORDER RESETTING SCHEDULING CONFERENCE

Come now the parties, CDS Business Services, Inc. d/b/a Newtek Business Credit (hereinafter "Newtek") and America Cares Trust (ACT) d/b/a CareNation (hereinafter "CareNation") by and through undersigned counsel, pursuant to the Court's Order Setting Scheduling Conference Regarding Motion to Compel Newtek Business Credit to Reimburse CareNation for Employee Payroll Expense (Dkt No. 262), and agree to reset the Scheduling Conference for August 18, 2020 at 9:30 a.m.. The same call-in information provided previously shall be used for the parties' participation in this conference.

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED
> ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.

Submitted for entry by:

/s/ *Daniel H. Puryear*
Daniel H. Puryear, # 18190
Puryear Law Group PLLC
104 Woodmont Blvd., Suite 201
Nashville, TN 37205
615-255-4859 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com

*Counsel for CDS Business Services, Inc, d/b/a Newtek Business Credit*

/s/ *Matthew R. Murphy*
Mathew R. Murphy, # 24627
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, TN 37212
615-255-4849 (phone)
615-255-4855 (fax)
mmurphy@smythehuff.com

*Counsel for CareNation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on August 10, 2020. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Daniel H. Puryear*
Daniel H. Puryear