```
                        United States Bankruptcy Court
                         Middle District of Tennessee
In re:                                                          Case No. 19-01971-RSM
Capstone Pediatrics, PLLC                                       Chapter 11
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0650-3          User: bmp2450              Page 1 of 1         Date Rcvd: Aug 11, 2020
                              Form ID: pdf001            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
db             +Capstone Pediatrics, PLLC,   1420 Donelson Pike Suite B17,   Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
              BRUCE ANTHONY SAUNDERS    on behalf of Interested Party   Cigna Healthcare of Tennessee, Inc.
               tsaunders@wyattfirm.com
              DALTON M MOUNGER    on behalf of Creditor   A-Z Office Resource, Inc. dmounger@dmounger.com
              DANIEL HAYS PURYEAR    on behalf of Creditor   CDS Business Services, Inc. d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com
              DAVID W HOUSTON, IV    on behalf of Debtor   Capstone Pediatrics, PLLC dhouston@burr.com,
               mmayes@burr.com
              EMILY CAMPBELL TAUBE    on behalf of Debtor   Capstone Pediatrics, PLLC etaube@burr.com,
               mmayes@burr.com;sstarr@burr.com
              GREGORY S REYNOLDS    on behalf of Creditor   SNH Medical Office Properties Trust
               greynolds@rwjplc.com,   kbarger@rwjplc.com;lnelson@rwjplc.com
              JOSHUA L BURGENER    on behalf of Creditor   ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com,
               dsolis@dickinsonwright.com;ppardee@dickinsonwright.com
              MATTHEW R MURPHY    on behalf of Interested Party   America Cares Trust (ACT)
               mmurphy@smythehuff.com
              MATTHEW RYAN GASKE    on behalf of Creditor   TN Dept of Revenue matthew.gaske@ag.tn.gov
              MEGAN REED SELIBER    on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
              MICHAEL G ABELOW    on behalf of Creditor   SL Airpark II, LLC mabelow@srvhlaw.com,
               sdossey@srvhlaw.com
              MILTON S. MCGEE, III    on behalf of Creditor   SNH Medical Office Properties Trust
               tmcgee@rwjplc.com,   dgibby@rwjplc.com
              NATALIE M. COX    on behalf of U.S. Trustee   US TRUSTEE natalie.cox@usdoj.gov
              R BURKE KEATY, II    on behalf of Creditor LaVon  House bkeaty@forthepeople.com,
               jkeaty@forthepeople.com;anosal@forthepeople.com
              RYAN K COCHRAN    on behalf of Creditor   Four Plus Corporation ryan.cochran@wallerlaw.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
              SEAN CHARLES KIRK    on behalf of Creditor   Fairway-Galt, LLC skirk@bonelaw.com
              THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor   Meridian Law, PLLC
               tom.shumate@meridianlawpllc.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              WARD W BENSON    on behalf of Creditor   United States of America on behalf of the Internal
               Revenue Service ward.w.benson@usdoj.gov,   Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              WILLIAM L NORTON, III    on behalf of Creditor   Athenahealth bnorton@babc.com
                                                                                              TOTAL: 20

*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 8/10/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

_____

AGREED ORDER RESETTING SCHEDULING CONFERENCE
_____

Come now the parties, CDS Business Services, Inc. d/b/a Newtek Business Credit (hereinafter "Newtek") and America Cares Trust (ACT) d/b/a CareNation (hereinafter "CareNation") by and through undersigned counsel, pursuant to the Court's Order Setting Scheduling Conference Regarding Motion to Compel Newtek Business Credit to Reimburse CareNation for Employee Payroll Expense (Dkt No. 262), and agree to reset the Scheduling Conference for August 18, 2020 at 9:30 a.m.. The same call-in information provided previously shall be used for the parties' participation in this conference.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.

Submitted for entry by:

/s/ *Daniel H. Puryear*
Daniel H. Puryear, # 18190
Puryear Law Group PLLC
104 Woodmont Blvd., Suite 201
Nashville, TN 37205
615-255-4859 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com

*Counsel for CDS Business Services,
Inc, d/b/a Newtek Business Credit*

/s/ *Matthew R. Murphy*
Mathew R. Murphy, # 24627
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, TN 37212
615-255-4849 (phone)
615-255-4855 (fax)
mmurphy@smythehuff.com

*Counsel for CareNation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on August 10, 2020. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Daniel H. Puryear*
Daniel H. Puryear

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-01971   Doc 266   Filed 08/13/20   Entered 08/13/20 23:51:55   Desc
Imaged Certificate of Notice    Page 3 of 3