IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:19-bk-01971** |
| **CAPSTONE PEDIATRICS, PLLC,** ) | **Chapter 11** |
| ) | **Judge Randal S. Mashburn** |
| Debtor. ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

America Cares Trust (ACT) d/b/a CareNation , a party-in-interest in the above-captioned case, by and through undersigned counsel, hereby withdraws, without prejudice, the Motion to Compel [Dkt. No. 261] previously filed against CDS Business Services, Inc. d/b/a Newtek Business Credit ("Newtek").

Respectfully submitted,

/s/ Matthew R. Murphy
Matthew R. Murphy, No. 24627
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

*Counsel for CareNation*

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United Megan Seliber, Trial Attorney for the United States Trustee, Daniel H. Puryear, Attorney for Newtek, David W. Houston, IV, Attorney for Debtor, and all other parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system, on August 24, 2020.

/s/ Matthew R. Murphy