# EXHIBIT B

**Proposed Order**

See attached.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>CAPSTONE PEDIATRICS, PLLC,<br><br>          Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

## [PROPOSED] ORDER GRANTING VCM SMYRNA LP'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES

Upon consideration of the Motion (the "*Motion*")[2] of VCM Smyrna LP (f/k/a Four Plus Corporation) ("*VCM Smyrna*") for entry of an order pursuant to sections 365(d)(1), 365(d)(3), 503(a), and 503(b)(1) of title 11 of the United States Code (the "*Bankruptcy Code*") authorizing the allowance and immediate payment of unpaid Rent; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due and proper notice of the Motion having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is proper; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

    1.    The Motion is GRANTED.

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

2. VCM Smyrna's claim for unpaid Rent is hereby **allowed** pursuant to sections 503(a) and 503(b)(1) of the Bankruptcy Code, in the total amount of **$11,081.70**, on a **full and final basis** as an administrative expense claim entitled to priority under section 503(b)(1) of the Bankruptcy Code, and such claim shall not be subject to further objection by the Debtor and/or any other party in interest.

3. With respect to payment of the 503(b)(1) claim allowed herein, the Debtor shall pay such allowed 503(b)(1) claim in full within fourteen (14) days upon entry of this Order.

4. Nothing herein waives or extinguishes any right of VCM Smyrna to have any other claim or claims not specifically addressed herein allowed and paid in accordance with the terms of the Bankruptcy Code and/or this Court's Orders, and all of VCM Smyrna's rights, defenses, and claims are reserved in their entirety.

5. Any applicable stay of this Order is hereby waived.

6. This Court retains jurisdiction to hear and determine all matters arising from and/or related to the implementation and/or interpretation of this Order.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

SUBMITTED FOR ENTRY BY:

  /s/ Ryan K. Cochran
Ryan K. Cochran (025851)
Courtney K. Stone (036546)
Melissa W. Jones (036559)
**Waller Lansden Dortch & Davis, LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: 615-244-6380

4847-4314-4648
Case 3:19-bk-01971   Doc 269-3   Filed 08/25/20   Entered 08/25/20 16:34:58   Desc
Exhibit B - Proposed Order    Page 3 of 4

Fax: 615-244-6803
Email: ryan.cochran@wallerlaw.com
courtney.stone@wallerlaw.com
melissa.jones@wallerlaw.com

*Attorneys for VCM Smyrna LP*

15

4847-4314-4648
Case 3:19-bk-01971    Doc 269-3    Filed 08/25/20    Entered 08/25/20 16:34:58    Desc
Exhibit B - Proposed Order    Page 4 of 4