# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>CAPSTONE PEDIATRICS, PLLC,<br><br>                Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: September 15, 2020**
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: September 22, 2020, 9:30 a.m., via AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 8979228#.

## AMENDED NOTICE OF VCM SMYRNA LP'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES

      VCM Smyrna LP (f/k/a Four Plus Corporation) ("***VCM Smyrna***") has asked the court for the following relief: an order granting VCM Smyrna an administrative expense claim pursuant to 11 U.S.C. §§ 503a and 503(b)(1) as set forth on the following motion.

      **YOUR RIGHTS MAY BE AFFECTED**. If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.
   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584.

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING**

4832-1151-1753.1
Case 3:19-bk-01971   Doc 271   Filed 08/28/20   Entered 08/28/20 17:29:27   Desc Main
Document   Page 1 of 2

**DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at https://ecf.tnmb.uscourts.gov.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

This 28th day of August, 2020.

          */s/ Ryan K. Cochran*
          Ryan K. Cochran (025851)
          Courtney K. Stone (036546)
          Melissa W. Jones (036559)
          **Waller Lansden Dortch & Davis, LLP**
          511 Union Street, Suite 2700
          Nashville, Tennessee 37219
          Tel: 615-244-6380
          Fax: 615-244-6803
          Email: ryan.cochran@wallerlaw.com
                  courtney.stone@wallerlaw.com
                  melissa.jones@wallerlaw.com

          *Attorneys for VCM Smyrna LP*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served via electronic mail to all parties receiving notice via CM/ECF this 28th day of August, 2020.

          */s/ Ryan K. Cochran*
          Ryan K. Cochran