IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:19-bk-01971** |
| **CAPSTONE PEDIATRICS, PLLC,** ) | **Chapter 11** |
| ) | **Judge Randal S. Mashburn** |
| Debtor. ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before this Honorable Court on the Motion of Matthew R. Murphy, counsel of record for America Cares Trust (ACT) d/b/a CareNation, to be allowed to withdraw as counsel of record for this interested party in this case. Upon consideration of this Motion to Withdraw, the Court finds that all interest parties have been notified of this Motion pursuant to LBR 2091-1(b), and that no response in opposition to the Motion has been filed. Accordingly, the Court finds the Motion to Withdraw well taken and hereby granted.

IT IS HEREBY ORDERED that Matthew R. Murphy is allowed to withdraw as counsel for record for America Cares Trust (ACT) d/b/a CareNation in this case.

IT IS FURTHER ORDERED that Matthew R. Murphy is released from the responsibility of any and all costs, bonds, and proceedings in connection with this case.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED
> AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Matthew R. Murphy_____
Matthew R. Murphy (#24627)
**Smythe Huff & Murphy PC**
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

# CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United Megan Seliber, Trial Attorney for the United States Trustee, David W. Houston, IV, Attorney for Debtor, and all other parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system and by United States Mail, first class, postage prepaid to the following entity:

        America Cares Trust (ACT)
        5655 Granny White Pike
        Brentwood, TN 37027

this the 1st day of September, 2020.

        /s/ Matthew R. Murphy
        Matthew R. Murphy