In re:  
Capstone Pediatrics, PLLC  
    Debtor

Case No. 19-01971-RSM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 1     Date Rcvd: Sep 03, 2020  
                  Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.  
db          +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:

         BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com  
         DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com  
         DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
         DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com  
         EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com  
         GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com  
         JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com  
         MATTHEW R MURPHY    on behalf of Interested Party    America Cares Trust (ACT) mmurphy@smythehuff.com  
         MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov  
         MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov  
         MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com  
         MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com  
         NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov  
         R BURKE KEATY, II    on behalf of Creditor LaVon House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com  
         RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com  
         SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com  
         THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC tom.shumate@meridianlawpllc.com  
         US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
         WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov  
         WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com  
                                                                                        TOTAL: 20

*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 9/2/2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before this Honorable Court on the Motion of Matthew R. Murphy, counsel of record for America Cares Trust (ACT) d/b/a CareNation, to be allowed to withdraw as counsel of record for this interested party in this case. Upon consideration of this Motion to Withdraw, the Court finds that all interest parties have been notified of this Motion pursuant to LBR 2091-1(b), and that no response in opposition to the Motion has been filed. Accordingly, the Court finds the Motion to Withdraw well taken and hereby granted.

IT IS HEREBY ORDERED that Matthew R. Murphy is allowed to withdraw as counsel for record for America Cares Trust (ACT) d/b/a CareNation in this case.

IT IS FURTHER ORDERED that Matthew R. Murphy is released from the responsibility of any and all costs, bonds, and proceedings in connection with this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Matthew R. Murphy
Matthew R. Murphy (#24627)
**Smythe Huff & Murphy PC**
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.