IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |
| | ) | **Objection Deadline**: Sept. 15, 2020 |
| | ) | **Hearing Date**: Sept. 22, 2020 |

LIMITED OBJECTION TO VCM SMYRNA LP'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES

Comes now CDS Business Services, Inc. d/b/a Newtek Business Credit (hereinafter "CDS") and files this its joinder to the objection filed by Debtor [DE 277] to the Motion of VCM Smyrna LP for Allowance and Immediate Payment of Administrative Expenses [DE 269]. CDS adopts and incorporates by references the objections asserted by Debtor to this motion.

Respectfully submitted

/s/ *Daniel H. Puryear*
Daniel H. Puryear, # 18190
Puryear Law Group PLLC
104 Woodmont Blvd., Suite 201
Nashville, TN 37205
615-255-4859 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com

*Counsel for CDS Business Services, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed electronically on September 15, 2020. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                        */s/ Daniel H. Puryear*
                                        Daniel H. Puryear