# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 3:19−bk−01971
Chapter: 11
Judge: Randal S Mashburn

In Re:
  Capstone Pediatrics, PLLC
  1420 Donelson Pike Suite B17
  Nashville, TN 37217

Social Security No.:

Employer's Tax I.D. No.:
  46−3431552

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 269, 271, 277, 278, the hearings set for 9:30 A.M. on September 22, 2020, on the Application & Notice for Administrative Expenses filed by Creditor VCM Smyrna LP, the limited objection filed by Debtor, and the objection filed by Creditor CDS Business Services, Inc. will be conducted telephonically. The call−in information is as follows: Call−In Number: 888−363−4749; Access Code: 8979228#. (RE: related document(s) 269, 271, 277, 278) (skb)

Dated: 9/18/20

                                                  /s/ Randal S Mashburn
                                                  UNITED STATES BANKRUPTCY JUDGE