# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 3:19-bk-1971 |
| **CAPSTONE PEDIATRICS, PLLC,** | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| **CDS BUSINESS SERVICES, INC. d/b/a** | ) |
| **NEWTEK BUSINESS CREDIT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 3:20-ap-90140 |
| | ) |
| **AMERICA CARES TRUST d/b/a** | ) |
| **CARENATION,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned, Sam J. McAllester III and William J. Haynes III of Bone McAllester Norton PLLC, represent America Cares Trust, d/b/a CareNation, a Defendant in this Adversary Proceeding, and hereby enter Appearance as counsel in connection therewith.

The undersigned hereby request the United States Bankruptcy Court Clerk and counsel for Plaintiff and Debtor to add the undersigned to the mailing matrix requesting notices and that copies of all notices and orders in this Adversary Proceeding be sent either electronically or by U.S. Mail to the following address:

Sam J. McAllester III
William J. Haynes III
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 Phone
(615) 238.6301 Facsimile
smcallester@bonelaw.com
whaynes@bonelaw.com

**DATED** this 18th day of September, 2020.

>Respectfully submitted,
>
>**BONE McALLESTER NORTON PLLC**
>
>*/s/ Sam J. McAllester III*
>Sam J. McAllester III, #03461
>William J. Haynes III, #17398
>511 Union Street, Suite 1600
>Nashville, Tennessee 37219
>(615) 238-6300 Phone
>(615) 238-6301 Facsimile
>Email: smcallester@bonelaw.com
>*Attorney for America Cares Trust, d/b/a CareNation*