UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC, | Case No. 3:19-bk-01971 |
| Debtor. | Chapter 11 |
| | Judge Randal S. Mashburn |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL C. FLEMING**

Bank of America, by and through its undersigned counsel, hereby move this Court, pursuant to Local Rule 83.1 of the United States Bankruptcy Court for the Middle District of Tennessee, for the admission *pro hac vice* of Daniel C. Fleming, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Declaration of Daniel C. Fleming, which is incorporated herein by reference.

1. As established by the attached Declaration, Daniel C. Fleming is a member in good standing of all the courts to which he is admitted. Further, Daniel C. Fleming agrees to be bound by the Local Rules of this District and Orders of this Court. Mr. Fleming's law firm maintains an office in the State of Tennessee at 707 Georgia Avenue, Suite 200, Chattanooga, Tennessee 37402.

For the foregoing reasons, counsel for Bank of America respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Daniel C. Fleming.

> WONG FLEMING
> 821 Alexander Road, Suite 200
> Princeton, New Jersey 08540
> Tel: 609-951-9520
> Fax: 609-951-0270
> dfleming@wongfleming.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2020, a copy of the foregoing Motion For Admission *Pro Hac Vice* of Daniel C. Fleming was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I certify that interested parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

*/s/ Daniel C. Fleming*
Daniel C. Fleming