UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**DECLARATION OF DANIEL C. FLEMING IN SUPPORT
OF MOTION FOR ADMISSION**

DANIEL C. FLEMING declares as follows:

1. I am an attorney with the law firm of Wong Fleming, My contact information is as follows:

> Daniel C. Fleming, Esq.
> WONG FLEMING
> 821 Alexander Road, Suite 200
> Princeton, New Jersey 08540
> Tel: 609-951-9520
> Fax: 609-951-0270
> dfleming@wongfleming.com

2. I submit this Declaration in support of the Motion for an Order admitting me to practice *pro hac vice* before this Court in the above-captioned matter on behalf of Bank of America.

3. My law firm maintains an office in the State of Tennessee at 707 Georgia Avenue, Suite 200, Chattanooga, Tennessee 37402.

4. I have been a member of good standing of the bar of the highest court of the State of New Jersey, where I regularly practice law.

1

5. I am a member in good standing of the following bars:

| COURT | YEAR OF ADMISSION | ADDRESS FOR OFFICE MAINTAINING ROLL OF MEMBERS |
|---|---|---|
| New Jersey<br>Bar ID: 18631986 | 1986 | The New Jersey Law Center<br>One Constitution Square<br>New Brunswick, NJ 08901-1520 |
| District of Columbia<br>Bar ID: 390604 | 1985 | The District of Columbia Bar<br>1101 K Street, NW Suite 200<br>Washington, DC 20005 |
| Maryland<br>Bar ID: 8501010195 | 1985 | Maryland State Bar Association<br>520 W. Fayette Street<br>Baltimore, Maryland 21201 |
| New York<br>Bar ID: 2993343 | 1999 | New York State Bar Association<br>1 Elk Street<br>Albany, NY 12207 |
| Ohio<br>Bar ID: 0094117 | 2016 | Ohio State Bar Association<br>1700 Lake Shore Drive<br>Columbus, OH 43204 |
| Pennsylvania<br>Bar ID: 80126 | 1997 | Pennsylvania Bar Association<br>100 South Street<br>Harrisburg, PA 17101 |
| California<br>Bar ID: 314283 | 2017 | State Bar of California<br>180 Howard Street<br>San Francisco, CA 94105 |
| USDC<br>District of New Jersey | 1986 | Attorney Admissions Office:<br>United States District Court<br>Clarkson S. Fisher Federal Building<br>and United States Courthouse<br>Attn: Attorney Admissions Office<br>402 East State Street, Room 2020<br>Trenton, NJ 08608 |
| USDC<br>Southern District of New York | 1997 | United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, New York 10007<br>Attn: Attorney Services |

2

Case 3:19-bk-01971    Doc 284-1    Filed 09/23/20    Entered 09/23/20 10:58:53    Desc
Declaration of Daniel C. Fleming in Support of Motion    Page 2 of 7

| | | |
|---|---|---|
| USDC<br>Eastern District of New York | 2012 | United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 |
| USDC<br>Western District of New York | 2016 | Clerk of Court, WDNY<br>US District Court<br>100 State Street, Rm. 2120<br>Rochester, NY 14614 |
| USDC<br>Northern District of New York | 2017 | US District Court<br>Northern District of New York<br>James T. Foley U.S. Courthouse<br>Suite 509<br>445 Broadway<br>Albany, NY 12207 |
| USDC<br>Eastern District of Pennsylvania | 2000 | United States District Court<br>Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| USDC<br>Middle District of Pennsylvania | 2020 | US District Court<br>Middle District of Pennsylvania<br>Ronald Reagan Federal Bldg. & U.S. Courthouse<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| USDC<br>Eastern District of Michigan | 2014 | U.S. District Court<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 |
| USDC<br>District of Colorado | 2013 | U.S. District Court<br>District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 |
| USDC<br>Northern District of Ohio | 2017 | U.S. District Court<br>Northern District of Ohio<br>20161 Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113-1830 |
| USDC<br>Southern District of Ohio | 2018 | U.S. District Court<br>Southern District of Ohio<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 |

3

Case 3:19-bk-01971    Doc 284-1    Filed 09/23/20    Entered 09/23/20 10:58:53    Desc
Declaration of Daniel C. Fleming in Support of Motion    Page 3 of 7

| | | |
|---|---|---|
| USDC<br>Central District of California | 2018 | U.S. District Court<br>Central District of California<br>First Street U.S. Courthouse<br>350 W. 1st Street<br>Suite 4311<br>Los Angeles, CA 90012-4565 |
| USDC<br>Eastern District of California | 2017 | U.S. District Court<br>Eastern District of California<br>Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Fresno, CA 93921 |
| USDC<br>Northern District of California | 2018 | U.S. District Court<br>Northern District of California<br>Phillip Burton Federal Building<br>& U.S. Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| USDC<br>Eastern District of Missouri<br>Federal Bar No. 18631986N | 2018 | United States District Court<br>Eastern District of Missouri<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street, Suite 3.300<br>St. Louis, MO 63102 |
| USDC<br>Eastern District of Wisconsin | March 4, 2016 | United States District Court<br>Eastern District of Wisconsin<br>U.S. Federal Building and Courthouse<br>517 E. Wisconsin Avenue<br>Milwaukee, WI 53202 |
| USDC<br>Western District of Wisconsin | February 26, 2019 | U.S. District Court<br>Western District of Missouri<br>120 N. Henry Street<br>Madison, WI 53703 |

5. I have never been suspended, disbarred or resigned as a result of a disciplinary charge, investigation or proceeding from the practice of law in any jurisdiction.

6. I shall comply with and be bound by the ethical standards of the applicable statues, case law and procedural rules of the Tennessee Rules of Professional Conduct adopted by the Supreme Court of Tennessee, so far as they are not inconsistent with federal law.

7. I shall submit to the jurisdiction of the United States Bankruptcy Court for the Middle District of Tennessee with respect to acts and omissions occurring during the appearance

4

Case 3:19-bk-01971 Doc 284-1 Filed 09/23/20 Entered 09/23/20 10:58:53 Desc Declaration of Daniel C. Fleming in Support of Motion Page 4 of 7

in the above matter and to resolve any disciplinary matter that might arise as a result of the representation.

8. There are no disciplinary proceedings currently pending against me in any jurisdiction, nor has discipline previously been imposed on me in any jurisdiction.

9. A Certificate of Good Standing from the U.S. District Court for the Central District of California is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 22, 2020

_____
Daniel C. Fleming

5

Case 3:19-bk-01971    Doc 284-1    Filed 09/23/20    Entered 09/23/20 10:58:53    Desc
Declaration of Daniel C. Fleming in Support of Motion    Page 5 of 7

# EXHIBIT A

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____ Daniel C. Fleming _____, Bar No. __ 314283 __

was duly admitted to practice in this Court on __ April 18th, 2018 __
DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __ September 17th, 2020 __
Date

KIRY K. GRAY
Clerk of Court

By /s/ A. Kannike

Andrea Kannike, Deputy Clerk

G-52 (10/15)    CERTIFICATE OF GOOD STANDING