UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC, | Case No. 3:19-bk-01971 |
| Debtor. | Chapter 11 |
| | Judge Randal S. Mashburn |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF DANIEL C. FLEMING**

On this day the Court considered the Motion by Bank of America N.A. for Admission *Pro Hac Vice* of Daniel C. Fleming. The Court, having considered the motion, the supporting declaration, any responses, the evidence submitted, and the arguments of counsel, and finding good cause therefor, it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED, that Daniel C. Fleming is hereby admitted to the bar of this Court *pro hac vice* to appear on behalf of Bank of America N.A. in the above-captioned bankruptcy case.

**This order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:

WONG FLEMING

By: */s/ Daniel C. Fleming*
    Daniel C. Fleming
    821 Alexander Road
    Suite 200
    Princeton, New Jersey 08540
    Tel:    609-951-9520
    Fax:    609-951-0270
    Email: dfleming@wongfleming.com