In re:  
Capstone Pediatrics, PLLC  
    Debtor

Case No. 19-01971-RSM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 1     Date Rcvd: Sep 24, 2020  
                 Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.  
db             +Capstone Pediatrics, PLLC,    1420 Donelson Pike Suite B17,    Nashville, TN 37217-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

        BRUCE ANTHONY SAUNDERS    on behalf of Interested Party    Cigna Healthcare of Tennessee, Inc. tsaunders@wyattfirm.com  
        DALTON M MOUNGER    on behalf of Creditor    A-Z Office Resource, Inc. dmounger@dmounger.com  
        DANIEL CHAMBERLIN FLEMING    on behalf of Creditor    BANK OF AMERICA N.A. dfleming@wongfleming.com, sshalloo@wongfleming.com  
        DANIEL HAYS PURYEAR    on behalf of Creditor    CDS Business Services, Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com  
        DAVID W HOUSTON, IV    on behalf of Debtor    Capstone Pediatrics, PLLC dhouston@burr.com, mmayes@burr.com  
        EMILY CAMPBELL TAUBE    on behalf of Debtor    Capstone Pediatrics, PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com  
        GREGORY S REYNOLDS    on behalf of Creditor    SNH Medical Office Properties Trust greynolds@rwjplc.com, kbarger@rwjplc.com;lnelson@rwjplc.com  
        JOSHUA L BURGENER    on behalf of Creditor    ARHC GMCLKTN01, LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com  
        MATTHEW RYAN GASKE    on behalf of Creditor    TN Dept of Revenue matthew.gaske@ag.tn.gov  
        MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov  
        MICHAEL G ABELOW    on behalf of Creditor    SL Airpark II, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com;pacer.service@antage.net  
        MILTON S. MCGEE, III    on behalf of Creditor    SNH Medical Office Properties Trust tmcgee@rwjplc.com, dgibby@rwjplc.com  
        NATALIE M. COX    on behalf of U.S. Trustee    US TRUSTEE natalie.cox@usdoj.gov  
        R BURKE KEATY, II    on behalf of Creditor LaVon   House bkeaty@forthepeople.com, jkeaty@forthepeople.com;anosal@forthepeople.com  
        RYAN K COCHRAN    on behalf of Creditor    Four Plus Corporation ryan.cochran@wallerlaw.com, chris.cronk@wallerlaw.com, Deborah.liles@wallerlaw.com  
        SAM J. MCALLESTER, III    on behalf of Defendant    America Cares Trust (ACT) smcallester@bonelaw.com  
        SEAN CHARLES KIRK    on behalf of Creditor    Fairway-Galt, LLC skirk@bonelaw.com  
        THOMAS WORMOUTH SHUMATE, IV    on behalf of Creditor    Meridian Law, PLLC tom.shumate@meridianlawpllc.com  
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
        WARD W BENSON    on behalf of Creditor    United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov  
        WILLIAM L NORTON, III    on behalf of Creditor    Athenahealth bnorton@babc.com  
                                                                                                                 TOTAL: 21

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/23/2020

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC, | Case No. 3:19-bk-01971 |
| Debtor. | Chapter 11 |
| | Judge Randal S. Mashburn |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF DANIEL C. FLEMING**

On this day the Court considered the Motion by Bank of America N.A. for Admission *Pro Hac Vice* of Daniel C. Fleming. The Court, having considered the motion, the supporting declaration, any responses, the evidence submitted, and the arguments of counsel, and finding good cause therefor, it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED, that Daniel C. Fleming is hereby admitted to the bar of this Court *pro hac vice* to appear on behalf of Bank of America N.A. in the above-captioned bankruptcy case.

**This order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:

WONG FLEMING

By: */s/ Daniel C. Fleming*
    Daniel C. Fleming
    821 Alexander Road
    Suite 200
    Princeton, New Jersey 08540
    Tel:    609-951-9520
    Fax:    609-951-0270
    Email: dfleming@wongfleming.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.