United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 19-01971-RSM
Capstone Pediatrics, PLLC  Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: bmp2450     Page 1 of 2
Date Rcvd: Sep 28, 2020     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Capstone Pediatrics, PLLC, 1420 Donelson Pike Suite B17, Nashville, TN 37217-3015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

**Name**     **Email Address**

BRUCE ANTHONY SAUNDERS
    on behalf of Interested Party Cigna Healthcare of Tennessee Inc. tsaunders@wyattfirm.com

DALTON M MOUNGER
    on behalf of Creditor A-Z Office Resource Inc. dmounger@dmounger.com

DANIEL CHAMBERLIN FLEMING
    on behalf of Creditor BANK OF AMERICA N.A. dfleming@wongfleming.com sshalloo@wongfleming.com

DANIEL HAYS PURYEAR
    on behalf of Creditor CDS Business Services Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com

DAVID W HOUSTON, IV
    on behalf of Debtor Capstone Pediatrics PLLC dhouston@burr.com, mmayes@burr.com

EMILY CAMPBELL TAUBE

on behalf of Debtor Capstone Pediatrics PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com

GREGORY S REYNOLDS

on behalf of Creditor SNH Medical Office Properties Trust greynolds@rwjplc.com kbarger@rwjplc.com;lnelson@rwjplc.com

JOSHUA L BURGENER

on behalf of Creditor ARHC GMCLKTN01 LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com

MATTHEW RYAN GASKE

on behalf of Creditor TN Dept of Revenue matthew.gaske@ag.tn.gov

MEGAN REED SELIBER

on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov

MICHAEL G ABELOW

on behalf of Creditor SL Airpark II LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com;pacer.service@antage.net

MILTON S. MCGEE, III

on behalf of Creditor SNH Medical Office Properties Trust tmcgee@rwjplc.com dgibby@rwjplc.com

NATALIE M. COX

on behalf of U.S. Trustee US TRUSTEE natalie.cox@usdoj.gov

R BURKE KEATY, II

on behalf of Creditor LaVon House bkeaty@forthepeople.com jkeaty@forthepeople.com;anosal@forthepeople.com

RYAN K COCHRAN

on behalf of Creditor Four Plus Corporation ryan.cochran@wallerlaw.com chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com

SAM J. MCALLESTER, III

on behalf of Defendant America Cares Trust (ACT) smcallester@bonelaw.com

SEAN CHARLES KIRK

on behalf of Creditor Fairway-Galt LLC skirk@bonelaw.com

THOMAS WORMOUTH SHUMATE, IV

on behalf of Creditor Meridian Law PLLC tom.shumate@meridianlawpllc.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

WARD W BENSON

on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

WILLIAM L NORTON, III

on behalf of Creditor Athenahealth bnorton@babc.com

TOTAL: 21

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/28/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | |
| CAPSTONE PEDIATRICS, PLLC, | Case No. 3:19-bk-01971 |
| Debtor. | Chapter 11 |
| | Judge Randal S. Mashburn |

## AGREED ORDER GRANTING VCM SMYRNA LP'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

Before the Court is *VCM Smyrna LP's Motion for Allowance and Immediate Payment of Administrative Expenses* [Dkt. No. 269] (the "***Motion***")[1], for entry of an order pursuant to sections 365(d)(1), 365(d)(3), 503(a), and 503(b)(1) of title 11 of the United States Code (the "***Bankruptcy Code***"), authorizing the allowance and immediate payment of unpaid Rent, filed by VCM Smyrna LP f/k/a Four Plus Corporation ("***VCM Smyrna***"), and the above-captioned debtor's (the "***Debtor***") *Limited Objection to VCM Smyrna LP's Motion for Allowance and Immediate Payment of Administrative Expenses* [Dkt. No. 277] (the "***Limited Objection***") and CDS Business Services, Inc. d/b/a Newtek Business Credit ("***CDS***") joinder to the Limited Objection [Dkt. No. 278] (the "***Joinder***"). As evidenced by the signatures of undersigned counsel, each of VCM Smyrna, the Debtor, CDS and the U.S. Trustee desire to enter this *Agreed Order Granting VCM Smyrna LP's Motion for Allowance of Administrative Expenses*, as follows:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent provided herein.

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

4842-8485-6780.2

2. VCM Smyrna's claim for unpaid Rent is hereby allowed pursuant to sections 503(a) and 503(b)(1) of the Bankruptcy Code, in the total amount of **$11,081.70**, on a full and final basis as an administrative expense claim entitled to priority under section 503(b)(1) of the Bankruptcy Code, and such claim shall not be subject to further objection by the Debtor and/or any other party in interest (the "*Allowed Administrative Expense Claim*").

3. VCM Smyrna concedes that the Debtor's bankruptcy estate is currently administratively insolvent and thus shall forgo immediate payment in full of the Allowed Administrative Expense Claim, until such a time as funds become available.

4. Any applicable stay of this Order is hereby waived.

5. This Court retains jurisdiction to hear and determine all matters arising from and/or related to the implementation and/or interpretation of this Order.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE PAGE*

SUBMITTED FOR ENTRY BY:

 /s/ Ryan K. Cochran
Ryan K. Cochran (025851)
Courtney K. Stone (036546)
Melissa W. Jones (036559)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6803
ryan.cochran@wallerlaw.com
courtney.stone@wallerlaw.com
melissa.jones@wallerlaw.com

*Counsel for VCM Smyrna LP*

4842-8485-6780.2

   /s/ David W. Houston, IV
David W. Houston, IV
Emily Campbell Taube
Burr & Forman LLP
222 Second Ave South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3215
Fax: (615) 724-3315
dhouston@burr.com
rtaube@burr.com

*Counsel for Debtor Capstone Pediatrics, PLLC*


   /s/ Megan Seliber
Megan Seliber
U.S. Department of Justice, Office of the U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203-3966
Phone: (615-736-2259
Fax: (615) 736-2260
megan.seliber@usdoj.gov

*Counsel for the U.S. Trustee*


   /s/ Daniel H. Puryear
Daniel H. Puryear
Puryear Law Group, PLLC
104 Woodmont Blvd, Suite 201
Nashville, TN 37205
Phone: (615) 255-4859
Fax: (615) 630-6602
dpuryear@puryearlawgroup.com

*Counsel for CDS Business Services, Inc.*
*d/b/a Newtek Business Credit*

4842-8485-6780.2

3

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:19-bk-01971    Doc 290    Filed 09/30/20    Entered 10/01/20 01:04:38    Desc
Imaged Certificate of Notice     Page 5 of 5