Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:19−bk−01971
Chapter 11
Judge Randal S Mashburn

In Re:
   Capstone Pediatrics, PLLC
   1420 Donelson Pike Suite B17
   Nashville, TN 37217

Social Security No.

Employer's Tax I.D. No.
   46−3431552

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 11/3/20 at 09:30 AM

to consider and act upon the following:

291− U.S. Trustees Motion to Dismiss Case under Section 1112(b), Region 8. − Hearing will be held telephonically. The Call−In Number is 888−363−4749; Access Code is 8979228#.

Dated: 10/5/20                                                                   /s/ TERESA C. AZAN
                                                                                        Clerk, U.S. Bankruptcy Court