# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 3:19-bk-1971** |
| **CAPSTONE PEDIATRICS, PLLC,** ) | |
| ) | **Chapter 11** |
| Debtor. ) | |
| ) | |
| ) | |
| **CDS BUSINESS SERVICES, INC. d/b/a** ) | |
| **NEWTEK BUSINESS CREDIT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Adv. Proc. No. 3:20-ap-90140** |
| ) | |
| **AMERICA CARES TRUST d/b/a** ) | |
| **CARENATION,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned, William J. Haynes III of Bone McAllester Norton PLLC, represents America Cares Trust, d/b/a CareNation, a Defendant in this Adversary Proceeding, and hereby enter Appearance as counsel in connection therewith.

The undersigned hereby requests the United States Bankruptcy Court Clerk and counsel for Plaintiff and Debtor to add the undersigned to the mailing matrix requesting notices and that copies of all notices and orders in this Adversary Proceeding be sent either electronically or by U.S. Mail to the following address:

William J. Haynes III
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 Phone
(615) 238.6301 Facsimile
whaynes@bonelaw.com

**DATED** this 7th day of October, 2020.

                                                  Respectfully submitted,

                                                  **BONE McALLESTER NORTON PLLC**

                                                  */s/ William J. Haynes III*
                                                  William J. Haynes III, #17398
                                                  511 Union Street, Suite 1600
                                                  Nashville, Tennessee 37219
                                                  (615) 238-6300 Phone
                                                  (615) 238-6301 Facsimile
                                                  Email: whaynes@bonelaw.com
                                                  *Attorney for America Cares Trust, d/b/a CareNation*