IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: **19-01971** |
| **Capstone Pediatrics, PLLC,** | ) | |
| | ) | Chapter 11 |
| DEBTOR. | ) | Judge Mashburn |

### Notice by U.S. Trustee of Withdrawal of Motion to Dismiss

The U.S. Trustee for the Middle District of Tennessee, Region 8, hereby withdraws his Motion to Dismiss (Docket Entry No. 291).

                                                  Respectfully submitted,

                                                  PAUL RANDOLPH,
                                                  ACTING US TRUSTEE, REGION 8

                                                  **/s/ Megan Seliber**
                                                  MEGAN SELIBER
                                                  Trial Attorney for the U.S. Trustee
                                                  318 Customs House, 701 Broadway
                                                  Nashville, TN 37203
                                                  (615) 695-4060; 615-736-2260 (fax)
                                                  Megan.Seliber@usdoj.gov