Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:19–bk–01971
Chapter 11
Judge Randal S Mashburn

In Re:
   Capstone Pediatrics, PLLC
   1420 Donelson Pike Suite B17
   Nashville, TN 37217

Social Security No.

Employer's Tax I.D. No.
   46–3431552

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 11/3/20 at 09:30 AM

to consider and act upon the following:

296 – U.S. Trustee Motion to Convert Chapter 11 Case to Chapter 7 under Section 1112(b), Region 8. – Hearing will be held telephonically. The Call–In Number is 888–363–4749; Access Code is 8979228#

Dated: 10/7/20                                                  /s/ TERESA C. AZAN
                                                                              Clerk, U.S. Bankruptcy Court