UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

## NOTICE OF APPEARANCE OF DANIEL C. FLEMING

**PLEASE TAKE NOTICE** that Daniel C. Fleming, Esq., of Wong Fleming, P.C., hereby enters an appearance on behalf of Creditor Bank of America.

**PLEASE TAKE FURTHER NOTICE** that all notices sent by the Clerk, and all other notices and papers served or required to be served in this case and any cases consolidated herewith, whether written or oral, by the Court, and any other party in interest should be served as follows:

>Daniel C. Fleming, Esq.
>WONG FLEMING, P.C.
>821 Alexander Road, Suite 200
>Princeton, NJ 08543-3663
>Tel.: 609-951-9520
>Fax: 609-951-0270
>Email: dfleming@wongfleming.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all papers, including without limitation, orders and notices of any applications, motions, petitions, pleadings, request, complaints, or demands, replies, and any of the documents brought before this Court with

respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, telex, or otherwise.

Date: October 7, 2020

/s/ Daniel C. Fleming
Daniel C. Fleming, Esq.
**WONG FLEMING, P.C.**
821 Alexander Road, Suite 200
Princeton, New Jersey 08543-3663
Tel. (609) 951-9520
Fax (609) 951-0270
Email: dfleming@wongfleming.com
*Attorneys for Creditor Bank of America*

### CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, a copy of the foregoing Notice of Appearance for Daniel C. Fleming was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I certify that interested parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

/s/ Daniel C. Fleming
Daniel C. Fleming