In re:  Case No. 19-01971-RSM

Capstone Pediatrics, PLLC  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: las9975 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: hrgnot2 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Capstone Pediatrics, PLLC, 1420 Donelson Pike Suite B17, Nashville, TN 37217-3015 |
| aty | + | EMILY CAMPBELL TAUBE, BURR & FORMAN, LLP, 222 Second Avenue South, Suite 2000, NASHVILLE, TN 37201-2385 |
| aty | + | MEGAN REED SELIBER, US Trustee's Office, 701 Broadway, Suite 318, Nashville, TN 37203-3966 |
| aty | + | NATALIE M. COX, US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, 701 BROADWAY, STE 318, NASHVILLE, TN 37203-3966 |
| aty | + | WILLIAM L NORTON, III, BRADLEY ARANT BOULT CUMMINGS LLP, PO BOX 340025, NASHVILLE, TN 37203-0025 |
| cr | + | Athenahealth, c/o William L. Norton III, Bradley Arant Boult Cummings, 1600 Division St., Suite 700, Nashville, TN 37203-2771 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Oct 08 2020 00:18:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**      **Email Address**

BRUCE ANTHONY SAUNDERS
    on behalf of Interested Party Cigna Healthcare of Tennessee Inc. tsaunders@wyattfirm.com

**DALTON M MOUNGER**
    on behalf of Creditor A-Z Office Resource Inc. dmounger@dmounger.com

**DANIEL CHAMBERLIN FLEMING**
    on behalf of Creditor BANK OF AMERICA N.A. dfleming@wongfleming.com sshalloo@wongfleming.com

**DANIEL HAYS PURYEAR**
    on behalf of Creditor CDS Business Services Inc. d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com

**DAVID W HOUSTON, IV**
    on behalf of Debtor Capstone Pediatrics PLLC dhouston@burr.com, mmayes@burr.com

**EMILY CAMPBELL TAUBE**
    on behalf of Debtor Capstone Pediatrics PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com

**GREGORY S REYNOLDS**
    on behalf of Creditor SNH Medical Office Properties Trust greynolds@rwjplc.com kbarger@rwjplc.com;lnelson@rwjplc.com

**JOSHUA L BURGENER**
    on behalf of Creditor ARHC GMCLKTN01 LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com

**MATTHEW RYAN GASKE**
    on behalf of Creditor TN Dept of Revenue matthew.gaske@ag.tn.gov

**MEGAN REED SELIBER**
    on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov

**MICHAEL G ABELOW**
    on behalf of Creditor SL Airpark II LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com;pacer.service@antage.net

**MILTON S. MCGEE, III**
    on behalf of Creditor SNH Medical Office Properties Trust tmcgee@rwjplc.com dgibby@rwjplc.com

**NATALIE M. COX**
    on behalf of U.S. Trustee US TRUSTEE natalie.cox@usdoj.gov

**R BURKE KEATY, II**
    on behalf of Creditor LaVon House bkeaty@forthepeople.com jkeaty@forthepeople.com;anosal@forthepeople.com

**RYAN K COCHRAN**
    on behalf of Creditor Four Plus Corporation ryan.cochran@wallerlaw.com chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com

**SAM J. MCALLESTER, III**
    on behalf of Defendant America Cares Trust (ACT) smcallester@bonelaw.com

**SEAN CHARLES KIRK**
    on behalf of Creditor Fairway-Galt LLC skirk@bonelaw.com

**THOMAS WORMOUTH SHUMATE, IV**
    on behalf of Creditor Meridian Law PLLC tom.shumate@meridianlawpllc.com

**US TRUSTEE**
    ustpregion08.na.ecf@usdoj.gov

**WARD W BENSON**
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

**WILLIAM JOSEPH HAYNES III**
    on behalf of Defendant America Cares Trust (ACT) whaynes@bonelaw.com lparker@bonelaw.com

**WILLIAM L NORTON, III**
    on behalf of Creditor Athenahealth bnorton@babc.com

TOTAL: 22

Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:19−bk−01971
Chapter 11
Judge Randal S Mashburn

In Re:
   Capstone Pediatrics, PLLC
   1420 Donelson Pike Suite B17
   Nashville, TN 37217

Social Security No.

Employer's Tax I.D. No.
   46−3431552

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 11/3/20 at 09:30 AM

to consider and act upon the following:

296 − U.S. Trustee Motion to Convert Chapter 11 Case to Chapter 7 under Section 1112(b), Region 8. − Hearing will be held telephonically. The Call−In Number is 888−363−4749; Access Code is 8979228#

Dated: 10/7/20                                                 /s/ TERESA C. AZAN
                                                                                   Clerk, U.S. Bankruptcy Court