IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: **19-01971** |
| **Capstone Pediatrics, PLLC,** ) | |
| ) | Chapter 11 |
| DEBTOR. ) | Judge Mashburn |

## ORDER CONVERTING CASE

This matter came before the Court on the U.S. Trustee's Motion to Convert. No opposition was filed and no party appeared at the hearing to oppose the motion.

IT IS THEREFORE ORDERED that Debtor's Chapter 11 case is converted to Chapter 7.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE PAGE**

Submitted by:

PAUL RANDOLPH,
ACTING U.S. TRUSTEE, REGION 8

 BY:   /s/ Megan Seliber
MEGAN SELIBER
Trial Attorney for the U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
615-695-4060
Megan.Seliber@usdoj.gov