22 November 2020

To the US Bankruptcy Court,

    I received a request to update my address with the Bankruptcy Court in regards to the case with Capstone Pediatrics, PLLC, EIN 46-3431552, Middle District of Tennessee, Case number: 3:19-bk-01971, filled chapter 11 on 3/28/19, converted to chapter 7 on 11/5/20.

    My old address was 5091 Pine Hill Road, Nashville, TN, 37221. My new address is 1419 Hawk Tree Drive, College Station, TX, 77845.

Sincerely,

*Perry A. Carlson* (signature)

Perry A. Carlson

FILED
2020 DEC -1 AM 10:42
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN



NORTH HOUSTON TX 773
23 NOV 2020 PM 3 L

Jerry A Carlson
1419 Hawk Tree Drive
college Station TX
77845

US Bankruptcy Court
701 Broadway
Room 170
Nashville TN 37203

37203-367945