**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Capstone Pediatrics, PLLC, | ) | Case No.: | 3:19-bk-01971 |
| Debtor(s), | ) | Chapter: | 7 |
| | ) | Judge: | Mashburn |
| Harpeth Financial Services, LLC, | ) | | |
| Creditor/Lessor | ) | | |

---

### NOTICE OF APPEARANCE & REQUEST FOR SERVICE

---

Notice is hereby given of the entry of the undersigned as counsel for the creditor in the above-styled action.  All further notices and materials relevant to this action should be directed to and served upon:

ROBERT J. HILL II
THE HILL FIRM, PLLC
PO BOX 150529
NASHVILLE, TN 37215

Respectfully submitted,

/s/ Robert J. Hill, II
Robert J. Hill, II, BPR #24867
The Hill Firm, PLLC
PO Box 150529
Nashville, TN 37215
615-815-1758 / F: 615-988-6864
office@hillfirmlaw.com
*Attorney for Creditor*