IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: CAPSTONE PEDIATRICS, PLLC | ) | CASE NO. 19-01971-RM3-7 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | JUDGE RANDAL MASHBURN |

## NOTICE OF ABANDONMENT OF PROPERTY

Comes now the Trustee, Michael Gigandet, in the above-captioned cause, and gives notice that the estate is abandoning any and all interest it may have in the accounts receivable of the debtor, Capstone Pediatrics, PLLC as burdensome or of inconsequential value to the estate. The accounts receivable will not produce any assets for unsecured creditors.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

/s/ Michael Gigandet
_____

Michael Gigandet, Trustee #011498
208 Centre Street
Pleasant View, TN 37146
Phone: (615) 746-4949
Fax: (615) 746-4950
michael@mgigandet.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on March 24, 2021. Notice of the filing will be sent by operation of the Court's Electronic Filing System on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Michael Gigandet
_____
Michael Gigandet, Trustee