IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: )
) Case No. 3:19-bk-1971
CAPSTONE PEDIATRICS, PLLC, )
) Chapter 7
Debtor. ) Judge Randal S. Mashburn

**SECURED CLAIMANT: CDS BUSINESS SERVICES, INC. D/B/A NEWTEK BUSINESS CREDIT**
**AFFECTED COLLATERAL: DEBTOR'S ACCOUNTS RECEIVABLE**

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

APPROVED FOR ENTRY:

*/S/ Daniel H. Puryear*
Daniel H. Puryear No. 18190
Puryear Law Group
104 Woodmont Boulevard
The Woodmont Centre, Suite 201
Nashville, TN 37205
Telephone: (615) 630-6602
Facsimile: (615) 630-6602

*Counsel for CDS Business Services, Inc. d/b/a Newtek Business Credit*

*/s/ Michael Gigandet*
Michael Gigandet, Trustee #011498
208 Centre Street
Pleasant View, TN 37146
Phone: (615)746-4949
Fax: (615)746-4950
michael@mgigandet.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via Electronic Mail/ECF and/or United States Mail, first class, postage prepaid to the following persons:

Michael Gigandet, Chapter 7 Trustee
Law Office of Michael Gigandet
208 Centre Street
Pleasant View, TN 37146

David Houston
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201

Capstone Pediatrics, PLLC

c/o Winnie Toler
1420 Donelson Pike
Ste B17
Nashville, TN 37217

Megan Seliber
Office of the U.S. Trustee
701 Broadway
Customs House, Suite 318
Nashville, Tennessee 37203-3966

Ward Benson
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

McKesson Corporation
P.O. Box 634404
Cincinnati, OH 45263-4404

on this the 14th day of April, 2021.

/s/ Daniel H. Puryear