United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 19-01971-RSM
Capstone Pediatrics, PLLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: slw0703     Page 1 of 2
Date Rcvd: Apr 15, 2021     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Capstone Pediatrics, PLLC, 1420 Donelson Pike Suite B17, Nashville, TN 37217-3015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

**Name**     **Email Address**

BRUCE ANTHONY SAUNDERS
    on behalf of Interested Party Cigna Healthcare of Tennessee Inc. tsaunders@wyattfirm.com

DALTON M MOUNGER
    on behalf of Creditor A-Z Office Resource Inc. dmounger@dmounger.com

DANIEL CHAMBERLIN FLEMING
    on behalf of Creditor BANK OF AMERICA N.A. dfleming@wongfleming.com sshalloo@wongfleming.com

DANIEL HAYS PURYEAR
    on behalf of Counter-Defendant CDS Business Services Inc., d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com

DAVID W HOUSTON, IV
    on behalf of Debtor Capstone Pediatrics PLLC dhouston@burr.com, mmayes@burr.com

EMILY CAMPBELL TAUBE
    on behalf of Debtor Capstone Pediatrics PLLC etaube@burr.com, mmayes@burr.com;sstarr@burr.com

GREGORY S REYNOLDS
    on behalf of Creditor SNH Medical Office Properties Trust greynolds@rwjplc.com kbarger@rwjplc.com;lnelson@rwjplc.com

JOSHUA L BURGENER
    on behalf of Creditor ARHC GMCLKTN01 LLC jburgener@dickinsonwright.com, dsolis@dickinsonwright.com;ppardee@dickinsonwright.com

MATTHEW RYAN GASKE
    on behalf of Creditor TN Dept of Revenue matthew.gaske@ag.tn.gov

MEGAN REED SELIBER
    on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov

MICHAEL GIGANDET
    mg@trustesolutions.net michael@mgigandet.com

MICHAEL G ABELOW
    on behalf of Creditor SL Airpark II LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com;pacer.service@antage.net

MILTON S. MCGEE, III
    on behalf of Creditor SNH Medical Office Properties Trust tmcgee@rwjplc.com dgibby@rwjplc.com

NATALIE M. COX
    on behalf of U.S. Trustee US TRUSTEE natalie.cox@usdoj.gov

R BURKE KEATY, II
    on behalf of Creditor LaVon House bkeaty@forthepeople.com jkeaty@forthepeople.com;anosal@forthepeople.com

ROBERT JOSEPH HILL, II
    on behalf of Creditor Harpeth Financial Services LLC hillfirmnotices@gmail.com

RYAN K COCHRAN
    on behalf of Creditor Four Plus Corporation ryan.cochran@wallerlaw.com chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com

SAM J. MCALLESTER, III
    on behalf of Defendant America Cares Trust (ACT) smcallester@bonelaw.com

SEAN CHARLES KIRK
    on behalf of Creditor Fairway-Galt LLC skirk@bonelaw.com

THOMAS WORMOUTH SHUMATE, IV
    on behalf of Creditor Meridian Law PLLC tom.shumate@meridianlawpllc.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WARD W BENSON
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

WILLIAM JOSEPH HAYNES III
    on behalf of Defendant America Cares Trust (ACT) whaynes@bonelaw.com lparker@bonelaw.com

WILLIAM L NORTON, III
    on behalf of Creditor Athenahealth bnorton@babc.com

TOTAL: 24

Dated: 4/14/2021

Randal S. Mashburn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | Judge Randal S. Mashburn |

**SECURED CLAIMANT:** CDS BUSINESS SERVICES, INC. D/B/A NEWTEK BUSINESS CREDIT
**AFFECTED COLLATERAL:** DEBTOR'S ACCOUNTS RECEIVABLE

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

APPROVED FOR ENTRY:

*/S/ Daniel H. Puryear*
Daniel H. Puryear No. 18190
Puryear Law Group
104 Woodmont Boulevard
The Woodmont Centre, Suite 201
Nashville, TN 37205
Telephone: (615) 630-6602
Facsimile: (615) 630-6602

*Counsel for CDS Business Services, Inc. d/b/a Newtek Business Credit*

*/s/ Michael Gigandet*
Michael Gigandet, Trustee #011498
208 Centre Street
Pleasant View, TN 37146
Phone: (615)746-4949
Fax: (615)746-4950
michael@mgigandet.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via Electronic Mail/ECF and/or United States Mail, first class, postage prepaid to the following persons:

Michael Gigandet, Chapter 7 Trustee
Law Office of Michael Gigandet
208 Centre Street
Pleasant View, TN 37146

David Houston
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201

Capstone Pediatrics, PLLC

2

c/o Winnie Toler
1420 Donelson Pike
Ste B17
Nashville, TN 37217

Megan Seliber
Office of the U.S. Trustee
701 Broadway
Customs House, Suite 318
Nashville, Tennessee 37203-3966

Ward Benson
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

McKesson Corporation
P.O. Box 634404
Cincinnati, OH 45263-4404

on this the 14th day of April, 2021.

                                                  /s/ Daniel H. Puryear

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.