# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |

## NOTICE OF WITHDRAWAL

Comes now Sean C. Kirk of the law firm of Bone McAllester Norton PLLC and provides notice to all parties and the Court that he is leaving the law firm of Bone McAllester Norton PLLC to become in-house counsel for a publicly traded corporation, and, as such, is withdrawing as counsel for Fairway-Galt, LLC, a creditor and party-in-interest in the above-captioned bankruptcy case. Attorney Sam J. McAllester III of Bone McAllester Norton shall continue to represent creditor in this matter.

Respectfully submitted,

**BONE McALLESTER NORTON PLLC**

/s/ Sean C. Kirk
Sean C. Kirk (BPR No. 22878)
511 Union Street, Suite 1000
Nashville, Tennessee 37219-1778
(615) 238-6300
skirk@bonelaw.com

Attorney for Fairway-Galt, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic notice to those parties receiving notice through ECF, this 21st day of July 2021.

                                          /s/ Sean C. Kirk
                                          Sean C. Kirk