IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-01971 |
| CAPSTONE PEDIATRICS, PLLC, ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

The undersigned, Sam J. McAllester III of Bone McAllester Norton PLLC, represents Fairway-Galt, LLC, a creditor and party-in-interest in the above-captioned bankruptcy case, and hereby enters Appearance as counsel in connection therewith.

The undersigned hereby requests the Court and all interested parties add the undersigned to the mailing matrix and/or any list requesting notices and that copies of all notices and orders in this case be sent either electronically or by U.S. Mail to the following address:

Sam J. McAllester III
Bone McAllester Norton PLLC
511 Union Street, Suite 1000
Nashville, Tennessee 37219
(615) 238-6320 Phone
(615) 238-6320 Facsimile
smcallester@bonelaw.com

**DATED** this 11th day of August, 2021.

Respectfully submitted,

**BONE McALLESTER NORTON PLLC**

/s/ Sam J. McAllester III
Sam J. McAllester III (BPR #003461)
511 Union Street, Suite 1000
Nashville, Tennessee 37219-1778
(615) 238-6320
smcallester@bonelaw.com

Attorney for Fairway-Galt, LLC

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic notice to those parties receiving notice through ECF, this 11th day of August, 2021.

                                      /s/ Sam J. McAllester III
                                      Sam J. McAllester III