IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

In re: )
) Case No. 3:19-bk-1971
CAPSTONE PEDIATRICS, PLLC, )
) Chapter 7
Debtor. )
)

**CERTIFICATE OF SERVICE**

On Thursday, March 3, 2022, America Cares Trust (Act) d/b/a CareNation ("**CareNation**") served true and correct copies of (1) *Expedited Motion of CareNation for Order of Clarification* [ECF No. 333]; (2) *Proposed Order of Clarification* [ECF No. 334]; (3) *Expedited Motion of CareNation to Reopen Case for Limited Relief* [ECF No. 330]; and (4) *Proposed Order Reopening Case for Limited Relief* [ECF No. 332] upon the following "Payors," as that term is defined in the motions by the following means:

- FedEx Overnight Delivery to the addresses below:

AMERIGROUP Tennessee, Inc.
22 Century Blvd., Suite 2200
Nashville, TN 37214

Blue Cross Blue Shield of TN
1 Cameron Circle
Chattanooga, TN 37402

BlueCare
1 Cameron Circle
Chattanooga, TN 37402

BlueCross BlueShield of Tennessee
2300 West End Ave., #102
Nashville, TN 37203

BlueCross BlueShield of Tennessee
1 Cameron Circle
Chattanooga, TN 37402

United Healthcare Services
8 Cadillac Dr., #10
Brentwood, TN 37027

United Healthcare Plan of River Valley, Inc.
8 Cadillac Dr., Suite 200
Brentwood, TN 37027

These same documents were served upon counsel for the Debtor, the United States Trustee, and counsel for CDS Business Services, Inc. d/b/a Newtek Business Credit ("**Newtek**") by electronic

mail on Wednesday, March 2, 2022. Counsel for the Chapter 7 Trustee was served with these documents by electronic mail on Thursday, March 3, 2022. The names and electronic mail addresses of these recipients are:

| | |
|---|---|
| Megan Seliber<br>Megan.Seliber@usdoj.gov<br>Counsel for United States Trustee | Michael Gigandet<br>mg@trustsolutions.net<br>Chapter 7 Trustee |
| David Houston<br>dhouston@burr.com<br>Counsel for Debtor | Dan Puryear<br>dpuryear@puryearlawgroup.com<br>Counsel for Newtek |

Additionally, all Payors and counsel for the Debtor, the Chapter 7 Trustee, the United States Trustee and Newtek were served with a copy of *Order Setting Hearing and Status/Scheduling Conference Regarding Motion to Reopen Case and Motion for Clarification of Sale Order* [ECF No. 335] by the following means:

- Payors: FedEx Overnight Delivery to the addresses listed above
- All other noticed persons: Electronic Mail to the email addresses listed above

All documents listed herein were also sent by electronic mail on March 3, 2022 to known email addresses of contacts for BlueCross BlueShield and Amerigroup, as well as known current or previous counsel of record for BlueCross BlueShield and United Healthcare Insurance Company. The names and electronic mail addresses of these contacts are:

| | |
|---|---|
| BlueCross BlueShield:<br>Amber Cambron (Amber_Cambron@bcbst.com)<br>Wade Miller (wade.miller@alston.com) | Amerigroup:<br>Brent Tidwell (brent.tidwell@amerigroup.com)<br>Cindy Distefano (cindy.distefano@amerigroup.com)<br>Clara Alexis (Carla.alexis@amerigroup.com) |

United Healthgroup:
Michael G. Abelow (mabelow@srvhlaw.com)
Latonia C. Williams, Esq. (lwilliams@goodwin.com)
Jaime A. Welsh, Esq (jwelsh@goodwin.com)

Dated: March 3, 2022.    Respectfully submitted,

NELSON, MULLINS, RILEY &
SCARBOROUGH LLP

                By:    */s/ John T. Baxter*
                        Shane G. Ramsey (BPR # 35528)
                        John T. Baxter (BPR # 35405)
                        150 Fourth Avenue, North, Suite 1100
                        Nashville, TN  37219
                        Phone:  (615) 664-5355
                        E-Mail:  shane.ramsey@nelsonmullins.com
                        john.baxter@nelsonmullins.com
                        *Attorneys for Debtor*