UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID A. WENDER**

BlueCross BlueShield of Tennessee, Inc., by and through its undersigned counsel, hereby moves this Court, pursuant to Local Rule 2090-1 of the United States Bankruptcy Court for the Middle District of Tennessee, for the admission *pro hac vice* of David A. Wender, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Declaration of David A. Wender, which is incorporated herein by reference.

1.   As established by the attached Declaration, David A. Wender is a member in good standing of all the courts to which he is admitted. Further, David A. Wender agrees to be bound by the Local Rules of this District and Orders of this Court. Laura Ketcham of the law firm of Miller & Martin PLLC will serve as co-counsel in this case. Ms. Ketcham maintains an office in the State of Tennessee at 832 Georgia Avenue, Suite 1200, Chattanooga, Tennessee 37402.

1

For the foregoing reasons, counsel for BlueCross BlueShield of Tennessee, Inc. respectfully requests that this Court enter an Order granting the admission *pro hac vice* of David A. Wender.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: /s/*Laura F. Ketcham*
    Laura F. Ketcham, TN BPR No. 024543
    832 Georgia Avenue, Suite 1200
    Chattanooga, TN 37402
    Telephone (423) 756-6600
    Facsimile (423) 785-8480
    Email: laura.ketcham@millermartin.com

***Attorneys for BlueCross BlueShield of Tennessee, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2022, a copy of the foregoing Motion for Admission Pro Hac Vice of David A. Wender was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I certify that interested parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

> David W. Houston, IV
> Emily Campbell Taube
> Burr & Forman LLP
> 222 Second Avenue South
> Suite 2000
> Nashville, TN 37201
>
> Michael Gigandet
> Law Office of Michael Gigandet
> 208 Centre Street
> Pleasant View, TN 37146
>
> Natalie M. Cox
> Megan Reed Seliber
> U.S. Dept of Justice
> Office of the U.S. Trustee
> 701 Broadway, Ste 318
> Nashville, TN 37203

/s/*Laura F. Ketcham*