UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**DECLARATION OF DAVID A. WENDER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

1. I am an attorney with the law firm of Alston & Bird LLP. My contact information is as follows:

> David A. Wender
> Alston & Bird LLP
> 1201 West Peachtree Street
> One Atlantic Center
> Atlanta, GA 30309
> Tel: (404) 881-7354
> Fax: (404) 253-8563
> david.wender@alston.com

2. I submit this Declaration in support of the Motion for an Order admitting me to practice pro hac vice before this Court in the above-captioned matter on behalf of BlueCross BlueShield of Tennessee, Inc.

3. I am associated with Laura Ketcham of the law firm of Miller & Martin PLLC in this case which maintains an office in the State of Tennessee at 832 Georgia Avenue, Suite 1200, Chattanooga, Tennessee 37402.

4. I have been a member in good standing of the bar of the highest court of the State of Georgia, where I regularly practice law.

5. I am a member in good standing of the following bars:

| COURT | YEAR OF ADMISSION | ADDRESS FOR OFFICE MAINTAINING ROLL OF MEMBERS |
|---|---|---|
| Texas State Courts | 2012 | Texas Law Center<br>1414 Colorado Street<br>Austin, Texas 78701 |
| Georgia State Courts | 2003 | State Bar of Georgia<br>104 Marietta St. NW<br>Suite 100<br>Atlanta, GA 30303 |
| Court of Appeals of Georgia | 2013 | Court of Appeals of Georgia<br>330 Capitol Avenue S.E., Suite 1601<br>Atlanta, GA 30334 |
| United States District Court for the Northern District of Georgia | 2004 | Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |
| United States District Court for the Eastern District of Texas | 2013 | Clerk, US District Court<br>William M. Steger Federal Building and United States Courthouse<br>211 West Ferguson Street, Room 106<br>Tyler, Texas 75702 |
| United States Bankruptcy Court for the Eastern District of Texas | 2013 | U.S. Bankruptcy Court<br>300 Willow Street, Suite 100<br>Beaumont, TX 77701 |
| United States District Court for the Northern District of Texas | 2013 | U.S. District Court<br>1100 Commerce St., Rm 1452<br>Dallas, TX 75242 |
| United States. Bankruptcy Court for the Northern District of Texas | 2013 | George Mahon Federal Building<br>1205 Texas Ave, Rm 306<br>Lubbock, TX 79401-4002 |

| United States District Court for the Southern District of Texas | 2013 | Attn.: Attorney Admissions<br>U.S. DISTRICT COURT<br>P.O. Box 61010<br>Houston, Texas 77208 |
|---|---|---|
| United States Bankruptcy Court for the Southern District of Texas | 2013 | Attn.: Attorney Admissions<br>U.S. DISTRICT COURT<br>P.O. Box 61010<br>Houston, Texas 77208 |
| United States District Court for the Western District of Texas | 2013 | U.S. District Clerk's Office<br>262 West Nueva Street, Room 1-400<br>San Antonio, Texas 78207 |
| United States Bankruptcy Court for the Western District of Texas | 2013 | Hipolito F. Garcia Federal Building and United States Courthouse<br>615 East Houston Street, Room 597<br>San Antonio, Texas 78205 |
| United States Court of Appeals, Eleventh Circuit | 2013 | US Courts of Appeals<br>Eleventh Circuit<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303 |

6. I have never been suspended, disbarred or resigned as a result of a disciplinary charge, investigation or proceeding from the practice of law in any jurisdiction.

7. I shall comply with and be bound by the ethical standards of the applicable statutes, case law and procedural rules of the Tennessee Rules of Professional Conduct adopted by the Supreme Court of Tennessee, so far as they are not inconsistent with federal law.

8. I shall submit to the jurisdiction of the United States Bankruptcy Court for the Middle District of Tennessee with respect to acts and omissions occurring during the appearance in the above matter and to resolve any disciplinary matter that might arise as a result of the representation.

9. There are no disciplinary proceedings currently pending against me in any jurisdiction, nor has discipline previously been imposed on me in any jurisdiction.

10. A Certificate of Good Standing from the U.S. District Court for the Northern District of Georgia is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   March 8, 2022

_____
David A. Wender

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**    }
                                } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DAVID A. WENDER, State Bar No. 748117,** was duly admitted to practice in said Court on November 8, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Stephanie Wilson-Bynum
Deputy Clerk