UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF DAVID A. WENDER**

On this day the Court considered the Motion by BlueCross BlueShield of Tennessee, Inc. for Admission *Pro Hac Vice* of David A. Wender. The Court, having considered the motion, the supporting declaration, any responses, the evidence submitted, and the arguments of counsel, and finding good cause therefor, it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED, that David A. Wender is hereby admitted to the bar of this Court *pro hac vice* to appear on behalf of BlueCross BlueShield of Tennessee, Inc. in the above-captioned bankruptcy case.

**This order was signed and entered electronically as indicated at the top of the first page.**

1

APPROVED FOR ENTRY:

**MILLER & MARTIN PLLC**

By: /s/*Laura F. Ketcham*
    Laura F. Ketcham, TN BPR No. 024543
    832 Georgia Avenue, Suite 1200
    Chattanooga, TN 37402
    Telephone (423) 756-6600
    Facsimile (423) 785-8480
    Email: laura.ketcham@millermartin.com

*Attorneys for BlueCross BlueShield of Tennessee, Inc.*