UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

BlueCross BlueShield of Tennessee, Inc., through undersigned counsel, hereby files this Notice of Appearance in accordance with Federal Rules of Bankruptcy Procedure 2002, 5005, and 9010(b), and requests notice of all pleadings, documents and papers filed in this case, and all underlying and related proceedings. Pursuant to Local Rules of Court – Administrative Procedures for Electronic Case Filing, electronic notice should also be sent to: laura.ketcham@millermartin.com.

Paper mailing for the first pleading initiating a potential LBR 9013 contested matter must be sent in accordance with the FRBP to:

> Laura F. Ketcham
> Miller & Martin PLLC
> 832 Georgia Avenue, Suite 1200
> Chattanooga, TN 37402

Neither this Notice of Appearance and Request for Service of Documents, any subsequent appearance on behalf of BlueCross BlueShield of Tennessee, Inc., nor any pleading, claim or suit filed or brought by or on behalf of BlueCross BlueShield of Tennessee, Inc. in the above-entitled Chapter 11 bankruptcy case, is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court for the

1

Middle District of Tennessee (the "District Court"); (ii) the right to a jury trial in any case, controversy, or proceeding so triable herein or related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, to which BlueCross BlueShield of Tennessee, Inc. may be entitled under any applicable agreement, or in law or equity, all of which are expressly reserved.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: /s/ Laura F. Ketcham
    Laura F. Ketcham, TN BPR No. 024543
    832 Georgia Avenue, Suite 1200
    Chattanooga, TN 37402
    Telephone (423) 756-6600
    Facsimile (423) 785-8480
    Email: laura.ketcham@millermartin.com

***Attorneys for BlueCross BlueShield of Tennessee, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2022, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I certify that interested parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

David W. Houston, IV
Emily Campbell Taube
Burr & Forman LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201

Michael Gigandet
Law Office of Michael Gigandet
208 Centre Street
Pleasant View, TN 37146

Natalie M. Cox
Megan Reed Seliber
U.S. Dept of Justice
Office of the U.S. Trustee
701 Broadway, Ste 318
Nashville, TN 37203

/s/ Laura F. Ketcham