*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/9/2022



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

In re

Capstone Pediatrics, PLLC,
    Debtor.

Case No. 19-01971
Chapter 7
Judge Randal S. Mashburn

## ORDER REGARDING VIDEO APPEARANCES
## FOR HEARING/CONFERENCE ON MARCH 10, 2022

The Court set a hearing and status/scheduling conference for March 10, 2022, on the expedited motion of America Cares Trust (Act) d/b/a CareNation ("CareNation") to reopen the Chapter 7 case in order to seek expedited relief pursuant to a related motion "for order of clarification" involving a sale order transferring certain of the Debtor's assets to CareNation.

Shortly after the March 10, 2022, expedited hearing/conference was scheduled, attorneys for CareNation filed a motion to withdraw as counsel. Because of the potential impact on the motion to reopen and the clarification motion, the Court set a hearing/status conference on the motion to withdraw as counsel for the same March 10, 2022, time to address the threshold matter of representation of CareNation before dealing with the other matters.

The Court record reflects that notices of appearance have been filed by counsel for at least two of the alleged "Payors" referenced in the motion to reopen and motion for a clarification order. Due to the uncertainty created by the motion to withdraw as counsel regarding what relief CareNation will continue to pursue on an expedited basis, the Court will allow interested parties to appear by video rather than in person if they choose to do so.

Accordingly, while the Court expects counsel for CareNation to appear in person at the hearing/conference set for 10:30 a.m. on March 10, 2022, the Court will

allow Zoom video access to any other interested party that files a Request to Participate by Video in the format attached to this order no later than one hour before the hearing/conference begins (in which event instructions will be e-mailed to the requesting party).

        IT IS SO ORDERED.

**{Style of Case}**

### REQUEST TO PARTICIPATE BY VIDEO

The undersigned seeks permission to participate by video in the Hearing identified below and certifies that the requesting party will comply with all policies and procedures established by the Court for such matters:

**Subject of Hearing:**

**Date of Hearing:**

**Attorney requesting to appear by video:**

**Client of attorney requesting to appear by video:**

**Nature of client's Involvement in the case:**

**Anticipated extent of participation in Hearing (argument, witness examination, etc.):**

**E-Mail address to provide video access link and additional instructions:**

**Any other information pertinent to request:**

Dated:  Name:

Address:

Phone Number:

Email:

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.