UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC,<br><br>Debtor. | Case No. 3:19-bk-01971<br><br>Chapter 11<br><br>Judge Randal S. Mashburn |

**REQUEST TO PARTICIPATE BY VIDEO**

The undersigned and David A. Wender seek permission to participate by video in the Hearing identified below and certify that the requesting parties will comply with all policies and procedures established by the Court for such matters:

**Subject of Hearing:** Hearing/Status Conference on Motion to Withdraw

**Date of Hearing:** March 10, 2022

**Attorney requesting to appear by video:** David A. Wender and Laura F. Ketcham

**Client of attorney requesting to appear by video**: BlueCross Blue Shield of Tennessee, Inc. ("BCBST")

**Nature of client's Involvement in the case**: BCBST is a payor that is the subject of the motion for order of clarification.

**Anticipated extent of participation in Hearing (argument, witness examination, etc.)**: BCBST intends to provide background, if necessary, and provide its views relative to scheduling.

**E-Mail address to provide video access link and additional instructions**: david.wender@alston.com; laura.ketcham@millermartin.com

1

**Any other information pertinent to request**: In view of Nelson Mullins' withdrawal as counsel for CareNation, BCBST would like to minimize expenses, if the hearing will solely address the withdrawal motion.

Dated: March 9, 2022

                                            Respectfully submitted,

                                            **MILLER & MARTIN PLLC**

                                            By: /s/*Laura F. Ketcham*
                                                    Laura F. Ketcham, TN BPR No. 024543
                                                    832 Georgia Avenue, Suite 1200
                                                    Chattanooga, TN 37402
                                                    Telephone (423) 756-6600
                                                    Facsimile (423) 785-8480
                                                    Email: laura.ketcham@millermartin.com

                                            ***Attorneys for BlueCross BlueShield of Tennessee, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2022, a copy of the foregoing Request to Participate by Video was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I certify that interested parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

David W. Houston, IV
Emily Campbell Taube
Burr & Forman LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201

Michael Gigandet
Law Office of Michael Gigandet
208 Centre Street
Pleasant View, TN 37146

Natalie M. Cox
Megan Reed Seliber
U.S. Dept of Justice
Office of the U.S. Trustee
701 Broadway, Ste 318
Nashville, TN 37203

/s/*Laura F. Ketcham*