*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/9/2022



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Nashville Division

| | |
|---|---|
| In re: Capstone Pediatrics, PLLC, | Case No. 3:19-bk-01971 |
| Debtor. | Chapter 11 |
| | Judge Randal S. Mashburn |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF DAVID A. WENDER**

On this day the Court considered the Motion by BlueCross BlueShield of Tennessee, Inc. for Admission *Pro Hac Vice* of David A. Wender. The Court, having considered the motion, the supporting declaration, any responses, the evidence submitted, and the arguments of counsel, and finding good cause therefor, it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED, that David A. Wender is hereby admitted to the bar of this Court *pro hac vice* to appear on behalf of BlueCross BlueShield of Tennessee, Inc. in the above-captioned bankruptcy case.

**This order was signed and entered electronically as indicated at the top of the first page.**

1

APPROVED FOR ENTRY:

**MILLER & MARTIN PLLC**

By: /s/*Laura F. Ketcham*
      Laura F. Ketcham, TN BPR No. 024543
      832 Georgia Avenue, Suite 1200
      Chattanooga, TN 37402
      Telephone (423) 756-6600
      Facsimile (423) 785-8480
      Email: laura.ketcham@millermartin.com

***Attorneys for BlueCross BlueShield of Tennessee, Inc.***

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.